Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs
Chip-Tech, Ltd. and Dependable Component Supply Corp.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIP-TECH, LTD.,**<br><br>            Plaintiff, and on behalf of all others similarly situated,<br><br>      v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>            Defendants. | Case No. 4:14-cv-03264-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| **DEPENDABLE COMPONENT SUPPLY CORP.,**<br><br>            Plaintiff, and on behalf of all others similarly situated,<br><br>      v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>            Defendants. | Case No. 3:14-cv-03300-VC |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. submit this administrative motion to consider whether *Dependable Component Supply Corp. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-

03300-VC (the "*Dependable* Action"), filed in this District on July 22, 2014, should be related to *Chip-Tech, Ltd. v. Panasonic Corporation, et al.*, Case No. 4:14-cv-03264-JD (the "*Chip-Tech* Action"), which was filed in this District on July 18, 2014.

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Chip-Tech* Action and the *Dependable* Action readily satisfy the above requirements. Both cases involve the same parties, transactions, and events. Plaintiffs in each action seek class treatment of their federal law antitrust damages claims—brought on behalf of direct purchasers of aluminum and tantalum electrolytic capacitors—alleging that Defendants engaged in a conspiracy and took action to fix, raise, maintain or stabilize prices in the market for these types of electrolytic capacitors. The *Chip-Tech* Action and the *Dependable* Action make the same allegations arising from the same conduct by the same Defendants. Thus, each action will require adjudication of substantially the same questions of law and fact.

Accordingly, separating these actions would likely create an unduly burdensome duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court administratively relate these actions.

Plaintiffs respectfully request that the *Dependable* Action and the *Chip-Tech* Action be related.

Dated: July 29 , 2014
JOSEPH SAVERI LAW FIRM, INC.

By:    */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

GOLD BENNETT CERA & SIDENER LLP

By:     /s/ Solomon B. Cera
         Solomon B. Cera

Solomon B. Cera (State Bar No. 99467)
C. Andrew Dirksen (State Bar No. 197378)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Eric L. Cramer
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
rgordon@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:   (612) 338-4605
Facsimile:    (612) 338-4692
vesades@heinsmills.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone:   (267) 519-8306
Facsimile:    (215) 569-0958
sgreenfogel@litedepalma.com

Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:   (973) 623-3000
Facsimile:    (973) 623-0211
jdepalma@litedepalma.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*