UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP-TECH, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PANASONIC CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-03264-JD<br>　　　　　14-cv-03300-JD<br><br>**ORDER RE CONSOLIDATION AND RESPONSES TO COMPLAINT** |
| DEPENDABLE COMPONENT SUPPLY CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PANASONIC CORPORATION, et al.,<br><br>　　　　　Defendants. | |

　　　　Pursuant to FRCP 42(a), the Court orders the above two cases consolidated for all pretrial proceedings. The earlier-filed civil action, Case No. 14-3264, shall serve as the lead case for consolidation purposes. The later-filed civil action, Case No. 14-3300, will remain active for trial. All motions shall be filed in the lead case unless the Court orders otherwise.

　　　　The Court is aware that there is a motion to transfer pending with the Judicial Panel on Multidistrict Litigation that concerns these cases, and that plaintiffs may seek at a later point to file a consolidated amended complaint.

　　　　Consequently, the Court orders that no defendant need file a response to the current or consolidated amended complaint, if one is filed, until the later of 45 days after (a) the filing of the

consolidated amended complaint, or (b) that defendant's receipt of written notice from the relevant plaintiff that it does not intend to file a consolidated amended complaint.

Plaintiffs Chip-Tech and Dependable Component Supply are ordered to jointly file with this Court status reports on the pending JPML motion every 30 days.

Defendants are not deemed to have waived any defenses available to them under the Federal Rules of Civil Procedure or any other statute or common law, or to have waived any right the defendants may have to seek or oppose any reassignment, transfer or consolidation alternatives.  Defendants are also not deemed to have made an appearance in these actions by way of any stipulations they may have filed to extend their response deadlines.

This order resolves all pending stipulations seeking to extend defendants' response deadlines.  This order applies to all defendants in these cases, including those who may be served with a complaint after the date of this order, and all parties are directed not to file any new stipulations for the extension of response deadlines.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
JAMES DONATO
United States District Judge