Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIP-TECH, LTD.,**<br><br>        Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>        Defendants. | Lead Case No. 3:14-cv-03264-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| **DEPENDABLE COMPONENT SUPPLY CORP.,**<br><br>        Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>        Defendants. | Case No. 3:14-cv-03300-JD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. ("Plaintiffs") submit this administrative motion

requesting the Court to consider whether *Schuten Electronics Corp. v. AVX Corporation, et al.*, Case No. 3:14-cv-03698-EDL (the "*Schuten Electronics* Action"), filed in this District on August 14, 2014, should be related to two previously-filed and currently pending actions—*Chip-Tech, Ltd. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03264-JD, filed July 18, 2014 (the "*Chip-Tech* Action") and *Dependable Component Supply Corp. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03300-JD, filed July 22, 2014 (the "*Dependable* Action"). On August 14, 2014, this Court consolidated the *Chip-Tech* Action and the *Dependable* Action for pretrial purposes (Order re Consolidation and Responses to Complaint, Dkt. 65) (together, the "*Consolidated Capacitors Antitrust* Actions").

      Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

      The *Schuten Electronics* Action should be related to the *Consolidated Capacitors Antitrust* Actions because these actions together readily meet the criteria for relation set forth above. Indeed, no substantive difference exists between the allegations and claims for relief in the *Schuten Electronics* Action and in the earlier-filed *Consolidated Capacitors Antitrust* Actions. The *Schuten Electronics* Action alleges facts and asserts claims involving cartel activity and price-fixing that closely track the *Consolidated Capacitors Antitrust* Actions' respective allegations and claims. Following the Plaintiffs' direction in the *Consolidated Capacitors Antitrust* Actions, Schuten Electronics filed suit to seek recovery on behalf of direct purchasers of aluminum and tantalum electrolytic capacitors for overcharges paid as a result of certain capacitor manufacturers' violations of the federal antitrust laws during a period running from January 1, 2005 to date. Notably, the class period and products at issue in the *Schuten Electronics* complaint are the exact same as those at issue in the *Consolidated Capacitors Antitrust* Actions. The *Schuten Electronics* complaint also contains essentially the same material allegations pleaded in the *Consolidated Capacitors Antitrust* Actions, and it seeks treble damages and injunctive relief under Section One of the Sherman Act, 15 U.S.C. § 1 against the same 28 defendants named in the *Consolidated Capacitors Antitrust* Actions.

      The identity of the claims alleged and the relief sought in the *Schuten Electronics* complaint to the

allegations and claims in the *Consolidated Capacitors Antitrust* Actions makes it clear that these cases will require adjudication of the same questions of law and fact.  Relation of the *Schuten Electronics* Action to the *Consolidated Capacitors Antitrust* Actions therefore will promote the conservation of judicial and party resources in these cases and will ensure efficiency in their prosecution and final disposition.  Managing the *Schuten Electronics* Action separately from the *Consolidated Capacitor Antitrust* Actions would create an unduly burdensome duplication of labor and expenses and could potentially lead to conflicting results.

While acknowledging that the relation of actions is entirely at the Court's discretion, Plaintiffs note that on August 7, 2014, they filed a Motion to Transfer with the Judicial Panel on Multidistrict Litigation for centralization of all pending capacitors price-fixing cartel in this District and with Your Honor pursuant to 28 U.S.C. section 1407.  Though the Judicial Panel has yet to hear from the various parties involved in the four currently pending capacitors price-fixing cartel cases (three filed in this District, and one filed in the District of New Jersey) and no order has been issued on the Motion to Transfer, centralization of these cases for pretrial purposes is likely.  Accordingly, if these cases ultimately are transferred for centralization, it is inevitable that the *Schuten Electronics* Action will be consolidated with the *Consolidated Capacitors Antitrust* Actions.  Given the likelihood of this outcome, efficient use of judicial resources and minimizing the potential for conflicting results require that the *Schuten Electronics* Action and the *Consolidated Capacitor Antitrust* Actions be considered together.

In consideration of the foregoing, Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. respectfully request that the Court relate the *Schuten Electronics* Action to the *Consolidated Capacitors Antitrust* Actions.

Dated: August 18, 2014

JOSEPH SAVERI LAW FIRM, INC.

By:    */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

Solomon B. Cera (State Bar No. 99467)
C. Andrew Dirksen (State Bar No. 197378)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Eric L. Cramer
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
rgordon@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  (612) 338-4605
Facsimile:   (612) 338-4692
vesades@heinsmills.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone:  (267) 519-8306
Facsimile:   (215) 569-0958
sgreenfogel@litedepalma.com

Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:  (973) 623-3000
Facsimile:   (973) 623-0211
jdepalma@litedepalma.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

## CERTIFICATE OF SERVICE

I am over 18 years of age and am not a party to these proceedings or any of the actions that are the subject of these proceedings. My business address is 505 Montgomery Street, Suite 625, San Francisco, CA 94111.

I am readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am also readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on the Certificate of Service.

