**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUTEN ELECTRONICS INC, | No. C -14-03698 EDL |
| Plaintiff, | **SUA SPONTE ORDER OF REFERRAL** |
| v. | |
| AVX CORPORATION, | |
| Defendant. | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable James Donato for the purpose of considering whether it is related to the following case: Chip-Tech, Ltd. v. Panasonic Corporation, et al., C-14-3264 JD.

**IT IS SO ORDERED.**

Dated: August 18, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge