Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs
Chip-Tech, Ltd. and Dependable Component Supply Corp.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIP-TECH, LTD.,**<br><br>         Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>         Defendants. | Lead Case No. 3:14-cv-03264-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| **DEPENDABLE COMPONENT SUPPLY CORP.,**<br><br>         Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>         Defendants. | Case No. 3:14-cv-03300-JD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. ("Plaintiffs") submit this administrative motion

requesting the Court to consider whether *Ellis et al. v. Panasonic Corporation et al.*, Case No. 3:14-cv-03815-MEJ (the "*Ellis* Action"), filed in this District on August 21, 2014, should be related to three previously-filed and currently pending actions—*Chip-Tech, Ltd. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03264-JD, filed July 18, 2014 (the "*Chip-Tech* Action"); *Dependable Component Supply Corp. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03300-JD, filed July 22, 2014 (the "*Dependable* Action"); and *Schuten Electronics Corp. v. AVX Corporation,* Case No. 3:14-cv-03698-JD, filed August 14, 2014 (the "*Schuten* Action").

On August 14, 2014, this Court consolidated the *Chip-Tech* Action and the *Dependable* Action for pretrial purposes (Order re Consolidation and Responses to Complaint, Dkt. 65) (together, the "*Consolidated Capacitors Antitrust* Actions").

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Ellis* Action should be related to the *Consolidated Capacitors Antitrust* Actions because these actions together readily meet the criteria for relation set forth above. The *Ellis* Action alleges facts and asserts claims involving cartel activity and price-fixing that closely track and often repeat verbatim the *Consolidated Capacitors Antitrust* Actions' respective allegations. For example, the following chart shows sections of the *Ellis* Complaint that recite language and figures identical to the language and figures pled in the *Chip-Tech* Complaint:

| *Ellis* Complaint | *Chip-Tech* Complaint |
|---|---|
| ¶¶ 1-20 | ¶¶ 1-20 |
| ¶¶ 47-87 | ¶¶ 22-62 |
| ¶¶ 90-93 | ¶¶ 63-66 |
| ¶¶ 94-96 | ¶¶ 78-80 |
| ¶¶ 97-225 | ¶¶ 81-209 |

Following the Plaintiffs' direction in the *Consolidated Capacitors Antitrust* Actions, the *Ellis* Plaintiffs filed suit to seek recovery on behalf of indirect purchasers of aluminum and tantalum electrolytic capacitors for overcharges paid as a result of certain capacitor manufacturers' violations of the federal antitrust laws during a period running from January 1, 2005 to date. Notably, the class period and products at issue in the *Ellis* complaint are the exact same as those at issue in the *Consolidated Capacitors Antitrust* Actions. Similarly, the *Ellis* complaint seeks damages and injunctive relief against the same 28 defendants named in the *Consolidated Capacitors Antitrust* Actions.

The identity of the allegations in the *Ellis* complaint to the allegations and claims in the *Consolidated Capacitors Antitrust* Actions makes it clear that these cases will require adjudication of many of the same questions of law and fact. Relation of the *Ellis* Action to the *Consolidated Capacitors Antitrust* Actions therefore will promote the conservation of judicial and party resources in these cases and will ensure efficiency in their prosecution and final disposition.

Managing the *Ellis* Action separately from the *Consolidated Capacitor Antitrust* Actions would create an unduly burdensome duplication of labor and expenses and could potentially lead to conflicting results.

Relation of actions remains entirely at the Court's discretion. Plaintiffs nonetheless note that on August 7, 2014, they filed a Motion to Transfer with the Judicial Panel on Multidistrict Litigation for centralization of all pending capacitors price-fixing cartel in this District and with Your Honor pursuant to 28 U.S.C. section 1407.

Though the Judicial Panel has yet to hear from the various parties involved in the five currently pending capacitors price-fixing cartel cases (four filed in this District, and one filed in the District of New Jersey) and no order has been issued on the Motion to Transfer, centralization of these cases for pretrial purposes is likely. Accordingly, if these cases ultimately are transferred for centralization, it is highly probable that the *Ellis* Action will be consolidated with the *Consolidated Capacitors Antitrust* Actions. Given the likelihood of this outcome, efficient use of judicial resources and minimizing the potential for conflicting results require that the *Ellis* Action and the *Consolidated Capacitor Antitrust* Actions be considered together.

In consideration of the foregoing, Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. respectfully request that the Court relate the *Ellis* Action to the *Consolidated Capacitors Antitrust Actions*.

Dated: August 26, 2014

JOSEPH SAVERI LAW FIRM, INC.

