| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | Andrew M. Purdy (State Bar No. 261912) |
| 2 | James G. Dallal (State Bar No. 277826) |
| | JOSEPH SAVERI LAW FIRM, INC. |
| 3 | 505 Montgomery Street, Suite 625 |
| | San Francisco, California 94111 |
| 4 | Telephone:    (415) 500-6800 |
| | Facsimile:    (415) 395-9940 |
| 5 | jsaveri@saverilawfirm.com |
| | apurdy@saverilawfirm.com |
| 6 | jdallal@saverilawfirm.com |

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIP-TECH, LTD.,**<br><br>          Plaintiff, and on behalf of all others similarly situated,<br><br>     v.<br><br>**PANASONIC CORPORATION, et al.,**<br><br>          Defendants. | Lead Case No. 3:14-cv-03264-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| **DEPENDABLE COMPONENT SUPPLY CORP.,**<br><br>          Plaintiff, and on behalf of all others similarly situated,<br><br>     v.<br><br>**PANASONIC CORPORATION., et al.,**<br><br>          Defendants. | Case No. 3:14-cv-03300-JD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Chip-Tech, Ltd. ("Chip-Tech") and Dependable Component Supply Corp. ("Dependable") submit this

administrative motion requesting the Court to consider whether *eIQ Energy, Inc. v. AVX Corporation et al.*, Case No. 3:14-cv-04123-PSG (the "*eIQ Energy* Action"), filed in this District on September 11, 2014, should be related to four previously-filed and currently pending actions—*Chip-Tech, Ltd. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03264-JD, filed July 18, 2014 (the "*Chip-Tech* Action"); *Dependable Component Supply Corp. v. Panasonic Corporation, et al.*, Case No. 3:14-cv-03300-JD, filed July 22, 2014 (the "*Dependable* Action"); *Schuten Electronics Inc. v. AVX Corporation et al.,* Case No. 3:14-cv-03698-JD, filed August 14, 2014 (the "*Schuten* Action"); and *Ellis et al. v. Panasonic Corporation et al.,* Case No. 3:14-cv-03815-JD, filed August 21, 2014 (the "*Ellis* Action"). On August 14, 2014, this Court consolidated the *Chip-Tech* Action and the *Dependable* Action for pretrial purposes (Order re Consolidation and Responses to Complaint, Dkt. 65) (together, the "*Consolidated Capacitors Antitrust* Actions").

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *eIQ Energy* Action should be related to the *Consolidated Capacitors Antitrust* Actions because these actions together readily meet the criteria for relation set forth above. The paramount consideration here is that the *eIQ Energy* Action and the *Consolidated Capacitors Antitrust* Actions concern the same "transaction or event" because they seek redress for the same price-fixing cartel in the global market for capacitors. The *eIQ Energy* Action cites the same governmental investigations, carried out by the exact same six globally-dispersed governmental antitrust regulators, previously identified in the *Consolidated Capacitors Antitrust* Actions. It is therefore evident that these lawsuits do not concern distinct transactions or events in the form of separate global antitrust conspiracies. Indeed, the essential similarity of the allegations is the reason that coordinated management of these related cases will serve to prevent "unduly burdensome duplication of labor and expense or conflicting results."

Coordinated management will create additional efficiencies because the *eIQ Energy* Action is now pending in the Northern District of California. Recent discussions among counsel representing plaintiffs in all pending cases have produced a consensus to centralize all cases in this Court. On September 11, 2014, eIQ Energy dismissed without prejudice its action in the District of New Jersey and re-filed its case

in this Court with the intention that the various cases should be coordinated in this District. On September 12, 2014, eIQ Energy notified the Panel of its dismissal and re-filing of its case, withdrew its Response brief opposing coordination in this Court, and requested that the Panel dismiss the proceeding on the basis that all the actions at issue are now pending before this Court. These activities further demonstrate the relation between the *eIQ Energy* Action and the *Consolidated Capacitors Antitrust* Actions and the efficiencies to be attained through their coordinated management.

In consideration of the foregoing, Plaintiffs Chip-Tech and Dependable respectfully request that the Court enter an Order finding the *eIQ* Action related to the *Consolidated Capacitors Antitrust* Actions.

