Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd., Dependable Component Supply Corp.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP-TECH, LTD.,<br><br>    Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>PANASONIC CORPORATION, et al.,<br><br>    Defendants. | Lead Case No. 3:14-cv-03264-JD<br><br>**PLAINTIFFS' JOINT STATUS REPORT ON THE MOTION TO TRANSFER PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| DEPENDABLE COMPONENT SUPPLY CORP.,<br><br>    Plaintiff, and on behalf of all others similarly situated,<br><br>    v.<br><br>PANASONIC CORPORATION, et al.,<br><br>    Defendants. | Case No. 3:14-cv-03300-JD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Plaintiffs Chip-Tech, Ltd. ("Chip-Tech") and Dependable Component Supply Corp. ("Dependable") jointly submit this status report in compliance with the Court's Order re Consolidation and Responses to Complaint (Dkt. No. 65).

Since Chip-Tech and Dependable first notified the Court that they had initiated the proceeding before the Judicial Panel on Multidistrict Litigation (*In re: Capacitors Antitrust Litig.,* M.D.L. No. 2574) in their Notice of Pendency of Other Action or Proceeding (Dkt. 39), the following events have transpired:

I. **Scheduling and Briefing**

On August 19, 2014, the Panel issued a Notice of Hearing Session that listed *In re: Capacitors Antitrust Litig.* among the matters the Panel will consider at its hearing session in Louisville, Kentucky on October 2, 2014.

On August 26, 2014, Chip-Tech and Dependable filed a Notice of Related Actions (M.D.L. No. 2574, Dkt. No. 69), advising the Panel of two additional cases for consideration in the multidistrict litigation—*Schuten Electronics Inc. v. AVX Corporation et al.* (Case No. 3:14-cv-03698) and *Ellis et al. v. Panasonic Corporation et al.* (Case No. 3:14-cv-03815)—both filed in this District and both of which this Court has found related to this action (Dkt. Nos. 82, 94).

On August 28, 2014, Plaintiff eIQ Energy, Inc. filed a Response to the Motion to Transfer (M.D.L. No. 2574, Dkt. No. 73). In its Response, eIQ Energy opposed transfer of its case to the Northern District of California and requested that all the Capacitors Actions instead be transferred to the District of New Jersey, where *eIQ Energy Inc. v. AVX Corp. et al.,* Case No. 2:14-cv-4826-ES-MAH, was then pending.

Also on August 28, 2014, certain Defendants in the Capacitors Actions filed another Response to the Motion to Transfer (M.D.L. No. 2574, Dkt. No. 77).[1] The Defendants' Response agreed that the Capacitors Actions should be centralized in a single forum and took no position on transfer as between the Northern District of California and the District of New Jersey.

On September 4, 2014, Chip-Tech and Dependable filed a Response in support of its Motion to Transfer requesting that all five Capacitors Actions be centralized in the Northern District of California.

---

[1] Defendants joining the Response were: "AVX Corp., ELNA America, Inc., ELNA Co., Ltd., Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., Hitachi AIC Inc., KEMET Corp., KEMET Electronics Corp., NEC TOKIN Corp., NEC TOKIN America, Inc., Nichicon (America) Corp., Panasonic Corp., Panasonic Corp. of North America, SANYO Electric Co., Ltd. (incorrectly named in certain complaints as Sanyo Electric Group, Ltd.), SANYO North America Corp. (incorrectly named in certain complaints as Sanyo Electronic Device (U.S.A.) Corp.), ROHM Co., Ltd., ROHM Semiconductor U.S.A., LLC, Rubycon Corp., Rubycon America Inc., Samsung Electro-Mechanics Co., Ltd, Samsung Electro-Mechanics America, Inc., Taiyo Yuden Co., Ltd., Taiyo Yuden (USA) Inc., TDK Corp., TDK-EPC Corp., TDK U.S.A. Corp., United Chemi-Con, Inc., and Vishay Intertechnology, Inc."

**II. Centralization in This District and Request for Dismissal of Multidistrict Proceeding**

Following the initiation of multidistrict litigation before the Panel, counsel for all direct purchaser plaintiffs met and conferred. Those discussions produced a consensus that it would best serve the interests of the direct purchaser class if the Capacitors Actions were to be centralized in the Northern District of California.

