Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
A. Paul Victor (*pro hac vice*)
pvictor@winston.com
David L. Greenspan (*pro hac vice*)
dgreenspan@winston.com
Molly M. Donovan (*pro hac vice*)
mmdonovan@winston.com
Mollie C. Richardson (*pro hac vice*)
mrichardson@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
    [incorrectly named in the complaints as Sanyo Electric Group, Ltd.]
*SANYO North America Corp.*
    [incorrectly named in the complaints as Sanyo Electronic Device (U.S.A.) Corp.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHIP-TECH, LTD.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PANASONIC CORPORATION, *et al.*,<br><br>　　　　　　Defendants.<br>———————————————<br>DEPENDABLE COMPONENT SUPPLY CORP.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PANASONIC CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case Nos.  3:14-cv-03264-JD<br>　　　　　　　3:14-cv-03300-JD<br><br>PANASONIC CORPORATION'S, PANASONIC CORPORATION OF NORTH AMERICA'S, SANYO ELECTRIC CO., LTD.'S, AND SANYO NORTH AMERICA CORPORATION'S DISCLOSURE STATEMENTS PURSUANT TO FRCP 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 |

1    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Panasonic Corporation states
2    that: (i) Panasonic Corporation is a publicly-held corporation; (ii) Panasonic Corporation does not
3    have a parent corporation; and (iii) no publicly-held corporation owns more than 10% of Panasonic
4    Corporation's stock.
5    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Panasonic Corporation of North
6    America states that: (i) Panasonic Corporation is the parent corporation of Panasonic Corporation of
7    North America; and (ii) Panasonic Corporation is a publicly-held corporation that owns more than
8    10% of Panasonic Corporation of North America's stock.
9    Pursuant to Federal Rule of Civil Procedure 7.1, defendant SANYO Electric Co., Ltd., states
10   that: (i) Panasonic Corporation is the parent corporation of SANYO Electric Co., Ltd.; and (ii)
11   Panasonic Corporation is a publicly-held corporation that owns more than 10% of SANYO Electric
12   Co., Ltd.'s stock.
13   Pursuant to Federal Rule of Civil Procedure 7.1, defendant SANYO North America
14   Corporation states that: (i) SANYO Electric Co., Ltd., is the parent company of SANYO North
15   America Corporation; and (ii) no publicly-held corporation owns more than 10% of SANYO North
16   America Corporation's stock.
17   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
18   named parties in the consolidated and related actions, there is no such interest to report.

20   Dated: October 1, 2014                    Respectfully submitted,

                                               By:   /s/ Molly M. Donovan

                                               Jeffrey L. Kessler (*pro hac vice*)
                                               jkessler@winston.com
                                               A. Paul Victor (*pro hac vice*)
                                               pvictor@winston.com
                                               David L. Greenspan (*pro hac vice*)
                                               dgreenspan@winston.com
                                               Molly M. Donovan (*pro hac vice*)
                                               mmdonovan@winston.com
                                               Mollie C. Richardson (*pro hac vice*)
                                               mrichardson@winston.com
                                               WINSTON & STRAWN LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*