1  Daniel W. Fox (SBN 268757)
   K&L GATES LLP
2  Four Embarcadero Center
   Suite 1200
3  San Francisco, CA 94103
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220
   daniel.fox@klgates.com
5
   Michael E. Martinez (*admitted pro hac vice*)
6  Steven M. Kowal (*admitted pro hac vice*)
   Scott M. Mendel (*admitted pro hac vice*)
7  Lauren N. Norris (*admitted pro hac vice*)
   Lauren B. Salins (*admitted pro hac vice*)
8  K&L GATES LLP
   70 W. Madison Street
9  Suite 3100
   Chicago, IL 60602
10 Telephone: (312) 372-1121
   Facsimile: (312) 827-8000
11 michael.martinez@klgates.com
   steven.kowal@klgates.com
12 scott.mendel@klgates.com
   lauren.norris@klgates.com
13 lauren.salins@klgates.com

14

15 *Counsel for Defendant*
   Nichicon (America) Corporation
16

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| | Case No.   3:14-cv-03264-JD |
| IN RE CAPACITORS ANTITRUST LITIGATION | **NICHICON (AMERICA) CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1

NICHICON (AMERICA) CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS – 3:14-CV-03264-JD

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Nichicon Corporation (parent company).

K&L GATES LLP

Dated: October 10, 2014        By: /s/ *Daniel W. Fox*

Daniel W. Fox
Attorneys for Defendant
Nichicon (America) Corporation

---

2
**NICHICON (AMERICA) CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS – 3:14-CV-03264-JD**