Bruce D. Sokler (*pro hac vice*)
bdsokler@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20009
Telephone: (202) 434-7303
Facsimile:  (202) 434-7400

Evan S. Nadel (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
44 Montgomery St., 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile:  (415) 432-6001

Attorneys for Defendant
AVX CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-CV-03264-JD<br><br>**DEFENDANT AVX CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civ. L.R. 3-15] |

1   Pursuant to Civil Local Rule 3-15, Defendant AVX Corporation hereby certifies that the
2   following listed persons, firms, corporations (including parent corporations) or other entities (i)
3   have a financial interest in the subject matter or controversy or in a party to the proceeding or, (ii)
4   have a non-financial interest in that subject matter or in a party that could be substantially affected
5   by the outcome of this proceeding:

Kyocera Corporation, corporate parent of defendant AVX Corporation, has a financial interest in the subject matter or controversy.

Dated: October 14, 2014

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By:   /s/ Evan S. Nadel

Bruce D. Sokler (*pro hac vice*)

Evan S. Nadel (SBN 213230)

Attorneys for Defendant
AVX CORPORATION