DEREK LUDWIN (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-662-6000
Facsimile: 202-662-6291
Email: dludwin@cov.com

ANITA F. STORK (SBN 142265)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA  94111
Telephone: 415-591-6000
Facsimile: 415-591-6091
E-mail:  astork@cov.com

Attorneys for Defendant Samsung Electro-Mechanics Co.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Civil Case No.: 3:14-cv-03264-JD<br><br>**DEFENDANT SAMSUNG ELECTRO-MECHANICS CO.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2          Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other

3    than the named parties, there is no such interest to report.

4

5    DATED:   October 20, 2014          By:   */s/ Derek Ludwin*_____
                                              Derek Ludwin (*pro hac vice*)
6                                             COVINGTON & BURLING LLP
                                              1201 Pennsylvania Ave, NW
7                                             Washington, DC 20004
                                              Telephone: 202-662-6000
8                                             Facsimile: 202-662-6291
                                              Email: dludwin@cov.com
9

10                                            *Attorneys for Defendant*
                                              Samsung Electro-Mechanics Co.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28