1 | Joseph W. Cotchett (36324)  jcotchett@cpmlegal.com
Steven N. Williams (175489)  swilliams@cpmlegal.com
2 | Elizabeth Tran (280502)  etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
3 | 840 Malcolm Road
Burlingame, CA 94010
4 | Tel: (650) 697-6000  Fax: (650) 697-0577

5 | Richard M. Heimann (63607)  rheimann@lchb.com
Eric B. Fastiff (182260)  efastiff@lchb.com
6 | Brendan P. Glackin (199643) bglackin@lchb.com
Dean M. Harvey (250298)  dharvey@lchb.com
7 | Lin Y. Chan (255027)  lchan@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
8 | 275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
9 | Tel: (415) 956-1000 Fax: (415) 956-1008

10 | *Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **TOY-KNOWLOGY INC.,** on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>**Elna Co., Ltd.,**<br>**Elna America Inc.,**<br>**Hitachi Chemical Co., Ltd.,**<br>**Hitachi Chemical Co. America, Ltd.,**<br>**KEMET Corporation,**<br>**KEMET Electronics Corporation,**<br>**Matsuo Electric Co., Ltd.,**<br>**NEC TOKIN Corporation,**<br>**NEC TOKIN America Inc.,**<br>**Nichicon Corporation,**<br>**Nichicon America Corporation,**<br>**Nippon Chemi-Con Corporation,**<br>**United Chemi-Con, Inc.,**<br>**Panasonic Corporation,**<br>**Panasonic Corporation of North America, SANYO Electric Co., Ltd.,**<br>**SANYO Electronic Device (U.S.A.) Corporation,**<br>**Rubycon Corporation,**<br>**Rubycon America Inc.,** and<br>**Toshin Kogyo Co., Ltd.**<br><br>Defendants. | Case No.  14-cv-04657-MEJ<br><br>Master File No.: 14-cv-03264-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>The Honorable James Donato |

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff TOY-KNOWLOGY INC. submits this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rules 3-12 and 7-11. Plaintiff requests the Court to consolidate *Toy-Knowlogy Inc. v. Elna Co., Ltd.*, Case No. 14-cv-04657-MEJ ("Toy-Knowlogy Action"), with *In re Capacitors Antitrust Litigation,* Master File No. 3:14-cv-03264-JD, for all pretrial proceedings before this Court.

**A.   INTRODUCTION**

On October 2, 2014, the Honorable James Donato issued a Consolidation and Case Management Order consolidating Case Nos. 3:14-cv-03264-JD, 3:14-cv-03300-JD, 3:14-cv-03698-JD, 3:14-cv-03815-JD, and 3:14-cv-04123-JD into *In re Capacitors Antitrust Litigation*, Master File No. 14-3264, for all pretrial proceedings. These cases concern an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum electrolytic capacitors.

The Toy-Knowlogy Action meets the requirements of Civil Local Rules 3-12 and 7-11 to be related to *In re Capacitors Antitrust Litigation*. Plaintiff TOY-KNOWLOGY INC. respectfully requests the Court issue an order formally relating this case to *In re Capacitors Antitrust Litigation*.

**B.   RELATIONSHIP OF THE ACTIONS**

The Toy-Knowlogy Action involves substantially overlapping parties and events as cases that are part of *In re Capacitors Antitrust Litigation*. All actions allege that defendants engaged in a conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum electrolytic capacitors, in violation of the Sherman Act, 15 U.S.C. § 1 and/or California's antitrust and unfair competition laws.

Plaintiff Toy-Knowlogy seeks to represent a class of indirect purchasers that bought capacitors from U.S. distributors for incorporation into other products.

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different judges. Therefore, it will be more efficient for all cases to proceed before the same judge so that these analyses and determinations are made by one Court.

**C.   CONCLUSION**

This action satisfies the criteria of Rule 3-12(b)(2). Plaintiff TOY-KNOWLOGY INC. therefore respectfully requests that this case be deemed related to *In re Capacitors Antitrust Litigation* and that it be assigned to the Honorable James Donato.

Dated: October 20, 2014         Respectfully submitted,

*/s/ Steven N. Williams*
Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Elizabeth Tran (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
etran@cpmlegal.com

Richard M. Heimann (63607)
Eric B. Fastiff (182260)
Brendan P. Glackin (199643)
Dean M. Harvey (250298)
Lin Y. Chan (255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
rheimann@lchb.com
efastiff@lchb.com
bglackin@lchb.com
dharvey@lchb.com
lchan@lchb.com

*Counsel for Plaintiff and Proposed Class*