1 | Joseph W. Cotchett (36324)  jcotchett@cpmlegal.com
  | Steven N. Williams (175489)  swilliams@cpmlegal.com
2 | Elizabeth Tran (280502)  etran@cpmlegal.com
  | **COTCHETT, PITRE & McCARTHY, LLP**
3 | 840 Malcolm Road
  | Burlingame, CA 94010
4 | Tel: (650) 697-6000  Fax: (650) 697-0577

5 | Guido Saveri (22349)  guido@saveri.com
  | R. Alexander Saveri (173102)  rick@saveri.com
6 | Lisa Saveri (112043) lisa@saveri.com
  | Melissa Shapiro (242724)  melissa@saveri.com
7 | **SAVERI & SAVERI, INC.**
  | 706 Sansome Street
8 | San Francisco, CA 94111
  | Tel: 415-217-6810  Fax: 415-217-6813
9 |
  | *Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **CAE SOUND**, on behalf of itself and all others similarly situated, | Case No.  14-cv-04677-LB |
| | Master File No.: 14-cv-03264-JD |
| Plaintiff, | |
| v. | |
| **Elna Co., Ltd.,** | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| **Elna America Inc.,** | |
| **Hitachi Chemical Co., Ltd.,** | |
| **Hitachi Chemical Co. America, Ltd.,** | |
| **KEMET Corporation,** | The Honorable James Donato |
| **KEMET Electronics Corporation,** | |
| **Matsuo Electric Co., Ltd.,** | |
| **NEC TOKIN Corporation,** | |
| **NEC TOKIN America Inc.,** | |
| **Nichicon Corporation,** | |
| **Nichicon America Corporation,** | |
| **Nippon Chemi-Con Corporation,** | |
| **United Chemi-Con, Inc.,** | |
| **Panasonic Corporation,** | |
| **Panasonic Corporation of North America, SANYO Electric Co., Ltd.,** | |
| **SANYO Electronic Device (U.S.A.) Corporation,** | |
| **Rubycon Corporation,** | |
| **Rubycon America Inc.,** and | |
| **Toshin Kogyo Co., Ltd.** | |
| Defendants. | |

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff CAE Sound submits this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rules 3-12 and 7-11. Plaintiff requests the Court to consolidate *CAE Sound v. Elna Co., Ltd.*, Case No. 14-cv-04677-LB ("CAE Sound Action"), with *In re Capacitors Antitrust Litigation,* Master File No. 3:14-cv-03264-JD, for all pretrial proceedings before this Court.

**A.     INTRODUCTION**

On October 2, 2014, the Honorable James Donato issued a Consolidation and Case Management Order (ECF No. 133) consolidating Case Nos. 3:14-cv-03264-JD, 3:14-cv-03300-JD, 3:14-cv-03698-JD, 3:14-cv-03815-JD, and 3:14-cv-04123-JD into *In re Capacitors Antitrust Litigation*, Master File No. 14-3264, for all pretrial proceedings. These cases concern an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum electrolytic capacitors.

The CAE Sound Action meets the requirements of Civil Local Rules 3-12 and 7-11 to be related to *In re Capacitors Antitrust Litigation*. Plaintiff CAE Sound respectfully requests the Court issue the proposed order formally relating this case to *In re Capacitors Antitrust Litigation*.

**B.     RELATIONSHIP OF THE ACTIONS**

The CAE Sound Action involves substantially the same parties and events as cases that are part of *In re Capacitors Antitrust Litigation*. All actions allege that defendants engaged in a conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum electrolytic capacitors, in violation of the Sherman Act, 15 U.S.C. § 1 and/or California's antitrust and unfair competition laws.

Plaintiff CAE Sound seeks to represent a class of indirect purchasers that bought capacitors from U.S. distributors for incorporation into other products.

As set forth in Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases

are conducted before different judges. Therefore, it will be more efficient for all cases to proceed before the same judge so that these analyses and determinations are made by one Court.

## C. CONCLUSION

This action satisfies the criteria of Rule 3-12(b)(2). Plaintiff CAE Sound therefore respectfully requests that this case be deemed related to *In re Capacitors Antitrust Litigation* and that it be assigned to the Honorable James Donato.

Dated: October 21, 2014          Respectfully submitted,

*/s/ Steven N. Williams*
Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Elizabeth Tran (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
etran@cpmlegal.com

Guido Saveri (22349)
R. Alexander Saveri (173102)
Lisa Saveri (112043)
Melissa Shapiro (242724)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: 888-787-8681
Facsimile: 415-217-6813
guido@saveri.com
rick@saveri.com
lisa@saveri.com
melissa@saveri.com

*Counsel for Plaintiff and Proposed Class*

Law Offices
COTCHETT, PITRE
& MCCARTHY

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**                                           2