Joseph W. Cotchett (36324)  jcotchett@cpmlegal.com
Steven N. Williams (175489)  swilliams@cpmlegal.com
Elizabeth Tran (280502)  etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Guido Saveri (22349)  guido@saveri.com
R. Alexander Saveri (173102)  rick@saveri.com
Lisa Saveri (112043) lisa@saveri.com
Melissa Shapiro (242724)  melissa@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: 415-217-6810  Fax: 415-217-6813

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAE SOUND**, on behalf of itself and others similarly situated, | Case No.: 14-cv-04677-LB |
| Plaintiff, | Master File No.: 14-cv-03264-JD |
| v. | **DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| **Elna Co., Ltd., Elna America Inc., Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., KEMET Corporation, KEMET Electronics Corporation, Matsuo Electric Co., Ltd., NEC TOKIN Corporation, NEC TOKIN America Inc., Nichicon Corporation, Nichicon America Corporation, Nippon Chemi-Con Corporation, United Chemi-Con, Inc., Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., SANYO Electronic Device (U.S.A.) Corporation, Rubycon Corporation, Rubycon America Inc.,** and **Toshin Kogyo Co., Ltd.** | The Honorable James Donato |
| Defendants. | |

I Steven N. Williams, declare:

1. I am a principal at Cotchett, Pitre & McCarthy, LLP, and counsel for Plaintiff CAE Sound in the above-captioned litigation. I am a member in good standing of the State Bar of California and the Northern District of California. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify to them. I make this declaration pursuant to 28 U.S.C. §1746.

2. I am over 21 years of age and am not a party to this action. I submit this Declaration in support of Plaintiff CAE Sound's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12.

3. Attached hereto as Exhibit A is a true and correct copy of the Class Action Complaint filed in *CAE Sound v. Elna Co., Ltd., et al.*, Case No. 14-cv-04677, filed on October 20, 2014 in the United States District Court, Northern District of California, currently pending before the Honorable Laurel Beeler.

4. Defendants have not yet appeared in *CAE Sound v. Elna Co., Ltd., et al.*, Case No. 14-cv-04677, and therefore, a stipulation could not be obtained.

I swear under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October 2014 in Burlingame, California.

                              */s/ Steven N. Williams*
                              STEVEN N. WILLIAMS

Law Offices
COTCHETT, PITRE
& MCCARTHY

**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF ADMINSITRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**      1