**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAE SOUND**, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Elna Co., Ltd.,**<br>**Elna America Inc.,**<br>**Hitachi Chemical Co., Ltd.,**<br>**Hitachi Chemical Co. America, Ltd.,**<br>**KEMET Corporation,**<br>**KEMET Electronics Corporation,**<br>**Matsuo Electric Co., Ltd.,**<br>**NEC TOKIN Corporation,**<br>**NEC TOKIN America Inc.,**<br>**Nichicon Corporation,**<br>**Nichicon America Corporation,**<br>**Nippon Chemi-Con Corporation,**<br>**United Chemi-Con, Inc.,**<br>**Panasonic Corporation,**<br>**Panasonic Corporation of North America,**<br>**SANYO Electric Co., Ltd.,**<br>**SANYO Electronic Device (U.S.A.) Corporation,**<br>**Rubycon Corporation,**<br>**Rubycon America Inc.,** and<br>**Toshin Kogyo Co., Ltd.**<br><br>Defendants. | Case No.: 14-cv-04677-LB<br><br>Master File No.: 14-cv-03264-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

1   Pursuant to Civil Local Rule 3-12, and on good cause shown, the Administrative Motion
2   to Consider Whether Cases Should be Related, submitted by Plaintiff CAE Sound, is hereby
3   **GRANTED**.
4   The action captioned *CAE Sound v. Elna Co., Ltd., et al*., Case No. 3:14-cv-04677-LB,
5   shall be consolidated with *In re Capacitors Antitrust Litigation*, Master File No. 3:14-cv-03264-
6   JD, according to the Court's Consolidation and Case Management Order (Oct. 2, 2014) (ECF
7   No. 133).
8   **IT IS SO ORDERED.**

Dated: October \_\_\_\_, 2014        _____
                                    **The Honorable James Donato**
                                    **United State District Judge**

Law Offices
COTCHETT, PITRE
& MCCARTHY

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12      1