**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAE SOUND**, on behalf of itself and others similarly situated, ) ) | Case No.: 3:14-cv-04677-LB |
| ) | Master File No.: 14-cv-03264-JD |
| Plaintiff, ) ) | |
| v. ) ) | **CERTIFICATE OF SERVICE** |
| **Elna Co., Ltd.,** ) | |
| **Elna America Inc.,** ) | |
| **Hitachi Chemical Co., Ltd.,** ) | |
| **Hitachi Chemical Co. America, Ltd.,** ) | |
| **KEMET Corporation,** ) | |
| **KEMET Electronics Corporation,** ) | |
| **Matsuo Electric Co., Ltd.,** ) | |
| **NEC TOKIN Corporation,** ) | |
| **NEC TOKIN America Inc.,** ) | |
| **Nichicon Corporation,** ) | |
| **Nichicon America Corporation,** ) | |
| **Nippon Chemi-Con Corporation,** ) | |
| **United Chemi-Con, Inc.,** ) | |
| **Panasonic Corporation,** ) | |
| **Panasonic Corporation of North America,** ) | |
| **SANYO Electric Co., Ltd.,** ) | |
| **SANYO Electronic Device (U.S.A.) Corporation,** ) ) | |
| **Rubycon Corporation,** ) | |
| **Rubycon America Inc.,** and ) | |
| **Toshin Kogyo Co., Ltd.** ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Steven N. Williams, certify that:

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy, LLP's practices for the service of documents.

On October 21, 2014, I caused a true and correct copy of the following documents to be served in the manner listed below:

1. Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12;

2. Declaration of Steven N. Williams In Support Of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12;

3. [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12; and

4. Certificate of Service.

These documents were served on all counsel registered to receive service via CM/ECF.

*/s/ Steven N. Williams*
STEVEN N. WILLIAMS

**CERTIFICATE OF SERVICE** 1