JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
HENRY J. HAUSER (CSBN 286744)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5334
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD <br><br> **UNITED STATES' NOTICE OF MOTION AND MOTION TO INTERVENE** <br><br> Date: October 29, 2014 <br> Time: 9:30 a.m. <br> Judge: Honorable James Donato |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the United States files this motion to be heard on Wednesday, October 29, 2014 at 9:30 a.m. before the Honorable James Donato.  The United States of America, through the Antitrust Division of the U.S. Department of Justice, moves for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).  A federal grand jury empanelled in the Northern District of California is investigating allegations of price fixing, bid rigging, and

1  market allocation in the capacitors industry, in violation of the Sherman Act, 15 U.S.C. § 1.  This
2  grand jury investigation shares common questions of fact and law with the above-captioned civil
3  case.
4      The United States seeks to intervene in this civil case for the purpose of seeking a limited
5  stay of discovery.  A limited stay will protect the integrity of the ongoing grand jury
6  investigation and facilitate an efficient and orderly resolution of the parallel criminal and civil
7  matters.
8      **This motion is unopposed.**  The government requests that this motion be scheduled for a
9  hearing, if one is necessary, in advance of the usual 35 days.  The United States respectfully
10 requests that, should the Court want a hearing on this motion, it set the hearing for October 29,
11 2014, the same day the Court has scheduled a Case Management Conference for the civil case.
12 The United States has also filed an unopposed motion to shorten time pursuant to Civil L.R. 6-3.
13     If the court sets a hearing for this motion, Trial Attorney Andrew J. Nicholson-Meade
14 will represent the United States for any oral argument.  Pursuant to paragraph 13 of the Court's
15 Standing Orders for Civil Cases, the United States advises the Court that Mr. Nicholson-Meade
16 has less than six years experience as an attorney.
17     This motion is supported by the Memorandum in Support of United States' Motion To
18 Intervene, the Declaration of Jacklin Chou Lem, and the Declaration of Howard Parker.  The
19 government requests that the Lem Declaration be filed under seal, and has accompanied the Lem
20 Declaration with the appropriate sealing motion, declaration, and proposed order.  Finally, the
21 United States has also filed a Proposed Order Granting United States' Motion to Intervene.

Dated: October 22, 2014                                   Respectfully Submitted,

                                                    /s/ Andrew J. Nicholson-Meade
                                                    JACKLIN CHOU LEM
                                                    ANDREW J. NICHOLSON-MEADE
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Antitrust Division

UNITED STATES' NOTICE OF MOTION AND
MOTION TO INTERVENE                                                    Case No. 3:14-cv-03264-JD