1

**BERMAN DeVALERIO**
Joseph J. Tabacco, Jr. (SBN 75484)

2

Todd A. Seaver (SBN 271067)
One California Street, Suite 900

3

San Francisco, CA 94111
Tel: (415) 433-3200

4

Fax:  (415) 433-6382
jtabacco@bermandevalerio.com

5

tseaver@bermandevalerio.com

6

**LABATON SUCHAROW LLP**
Gregory S. Asciolla (*pro hac vice forthcoming*)

7

Eric J. Belfi (*pro hac vice forthcoming*)
Matthew J. Perez (*pro hac vice forthcoming*)

8

140 Broadway
New York, NY 10005

9

Tel: (212)-907-0700
Fax: (212)-818-0477

10

gasciolla@labaton.com
ebelfi@labaton.com

11

mperez@labaton.com

12

*Counsel for Plaintiff and the Proposed Class*

13

[Additional Counsel on Signature Block]

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

15

16

CHIP-TECH, LTD., on behalf of itself and all
others similarly situated,

Master File No.: 3:14-cv-03264-JD

17

Plaintiff,

**PLAINTIFF QUATHIMATINE
HOLDINGS, INC. D/B/A DIVICOM,
USA'S MOTION FOR**

18

v.

**ADMINISTRATIVE RELIEF TO
CONSIDER WHETHER CASES**

19

PANASONIC CORPORATION, et al.,
Defendants.

**SHOULD BE RELATED PURSUANT
TO CIVIL L.R. 3-12**

20

21

22

QUATHIMATINE HOLDINGS, INC. D/B/A
DIVICOM, USA, on behalf of itself and all

No. 4:14-cv-04704-KAW

23

others similarly situated,

24

Plaintiff,

25

v.

26

ELNA CO., LTD., et al.,

27

Defendants,

28

[3:14-CV-03264-JD] MTN FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED

1    Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Quathimatine Holdings, Inc. d/b/a

2   Divicom, USA submits this Administrative Motion to Consider Whether Cases Should be

3   Related.  Plaintiff respectfully requests the Court to relate *Quathimatine Holdings, Inc. d/b/a*

4   *Divicom, USA v. Elna Co., Ltd.*, No. 4:14-cv-04704-KAW ("*Quathimatine Holdings* action"),

5   filed on October 22, 2014, with *In re Capacitors Antitrust Litigation,* Master File No. 3:14-cv-

6   03264-JD, which is currently assigned to this Court, for all pretrial proceedings before this

7   Court.

8    This administrative motion is made pursuant to Civil Local rules 3-12 and 7-11 and is

9   based on the following memorandum; the accompanying Declaration of Todd A. Seaver

10  ("Seaver Decl." or "Seaver Declaration"), the Complaint in the *Quathimatine Holdings* Action,

11  attached as Exhibit A to the Seaver Declaration; the Court's file; and any argument the Court

12  entertains.

13  **A.    INTRODUCTION**

14   "Whenever a party knows or learns that an action, filed in. . . . this district is . . . related

15  to an action which is . . . pending in this District as defined in Civil L.R. 3-12(a), the party must

16  promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases

17  Should be Related."  Civ. L.R. 3-12(b).  Actions are related to each other when "(1) [t]he actions

18  concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely

19  that there will be an unduly burdensome duplication of labor and expense or conflicting results

20  if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).

21   On October 2, 2014, the Honorable James Donato issued a Consolidation and Case

22  Management Order (ECF No. 133) consolidating Case Nos. 3:14-cv-03264-JD, 3:14-cv-03300-

23  JD, 3:14-cv-03698-JD, 3:14-cv-03815-JD, and 3:14-cv-04123-JD into *In re Capacitors Antitrust*

24  *Litigation*, Master File No. 3:14-cv-03264-JD, for all pretrial proceedings.  These cases concern

25  an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum

26  electrolytic capacitors.

27   The *Quathimatine Holdings* Action meets the requirements of Civil Local Rules 3-12 and

28  7-11 to be related to *In re Capacitors Antitrust Litigation*. Plaintiff Quathimatine Holdings, Inc.

---

1  D/B/A Divicom, USA respectfully requests the Court issue the proposed order formally relating

2  this case to *In re Capacitors Antitrust Litigation*.

