Alexander M. Schack, Esq., (SBN 99126)
Natasha Naraghi, Esq., (SBN 284711)
LAW OFFICES OF ALEXANDER M.SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Facsimile: (858) 485-0608
alexschack@amslawoffice.com
natashanaraghi@amslawoffice.com

Geoffrey J. Spreter, Esq., (SBN 257707)
SPRETER LEGAL SERVICES, APC
601 3rd Street
Coronado, CA 92118
Telephone: 619-865-7986
spreterlegalservices@gmail.com

Attorneys for Plaintiff David A. Bennett

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Master File No. 3:14-cv-03264-JD<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   October 29, 2014<br>Time: 9:30 a.m.<br><br>The Honorable James Donato |

    **TO THE CLERK OF THE COURT AND THE HONORABLE JAMES DONATO:**

    Plaintiff David A. Bennett ("Bennett") hereby requests that his counsel of record, Alexander M. Schack, be permitted to appear by telephone at the Initial Case Management

Conference scheduled in this case for October 29, 2014 at 9:30 a.m., and that the Court authorize his counsel to arrange said participation via Court Call.

This request is made on the following grounds:

1. Bennett's counsel's office is located in San Diego, California, which is several hundred miles from the District Court where the Conference is scheduled to be heard.

2. The undersigned counsel for Plaintiff Bennett is currently recovering from back surgery and has sent his associate Natasha Naraghi, Esq. to appear in person; however, the undersigned counsel wishes to appear via telephone.


Dated:  October 28, 2014              LAW OFFICES OF ALEXANDER SCHACK


                                      By:    /s/ Alexander M. Schack
                                           Alexander M. Schack
                                           Attorney for Plaintiff David A. Bennett