Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WONG, on his own behalf and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>KEMET CORPORATION, et al.<br>Defendants. | Master Case No: 14-cv-03264-JD<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, __Daniel R. Shulman__, an active member in good standing of the bar of __Minnesota__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Steve Wong__ in the above-entitled action. My local co-counsel in this case is __Jack W. Lee__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: Gray Plant Mooty<br>500 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Minami Tamaki<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>612-632-3335 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-788-9000 |
| MY EMAIL ADDRESS OF RECORD:<br>daniel.shulman@gpmlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jlee@minamitamaki.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __100651__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 30, 2014

_____
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Daniel R. Shulman__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/3/14

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                              *October 2012*