|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION,<br><br>eIQ ENERGY INC. individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>AVX CORPORATION, ET AL.,<br><br>Defendant(s). | MASTER Case No. 14-cv-03264-JD<br><br>Case No. 3:14-cv-04123-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

I, <u>Scott A. Stempel</u>, an active member in good standing of the bar of <u>District of Columbia</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>TDK Corporation, TDK-EPC Corporation, et al.</u> in the above-entitled action. My local co-counsel in this case is <u>Michelle Park Chiu</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record:<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Local co-counsel's address of record:<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 |
|---|---|
| My telephone # of record:<br>202.739.3000 | Local co-counsel's telephone # of record:<br>415.442.1000 |
| My email address of record:<br>sstempel@morganlewis.com | Local co-counsel's email address of record:<br>mchiu@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>367284</u>

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/3/2014

_____
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE APPLICATION & ORDER*                                                  October 2012

DB1/ 81165536.1