JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
HENRY J. HAUSER (CSBN 286744)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5334
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD <br><br> [PROPOSED] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE AMENDED LEM DECLARATION UNDER SEAL <br><br> Date: October 29, 2014 <br> Time: 9:30 a.m. <br> Judge: Honorable James Donato |

On this date, the Court considered the United States' Administrative Motion to File Amended Lem Declaration Under Seal.  The Court finds that the Amended Lem Declaration discloses matters occurring before the grand jury, which, if made public at this time, would reveal the nature and scope, and compromise the integrity and secrecy of, the grand jury's investigation.  The Court further finds that the contents of the Amended Lem Declaration are

within the scope of Federal Rule of Criminal Procedure 6(e)'s secrecy protection. *See United States v. Index Newspapers LLC*, 766 F.3d 1072, 1086 (9th Cir. 2014).

Upon balancing the interests of the public in access to judicial documents and the government's interest in grand jury secrecy, IT IS ORDERED that the United States' Administrative Motion to File Amended Lem Declaration Under Seal is GRANTED. The Clerk of Court shall file under seal the Amended Declaration of Attorney Jacklin Chou Lem in Support of United States' Motion to Intervene.

Date: November 13, 2014

_____
Honorable
United States

[GRANTED — Judge James Donato, United States District Court, Northern District of California]