UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION. | Master File No. 14-cv-03264-JD<br><br>**SCHEDULING ORDER** |

As discussed at the case management conference, the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The timeframes at the end of the table are targets, and will be set as dates certain for briefing and hearing as the case progresses. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
|---|---|
| Direct purchaser plaintiffs' consolidated complaint | 11/14/14 |
| Indirect purchaser plaintiffs' consolidated complaint | 11/14/14 |
| Defendants' motion(s) to dismiss | 12/19/14 |
| Quarterly status conference | 1/14/15 at 1:30 p.m. |
| Oppositions to motion(s) to dismiss | 1/16/15 |
| Replies in support of motion(s) to dismiss | 2/6/15 |
| Hearing on motion(s) to dismiss | 3/4/15 at 9:30 a.m. |
| Quarterly status conference | 4/15/15 at 1:30 p.m. |

| Event | Deadline |
|---|---|
| Quarterly status conference | 7/8/15 at 1:30 p.m. |
| Resolve FTAIA issues | 3Q 2015 |
| Quarterly status conference | 10/14/15 at 1:30 p.m. |
| Resolve class certification | 4Q 2015 |
| Quarterly status conference | 1/13/16 at 1:30 p.m. |
| Resolve summary judgment | 1Q 2016 |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: November 13, 2014

_____
JAMES DONATO
United States District Judge