| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHELLE PARK CHIU, Bar No. 248421 |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 3 | Telephone:    +1.415.442.1000 |
| | Facsimile:     +1.415.442.1001 |
| 4 | E-mail: mchiu@morganlewis.com |

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A. STEMPEL (*pro hac vice*)
J. CLAYTON EVERETT, JR. (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:    +1.202.739.3000
Fax:              +1. 202.739.3001
Email: sstempel@morganlewis.com
          jeverett@morganlewis.com

Attorneys for Defendants TDK Corporation,
TDK-EPC Corporation, and TDK U.S.A. Corporation

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TEMPORARILY LIMITING ACCESS TO SERVICE COPIES OF DIRECT PURCHASER PLAINTIFFS' UNREDACTED CONSOLIDATED COMPLAINT** |

WHEREAS the deadline for the Direct Purchaser Plaintiffs to file and serve a consolidated complaint is November 14, 2014 (Dkt. No. 342); and

WHEREAS Plaintiffs intend to file motions to seal portions of the consolidated complaints;

THEREFORE, the undersigned parties hereby request that the Court enter the following Stipulation as the Order of the Court:

1. Direct Purchaser Plaintiffs will serve the unredacted version on counsel for the undersigned Defendants by email on November 15, 2014.

2. The parties agree that pending the Court's ruling on Plaintiffs' motions to seal and any motion filed by the United States, counsel for the undersigned Defendants will not share the unredacted version of the consolidated complaint with anyone except: (1) any outside counsel (and their employees) who are advising defendants on the litigation; and (2) employees of the defendants who are in the legal department or its equivalent.

3. The parties agree that the undersigned Defendants' agreement to limit access to the consolidated complaint on an interim basis does not constitute any agreement or concession that the motions to seal should be granted. Defendants' agreement to limit access to the unredacted consolidated complaint is purely an interim compromise pending the Court's rulings. Defendants remain free to take any position regarding Plaintiffs' motions to seal, and any motion filed by the United States, including opposing the motions.

IT IS SO STIPULATED.

Dated: November 15, 2014

JOSEPH SAVERI LAW FIRM, INC.

By:    */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

DB1/ 81318555.3     2     Master File No. 3:14-cv-03264-JD
Stipulation and [Proposed] Order Temporarily Limiting Access
to Service Copies of Direct Purchaser Plaintiffs' Unredacted Consolidated Complaint

Dated: November 15, 2014         MORGAN, LEWIS & BOCKIUS LLP

                                 By:    */s/ J. Clayton Everett, Jr.*
                                          J. Clayton Everett, Jr.

                                 1111 Pennsylvania Ave., NW
                                 Washington, DC 20004
                                 202-739-3000
                                 Fax: 202-739-3001
                                 Email: jeverett@morganlewis.com

                                 *Attorneys for Defendants TDK Corporation, TDK-EPC Corporation, and TDK U.S.A. Corporation*

I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: November 15, 2014         By:    */s/ J. Clayton Everett, Jr.*
                                          J. Clayton Everett, Jr.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:                           By:    _____
                                          Honorable James Donato
                                          United States District Judge