AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| In re Capacitors Antitrust Litigation ) | | |
| *Plaintiff(s)* ) | | |
| v. ) | Civil Action No. 3:14-cv-03264-JD | |
| *Defendant(s)* ) | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven N. Williams
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Richard W. Wieking*

Date: 11/19/2014

*Signature of Clerk or Deputy Clerk*

*In re Capacitors Antitrust Litigation*
Case No. 3:14-cv-03264-JD

## ATTACHMENT A

Nissei Electric Co., Ltd.
1509-17 Okubo-cho, Nishi-ku Hamamtsu-shi Shizuoka-ken, 432-8006, Japan

Nitsuko Electronics Corporation
2031-1, Ogawara, Suzaka-shi, Nagano-ken, Postcode 382-0071, Japan

Okaya Electric Industries Co., Ltd.
16-9, Todoroki 6 chome, Setagaya-ku,, Tokyo, 158-8543, Japan

Shinyei Technology Co., Ltd.
77-1 Kyomachi, Chuo, Kobe 651-0178, Japan

Shinyei Capacitor Co., Ltd.
Shinagawa Crystal Square 11F, 1-6-41 Konan, Minato-ku, Tokyo 108-0075, Japan

Soshin Electric Co., Ltd.
No. 3-13-16, Mita, Minato-ku, Tokyo, 108-8322, Japan

Taitsu Corp.
2-23-20, Kizuki, Nakahara-ku, Kawasaki, Kanagawa, 211-0025, Japan