Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONCERNING EXPERT DISCOVERY** |

The parties through their respective counsel of record stipulate to the following regarding the scope of expert discovery in the above-captioned matters and all other matters subsequently consolidated with them (collectively, the "Actions"), subject to approval by the Court as required by the Standing Order for Discovery in Civil Cases before Judge Donato.

1. This Stipulation and Order Concerning Testifying Expert Discovery ("Stipulation") does not set or alter the time for any disclosure required by Federal Rule of Civil Procedure 26(a)(2)(B) or the timing of any deposition of any testifying expert. The parties contemplate that they will later submit a stipulation addressing these matters for approval by the Court or the Court will establish a timetable for disclosures and depositions.

2. To the extent that this Stipulation imposes limitations on discovery that would otherwise be available under the Federal Rules of Civil Procedure or this Court's standing orders, the parties have agreed to those limitations to increase the efficiency of their dealings with testifying experts and to minimize discovery disputes regarding testifying experts. Neither the terms of this Stipulation nor the parties' agreement to them shall be considered an admission by any person that any of the information restricted from discovery by this Stipulation would otherwise be discoverable or admissible.

3. For purposes of the Actions, Rule 26(a)(2)(B)(ii) is modified to read: "the facts, data and other information relied on by the witness in forming them."

4. Except as provided in paragraphs 5 and 6 below, the following types of information shall *not* be the subject of any form of discovery and the parties shall not be obligated to preserve such information in any form or include such information on any privilege log:

    a. the content of communications among and between:

        i. counsel and the expert and/or the expert's staff and/or supporting firms;

        ii. counsel and any non-testifying expert consultant and/or the consultant's staff;

        iii. the expert and other experts and/or other non-testifying expert consultants;

        iv. experts and their staff and/or supporting firms;

        v. non-testifying expert consultants and their staffs;

        vi. the respective staffs and/or supporting firms of experts or non-testifying expert consultants and the staffs and/or supporting firms of other experts or non-testifying expert consultants.

    b. notes, drafts, written communications, preliminary or intermediate calculations, computations or other data runs, or other types of preliminary work created by, for, or at the direction of a testifying expert.

5. No party or their experts are obligated to preserve or produce budgets, invoices, bills, receipts or time records concerning testifying or non-testifying expert witnesses or consultants, their

staff, assistants, colleagues, or associates, or their companies or organizations.

6. The limitations contained in paragraphs 4 and 5 above shall not apply to any communications, documents, data sets, data runs, calculations, computations or other forms of information or work upon which a testifying expert relies as a basis for any of his or her opinions or reports.

7. Notwithstanding the limitations contained in paragraphs 4 and 5 above, an expert may be asked: (a) to identify and generally describe investigations or modeling (including any regression analyses) that the expert attempted but rejected, (b) to describe the reasons for rejecting any such investigations or modeling, (c) to respond to reasonable questions regarding the hourly rates of the expert and his or her staff, the amount of time an expert or that expert's staff has spent on the expert's report and associated work, and the amount of money billed for the report and associated work.

8. Within three business days of any party serving any expert report and/or expert declaration pursuant to Fed. R. Civ. P. 26(a)(2)(B) or otherwise, the party or parties proffering the expert witness shall produce: the data or other information relied upon by the expert witness in forming the expert witness's opinions; any exhibits that will be used to summarize or support the expert witness's opinions; any work product (including but not limited to, analyses, spreadsheets, graphs, and charts) relied upon by the expert witness that is based on the output from any computer programs that are produced; the expert witness's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the previous four years, the expert witness has testified as an expert at trial or by deposition; and a statement of the hourly rate to be paid for the expert witness's time in the case. "Data or other information relied upon" shall be deemed to include, but will not be limited to, underlying data, spreadsheets, computerized regression analysis and/or other underlying reports and schedules sufficient to reconstruct the work, calculations, and/or analyses upon which the expert witness is relying for his or her opinions.

