1  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
2  Elizabeth Tran (280502)
   **COTCHETT, PITRE & McCARTHY, LLP**
3  840 Malcolm Road
   Burlingame, CA 94010
4  Tel: (650) 697-6000
   Fax: (650) 697-0577
5  jcotchett@cpmlegal.com
   swilliams@cpmlegal.com
6  etran@cpmlegal.com

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11

12  **IN RE CAPACITORS ANTITRUST**        **Case Nos. 3:14-cv-03264-JD**
    **LITIGATION**
13

14  **THIS DOCUMENT RELATES TO:**         **WAIVER OF SERVICE OF SUMMONS**
                                          **EXECUTED BY NIPPON CHEMI-CON**
15  **INDIRECT PURCHASER ACTIONS**        **CORPORATION**

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re Capacitors Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:14-cv-03264-JD |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Steven N. Williams
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

Date:  2/11/15

                                                  *Signature of the attorney or unrepresented party*

Nippon Chemi-Con Corporation
*Printed name of party waiving service of summons*

                                              Joseph Bial
                                                *Printed name*

                                Cadwalader Wickersham & Taft, LLP
                                        700 - 6th St., NW
                                        Washington, DC 20001
                                                  *Address*

                                joseph.bial@cwt.com
                                                *E-mail address*

                                (202) 862-2200
                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.