Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         apurdy@saverilawfirm.com
         mweiler@saverilawfirm.com
         jdallal@saverilawfirm.com
         rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

Joseph W. Cotchett (State Bar No. 36324)
Steven N. Williams (State Bar No. 175489)
Adam Zapala (State Bar No. 245748)
Elizabeth Tran (State Bar No. 280502)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email:   jcotchett@cpmlegal.com
         swilliams@cpmlegal.com
         azapala@cpmlegal.com
         etran@cpmlegal.com

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL DISCOVERY LETTER BRIEF AND EXHIBIT THERETO**<br><br>[CIVIL L.R. 7-11] |

Pursuant to Civil Local Rules 7-11 and 79-5, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (together, "Plaintiffs") move the Court for an Order temporarily limiting access to unredacted versions of a letter brief filed March 5, 2015 ("Letter Brief"), and Exhibit A thereto, filed by Plaintiffs relating to a dispute that has arisen in connection with jurisdictional discovery against Nippon Chemi-Con Corporation ("NCC"). Plaintiffs understand that this same information was provided to the U.S. Department of Justice ("DOJ") as part of a leniency application submitted by one of the defendants named in this case (the "ACPERA applicant") pursuant to the Antitrust Criminal Penalty Enhancement and Reform Act of 2004, Pub. L. No. 108-237, § 213(a)-(b), 118 Stat. 665, 66-67 (2004) ("ACPERA"). Additionally, NCC has designated part of Exhibit A, excerpted in the Letter Brief, as "Confidential" under the Protective Order. This limitation would be in effect only for the period between Plaintiffs' filing of their letter brief and the Court's ruling on any requests by the DOJ, the ACPERA applicant, or NCC for sealing of portions of Exhibit A pursuant to Civil Local Rule 79-5, as well as Paragraphs 22-24 in Judge Donato's Standing Order for Civil Cases. The scope of this limitation and the dissemination of the Plaintiffs' unredacted letter brief (including Exhibit A) should be revisited following the Court's ruling on any requests for sealing and upon subsequent motion by the DOJ or other interested party.

Plaintiffs therefore move to file under seal the portions of the letter brief and Exhibit A identified in the chart attached at Exhibit 1 to the Declaration of Joseph R. Saveri. A redacted version of the Letter Brief and Exhibit A thereto has been electronically filed on the public docket. An unredacted version has been electronically submitted to the Court under seal pursuant to Civil Local Rule 79-5. Plaintiffs will serve both versions on NCC and provide copies of each to the DOJ.

Civil Local Rule 79-5 governs the filing under seal of documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). A party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal. Civ. L. R. 79-5(d)(1). Additional procedures apply where the submitting party seeks to file under seal material designated as confidential by the opposing party or a non-party. Civ. L. R. 79-5(e).

In compliance with Civil Local Rule 79-5, Plaintiffs submit this Administrative Motion because the letter brief and Exhibit A thereto contain information designated confidential by a Defendant pursuant to a confidentiality agreement. Additionally, the ACPERA applicant has also designated the identity of the ACPERA applicant as confidential, and thus Plaintiffs respectfully request to be excused from the provisions of Civ. L.R. 79-5(e) to the extent the Rule obligates Plaintiffs to identify the party designating the material to be sealed as confidential. Finally, NCC has designated parts of Exhibit A, excerpted in the Letter Brief, as "Confidential" under the Protective Order.

Because the material at issue has been designated confidential by another party, it is the burden of that party to establish that the designated information is sealable. Civil L.R. 79-5(e)(1); *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Plaintiffs take no position on the question of whether the redacted information is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Accordingly, Plaintiffs submit the attached proposed order only to comply with Civ. L. R. 79-5(d)(1)(B). Plaintiffs take no position on whether the Court should grant the proposed order.

Dated: March 5, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:     */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| Dated: March 5, 2015 | COTCHETT, PITRE & McCARTHY, LLP |
| | By:  /s/ Steven N. Williams |
| |         Stephen N. Williams |

Joseph W. Cotchett (State Bar No. 36324)
Steven N. Williams (State Bar No. 175489)
Adam Zapala (State Bar No. 245748)
Elizabeth Tran (State Bar No. 280502)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs*

3

Master File No. 3:14-cv-03264-JD
Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' Joint Administrative Motion