1  LATHAM & WATKINS LLP
   Belinda S Lee (CA Bar No. 199635)
2     *belinda.lee@lw.com*
   Ashley M. Bauer (CA Bar No. 231626)
3     *ashley.bauer@lw.com*
505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6

7  Attorneys for Defendant
NITSUKO ELECTRONICS CORPORATION
8

9

               UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER CLASS ACTIONS | Master File No.: 3:14-cv-03264-JD<br><br>**DEFENDANT NITSUKO ELECTRONICS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Nitsuko Electronics Corporation ("Nitsuko") hereby discloses and certifies as follows: Nitsuko's parent corporations are Kamaya Electric Co., Ltd. and NEC Platforms, Ltd.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 23, 2015          LATHAM & WATKINS LLP

By:    */s/ Ashley M. Bauer*
       Ashley M. Bauer

Belinda S Lee
Ashley M. Bauer
505 Montgomery Street, 20th Floor
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
belinda.lee@lw.com
ashley.bauer@lw.com

*Attorneys for Defendant Nitsuko Electronics Corporation*

1