1  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
2  Adam Zapala (245748)
   Elizabeth Tran (280502)
3  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
4  Burlingame, CA 94010
   Tel: (650) 697-6000
5  Fax: (650) 697-0577
   jcotchett@cpmlegal.com
6  swilliams@cpmlegal.com
   azapala@cpmlegal.com
7  etran@cpmlegal.com

8  *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

| 14 | **IN RE CAPACITORS ANTITRUST LITIGATION** | Case Nos. 3:14-cv-03264-JD |
|---|---|---|
| 15 | | |
| 16 | **THIS DOCUMENT RELATES TO:** | **DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF ADMINISTRATIVE MOTION FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER** |
| 17 | **INDIRECT PURCHASER ACTIONS** | |
| 18 | | |

19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEVEN N. WILLIAMS
CASE NO. 3:14-cv-03264-JD

I, Steven N. Williams, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Cotchett, Pitre & McCarthy, LLP, which serves as Interim Lead Counsel for the Putative Indirect Purchaser Plaintiffs Class.

2. I submit this declaration to set forth facts in support of Indirect Purchaser Plaintiffs Administrative Motion for Appointment of International Process Server, filed concurrently herewith. Unless otherwise stated below, the matters stated herein are true to my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

3. On November 14, 2014, Indirect Purchaser Plaintiffs filed a Redacted version of their First Consolidated Complaint (Dkt. No. 346), and served that complaint by email to counsel of record.

4. On November 14, 2014 the Indirect Purchaser Plaintiffs entered a stipulation with the Department of Justice, Defendants and the Direct Purchaser Plaintiffs, agreeing that pending the Court's ruling on Plaintiffs' motions to seal and any motion filed by the United States, counsel for Defendants would not share the unredacted versions of the consolidated complaints with anyone except: (1) any outside counsel (and their employees) who are advising defendants on the litigation; and (2) employees of the defendants who are in the legal department or its equivalent (Dkt. No. 344).

5. On November 18, 2014, the Court granted the joint stipulation limiting service of Indirect Purchaser Plaintiffs' First Consolidated Amended Complaint (Dkt. No. 362).

6. On November 24, 2014, the Court denied the Proposed Order to Seal Indirect Purchaser Plaintiffs' First Consolidated Complaint Complaint (Dkt. No. 377).

7. On November 26, 2014, Indirect Purchaser Plaintiffs served Nissei Electric Co., Ltd., 1509-17 Okubo-Cho, Nishi-ku Hamamtsu-sh, Shizuoka-ken, 4328006, Japan, by FedEx International Priority, tracking number 772008092592.  On December 1, 2014, A.Yamada signed for the delivery.  To date, counsel for Nissei Electric Co., Ltd. has not appeared in this case.

8. Attached hereto as Exhibit 1 is a true and correct copy of the proof-of-delivery from FedEx for service on Nissei Electric Co., Ltd.

DECLARATION OF STEVEN N. WILLIAMS
CASE NO. 3:14-cv-03264-JD

1     On November 26. 2014, Indirect Purchaser Plaintiffs served Nitsuko Electronics Corp., 203-1-1, Ogawara, Suzaka-shi, Nagano-ken, 3820071, Japan, by FedEx International Priority, tracking number 772008204982.  On December 1, 2014, M. Chiba signed for the delivery.  To date, counsel for Nitsuko Electronics Corp. has not appeared in this case, although they have appeared in the Direct Purchaser case (Dkt. No. 598 and 599).  Counsel for Nitsuko Electronics Corp. is conferring with their client about this request.

9.     Attached hereto as Exhibit 2 is a true and correct copy of the proof-of-delivery from FedEx for service on Nitsuko Electronics Corp.

10.     On November 26, 2014, Indirect Purchaser Plaintiffs served Toshin Kogyo Co., Ltd., 9F Tsukasa Bldg., 2-15-4, Uchikanda, Chiyoda-ku, Tokyo, Japan, by FedEx International Priority, tracking number 772011393230.  On November 28, 2014, Sakurai signed for the delivery.  To date, counsel has not properly appeared in this case.

11.     Attached hereto as Exhibit 3 is a true and correct copy of the proof-of-delivery from FedEx for service on Toshin Kogyo Co., Ltd.

12.     Plaintiffs are unable to obtain a stipulation requesting this Court appoint Celeste Ingalls as the authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the appropriate country any and all documents to be served in this case on behalf of the Indirect Purchaser Plaintiffs due to the fact that there is no known counsel for all of the defendants to be served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March, 2015 at Burlingame, California

/s/ Steven N. Williams
Steven N. Williams

DECLARATION OF STEVEN N. WILLIAMS
CASE NO. 3:14-cv-03264-JD