1
2
3
4
5
6
7
8
9
10    **UNITED STATES DISTRICT COURT**
11    **NORTHERN DISTRICT OF CALIFORNIA**
12    **SAN FRANCISCO DIVISION**
13

| IN RE CAPACITORS ANTITRUST LITIGATION | Case Nos. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO: INDIRECT PURCHASER ACTIONS | [PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER |

[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER
CASE NO. 3:14-cv-03264-JD

1  For good cause shown, the Court hereby appoints Celeste Ingalls, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205 as the authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the appropriate country any and all documents to be served in this case on behalf of the Indirect Purchaser Plaintiffs.

Dated:

**JUDGE JAMES DONATO**
**UNITED STATES DISTRICT COURT**

*Submitted By*:

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Adam Zapala (245748)
Elizabeth Tran (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs*