Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           apurdy@saverilawfirm.com
           mweiler@saverilawfirm.com
           jdallal@saverilawfirm.com
           rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER CLASS ACTIONS | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, Inc. My business address is 505 Montgomery Street, Suite 625, San Francisco, California 94111. I am over the age of eighteen and not a party to this action.

On December 19, 2014, I served the following documents via international FedEx:

**1. Notice of Motion to Strike or, Alternatively, Opposition to Defendant Toshin Kogyo Co., Ltd.'s Improperly Filed Motion to Dismiss of Plaintiff Chip-Tech, Ltd.; Memorandum of Point and Authorities in Support Thereof (Dkt. 439);**

**2. [Proposed] Order Granting Motion to Strike [or Denying Motion to Dismiss] (Dkt. 439-1);**

**3. Order Striking Motion to Dismiss by Defendant Toshin Kogyo Co., Ltd. (Dkt. 457) [printout of ECF automatic email notice of text-entry Order];** and

**4. Order Terminating Plaintiffs' Motion to Strike and Motion to Shorten Time (Dkt. 458) [printout of ECF automatic email notice of text-entry Order].**

I served the above documents on the following individuals and parties:

| | |
|---|---|
| Kenji Kasahara<br>TOSHIN KOGYO CO., LTD.<br>Tsukasa Bulding<br>2-15-4 Uchikanda<br>Tokyo-Chiyoda-Ku 101-0047<br>JAPAN<br><br>*Defendant Toshin Kogyo Co., Ltd.* | Hideto Sasaki<br>ABE, IKUBO & KATAYAMA<br>Fukuoka Building<br>2-8-7 Yaesu<br>Tokyo-Chuo-Ku 104-0028<br>JAPAN<br><br>*Agent for Defendant Toshin Kogyo Co., Ltd.* |

Thereafter I received confirmation from FedEx that delivery was successful on the above recipients. With respect to Toshin Kogyo Co., Ltd., the documents were delivered on December 24, 2014; and with respect to Mr. Sasaki, the documents were delivered on December 22, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2015 at San Francisco, California.

/s/ James G. Dallal
James G. Dallal