JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
HENRY J. HAUSER (CSBN 286744)
ANDREW NICHOLSON-MEADE (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5334
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD<br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

WHEREAS these consolidated civil cases arise from allegations of conspiracy in violation of the Sherman Act, 15 U.S.C. § 1, with regard to certain capacitors;

WHEREAS attorneys for the government represent that there is an ongoing criminal investigation into antitrust violations in the capacitors industry by a grand jury in the Northern District of California; and

WHEREAS attorneys for the government have intervened in these proceedings for the limited purpose of seeking a discovery stay or protective order to protect interests in the conduct and resolution of the criminal investigation;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. There shall be no discovery in this case (including, without limitation, document requests, interrogatories, requests to admit, or depositions) of any party's or witness's communications with the United States or with the grand jury

investigating capacitors (including, but not limited to, the fact or existence of such communications), except by order of the Court upon good cause shown and consistent with governing law.

2. All formal discovery requests shall be served on the attorneys for the government in this matter at the same time that plaintiffs and defendants receive notice.

3. Plaintiffs, defendants, and the United States reserve the right to apply to the Court for further protective orders or discovery stays as deemed necessary.

Dated: April 2, 2015        JOSEPH SAVERI LAW FIRM, INC.

By: /s/Joseph R. Saveri
    Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Joshua P. Davis (SBN 193254)
Andrew M. Purdy (SBN 261912)
Matthew S. Weller (SBN 236052)
James G. Dallal (SBN 277826)
Ryan J. McEwan (SBN 285595)
505 Montgomery Street, Suite 625
San Francisco, CA  94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: April 2, 2015 | COTCHETT PITRE & McCARTHY, LLP |
| 2 | | By:   /s/*Adam J. Zapala* |
| 3 | |      Adam J. Zapala |

Steven N. Williams (SBN 175489)
Adam J. Zapala (SBN 245748)
Elizabeth Tran (SBN 280502)
Joyce Chang (SBN 300780)
840 MALCOLM Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Interim Lead counsel for Indirect Purchaser Plaintiffs*

Dated: April 2, 2015

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By:   */s/ Bruce D. Sokler*
     Bruce D. Sokler

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

Evan S. Nadel (SBN 213230)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

*Attorneys for Defendant AVX Corporation*

| | | |
|---|---|---|
| 1 | Dated: April 2, 2015 | WILMER CUTLER PICKERING HALE & DORR LLP |
| 2 | | By:   */s/ Heather S. Tewksbury* |
| 3 | |            Heather S. Tewksbury |
| 4 | | Heather S. Tewksbury (SBN 222202) |
| 5 | | 950 Page Mill Road |
|   | | Palo Alto, CA 94304 |
| 6 | | Telephone: (650) 858-6134 |
|   | | Facsimile: (650) 858-6100 |
| 7 | | heather.tewksbury@wilmerhale.com |
| 8 | | Thomas Mueller (admitted *pro hac vice*) |
| 9 | | 1875 Pennsylvania Avenue, NW |
|   | | Washington, DC 20006 |
| 10 | | Telephone: (202) 663-6766 |
|    | | Facsimile: (202) 663-6363 |
| 11 | | thomas.mueller@wilmerhale.com |
| 12 | | *Attorneys for Defendants ELNA Co. Ltd. and ELNA* |
| 13 | | *America, Inc.* |
| 14 | Dated: April 2, 2015 | MORGAN, LEWIS & BOCKIUS LLP |
| 15 | | By:   */s/ J. Clayton Everett, Jr.* |
| 16 | |            J. Clayton Everett, Jr. |
| 17 | | Michelle Park Chiu (SBN No. 248421) |
| 18 | | One Market, Spear Street Tower |
|    | | San Francisco, CA 94105-1126 |
| 19 | | Telephone: +1.415.442.1000 |
|    | | Facsimile: +1.415.442.1001 |
| 20 | | mchiu@morganlewis.com |
| 21 | | Scott A. Stempel (admitted *pro hac vice*) |
| 22 | | J. Clayton Everett, Jr. (admitted *pro hac vice*) |
|    | | 1111 Pennsylvania Ave., NW |
| 23 | | Washington, DC 20004 |
| 24 | | Telephone: +1.202.739.3000 |
|    | | Facsimile: +1. 202.739.3001 |
| 25 | | sstempel@morganlewis.com |
|    | | jeverett@morganlewis.com |
| 26 | | |
| 27 | | *Attorneys for Defendants EPCOS AG and EPCOS Inc.* |
| 28 | | |

