A. Luke Smith
RADICE LAW FIRM, PC
143 W. Walnut Ln., Unit 102-R
Philadelphia, PA 19144
Telephone:   (267) 570-3000
Facsimile:   (609) 385-0745
Email:       lsmith@radicelawfirm.com

*Class Counsel for Direct Purchaser Plaintiffs*
*Appearance pro hac vice*

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
Matthew S. Weiler (State Bar No. 236052)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             apurdy@saverilawfirm.com
             jdallal@saverilawfirm.com
             rmcewan@saverilawfirm.com
             mweiler@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | Master File No. 3:14-cv-03264-JD<br><br>**NOTICE OF APPEARANCE OF ALFRED LUKE SMITH** |

1     PLEASE TAKE NOTICE that Alfred Luke Smith of Radice Law Firm, PC, 143 W. Walnut Ln.

2 Unit 102-R, Phila., PA 19144, hereby appears as counsel of record in the above-titled action on behalf

3 of Direct Purchaser Plaintiffs, and requests that copies of all future notices, pleadings, and other

4 documents filed in this action be provided to him.

6 Dated:  April 17, 2015                RADICE LAW FIRM, PC

7                                       By:      */s/ Alfred Luke Smith*
8                                                    Alfred Luke Smith

9                                       *Class Counsel for Direct Purchaser Plaintiffs*