1 | Jeffrey A. LeVee (State Bar No. 125863)
  | jlevee@jonesday.com
2 | Eric P. Enson (State Bar No. 204447)
  | epenson@jonesday.com
3 | Rachel H. Zernik (State Bar No. 281222)
  | rzernik@jonesday.com
4 | JONES DAY
  | 555 South Flower Street
5 | Fiftieth Floor
  | Los Angeles, CA  90071.2300
6 | Telephone:    +1.213.489.3939
  | Facsimile:    +1.213.243.2539
7 |
  | Attorneys for Defendants
8 | HOLY STONE ENTERPRISE CO.., LTD.,
  | HOLYSTONE INTERNATIONAL, VISHAY
9 | POLYTECH CO., LTD., AND VISHAY
  | INTERTECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-cv-03264-JD |
|---|---|
| | CERTIFICATE OF SERVICE. |

LAI-383238687v1                                                                                                    CERTIFICATE OF SERVICE

I, Rachel Zernik, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.2300. On April 29, 2015, I served by electronic transmission a copy of the following:

1. REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL; AND

2. [PROPOSED] ORDER.

I am familiar with the United States District Court, Northern District Of California San Francisco Division's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Executed on April 29, 2015, at Los Angeles, California.

*/s/ Rachel Zernik*
Rachel Zernik