UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  April 29, 2015                                                                 Judge:  James Donato

Time: 11 Minutes

Court Reporter: Rhonda Aquilina

Case No.         **C-14-03264-JD**
Case Name        **IN RE CAPACITORS ANTITRUST LITIGATION**

| | |
|---|---|
| Attorney(s) for Plaintiff(s): | Steven Williams/Joseph Saveri/Andrew Purdy/James Dallal/Aaron Sheanin/Joseph Cotchett/Adam Zapala/Cardio Zirpoli/Elizabeth Tran |
| Attorney(s) for Defendant(s): | Joseph Bial/Charles F. Rule/Jackilin Chou Lem/Stephen Chippendale/Djordje Petkoski/Michael E. Martinez/Evan Nadel/Roxane Polidora |
| | Jacob Sorensen/George Nicoud III/Molly Donovan/Ian Papendick/Eric Enson/Jeffrey Jaeckel/Darrell Prescott/ Bonnie Lau/Ethan Litwin/Scott Stempel/Jonathan Jacobson/Jeffrey Bank/Felix Woo/Claire Maddox/Jeffrey Kessler/Bruce Sokler/Belinda Lee/Michael Tubach/Christina Brown/Howard Parker/Matthew Parrott/Austin Schwing/Lauren Norris/Scott Mendel |

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Status Conference - Held

RESULT OF HEARING

The Court informs the parties that the hearings that are currently set for 10 a.m. on May 6, 2015, and May 13, 2015, are vacated, as those motions (Dkt. Nos. 619, 613) will be decided on the papers.  The hearing on defendant Nippon Chemi-Con Corporation's motion to dismiss for lack of personal jurisdiction (Dkt. No. 478) will go forward at 10 a.m. on May 20, 2015.

Regarding the discovery issues outlined in the parties' joint status conference statement (Dkt. No. 654), the Court orders the parties to conduct an in-person meet and confer on all issues in the next 7-10 days.  Defendants may delegate a small group of counsel to attend on their behalf.

If any genuine disputes remain between the parties following the meet and confer, the parties may submit short descriptions to the Court as follows. Each side may file one letter by May 13, 2015, with up to 3 pages per disputed issue. The Court will take up and resolve those issues immediately following the hearing on NCC's motion to dismiss at 10 a.m. on May 20, 2015.

The Court denies plaintiffs' request for copies of the English-translated documents that were provided by defendants to the DOJ (Dkt. No. 654 at 16-17), on the grounds stated by the DOJ (*see* Dkt. No. 656).

The parties and the DOJ discuss with the Court a potential issue relating to the scope and timing of witness depositions. The Court instructs the parties to first serve the deposition notices and to meet and confer, and then to return to the Court if there are any concrete disputes at that point.

Regarding plaintiffs' request for more frequent status conferences, the Court will consider adding a smaller group, attendance-optional conference every 30 days, in addition to the mandatory, all-lead-counsel quarterly status conferences. The Court defers a final decision on the issue until after the discovery hearing on May 20, 2015 (which will be a full conference).