[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 14-CV-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY LIMITS PURSUANT TO FED. R. CIV. P. 26(f)** |

WHEREAS Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs" and, together with DPPs, "Plaintiffs"), and Defendants have met and conferred pursuant to Federal Rule of Civil Procedure 26(f); and

WHEREAS the parties have reached agreement on the enlargement of certain discovery limits, as set forth below;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

**A.     Interrogatories Pursuant to Fed. R. Civ. P. 33(a)**

1.     DPPs and IPPs each may serve 35 interrogatories per defendant family[1] named in their respective complaints.  This limit does not apply to interrogatories propounded on the ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on such interrogatories.  DPPs and IPPs will coordinate efforts to avoid serving duplicative and/or overly burdensome interrogatories.

2.     Defendants may jointly serve 25 interrogatories on each of the named DPPs and IPPs.  Each defendant family may serve an additional 10 interrogatories on each of the named DPPs and IPPs pertaining to defendant-specific issues arising from the complaint(s) in which they are named.  Defendants will coordinate efforts to avoid serving duplicative and/or overly burdensome interrogatories.

3.     These limits on interrogatories do not apply to discovery relating to personal jurisdiction.

**B.     Individual Depositions Pursuant to Fed. R. Civ. P. 30(b)(1)[2]**

1.     DPPs and IPPs collectively may depose up to 10 percipient witnesses per defendant family, but no more than a total of 135 percipient witnesses.  For purposes of this stipulation, percipient witnesses shall include defendants' current employees, as well as former employees whom defendants assist in making available for deposition.  Depositions of the ACPERA amnesty applicant's percipient witnesses are not subject to the 10-deposition per

---

[1] A defendant family includes all affiliates of a named defendant.

[2] The limitations on Plaintiffs' depositions in sections B and C below are without prejudice to Defendants' ability to depose each of the named DPPs and IPPs pursuant to Federal Rule of Civil Procedure 30.

1  defendant family limit, but do count toward the total limit of 135 percipient witness depositions.
2  Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on
3  percipient witness depositions.  Depositions of third parties that are not part of any defendant
4  family do not count toward the limit of 135 percipient witness depositions.

5       2. If any individuals have been employed by more than one defendant, they may be
6  deposed only once.  If defendants are aware of any individual noticed for deposition who has
7  been employed by more than one defendant, and Plaintiffs have not expressed their knowledge of
8  this fact, defendants shall make this fact known upon receipt of a deposition notice for such
9  individual.

10      3. Depositions conducted in English shall be limited to 7 hours each.  Depositions for
11 which interpreters are used shall be limited to 12 hours each.  These time limits do not apply to
12 depositions of the ACPERA amnesty applicant's percipient witnesses, but Plaintiffs and the
13 ACPERA amnesty applicant agree to negotiate reasonable limitations on such depositions.

14 **C.**     **Depositions Pursuant to Fed. R. Civ. P. 30(b)(6)**

15      1. DPPs and IPPs each may notice 30(b)(6) depositions on up to 15 topics, including
16 non-transactional data topics and transactional data topics, per defendant family named in their
17 respective complaints.  DPPs and IPPs will coordinate efforts to avoid duplicative topics.

18      2. 30(b)(6) depositions on non-transactional data topics will be limited to a total of 14
19 hours per defendant family.  30(b)(6) depositions on transactional data topics will be limited to a
20 total of 6 hours per defendant family.  These time limits will be extended for depositions in which
21 interpreters are used, by the same ratio as for percipient witness depositions (*i.e.*, 12 hours for
22 every 7 hours, or by 1.7 times).

23      3. The limits on 30(b)(6) depositions set forth in sections C.1 and C.2 above do not
24 apply to the ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree
25 to negotiate reasonable limitations on such depositions.

26      4. In the event that any percipient witness who has received a deposition notice is
27 likely to be designated as a 30(b)(6) representative, or in the event that any 30(b)(6) designee is
28 likely to be deposed in his or her individual capacity, the parties will use their best efforts to

coordinate so as to avoid multiple depositions of the same witness. To the extent reasonably possible, defendants will (i) notify Plaintiffs at least 30 days in advance of a noticed deposition that the witness should be deposed in both his or her individual and representative capacities, and (ii) produce any responsive, non-privileged documents from the witness's custodial files at least 30 days in advance of the deposition. The parties will meet and confer in good faith regarding reasonable time limits for depositions of any witnesses who will be deposed in both their individual and representative capacities.

**D.  Departing Employee Lists**

Plaintiffs may establish "employee lists" of no more than 15 custodians/witnesses per defendant family. For each such identified custodian/witness, defendants shall timely inform Plaintiffs in writing if they become aware that such person intends to leave, or does leave, his or her employment, to the extent reasonably possible. Upon Plaintiffs' request, defendants shall make that person available for deposition either before or after his or her departure, to the extent reasonably possible. Plaintiffs may make changes to their employee lists on a quarterly basis. The parties' obligations pursuant to this provision will cease on December 31, 2015.

**E.  Service by E-Mail**

The parties agree that all documents may be served by e-mail and have exchanged applicable e-mail addresses. Fed. R. Civ. P. 6(d) shall continue to apply, such that parties will have 3 additional days to act after being served by e-mail.

**F.  Modification of Limits**

Any of the provisions and limits set forth in sections A through E above may be modified by agreement of the parties affected or by the Court for good cause.

Dated:  May 11, 2015                    JOSEPH SAVERI LAW FIRM, INC.

                                        By:   */s/ Joseph R. Saveri*
                                              Joseph R. Saveri

                                        Joseph R. Saveri (SBN 130064)
                                        Joshua P. Davis (SBN 193254)
                                        Andrew M. Purdy (SBN 261912)

- 3 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

Matthew S. Weller (SBN 236052)
James G. Dallal (SBN 277826)
Ryan J. McEwan (SBN 285595)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

COTCHETT PITRE & McCARTHY, LLP

By: ___/s/ Adam J. Zapala___
     Adam J. Zapala

Joseph W. Cotchett (SBN 36324)
Steven N. Williams (SBN 175489)
Adam J. Zapala (SBN 245748)
Elizabeth Tran (SBN 280502)
Joyce Chang (SBN 300780)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Interim Lead counsel for Indirect Purchaser Plaintiffs*

|   |   |
|---|---|
| 1 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 2 | |
| 3 | By:   */s/ Bruce D. Sokler*<br>         Bruce D. Sokler |
| 4 | |
| 5 | Bruce D. Sokler (admitted *pro hac vice*)<br>701 Pennsylvania Avenue NW, Suite 900 |
| 6 | Washington, DC 20004<br>Telephone: (202) 434-7300 |
| 7 | Facsimile: (202) 434-7400<br>bdsokler@mintz.com |
| 8 | |
| 9 | Evan S. Nadel (SBN 213230)<br>44 Montgomery Street, 36th Floor |
| 10 | San Francisco, CA 94104<br>Telephone: (415) 432-6000 |
| 11 | Facsimile: (415) 432-6001<br>enadel@mintz.com |
| 12 | |
| 13 | *Attorneys for Defendant AVX Corporation* |
| 14 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 15 | |
| 16 | By:   */s/ Heather S. Tewksbury*<br>         Heather S. Tewksbury |
| 17 | Heather S. Tewksbury (SBN 222202) |
| 18 | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 19 | Telephone:  (650) 858-6134<br>Facsimile: (650) 858-6100 |
| 20 | heather.tewksbury@wilmerhale.com |
| 21 | Thomas Mueller (admitted *pro hac vice*) |
| 22 | 1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| 23 | Telephone: (202) 663-6766<br>Facsimile: (202) 663-6363 |
| 24 | thomas.mueller@wilmerhale.com |
| 25 | |
| 26 | *Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.* |
| 27 | |
| 28 | |

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ J. Clayton Everett, Jr.*
         J. Clayton Everett, Jr.

Michelle Park Chiu (SBN 248421)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
mchiu@morganlewis.com

Scott A. Stempel (admitted *pro hac vice*)
J. Clayton Everett, Jr. (admitted *pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
sstempel@morganlewis.com
jeverett@morganlewis.com

*Attorneys for Defendants EPCOS AG and EPCOS Inc.*

MORRISON & FOERSTER LLP

By:   */s/ Paul T. Friedman*
         Paul T. Friedman

Paul T. Friedman (SBN 98381)
Michael P. Kniffen (SBN 263877)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
PFriedman@mofo.com
MKniffen@mofo.com

Jeffrey A. Jaeckel (admitted *pro hac vice*)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
JJaeckel@mofo.com

*Attorneys for Defendants Fujitsu Limited, Fujitsu Semiconductor America, Inc., and Fujitsu Components America, Inc.*

| | |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI PC |
| 2 | By    /s/ Jonathan M. Jacobson |
| 3 |         Jonathan M. Jacobson |
| 4 | Jonathan M. Jacobson |
|   | Chul Pak (admitted *pro hac vice*) |
| 5 | Jeffrey C. Bank (admitted *pro hac vice*) |
|   | 1301 Avenue of the Americas, 40th Floor |
| 6 | New York, New York 10019 |
| 7 | Telephone: (212) 497-7758 |
|   | Facsimile: (212) 999-5899 |
| 8 | jjacobson@wsgr.com |
|   | cpak@wsgr.com |
| 9 | jbank@wsgr.com |
| 10 | |
|   | Jeff VanHooreweghe (admitted *pro hac vice*) |
| 11 | 1700 K Street, N.W., Fifth Floor |
|   | Washington, DC 20006 |
| 12 | Telephone: (202) 973-8825 |
|   | Facsimile: (202) 973-8899 |
| 13 | jvanhooreweghe@wsgr.com |
| 14 | |
|   | *Attorneys for Defendants Hitachi Chemical Co., Ltd.,* |
| 15 | *Hitachi Chemical Company America, Ltd., and* |
|   | *Hitachi AIC Incorporated* |
| 16 | |
|   | JONES DAY |
| 17 | |
|   | By:    /s/ Eric P. Enson |
| 18 |         Eric P. Enson |
| 19 | |
|   | Jeffrey A. LeVee (SBN 125863) |
| 20 | Eric P. Enson (SBN 204447) |
|   | Rachel H. Zernik (SBN 281222) |
| 21 | 555 South Flower Street, Fiftieth Floor |
|   | Los Angeles, CA 90071.2300 |
| 22 | Telephone: (213) 489-3939 |
|   | Facsimile: (213) 243-2539 |
| 23 | jlevee@JonesDay.com |
| 24 | epenson@JonesDay.com |
|   | rzernik@jonesday.com |
| 25 | |
| 26 | *Counsel for Defendants Holy Stone Enterprise Co.,* |
|   | *Ltd., Holy Stone International, Vishay Intertechnology Inc.,* |
| 27 | *and Vishay Polytech Co., Ltd.* |
| 28 | |

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | By:   */s/ Jacob R. Sorensen* |
| 3 |         Jacob R. Sorensen |
| 4 | Roxane A. Polidora (CA Bar No. 135972) |
|   | Jacob R. Sorensen (CA Bar No. 209134) |
| 5 | Lindsay A. Lutz (CA Bar No. 254442) |
|   | Four Embarcadero Center, 22nd Floor |
| 6 | San Francisco, CA 94111 |
| 7 | Telephone: (415) 983-1000 |
|   | roxane.polidora@pillsburylaw.com |
| 8 | jake.sorensen@pillsburylaw.com |
|   | lindsay.lutz@pillsburylaw.com |

*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation*

DENTONS US LLP

By:   */s/ Bonnie Lau*
        Bonnie Lau

Bonnie Lau (SBN 246188)
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
bonnie.lau@dentons.com

Felix T. Woo (SBN 208107)
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924
felix.woo@dentons.com

*Attorneys for Defendant Matsuo Electric Co., Ltd.*

|   |   |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | By:    */s/ George A. Nicoud III* |
| 3 |       George A. Nicoud III |

George A. Nicoud III (SBN 160111)
Eli M. Lazarus (SBN 284082)
Austin V. Schwing (SBN 211696)
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415-393-8308
Facsimile: 415-374-8473
tnicoud@gibsondunn.com
elazarus@gibsondunn.com
aschwing@gibsondunn.com

Matthew Parrott (SBN 302731)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
mparrott@gibsondunn.com

*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

K&L GATES LLP

By:    */s/ Michael E. Martinez*
      Michael E. Martinez

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Norris (admitted *pro hac vice*)
Lauren B. Salins (admitted *pro hac vice*)
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
michael.martinez@klgates.com

*Attorneys for Defendants Nichicon Corporation and Nichicon (America) Corporation*

|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | By:   */s/ Ashley M. Bauer* |
| 3 |         Ashley M. Bauer |
| 4 | Belinda S. Lee (SBN 199635) |
|   | Ashley M. Bauer (SBN 231626) |
| 5 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, CA 94111-6538 |
| 6 | Telephone:  (415) 391-0600 |
| 7 | Facsimile:  (415) 395-8095 |
|   | belinda.lee@lw.com |
| 8 | Ashley.bauer@lw.com |
| 9 | *Attorneys for Defendant Nitsuko Electronics Corporation* |
| 10 | BAKER & MCKENZIE LLP |
| 11 |   |
|   | By:   */s/ Douglas Tween* |
| 12 |         Douglas Tween |
| 13 | Douglas Tween (admitted *pro hac vice*) |
|   | Darrell Prescott (admitted *pro hac vice*) |
| 14 | 452 Fifth Avenue |
| 15 | New York, NY 10018 |
|   | Telephone:  (212) 626-4355 |
| 16 | Facsimile: (212) 310-1655 |
|   | Douglas.Tween@bakermckenzie.com |
| 17 | Darrell.Prescott@bakermckenzie.com |
| 18 |   |
|   | Meghan E. Hausler (admitted *pro hac vice*) |
| 19 | 2300 Trammell Crow Center |
|   | 2001 Ross Avenue |
| 20 | Dallas, TX 75206 |
| 21 | Telephone: (214) 965-7219 |
|   | Facsimile: (214) 965-5937 |
| 22 | Meghan.Hausler@bakermckenzie.com |
| 23 | Colin H. Murray (SBN 159142) |
|   | Two Embarcadero Center, 11th Floor |
| 24 | San Francisco, CA 94111 |
| 25 | Telephone:  (415) 591-3244 |
|   | Facsimile: (415) 576-3099 |
| 26 | Colin.Murray@bakermckenzie.com |
| 27 | *Attorneys for Defendants Okaya Electric Industries Co.,* |
|   | *Ltd. and Okaya Electric America, Inc.* |
| 28 |   |

1 | WINSTON & STRAWN LLP
2 | By:   */s/ Jeffrey L. Kessler*
3 |       Jeffrey L. Kessler

Jeffrey L. Kessler (admitted *pro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
Molly M. Donovan (admitted *pro hac vice*)
Mollie C. Richardson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick (SBN 275648)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., SANYO North America Corporation*

| | |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | By: __/s/ Michael F. Tubach__ |
| 3 |     Michael F. Tubach |

Michael F. Tubach (SBN 145955)
Christina J. Brown (SBN 242130)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com
cjbrown@omm.com

Kenneth R. O'Rourke (SBN 120144 )
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

HUNTON AND WILLIAMS LLP

By: ___/s/ Djordje Petkoski_____
     Djordje Petkoski

Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dpetkoski@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*

| | |
|---|---|
| 1 | McKENNA LONG & ALDRIDGE LLP |
| 2 | By:   */s/ Andrew S. Azarmi* |
| 3 |       Andrew S. Azarmi |
| 4 | Andrew S. Azarmi (SBN 241407) |
|   | Spear Tower, One Market Plaza, 24th Floor |
| 5 | San Francisco, CA 94150 |
|   | Telephone:  (415) 267-4000 |
| 6 | Facsimile: (415) 267-4198 |
| 7 | aazarmi@mckennalong.com |
| 8 | Gaspare J. Bono (admitted *pro hac vice*) |
|   | Stephen M. Chippendale (admitted *pro hac vice*) |
| 9 | Claire M. Maddox (admitted *pro hac vice*) |
|   | 1900 K Street, NW |
| 10 | Washington, DC 20006 |
| 11 | Telephone:  (202) 496-7500 |
|   | Facsimile: (202) 496-7756 |
| 12 | gbono@mckennalong.com |
|   | schippendale@mckennalong.com |
| 13 | cmaddox@mckennalong.com |
| 14 | *Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |

| | |
|---|---|
| 1 | HUGHES HUBBARD & REED LLP |
| 2 | By:   */s/ Ethan E. Litwin* |
| 3 |        Ethan E. Litwin |
| 4 | Ethan E. Litwin (admitted *pro hac vice*) |
|   | Morgan J. Feder (admitted *pro hac vice*) |
| 5 | One Battery Park Plaza |
|   | New York, NY 10004-1482 |
| 6 | Telephone: (212) 837-6000 |
| 7 | Facsimile: (212) 422-4726 |
|   | Ethan.Litwin@hugheshubbard.com |
| 8 | Morgan.Feder@hugheshubbard.com |
| 9 | David H. Stern (CA Bar No. 196408) |
|   | Carolin Sahimi (CA Bar No. 260312) |
| 10 | 350 South Grand Avenue |
| 11 | Los Angeles, CA 90071-3442 |
|    | Telephone: (213) 613-2800 |
| 12 | Facsimile: (213) 613-2950 |
|    | David.Stern@hugheshubbard.com |
| 13 | Carolin.Sahimi@hugheshubbard.com |
| 14 | *Attorneys for Defendants Soshin Electric Co., Ltd.* |
| 15 | *and Soshin Electronics of America, Inc.* |

1  ROPES & GRAY LLP

2  By:   */s/ Mark S. Popofsky*
3          Mark S. Popofsky

4  Mark S. Popofsky (SBN 175476)
   One Metro Center
5  700 12th Street NW, Suite 900
   Washington, DC 20005-3948
6  Telephone: (202) 508-4624
7  Facsimile: (202) 508-4650
   mark.popofsky@ropesgray.com

8
   Jane E. Willis (admission *pro hac vice* pending)
9  800 Boylston Street
   Boston, MA 02199-3600
10 Telephone: (617) 951-7603
11 Facsimile: (617) 235-0435
   jane.willis@ropesgray.com

12
   *Attorneys for Taitsu Corporation and Taitsu*
13 *America, Inc.*

14 CADWALADER, WICKERSHAM & TAFT LLP

15
   By:   */s/ Daniel J. Howley*
16          Daniel J. Howley

17 Charles F. Rule (admitted *pro hac vice*)
   Joseph J. Bial (admitted *pro hac vice*)
18 Daniel J. Howley (admitted *pro hac vice*)
   700 Sixth Street, Northwest
19 Washington, DC 20001
20 Telephone: (202) 862-2200
   Facsimile: (202) 862-2400
21 rick.rule@cwt.com
   joseph.bial@cwt.com
22 daniel.howley@cwt.com

23
   *Counsel for Defendant United Chemi-Con, Inc.*
24

25      Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document

26 has been obtained from each of the other signatories above.

27 Dated:   May 11, 2015         By:   */s/ Michael F. Tubach*
                                         Michael F. Tubach
28

1 **IT IS SO ORDERED.**

3   Dated: _____     _____

Honorable James Donato
United States District Court Judge