LATHAM & WATKINS LLP
Belinda S Lee (CA Bar No. 199635)
*belinda.lee@lw.com*
Ashley M. Bauer (CA Bar No. 231626)
*ashley.bauer@lw.com*
John E. Pellegrini (CA Bar No. 258297)
*john.pellegrini@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
NITSUKO ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER CLASS ACTIONS | MASTER FILE NO. 3:14-CV-03264-JD <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John E. Pellegrini of LATHAM & WATKINS LLP hereby enters his appearance in the above-captioned matter as counsel for defendant Nitsuko Electronics Corporation and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> John E. Pellegrini (CA Bar No. 258297)
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California  94111-6538
> Telephone:  (415) 391-0600
> Facsimile:  (415) 395-8095
> Email: john.pellegrini@lw.com

| | |
|---|---|
| DATED: May 18, 2015 | LATHAM & WATKINS LLP<br><br>By:    */s/ John E. Pellegrini*<br>       John E. Pellegrini<br>*Attorneys for Defendant Nitsuko*<br>*Electronics Corporation* |