UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  May 27, 2015                                                                 Judge:  Hon. James Donato

Time: 1 hour & 8 minutes

Case            C-14-03264-JD IN RE CAPACITORS ANTITRUST LITIGATION

Attorney(s) for Plaintiff(s):      Steven Williams/Joseph Saveri/Andrew Purdy/James Dallal
                                   Adam Zapala/Matthew Weller

Attorney(s) for Defendant(s):      Joseph Bial/Charles F. Rule/Roxane Polidora/Jacob Sorensen
                                   Molly Donovan/Ian Papendick/Eric Enson/Jeffrey Jaeckel
                                   Darrell Prescott/Ethan Litwin/Christina Brown/Howard Parker
                                   Austin Schwing/Scott Mendel/Michelle Park Chiu/Alex
                                   Shepard Spiegel/Daniel Howley/John Ellegrini/Jessica Duggan
                                   Jeff Van Hooreweghe/Justin Cohen/Heather Tewksbury
                                   Claire Maddox

Deputy Clerk:  Lisa R. Clark                                                Court Reporter: Pam Batalo

PROCEEDINGS

Hearing on NCC's Motion to Dismiss - Held
Discovery Hearing - Held

RESULT OF HEARING

I. Discovery Issues

On the issue of defendants' responses to plaintiffs' contention interrogatories, the Court will not compel responses.  The Court does, however, remind all parties of their continuing duty to supplement disclosures and responses pursuant to FRCP 26(e), and advises them that evidentiary sanctions will attach for any failures to do so.

On the issue of the use of experts in connection with the upcoming FTAIA motions, all parties are directed to file by June 10, 2015, a statement indicating whether or not that party will be using an expert.

On the format of documents for production, the Court finds that plaintiffs have the right to request documents in their native format instead of as TIFF images going forward, and observes

that such a request would be reasonable. The Court declines to make any rulings on the cost-shifting issue at this time.

The Court discusses with the parties the status of discovery and expresses concern about the pace of productions by defendants. The Court orders the parties to file a joint statement <u>by June 3, 2015</u>, setting forth a comprehensive and detailed schedule with firm end dates of production for the various tranches of documents that defendants have agreed to produce.

## II. NCC's Motion to Dismiss for Lack of Personal Jurisdiction

The Court hears argument on NCC's motion to dismiss. Dkt. No. 478. The Court will issue an order.