1    [Counsel listed on signature pages]

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO

11

12   IN RE:  CAPACITORS ANTITRUST          Master File No. 14-CV-03264-JD
     LITIGATION
13                                         **STIPULATION AND** ~~**[PROPOSED]**~~
                                           **ORDER RE:  DISCOVERY LIMITS**
14   THIS DOCUMENT RELATES TO:             **PURSUANT TO FED. R. CIV. P. 26(f)**

15   ALL ACTIONS

16

17

18

19

20

21

22

23

24

25

26

27

28

1   WHEREAS Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs"

2   and, together with DPPs, "Plaintiffs"), and Defendants have met and conferred pursuant to

3   Federal Rule of Civil Procedure 26(f); and

4   WHEREAS the parties have reached agreement on the enlargement of certain discovery

5   limits, as set forth below;

6   THE PARTIES HEREBY STIPULATE AS FOLLOWS:

7   **A.     Interrogatories Pursuant to Fed. R. Civ. P. 33(a)**

8   1.     DPPs and IPPs each may serve 35 interrogatories per defendant family[1] named in

9   their respective complaints.  This limit does not apply to interrogatories propounded on the

10  ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate

11  reasonable limitations on such interrogatories.  DPPs and IPPs will coordinate efforts to avoid

12  serving duplicative and/or overly burdensome interrogatories.

13  2.     Defendants may jointly serve 25 interrogatories on each of the named DPPs and

14  IPPs.  Each defendant family may serve an additional 10 interrogatories on each of the named

15  DPPs and IPPs pertaining to defendant-specific issues arising from the complaint(s) in which they

16  are named.  Defendants will coordinate efforts to avoid serving duplicative and/or overly

17  burdensome interrogatories.

18  3.     These limits on interrogatories do not apply to discovery relating to personal

19  jurisdiction.

20  **B.     Individual Depositions Pursuant to Fed. R. Civ. P. 30(b)(1)[2]**

21  1.     DPPs and IPPs collectively may depose up to 10 percipient witnesses per

22  defendant family, but no more than a total of 135 percipient witnesses.  For purposes of this

23  stipulation, percipient witnesses shall include defendants' current employees, as well as former

24  employees whom defendants assist in making available for deposition.  Depositions of the

25  ACPERA amnesty applicant's percipient witnesses are not subject to the 10-deposition per

---

26  [1] A defendant family includes all affiliates of a named defendant.

27  [2] The limitations on Plaintiffs' depositions in sections B and C below are without prejudice to
28  Defendants' ability to depose each of the named DPPs and IPPs pursuant to Federal Rule of Civil
    Procedure 30.

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

defendant family limit, but do count toward the total limit of 135 percipient witness depositions. Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on percipient witness depositions.  Depositions of third parties that are not part of any defendant family do not count toward the limit of 135 percipient witness depositions.

2.     If any individuals have been employed by more than one defendant, they may be deposed only once.  If defendants are aware of any individual noticed for deposition who has been employed by more than one defendant, and Plaintiffs have not expressed their knowledge of this fact, defendants shall make this fact known upon receipt of a deposition notice for such individual.

3.     Depositions conducted in English shall be limited to 7 hours each.  Depositions for which interpreters are used shall be limited to 12 hours each.  These time limits do not apply to depositions of the ACPERA amnesty applicant's percipient witnesses, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on such depositions.

**C.     <u>Depositions Pursuant to Fed. R. Civ. P. 30(b)(6)</u>**

1.     DPPs and IPPs each may notice 30(b)(6) depositions on up to 15 topics, including non-transactional data topics and transactional data topics, per defendant family named in their respective complaints.  DPPs and IPPs will coordinate efforts to avoid duplicative topics.

2.     30(b)(6) depositions on non-transactional data topics will be limited to a total of 14 hours per defendant family.  30(b)(6) depositions on transactional data topics will be limited to a total of 6 hours per defendant family.  These time limits will be extended for depositions in which interpreters are used, by the same ratio as for percipient witness depositions (*i.e.*, 12 hours for every 7 hours, or by 1.7 times).

3.     The limits on 30(b)(6) depositions set forth in sections C.1 and C.2 above do not apply to the ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on such depositions.

4.     In the event that any percipient witness who has received a deposition notice is likely to be designated as a 30(b)(6) representative, or in the event that any 30(b)(6) designee is likely to be deposed in his or her individual capacity, the parties will use their best efforts to

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

coordinate so as to avoid multiple depositions of the same witness.  To the extent reasonably possible, defendants will (i) notify Plaintiffs at least 30 days in advance of a noticed deposition that the witness should be deposed in both his or her individual and representative capacities, and (ii) produce any responsive, non-privileged documents from the witness's custodial files at least 30 days in advance of the deposition.  The parties will meet and confer in good faith regarding reasonable time limits for depositions of any witnesses who will be deposed in both their individual and representative capacities.

**D.**     **Departing Employee Lists**

Plaintiffs may establish "employee lists" of no more than 15 custodians/witnesses per defendant family.  For each such identified custodian/witness, defendants shall timely inform Plaintiffs in writing if they become aware that such person intends to leave, or does leave, his or her employment, to the extent reasonably possible.  Upon Plaintiffs' request, defendants shall make that person available for deposition either before or after his or her departure, to the extent reasonably possible.  Plaintiffs may make changes to their employee lists on a quarterly basis. The parties' obligations pursuant to this provision will cease on December 31, 2015.

**E.**     **Service by E-Mail**

The parties agree that all documents may be served by e-mail and have exchanged applicable e-mail addresses.  Fed. R. Civ. P. 6(d) shall continue to apply, such that parties will have 3 additional days to act after being served by e-mail.

**F.**     **Modification of Limits**

Any of the provisions and limits set forth in sections A through E above may be modified by agreement of the parties affected or by the Court for good cause.

Dated:  May 11, 2015                    JOSEPH SAVERI LAW FIRM, INC.

By:   _/s/ Joseph R. Saveri_
       Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Joshua P. Davis (SBN 193254)
Andrew M. Purdy (SBN 261912)

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1   Matthew S. Weller (SBN 236052)
    James G. Dallal (SBN 277826)
2   Ryan J. McEwan (SBN 285595)
    505 Montgomery Street, Suite 625
3   San Francisco, CA 94111
    Telephone: (415) 500-6800
4   Facsimile: (415) 395-9940
    jsaveri@saverilawfirm.com
5   jdavis@saverilawfirm.com
    apurdy@saverilawfirm.com
6   jdallal@saverilawfirm.com
    rmcewan@saverilawfirm.com
7
8   *Interim Lead Class Counsel for Direct Purchaser Plaintiffs*
9
10  COTCHETT PITRE & McCARTHY, LLP
11  By:   */s/ Adam J. Zapala*
            Adam J. Zapala
12
13  Joseph W. Cotchett (SBN 36324)
    Steven N. Williams (SBN 175489)
14  Adam J. Zapala (SBN 245748)
    Elizabeth Tran (SBN 280502)
15  Joyce Chang (SBN 300780)
    840 Malcolm Road, Suite 200
16  Burlingame, CA 94010
    Telephone: (650) 697-6000
17  Facsimile: (650) 697-0577
    jcotchett@cpmlegal.com
18  swilliams@cpmlegal.com
    azapala@cpmlegal.com
19  etran@cpmlegal.com
    jchang@cpmlegal.com
20
21  *Interim Lead counsel for Indirect Purchaser Plaintiffs*
22
23
24
25
26
27
28

1

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.

2

3

By:    /s/ Bruce D. Sokler
          Bruce D. Sokler

4

5

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

6

7

8

Evan S. Nadel (SBN 213230)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

9

10

11

12

*Attorneys for Defendant AVX Corporation*

13

14

WILMER CUTLER PICKERING HALE AND DORR
LLP

15

By:    /s/ Heather S. Tewksbury
          Heather S. Tewksbury

16

17

Heather S. Tewksbury (SBN 222202)
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6134
Facsimile: (650) 858-6100
heather.tewksbury@wilmerhale.com

18

19

20

21

Thomas Mueller (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6766
Facsimile: (202) 663-6363
thomas.mueller@wilmerhale.com

22

23

24

25

*Attorneys for Defendants ELNA Co. Ltd. and ELNA
America, Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1                    MORGAN, LEWIS & BOCKIUS LLP

2                    By:   */s/ J. Clayton Everett, Jr.*
3                           J. Clayton Everett, Jr.

4                    Michelle Park Chiu (SBN 248421)
                      One Market, Spear Street Tower
5                    San Francisco, CA 94105-1126
                      Telephone:  (415) 442-1000
6                    Facsimile:  (415) 442-1001
7                    mchiu@morganlewis.com

8                    Scott A. Stempel (admitted *pro hac vice*)
                      J. Clayton Everett, Jr. (admitted *pro hac vice*)
9                    1111 Pennsylvania Ave., NW
                      Washington, DC 20004
10                 Telephone:  (202) 739-3000
                      Facsimile:   (202) 739-3001
11                 sstempel@morganlewis.com
12                 jeverett@morganlewis.com

13                 *Attorneys for Defendants EPCOS AG and EPCOS Inc.*

14                 MORRISON & FOERSTER LLP

15                 By:   */s/ Paul T. Friedman*
16                        Paul T. Friedman

17                 Paul T. Friedman (SBN 98381)
18                 Michael P. Kniffen (SBN 263877)
                      425 Market Street
19                 San Francisco, California 94105-2482
                      Telephone: (415) 268-7000
20                 Facsimile: (415) 268-7522
                      PFriedman@mofo.com
21                 MKniffen@mofo.com

22                 Jeffrey A. Jaeckel (admitted *pro hac vice*)
23                 2000 Pennsylvania Avenue, NW Suite 6000
                      Washington, District of Columbia 20006-1888
24                 Telephone: (202) 887-1500
                      Facsimile: (202) 887-0763
25                 JJaeckel@mofo.com

26                 *Attorneys for Defendants Fujitsu Limited, Fujitsu*
27                 *Semiconductor America, Inc., and Fujitsu Components*
                      *America, Inc.*
28

        STIPULATION AND [PROPOSED] ORDER
                                          REGARDING DISCOVERY LIMITS
                                   MASTER FILE NO. 3:14-CV-03264-JD

1                               WILSON SONSINI GOODRICH & ROSATI PC

2                               By   */s/ Jonathan M. Jacobson*

3                                  Jonathan M. Jacobson

4                               Jonathan M. Jacobson

5                               Chul Pak (admitted *pro hac vice*)

Jeffrey C. Bank (admitted *pro hac vice*)

6                               1301 Avenue of the Americas, 40th Floor

New York, New York 10019

7                               Telephone: (212) 497-7758

Facsimile: (212) 999-5899

8                               jjacobson@wsgr.com

cpak@wsgr.com

9                               jbank@wsgr.com

10                             Jeff VanHooreweghe (admitted *pro hac vice*)

11                             1700 K Street, N.W., Fifth Floor

Washington, DC 20006

12                             Telephone: (202) 973-8825

Facsimile: (202) 973-8899

13                             jvanhooreweghe@wsgr.com

14                             *Attorneys for Defendants Hitachi Chemical Co., Ltd.,*

15                             *Hitachi Chemical Company America, Ltd., and*

16                             *Hitachi AIC Incorporated*

17                             JONES DAY

18                             By:   */s/ Eric P. Enson*

19                                  Eric P. Enson

20                             Jeffrey A. LeVee (SBN 125863)

Eric P. Enson (SBN 204447)

21                             Rachel H. Zernik (SBN 281222)

555 South Flower Street, Fiftieth Floor

22                             Los Angeles, CA 90071.2300

Telephone: (213) 489-3939

23                             Facsimile: (213) 243-2539

jlevee@JonesDay.com

24                             epenson@JonesDay.com

rzernik@jonesday.com

25

26                             *Counsel for Defendants Holy Stone Enterprise Co.,*

27                             *Ltd., Holy Stone International, Vishay Intertechnology Inc.,*

*and Vishay Polytech Co., Ltd.*

28

1                           PILLSBURY WINTHROP SHAW PITTMAN LLP

2                           By:    */s/ Jacob R. Sorensen*

3                                 Jacob R. Sorensen

4                           Roxane A. Polidora (CA Bar No. 135972)

5                           Jacob R. Sorensen (CA Bar No. 209134)
Lindsay A. Lutz (CA Bar No. 254442)

6                           Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

7                           Telephone: (415) 983-1000
roxane.polidora@pillsburylaw.com

8                           jake.sorensen@pillsburylaw.com
lindsay.lutz@pillsburylaw.com

9

10                         *Attorneys for Defendants KEMET Corporation and*
*KEMET Electronics Corporation*

11                        DENTONS US LLP

12

13                        By:    */s/ Bonnie Lau*
                                Bonnie Lau

14                        Bonnie Lau (SBN 246188)

15                        525 Market Street, 26th Floor
San Francisco, CA 94105

16                        Telephone: (415) 882-5000
Facsimile: (415) 882-0300

17                        bonnie.lau@dentons.com

18

19                        Felix T. Woo (SBN 208107)
601 S. Figueroa Street, Suite 2500

20                        Los Angeles, CA 90017
Telephone:  (213) 623-9300

21                        Facsimile:   (213) 623-9924
felix.woo@dentons.com

22                        *Attorneys for Defendant Matsuo Electric Co., Ltd.*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1  GIBSON, DUNN & CRUTCHER LLP

2  By:  */s/ George A. Nicoud III*

3  George A. Nicoud III

4  George A. Nicoud III (SBN 160111)
   Eli M. Lazarus (SBN 284082)
5  Austin V. Schwing (SBN 211696)
   555 Mission Street
6  San Francisco, CA 94105-0921
   Telephone: 415-393-8308
7  Facsimile: 415-374-8473
   tnicoud@gibsondunn.com
8  elazarus@gibsondunn.com
   aschwing@gibsondunn.com
9

10 Matthew Parrott (SBN 302731)
   3161 Michelson Drive
11 Irvine, CA 92612-4412
   Telephone: (949) 451-3800
12 Facsimile: (949) 451-4220
   mparrott@gibsondunn.com
13

14 *Attorneys for Defendants NEC TOKIN*
   *Corporation and NEC TOKIN America, Inc.*
15

16 K&L GATES LLP

17 By:  */s/ Michael E. Martinez*

18 Michael E. Martinez

19 Scott M. Mendel (admitted *pro hac vice*)
   Steven M. Kowal (admitted *pro hac vice*)
20 Michael E. Martinez (admitted *pro hac vice*)
   Lauren N. Norris (admitted *pro hac vice*)
21 Lauren B. Salins (admitted *pro hac vice*)
   70 West Madison Street, Suite 3100
22 Chicago, IL 60602
   Telephone: (312) 372-1121
23 michael.martinez@klgates.com

24
   *Attorneys for Defendants Nichicon Corporation and*
25 *Nichicon (America) Corporation*

26

27

28

- 9 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1   LATHAM & WATKINS LLP

2   By:   */s/ Ashley M. Bauer*
            Ashley M. Bauer
3

4   Belinda S. Lee (SBN 199635)
    Ashley M. Bauer (SBN 231626)
5   505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-6538
6   Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
7   belinda.lee@lw.com
    Ashley.bauer@lw.com
8

9   *Attorneys for Defendant Nitsuko Electronics Corporation*

10  BAKER & MCKENZIE LLP

11  By:   */s/ Douglas Tween*
            Douglas Tween
12

13  Douglas Tween (admitted *pro hac vice*)
    Darrell Prescott (admitted *pro hac vice*)
14  452 Fifth Avenue
    New York, NY 10018
15  Telephone:  (212) 626-4355
    Facsimile: (212) 310-1655
16  Douglas.Tween@bakermckenzie.com
    Darrell.Prescott@bakermckenzie.com
17

18  Meghan E. Hausler (admitted *pro hac vice*)
    2300 Trammell Crow Center
19  2001 Ross Avenue
    Dallas, TX 75206
20  Telephone: (214) 965-7219
    Facsimile: (214) 965-5937
21  Meghan.Hausler@bakermckenzie.com

22
    Colin H. Murray (SBN 159142)
23  Two Embarcadero Center, 11th Floor
    San Francisco, CA 94111
24  Telephone:  (415) 591-3244
    Facsimile: (415) 576-3099
25  Colin.Murray@bakermckenzie.com

26
    *Attorneys for Defendants Okaya Electric Industries Co.,*
27  *Ltd. and Okaya Electric America, Inc.*

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1   WINSTON & STRAWN LLP

2   By:   /s/ Jeffrey L. Kessler
3          Jeffrey L. Kessler

4   Jeffrey L. Kessler (admitted *pro hac vice*)
    A. Paul Victor (admitted *pro hac vice*)
5   Molly M. Donovan (admitted *pro hac vice*)
    Mollie C. Richardson (admitted *pro hac vice*)
6   200 Park Avenue
7   New York, New York 10166
    Telephone: (212) 294-4698
8   Facsimile: (212) 294-4700
    jkessler@winston.com
9   pvictor@winston.com
    mmdonovan@winston.com
10  mrichardson@winston.com

11  Ian L. Papendick (SBN 275648)
12  101 California Street
    San Francisco, CA 94111
13  Telephone: (415) 591-6905
    Facsimile: (415) 591-1400
14  ipapendick@winston.com

15  *Counsel for Defendants Panasonic Corporation, Panasonic*
16  *Corporation of North America, SANYO Electric Co., Ltd.,*
    *SANYO North America Corporation*
17

18

19

20

21

22

23

24

25

26

27

28

- 11 -

1          O'MELVENY & MYERS LLP

2          By:    /s/ Michael F. Tubach
3                 Michael F. Tubach

4          Michael F. Tubach (SBN 145955)
           Christina J. Brown (SBN 242130)
5          Two Embarcadero Center, 28th Floor
           San Francisco, CA 94111
6          Telephone: (415) 984-8700
           Facsimile: (415) 984-8701
7          mtubach@omm.com
           cjbrown@omm.com
8

9          Kenneth R. O'Rourke (SBN 120144 )
           400 South Hope Street, 18th Floor
10         Los Angeles, CA 90071
           Telephone: (213) 430-6000
11         Facsimile: (213) 430-6407
           korourke@omm.com
12

13         *Attorneys for Defendants ROHM Co., Ltd. and
           ROHM Semiconductor U.S.A., LLC*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUNTON AND WILLIAMS LLP

By:     /s/ Djordje Petkoski
          Djordje Petkoski

Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dpetkoski@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and*
*Rubycon America Inc.*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1

McKENNA LONG & ALDRIDGE LLP

2

By: _____/s/ Andrew S. Azarmi_____
        Andrew S. Azarmi

3

4

Andrew S. Azarmi (SBN 241407)
Spear Tower, One Market Plaza, 24th Floor
San Francisco, CA 94150
Telephone:  (415) 267-4000
Facsimile: (415) 267-4198
aazarmi@mckennalong.com

5

6

7

8

Gaspare J. Bono (admitted *pro hac vice*)
Stephen M. Chippendale (admitted *pro hac vice*)
Claire M. Maddox (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Telephone:  (202) 496-7500
Facsimile: (202) 496-7756
gbono@mckennalong.com
schippendale@mckennalong.com
cmaddox@mckennalong.com

9

10

11

12

13

14

*Attorneys for Defendants Shinyei Kaisha, Shinyei*
*Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and*
*Shinyei Corporation of America, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

HUGHES HUBBARD & REED LLP

By: ___/s/ Ethan E. Litwin_____
        Ethan E. Litwin

Ethan E. Litwin (admitted *pro hac vice*)
Morgan J. Feder (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Ethan.Litwin@hugheshubbard.com
Morgan.Feder@hugheshubbard.com

David H. Stern (CA Bar No. 196408)
Carolin Sahimi (CA Bar No. 260312)
350 South Grand Avenue
Los Angeles, CA 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
David.Stern@hugheshubbard.com
Carolin.Sahimi@hugheshubbard.com

*Attorneys for Defendants Soshin Electric Co., Ltd.*
*and Soshin Electronics of America, Inc.*

1

ROPES & GRAY LLP

2

By:   */s/ Mark S. Popofsky*

3

Mark S. Popofsky

4

Mark S. Popofsky (SBN 175476)
One Metro Center

5

700 12th Street NW, Suite 900
Washington, DC 20005-3948

6

Telephone: (202) 508-4624

7

Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

8

Jane E. Willis (admission *pro hac vice* pending)

9

800 Boylston Street

10

Boston, MA 02199-3600
Telephone: (617) 951-7603

11

Facsimile: (617) 235-0435
jane.willis@ropesgray.com

12

*Attorneys for Taitsu Corporation and Taitsu*

13

*America, Inc.*

14

CADWALADER, WICKERSHAM & TAFT LLP

15

By:   */s/ Daniel J. Howley*

16

Daniel J. Howley

17

Charles F. Rule (admitted *pro hac vice*)

18

Joseph J. Bial (admitted *pro hac vice*)
Daniel J. Howley (admitted *pro hac vice*)

19

700 Sixth Street, Northwest
Washington, DC 20001

20

Telephone: (202) 862-2200
Facsimile: (202) 862-2400

21

rick.rule@cwt.com

22

joseph.bial@cwt.com
daniel.howley@cwt.com

23

*Counsel for Defendant United Chemi-Con, Inc.*

24

25

Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document

26

has been obtained from each of the other signatories above.

27

Dated:  May 11, 2015          By:   */s/ Michael F. Tubach*
Michael F. Tubach

28

- 16 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1    **IT IS SO ORDERED.**

2

3    Dated:   May 28, 2015

4                                                Honorab
                                                 United St

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD