1  [Counsel listed on signature pages]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11

12  IN RE: CAPACITORS ANTITRUST              Master File No. 14-CV-03264-JD
    LITIGATION
13                                            **STIPULATION AND [PROPOSED]
                                              ORDER RE: DISCOVERY LIMITS
14  THIS DOCUMENT RELATES TO:                 PURSUANT TO FED. R. CIV. P. 26(f)**

15  ALL ACTIONS

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs"

2  and, together with DPPs, "Plaintiffs"), and Defendants have met and conferred pursuant to

3  Federal Rule of Civil Procedure 26(f); and

4    WHEREAS the parties have reached agreement on the enlargement of certain discovery

5  limits, as set forth below;

6    THE PARTIES HEREBY STIPULATE AS FOLLOWS:

7  **A.    Interrogatories Pursuant to Fed. R. Civ. P. 33(a)**

8    1.    DPPs and IPPs each may serve 35 interrogatories per defendant family[1] named in

9  their respective complaints.  This limit does not apply to interrogatories propounded on the

10  ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate

11  reasonable limitations on such interrogatories.  DPPs and IPPs will coordinate efforts to avoid

12  serving duplicative and/or overly burdensome interrogatories.

13    2.    Defendants may jointly serve 25 interrogatories on each of the named DPPs and

14  IPPs.  Each defendant family may serve an additional 10 interrogatories on each of the named

15  DPPs and IPPs pertaining to defendant-specific issues arising from the complaint(s) in which they

16  are named.  Defendants will coordinate efforts to avoid serving duplicative and/or overly

17  burdensome interrogatories.

18    3.    These limits on interrogatories do not apply to discovery relating to personal

19  jurisdiction.

20  **B.    Individual Depositions Pursuant to Fed. R. Civ. P. 30(b)(1)[2]**

21    1.    DPPs and IPPs collectively may depose up to 10 percipient witnesses per

22  defendant family, but no more than a total of 135 percipient witnesses.  For purposes of this

23  stipulation, percipient witnesses shall include defendants' current employees, as well as former

24  employees whom defendants assist in making available for deposition.  Depositions of the

25  ACPERA amnesty applicant's percipient witnesses are not subject to the 10-deposition per

26  ───────────────
[1] A defendant family includes all affiliates of a named defendant.

27  [2] The limitations on Plaintiffs' depositions in sections B and C below are without prejudice to

28  Defendants' ability to depose each of the named DPPs and IPPs pursuant to Federal Rule of Civil
Procedure 30.

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1  defendant family limit, but do count toward the total limit of 135 percipient witness depositions.

2  Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on

3  percipient witness depositions.  Depositions of third parties that are not part of any defendant

4  family do not count toward the limit of 135 percipient witness depositions.

5       2.     If any individuals have been employed by more than one defendant, they may be

6  deposed only once.  If defendants are aware of any individual noticed for deposition who has

7  been employed by more than one defendant, and Plaintiffs have not expressed their knowledge of

8  this fact, defendants shall make this fact known upon receipt of a deposition notice for such

9  individual.

10       3.     Depositions conducted in English shall be limited to 7 hours each.  Depositions for

11  which interpreters are used shall be limited to 12 hours each.  These time limits do not apply to

12  depositions of the ACPERA amnesty applicant's percipient witnesses, but Plaintiffs and the

13  ACPERA amnesty applicant agree to negotiate reasonable limitations on such depositions.

14  **C.**     **Depositions Pursuant to Fed. R. Civ. P. 30(b)(6)**

15       1.     DPPs and IPPs each may notice 30(b)(6) depositions on up to 15 topics, including

16  non-transactional data topics and transactional data topics, per defendant family named in their

17  respective complaints.  DPPs and IPPs will coordinate efforts to avoid duplicative topics.

18       2.     30(b)(6) depositions on non-transactional data topics will be limited to a total of 14

19  hours per defendant family.  30(b)(6) depositions on transactional data topics will be limited to a

20  total of 6 hours per defendant family.  These time limits will be extended for depositions in which

21  interpreters are used, by the same ratio as for percipient witness depositions (*i.e.*, 12 hours for

22  every 7 hours, or by 1.7 times).

23       3.     The limits on 30(b)(6) depositions set forth in sections C.1 and C.2 above do not

24  apply to the ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree

25  to negotiate reasonable limitations on such depositions.

26       4.     In the event that any percipient witness who has received a deposition notice is

27  likely to be designated as a 30(b)(6) representative, or in the event that any 30(b)(6) designee is

28  likely to be deposed in his or her individual capacity, the parties will use their best efforts to

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

Case 3:14-cv-03264-JD Document 687 Filed 05/11/15 Page 4 of 18

1  coordinate so as to avoid multiple depositions of the same witness.  To the extent reasonably

2  possible, defendants will (i) notify Plaintiffs at least 30 days in advance of a noticed deposition

3  that the witness should be deposed in both his or her individual and representative capacities, and

4  (ii) produce any responsive, non-privileged documents from the witness's custodial files at least

5  30 days in advance of the deposition.  The parties will meet and confer in good faith regarding

6  reasonable time limits for depositions of any witnesses who will be deposed in both their

7  individual and representative capacities.

8  **D.**      **Departing Employee Lists**

9          Plaintiffs may establish "employee lists" of no more than 15 custodians/witnesses per

10  defendant family.  For each such identified custodian/witness, defendants shall timely inform

11  Plaintiffs in writing if they become aware that such person intends to leave, or does leave, his or

12  her employment, to the extent reasonably possible.  Upon Plaintiffs' request, defendants shall

13  make that person available for deposition either before or after his or her departure, to the extent

14  reasonably possible.  Plaintiffs may make changes to their employee lists on a quarterly basis.

15  The parties' obligations pursuant to this provision will cease on December 31, 2015.

16  **E.**      **Service by E-Mail**

17          The parties agree that all documents may be served by e-mail and have exchanged

18  applicable e-mail addresses.  Fed. R. Civ. P. 6(d) shall continue to apply, such that parties will

19  have 3 additional days to act after being served by e-mail.

20  **F.**      **Modification of Limits**

21          Any of the provisions and limits set forth in sections A through E above may be modified

22  by agreement of the parties affected or by the Court for good cause.

23

24  Dated:  May 11, 2015                JOSEPH SAVERI LAW FIRM, INC.

25                                       By:   */s/ Joseph R. Saveri*
26                                              Joseph R. Saveri

27                                       Joseph R. Saveri (SBN 130064)
                                         Joshua P. Davis (SBN 193254)
28                                       Andrew M. Purdy (SBN 261912)

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

Case 3:14-cv-03264-JD Document 687 Filed 05/21/15 Page 5 of 18

Matthew S. Weller (SBN 236052)
James G. Dallal (SBN 277826)
Ryan J. McEwan (SBN 285595)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

COTCHETT PITRE & McCARTHY, LLP

By: *   /s/ Adam J. Zapala   *
          Adam J. Zapala

Joseph W. Cotchett (SBN 36324)
Steven N. Williams (SBN 175489)
Adam J. Zapala (SBN 245748)
Elizabeth Tran (SBN 280502)
Joyce Chang (SBN 300780)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Interim Lead counsel for Indirect Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

Case 3:14-cv-03264-JD Document 687 Filed 05/21/15 Page 6 of 18

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.

By: ___/s/ Bruce D. Sokler_____
         Bruce D. Sokler

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

Evan S. Nadel (SBN 213230)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

*Attorneys for Defendant AVX Corporation*

WILMER CUTLER PICKERING HALE AND DORR
LLP

By: ___/s/ Heather S. Tewksbury_____
         Heather S. Tewksbury

Heather S. Tewksbury (SBN 222202)
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6134
Facsimile: (650) 858-6100
heather.tewksbury@wilmerhale.com

Thomas Mueller (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6766
Facsimile: (202) 663-6363
thomas.mueller@wilmerhale.com

*Attorneys for Defendants ELNA Co. Ltd. and ELNA
America, Inc.*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ J. Clayton Everett, Jr.
         J. Clayton Everett, Jr.

Michelle Park Chiu (SBN 248421)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
mchiu@morganlewis.com

Scott A. Stempel (admitted *pro hac vice*)
J. Clayton Everett, Jr. (admitted *pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
sstempel@morganlewis.com
jeverett@morganlewis.com

*Attorneys for Defendants EPCOS AG and EPCOS Inc.*

MORRISON & FOERSTER LLP

By:    /s/ Paul T. Friedman
         Paul T. Friedman

Paul T. Friedman (SBN 98381)
Michael P. Kniffen (SBN 263877)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
PFriedman@mofo.com
MKniffen@mofo.com

Jeffrey A. Jaeckel (admitted *pro hac vice*)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
JJaeckel@mofo.com

*Attorneys for Defendants Fujitsu Limited, Fujitsu
Semiconductor America, Inc., and Fujitsu Components
America, Inc.*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

WILSON SONSINI GOODRICH & ROSATI PC

By   /s/ Jonathan M. Jacobson
       Jonathan M. Jacobson

Jonathan M. Jacobson
Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com

Jeff VanHooreweghe (admitted *pro hac vice*)
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8825
Facsimile: (202) 973-8899
jvanhooreweghe@wsgr.com

*Attorneys for Defendants Hitachi Chemical Co., Ltd.,*
*Hitachi Chemical Company America, Ltd., and*
*Hitachi AIC Incorporated*

JONES DAY

By:   /s/ Eric P. Enson
        Eric P. Enson

Jeffrey A. LeVee (SBN 125863)
Eric P. Enson (SBN 204447)
Rachel H. Zernik (SBN 281222)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co.,*
*Ltd., Holy Stone International, Vishay Intertechnology Inc.,*
*and Vishay Polytech Co., Ltd.*

- 7 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: ___/s/ Jacob R. Sorensen___
    Jacob R. Sorensen

Roxane A. Polidora (CA Bar No. 135972)
Jacob R. Sorensen (CA Bar No. 209134)
Lindsay A. Lutz (CA Bar No. 254442)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
lindsay.lutz@pillsburylaw.com

*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation*

DENTONS US LLP

By: ___/s/ Bonnie Lau___
    Bonnie Lau

Bonnie Lau (SBN 246188)
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
bonnie.lau@dentons.com

Felix T. Woo (SBN 208107)
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
felix.woo@dentons.com

*Attorneys for Defendant Matsuo Electric Co., Ltd.*

1

GIBSON, DUNN & CRUTCHER LLP

2

By: ___/s/ George A. Nicoud III___

3

George A. Nicoud III

4

George A. Nicoud III (SBN 160111)
Eli M. Lazarus (SBN 284082)

5

Austin V. Schwing (SBN 211696)
555 Mission Street

6

San Francisco, CA 94105-0921
Telephone: 415-393-8308

7

Facsimile: 415-374-8473
tnicoud@gibsondunn.com

8

elazarus@gibsondunn.com
aschwing@gibsondunn.com

9

10

Matthew Parrott (SBN 302731)
3161 Michelson Drive

11

Irvine, CA 92612-4412
Telephone: (949) 451-3800

12

Facsimile: (949) 451-4220
mparrott@gibsondunn.com

13

14

*Attorneys for Defendants NEC TOKIN*

15

*Corporation and NEC TOKIN America, Inc.*

16

K&L GATES LLP

17

By: ___/s/ Michael E. Martinez___

18

Michael E. Martinez

19

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)

20

Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Norris (admitted *pro hac vice*)

21

Lauren B. Salins (admitted *pro hac vice*)
70 West Madison Street, Suite 3100

22

Chicago, IL 60602
Telephone: (312) 372-1121

23

michael.martinez@klgates.com

24

*Attorneys for Defendants Nichicon Corporation and*

25

*Nichicon (America) Corporation*

26

27

28

- 9 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1

2 LATHAM & WATKINS LLP

3 By: ___/s/ Ashley M. Bauer_____
        Ashley M. Bauer

4 Belinda S. Lee (SBN 199635)
  Ashley M. Bauer (SBN 231626)
5 505 Montgomery Street, Suite 2000
  San Francisco, CA 94111-6538
6 Telephone: (415) 391-0600
  Facsimile: (415) 395-8095
7 belinda.lee@lw.com
  Ashley.bauer@lw.com
8

9 *Attorneys for Defendant Nitsuko Electronics Corporation*

10 BAKER & MCKENZIE LLP

11 By: ___/s/ Douglas Tween_____
        Douglas Tween
12

13 Douglas Tween (admitted *pro hac vice*)
   Darrell Prescott (admitted *pro hac vice*)
14 452 Fifth Avenue
   New York, NY 10018
15 Telephone: (212) 626-4355
   Facsimile: (212) 310-1655
16 Douglas.Tween@bakermckenzie.com
   Darrell.Prescott@bakermckenzie.com
17

18 Meghan E. Hausler (admitted *pro hac vice*)
   2300 Trammell Crow Center
19 2001 Ross Avenue
   Dallas, TX 75206
20 Telephone: (214) 965-7219
   Facsimile: (214) 965-5937
21 Meghan.Hausler@bakermckenzie.com
22

23 Colin H. Murray (SBN 159142)
   Two Embarcadero Center, 11th Floor
24 San Francisco, CA 94111
   Telephone: (415) 591-3244
25 Facsimile: (415) 576-3099
   Colin.Murray@bakermckenzie.com
26

27 *Attorneys for Defendants Okaya Electric Industries Co.,*
   *Ltd. and Okaya Electric America, Inc.*
28

- 10 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1

WINSTON & STRAWN LLP

2

By:    */s/ Jeffrey L. Kessler*

3

Jeffrey L. Kessler

4

Jeffrey L. Kessler (admitted *pro hac vice*)

A. Paul Victor (admitted *pro hac vice*)

5

Molly M. Donovan (admitted *pro hac vice*)

Mollie C. Richardson (admitted *pro hac vice*)

6

200 Park Avenue

7

New York, New York 10166

Telephone: (212) 294-4698

8

Facsimile: (212) 294-4700

jkessler@winston.com

9

pvictor@winston.com

mmdonovan@winston.com

10

mrichardson@winston.com

11

Ian L. Papendick (SBN 275648)

12

101 California Street

San Francisco, CA 94111

13

Telephone: (415) 591-6905

Facsimile: (415) 591-1400

14

ipapendick@winston.com

15

*Counsel for Defendants Panasonic Corporation, Panasonic*

16

*Corporation of North America, SANYO Electric Co., Ltd.,*

*SANYO North America Corporation*

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1    O'MELVENY & MYERS LLP

2    By:    /s/ Michael F. Tubach
             Michael F. Tubach
3

4    Michael F. Tubach (SBN 145955)
     Christina J. Brown (SBN 242130)
5    Two Embarcadero Center, 28th Floor
     San Francisco, CA 94111
6    Telephone: (415) 984-8700
     Facsimile: (415) 984-8701
7    mtubach@omm.com
     cjbrown@omm.com
8

9    Kenneth R. O'Rourke (SBN 120144 )
     400 South Hope Street, 18th Floor
10   Los Angeles, CA 90071
     Telephone: (213) 430-6000
11   Facsimile: (213) 430-6407
     korourke@omm.com
12

13   *Attorneys for Defendants ROHM Co., Ltd. and
     ROHM Semiconductor U.S.A., LLC*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          STIPULATION AND [PROPOSED] ORDER
                        - 12 -               REGARDING DISCOVERY LIMITS
                                           MASTER FILE NO. 3:14-CV-03264-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUNTON AND WILLIAMS LLP

By:   /s/ Djordje Petkoski
         Djordje Petkoski

Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dpetkoski@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and*
*Rubycon America Inc.*

- 13 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1

McKENNA LONG & ALDRIDGE LLP

2

By:  ___/s/ Andrew S. Azarmi_____

3

Andrew S. Azarmi

4

Andrew S. Azarmi (SBN 241407)
Spear Tower, One Market Plaza, 24th Floor

5

San Francisco, CA 94150
Telephone:  (415) 267-4000

6

Facsimile: (415) 267-4198
aazarmi@mckennalong.com

7

8

Gaspare J. Bono (admitted *pro hac vice*)
Stephen M. Chippendale (admitted *pro hac vice*)

9

Claire M. Maddox (admitted *pro hac vice*)
1900 K Street, NW

10

Washington, DC 20006
Telephone:  (202) 496-7500

11

Facsimile: (202) 496-7756
gbono@mckennalong.com

12

schippendale@mckennalong.com
cmaddox@mckennalong.com

13

14

*Attorneys for Defendants Shinyei Kaisha, Shinyei*

15

*Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and*
*Shinyei Corporation of America, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1    HUGHES HUBBARD & REED LLP

2    By:    /s/ Ethan E. Litwin
           Ethan E. Litwin
3

4    Ethan E. Litwin (admitted *pro hac vice*)
     Morgan J. Feder (admitted *pro hac vice*)
5    One Battery Park Plaza
     New York, NY 10004-1482
6    Telephone: (212) 837-6000
     Facsimile: (212) 422-4726
7    Ethan.Litwin@hugheshubbard.com
     Morgan.Feder@hugheshubbard.com
8

9    David H. Stern (CA Bar No. 196408)
     Carolin Sahimi (CA Bar No. 260312)
10   350 South Grand Avenue
     Los Angeles, CA 90071-3442
11   Telephone: (213) 613-2800
     Facsimile: (213) 613-2950
12   David.Stern@hugheshubbard.com
     Carolin.Sahimi@hugheshubbard.com
13

14   *Attorneys for Defendants Soshin Electric Co., Ltd.*
     *and Soshin Electronics of America, Inc.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            STIPULATION AND [PROPOSED] ORDER
                          - 15 -             REGARDING DISCOVERY LIMITS
                                            MASTER FILE NO. 3:14-CV-03264-JD

1

2          ROPES & GRAY LLP

3          By:   /s/ Mark S. Popofsky
                 Mark S. Popofsky

4          Mark S. Popofsky (SBN 175476)
           One Metro Center
5          700 12th Street NW, Suite 900
           Washington, DC 20005-3948
6          Telephone: (202) 508-4624
           Facsimile: (202) 508-4650
7          mark.popofsky@ropesgray.com

8
           Jane E. Willis (admission *pro hac vice* pending)
9          800 Boylston Street
           Boston, MA 02199-3600
10         Telephone: (617) 951-7603
           Facsimile: (617) 235-0435
11         jane.willis@ropesgray.com

12
           *Attorneys for Taitsu Corporation and Taitsu*
13         *America, Inc.*

14         CADWALADER, WICKERSHAM & TAFT LLP

15         By:   /s/ Daniel J. Howley
                 Daniel J. Howley
16

17         Charles F. Rule (admitted *pro hac vice*)
           Joseph J. Bial (admitted *pro hac vice*)
18         Daniel J. Howley (admitted *pro hac vice*)
19         700 Sixth Street, Northwest
           Washington, DC 20001
20         Telephone: (202) 862-2200
           Facsimile: (202) 862-2400
21         rick.rule@cwt.com
           joseph.bial@cwt.com
22         daniel.howley@cwt.com

23
           *Counsel for Defendant United Chemi-Con, Inc.*
24

25         Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document

26    has been obtained from each of the other signatories above.

27    Dated:   May 11, 2015          By:   /s/ Michael F. Tubach
                                            Michael F. Tubach
28

                                                    STIPULATION AND [PROPOSED] ORDER
                                  - 16 -               REGARDING DISCOVERY LIMITS
                                                    MASTER FILE NO. 3:14-CV-03264-JD

1    **IT IS SO ORDERED.**

2

3    Dated:   May 28, 2015

4                    Honorab
                 United St

**APPROVED**

Judge James Donato

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

- 17 -