1  [Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 14-CV-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **JOINT STATEMENT REGARDING PROPOSED CASE SCHEDULE** |

Pursuant to the Court's direction at the May 27, 2015 status conference and subsequent Minute Entry (Dkt. 724), Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs" and, together with DPPs, "Plaintiffs"), and Defendants have met and conferred at length regarding an expeditious yet workable discovery schedule in light of the Court's lifting of the discovery stay. As a result of these discussions, the parties jointly request that the Court adjust the existing case schedule and adopt the parties' jointly-proposed dates for the production of discovery[1] and briefing on FTAIA issues and class certification, as set forth in the chart below. Plaintiffs and Defendants share the view, based on their extensive meet and confer efforts, that the following schedule is needed for discovery to proceed in an orderly and efficient manner:

| Event | Date |
|---|---|
| Defendants complete production of transactional data from active systems (if not already produced) | June 10, 2015 |
| Plaintiffs substantially complete production of transactional data/invoices | June 10, 2015 |
| Parties complete negotiations regarding Defendants' document custodians | June 10, 2015 |
| Parties complete negotiations regarding search terms | June 12, 2015 |
| Parties submit any disputes regarding Defendants' custodians or search terms to the Court | June 19, 2015 |
| Plaintiffs submit initial written questions to Defendants concerning Defendants' transactional sales data (to the extent not already submitted), for which Defendants will provide substantive responses by August 1, 2015[2] | June 19, 2015 |

---

[1] The parties acknowledge that individual issues sometimes arise with respect to certain documents. These jointly-proposed production dates are thus subject to any such individual issues that particular Defendants may raise with Plaintiffs, or that Plaintiffs may raise with Defendants. Additionally, these dates apply to the production of materials responsive to the discovery requests served to date. Should any further discovery requests be served, the parties will meet and confer regarding any necessary adjustments or additions to the production schedule.

[2] The parties recognize that questions regarding transactional sales data often require further investigation by the producing party's counsel and/or foreign business units. Defendants are committed to working with Plaintiffs in good faith to provide substantive responses to data-related questions on a rolling basis in advance of the agreed-upon deadline of August 1, 2015, and to address by August 1, 2015 any follow-up questions seeking clarification of such responses. Defendants further commit to engage in good-faith efforts to respond to any new transactional data-related questions that Plaintiffs submit after June 19, 2015 on a rolling basis as soon as the

- 1 -  JOINT STATEMENT RE: CASE SCHEDULE
MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| Defendants complete production of documents from centralized files responsive to Plaintiffs' first set of document requests (if not already produced) | June 30, 2015 |
| Defendants produce any documents from centralized files relating to trade association membership and/or meetings | July 10, 2015 |
| Defendants complete submission of rolling responses to Plaintiffs' initial transactional sales data-related questions received prior to June 19, 2015 | July 17, 2015 |
| Defendants begin rolling productions of documents from their document custodians[3] | July 29, 2015 |
| Parties complete process of answering questions concerning Defendants' transactional sales data received by June 19, 2015 and any questions requesting clarification of Defendants' prior substantive responses | August 3, 2015 |
| Defendants produce any documents from centralized files relating to costs of manufacturing capacitors | August 7, 2015 |
| Parties indicate whether they intend to use experts in FTAIA briefing | August 17, 2015 |
| Defendants substantially complete production of documents from centralized files | August 21, 2015 |
| Defendants produce privilege logs regarding documents from centralized files | September 15, 2015 |
| FTAIA motions filed | October 1, 2015 |
| Defendants substantially complete rolling productions of documents from their document custodians | October 15, 2015 |
| Plaintiffs substantially complete production of documents responsive to Defendants' document requests | October 15, 2015 |
| FTAIA oppositions filed | October 30, 2015 |
| Defendants produce privilege logs regarding documents from their document custodians | November 10, 2015 |
| Plaintiffs produce privilege logs regarding documents responsive to Defendants' document requests | November 10, 2015 |
| FTAIA replies filed | November 20, 2015 |

relevant information becomes available without delay, and no later than five weeks after the new transactional data questions were received by Defendants.

[3] Custodial productions will be based on the parties' agreed-upon document custodians and search terms. The parties have agreed that custodial documents will be produced on a rolling basis with regular production dates agreed to among the parties in good faith, and that Defendants will prioritize productions from certain custodians based on good faith requests from Plaintiffs.

| Class certification motions filed[4] | February 12, 2016 |
|---|---|
| Class certification oppositions filed | May 2, 2016 |
| Class certification replies filed | June 27, 2016 |

The jointly-proposed schedule above is still highly aggressive and substantially more fast-paced than in comparable antitrust multi-district litigations.[5] It reflects the parties' ongoing and extensive efforts to work together to design a workable discovery schedule, as well as the productions to date and the parties' substantial work to collect and produce responsive documents in light of the Court's recent lifting of the discovery stay. At the initial case management conference on October 29, 2014, the Court stayed discovery in the case, including all document discovery (Dkt. 309). While the Court ordered on January 14, 2015 that limited discovery could proceed on eight specific topics (not including documents produced to the U.S. Department of Justice ("DOJ")), the discovery stay otherwise remained in place (Dkt. 514). During this time, Defendants worked with Plaintiffs to collect and produce documents that were within the scope of permissible discovery, including organizational charts, product catalogs and specification sheets, transactional sales data, customer lists, price lists, and marketing materials. On April 6, 2015, the DOJ indicated that it no longer objected to Defendants' production of documents prepared in the ordinary course of business that had been produced to the grand jury, and that it did not seek an

---

[4] Regarding the parties' proposed adjustment in the class certification schedule, Plaintiffs believe it is critical for their experts to understand what claims remain in the case prior to producing expert reports. This process can only take place after the Court's ruling on the FTAIA motions, the resolution of which may affect the scope of the claims Plaintiffs respectively seek to certify. Accordingly, Plaintiffs request that the Court afford them at least 60 days following the Court's ruling on FTAIA matters to file their respective motions for class certification.

[5] *See In re TFT-LCD (Flat Panel) Antitrust Litigation*, Order Re: Pretrial and Trial Schedule, Nov. 23, 2010 (Dkt. 2165), No. 07-md-1827-SI (N.D. Cal.) (setting discovery cut-off in May 2011, more than four years after class cases were filed in late 2006 and early 2007); *In re Optical Disk Drive Antitrust Litigation*, Order Re Discovery Matters, Dec. 17, 2012 (Dkt. 730), Case No. 10-md-2143-RS (JCS) (N.D. Cal.) (allowing document production in class cases to continue on a rolling basis until January 2013, approximately fifteen months after the start of document discovery); *In re Lithium Batteries Antitrust Litigation*, Stipulation and Order Regarding Defs.' Document Productions, Mar. 12, 2015 at 2 (Dkt. 678), Case No. 13-md-2420-YGR (DMR) (N.D. Cal.) (scheduling document production to end in mid-February 2016, nearly three and a half years after the action's inception).

1  extension of the discovery stay (Dkt. 631). Accordingly, on April 7, 2015, the Court lifted the
2  discovery stay and permitted discovery to proceed along the terms of the parties' stipulated
3  protective order (Dkt. 632).

4  Since the lifting of the discovery stay, all Defendants have produced the documents they
5  previously produced to the DOJ, most within two weeks of receiving Plaintiffs' request. The
6  parties have also continued to meet and confer regarding the scope and timing of document
7  productions, through individual calls, joint in-person meetings on April 20 and May 7, 2015, and
8  subsequent email exchanges and telephonic conferences. Many of the dates set forth in the
9  schedule above, including those relating to the negotiation of document custodians and search
10 terms, are the result of these meetings. The parties' meet and confer efforts have also addressed
11 production of documents from the representative Plaintiffs, who have agreed to begin their
12 productions shortly, by June 10, 2015.

13 The parties also propose this schedule to take into account the breadth of all parties'
14 outstanding discovery requests and the significant work needed to respond to them. Defendants
15 have, for example, agreed to search centrally-located files for responsive documents (which is
16 currently in progress), as well as files from document custodians based on agreed-upon search
17 terms. The parties are in the process of negotiating appropriate document custodians and search
18 terms pursuant to the schedule they agreed upon in early May. Discovery in this case also
19 involves significant amounts of information in Japanese and other non-English languages, making
20 the process of collecting, reviewing, and producing responsive materials more complicated and
21 time-consuming. Some Defendants' files are maintained primarily in hard copy, which will
22 require even more time to review, scan and generate text files if possible, and produce in a usable
23 format. Under these circumstances, Defendants do not believe that a shorter production schedule
24 is realistic.

25 Additionally, given the Court's recent Order on Motions to Dismiss (Dkt. 710), DPPs and
26 IPPs plan to file amended complaints by June 16, 2015. These amended complaints will require
27 responsive pleadings, potentially including further motions to dismiss. The parties are meeting
28 and conferring on an appropriate schedule for such motions or other responsive pleadings and

1  anticipate submitting a stipulation to the Court shortly. In light of these additional pleadings, the
2  extensive discovery that is already underway, and the parties' good faith efforts to work together
3  cooperatively to move the case forward, the proposed schedule above is warranted and needed for
4  the litigation to proceed efficiently.

Dated:  June 3, 2015                         JOSEPH SAVERI LAW FIRM, INC.

                                             By:   */s/ Joseph R. Saveri*
                                                    Joseph R. Saveri

                                             Joseph R. Saveri (SBN 130064)
                                             Joshua P. Davis (SBN 193254)
                                             Andrew M. Purdy (SBN 261912)
                                             Matthew S. Weller (SBN 236052)
                                             James G. Dallal (SBN 277826)
                                             Ryan J. McEwan (SBN 285595)
                                             505 Montgomery Street, Suite 625
                                             San Francisco, CA 94111
                                             Telephone: (415) 500-6800
                                             Facsimile: (415) 395-9940
                                             jsaveri@saverilawfirm.com
                                             jdavis@saverilawfirm.com
                                             apurdy@saverilawfirm.com
                                             jdallal@saverilawfirm.com
                                             rmcewan@saverilawfirm.com

                                             *Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

                                             COTCHETT PITRE & McCARTHY, LLP

                                             By:   */s/ Adam J. Zapala*
                                                    Adam J. Zapala

                                             Joseph W. Cotchett (SBN 36324)
                                             Steven N. Williams (SBN 175489)
                                             Adam J. Zapala (SBN 245748)
                                             Elizabeth Tran (SBN 280502)
                                             Joyce Chang (SBN 300780)
                                             840 Malcolm Road, Suite 200
                                             Burlingame, CA 94010
                                             Telephone: (650) 697-6000
                                             Facsimile: (650) 697-0577
                                             jcotchett@cpmlegal.com
                                             swilliams@cpmlegal.com
                                             azapala@cpmlegal.com
                                             etran@cpmlegal.com

jchang@cpmlegal.com

*Interim Lead counsel for Indirect Purchaser Plaintiffs*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: ___*/s/ Bruce D. Sokler*___
     Bruce D. Sokler

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

Evan S. Nadel (SBN 213230)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

*Attorneys for Defendant AVX Corporation*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: ___*/s/ Heather S. Tewksbury*___
     Heather S. Tewksbury

Heather S. Tewksbury (SBN 222202)
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6134
Facsimile: (650) 858-6100
heather.tewksbury@wilmerhale.com

Thomas Mueller (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6766
Facsimile: (202) 663-6363
thomas.mueller@wilmerhale.com

*Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.*

MORRISON & FOERSTER LLP

By: ___/s/ Paul T. Friedman___
         Paul T. Friedman

Paul T. Friedman (SBN 98381)
Michael P. Kniffen (SBN 263877)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
PFriedman@mofo.com
MKniffen@mofo.com

Jeffrey A. Jaeckel (admitted *pro hac vice*)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
JJaeckel@mofo.com

*Attorneys for Defendants Fujitsu Limited, Fujitsu Semiconductor America, Inc., and Fujitsu Components America, Inc.*

WILSON SONSINI GOODRICH & ROSATI PC

By ___/s/ Jonathan M. Jacobson___
         Jonathan M. Jacobson

Jonathan M. Jacobson
Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com

Jeff VanHooreweghe (admitted *pro hac vice*)
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8825
Facsimile: (202) 973-8899
jvanhooreweghe@wsgr.com

*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

JONES DAY

By:   */s/ Eric P. Enson*
      Eric P. Enson

Jeffrey A. LeVee (SBN 125863)
Eric P. Enson (SBN 204447)
Rachel H. Zernik (SBN 281222)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Holy Stone International, Vishay Intertechnology Inc., and Vishay Polytech Co., Ltd.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Jacob R. Sorensen*
      Jacob R. Sorensen

Roxane A. Polidora (CA Bar No. 135972)
Jacob R. Sorensen (CA Bar No. 209134)
Lindsay A. Lutz (CA Bar No. 254442)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
lindsay.lutz@pillsburylaw.com

*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation*

| | |
|---|---|
| 1 | DENTONS US LLP |
| 2 | By:    */s/ Bonnie Lau* |
| 3 |        Bonnie Lau |
| 4 | Bonnie Lau (SBN 246188) |
|   | 525 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone: (415) 882-5000 |
| 6 | Facsimile: (415) 882-0300 |
| 7 | bonnie.lau@dentons.com |
| 8 | Felix T. Woo (SBN 208107) |
|   | 601 S. Figueroa Street, Suite 2500 |
| 9 | Los Angeles, CA 90017 |
|   | Telephone: (213) 623-9300 |
| 10 | Facsimile: (213) 623-9924 |
| 11 | felix.woo@dentons.com |
| 12 | *Attorneys for Defendant Matsuo Electric Co., Ltd.* |
| 13 | GIBSON, DUNN & CRUTCHER LLP |
| 14 | By:    */s/ George A. Nicoud III* |
| 15 |        George A. Nicoud III |
| 16 | George A. Nicoud III (SBN 160111) |
|   | Eli M. Lazarus (SBN 284082) |
| 17 | Austin V. Schwing (SBN 211696) |
| 18 | 555 Mission Street |
|   | San Francisco, CA 94105-0921 |
| 19 | Telephone: 415-393-8308 |
|   | Facsimile: 415-374-8473 |
| 20 | tnicoud@gibsondunn.com |
|   | elazarus@gibsondunn.com |
| 21 | aschwing@gibsondunn.com |
| 22 | |
|   | Matthew Parrott (SBN 302731) |
| 23 | 3161 Michelson Drive |
|   | Irvine, CA 92612-4412 |
| 24 | Telephone: (949) 451-3800 |
|   | Facsimile: (949) 451-4220 |
| 25 | mparrott@gibsondunn.com |
| 26 | |
|   | *Attorneys for Defendants NEC TOKIN* |
| 27 | *Corporation and NEC TOKIN America, Inc.* |
| 28 | |

- 9 -     JOINT STATEMENT RE: CASE SCHEDULE
    MASTER FILE NO. 3:14-CV-03264-JD

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | K&L GATES LLP                                                   |
| 2   | By:   */s/ Michael E. Martinez*                                 |
| 3   |        Michael E. Martinez                                      |
| 4   | Scott M. Mendel (admitted *pro hac vice*)                       |
|     | Steven M. Kowal (admitted *pro hac vice*)                       |
| 5   | Michael E. Martinez (admitted *pro hac vice*)                   |
|     | Lauren N. Norris (admitted *pro hac vice*)                      |
| 6   | Lauren B. Salins (admitted *pro hac vice*)                      |
| 7   | 70 West Madison Street, Suite 3100                              |
|     | Chicago, IL 60602                                               |
| 8   | Telephone:  (312) 372-1121                                      |
|     | michael.martinez@klgates.com                                    |
| 9   |                                                                 |
| 10  | *Attorneys for Defendants Nichicon Corporation and Nichicon (America) Corporation* |
| 11  |                                                                 |
| 12  | LATHAM & WATKINS LLP                                            |
| 13  | By:   */s/ Ashley M. Bauer*                                     |
|     |        Ashley M. Bauer                                          |
| 14  |                                                                 |
| 15  | Belinda S. Lee (SBN 199635)                                     |
|     | Ashley M. Bauer (SBN 231626)                                    |
| 16  | 505 Montgomery Street, Suite 2000                               |
|     | San Francisco, CA 94111-6538                                    |
| 17  | Telephone:  (415) 391-0600                                      |
|     | Facsimile:  (415) 395-8095                                      |
| 18  | belinda.lee@lw.com                                              |
|     | Ashley.bauer@lw.com                                             |
| 19  |                                                                 |
| 20  | *Attorneys for Defendant Nitsuko Electronics Corporation*       |
| 21  | BAKER & MCKENZIE LLP                                            |
| 22  | By:   */s/ Douglas Tween*                                       |
|     |        Douglas Tween                                            |
| 23  |                                                                 |
| 24  | Douglas Tween (admitted *pro hac vice*)                         |
|     | Darrell Prescott (admitted *pro hac vice*)                      |
| 25  | Catherine Stillman (admitted *pro hac vice*)                    |
|     | 452 Fifth Avenue                                                |
| 26  | New York, NY 10018                                              |
|     | Telephone:  (212) 626-4355                                      |
| 27  | Facsimile: (212) 310-1655                                       |
|     | Douglas.Tween@bakermckenzie.com                                 |
| 28  | Darrell.Prescott@bakermckenzie.com                              |

Catherine.Stillman@bakermckenzie.com

Meghan E. Hausler (admitted *pro hac vice*)
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 965-7219
Facsimile: (214) 965-5937
Meghan.Hausler@bakermckenzie.com

Colin H. Murray (SBN 159142)
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone:  (415) 591-3244
Facsimile: (415) 576-3099
Colin.Murray@bakermckenzie.com

*Attorneys for Defendant Okaya Electric Industries Co., Ltd.*

WINSTON & STRAWN LLP

By:    */s/ Jeffrey L. Kessler*
         Jeffrey L. Kessler

Jeffrey L. Kessler (admitted *pro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
Molly M. Donovan (admitted *pro hac vice*)
Mollie C. Richardson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick (SBN 275648)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., SANYO North America Corporation*

- 11 -   JOINT STATEMENT RE: CASE SCHEDULE
MASTER FILE NO. 3:14-CV-03264-JD

|   |   |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | By:  */s/ Michael F. Tubach* |
| 3 | Michael F. Tubach |
| 4 | Michael F. Tubach (SBN 145955) |
|   | Christina J. Brown (SBN 242130) |
| 5 | Two Embarcadero Center, 28th Floor |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 984-8700 |
| 7 | Facsimile: (415) 984-8701 |
|   | mtubach@omm.com |
| 8 | cjbrown@omm.com |
| 9 | Kenneth R. O'Rourke (SBN 120144 ) |
|   | 400 South Hope Street, 18th Floor |
| 10 | Los Angeles, CA 90071 |
| 11 | Telephone: (213) 430-6000 |
|   | Facsimile: (213) 430-6407 |
| 12 | korourke@omm.com |
| 13 | *Attorneys for Defendants ROHM Co., Ltd. and* |
| 14 | *ROHM Semiconductor U.S.A., LLC* |
| 15 | HUNTON AND WILLIAMS LLP |
| 16 | By:  */s/ Djordje Petkoski* |
|   | Djordje Petkoski |
| 17 |   |
| 18 | Djordje Petkoski (admitted pro hac vice) |
|   | David A. Higbee (admitted pro hac vice) |
| 19 | Leslie W. Kostyshak (admitted pro hac vice) |
|   | 2200 Pennsylvania Avenue, N.W. |
| 20 | Washington, D.C.  20037 |
| 21 | Telephone: (202) 955-1500 |
|   | Facsimile: (202) 778-2201 |
| 22 | dpetkoski@hunton.com |
|   | dhigbee@hunton.com |
| 23 | lkostyshak@hunton.com |
| 24 | M. Brett Burns (SBN 256965) |
| 25 | 575 Market Street, Suite 3700 |
|   | San Francisco, California 94105 |
| 26 | Telephone: (415) 975-3700 |
|   | Facsimile: (415) 975-3701 |
| 27 | mbrettburns@hunton.com |
| 28 | *Attorneys for Defendants Rubycon Corporation and* |

*Rubycon America Inc.*

McKENNA LONG & ALDRIDGE LLP

By: ___*/s/ Andrew S. Azarmi*___
      Andrew S. Azarmi

Andrew S. Azarmi (SBN 241407)
Spear Tower, One Market Plaza, 24th Floor
San Francisco, CA 94150
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
aazarmi@mckennalong.com

Gaspare J. Bono (admitted *pro hac vice*)
Stephen M. Chippendale (admitted *pro hac vice*)
Claire M. Maddox (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
gbono@mckennalong.com
schippendale@mckennalong.com
cmaddox@mckennalong.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.*

HUGHES HUBBARD & REED LLP

By: ___*/s/ Ethan E. Litwin*___
      Ethan E. Litwin

Ethan E. Litwin (admitted *pro hac vice*)
Morgan J. Feder (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Ethan.Litwin@hugheshubbard.com
Morgan.Feder@hugheshubbard.com

David H. Stern (CA Bar No. 196408)
Carolin Sahimi (CA Bar No. 260312)
350 South Grand Avenue
Los Angeles, CA 90071-3442
Telephone: (213) 613-2800

Facsimile: (213) 613-2950
David.Stern@hugheshubbard.com
Carolin.Sahimi@hugheshubbard.com

*Attorneys for Defendant 060 Electric Co., Ltd.*

ROPES & GRAY LLP

By:   */s/ Mark S. Popofsky*
      Mark S. Popofsky

Mark S. Popofsky (SBN 175476)
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4624
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

Jane E. Willis (admission *pro hac vice* pending)
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7603
Facsimile: (617) 235-0435
jane.willis@ropesgray.com

*Attorneys for Taitsu Corporation and Taitsu America, Inc.*

    Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated:   June 3, 2015            By:   */s/ Michael F. Tubach*