UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION. | Master File No.  14-cv-03264-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, and the stipulated requests by the parties (Dkt. Nos. 730, 733).  For the production of discovery, the Court adopts the parties' jointly-proposed dates and will hold the parties to their representations in their jointly-filed proposed case schedule.  Dkt. No. 730.  The Court also grants the parties' request to vacate defendants' deadlines to serve responsive pleadings to DPPs' and IPPs' prior Consolidated Complaints.  Dkt. No. 733.

| Event | Deadline |
|---|---|
| DPPs and IPPs to file amended complaints or notices of intent not to amend | 6/16/15 |
| Quarterly status conference | 7/8/15 at 1:30 p.m. |
| Defendants' motions to dismiss (or other responses to) amended complaints | 7/16/15 |
| Plaintiffs' oppositions to any motions to dismiss | 8/17/15 |
| Defendants' motion to dismiss replies | 9/1/15 |
| Hearing on motions to dismiss | 9/16/15 at 10:00 a.m. |
| FTAIA motions filed | 10/1/15 |

| Event | Deadline |
|---|---|
| Quarterly status conference | 10/14/15 at 1:30 p.m. |
| FTAIA oppositions filed | 10/30/15 |
| FTAIA replies filed | 11/20/15 |
| Hearing on FTAIA motions | 12/9/15 at 10:00 a.m. |
| Quarterly status conference | 1/13/16 at 1:30 p.m. |
| Class certification motions filed | 2/12/16 |
| Quarterly status conference | 4/13/16 at 1:30 p.m. |
| Class certification oppositions filed | 5/2/16 |
| Class certification replies filed | 6/27/16 |
| Hearing on class certification motions & quarterly status conference | 7/20/16 at 10:00 a.m. |
| Quarterly status conference | 10/12/16 at 1:30 p.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: June 8, 2015

_____
JAMES DONATO
United States District Judge