1  Lesley E. Weaver (State Bar Number 191305)
   lweaver@blockesq.com
2  BLOCK & LEVITON LLP
   492 9th Street, Suite 260
3  Oakland, CA 94607
   Telephone: (415) 968-8999
4  Facsimile: (617) 507-6020
5

6  Attorneys for Plaintiff Flextronics
   International USA, Inc.
7

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   *In re Capacitors Antitrust Litigation*          Case No. 3:14-CV-03264-JD
11
                                                     **[PROPOSED] ORDER GRANTING
12                                                   ADMINISTRATIVE MOTION TO
   This document relates to:                         CONSIDER WHETHER CASES SHOULD
13                                                   BE RELATED**
   *Flextronics International USA, Inc. v. NEC
14  TOKIN Corp. et al*, Case No. 5:15-cv-02517
15

16

17         This matter came before the Court on Plaintiff Flextronics USA International, Inc.'s

18  Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local

19  Rules 3-12 and 7-11, filed on June 10, 2015.  Having considered the Motion, the papers and

20  pleadings on file, and good cause appearing, the Court HEREBY GRANTS the Motion.

21         IT IS HEREBY ORDERED that *Flextronics International USA, Inc. v. NEC TOKIN*

22  *Corp.*, et al., C.A. No. 5:15-cv-02517-HRL is a related action to *In re Capacitors Antitrust*

23  *Litigation*, No. 14-CV-03264-JD, consolidated on October 2, 2014. *Flextronics International*

24  *USA, Inc. v. NEC TOKIN Corp.*, et al., C.A. No. 5:15-cv-02517-HRL shall be reassigned to the

25  undersigned judge pursuant to Local Rule 3-12(f).

26  **IT IS SO ORDERED.**

27  DATED: June ___, 2015                    _____
                                                    United States District Judge
28

                                          -1-

                    [Proposed] Order Granting Administrative Motion