Lesley E. Weaver (State Bar Number 191305)
lweaver@blockesq.com
BLOCK & LEVITON LLP
492 9th Street, Suite 260
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020

Attorneys for Plaintiff Flextronics International USA, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | Case No. 3:14-CV-03264-JD |
| This document relates to: *Flextronics International USA, Inc. v. NEC TOKIN Corp. et al*, Case No. 5:15-cv-02517 | **CERTIFICATE OF SERVICE** |

I, Lesley E. Weaver, certify that:

I am employed in Alameda County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Block & Leviton LLP, 492 9th Street, Suite 260, Oakland, CA 94607. I am readily familiar with Block & Leviton LLP's practices for the service of documents.

On June 10, 2015, I caused a true and correct copy of the following documents to be served in the manner listed below:

1. Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12;

2. Declaration of Lesley E. Weaver In Support of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12;

3. [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12; and

CERTIFICATE OF SERVICE

4. Certificate of Service.

These documents were served on all counsel registered to receive service via CM/ECF.

/s/ Lesley E. Weaver
Lesley E. Weaver

CERTIFICATE OF SERVICE