1 | Jason S. Hartley (CA Bar No. 192514)
STUEVE SIEGEL HANSON LLP
2 | 550 West C Street, Suite 1750
San Diego, CA 92101
3 | Phone: (619) 400-5822
Fax: (619) 400-5832
4 | hartley@stuevesiegel.com

5 | *Attorneys for Plaintiff Chip-Tech, Ltd.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE CAPACITORS ANTITRUST LITIGATION | CASE NO. 3:14-cv-03264 JD<br><br>NOTICE OF APPEARANCE OF JASON S. HARTLEY ON BEHALF OF PLAINTIFF CHIP-TECH, LTD. |
|---|---|

PLEASE TAKE NOTICE that Jason S. Hartley, of the law firm of Stueve Siegel Hanson LLP, 550 West C Street, Suite 1750, San Diego, CA 92101, hereby enters his appearance as counsel for Plaintiff Chip-Tech, Ltd., and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at: hartley@stuevesiegel.com.

Dated:  June 11, 2015                    STUEVE SIEGEL HANSON LLP

                                         By:  /s/ Jason S. Hartley
                                              Jason S. Hartley
                                              550 W. C Street, Suite 1750
                                              San Diego, CA 92101
                                              Tel:  619-400-5822
                                              Fax:  619-400-5832
                                              hartley@stuevesiegel.com

                                              *Attorneys for Plaintiff Discount Optics, Inc.*

130960 v. 1                   1                   Notice of Appearance

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2015, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and the ECF will send an e-notice of the electronic filing to all attorneys presently enrolled in the matter.

Dated: June 11, 2015                                     STUEVE SIEGEL HANSON LLP

                                                         By:    s/Jason S. Hartley
                                                                        Jason S. Hartley
                                                                        550 W. C Street, Suite 1750
                                                                        San Diego, CA 92101
                                                                        Tel: 619-400-5822
                                                                        Fax: 619-400-5832
                                                                        hartley@stuevesiegel.com