JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
ADAM J. ZAPALA (245748)
ELIZABETH TRAN (280502)
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-cv-03264-JD |
| | **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR SECOND CONSOLIDATED COMPLAINT PURSUANT TO LOCAL RULES 7-11 AND 79-5** |
| **This Document Relates to:** | |
| **All Indirect Purchaser Actions** | |
| | Date: TBD |
| | Time: TBD |
| | **Location: Courtroom 11, 19th Floor** |
| | **Honorable James Donato** |

**Administrative Motion to File Under Seal Portions of IPPs' Second Consolidated Complaint Pursuant to Local Rules 7-11 and 79-5;  Case No. 3:14-cv-03264-JD**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

PLEASE TAKE NOTICE that pursuant to Local Rules 7-11 and 79-5 Indirect Purchaser Plaintiffs ("IPPs") seek Court approval to file paragraphs 157-162, 173-176, 179-184, and 205-206 of their Second Consolidated Complaint ("SCC") under seal.

IPPs, Direct Purchaser Plaintiffs ("DPPs") (collectively "Plaintiffs") agree to a Stipulated Protective Order with Defendants, which was entered by this Court on February 17, 2015 (Dkt. No.563).

IPPs refer to information or documents in their SCC produced by Defendants, who have designated the material as "Confidential" or "Highly Confidential."

The Stipulated Protective Order in this action requires "Confidential" or "Highly Confidential" information be restricted from the public. (See Tran Declaration ¶6).

Plaintiffs have identified the "Confidential" or "Highly Confidential" material that has been designated by Defendants in the Declaration of Elizabeth Tran.

Under Local Rule 79-5(e), Plaintiffs hereby submit this Administrative Motion to File Under Seal Their Second Consolidated Complaint, along with the Declaration of Elizabeth Tran.

Dated: June 16, 2015                    **COTCHETT, PITRE & McCARTHY, LLP**

By:     /s/ Elizabeth Tran
ELIZABETH TRAN
Joseph W. Cotchett
Steven N. Williams
Adam Zapala
Elizabeth Tran
COTCHETT PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Indirect Purchaser Plaintiffs Interim Lead Counsel*

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

**Administrative Motion to File Under Seal Portions of IPPs' Second Consolidated Complaint Pursuant to Local Rules 7-11 and 79-5;  Case No. 3:14-cv-03264-JD**          1