JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
ADAM J. ZAPALA (245748)
ELIZABETH TRAN (280502)
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-cv-03264-JD |
|---|---|
| **This Document Relates to:**<br><br>**All Indirect Purchaser Actions** | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR SECOND CONSOLIDATED COMPLAINT PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

**[Proposed] Order Granting Administrative Motion to File Under Seal Portions of IPPs' Second Consolidated Complaint Pursuant to Local Rules 7-11 and 79-5;  Case No. 3:14-cv-03264-JD**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

This matter comes before the Court on Indirect Purchaser Plaintiffs' Administrative Motion to Seal paragraphs 157-162, 173-176, 179-184, and 205-206 of their Second Consolidated Complaint, filed on June 16, 2015, because the document contains information designated by Defendants as "Confidential" or "Highly Confidential."

Upon consideration of the Administrative Motion to Seal, the Declaration of Elizabeth Tran, and the papers submitted in support and in response thereto, and good cause appearing, the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

**HONORABLE JAMES DONATO**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

**COTCHETT, PITRE & McCARTHY, LLP**

  */s/ Elizabeth Tran*
  ELIZABETH TRAN

JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
ADAM J. ZAPALA (245748)
ELIZABETH TRAN (280502)
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Indirect Purchaser Plaintiffs Interim Lead Counsel*

[Proposed] Order Granting Administrative Motion to File Under Seal Portions of IPPs' Second Consolidated Complaint Pursuant to Local Rules 7-11 and 79-5;   Case No. 3:14-cv-03264-JD    1

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP