Joseph W. Cotchett (State Bar No. 36324)
Steven N. Williams (State Bar No. 175489)
Adam Zapala (State Bar No. 245748)
Elizabeth Tran (State Bar No. 280502)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Class Counsel for*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | **Case No. 3:14-cv-03264-JD** |
| | **CERTIFICATE OF SERVICE** |
| **This Document Relates to:** | |
| **All Indirect Purchaser Plaintiff Actions** | |

**CERTIFICATE OF SERVICE**

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre, & McCarthy, LLP, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. I am readily familiar with the firm's practices for the service of documents. Today, I served or caused to be served a true copy of the following:

1. **INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED COMPLAINT – UNDER SEAL;**

2. **DECLARATION OF ELIZABETH TRAN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR SECOND CONSOLIDATED COMPLAINT PURSUANT TO LOCAL RULES 7-11 AND 79-5; and**

3. **CERTIFICATE OF SERVICE.**

✓ **BY EMAIL**: My e-mail address is jverducci@cpmlegal.com and service of the documents occurred on the date shown below. The documents were served electronically, and the transmission was reported as complete and without error.

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on June 16, 2015.

*/s/ Jaclyn Verducci*
Jaclyn Verducci

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

1

## SERVICE LIST

2

3

| | |
|---|---|
| Joseph R. Saveri<br>Andrew M. Purdy<br>James G. Dallal<br>Ryan J. McEwan<br>Matthew S. Weiler<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>505 Montgomery Street, Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>apurdy@saverilawfirm.com<br>jdallal@saverilawfirm.com<br>rmcewan@saverilawfirm.com<br>mweiler@saverilawfirm.com | *Interim Lead Counsel for Direct*<br>*Purchaser Plaintiffs* |
| Howard J. Parker<br>Jacklin C. Lem<br>**United States Department of Justice**<br>**Antitrust Division**<br>Howard.Parker@usdoj.gov<br>Jacklin.Lem@usdoj.gov | *Intervener* |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES<br>COTCHETT, PITRE<br>& MCCARTHY, LLP

| | |
|---|---|
| Heather S. Tewksbury<br>Thomas Mueller<br>Stacy Frazier<br>Erik Shallman<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Heather.tewksbury@wilmerhale.com<br>Thomas.mueller@wilmerhale.com<br>Stacy.frazier@wilmerhale.com<br>Erik.Shallman@wilmerhale.com<br><br>Christopher Megaw<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Tel: 202-663-6847<br>chris.megaw@wilmerhale.com | *Counsel for Defendants Elna Co., Ltd. and*<br>*Elna America, Inc.* |
| Chul Pak<br>Jeffrey C. Bank<br>Jonathan M. Jacobson<br>Justin Cohen<br>**WILSON SONSINI GOODRICH**<br>**AND ROSATI**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>cpak@wsgr.com<br>jbank@wsgr.com<br>jjacobson@wsgr.com<br>jcohen@wsgr.com<br><br>Jeffrey James VanHooreweghe<br>**WILSON SONSINI GOODRICH**<br>**AND ROSATI**<br>1700 K Street, NW, 5th Floor<br>Washington, DC 20006<br>jvanhooreweghe@wsgr.com | *Counsel for Defendants Hitachi Chemical*<br>*Co., Ltd., Hitachi Chemical Co. America,*<br>*Ltd. and Hitachi AIC, Inc.* |

| | |
|---|---|
| Bonnie Lau<br>**DENTONS US LLP**<br>525 Market Street, 26th Floor<br>San Francisco, California 94105-2708<br>bonnie.lau@dentons.com<br><br>Felix T. Woo<br>**DENTONS US LLP**<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, California 90017<br>felix.woo@dentons.com | *Counsel for Defendant Matsuo Electric Co., Ltd.* |
| George A. Nicoud, III<br>Austin Schwing<br>Eli Lazarus<br>Y. Nakamura<br>**GIBSON, DUNN & CRUTCHER, LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>tnicoud@bibsondunn.com<br>aschwing@gibsondunn.com<br>elazarus@gibsondunn.com<br>ynakamura@gibsondunn.com<br><br>Matthew Parrott<br>**Gibson, Dunn & Crutcher LLP**<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220<br>mparrott@gibsondunn.com | *Counsel for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* |

| | |
|---|---|
| Daniel William Fox<br>**K&L Gates LLP**<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94103<br>Daniel.fox@klgates.com<br><br><br>Lauren Norris<br>Lauren Salins<br>Michael Martinez<br>Scott Mendel<br>Steven Kowal<br>**K&L Gates LLP**<br>70 W. Madison Street<br>Suite 3100<br>Chicago, IL 60602<br>Lauren.norris@klgates.com<br>Lauren.salins@klgates.com<br>Michael.martinez@klgates.com<br>Scott.mendel@klgates.com<br>StevenKowal@klgates.com | *Counsel for Defendants Nichicon*<br>*Corporation, Nichicon America*<br>*Corporation and FPCAP Electronics*<br>*(Suzhou) Co., Ltd.* |
| Charles F. Rule<br>Joseph J. Bial<br>Daniel J. Howley<br>Eric Sega<br>Dean Shaffer<br>**CADWALADER WICKERSHAM AND**<br>**TAFT LLP**<br>700 6th St, NW<br>Washington, DC 20001<br>rick.rule@cwt.com<br>joseph.bial@cwt.com<br>daniel.howley@cwt.com<br>eric.sega@cwt.com<br>dean.shaffer@cwt.com | *Counsel for Defendants Nippon Chemi-*<br>*Con Corp., and United Chemi-Con, Inc.* |
| Belinda S Lee<br>Ashley M. Bauer<br>John Pellegrini<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>belinda.lee@lw.com<br>ashley.bauer@lw.com<br>john.pellegrini@lw.com | *Counsel for Nitsuko Electronics*<br>*Corporation* |

| | |
|---|---|
| Douglas Tween<br>Darrell Prescott<br>Catherine Y. Stillman<br>**BAKER & McKENZIE, LLP**<br>452 Fifth Avenue<br>New York, NY 10018<br>Tel: 212-626-4521<br>Fax: 212-310-1681<br>Douglas.Tween@bakermckenzie.com<br>Darrell.Prescott@bakermckenzie.com<br>Catherine.Stillman@bakermckenzie.com<br><br>Meghan E. Hausler<br>**BAKER & McKENZIE, LLP**<br>2001 Ross Avenue,<br>Suite 2300; Dallas<br>TX 75201-2968<br>Tel: 214-965-7219<br>meghan.hausler@bakermckenzie.com<br><br>Colin Murray<br>**BAKER & McKENZIE, LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Tel: 415-591-3244<br>colin.murray@bakermckenzie.com | *Counsel for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.* |

| | |
|---|---|
| Jeffrey L. Kessler<br>A. Paul Victor<br>David L. Greenspan<br>Mollie C. Richardson<br>Molly Donovan<br>John Tschirgi<br>Martin C. Geagan<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: 212-294-6700<br>Fax: 212-294-4700<br>jkessler@winston.com<br>pvictor@winston.com<br>dgreenspan@winston.com<br>MRichardson@winston.com<br>mmdonovan@winston.com<br>jtschirigi@winston.com<br>mgeagan@winston.com<br><br>Ian L. Papendick<br>**WINSTON & STRAWN, LLP**<br>101 California Street<br>San Francisco, CA 94111<br>ipapendick@winston.com | *Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric, Co., Ltd., and SANYO Electronic Device (U.S.A.) Corp.* |
| Djordje Petkoski<br>Leslie Kostyshak<br>David Higbee<br>William Sohn<br>Wendell Taylor<br>**HUNTON AND WILLIAMS, LLP**<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>dpetkoski@hunton.com<br>lkostyshak@hunton.com<br>dhigbee@hunton.com<br>wsohn@hunton.com<br>wtaylor@hunton.com | *Counsel for Defendants Rubycon Corporation and Rubycon America, Inc.* |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

| | |
|---|---|
| Gaspare J. Bono<br>Stephen M. Chippendale<br>Claire Maddox<br>**McKENNA LONG & ALDRIDGE LLP**<br>1900 K. Street, NW<br>Washington, DC 20006-1102<br>gbono@mckennalong.com<br>schippendale@mckennalong.com<br>cmaddox@mckennalong.com<br><br>Andrew S. Azarmi<br>**McKENNA LONG & ALDRIDGE LLP**<br>Spear Tower, One Market Plaza, 24th Floor<br>San Francisco, CA 94105<br>aazarmi@mckennalong.com | *Counsel for Defendants Shinyei Capacitor Co., Ltd. and Shinyei Corporation of America, Inc.* |
| Ethan Litwin<br>Morgan J. Feder<br>Greta Fails<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>ethan.litwin@hugheshubbard.com<br>morgan.feder@hugheshubbard.com<br>greta.fails@hugheshubbard.com | *Counsel for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.* |

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>Travis Luke Manfredi<br>**SAVERI & SAVERI, INC**.<br>706 Sansome Street<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com<br>cadio@saveri.com<br>travis@saveri.com | Philip Duncan<br>Richard Quintus<br>Justin Zachary<br>**DUNCAN FIRM**<br>900 S. Shackleford Road, Suite 725<br>Little Rock, AR 72211<br>phillip@duncanfirm.com<br>richard@duncanfirm.com<br>justin@duncanfirm.com |

| | |
|---|---|
| Dan Gustafson<br>Dan Hedlund<br>Sara Payne<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>spayne@gustafsongluek.com | Eric B. Fastiff<br>Brendan P. Glackin<br>Dean M. Harvey<br>Katherine C. Lubin<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>efastiff@lchb.com<br>bglackin@lchb.com<br>dharvey@lchb.com<br>klubin@lchb.com |
| Hollis Salzman<br>Kelli Lerner<br>**ROBINS, KAPLAN, MILLER &**<br>**CIRESI**<br>601 Lexington Avenue<br>Suite 3400<br>New York, NY 10022-4611<br>hsalzman@robinskaplan.com<br>klerner@robinskaplan.com | Steven G. Sklaver<br>Marc Seltzer<br>**SUSMAN GODFREY, LLP**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>ssklaver@susmangodfrey.com<br>mseltzer@SusmanGodfrey.com |
| Donald H. Slavik<br>**ROBINSON CALCAGNIE ROBINSON**<br>**SHAPIRO DAVIS, INC.**<br>2834 Blackhawk Court<br>Steamboat Springs, Colorado 80487-2018<br>dslavik@rcrsd.com | Mark P. Robinson, Jr.,<br>Daniel S. Robinson,<br>**ROBINSON CALCAGNIE ROBINSON**<br>**SHAPIRO DAVIS, INC.**<br>19 Corporate Plaza Drive<br>Newport Beach, California 92660<br>mrobinson@rcrsd.com<br>drobinson@rcrsd.com |
| Geoffrey Joseph Spreter<br>**SPRETER LEGAL SERVICES, APC**<br>601 3rd Street<br>Coronado, CA 92118<br>spreterlegalservices@gmail.com | Anne Elizabeth Smith<br>**SHAFFER LOMBARDO SHURIN**<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>asmith@sls-law.com |
| Jack Wing Lee<br>Aron K. Liang<br>Derek G. Howard<br>**MINAMI TAMAKI LLP**<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>jlee@minanitamaki.com<br>aliang@minamitamaki.com<br>dhoward@minamitamaki.com | William W. Heaton<br>Robert Moore<br>**HEATON & MOORE, P.C.**<br>44 North Second Street, Suite 1200<br>Memphis, Tennessee 38103<br>Telephone: 901-526-5975 ext. 554<br>Fax: 901-527-3633<br>wheaton@heatonandmoore.com<br>rmoore@heatonandmoore.com |

**Certificate of Service;  Case No. 3:14-cv-03264-JD**

| Kent W. Emison **LANGDON & EMISON** 1828 Swift, Suite 303 N Kansas City, Missouri 64116 kent@lelaw.com | Alexander Michael Schack Natasha Azadeh Naraghi **LAW OFFICES OF ALEXANDER M. SCHACK** 16870 West Bernardo Drive, Suite 400 San Diego, CA 92127 alexschack@amslawoffice.com natashanaraghi@amslawoffice.com |
| Daniel R. Shulman **GRAY PLANT MOOTY** 500 IDS Center 80 South 8th Street Minneapolis, MN 55402 daniel.shulman@gpmlaw.com | |