Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           apurdy@saverilawfirm.com
           jdallal@saverilawfirm.com
           mweiler@saverilawfirm.com
           rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE FIRST AMENDED CONSOLIDATED COMPLAINT** |

I, Joseph R. Saveri, declare:

1. I am an attorney licensed in the State of California and admitted to practice in the Northern District of California. I am the founder of the Joseph Saveri Law Firm, Inc. ("JSLF"). I serve as Interim Lead Class Counsel for the Direct Purchaser Plaintiffs in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Direct Purchaser Plaintiffs' Administrative Motion to Seal portions of Paragraphs 194, 206, 212-213, 215-217, 230, 237-257, 261, 263, 265, 271-273, 278-280, 282-283, 290, 292, 294, 299-304, 306, and 359 of their First Amended Consolidated Complaint.

3. The basis for sealing the identified portions of the First Amended Complaint is that certain Defendants designed documents referenced or relied upon in the First Amended Complaint as "Confidential" or "Highly Confidential" under the Protective Order.

4. The Protective Order in this matter (Dkt. No. 563), which was agreed to by Plaintiffs, requires that documents designed "Confidential" or "Highly Confidential" be filed under seal.

5. Pursuant to Civ. L.R. 79-5(e), Plaintiffs identify all of the portions of Amended Complaint they seek to seal.

6. Attached hereto as **Exhibit 1** is a chart identifying the paragraphs of the Amended Complaint that Plaintiffs seek to file under seal.

7. With respect to each section so identified, Plaintiffs take no position on whether the material is "privileged, protectable as a trade secret or otherwise entitled to protection under law" pursuant to Civ. L.R. 79-5 or on whether the strong presumption of access to judicial records may be rebutted under the good cause or compelling reasons standards.

6. Plaintiffs take no position on whether the Administrative Motion should be granted.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge and that this declaration was executed in San Francisco, California on June 16, 2015.

By: _/s/ Joseph R. Saveri_
Joseph R. Saveri