# EXHIBIT 1

Case3:14-cv-03264-JD Document742-2 Filed06/16/15 Page1 of 2

**Plaintiffs' First Amended Consolidated Complaint**

| Redacted Section | Basis for Sealing |
|---|---|
| Portions of Paragraphs 194, 206, 212-213, 215-217, 230, 237-257, 261, 263, 265, 271-273, 278-280, 282-283, 290, 292, 294, 299-304, 306, and 359 of Plaintiffs' First Amended Consolidated Complaint | Saveri Decl., ¶¶ 3-4 |