1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  This matter comes before the Court on the Administrative Motion to file under seal portions of Direct Purchaser Plaintiffs' First Amended Consolidated Complaint ("Amended Complaint").

The Court has considered the Motion, the request by any Defendant or any other interested party to seal the portions of the Amended Complaint. The Court finds that Paragraphs 194, 206, 212-213, 215-217, 230, 237-257, 261, 263, 265, 271-273, 278-280, 282-283, 290, 292, 294, 299-304, 306, and 359 of the Amended Complaint contain "privileged, protectable as a trade secret or otherwise entitled to protection under the law," such that the strong presumption of access to judicial records may be rebutted. *See* Civil Local Rule 79-5(b). The motion is therefore GRANTED.

IT IS SO ORDERED.

Dated: _____, 2015          By: _____
                                              HONORABLE JAMES DONATO
                                              UNITED STATES DISTRICT JUDGE