Jason S. Hartley (CA Bar No. 192514)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
hartley@stuevesiegel.com

*Attorneys for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | CASE NO. 3:14-cv-03264 JD<br><br>CORRECTED NOTICE OF APPEARANCE OF JASON S. HARTLEY ON BEHALF OF DIRECT PURCHASER PLAINTIFFS |

PLEASE TAKE NOTICE that Jason S. Hartley, of the law firm of Stueve Siegel Hanson LLP, 550 West C Street, Suite 1750, San Diego, CA 92101, hereby corrects his previous Notice of Appearance filed in this action on June 11, 2015 (Dkt. 737) to reflect that he is appearing as counsel for Direct Purchaser Plaintiffs, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at: hartley@stuevesiegel.com.

Dated:  June 17, 2015

STUEVE SIEGEL HANSON LLP

By:  /s/ Jason S. Hartley
Jason S. Hartley
550 W. C Street, Suite 1750
San Diego, CA 92101
Tel:  619-400-5822
Fax:  619-400-5832
hartley@stuevesiegel.com

*Attorneys for Direct Purchaser Plaintiffs*

130960 v. 1    1    Corrected Notice of Appearance

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2015, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and the ECF will send an e-notice of the electronic filing to all attorneys presently enrolled in the matter.

Dated: June 17, 2015            STUEVE SIEGEL HANSON LLP

           By:    s/Jason S. Hartley
                Jason S. Hartley
                550 W. C Street, Suite 1750
                San Diego, CA 92101
                Tel: 619-400-5822
                Fax: 619-400-5832
                hartley@stuevesiegel.com