AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Dependable Component Supply Corp., Chip-Tech, Ltd., eIQ Energy, Inc., Walker Component Group, Inc., Plaintiffs, and on behalf of all others similarly situated <br> *Plaintiff(s)* <br> v. <br> Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Group, Ltd., SANYO North America Corporation, NEC TOKIN Corporation; NEC TOKIN America, Inc., et al. <br> *Defendant(s)* | Civil Action No.  3:14-cv-03264-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see Attachment A.


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph R. Saveri
Andrew M. Purdy
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
(415) 500-6800

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/18/2015

*Richard W. Wieking*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-03264-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT A

1. PANASONIC CORPORATION
   Address: 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan

2. PANASONIC CORPORATION OF NORTH AMERICA
   Address: Two Riverfront Plaza, Newark, New Jersey 07102

3. SANYO ELECTRIC CO., LTD.
   Address: 15-5, Keihan-Hondori, 2-Chome, Moriguchi City, Osaka 570-8677, Japan

4. SANYO NORTH AMERICA CORPORATION
   Address: 2055 Sanyo Avenue, San Diego, California 92154

5. NEC TOKIN CORPORATION
   Address: 7-1, Kohriyama 6-chome, Taihaku-ku, Sendai-shi, Miyagi 982-8510, Japan

6. NEC TOKIN AMERICA, INC.
   Address: 2460 North First Street, Suite 220, San Jose, California 95131

7. KEMET CORPORATION
   Address: 2835 Kemet Way, Simpsonville, South Carolina 29681

8. KEMET ELECTRONICS CORPORATION
   Address: 2835 Kemet Way, Simpsonville, South Carolina 29681

9. NIPPON CHEMI-CON CORPORATION
   Address: 5-6-4, Osaki, Shinagawa-ku, Tokyo 141-8605, Japan

10. UNITED CHEMI-CON CORPORATION
    Address: 9801 West Higgins Road, Rosemont, Illinois 60018

11. HITACHI CHEMICAL CO., LTD.
    Address: Grantokyo South Tower, 1-9-2, Marunouchi, Chiyoda-ku, Tokyo, 100-6606, Japan

12. HITACHI AIC Inc.
    Address: 1065, Kugeta, Moka-Shi Tochigi 321-4521, Japan

13. HITACHI CHEMICAL CO. AMERICA, LTD.
    Address: 10080 North Wolfe Road, Suite SW3-200, Cupertino, California 95014

14. FUJITSU LTD.
    Address:  Shiodome City Center, 1-5-2 Higashi-Shimbashi, Minato-Ku, Tokyo 105-7123

15. NICHICON CORPORATION
    Address:  Karasumadori Oike-agaru, Nakagyo-ku, Kyoto, 604-0845 Japan

16. NICHICON (AMERICA) CORPORATION
    Address:  927 East State Parkway, Schaumburg, Illinois 60173

17. AVX CORPORATION
    Address:  One AVX Boulevard, Fountain Inn, South Carolina 29644

18. RUBYCON CORPORATION
    Address:  1938-1, Nishi-Minowa, Ina-City, Nagano 399-4593, Japan

19. RUBYCON AMERICA INC.
    Address:  4293 Lee Avenue, Gurnee, Illinois 60031

20. ELNA CO., LTD.
    Address:  3-8-11 Shin-Yokohama, Kohoku-ku, Yokohama, Kanagawa Prefecture, 222-0033, Japan

21. ELNA AMERICA INC.
    Address:  879 West 190th Street, Suite 100, Gardena, California 90248

22. MATSUO ELECTRIC CO., LTD.
    Address:  3-5- Sennari-cho, Toyonaka-shi, Osaka 561-8558, Japan

23. TOSHIN KOGYO CO., LTD.
    Address:  Tsukasa Bldg. 2-15-4, Uchikanda Chiyoda-ku, Tokyo 101-0047, Japan

24. HOLY STONE ENTERPRISE CO., LTD.
    Address:  1 Floor, No. 62, Sec. 2, Huang Shan Road, Nei Hu District, Taipei, Taiwan

25. MILESTONE GLOBAL TECHNOLOGY, INC.
    Address:  27475 Ynez Road #288, Temecula California 92591

26. VISHAY POLYTECH CO., LTD.
    Address: 16 Ohdaira, Miharu, Fukushima 963-7704, Japan

27. ROHM CO., LTD.
    Address:  21 Saiin Mizosaki-cho, Ukyo-ku, Kyoto 615-8585, Japan

28. ROHM SEMICONDUCTOR U.S.A., LLC
    Address:  2323 Owen Street, Suite 150, Santa Clara, California 95054

29. OKAYA ELECTRIC INDUSTRIES CO., LTD.
    Address:  16-9, Todoroki 6 chome, Setagaya-ku, Tokyo 158-8543, Japan

30. OKAYA ELECTRIC AMERICA INC.
    Address:  52 Marks Road, Suite 1, Valparaiso, Indiana 46383

31. TAITSU CORPORATION
    Address:  2-23-20, Kizuki, Nakahara-ku, Kawasaki, Kanagawa 211-0025, Japan

32. TAITSU AMERICA, INC.
    Address:  6160 Mission Gorge Road, Suite 100, San Diego, California 92120

33. SHINYEI KAISHA
    Address:  77-1 Kyomachi, Chuo-ku, Kobe 651-0178, Japan

34. SHINYEI TECHNOLOGY CO., LTD.
    Address:  77-1 Kyomachi Chuo-ku, Kobe 651-0178, Japan

35. SHINYEI CAPACITOR CO., LTD.
    Address:  Shinagawa Crystal Square 11F, 1-6-41 Konan, Minato-ku, Tokyo 108-0075, Japan

36. SHINYEI CORPORATION OF AMERICA, INC.
    Address:  1120 Avenue of the Americas, 4th Floor, New York, New York 10036

37. NITSUKO ELECTRONICS CORPORATION
    Address:  2031-1, Ogawara, Suzaka-shi, Nagano-ken, 382-0071, Japan

38. NISSEI ELECTRIC CO. LTD.
    Address:  201, Motodate, Hanamaki, Iwate, 025-0061, Japan

39. SOSHIN ELECTRIC CO., LTD.
    Address:  3-13-16, Mita, Minato-ku, Tokyo 108-8322, Japan

40. SOSHIN ELECTRONICS OF AMERICA INC.
    Address:  2520 Mission College Boulevard #104, Santa Clara, California 95054

41. SHIZUKI ELECTRIC CO., LTD.
    Address:  10-45 Taisha-cho, Nishinomiya, Hyogo 662-0867, Japan

42. AMERICAN SHIZUKI CORPORATION
    Address: 301 West O Street, Ogallala, Nebraska 69153