Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          apurdy@saverilawfirm.com
          mweiler@saverilawfirm.com
          jdallal@saverilawfirm.com
          rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
|---|---|
|  | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF VISHAY INTERTECHNOLOGY, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER CLASS ACTIONS |  |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in accordance with the terms of a tolling agreement between Plaintiffs and Defendant Vishay Intertechnology, Inc., dated June 16, 2015, Plaintiffs hereby give notice that the above captioned action is voluntarily dismissed without prejudice against Defendant Vishay Intertechnology, Inc. Vishay Intertechnology, Inc. has not filed either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: June 18, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:  */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            apurdy@saverilawfirm.com
            mweiler@saverilawfirm.com
            jdallal@saverilawfirm.com
            rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*