

**Felix Woo**
Partner

felix.woo@dentons.com
D   +1 213 892 5083

Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704 USA

T   +1 213 623 9300
F   +1 213 623 9924

**Salans FMC SNR Denton**
**dentons.com**

June 19, 2015

<u>**VIA ECF**</u>

Honorable James Donato
United States District Judge
United States Courthouse
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  *Re:  In re Capacitors Antitrust Litigation, Master File No. 14-cv-03264-JD*

Your Honor:

  Defendants, Direct Purchaser Plaintiffs ("DPPs"), and Indirect Purchaser Plaintiffs ("IPPs" and, together with DPPs, "Plaintiffs") (Defendants and Plaintiffs, collectively, the "Parties") submit this joint report concerning the status of the Parties' negotiation of search terms.  As agreed to by the Parties, and ordered by the Court in its June 8, 2015 Order (Dkt#735), the Parties have negotiated and reached agreement on a general set of search terms to be applied to Defendants' Electronically Stored Information, and are reserving their rights to revise or modify agreed-upon search terms on a defendant-by-defendant or custodian-by-custodian basis as contemplated in their Joint Statement Re Case Schedule (Dkt#730, fn.1).  The Parties anticipate reducing their agreements to writing soon.

  Certain Defendants and Plaintiffs are in the process of negotiating custodian-specific search terms.  To the extent any issues over those search terms cannot be resolved informally as between Plaintiffs and any Defendant (or set of Defendants on a common issue), the Parties agree that they will simultaneously submit letter briefs of no more than two pages.

        Respectfully submitted,

        DENTONS US LLP

      By: */s/ Felix T. Woo*
        Felix T. Woo

      Felix T. Woo (SBN 208107)
      601 S. Figueroa Street, Suite 2500
      Los Angeles, CA 90017
      Telephone:  (213) 623-9300
      Facsimile:   (213) 623-9924
      felix.woo@dentons.com

Case3:14-cv-03264-JD   Document749   Filed06/19/15   Page2 of 12

Honorable James Donato
June 19, 2015
Page 2

Salans FMC SNR Denton
dentons.com

Bonnie Lau (SBN 246188)
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
bonnie.lau@dentons.com

*Attorneys for Defendant Matsuo Electric Co., Ltd.*

JOSEPH SAVERI LAW FIRM, INC.

By:   */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Joshua P. Davis (SBN 193254)
Andrew M. Purdy (SBN 261912)
Matthew S. Weller (SBN 236052)
James G. Dallal (SBN 277826)
Ryan J. McEwan (SBN 285595)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

Case3:14-cv-03264-JD Document749 Filed06/19/15 Page3 of 12



Honorable James Donato
June 19, 2015
Page 3

Salans FMC SNR Denton
dentons.com

COTCHETT PITRE & McCARTHY, LLP

By:    */s/ Adam J. Zapala*
      Adam J. Zapala

Joseph W. Cotchett (SBN 36324)
Steven N. Williams (SBN 175489)
Adam J. Zapala (SBN 245748)
Elizabeth Tran (SBN 280502)
Joyce Chang (SBN 300780)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Interim Lead counsel for Indirect Purchaser Plaintiffs*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.

By:    */s/ Bruce D. Sokler*
      Bruce D. Sokler

Bruce D. Sokler (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com

Evan S. Nadel (SBN 213230)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

*Attorneys for Defendant AVX Corporation*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     */s/ Heather S. Tewksbury*
       Heather S. Tewksbury

Heather S. Tewksbury (SBN 222202)
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6134
Facsimile: (650) 858-6100
heather.tewksbury@wilmerhale.com

Thomas Mueller (admitted *pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6766
Facsimile: (202) 663-6363
thomas.mueller@wilmerhale.com

*Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.*

MORRISON & FOERSTER LLP

By:     */s/ Paul T. Friedman*
       Paul T. Friedman

Paul T. Friedman (SBN 98381)
Michael P. Kniffen (SBN 263877)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
PFriedman@mofo.com
MKniffen@mofo.com

Jeffrey A. Jaeckel (admitted *pro hac vice*)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
JJaeckel@mofo.com

*Attorneys for Defendants Fujitsu Limited, Fujitsu Semiconductor America, Inc., and Fujitsu Components America, Inc.*

WILSON SONSINI GOODRICH & ROSATI PC

By    */s/ Jonathan M. Jacobson*
       Jonathan M. Jacobson

Jonathan M. Jacobson
Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com

Jeff VanHooreweghe (admitted *pro hac vice*)
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8825
Facsimile: (202) 973-8899
jvanhooreweghe@wsgr.com

*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

JONES DAY

By:    */s/ Eric P. Enson*
       Eric P. Enson

Jeffrey A. LeVee (SBN 125863)
Eric P. Enson (SBN 204447)
Rachel H. Zernik (SBN 281222)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Holy Stone International, Vishay Intertechnology Inc., and Vishay Polytech Co., Ltd.*

**DENTONS**

Honorable James Donato
June 19, 2015
Page 6

Salans FMC SNR Denton
dentons.com

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    */s/ Jacob R. Sorensen*
      Jacob R. Sorensen

Roxane A. Polidora (CA Bar No. 135972)
Jacob R. Sorensen (CA Bar No. 209134)
Lindsay A. Lutz (CA Bar No. 254442)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
lindsay.lutz@pillsburylaw.com

*Attorneys for Defendant KEMET Corporation*

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ George A. Nicoud III*
      George A. Nicoud III

George A. Nicoud III (SBN 160111)
Austin V. Schwing (SBN 211696)
Eli M. Lazarus (SBN 284082)
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415-393-8308
Facsimile: 415-374-8473
tnicoud@gibsondunn.com
aschwing@gibsondunn.com
elazarus@gibsondunn.com

Matthew Parrott (SBN 302731)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220
mparrott@gibsondunn.com

*Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

K&L GATES LLP

By:   /s/ Michael E. Martinez
        Michael E. Martinez

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Norris (admitted *pro hac vice*)
Lauren B. Salins (admitted *pro hac vice*)
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:  (312) 372-1121
michael.martinez@klgates.com

*Attorneys for Defendants Nichicon Corporation and FPCAP Electronics (Suzhou) Co., Ltd.*


LATHAM & WATKINS LLP

By:   /s/ Ashley M. Bauer
        Ashley M. Bauer

Belinda S. Lee (SBN 199635)
Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
belinda.lee@lw.com
Ashley.bauer@lw.com

*Attorneys for Defendant Nitsuko Electronics Corporation*

BAKER & MCKENZIE LLP

By:   */s/ Darrell Prescott*
     Darrell Prescott

Douglas Tween (admitted *pro hac vice*)
Darrell Prescott (admitted *pro hac vice*)
Catherine Stillman (admitted *pro hac vice*)
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4355
Facsimile: (212) 310-1655
Douglas.Tween@bakermckenzie.com
Darrell.Prescott@bakermckenzie.com
Catherine.Stillman@bakermckenzie.com

Meghan E. Hausler (admitted *pro hac vice*)
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 965-7219
Facsimile: (214) 965-5937
Meghan.Hausler@bakermckenzie.com

Colin H. Murray (SBN 159142)
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 591-3244
Facsimile: (415) 576-3099
Colin.Murray@bakermckenzie.com

*Attorneys for Defendant Okaya Electric Industries Co., Ltd.*

WINSTON & STRAWN LLP

By:   */s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler

Jeffrey L. Kessler (admitted *pro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
Molly M. Donovan (admitted *pro hac vice*)
Mollie C. Richardson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick (SBN 275648)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., SANYO North America Corporation*

O'MELVENY & MYERS LLP

By:   */s/ Michael F. Tubach*
      Michael F. Tubach

Michael F. Tubach (SBN 145955)
Christina J. Brown (SBN 242130)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com
cjbrown@omm.com

Salans FMC SNR Denton
dentons.com

Kenneth R. O'Rourke (SBN 120144 )
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

HUNTON AND WILLIAMS LLP

By:     */s/ Djordje Petkoski*
      Djordje Petkoski

Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dpetkoski@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

M. Brett Burns (SBN 256965)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*

**DENTONS**

Honorable James Donato
June 19, 2015
Page 11

Salans FMC SNR Denton
dentons.com

McKENNA LONG & ALDRIDGE LLP

By:    */s/ Andrew S. Azarmi*
      Andrew S. Azarmi

Andrew S. Azarmi (SBN 241407)
Spear Tower, One Market Plaza, 24th Floor
San Francisco, CA 94150
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
aazarmi@mckennalong.com

Gaspare J. Bono (admitted *pro hac vice*)
Stephen M. Chippendale (admitted *pro hac vice*)
Claire M. Maddox (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
gbono@mckennalong.com
schippendale@mckennalong.com
cmaddox@mckennalong.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.*

HUGHES HUBBARD & REED LLP

By:    */s/ Ethan E. Litwin*
      Ethan E. Litwin

Ethan E. Litwin (admitted *pro hac vice*)
Morgan J. Feder (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Ethan.Litwin@hugheshubbard.com
Morgan.Feder@hugheshubbard.com



Honorable James Donato
June 19, 2015
Page 12

Salans FMC SNR Denton
dentons.com

    David H. Stern (CA Bar No. 196408)
    Carolin Sahimi (CA Bar No. 260312)
    350 South Grand Avenue
    Los Angeles, CA 90071-3442
    Telephone: (213) 613-2800
    Facsimile: (213) 613-2950
    David.Stern@hugheshubbard.com
    Carolin.Sahimi@hugheshubbard.com

    *Attorneys for Defendant Soshin Electric Co., Ltd.*

    ROPES & GRAY LLP

    By:   */s/ Mark S. Popofsky*
         Mark S. Popofsky

    Mark S. Popofsky (SBN 175476)
    One Metro Center
    700 12th Street NW, Suite 900
    Washington, DC 20005-3948
    Telephone: (202) 508-4624
    Facsimile: (202) 508-4650
    mark.popofsky@ropesgray.com

    Jane E. Willis (admission *pro hac vice* pending)
    800 Boylston Street
    Boston, MA 02199-3600
    Telephone: (617) 951-7603
    Facsimile: (617) 235-0435
    jane.willis@ropesgray.com

    *Attorneys for Taitsu Corporation and Taitsu America, Inc.*

    Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: June 19, 2015     By:   */s/ Felix T. Woo*
                                      Felix T. Woo