Lesley E. Weaver (State Bar Number 191305)
lweaver@blockesq.com
BLOCK & LEVITON LLP
492 9th Street, Suite 260
Oakland, CA 94607
(415) 968-8999
(617) 507-6020

Attorneys for Plaintiff
(Additional counsel listed on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | Case No. 3:14-CV-03264-JD |
| This document relates to: *Flextronics International USA, Inc. v. NEC TOKIN Corp. et al.*, Case No. 3:15-CV-02517-JD | **PLAINTIFF FLEXTRONICS'S INITIAL STATUS CONFERENCE STATEMENT**<br><br>**Hearing:**<br>Date: July 8, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Plaintiff FLEXTRONICS INTERNATIONAL USA, INC. ("Flextronics"), by and through counsel, respectfully submits this Status Conference Statement in advance of the Quarterly Status Conference set by the Court for Wednesday, July 8, 2015, at 1:30 p.m.

Flextronics, including through its subsidiaries, affiliates, and related entities, is among the largest direct purchasers of capacitors in the world. On June 5, 2015, Flextronics filed an individual, *i.e.* non-class, Complaint alleging a conspiracy to fix, maintain, stabilize or inflate the price of electrolytic and film capacitors (collectively, "capacitors").[1] *See* Complaint, Case No.

---

[1] Flextronics's Complaint names the following Defendants: NEC TOKIN Corporation; NEC TOKIN America, Inc.; KEMET Corporation; KEMET Electronics Corporation; Nippon Chemi-Con Corporation; Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd.; Nichicon Corporation; FPCAP Electronics (Suzhou) Co., Ltd.; AVX Corporation; Rubycon Corporation; Rubycon America Inc.; ELNA Co., Ltd.; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; HolyStone International; ROHM Co., Ltd.; EPCOS AG; Okaya Electric Industries Co., Ltd.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Nitsuko Electronics Corporation; Nissei Electric Co., Ltd.; and Soshin Electric Co., Ltd., ("Defendants").

5:15-cv-02517-JD, Dkt. 1. As described in Flextronics's Complaint, many of the alleged conspiratorial agreements and actions in furtherance of the conspiracy specifically targeted Flextronics. *See id.* at ¶¶ 156-67. On June 22, 2015, this Court entered an Order relating Flextronics's matter with this action. *See In re Capacitors Antitrust Litigation,* No. 3:14-CV-3264-JD, at Dkt. 751.

### 1. Overall Case Management

Courts overseeing multidistrict antitrust litigation that includes both class action and individual plaintiffs typically enter case management orders to set clear guidelines for the conduct of pre-trial litigation. Mindful of the Court's schedule in the Direct and Indirect Purchaser class actions, Flextronics has attempted (with varying degrees of success) to confer with Interim Lead Counsel for the Direct and Indirect Purchaser Classes and defense counsel to identify areas where appropriate coordination of discovery and other matters may minimize the burden on all parties and limit unduly duplicative discovery. Flextronics has either scheduled or proposed dates before July 15, 2015, for conferences to address these issues and proposes that the parties submit an agreed-upon proposed case management order following those conferences. To ensure the timely commencement of formal discovery, Flextronics respectfully asks that the Court order the parties to submit an agreed-upon proposed case management order no later than July 24, 2015.

### 2. Service Issues

On June 5, 2015, Flextronics requested that Defendants waive formal service of the Complaint. Defendants have agreed to do so in exchange for an extension of the time to file responsive pleadings until September 3, 2015. Flextronics respectfully requests that the Court endorse the parties' agreement on this issue.

### 3. Discovery Schedule

On June 9, 2015, Flextronics notified Defendants by letter that Flextronics sought production of certain categories of documents -- primarily documents already produced in the class action litigation -- as soon as practicable. Although no defendant has yet produced documents in response to this request, Flextronics and Defendants have agreed that the pre-

discovery conference required by Fed. R. Civ. P. 26 will take place on July 13, 2015. Flextronics offered several earlier dates for the conference that Defendants were unable to accommodate. Flextronics's overall view is that the parties should agree on a schedule that is sufficiently in accord with the schedule governing the Direct and Indirect Purchaser class actions that avoids unnecessary duplication of work, and that schedules Flextronics's action for trial no later than the class actions.[2] There is no scheduling dispute ripe for adjudication at this point.

### 4. **Potential Waiver of Arbitration Claims**

On June 26, 2015, Flextronics was advised that certain defendants are concerned that Flextronics may have entered into contractual agreements to arbitrate the claims asserted in the Complaint. These defendants are thus hesitant to take any action in furtherance of litigation for fear of potentially waiving a right to compel arbitration. Following substantial investigation, Flextronics named as defendants only those conspirators with which we do not believe we have an arbitration agreement. Moreover, no defendant has yet identified any arbitration agreement that might arguably cover Flextronics's claim in this matter. Nevertheless, in an effort to avoid delay, Flextronics offered in writing on July 1, 2015, to agree that: (1) "no action taken by any defendant in this litigation through July 31, 2015, will constitute a waiver of any defendant's right to arbitrate claims with Flextronics;" and (2) we will consider later requests to arbitrate in good faith where arbitration will not cause additional expense or delay.

### 5. **Applicability of Protective Order**

Beginning on June 19, 2015, Flextronics initiated discussions with Defendants and Class Counsel in order to proceed with discovery, including the production of documents already produced in the class action to date. Flextronics asked that the parties stipulate that the operative protective order in this action would also govern the production of those documents. Flextronics has received no response on this issue from Interim Class Counsel for the Direct Purchaser Plaintiffs. Defendants have indicated that they intend to renegotiate a separate protective order

---

[2] It is entirely possible given the operation of Fed. R. Civ. P. 23(f) that Flextronics's case will be trial ready before either class action. Flextronics does not intend to suggest that its case should be consolidated with either class action case for trial or delayed until the conclusion of pre-trial proceedings

3

in conjunction with the July 13, 2015, Rule 26 conference.

Flextronics's position is that any delay associated with renegotiating the protective order is unwarranted because there already is a protective order in place that can easily be adapted to include Flextronics. Delay substantially prejudices Flextronics. Defendants have refused to provide any documents to Flextronics until a protective order is finalized, and Interim Lead Counsel for the Indirect Purchaser Class understandably has been reluctant to serve Flextronics with an unredacted version of their complaint prior to entry of a protective order.

Flextronics thus respectfully requests that this Court order that a stipulated proposed protective order be submitted to the Court for review and entry no later than July 24, 2015.

Dated: July 7, 2015                                              FLEXTRONICS INTERNATIONAL USA, INC.

                                        By: /s/ Lesley E. Weaver
                                               Lesley E. Weaver
                                               **Block & Leviton LLP**
                                               (State Bar No. 191305)
                                               492 9th Street, Suite 260
                                               Oakland, CA 94607
                                               Telephone: (415) 968-8999
                                               Facsimile: (617) 507-6020
                                               lweaver@blockesq.com

*Pro Hac Vice* applications to be submitted for:

Charles E. Tompkins
Jordan D. Shea
**Williams Montgomery & John Ltd.**
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
CET@willmont.com
JDS@ willmont.com
***Lead Counsel***