1  ALLISON A. DAVIS (CA State Bar No. 139203)
   SANJAY M. NANGIA (CA State Bar No. 264986)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599
   Email: allisondavis@dwt.com; sanjaynangia@dwt.com
5
   NICK S. VERWOLF (*Pro Hac Vice*)
6  DAVIS WRIGHT TREMAINE LLP
   777 108th Avenue NE
7  Suite 2300
   Bellevue, WA 98004-5149
8  Telephone: (425) 646-6100
   Facsimile: (425) 646-6199
9  Email: nickverwolf@dwt.com

10 Attorneys for Defendants Shizuki Electric Co., Inc.
   and American Shizuki Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | Case No. 3:14-cv-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR RESPONSIVE PLEADINGS AND/OR MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS BY SHIZUKI ELECTRIC CO., INC. AND AMERICAN SHIZUKI CORPORATION** |

Pursuant to Civil Local Rule 6-2, Direct Purchaser Plaintiffs ("DPPs"), Defendants Shizuki Electric Co., Inc. ("Shizuki") and American Shizuki Corporation ("ASC") respectfully request that the Court enter the following stipulation setting Defendants Shizuki's and ASC's deadline to serve responsive pleadings to the DPPs' Second Amended Complaints.

1

## I. FACTUAL BACKGROUND

In support of this stipulation, the undersigned parties provide the following facts, which are verified in the concurrently filed Declaration of Allison Davis:

A. On November 14, 2014, DPPs filed their Consolidated Class Action Complaint pursuant to the Court's Scheduling Order (Dkt. 342). On December 19, 2014, Defendants in that action filed joint and individual motions to dismiss the Consolidated Complaints (Dkts. 474, 475, 479, and 480).

B. On May 26, 2015, the Court issued an Order on Motions to Dismiss (Dkt. 710) granting in part and denying in part Defendants' motions to dismiss the Consolidated Complaints and directing DPPs to file amended complaints or notices of intent not to amend by June 26, 2015.

C. On June 16, 2015, DPPs filed their Amended Complaint in which Shizuki and ASC were named as additional defendants. Shizuki and ASC were not named as defendants in any previously filed complaint and have not been parties to any proceedings in the Capacitor Antitrust Litigation.

D. On July 7, 2015 ASC was served with the Summons and Amended Complaint by DPPs.

E. Shizuki received a copy of the Summons and Direct Purchaser Class Action Amended Complaint by mail in Japan with a waiver of service form dated June 26, 2015. The waiver of service form was executed on behalf of Shizuki as of July 24, 2015 and served on Plaintiffs' counsel. Under Rule 4(d)(3), F.R. Civ. Pro., Shizuki is provided 90 days to answer from June 26, 2015.

F. Shizuki and ASC's counsel is now informed that the DPPs have been ordered to file a Second Amended Complaint that has been provided to counsel for Shizuki and ASC. That Second Amended Complaint purports to join claims by Flextronics to the claims of the DPPs. Flextronics had never before named or served Shizuki or ASC as defendants in its action, but purports to list them as defendants on its claims in the Second Amended Complaint.

G. The parties have discussed and agreed upon the following schedule for responsive pleadings and/or motions to dismiss by Shizuki and ASC with respect to DPPs' Second Amended Complaint:

    1. Defendants Shizuki and ASC will answer, file motions to dismiss, or otherwise respond to DPPs' Second Amended Complaint by October 2, 2015.

    2. If Defendants Shizuki or ASC file motions to dismiss DPPs' Second Amended Complaint, Plaintiffs will file their oppositions to any such motion(s) by October 19, 2015, and Defendants will file replies in support of their motion(s) by October 30, 2015.

H. The parties have not previously requested any time modifications with respect to these Defendants' responses to any of Plaintiffs' Complaints, either by stipulation or Court order. *See* Civil L.R. 6-2(a)(2).

## II. STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following stipulation as an Order of the Court:

A. Defendants will answer, file motions to dismiss, or otherwise respond to DPPs' Second Amended Complaints by October 2, 2015. If Defendants Shizuki and/or ASC file motions to dismiss DPPs' second amended complaints, Plaintiffs will file their oppositions to any such motion(s) by October 19, 2015, and Defendants will file replies in support of their motion(s) by October 30, 2015.

DATED: July 28, 2015                    JOSEPH SAVERI LAW FIRM, INC.

By: /s/ *Joseph R. Saveri*

    Joseph R. Saveri (SBN 130064)
    Joshua P. Davis (SBN 193254)
    Andrew M. Purdy (SBN 261912)
    Matthew S. Weller (SBN 236052)
    James G. Dallal (SBN 277826)
    Ryan J. McEwan (SBN 285595)
    505 Montgomery Street, Suite 625
    San Francisco, CA 94111
    Telephone: (415) 500-6800
    Facsimile: (415) 395-9940

3

**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR RESPONSIVE PLEADINGS AND/OR MOTIONS TO DISMISS PLAINTIFFS' AMND. COMPLAINTS BY SHIZUKI ELECTRIC CO., INC. AND AMERICAN SHIZUKI CORPORATION**
Case No. 3:14-cv-03264-JD
DWT 27472447v1 0104991-000001

jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Allison A. Davis*

Allison A. Davis (State Bar No. 139203)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Main: (415) 276-6580
Fax: (415) 276-4880
allisondavis@dwt.com

Nick Verwolf (Pro Hac Vice)
777 108th Avenue NE, Ste. 2300
Bellevue, WA 98004-5149
Telephone: (425) 646-6100
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Shizuki Electric Co., Ltd. and American Shizuki Corporation*

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: July 28, 2015        By: /s/Allison A. Davis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        By: _____
                                        Honorable James Donato
                                        United States District Court Judge

4
**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR RESPONSIVE PLEADINGS AND/OR MOTIONS TO DISMISS PLAINTIFFS' AMND. COMPLAINTS BY SHIZUKI ELECTRIC CO., INC. AND AMERICAN SHIZUKI CORPORATION**
Case No. 3:14-cv-03264-JD
DWT 27472447v1 0104991-000001