GEORGE A. NICOUD III, SBN 106111
AUSTIN V. SCHWING, SBN 211696
ELI M. LAZARUS, SBN 284082
aschwing@gibsondunn.com
tnicoud@gibsondunn.com
elazarus@gibsondunn.com
*GIBSON, DUNN & CRUTCHER LLP*
*555 Mission Street, Suite 3000*
*San Francisco, CA 94105-0921*
*Telephone:    415.393.8200*
*Facsimile:    415.393.8306*

MATTHEW PARROTT, SBN 302731
mparrott@gibsondunn.com
*GIBSON, DUNN & CRUTCHER LLP*
*3161 Michelson Drive*
*Irvine, CA  92612-4412*
*Telephone:    949.451.3800*
*Facsimile:    949.451.4220*
*Attorneys for Defendants NEC TOKIN Corporation*
*and NEC TOKIN America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No.: 3:14-cv-03264-JD |
| | **ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED COMPLAINT** |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | |

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, NEC TOKIN Corporation ("NEC TOKIN") respectfully submits this Answer and Affirmative Defenses to the Direct Purchaser Plaintiffs' ("Plaintiffs") Second Amended Consolidated Class Action Complaint ("the Complaint"). Although Flextronics International USA, Inc. ("Flextronics") has filed a joint Complaint with the Direct Purchaser Plaintiffs, Flextronics has not named NEC TOKIN as a defendant, and therefore NEC TOKIN is under no obligation to respond to Flextronics' allegations. To the extent that a response is necessary, NEC TOKIN denies each allegation of and/or related to Flextronics. NEC TOKIN also reserves all rights against Flextronics in the event that Flextronics attempts to name NEC TOKIN as a defendant in this or any other action, including but not limited to its right to compel arbitration.

With respect to Plaintiffs' allegations stated in the numbered paragraphs of the Complaint, NEC TOKIN states as follows:

## I. NATURE OF THE ACTION

1.      NEC TOKIN admits that Plaintiffs purport to bring this civil action asserting antitrust claims on behalf of certain entities. NEC TOKIN further admits that it has manufactured and sold certain capacitors. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

2.      NEC TOKIN admits that electrical current flowing through a circuit, including a PCB, allows electrical devices to perform their functions and that some electrical devices use capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

3.      NEC TOKIN admits the allegations in Paragraph 3 of the Complaint provide a general description of electrical circuits and the use of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

4.       NEC TOKIN admits that demand for some electrical components has increased as demand for consumer electronics technology has increased.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

5.       NEC TOKIN admits that many capacitors are relatively inexpensive on a per-unit basis, but otherwise denies the allegations in this paragraph of the Complaint.

6.       NEC TOKIN admits that many capacitors are relatively inexpensive on a per-unit basis, but otherwise denies the allegations in this paragraph of the Complaint.

7.       NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

8.       NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

9.       NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

10. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

11. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

12. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

13. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

3

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

14.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

15.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

16.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

17.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.  To the extent that this paragraph of the Complaint states allegations by

Gibson, Dunn & Crutcher LLP

Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

18. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

19. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

20. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

21. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

1    to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

2    To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC

3    TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc.

4    participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the

5    remaining allegations in this paragraph of the Complaint.

6          22.      This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states

7    that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

8          23.      This paragraph of the Complaint sets forth legal conclusions to which no response is

9    required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information

10   sufficient to form a belief about the truth of the allegations and on that basis denies them.

11         24.      This paragraph of the Complaint sets forth legal conclusions to which no response is

12   required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information

13   sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

14   to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

15   To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC

16   TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc.

17   participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the

18   remaining allegations in this paragraph of the Complaint.

19         25.      This paragraph of the Complaint sets forth legal conclusions to which no response is

20   required.  To the extent that a response is required, NEC TOKIN admits that the United States

21   Department of Justice has instituted an investigation regarding certain capacitors.  NEC TOKIN lacks

22   knowledge or information sufficient to form a belief about the truth of the allegations in this

23   paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN

24   America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the

25   Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC

26   TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the

27   Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

28

Gibson, Dunn &
Crutcher LLP

6

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

26.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

27.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

28.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

29.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

30.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

31.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

32.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

33.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

34.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

35.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

36.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

37.     NEC TOKIN admits that it is a corporation organized under the laws of Japan, that KEMET Electronics Corporation and NEC Corporation or its affiliates are its shareholders, and that its principal place of business 7-1, Kohriyama 6-chome, Taihaku-ku, Sendaishi Miyagi 982-8510, Japan.  NEC TOKIN further admits that it manufactured, sold, and distributed certain tantalum capacitors, some of which entered the United States, but otherwise denies the allegations in this paragraph of the Complaint.

38.     NEC TOKIN admits that NEC TOKIN America, Inc. is a California corporation, is a wholly owned subsidiary of NEC TOKIN Corporation, and currently has its principal place of business at 2460 North First Street, Suite 220, San Jose, California 95131.  NEC TOKIN further admits that NEC TOKIN America, Inc. sold or delivered to purchasers in the United States certain tantalum capacitors manufactured by NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

39.     NEC TOKIN admits that the Complaint purports to set forth a definition of "NEC TOKIN," but otherwise denies the allegations in this paragraph of the Complaint, and further notes that "NEC TOKIN" as used in this Answer and Affirmative Defenses does not match plaintiffs' definition of "NEC TOKIN."

40.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

41.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

42.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

43.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

44.     NEC TOKIN admits that the Complaint purports to set forth a definition of "KEMET," but otherwise denies the allegations in this paragraph of the Complaint.

45.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

46.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

47.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Nippon Chemi-Con," but otherwise denies the allegations in this paragraph of the Complaint.

48.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

49.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

50.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

51.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

52.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Hitachi," but otherwise denies the allegations in this paragraph of the Complaint.

53.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

54.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

55.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

56.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

57.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

58.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

59.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Nichicon," but otherwise denies the allegations in this paragraph of the Complaint.

60.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

61.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

62.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

63.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

64.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Rubycon," but otherwise denies the allegations in this paragraph of the Complaint.

65.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

66.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

67.     NEC TOKIN admits that the Complaint purports to set forth a definition of "ELNA," but otherwise denies the allegations in this paragraph of the Complaint.

68.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

69.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

70.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

71.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

72.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

73.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

10

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

74. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

75. NEC TOKIN admits that the Complaint purports to set forth a definition of "Holy Stone," but otherwise denies the allegations in this paragraph of the Complaint.

76. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

77. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

78. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

79. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

80. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

81. NEC TOKIN admits that the Complaint purports to set forth a definition of "ROHM," but otherwise denies the allegations in this paragraph of the Complaint.

82. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

83. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

84. NEC TOKIN admits that the Complaint purports to set forth a definition of "Okaya," but otherwise denies the allegations in this paragraph of the Complaint.

85. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

86. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

87. NEC TOKIN admits that the Complaint purports to set forth a definition of "Taitsu," but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

11

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

88.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

89.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

90.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

91.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

92.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Shinyei," but otherwise denies the allegations in this paragraph of the Complaint.

93.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

94.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

95.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

96.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

97.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Soshin," but otherwise denies the allegations in this paragraph of the Complaint.

98.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

99.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

100.     NEC TOKIN admits that the Complaint purports to set forth a definition of "Shizuki," but otherwise denies the allegations in this paragraph of the Complaint.

101.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

Gibson, Dunn &
Crutcher LLP

102.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

103.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

104.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

105.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

Gibson, Dunn & Crutcher LLP

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

106. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

107. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

108. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

109. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

110. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

111. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

112. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

113. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

114. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

115. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

116. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

117. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

118. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that it and its subsidiary NEC TOKIN America, Inc. sold or delivered certain tantalum capacitors to purchasers in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

119. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN America, Inc., NEC TOKIN admits that NEC TOKIN America, Inc. sold or delivered certain tantalum capacitors to purchasers in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

120.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

121.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

122.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

123.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

124.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

125. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

126. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

127. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them. To the extent this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

128. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

129. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

130.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

131.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

132.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

133.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

134.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

135.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

136.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

137.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

138.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

139. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

140. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

141. NEC TOKIN admits that this paragraph of the Complaint states how Plaintiffs use the phrase "aluminum capacitors" in the Complaint, but otherwise denies the allegations in this paragraph of the Complaint.

142. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

143. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

144. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

145. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

146. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

147. NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

148.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

149.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

150.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

151.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

152.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

153.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

154.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

155.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

156.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

157.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

158.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

159.     NEC TOKIN admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

160.     NEC TOKIN admits that there are various types of direct purchasers of capacitors, including those described in this paragraph of the Complaint.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

161.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

162.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

163.     NEC TOKIN admits that capacitors are used in many types of electronic circuits and that demand for consumer electronics indirectly accounts for a substantial portion of the global demand for capacitors.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

164.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

165.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

166.     NEC TOKIN admits that some electrical circuits have been designed to incorporate ceramic capacitors.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

21
ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

167.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

168.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

169.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

170.     NEC TOKIN admits it sold tantalum capacitors during the alleged Class Period.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  NEC TOKIN otherwise denies the allegations in this paragraph of the Complaint.

171.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

172.     NEC TOKIN admits that some capacitors are, in some circumstances, interchangeable with some other capacitors.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

173.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that some capacitors are sometimes interchangeable with some other capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

174. NEC TOKIN admits that capacitors are necessary for the function of some electric circuits. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

175. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

176. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

177. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

178. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

179. The allegations of this paragraph of the Complaint set forth legal conclusions, to which no response is required. To the extent that a response is required, NEC TOKIN admits that discovery is underway in this case. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc.,

Gibson, Dunn & Crutcher LLP

NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

180. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

181. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

182. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

183. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

184.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

185.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

186.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

187.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

Gibson, Dunn & Crutcher LLP

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

188. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

189. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

190. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

191. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

192. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

193. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

194. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

195. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

196. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

197. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

198. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

199. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

Gibson, Dunn & Crutcher LLP

200.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

201.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

202.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

203.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

204.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

205. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

206. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

207. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

208. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.

209.    To the extent that this paragraph of the Complaint is referencing documents, those

documents state whatever they state.  NEC TOKIN lacks knowledge or information sufficient to form

a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants

other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent

the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America,

Inc., NEC TOKIN denies them.

210.    To the extent that this paragraph of the Complaint is referencing documents, those

documents state whatever they state.  NEC TOKIN lacks knowledge or information sufficient to form

a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants

other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent

the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America,

Inc., NEC TOKIN denies them.

211.    This paragraph of the Complaint sets forth legal conclusions to which no response is

required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information

sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC

TOKIN America, Inc., NEC TOKIN denies them.

212.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.   To the extent this paragraph of the Complaint states allegations by

Gibson, Dunn &
Crutcher LLP

31
ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1
Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and
therefore no response is necessary.

213.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the
truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC
TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations
in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC
TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as
defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this
paragraph of the Complaint.

214.    This paragraph of the Complaint sets forth legal conclusions to which no response is
required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information
sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating
to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.
To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC
TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc.
participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the
remaining allegations in this paragraph of the Complaint.

215.    This paragraph of the Complaint sets forth legal conclusions to which no response is
required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information
sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating
to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.
To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC
TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc.
participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the
remaining allegations in this paragraph of the Complaint.

216.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the
truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC
TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

217. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

218. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

219. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

220. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America,

Gibson, Dunn & Crutcher LLP

Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

221. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

222. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to companies not named as defendants and defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that NEC TOKIN has had commercial dealings, including a Technical License Agreement, with KEMET Electronics Corporation, but otherwise denies the allegations in this paragraph of the Complaint.

223. NEC TOKIN admits that KEMET Electronics Corporation owns shares of NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

224. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN admits that KEMET Electronics Corporation owns shares of NEC TOKIN and has approximately a 34% economic interest and a 51% voting interest in NEC TOKIN, with the remaining voting and economic interests being held by NEC Corporation or affiliates of NEC Corporation, but otherwise denies the allegations in this paragraph of the Complaint.

225. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form

Gibson, Dunn & Crutcher LLP

a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

226.    To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN admits that the European Commission was notified of KEMET Electronic Corporation's purchase of NEC TOKIN stock, but lacks knowledge or information sufficient to form a belief about the truth of the allegations as to how the European Commission referred to NEC TOKIN, and on that basis denies them, and otherwise denies the allegations in this paragraph of the Complaint.

227.    NEC TOKIN admits that it entered into a Development and Cross-Licensing Agreement and an Amended and Restated Private Label Agreement, the terms of which say what they say, but otherwise denies the allegations in this paragraph of the Complaint.

228.    NEC TOKIN admits that it has a supply relationship with KEMET Electronics Corporation, including capacitors.  To the extent that this paragraph is purporting to quote from a document, that document says what it says.  NEC TOKIN otherwise denies the allegations in this paragraph of the Complaint.

229.    NEC TOKIN admits that it purchased some capacitors from KEMET Electronics Corporation in early 2012, mainly for customers in Asia, but otherwise denies the allegations in this paragraph of the Complaint.

230.    NEC TOKIN admits that it has purchased some tantalum from KEMET Electronics Corporation and admits that NEC TOKIN and KEMET Electronics Corporation supply some products to one another, but otherwise denies the allegations in this paragraph of the Complaint.

231.    NEC TOKIN denies the allegations in this paragraph of the Complaint.

232.    NEC TOKIN admits that KEMET Electronics Corporation has an approximately 51% voting interest of NEC TOKIN's stock, and admits that NEC Corporation previously held a majority voting interest of NEC TOKIN's stock, but otherwise denies the allegations in this paragraph of the Complaint.

233.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

Gibson, Dunn & Crutcher LLP

TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

234. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies the allegations of this paragraph of the Complaint.

235. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

236. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

237. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that it sold certain tantalum capacitors in various countries around the world, including the United States, and admits that NEC TOKIN America, Inc. sold certain tantalum capacitors in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

238. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

239. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

Gibson, Dunn & Crutcher LLP

TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that it had the ability to control the price of tantalum capacitors sold by NEC TOKIN America, Inc., but otherwise denies the allegations in this paragraph of the Complaint.

240. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that it had the ability to control the price of tantalum capacitors sold by NEC TOKIN America, Inc., but otherwise denies the allegations in this paragraph of the Complaint.

241. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

242. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

243. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

244. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

245. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

246. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

247. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

248. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

249. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

250. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

251. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

252. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

253. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

254. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

255. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

256. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

257. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

258. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

259. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

260. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

261. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

262. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

263. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

264.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

265.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

266.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

267.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

268.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

269.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

270.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

271.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

272.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

273.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

274.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

275.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

276.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

277.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

278. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

279. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

280. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

281. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

282. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

283. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

284. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

285. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

286. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

287. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

288. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

289. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

290. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

291. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

292. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

293. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

294. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

295. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

296. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

297. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

298. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

299. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

300. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

301. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

302. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

303. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

304. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

305. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

41

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

306. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

307. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

308. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

309. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

310. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

311. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

312. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

313. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

314. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

315. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

316. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

317.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

318.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

319.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

320.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

321.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

322.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

323.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

324. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

325. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

326. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

327. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

328. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

329. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that it has significant experience manufacturing and selling tantalum capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

330. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

331. NEC TOKIN admits that some raw materials necessary to manufacture certain types of capacitors are available only from limited suppliers, but otherwise denies the allegations in this paragraph of the Complaint.

332. NEC TOKIN admits that tantalum is used to produce tantalum capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

333. NEC TOKIN admits that tantalum has been designated a "conflict mineral" subject to certain reporting requirements, but otherwise denies the allegations in this paragraph of the Complaint.

334. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

335. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

336. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

337. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

338. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN admits that KEMET Electronics Corporation sells certain capacitors manufactured by NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

339. NEC TOKIN admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different

Gibson, Dunn &
Crutcher LLP

manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

340. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

341. NEC TOKIN admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

342. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

343. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

344. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

345. NEC TOKIN admits that capacitors are often a comparatively inexpensive cost input in electrical devices, and admits that some capacitors are used in the production of high-cost electronic products, some of which are sold in the United States, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

346. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

347. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

348. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

349. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

350. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

351. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

352. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

353. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

354. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC

Gibson, Dunn &
Crutcher LLP

TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

355. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

356. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

357. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

358. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

359. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC

Gibson, Dunn & Crutcher LLP

TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

360.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

361.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

362.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

363.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC

Gibson, Dunn &
Crutcher LLP

TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

364.    NEC TOKIN admits that it is a member of the Japan Electronics and Information Technology Industries Association (JEITA). NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

365.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

366.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

367.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

368.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN admits that NEC TOKIN Corporation is incorporated in Japan, and that NEC TOKIN America, Inc. is a wholly owned subsidiary of NEC TOKIN Corporation. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

369.    NEC TOKIN admits that industry analysts have provided some information regarding capacitors. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

370.     This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

371.     This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

372.     NEC TOKIN admits that the United States (through the Antitrust Division of the United States Department of Justice) has intervened in this case, and has made statements that speak for themselves regarding its investigations in the United States concerning the capacitors industry. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

373.     NEC TOKIN admits that the National Development and Reform Commission of the People's Republic of China is conducting an investigation concerning capacitors.  To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

374.     NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

375.     This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

376.     This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

377.     NEC TOKIN admits that the National Development and Reform Commission of the People's Republic of China is conducting an investigation concerning capacitors.  To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

378.     NEC TOKIN admits that countries other than the United States and the People's Republic of China are investigating possible price fixing in the capacitors industry.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

379.     NEC TOKIN admits that the Japan Fair Trade Commission is conducting an investigation concerning capacitors and searched certain of NEC TOKIN's facilities.  To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

380.     NEC TOKIN admits that the Korea Fair Trade Commission, the Taiwan Fair Trade Commission, the Administrative Council for Economic Defense, and the European Commission are conducting investigations concerning capacitors.  NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

381.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

382.    NEC TOKIN admits the allegations in this paragraph of the Complaint.

383.    NEC TOKIN admits the allegations in this paragraph of the Complaint.

384.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

385.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies them.

386.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

387.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

388.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

389.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

390.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

391.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

392.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

Gibson, Dunn & Crutcher LLP

defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.

393.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.

394.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint and on that basis denies them.

395.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint and on that basis denies them.

396.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint and on that basis denies them.

397.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint and on that basis denies them.

398.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

defined and described in the Complaint.  NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.

399.    NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them.  To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

400. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

401. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

402. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

403. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

404. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

405. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

406. NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations

Gibson, Dunn & Crutcher LLP

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as

defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this

paragraph of the Complaint.

407. NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint and on that basis denies them.

408. NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN admits that after floods destroyed the manufacturing plant of its Thai subsidiary in 2011,

NEC TOKIN attributed production delays to the destruction of that manufacturing plant, but

otherwise denies the allegations in this paragraph of the Complaint.

409. NEC TOKIN lacks knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC

TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations

in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC

TOKIN denies them.

410. This paragraph of the Complaint sets forth legal conclusions to which no response is

required. To the extent that a response is required, NEC TOKIN lacks knowledge or information

sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC

TOKIN America, Inc., NEC TOKIN denies them.

411. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states

that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

412. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states

that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

413. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

414. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

415. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

416. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

417. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

418. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

419. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

420. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

421. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

422. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

423. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

424. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

425. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

426. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

427. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

428. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

429. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

430. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

431. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

432. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

433. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

434. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN lacks knowledge or information

Gibson, Dunn & Crutcher LLP

sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

435. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

436. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

437. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

438. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint.

439. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

440. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them.

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

441. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

442. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to person and entities other than NEC TOKIN and NEC TOKIN America, Inc. and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN and NEC TOKIN America, Inc., NEC TOKIN denies that NEC TOKIN or NEC TOKIN America, Inc. participated in a conspiracy as defined and described in the Complaint. NEC TOKIN denies the remaining allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

443. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

444. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

445. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

446. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

447. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

448. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

449. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

450. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

451. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

452. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

453. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

454. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

455. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

456. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

457. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

458. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

459. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

460.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

461.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

462.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

463.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

464.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

465.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

466.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

467.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

468.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

469.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN states that Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

**XIII. DEMAND FOR JUDGMENT**

A.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

B.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

C.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

D.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

E.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

F.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

G.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

H.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN denies the allegations in this paragraph of the Complaint.

I.     This paragraph of the Complaint states legal conclusions by Flextronics.  Flextronics has not brought a claim against NEC TOKIN, and therefore no response is necessary.

## AFFIRMATIVE AND OTHER DEFENSES

As stated in its Answer above, NEC TOKIN does not admit any liability, or that Plaintiffs or any members of the alleged class have been injured or damaged in any way, or that Plaintiffs or any members of the alleged class are entitled to any relief whatsoever.  Nevertheless, NEC TOKIN pleads in the alternative the following affirmative defenses.  NEC TOKIN does not assume the burden of proof for any issue as to which applicable law places the burden upon Plaintiffs and members of the alleged class.  As affirmative and other defenses to the averments contained in the Complaint, NEC TOKIN states as follows:

Gibson, Dunn &
Crutcher LLP

1.     The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by the applicable statutes of limitations.  15 U.S.C. § 15b.  Plaintiffs filed this action on July 18, 2014.  If and to the extent there was a violation of Section 1 of the Sherman Act prior to July 18, 2010, which NEC TOKIN denies, Plaintiffs and the members of the alleged class failed to bring this action within four years after the cause of action accrued.

3.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the Complaint fails to plead conspiracy or fraud with the particularity required under applicable law.

4.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the Complaint fails to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure or under other applicable law.

5.     Plaintiffs and the members of the alleged class lack standing (whether constitutional or required by statute) to bring this action.

6.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because Plaintiffs and the members of the alleged class have suffered no antitrust injury.

7.     Plaintiffs' claims and the claims of the members of the alleged class may not properly be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure.

8.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the named Plaintiffs are not proper class representatives.

9.     Plaintiffs' claims and the claims of the members of the alleged class are improperly joined within the meaning of the Federal Rule of Civil Procedure 20 or 23 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

10.     To the extent the Complaint seeks relief with respect to purchases of capacitors outside of the United States, Plaintiffs' claims and the claims of the members of the alleged class are

Gibson, Dunn &
Crutcher LLP

barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a. Such purchases do not constitute import trade or commerce; nor do such purchases have a direct, substantial, and reasonably foreseeable effect on trade or commerce that is not trade or commerce with foreign nations or on import trade or commerce; nor do they give rise to a claim under the Sherman Act.

11. Plaintiffs attempt to allege a conspiracy spanning eleven or more years that they claim resulted in their paying higher prices for the products in issue. Plaintiffs allege no facts that explain or justify their delay in bringing this lawsuit. To the extent Plaintiffs and the members of the alleged class could have brought essentially the same suit years earlier, Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by estoppel and laches.

12. Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, to the extent Plaintiffs or members of the alleged class would be unjustly enriched if they were allowed to recover any part of the alleged damages.

13. Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the alleged damages, if any, are too remote or speculative to allow recovery, and because of the impossibility of ascertaining and allocating those alleged damages with reasonable certainty.

14. Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent any recovery by Plaintiffs or members of the alleged class would be duplicative of recovery by other plaintiffs and other lawsuits, subjecting NEC TOKIN to the possibility of multiple recovery; such recovery is barred by the Fifth and Eighth Amendments to the United States Constitution.

15. Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent their alleged damages were caused solely or proximately by market conditions or the acts and omissions of others and were not the result of any act or omission attributable to the defendants.

16. Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent Plaintiffs or members of the alleged class failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any. Alternatively, any damages sustained by Plaintiffs and members of the alleged class, which NEC TOKIN denies, must be reduced by the

Gibson, Dunn & Crutcher LLP

66

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

amount that such damages would have been reduced had Plaintiffs and the members of the alleged class exercised reasonable diligence in mitigating their damages.

17.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

18.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent the actions or practices of NEC TOKIN that are subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of NEC TOKIN's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between NEC TOKIN and any other person or entity.

19.     Plaintiffs' claims and the claims of the members of the alleged class against NEC TOKIN are barred to the extent Plaintiffs and the members of the alleged class have agreed to arbitration, agreed to a different forum for the resolution of their claims, or waived a jury trial.  This Court lacks jurisdiction to adjudicate any claim covered by any such agreement.

20.     Without admitting the existence of the conspiracy as alleged in the Complaint, NEC TOKIN is entitled to set off against any award of damages any amounts paid to Plaintiffs or the members of the alleged class by any person or entity other than NEC TOKIN who has settled, or does settle, Plaintiffs' claims or the claims of the members of the alleged class.

21.     Plaintiffs' claims and the claims of the members of the alleged class for injunctive relief are barred to the extent Plaintiffs or the members of the alleged class have available an adequate remedy at law and there is no threat of present, future, or continuing harm, and to the extent injunctive relief otherwise is inequitable.

22.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent that Plaintiffs and the members of the alleged class did not purchase capacitors directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

23.     NEC TOKIN adopts by reference any defense pleaded by any other defendant not otherwise expressly set forth herein.

Gibson, Dunn &
Crutcher LLP

67

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1   24.    NEC TOKIN hereby gives notice that it intends to rely upon such other and further

2   defenses as may become available or apparent during pre-trial proceedings in this case, and hereby

3   reserves its rights to amend this Answer and assert such defenses.

4                                    **JURY DEMAND**

5        Pursuant to Federal Rule of Civil Procedure 38(b), NEC TOKIN demands a trial by jury of all

6   the claims asserted in the Complaint and in NEC TOKIN's affirmative defenses that are triable by

7   jury.

8                                **DEMAND FOR JUDGMENT**

9        WHEREFORE, NEC TOKIN respectfully requests that the Court enter judgment for it by

10  adjudicating and decreeing:

11       (a)    That Plaintiffs' Complaint as to NEC TOKIN be dismissed with prejudice;

12       (b)    That judgment be entered in favor of NEC TOKIN;

13       (c)    That this action may not proceed as a class action under Federal Rule of Civil

14  Procedure 23;

15       (d)    That Plaintiffs and the members of the alleged class are not entitled to equitable relief;

16       (e)    That NEC TOKIN be awarded the costs, expenses, and disbursements incurred by it in

17  defending this action;

18       (f)    That NEC TOKIN be awarded prejudgment interest, as appropriate; and

19       (g)    For such other relief that the Court deems just and proper.

20

21

22

23

24

25

26

27

28

| 1 | Date: August 6, 2015 | GIBSON, DUNN & CRUTCHER LLP |

Date: August 6, 2015

GIBSON, DUNN & CRUTCHER LLP

*/s/ George A. Nicoud III*
GEORGE A. NICOUD III, SBN 106111

AUSTIN V. SCHWING, SBN 211696
ELI M. LAZARUS, SBN 284082
tnicoud@gibsondunn.com
aschwing@gibsondunn.com
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     415.393.8200
Facsimile:     415.393.8306

MATTHEW PARROTT, SBN 302731
mparrott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:     949.451.3800
Facsimile:     949.451.4220

*Attorneys for Defendants NEC TOKIN Corporation and
NEC TOKIN America,* Inc.

101954673.11

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I caused to be electronically filed the following ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED COMPLAINT with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

By:   /s/ Matthew Parrott
Matthew Parrott

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN CORPORATION TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

Gibson, Dunn &
Crutcher LLP