This certificate of service concerns the following document(s):

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

Pursuant to Civil Local Rules 4-2 (a) through (c) and 5-1(h)(2), on Monday, August 18, 2014, I served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service and by e-mail:

*[Recipient list begins on next page]*

| | |
|---|---|
| Evan Nadel<br>MINTZ, LEVIN, COHN, FERRIS,<br> GLOVSKY AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone"  (415) 432-6000<br>Facsimile:     (415) 432-6001<br>enadel@mintz.com<br><br>Bruce D. Sokler<br>MINTZ, LEVIN, COHN, FERRIS,<br> GLOVSKY AND POPEO, P.C.<br>701 Pennsylvania Avenue NW<br>Suite 900<br>Washington, DC 20004<br>Telephone:  (202) 434-7300<br>Facsimile:   (202) 434-7400<br>bdsokler@mintz.com<br><br>*Attorneys for Defendant AVX Corporation* | Heather S. Tewksbury<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:   (650) 858-6134<br>Facsimile:    (650) 858-6100<br>heather.tewksbury@wilmerhale.com<br><br>Thomas Mueller<br>Stacy Frazier<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20009<br>Telephone:  (202) 663-6000<br>Facsimile:   (202) 663-6363<br>thomas.mueller@wilmerhale.com<br>stacy.frazier@wilmerhale.com<br><br>*Attorneys for Defendants Elna Co., Ltd. and Elna America Inc.* |
| Jonathan M. Jacobson<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas<br>40th Floor<br>New York, New York 10019<br>Telephone:  (212) 497-7758<br>Facsimile:  (212) 999-5899<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br><br>Jeff VanHooreweghe<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street, NW<br>Fifth Floor<br>Washington, DC 20006<br>Telephone:  (202) 973-8825<br>Facsimile:  (202) 973-8899<br>jvanhooreweghe@wsgr.com<br><br>*Attorneys for Defendant Hitachi Chemical Co., Ltd. and Hitachi Chemical Company America, Ltd.* | Roxane A. Polidora<br>Jacob R. Sorensen<br>Lindsay A. Lutz<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>Four Embarcadero Center<br>22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:   (415) 983-1000<br>Facsimile:    (415) 983-1200<br>roxane.polidora@pillsburylaw.com<br>jake.sorensen@pillsburylaw.com<br>lindsay.lutz@pillsburylaw.com<br><br>*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* |

| | |
|---|---|
| George A. Nicoud III<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   (415) 393-8308<br>Facsimile:    (415) 374-8473<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* | Joseph J. Bial<br>Charles F. Rule<br>Daniel J. Howley<br>CADWALADER WICKERSHAM & TAFT LLP<br>700 Sixth Street, NW<br>Washington, DC 20037<br>Telephone:   (202) 862-2200<br>Facsimile:    (202) 862-2400<br>joseph.bial@cwt.com<br>rick.rule@cwt.com<br>daniel.howley@cwt.com<br><br>*Attorneys for Defendant United Chemi-Con Corporation* |
| Jeffrey L. Kessler<br>Molly M. Donovan<br>Mollie C. Richardson<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone:   (212) 294-6700<br>Facsimile:    (212) 294-4700<br>jkessler@winston.com<br>mmdonovan@winston.com<br>mrichardson@winston.com<br><br>*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation* | Michael F. Tubach<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701<br>mtubach@omm.com<br>cjbrown@omm.com<br><br>Kenneth R. O'Rourke<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407<br>korourke@omm.com<br><br>*Attorneys for Defendant ROHM Semiconductor U.S.A., LLC* |
| Djordje Petkoski<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone:   (202) 955-1500<br>Facsimile:    (202) 778-2201<br>dpetkoski@hunton.com<br><br>*Attorneys for Defendants Rubycon Corporation and Rubycon America, Inc.* | Derek Ludwin<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:   (202) 662-5429<br>Facsimile:    (202) 662-6291<br>dludwin@cov.com<br><br>*Attorneys for Defendants Samsung Electro-Mechanics and Samsung Electro-Mechanics America, Inc.* |

| | |
|---|---|
| Steven A. Reiss<br>Adam C. Hemlock<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone:   (212) 310-8000<br>Facsimile:    (212) 310-8007<br>steven.reiss@weil.com<br>adam.hemlock@weil.com<br><br>*Attorneys for Defendant Taiyo Yuden (USA) Inc.* | Thomas F. Fitzpatrick<br>PEPPER HAMILTON LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065-1434<br>Telephone:  (650) 802-3600<br>Facsimile:   (650) 802-3650<br>fitzpatrickt@pepperlaw.com<br><br>Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799<br>Telephone:   (215) 981-4783<br>Facsimile:    (215) 981-4750<br>sicalidesb@pepperlaw.com<br><br>*Attorneys for Defendant Vishay Intertechnology, Inc.* |

Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. have continued efforts to identify counsel or an agent competent to accept service on behalf of Defendant Toshin Kogyo, Ltd., located at 2-15-4, Uchikada Chiyoda-ku, Tokyo, Japan. Plaintiffs have retained the services of a translator to assist with service under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Convention).

Date: August 18, 2014                                    /s/ James Dallal
                                                                         James Dallal