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

Solomon B. Cera (State Bar No. 99467)
C. Andrew Dirksen (State Bar No. 197378)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Eric L. Cramer
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
rgordon@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:   (612) 338-4605
Facsimile:    (612) 338-4692
vesades@heinsmills.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
Facsimile: (215) 569-0958
sgreenfogel@litedepalma.com

Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0211
jdepalma@litedepalma.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

**CERTIFICATE OF SERVICE**

I am over 18 years of age and am not a party to these proceedings or any of the actions that are the subject of these proceedings. My business address is 505 Montgomery Street, Suite 625, San Francisco, CA 94111.

I am readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am also readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an email and sent to the recipient's email account the same day as the date listed on the Certificate of Service.

This certificate of service concerns the following document(s):

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

Pursuant to Civil Local Rules 3-12(b) and 5-1(h)(2), on Tuesday, August 26, 2014, I served a true and correct copy of the document(s) via the Electronic Court Filings (ECF) system maintained by the United States District Court for the Northern District of California, and caused to be served on the following parties via the U.S. Postal Service:

| | |
|---|---|
| Daniel S. Robinson<br>ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, California 92660<br>(949) 720-1288 (Telephone)<br>(949) 720-1292 (Facsimile)<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* | Phillip Duncan<br>Richard Quintus<br>Justin Zachary<br>DUNCAN FIRM, P.A.<br>900 South Shackleford, Suite 725<br>Little Rock, Arkansas 72211<br>(701) 228-7600 (Telephone)<br>(701) 228-0415 (Facsimile)<br>phillip@duncanfirm.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* |

| | |
|---|---|
| Kent W. Emison<br>LANGDON & EMISON<br>1828 Swift, Suite 303<br>N Kansas City, Missouri 64116<br>(660) 259-6175 (Telephone)<br>(660) 259-4571 (Facsimile)<br>kent@lelaw.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* | Richard Lombardo<br>SHAFFER LOMBARDO SHURIN<br>911 Main Street, Suite 2000<br>Kansas City, Missouri 64105<br>(816) 931-0500 (Telephone)<br>(816) 931-5775 (Facsimile)<br>RLombardo@sls-law.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* |
| William W. Heaton<br>HEATON & MOORE, P.C.<br>44 North Second Street, Suite 1200<br>Memphis, Tennessee 38103<br>(901) 526-5975 (Telephone)<br>(901) 527-3633 (Facsimile)<br>wheaton@heatonandmoore.com<br><br>*Attorneys for Ellis Action Indirect Purchaser Business Plaintiffs* | Mr. Russell Edwards, President<br>Nichicon (America) Corporation<br>927 East State Parkway<br>Schaumberg, IL 60173<br><br>*For Nichicon (America) Corporation and as General Manager for Nichicon Corporation* |
| Mr. Tsuneo Ohta, President<br>United Chemi-Con Corporation<br>c/o CT Corp. System<br>818 West 7th Street, 2nd Floor<br>Los Angeles, CA 90017<br><br>*General Manager for Nippon Chemi-Con Corporation* | Mr. Satoshi Sawamura, President and Director<br>ROHM Semiconductor U.S.A., LLC<br>c/o CSC – Lawyers Incorporating Service<br>2710 N. Gateway Oaks Drive, Suite 150<br>Sacramento, CA 95833<br><br>*General Manager for ROHM Co., Ltd.* |
| Mr. Shya Miyazawa, President and CEO<br>Taiyo Yuden (U.S.A.) Inc.<br>c/o Joji Kagei<br>19191 S. Vermont Ave., Ste. 420<br>Torrance, CA 90502<br><br>*General Manager for Taiyo Yuden Co., Ltd.* | |

| | |
|---|---|
| George Farah<br>Matthew Ruan<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005<br>Tel.: (212) 838-7797<br>gfarah@cohenmilstein.com<br>mruan@cohenmilstein.com<br><br>Manual John Dominguez<br>COHEN MILLSTEIN SELLERS & TOLL PLLC<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 833-6575<br>jdominguez@cohenmilstein.com | Kit A. Pierson<br>Brent W. Johnson<br>Laura Alexander<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W. Suite 500, East Tower Washington, DC 20005<br>Tel.: (202) 408-4600<br>kpierson@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>lalexander@cohenmilstein.com<br><br>*Attorneys for Schuten Electronics, Inc.* |

Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp. have continued efforts to identify counsel or an agent competent to accept service on behalf of Defendant Toshin Kogyo, Ltd., located at 2-15-4, Uchikada Chiyoda-ku, Tokyo, Japan; or for Defendant Matsuo Electric Co., Ltd., located at 3-5-3 Sennari-cho, Toyonaka-shi, Osaka 561-8558, Japan. Plaintiffs have retained the services of a translator to assist with service under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Convention).

Date: August 26, 2014                               /s/ James Dallal
                                                                                                   James Dallal