Dated: September 15, 2014

Respectfully submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:  */s/ Joseph R. Saveri*
     Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd., Dependable Component Supply Corp. and eIQ Energy Inc.*

Solomon B. Cera (State Bar No. 99467)
C. Andrew Dirksen (State Bar No. 197378)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Eric L. Cramer
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
rgordon@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  (612) 338-4605
Facsimile:   (612) 338-4692
vesades@heinsmills.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone:  (267) 519-8306
Facsimile:   (215) 569-0958
sgreenfogel@litedepalma.com

Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:  (973) 623-3000
Facsimile:   (973) 623-0211
jdepalma@litedepalma.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

# CERTIFICATE OF SERVICE

I am over 18 years of age and am not a party to these proceedings or any of the actions that are the subject of these proceedings. My business address is 505 Montgomery Street, Suite 625, San Francisco, CA 94111.

I am readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am also readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on the Certificate of Service.

This certificate of service concerns the following document(s):

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

Pursuant to Civil Local Rule 5-1(h)(1), on Monday, September 15, 2014, I served a true and correct copy of the document(s) on the following parties through the Electronic Court Filings system maintained by the United States District Court for the Northern District of California and via e-mail:

*[Recipient list begins on next page]*

| | |
|---|---|
| Evan Nadel<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 432-6000<br>Facsimile:    (415) 432-6001<br>enadel@mintz.com<br><br>Bruce D. Sokler<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>701 Pennsylvania Avenue NW<br>Suite 900<br>Washington, DC 20004<br>Telephone:  (202) 434-7300<br>Facsimile:    (202) 434-7400<br>bdsokler@mintz.com<br><br>*Attorneys for Defendant AVX Corporation* | Jonathan M. Jacobson<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas<br>40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br><br>Jeff VanHooreweghe<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street, NW<br>Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8825<br>Facsimile: (202) 973-8899<br>jvanhooreweghe@wsgr.com<br><br>*Attorneys for Defendants Hitachi Chemical Co., Ltd. and Hitachi Chemical Company America, Ltd.* |
| Roxane A. Polidora<br>Jacob R. Sorensen<br>Lindsay A. Lutz<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center<br>22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:  (415) 983-1000<br>Facsimile:    (415) 983-1200<br>roxane.polidora@pillsburylaw.com<br>jake.sorensen@pillsburylaw.com<br>lindsay.lutz@pillsburylaw.com<br><br>*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* | Jeffrey L. Kessler<br>Molly M. Donovan<br>Mollie C. Richardson<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone:   (212) 294-6700<br>Facsimile:     (212) 294-4700<br>jkessler@winston.com<br>mmdonovan@winston.com<br>mrichardson@winston.com<br><br>*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation* |

| | |
|---|---|
| Michael F. Tubach<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701<br>mtubach@omm.com<br>cjbrown@omm.com<br><br>Kenneth R. O'Rourke<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407<br>korourke@omm.com<br><br>*Attorneys for Defendant ROHM Semiconductor U.S.A., LLC* | Djordje Petkoski<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone:   (202) 955-1500<br>Facsimile:    (202) 778-2201<br>dpetkoski@hunton.com<br><br>*Attorneys for Defendants Rubycon Corporation and Rubycon America, Inc.* |

Pursuant to Civil Local Rule 5-1(h)(2), on Monday, September 15, 2014, I caused to be served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service and via e-mail:

| | |
|---|---|
| Heather S. Tewksbury<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:   (650) 858-6134<br>Facsimile:    (650) 858-6100<br>heather.tewksbury@wilmerhale.com<br><br>Thomas Mueller<br>Stacy Frazier<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20009<br>Telephone: (202) 663-6000<br>Facsimile:   (202) 663-6363<br>thomas.mueller@wilmerhale.com<br>stacy.frazier@wilmerhale.com<br><br>*Attorneys for Defendants Elna Co., Ltd. and Elna America Inc.* | George A. Nicoud III<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   (415) 393-8308<br>Facsimile:    (415) 374-8473<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* |

| | |
|---|---|
| Joseph J. Bial<br>Charles F. Rule<br>Daniel J. Howley<br>CADWALADER WICKERSHAM & TAFT LLP<br>700 Sixth Street, NW<br>Washington, DC 20037<br>Telephone:   (202) 862-2200<br>Facsimile:    (202) 862-2400<br>joseph.bial@cwt.com<br>rick.rule@cwt.com<br>daniel.howley@cwt.com<br><br>*Attorneys for Defendant United Chemi-Con Corporation* | Derek Ludwin<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:   (202) 662-5429<br>Facsimile:    (202) 662-6291<br>dludwin@cov.com<br><br>*Attorneys for Defendants Samsung Electro-Mechanics and Samsung Electro-Mechanics America, Inc.* |
| Steven A. Reiss<br>Adam C. Hemlock<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone:   (212) 310-8000<br>Facsimile:    (212) 310-8007<br>steven.reiss@weil.com<br>adam.hemlock@weil.com<br><br>*Attorneys for Defendant Taiyo Yuden (USA) Inc.* | Thomas F. Fitzpatrick<br>PEPPER HAMILTON LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065-1434<br>Telephone:  (650) 802-3600<br>Facsimile:   (650) 802-3650<br>fitzpatrickt@pepperlaw.com<br><br>Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799<br>Telephone:   (215) 981-4783<br>Facsimile:    (215) 981-4750<br>sicalidesb@pepperlaw.com<br><br>*Attorneys for Defendant Vishay Intertechnology, Inc.* |
| George Farah<br>Matthew Ruan<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005<br>Tel.: (212) 838-7797<br>gfarah@cohenmilstein.com<br>mruan@cohenmilstein.com<br><br>Manual John Dominguez<br>COHEN MILLSTEIN SELLERS & TOLL PLLC<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Tel.: (561) 833-6575<br>jdominguez@cohenmilstein.com | Kit A. Pierson<br>Brent W. Johnson<br>Laura Alexander<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W. Suite 500, East Tower Washington, DC 20005<br>Tel.: (202) 408-4600<br>kpierson@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>lalexander@cohenmilstein.com<br><br>*Attorneys for Schuten Electronics, Inc.* |

| | |
|---|---|
| Mark P. Robinson, Jr.<br>Daniel S. Robinson<br>ROBINSON CALCAGNIE ROBINSON<br>SHAPIRO DAVIS, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, California 92660<br>(949) 720-1288 (Telephone)<br>(949) 720-1292 (Facsimile)<br>mrobinson@rcrsd.com<br>drobinson@rcrsd.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* | Phillip Duncan<br>Richard Quintus<br>Justin Zachary<br>DUNCAN FIRM, P.A.<br>900 South Shackleford, Suite 725<br>Little Rock, Arkansas 72211<br>(701) 228-7600 (Telephone)<br>(701) 228-0415 (Facsimile)<br>phillip@duncanfirm.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* |
| Kent W. Emison<br>LANGDON & EMISON<br>1828 Swift, Suite 303<br>N Kansas City, Missouri 64116<br>(660) 259-6175 (Telephone)<br>(660) 259-4571 (Facsimile)<br>kent@lelaw.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* | Richard Lombardo (*Pro Hac Vice* Forthcoming)<br>SHAFFER LOMBARDO SHURIN<br>911 Main Street, Suite 2000<br>Kansas City, Missouri 64105<br>(816) 931-0500 (Telephone)<br>(816) 931-5775 (Facsimile)<br>E-mail: RLombardo@sls-law.com<br><br>*Attorneys for Ellis Action Consumer Indirect Purchaser Plaintiffs* |
| William W. Heaton<br>HEATON & MOORE, P.C.<br>44 North Second Street, Suite 1200<br>Memphis, Tennessee 38103<br>(901) 526-5975 (Telephone)<br>(901) 527-3633 (Facsimile)<br>wheaton@heatonandmoore.com<br><br>*Attorneys for Ellis Action Indirect Purchaser Business Plaintiffs* | Howard J. Sedran<br>Austin B. Cohen<br>Keith J. Verrier<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone:   (215) 592-1500<br>Facsimile:    (215) 592-4663<br>hsedran@lfsblaw.com<br>acohen@lfsblaw.com<br>kverrier@lfsblaw.com<br><br>*Attorneys for Plaintiff eIQ Energy, Inc.* |

| | |
|---|---|
| Roberta D. Liebenberg<br>Donald L. Perelman<br>Gerard A. Dever<br>Paul Costa<br>Ria Momblanco<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>Telephone: (215) 567-6565<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com<br>gdever@finekaplan.com<br>pcosta@finekaplan.com<br>rmomblanco@finekaplan.com<br><br>*Attorneys for Plaintiff eIQ Energy, Inc.* | W. Daniel "Dee" Miles, III<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>218 Commerce Street<br>Post Office Box 4160 (36103)<br>Montgomery, AL 36104<br>Telephone: (334) 269-2343<br>Facsimile: (334) 954-7555<br><br>*Attorneys for Plaintiff eIQ Energy, Inc.* |
| Dennis J. Drasco<br>Arthur M. Owens<br>LUM, DRASCO & POSITAN, LLC<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>Telephone: (973) 403-9000<br>Facsimile: (973) 403-9021<br>Email:    DDrasco@lumlaw.com<br>          AOwens@lumlaw.com<br><br>*Attorneys for Plaintiff eIQ Energy, Inc.* | |

Pursuant to Civil Local Rule 5-1(h)(2), on Monday, September 15, 2014, I caused to be served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service:

| | |
|---|---|
| Mr. Shya Miyazawa, President and CEO<br>Taiyo Yuden (U.S.A.) Inc.<br>c/o Joji Kagei<br>19191 S. Vermont Ave., Ste. 420<br>Torrance, CA 90502<br><br>*General Manager for Taiyo Yuden Co., Ltd.* | Mr. Russell Edwards, President<br>Nichicon (America) Corporation<br>927 East State Parkway<br>Schaumberg, IL 60173<br><br>*For Nichicon (America) Corporation and as General Manager for Nichicon Corporation* |
| Mr. Tsuneo Ohta, President<br>United Chemi-Con Corporation<br>c/o CT Corp. System<br>818 West 7th Street, 2nd Floor<br>Los Angeles, CA 90017<br><br>*General Manager for Nippon Chemi-Con Corporation* | Mr. Satoshi Sawamura, President<br>ROHM Semiconductor U.S.A.<br>c/o CSC<br>2710 N. Gateway Oaks Dr., Ste. 150<br>Sacramento, CA 95833<br><br>*General Manager for ROHM Co., Ltd.* |

| | |
|---|---|
| Matsuo Electric Co., Ltd.<br>3-5-3 Sennari-cho<br>Toyonaka-shi, Osaka 561-8558<br>JAPAN<br><br>*Defendant Matsuo Electric Co., Ltd.* | Toshin Kogyo Co., Ltd.<br>Tsukasa Bldg.<br>2-15-4 Uchikanda<br>Chiyoda-ku, Tokyo 101-0047<br>JAPAN<br><br>*Defendant Toshin Kogyo Co., Ltd.* |
| Hitachi AIC Incorporated<br>1065 Kugeta<br>Moka-shi, Tochigi 321-4521<br>JAPAN<br><br>*Defendant Hitachi AIC Incorporated* | Matsuo Electronics of America, Inc.<br>2134 Main Street, Suite 200<br>Huntington Beach, CA 92648<br><br>*Defendant Matsuo Electronics of America, Inc.* |
| TDK Corporation<br>Shibaura Renasite Tower<br>3-9-1 Shibaura<br>Manato-ku, Tokyo<br>JAPAN<br><br>*Defendant TDK Corporation* | TDK-EPC Corporation<br>Shibaura Renasite Tower<br>3-9-1 Shibaura<br>Manato-ku, Tokyo<br>JAPAN<br><br>*Defendant TDK-EPC Corporation* |
| TDK U.S.A. Corporation<br>525 RXR Plaza<br>Uniondale, NY 11556<br><br>*Defendant TDK U.S.A. Corporation* | |

Date: September 15, 2014            /s/ James Dallal
                                    James Dallal