On September 11, 2014, eIQ Energy dismissed without prejudice its action then pending before the District of New Jersey and re-filed it in this District, noting this action as a related case on the civil cover sheet (Case No. 5:14-cv-04123-PSG, Dkt. 1-1). A copy of the Notice of Voluntary Withdrawal in the District of New Jersey is attached as Exhibit A, and the Order dismissing the District of New Jersey case without prejudice is attached as Exhibit B. The new action filed in this District is captioned as *eIQ Energy Inc. v. AVX Corporation,* Case No. 5:14-cv-04123-PSG.

On September 12, 2014, eIQ Energy filed a Notice of Supplemental Information in the multidistrict litigation (M.D.L. No. 2574, Dkt. No. 96). The Notice advised the Panel of the dismissal and re-filing of the *eIQ Energy* action. It further stated that because there are no longer any Capacitors Actions pending other than in this District, Chip-Tech's and Dependable's Motion to Transfer is now moot. A copy of the Notice of Supplemental Information is attached as Exhibit C.

On September 15, 2014, Chip-Tech and Dependable filed an Administrative Motion with the Court requesting relation of the *eIQ Energy* action to the lead *Chip-Tech* action (Dkt. No. 99).

Dated: September 15, 2014

Respectfully submitted,

JOSEPH SAVERI LAW FIRM, INC.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com

Solomon B. Cera (State Bar No. 99467)
C. Andrew Dirksen (State Bar No. 197378)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Eric L. Cramer
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
rgordon@bm.net

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
vesades@heinsmills.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
Facsimile: (215) 569-0958
sgreenfogel@litedepalma.com

Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0211
jdepalma@litedepalma.com

*Attorneys for Individual and Representative Plaintiffs Chip-Tech, Ltd. and Dependable Component Supply Corp.*

4    Lead Case No. 3:14-cv-03264-JD
Status Report on the Motion to Transfer Pending Before the Judicial Panel on Multidistrict Litigation

## CERTIFICATE OF SERVICE

I am over 18 years of age and am not a party to these proceedings or any of the actions that are the subject of these proceedings. My business address is 505 Montgomery Street, Suite 625, San Francisco, CA 94111.

I am readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am also readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on the Certificate of Service.

This certificate of service concerns the following document(s):

**PLAINTIFFS' JOINT STATUS REPORT ON THE MOTION TO TRANSFER PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Civil Local Rule 5-1(h)(1), on Monday, September 15, 2014, I served a true and correct copy of the document(s) on the following parties through the Electronic Court Filings system maintained by the United States District Court for the Northern District of California and via email:

*[Recipient list begins on next page]*

| | |
|---|---|
| Evan Nadel<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY<br> AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 432-6000<br>Facsimile:     (415) 432-6001<br>enadel@mintz.com<br><br>Bruce D. Sokler<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY<br> AND POPEO, P.C.<br>701 Pennsylvania Avenue NW<br>Suite 900<br>Washington, DC 20004<br>Telephone:  (202) 434-7300<br>Facsimile:     (202) 434-7400<br>bdsokler@mintz.com<br><br>*Attorneys for Defendant AVX Corporation* | Jonathan M. Jacobson<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas<br>40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br><br>Jeff VanHooreweghe<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street, NW<br>Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8825<br>Facsimile: (202) 973-8899<br>jvanhooreweghe@wsgr.com<br><br>*Attorneys for Defendants Hitachi Chemical Co., Ltd.*<br> *and Hitachi Chemical Company America, Ltd.* |
| Roxane A. Polidora<br>Jacob R. Sorensen<br>Lindsay A. Lutz<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>Four Embarcadero Center<br>22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:  (415) 983-1000<br>Facsimile:     (415) 983-1200<br>roxane.polidora@pillsburylaw.com<br>jake.sorensen@pillsburylaw.com<br>lindsay.lutz@pillsburylaw.com<br><br>*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* | Jeffrey L. Kessler<br>Molly M. Donovan<br>Mollie C. Richardson<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone:   (212) 294-6700<br>Facsimile:     (212) 294-4700<br>jkessler@winston.com<br>mmdonovan@winston.com<br>mrichardson@winston.com<br><br>*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation* |

| | |
|---|---|
| Michael F. Tubach<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701<br>mtubach@omm.com<br>cjbrown@omm.com<br><br>Kenneth R. O'Rourke<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407<br>korourke@omm.com<br><br>*Attorneys for Defendant ROHM Semiconductor U.S.A., LLC* | Djordje Petkoski<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone:   (202) 955-1500<br>Facsimile:    (202) 778-2201<br>dpetkoski@hunton.com<br><br>*Attorneys for Defendants Rubycon Corporation and Rubycon America, Inc.* |

Pursuant to Civil Local Rule 5-1(h)(2), on Monday, September 15, 2014, I served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service and via e-mail:

| | |
|---|---|
| Heather S. Tewksbury<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:   (650) 858-6134<br>Facsimile:    (650) 858-6100<br>heather.tewksbury@wilmerhale.com<br><br>Thomas Mueller<br>Stacy Frazier<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20009<br>Telephone:  (202) 663-6000<br>Facsimile:   (202) 663-6363<br>thomas.mueller@wilmerhale.com<br>stacy.frazier@wilmerhale.com<br><br>*Attorneys for Defendants Elna Co., Ltd. and Elna America Inc.* | George A. Nicoud III<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   (415) 393-8308<br>Facsimile:    (415) 374-8473<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* |

| | |
|---|---|
| Joseph J. Bial<br>Charles F. Rule<br>Daniel J. Howley<br>CADWALADER WICKERSHAM & TAFT LLP<br>700 Sixth Street, NW<br>Washington, DC 20037<br>Telephone: (202) 862-2200<br>Facsimile: (202) 862-2400<br>joseph.bial@cwt.com<br>rick.rule@cwt.com<br>daniel.howley@cwt.com<br><br>*Attorneys for Defendant United Chemi-Con Corporation* | Derek Ludwin<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone: (202) 662-5429<br>Facsimile: (202) 662-6291<br>dludwin@cov.com<br><br>*Attorneys for Defendants Samsung Electro-Mechanics and Samsung Electro-Mechanics America, Inc.* |
| Steven A. Reiss<br>Adam C. Hemlock<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>steven.reiss@weil.com<br>adam.hemlock@weil.com<br><br>*Attorneys for Defendant Taiyo Yuden (USA) Inc.* | Thomas F. Fitzpatrick<br>PEPPER HAMILTON LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065-1434<br>Telephone: (650) 802-3600<br>Facsimile: (650) 802-3650<br>fitzpatrickt@pepperlaw.com<br><br>Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4783<br>Facsimile: (215) 981-4750<br>sicalidesb@pepperlaw.com<br><br>*Attorneys for Defendant Vishay Intertechnology, Inc.* |

Pursuant to Civil Local Rule 5-1(h)(2), on Monday, September 15, 2014, I served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service:

| | |
|---|---|
| Mr. Shya Miyazawa, President and CEO<br>Taiyo Yuden (U.S.A.) Inc.<br>c/o Joji Kagei<br>19191 S. Vermont Ave., Ste. 420<br>Torrance, CA 90502<br><br>*General Manager for Taiyo Yuden Co., Ltd.* | Mr. Russell Edwards, President<br>Nichicon (America) Corporation<br>927 East State Parkway<br>Schaumberg, IL 60173<br><br>*For Nichicon (America) Corporation and as General Manager for Nichicon Corporation* |

| | |
|---|---|
| Mr. Tsuneo Ohta, President<br>United Chemi-Con Corporation<br>c/o CT Corp. System<br>818 West 7th Street, 2nd Floor<br>Los Angeles, CA 90017<br><br>*General Manager for Nippon Chemi-Con Corporation* | Mr. Satoshi Sawamura, President<br>ROHM Semiconductor U.S.A.<br>c/o CSC<br>2710 N. Gateway Oaks Dr., Ste. 150<br>Sacramento, CA 95833<br><br>*General Manager for ROHM Co., Ltd.* |
| Matsuo Electric Co., Ltd.<br>3-5-3 Sennari-cho<br>Toyonaka-shi, Osaka 561-8558<br>JAPAN<br><br>*Defendant Matsuo Electric Co., Ltd.* | Toshin Kogyo Co., Ltd.<br>Tsukasa Bldg.<br>2-15-4 Uchikanda<br>Chiyoda-ku, Tokyo 101-0047<br>JAPAN<br><br>*Defendant Toshin Kogyo Co., Ltd.* |

Date: September 15, 2014

\_\_\_\_*/s/ James Dallal*_____
James Dallal