3  **B.      RELATIONSHIP OF THE ACTIONS**

4       The *Quathimatine Holdings* Action involves substantially the same parties and events as

5  cases that are part of *In re Capacitors Antitrust Litigation*. All actions allege that defendants

6  engaged in a conspiracy to fix, raise, maintain, and/or stabilize prices for aluminum and tantalum

7  electrolytic capacitors, in violation of the Sherman Act, 15 U.S.C. § 1 and/or California's

8  antitrust and unfair competition laws.

9       Plaintiff Quathimatine Holdings, Inc. d/b/a Divicom, USA seeks to represent a class of

10 indirect purchasers that bought capacitors from U.S. distributors for incorporation into other

11 products.

12      As set forth in Civil Local Rule 3-12(a)(2), it appears likely that there will be an unduly

13 burdensome duplication of labor and expense or the possibility of conflicting results if the cases

14 are conducted before different judges.   Therefore, it will be more efficient for all cases to

15 proceed before the same judge so that these analyses and determinations are made by one Court.

16      Plaintiff Quathimatine Holdings, Inc. d/b/a Divicom, USA is aware of 9 cases that arise

17 out of the same series of transactions, occurrences, and events as the *Quathimatine Holdings*

18 Action (*see* Seaver Decl. ¶ 4):

|   | CASE NAME | CASE NUMBER & COURT | DATE FILED |
|---|---|---|---|
| 1. | *Chip-Tech, Ltd. v. Panasonic Corp., et al.* | 3:14-cv-03264-JD | 7/18/2014 |
| 2. | *Dependable Component Supply Corp v. Panasonic Corp., et al.* | 3:14-cv-03300-JD | 7/22/2014 |
| 3. | *Schuten Electronics, Inc. v. AVX Corp., et al.* | 3:14-cv-03698-JD | 8/14/2014 |
| 4. | *Ellis, et al. v. Panasonic Corp., et al.* | 3:14-cv-03815-JD | 8/21/2014 |
| 5. | *eIQ Energy Inc.. v. AVX Corp., et al.* | 3:14-cv-04123-JD | 9/11/2014 |
| 6. | *David A. Bennett v. Panasonic Corp., et al.* | 3:14-cv-04403-JD | 9/30/2014 |
| 7. | *In Home Tech Solutions, Inc. v. Panasonic Corp., et al.* | 3:14-cv-04657-MEJ | 10/8/2014 |
| 8. | *Toy-Knowlogy Inc., v. Elna Co. Ltd., et al.* | 3:14-cv-04677-LB | 10/17/2014 |

[3:14-CV-03264-JD] MTN FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED      2

| | CASE NAME | CASE NUMBER & COURT | DATE FILED |
|---|---|---|---|
| 9. | *CAE Sound., v. Elna Co. Ltd., et al.* | 14-cv-04677-LB | 10/20/2014 |

There will be an unduly burdensome duplication of labor and expense or the possibility of

conflicting results if the cases are conducted before different Judges.  Relating the cases will

help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the

resources of the parties, their counsel and the judiciary.

### C.      CONCLUSION

This action satisfies the criteria of Civil Local Rule 3-12.  Plaintiff Quathimatine

Holdings, Inc. d/b/a Divicom, USA therefore respectfully requests that this case be deemed

related to *In re Capacitors Antitrust Litigation* and that it be assigned to the Honorable James

Donato.

DATED: October 23, 2014                          **BERMAN DEVALERIO**


By:    */s/ Todd A. Seaver*
           Todd A. Seaver

Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 433-3200
Fax:  (415) 433-6382
jtabacco@bermandevalerio.com
tseaver@bermandevalerio.com

**LABATON SUCHAROW LLP**
Gregory S. Asciolla
Eric J. Belfi
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212)-907-0700
Fax: (212)-818-0477
gasciolla@labaton.com
ebelfi@labaton.com
mperez@labaton.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MASHAYEKH & CHARGOIS, LLP**
Damon J. Chargois
Kamran Mashayekh
One Riverway
Suite 1700
Houston, TX 77056
Tel: (713) 840-6313
Fax: (713) 622-1937
damon@cmhllp.com
kamran@cmhllp.com

*Counsel for Plaintiff and the Proposed Class*