9. The information required by paragraph 8 above to be produced shall be produced electronically (via email, disc or FTP site) where feasible. Data, statistical analyses, or other information (including any calculation or exhibit) upon which an expert relies for any of his or her opinion(s) in this matter shall be provided in machine readable format, including any data that has been

cleaned, reformatted, or modified in any way from the form in which it may have been provided to the expert. All other documents, data, and other information relied upon shall be provided in a format as agreed to by the parties, along with any software and instructions required to read them, but no party need produce computer software that is reasonably and commercially available (*e.g.*, Microsoft Word, Excel). Documents that are publicly available need not be produced absent specific request if they are identified with sufficient specificity to allow the opposing side to locate and obtain the document. Documents that have previously been produced during discovery need not be produced if they are identified by Bates number.

10. Paragraph 8 above is not intended to limit the ability of any party to prepare and use demonstrative exhibits, including demonstrative exhibits that may relate to an expert's testimony, during the course of any hearing or trial. The admissibility of any such demonstrative exhibits shall be subject to the Federal Rules of Evidence, the Rules of Civil Procedure, and this Court's Local Rules, unless otherwise provided by order of the Court.

11. No subpoenas (for depositions or documents) need be served on any testifying expert from whom a report or declaration is provided. Instead, the party proffering such expert will (a) be responsible for producing all materials and information relied on by the expert, and (b) make the expert available for deposition at a time mutually agreed to by the parties and consistent with the Court's scheduling orders.

12. Nothing in this Stipulation shall permit a party or a testifying expert to withhold any proposition, fact, belief or other data, information or material on which the expert relies in support of her or his opinion(s) in this matter.

13. The parties agree to comply with this Stipulation pending the Court's approval.

Dated: January 29, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:    */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
505 Montgomery Street, Suite 625

|   |   |   |
|---|---|---|
| | | San Francisco, California 94111 |
| | | Telephone: (415) 500-6800 |
| | | Facsimile: (415) 395-9940 |
| | | Email: jsaveri@saverilawfirm.com |
| | | apurdy@saverilawfirm.com |
| | | mweiler@saverilawfirm.com |
| | | jdallal@saverilawfirm.com |
| | | rmcewan@saverilawfirm.com |

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

Dated: January 29, 2015　　　COTCHETT PITRE & McCARTHY, LLP

By: */s/ Steven N. Williams*
 　　Steven N. Williams

Joseph W. Cotchett (State Bar No. 36324)
Steven N. Williams (State Bar No. 175489)
Elizabeth Tran (State Bar No. 280502)
Joyce Chang (State Bar No. 300780)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:　(650) 697-6000
Facsimile:　(650) 697-0577
Email:　jcotchett@cpmlegal.com
　swilliams@cpmlegal.com
　etran@cpmlegal.com
　jchang@cpmlegal.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| Dated: January 29, 2015 | | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |

By: */s/ Bruce D. Sokler*
      Bruce D. Sokler

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW
Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone" (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

*Attorneys for Defendant AVX Corporation*

Dated: January 29, 2015                     WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Heather S. Tewksbury*
      Heather S. Tewksbury

Heather S. Tewksbury (SBN 222202)
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6134
Fax: (650) 858-6100
Email: heather.tewksbury@wilmerhale.com

Thomas Mueller (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6766
Fax: (202) 663-6363
Email: thomas.mueller@wilmerhale.com

*Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.*

| | |
|---|---|
| Dated: January 29, 2015 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: */s/ J. Clayton Everett, Jr.* <br> J. Clayton Everett, Jr. |
| | Michelle Park Chiu, Bar No. 248421 <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1126 <br> Telephone: +1.415.442.1000 <br> Facsimile: +1.415.442.1001 <br> E-mail: mchiu@morganlewis.com |
| | Scott A. Stempel (admitted *pro hac vice*) <br> J. Clayton Everett, Jr. (admitted *pro hac vice*) <br> 1111 Pennsylvania Ave., NW <br> Washington, DC 20004 <br> Telephone: +1.202.739.3000 <br> Fax: +1.202.739.3001 <br> Email: sstempel@morganlewis.com <br>  jeverett@morganlewis.com |
| | *Attorneys for Defendants EPCOS AG, EPCOS, Inc., TDK-EPC Corporation, and TDK U.S.A. Corporation* |

| | | |
|---|---|---|
| 1 | Dated: January 29, 2015 | MORRISON & FOERSTER LLP |
| 2 | | By: _/s/ Paul T. Friedman_ |
| 3 | | Paul T. Friedman |

Paul T. Friedman
Michael P. Kniffen
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: MKniffen@mofo.com

Jeffrey A. Jaeckel
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763
Email: JJaeckel@mofo.com

*Attorneys for Defendants Fujitsu Limited, Fujitsu Semiconductor America, Inc., and Fujitsu Components America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: January 29, 2015 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By:    */s/ Jonathan M. Jacobson*<br>       Jonathan M. Jacobson |
| 4 | | |
| 5 | | Jonathan M. Jacobson<br>Chul Pak (admitted *pro hac vice*) |
| 6 | | Jeffrey C. Bank (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 40th Floor |
| 7 | | New York, New York 10019<br>Telephone: (212) 497-7758 |
| 8 | | Facsimile: (212) 999-5899<br>jjacobson@wsgr.com |
| 9 | | cpak@wsgr.com<br>jbank@wsgr.com |
| 10 | | |
| 11 | | Jeff VanHooreweghe (admitted *pro hac vice*)<br>1700 K Street, N.W., Fifth Floor |
| 12 | | Washington, DC 20006<br>Telephone: (202) 973-8825 |
| 13 | | Facsimile: (202) 973-8899 |
| 14 | | jvanhooreweghe@wsgr.com |
| 15 | | *Attorneys for Defendants Hitachi Chemical Co.,*<br>*Ltd., Hitachi Chemical Company America, Ltd., and* |
| 16 | | *Hitachi AIC Incorporated* |

| | | |
|---|---|---|
| 1 | Dated: January 29, 2015 | JONES DAY |
| 2 | | By: */s/ Eric P. Enson* |
| 3 | |       Eric P. Enson |
| 4 | | Jeffrey A. LeVee (State Bar No. 125863) |
| | | jlevee@JonesDay.com |
| 5 | | Eric P. Enson (State Bar No. 204447) |
| | | epenson@JonesDay.com |
| 6 | | Rachel H. Zernik (State Bar No. 281222) |
| 7 | | rzernik@jonesday.com |
| | | 555 South Flower Street, Fiftieth Floor |
| 8 | | Los Angeles, CA 90071.2300 |
| | | Telephone: +1.213.489.3939 |
| 9 | | Facsimile: +1.213.243.2539 |
| 10 | | |
| | | *Counsel for Defendants Holy Stone Enterprise Co.,* |
| 11 | | *Ltd. and HolyStone International* |
| 12 | | |
| 13 | Dated: January 29, 2015 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 14 | | |
| 15 | | By: */s/ Roxane A. Polidora* |
| | |       Roxane A. Polidora |
| 16 | | Roxane A. Polidora (CA Bar No. 135972) |
| 17 | | Jacob R. Sorensen (CA Bar No. 209134) |
| | | Lindsay A. Lutz (CA Bar No. 254442) |
| 18 | | Four Embarcadero Center, 22nd Floor |
| | | San Francisco, CA 94111 |
| 19 | | Telephone: (415) 983-1000 |
| 20 | | Email: roxane.polidora@pillsburylaw.com |
| | | jake.sorensen@pillsburylaw.com |
| 21 | | lindsay.lutz@pillsburylaw.com |
| 22 | | *Attorneys for Defendants* |
| 23 | | *KEMET Corporation and* |
| | | *KEMET Electronics Corporation* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Dated: January 29, 2015

DENTONS US LLP

By: */s/ Bonnie Lau*
    Bonnie Lau

525 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 882-5000
Fax: (415) 882-0300
Email: bonnie.lau@dentons.com

*Attorneys for Defendant Matsuo Electric Co., Ltd.*

Dated: January 29, 2015

GIBSON, DUNN & CRUTCHER LLP

By: */s/ George A. Nicoud III*
    George A. Nicoud III

George A. Nicoud III
Eli M. Lazarus
555 Mission Street
San Francisco, CA 94105-0921
415-393-8308
Fax: 415-374-8473
Email: tnicoud@gibsondunn.com

*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

| | |
|---|---|
| Dated: January 29, 2015 | K&L GATES LLP |
| | By: _/s/ Michael E. Martinez_<br>     Michael E. Martinez |
| | Scott M. Mendel (admitted *pro hac vice*)<br>Steven M. Kowal (admitted *pro hac vice*)<br>Michael E. Martinez (admitted *pro hac vice*)<br>Lauren N. Norris (admitted *pro hac vice*)<br>Lauren B. Salins (admitted *pro hac vice*)<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br>312-372-1121<br>Email: michael.martinez@klgates.com |
| | *Attorneys for Defendants Nichicon Corporation and Nichicon (America) Corporation* |
| Dated: January 29, 2015 | BAKER & MCKENZIE LLP |
| | By: _/s/ Douglas Tween_<br>     Douglas Tween |
| | Douglas Tween (admitted *pro hac vice*)<br>Darrell Prescott (admitted *pro hac vice*)<br>Michael Atkins (admitted *pro hac vice*)<br>452 Fifth Avenue<br>New York, NY 10018<br>(212) 626-4355<br>Fax: (212) 310-1655<br>Email: Douglas.Tween@bakermckenzie.com<br>Email: Darrell.Prescott@bakermckenzie.com<br>Email: Michael.Atkins@bakermckenzie.com |
| | Colin H. Murray (SBN 159142)<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>(415) 591-3244<br>Fax: (415) 576-3099<br>Email: Colin.Murray@bakermckenzie.com |
| | *Attorneys for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.* |

| | |
|---|---|
| Dated: January 29, 2015 | WINSTON & STRAWN LLP |
| | By: */s/ Jeffrey L. Kessler* |
| | Jeffrey L. Kessler |
| | |
| | Jeffrey L. Kessler (admitted *pro hac vice*) |
| | A. Paul Victor (admitted *pro hac vice*) |
| | David L. Greenspan (admitted *pro hac vice*) |
| | Molly M. Donovan (admitted *pro hac vice*) |
| | Mollie C. Richardson (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Telephone: (212) 294-4698 |
| | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| | pvictor@winston.com |
| | dgreenspan@winston.com |
| | mmdonovan@winston.com |
| | mrichardson@winston.com |
| | |
| | Ian L. Papendick (SBN 275648) |
| | 101 California Street |
| | San Francisco, CA 94111 |
| | Tel: (415) 591-6905 |
| | Fax: (415) 591-1400 |
| | ipapendick@winston.com |
| | |
| | *Counsel for Defendants* |
| | *Panasonic Corporation* |
| | *Panasonic Corporation of North America* |
| | *SANYO Electric Co., Ltd.* |
| | *SANYO North America Corporation* |

| | |
|---|---|
| Dated: January 29, 2015 | O'MELVENY & MYERS LLP |
| | By: */s/ Michael F. Tubach* |
| | Michael F. Tubach |
| | |
| | Michael F. Tubach (SBN 145955) |
| | Christina J. Brown (SBN 242130) |
| | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| | Email: mtubach@omm.com |
| | Email: cjbrown@omm.com |
| | |
| | Kenneth R. O'Rourke (SBN120144 ) |
| | 400 South Hope Street, 18th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| | Email: korourke@omm.com |
| | |
| | *Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC* |

Dated: January 29, 2015

HUNTON AND WILLIAMS LLP

By: */s/ Djordje Petkoski*
    Djordje Petkoski

Djordje Petkoski (admitted *pro hac vice*)
David Higbee (admitted *pro hac vice*)
Leslie Kostyshak (admitted *pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-955-1500
Facsimile: 202-778-2201
Email: dpetkoski@hunton.com
Email: dhigbee@hunton.com
Email: lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415-975-3700
Facsimile: 415- 975-3701
Email: mbrettburns@hunton.com

*Attorneys for Defendant Rubycon Corporation and Rubycon America Inc.*

Dated: January 29, 2015

McKENNA LONG & ALDRIDGE LLP

By: */s/ Andrew S. Azarmi*
Andrew S. Azarmi

Andrew S. Azarmi
Spear Tower, One Market Plaza, 24th Floor
San Francisco, CA 94150
415-267-4000
Fax: 415-267-4198
Email: aazarmi@mckennalong.com

Gaspare J. Bono (admitted *pro hac vice*)
Stephen M. Chippendale (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
202-496-7500
Fax: 202-496-7756
Email: gbono@mckennalong.com
Email: schippendale@mckennalong.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Capacitor Co., Ltd., Shinyei Corporation of America, Inc., and Shinyei Technology Co., Ltd.*

| | | |
|---|---|---|
| 1 | Dated: January 29, 2015 | HUGHES HUBBARD & REED LLP |
| 2 | | By: /s/ David H. Stern |
| 3 | | David H. Stern |
| 4 | | David H. Stern (CA Bar No. 196408) |
| 5 | | Carolin Sahimi (CA Bar No. 260312) |
| | | 350 South Grand Avenue |
| 6 | | Los Angeles, CA 90071-3442 |
| 7 | | Tel: (213) 613-2800 |
| | | Fax: (213) 613-2950 |
| 8 | | David.Stern@hugheshubbard.com |
| | | Carolin.Sahimi@hugheshubbard.com |

Ethan E. Litwin (admitted *pro hac vice*)
Morgan J. Feder (admitted *pro hac vice*)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726
Ethan.Litwin@hugheshubbard.com
Morgan.Feder@hugheshubbard.com

*Counsel for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*

| | | |
|---|---|---|
| Dated: January 29, 2015 | | ROPES & GRAY LLP |

By: _/s/ Mark S. Popofsky_
      Mark S. Popofsky

Mark S. Popofsky
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4624
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

Jane E. Willis (admission *pro hac vice* pending)
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7603
Facsimile: (617) 235-0435
jane.willis@ropesgray.com

*Attorneys for Taitsu Corporation and Taitsu America, Inc.*

| | |
|---|---|
| Dated: January 29, 2015 | CADWALADER, WICKERSHAM & TAFT LLP<br><br>By: */s/ Daniel J. Howley*<br>　　　Daniel J. Howley<br><br>Charles F. Rule (admitted pro hac vice)<br>Joseph J. Bial (admitted pro hac vice)<br>Daniel J. Howley (admitted pro hac vice)<br>700 6th St, NW<br>Washington, DC 20001<br>Telephone: (202) 862-2200<br>Facsimile: (202) 862-2400<br>rick.rule@cwt.com<br>joseph.bial@cwt.com<br>daniel.howley@cwt.com |
| Dated: January 29, 2015 | KAUFHOLD GASKIN LLP<br><br>By: */s/ Steven Kaufhold*<br>　　　Steven Kaufhold<br><br>Steven Kaufhold (SBN 157195)<br>Ruth Hawley (SBN 253112)<br>388 Market Street<br>San Francisco, CA 94111<br>Telephone: (415) 445-4621<br>Facsimile: (415) 874-1071<br>skaufhold@kaufholdgaskin.com<br>rhawley@kaufholdgaskin.com<br><br>*Counsel for Defendant United Chemi-Con, Inc.* |

| | | |
|---|---|---|
| Dated: January 29, 2015 | | PEPPER HAMILTON LLP |
| | By: | */s/ Barbara T. Sicalides* |
| | | Barbara T. Sicalides |

Thomas F. Fitzpatrick
333 Twin Dolphin Drive
Suite 400
Redwood City, California 94065
Telephone: 650.802.3600
Fax: 650.802.3650
fitzpatrickt@pepperlaw.com

Barbara T. Sicalides (admitted *pro hac vice*)
Frank H. Griffin, IV (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
Andrew J. Pinkston (admitted *pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Pennsylvania, PA 19103
Telephone: 215.981.4000
Fax: 215.981.4750
Email: sicalidb@pepperlaw.com
Email: griffinf@pepperlaw.com
Email: eichelb@pepperlaw.com
Email: pinkstoa@pepperlaw.com

*Attorneys for Defendant Vishay Intertechnology Inc.*

Pursuant to Civ. L. R. 5-1(e)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

| | | |
|---|---|---|
| Dated: January 29, 2015 | By: | */s/Joseph R. Saveri* |
| | | Joseph R. Saveri |

IT IS SO ORDERED:

Dated:_____    _____
                               JAMES DONATO
                               UNITED STATES DISTRICT JUDGE