| | |
|---|---|
| Dated: April 2, 2015 | MORRISON & FOERSTER LLP |
| | By:  /s/ Paul T. Friedman  <br> Paul T. Friedman |
| | Paul T. Friedman (SBN 98381) <br> Michael P. Kniffen (SBN 263877) <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br> PFriedman@mofo.com <br> MKniffen@mofo.com |
| | Jeffrey A. Jaeckel (admitted *pro hac vice*) <br> 2000 Pennsylvania Avenue, NW Suite 6000 <br> Washington, District of Columbia 20006-1888 <br> Telephone: 202.887.1500 <br> Facsimile: 202.887.0763 <br> JJaeckel@mofo.com |
| | *Attorneys for Defendants Fujitsu Limited, Fujitsu Semiconductor America, Inc., and Fujitsu Components America, Inc.* |
| Dated: April 2, 2015 | WILSON SONSINI GOODRICH & ROSATI PC |
| | By  /s/ Jonathan M. Jacobson  <br> Jonathan M. Jacobson |
| | Jonathan M. Jacobson <br> Chul Pak (admitted *pro hac vice*) <br> Jeffrey C. Bank (admitted *pro hac vice*) <br> 1301 Avenue of the Americas, 40th Floor <br> New York, New York 10019 <br> Telephone: (212) 497-7758 <br> Facsimile: (212) 999-5899 <br> jjacobson@wsgr.com <br> cpak@wsgr.com <br> jbank@wsgr.com |

5

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

|   |   |
|---|---|
| 1 | Jeff VanHooreweghe (admitted *pro hac vice*) |
| 2 | 1700 K Street, N.W., Fifth Floor |
|   | Washington, DC 20006 |
| 3 | Telephone: (202) 973-8825 |
|   | Facsimile: (202) 973-8899 |
| 4 | jvanhooreweghe@wsgr.com |

*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

Dated: April 2, 2015         JONES DAY

By:   */s/ Eric P. Enson*
         Eric P. Enson

Jeffrey A. LeVee (State Bar No. 125863)
Eric P. Enson (State Bar No. 204447)
Rachel H. Zernik (State Bar No. 281222)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd. and Holy Stone International*

Dated: April 2, 2015         PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Roxane A. Polidora*
         Roxane A. Polidora

Roxane A. Polidora (CA Bar No. 135972)
Jacob R. Sorensen (CA Bar No. 209134)
Lindsay A. Lutz (CA Bar No. 254442)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
lindsay.lutz@pillsburylaw.com

*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation*

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | |
|---|---|
| Dated: April 2, 2015 | DENTONS US LLP |
| | By:   */s/ Bonnie Lau*<br>        Bonnie Lau |
| | Bonnie Lau (State Bar No. 246188)<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br>bonnie.lau@dentons.com |
| | Felix T. Woo (State Bar No. 208107)<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone:  (213) 623-9300<br>Facsimile:   (213) 623-9924<br>felix.woo@dentons.com |
| | *Attorneys for Defendant Matsuo Electric Co., Ltd.* |
| Dated: April 2, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| | By:   */s/ George A. Nicoud III*<br>        George A. Nicoud III |
| | George A. Nicoud III (State Bar No. 160111)<br>Eli M. Lazarus (State Bar No. 284082)<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone:  415-393-8308<br>Facsimile: 415-374-8473<br>tnicoud@gibsondunn.com<br>elazarus@gibsondunn.com |
| | *Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* |

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: April 2, 2015 | K&L GATES LLP |
| 2 | | By:   /s/ Michael E. Martinez |
| 3 | | Michael E. Martinez |

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Norris (admitted *pro hac vice*)
Lauren B. Salins (admitted *pro hac vice*)
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:  312-372-1121
michael.martinez@klgates.com

*Attorneys for Defendants Nichicon Corporation and Nichicon (America) Corporation*

Dated: April 2, 2015          LATHAM & WATKINS LLP

By:   */s/ Ashley M. Bauer*
      Ashley M. Bauer

Belinda S. Lee (SBN 199635)
Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
belinda.lee@lw.com
Ashley.bauer@lw.com

*Attorneys for Defendant Nitsuko Electronics Corporation*

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | |
|---|---|
| Dated: April 2, 2015 | BAKER & MCKENZIE LLP |
| | By: ___/s/ Douglas Tween___<br>    Douglas Tween |
| | Douglas Tween (admitted *pro hac vice*)<br>Darrell Prescott (admitted *pro hac vice*)<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: (212) 626-4355<br>Facsimile: (212) 310-1655<br>Douglas.Tween@bakermckenzie.com<br>Darrell.Prescott@bakermckenzie.com |
| | Meghan E. Hausler (admitted pro hac vice)<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75206<br>Telephone: (214) 965-7219<br>Facsimile: (214) 965-5937<br>Meghan.Hausler@bakermckenzie.com |
| | Colin H. Murray (SBN 159142)<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-3244<br>Facsimile: (415) 576-3099<br>Colin.Murray@bakermckenzie.com |
| | *Attorneys for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.* |

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: April 2, 2015 | WINSTON & STRAWN LLP |
| 2 | | By:   */s/ Jeffrey L. Kessler* |
| 3 | | Jeffrey L. Kessler |

Jeffrey L. Kessler (admitted *pro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
Molly M. Donovan (admitted *pro hac vice*)
Mollie C. Richardson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick (SBN 275648)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., SANYO North America Corporation*

Dated: April 2, 2015            O'MELVENY & MYERS LLP

By:   */s/ Michael F. Tubach*
       Michael F. Tubach

Michael F. Tubach (SBN 145955)
Christina J. Brown (SBN 242130)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com
cjbrown@omm.com

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

Kenneth R. O'Rourke (SBN120144 )
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

Dated: April 2, 2015   HUNTON AND WILLIAMS LLP

By:   */s/ Djordje Petkoski*
          Djordje Petkoski

Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dpetkoski@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | |
|---|---|
| Dated: April 2, 2015 | McKENNA LONG & ALDRIDGE LLP |
| | By:   */s/ Andrew S. Azarmi*   <br>        Andrew S. Azarmi |
| | Andrew S. Azarmi (SBN 241407)<br>Spear Tower, One Market Plaza, 24th Floor<br>San Francisco, CA 94150<br>Telephone:  415-267-4000<br>Facsimile: 415-267-4198<br>aazarmi@mckennalong.com |
| | Gaspare J. Bono (admitted *pro hac vice*)<br>Stephen M. Chippendale (admitted *pro hac vice*)<br>Claire M. Maddox (admitted *pro hac vice*)<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone:  202-496-7500<br>Facsimile: 202-496-7756<br>gbono@mckennalong.com<br>schippendale@mckennalong.com<br>cmaddox@mckennalong.com |
| | *Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |
| Dated: April 2, 2015 | HUGHES HUBBARD & REED LLP |
| | By:   */s/ Ethan E. Litwin*   <br>        Ethan E. Litwin |
| | Ethan E. Litwin (admitted *pro hac vice*)<br>Morgan J. Feder (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Ethan.Litwin@hugheshubbard.com<br>Morgan.Feder@hugheshubbard.com |

David H. Stern (CA Bar No. 196408)
Carolin Sahimi (CA Bar No. 260312)
350 South Grand Avenue
Los Angeles, CA 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
David.Stern@hugheshubbard.com
Carolin.Sahimi@hugheshubbard.com

*Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*

Dated: April 2, 2015          ROPES & GRAY LLP

By:   */s/ Mark S. Popofsky*
         Mark S. Popofsky

Mark S. Popofsky (SBN 175476)
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4624
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

Jane E. Willis (admission *pro hac vice* pending)
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7603
Facsimile: (617) 235-0435
jane.willis@ropesgray.com

*Attorneys for Taitsu Corporation and Taitsu America, Inc.*

13

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | |
|---|---|
| Dated: April 2, 2015 | CADWALADER WICKERSHAM AND TAFT LLP |

By: ___/s/ Daniel J. Howley___
      Daniel J. Howley

Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Daniel J. Howley (admitted *pro hac vice*)
700 Sixth Street, Northwest
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
daniel.howley@cwt.com

*Counsel for Defendant United Chemi-Con, Inc.*

Dated: April 2, 2015        PEPPER HAMILTON LLP

By: ___/s/ Barbara T. Sicalides___
      Barbara T. Sicalides

Thomas F. Fitzpatrick
333 Twin Dolphin Drive, Suite 400
Redwood City, California 94065
Telephone: 650.802.3600
Facsimile: 650.802.3650
fitzpatrickt@pepperlaw.com

Barbara T. Sicalides (admitted *pro hac vice*)
Frank H. Griffin, IV (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
Andrew J. Pinkston (admitted *pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Pennsylvania, PA 19103
Telephone: 215.981.4000
Facsimile: 215.981.4750
sicalidb@pepperlaw.com
griffinf@pepperlaw.com
eichelb@pepperlaw.com
pinkstoa@pepperlaw.com

*Attorneys for Defendant Vishay Intertechnology Inc.*

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

| | |
|---|---|
| Dated: April 2, 2015 | UNITED STATES DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION |
| | By:  */s/Howard Parker*<br>        Howard Parker |
| | Jacklin Chou Lem (CSBN 255293)<br>Alexandra J. Shepard (CSBN 205143)<br>Howard J. Parker (WSBN 07233)<br>Henry J. Hauser (CSBN 286744)<br>Andrew Nicholson-Meade (CSBN 284070)<br>United States Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, California  94102<br>Telephone: (415) 934-5334<br>Facsimile: (415) 934-5399<br>Jacklin.Lem@usdoj.gov<br>Howard.Parker@usdoj.gov<br>Alexandra.Shepard@usdoj.gov<br>Henry.Hauser@usdoj.gov<br>Andrew.Nicholson-Meade@usdoj.gov |
| | *Attorneys for United States, Intervenor* |

Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

| | |
|---|---|
| Date: April 6, 2015 | By:      */s/ Howard Parker*<br>              Howard Parker |

IT IS SO ORDERED.

DATED: _____      _____
                                                         The Honorable James Donato
                                                         United States District Court Judge

15

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER