GEORGE A. NICOUD III, SBN 106111
AUSTIN V. SCHWING, SBN 211696
ELI M. LAZARUS, SBN 284082
aschwing@gibsondunn.com
tnicoud@gibsondunn.com
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

MATTHEW PARROTT, SBN 302731
mparrott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:    949.451.3800
Facsimile:    949.451.4220
Attorneys for Defendants NEC TOKIN Corporation
and NEC TOKIN America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No.: 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | **ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED COMPLAINT** |

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, NEC TOKIN AMERICA, INC. ("NEC TOKIN AMERICA") respectfully submits this Answer and Affirmative Defenses to the Direct Purchaser Plaintiffs' ("Plaintiffs") Second Amended Consolidated Class Action Complaint ("the Complaint"). Although Flextronics International USA, Inc. ("Flextronics") has filed a joint Complaint with the Direct Purchaser Plaintiffs, Flextronics has not named NEC TOKIN AMERICA as a defendant, and therefore NEC TOKIN AMERICA is under no obligation to respond to Flextronics' allegations. To the extent that a response is necessary, NEC TOKIN AMERICA denies each allegation of and/or related to Flextronics. NEC TOKIN AMERICA also reserves all rights against Flextronics in the event that Flextronics attempts to name NEC TOKIN AMERICA as a defendant in this or any other action, including but not limited to its right to compel arbitration.

With respect to Plaintiffs' allegations stated in the numbered paragraphs of the Complaint, NEC TOKIN AMERICA states as follows:

## I. NATURE OF THE ACTION

1. NEC TOKIN AMERICA admits that Plaintiffs purport to bring this civil action asserting antitrust claims on behalf of certain entities. NEC TOKIN AMERICA further admits that it has sold certain capacitors. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies the remaining allegations in this paragraph of the Complaint.

2. NEC TOKIN AMERICA admits that electrical current flowing through a circuit, including a PCB, allows electrical devices to perform their functions and that some electrical devices use capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

3. NEC TOKIN AMERICA admits the allegations in this paragraph of the Complaint provide a general description of electrical circuits and the use of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

4. NEC TOKIN AMERICA admits that demand for some electrical components has increased as demand for consumer electronics technology has increased. NEC TOKIN AMERICA

Gibson, Dunn &
Crutcher LLP

lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

5.     NEC TOKIN AMERICA admits that many capacitors are relatively inexpensive on a per-unit basis, but otherwise denies the allegations in this paragraph of the Complaint.

6.     NEC TOKIN AMERICA admits that many capacitors are relatively inexpensive on a per-unit basis, but otherwise denies the allegations in this paragraph of the Complaint.

7.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

8.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

9.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

10.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

11.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

Gibson, Dunn &
Crutcher LLP

NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

12. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

13. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

14. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

15. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

16. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

3

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

17.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.   To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

18.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

19.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

20.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

21.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.

Gibson, Dunn & Crutcher LLP

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

22.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

23.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

24.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

25.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA admits that the United States Department of Justice has instituted an investigation regarding certain capacitors.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

26.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn &
Crutcher LLP

27.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

28.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

29.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

30.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

31.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

32.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

33.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

34.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

35.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

36.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

37.     NEC TOKIN AMERICA admits that NEC TOKIN Corporation ("NEC TOKIN") is a corporation organized under the laws of Japan, that KEMET Electronics Corporation and NEC Corporation or its affiliates are its shareholders, and that its principal place of business 7-1, Kohriyama 6-chome, Taihaku-ku, Sendaishi Miyagi 982-8510, Japan.  NEC TOKIN AMERICA further admits that it sold and distributed certain tantalum capacitors in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

38.     NEC TOKIN AMERICA admits that it is a California corporation, a wholly owned subsidiary of NEC TOKIN, and currently has its principal place of business at 2460 North First Street, Suite 220, San Jose, California 95131.  NEC TOKIN AMERICA further admits that it sold or delivered to purchasers in the United States certain tantalum capacitors manufactured by NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

39.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "NEC TOKIN," but otherwise denies the allegations in this paragraph of the Complaint, and further notes that "NEC TOKIN" as used in this Answer and Affirmative Defenses does not match plaintiffs' definition of "NEC TOKIN."

40.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

41.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

42.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

43.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

44.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "KEMET," but otherwise denies the allegations in this paragraph of the Complaint.

45.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

46.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

47.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Nippon Chemi-Con," but otherwise denies the allegations in this paragraph of the Complaint.

48.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

49.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

50.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

51.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

52.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Hitachi," but otherwise denies the allegations in this paragraph of the Complaint.

53.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

54.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

55.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

56.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

57.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

58.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

59.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Nichicon," but otherwise denies the allegations in this paragraph of the Complaint.

60.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

61.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

62.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

63.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

64.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Rubycon," but otherwise denies the allegations in this paragraph of the Complaint.

65.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

66.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

67.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "ELNA," but otherwise denies the allegations in this paragraph of the Complaint.

68.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

69.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

70.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

71.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

72.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

73.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

74.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

75.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Holy Stone," but otherwise denies the allegations in this paragraph of the Complaint.

76.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

77.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

78.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

79.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

80.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

81.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "ROHM," but otherwise denies the allegations in this paragraph of the Complaint.

82.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

83.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

84.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Okaya," but otherwise denies the allegations in this paragraph of the Complaint.

85.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

86.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

87.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Taitsu," but otherwise denies the allegations in this paragraph of the Complaint.

88.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

89.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

90.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

91.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

92.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Shinyei," but otherwise denies the allegations in this paragraph of the Complaint.

93.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

94.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

95.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

96.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

97.     NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Soshin," but otherwise denies the allegations in this paragraph of the Complaint.

98.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

99.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

100.    NEC TOKIN AMERICA admits that the Complaint purports to set forth a definition of "Shizuki," but otherwise denies the allegations in this paragraph of the Complaint.

101.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

102.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.

Gibson, Dunn & Crutcher LLP

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

103. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

104. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

105. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

106. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

107. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

108. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

109. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

110. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

111. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

112. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

113. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

114. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

115. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

116. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

117. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies that a class action is appropriate and denies any allegations in this paragraph of the Complaint.

118. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that it sold or delivered certain tantalum capacitors to purchasers in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

119. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN America, Inc., NEC TOKIN AMERICA admits that it sold or delivered certain tantalum capacitors to purchasers in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

120. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

121. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

122.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

123.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

124.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

125.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

126.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or

Gibson, Dunn &
Crutcher LLP

information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

127.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.  To the extent this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

128.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

129.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

130.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

131.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

132.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

16
ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

133.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

134.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

135.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

136.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

137.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

138.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

139.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

140.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

141.     NEC TOKIN AMERICA admits that this paragraph of the Complaint states how Plaintiffs use the phrase "aluminum capacitors" in the Complaint, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

17

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

142.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

143.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

144.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

145.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

146.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

147.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

148.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

149.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

150.     NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

Gibson, Dunn &
Crutcher LLP

151.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

152.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

153.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

154.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

155.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

156.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

157.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

158.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

159.    NEC TOKIN AMERICA admits that this paragraph provides an overly simplistic, over-generalized description of capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

160.    NEC TOKIN AMERICA admits that there are various types of direct purchasers of capacitors, including those described in this paragraph of the Complaint.  NEC TOKIN AMERICA

Gibson, Dunn &
Crutcher LLP

lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

161.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

162.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

163.     NEC TOKIN AMERICA admits that capacitors are used in many types of electronic circuits and that demand for consumer electronics indirectly accounts for a substantial portion of the global demand for capacitors.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

164.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

165.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

166.      NEC TOKIN AMERICA admits that some electrical circuits have been designed to incorporate ceramic capacitors.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

167.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

168.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

169.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

170.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that it sold tantalum capacitors during the alleged Class Period, but otherwise denies the allegations in this paragraph of the Complaint.

171.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

172.     NEC TOKIN AMERICA admits that some capacitors are, in some circumstances, interchangeable with some other capacitors.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

173.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that some capacitors are sometimes interchangeable with some other capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

174.     NEC TOKIN AMERICA admits that capacitors are necessary for the function of some electric circuits.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

175.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

176.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

177.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

178.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

179.     The allegations of this paragraph of the Complaint set forth legal conclusions, to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA admits that discovery is underway in this case.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

180.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

181.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

Gibson, Dunn &
Crutcher LLP

paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

182.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

183.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

184.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

185.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

186.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn &
Crutcher LLP

23

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

187.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

188.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

189.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

190.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

191.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

192.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

Gibson, Dunn &
Crutcher LLP

paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

193.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

194.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

195.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

196.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

197.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

25

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

198. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

199. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

200. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

201. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

202. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

203. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

204.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

205.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

206.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

207.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

208.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

209. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

210. To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

211. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

212. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent this paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

213. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

214.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

215.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

216.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

217.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

218.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

2   them.

3       219.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

4   about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

5   NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

6   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

7   them.

8       220.    To the extent that this paragraph of the Complaint is referencing documents, those

9   documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

10  sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

11  to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the

12  allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN

13  AMERICA denies them.

14      221.    To the extent that this paragraph of the Complaint is referencing documents, those

15  documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

16  sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

17  to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the

18  allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN

19  AMERICA denies them.

20      222.    To the extent that this paragraph of the Complaint is referencing documents, those

21  documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

22  sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating

23  to companies not named as defendants and defendants other than NEC TOKIN AMERICA and on

24  that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC

25  TOKIN, NEC TOKIN AMERICA admits that NEC TOKIN has had commercial dealings with

26  KEMET Electronics Corporation, but otherwise denies the allegations in this paragraph of the

27  Complaint.

28

Gibson, Dunn &
Crutcher LLP

30

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1  223.    NEC TOKIN AMERICA admits that KEMET Electronics Corporation owns shares of

2  NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

3  224.    To the extent that this paragraph of the Complaint is referencing documents, those

4  documents state whatever they state.  NEC TOKIN AMERICA admits that KEMET Electronics

5  Corporation owns shares of NEC TOKIN and has approximately a 34% economic interest and a 51%

6  voting interest in NEC TOKIN, with the remaining voting and economic interests being held by NEC

7  Corporation or affiliates of NEC Corporation, but otherwise denies the allegations in this paragraph

8  of the Complaint.

9  225.    To the extent that this paragraph of the Complaint is referencing documents, those

10 documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

11 sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on

12 that basis denies them.

13 226.    To the extent that this paragraph of the Complaint is referencing documents, those

14 documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

15 sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on

16 that basis denies them.

17 227.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

18 about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

19 228.    NEC TOKIN AMERICA admits that NEC TOKIN and it have a supply relationship

20 with KEMET Electronics Corporation, including capacitors.  To the extent that this paragraph is

21 purporting to quote from a document, that document says what it says.  NEC TOKIN AMERICA

22 otherwise denies the allegations in this paragraph of the Complaint.

23 229.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

24 about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

25 NEC TOKIN AMERICA and on that basis denies them.  NEC TOKIN AMERICA admits that it and

26 KEMET Electronics Corporation supply some products to one another, but otherwise denies the

27 allegations in this paragraph of the Complaint.

28

Gibson, Dunn &
Crutcher LLP

31
ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

230.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  NEC TOKIN AMERICA admits that it and KEMET Electronics Corporation supply some products to one another, but otherwise denies the allegations in this paragraph of the Complaint.

231.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

232.     NEC TOKIN AMERICA admits that KEMET Electronics Corporation has an approximately 51% voting interest of NEC TOKIN's stock, and admits that NEC Corporation previously held a majority voting interest of NEC TOKIN's stock, but otherwise denies the allegations in this paragraph of the Complaint.

233.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

234.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations of this paragraph of the Complaint.

235.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

236.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

237.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that it sold certain tantalum capacitors in the United States, but otherwise denies the allegations in this paragraph of the Complaint.

238.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

239.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that NEC TOKIN had the ability to control the price of tantalum capacitors sold by NEC TOKIN AMERICA but otherwise denies the allegations in this paragraph of the Complaint.

240.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that NEC TOKIN had the ability to control the price of tantalum capacitors sold by NEC TOKIN AMERICA but otherwise denies the allegations in this paragraph of the Complaint.

241.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

242.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

243.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

244.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

245.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

246.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

247.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

248.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

249.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

250.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

251.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

252.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

253.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

254.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

255.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

34

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

256. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

257. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

258. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

259. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

260. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

261. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

262. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

263. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

264. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

265. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

266. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

267. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

268. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

269. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

270.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

271.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

272.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

273.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

274.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

275.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

276.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

277.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

278.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

279.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

280.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

281.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

282.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

283.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

36

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

284. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

285. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

286. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

287. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

288. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

289. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

290. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

291. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

292. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

293. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

294. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

295. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

296. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

297. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

298.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

299.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

300.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

301.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

302.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

303.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

304.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

305.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

306.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

307.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

308.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

309.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

310.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

311.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

312. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in these paragraphs of the Complaint and on that basis denies them.

313. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

314. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

315. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

316. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

317. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

318. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

319. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

320. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

321. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

Gibson, Dunn & Crutcher LLP

NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

322. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

323. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

324. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

325. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

326. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

327. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC

Gibson, Dunn &
Crutcher LLP

TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

328.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

329.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that it has significant experience manufacturing and selling tantalum capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

330.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

331.    NEC TOKIN AMERICA admits that some raw materials necessary to manufacture certain types of capacitors are available only from limited suppliers, but otherwise denies the allegations in this paragraph of the Complaint.

332.    NEC TOKIN AMERICA admits that tantalum is used to produce tantalum capacitors, but otherwise denies the allegations in this paragraph of the Complaint.

333.    NEC TOKIN AMERICA admits that tantalum has been designated a "conflict mineral" subject to certain reporting requirements, but otherwise denies the allegations in this paragraph of the Complaint.

334.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

335.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

336.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

337.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

338.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that KEMET Electronics Corporation sells certain capacitors manufactured by NEC TOKIN, but otherwise denies the allegations in this paragraph of the Complaint.

339.    NEC TOKIN AMERICA admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

340.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

341.    NEC TOKIN AMERICA admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

342.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN AMERICA admits that in some circumstances certain capacitors manufactured by some capacitor manufacturers may be substituted for certain capacitors manufactured by a different manufacturer, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

343. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

344. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

345. NEC TOKIN AMERICA admits that capacitors are often a comparatively inexpensive cost input in electrical devices, and admits that some capacitors are used in the production of high-cost electronic products, some of which are sold in the United States, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

346. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

347. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

348. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

349. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

350. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC

Gibson, Dunn &
Crutcher LLP

1    TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

2    allegations in this paragraph of the Complaint and on that basis denies them.

3          351.    This paragraph of the Complaint contains characterizations, legal argument, and

4    conclusions to which no response is necessary.  To the extent that a response is required, NEC

5    TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

6    allegations in this paragraph of the Complaint and on that basis denies them.

7          352.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

8    about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

9          353.    To the extent that this paragraph of the Complaint is referencing documents, those

10   documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information

11   sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on

12   that basis denies them.

13         354.    This paragraph of the Complaint contains characterizations, legal argument, and

14   conclusions to which no response is necessary.  To the extent that a response is required, NEC

15   TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

16   allegations in this paragraph of the Complaint and on that basis denies them.

17         355.    This paragraph of the Complaint contains characterizations, legal argument, and

18   conclusions to which no response is necessary.  To the extent that a response is required, NEC

19   TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

20   allegations in this paragraph of the Complaint and on that basis denies them.

21         356.    This paragraph of the Complaint contains characterizations, legal argument, and

22   conclusions to which no response is necessary.  To the extent that a response is required, NEC

23   TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

24   allegations in this paragraph of the Complaint and on that basis denies them.

25         357.    This paragraph of the Complaint contains characterizations, legal argument, and

26   conclusions to which no response is necessary.  To the extent that a response is required, NEC

27   TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the

28   allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN

Gibson, Dunn &
Crutcher LLP

AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

358. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

359. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

360. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

361. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

362. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

363. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

364. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

365. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

366. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

367. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

368. This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary. To the extent that a response is required, NEC TOKIN AMERICA admits that NEC TOKIN is incorporated in Japan, and that NEC TOKIN AMERICA is a wholly owned subsidiary of NEC TOKIN. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

369. NEC TOKIN AMERICA admits that industry analysts have provided some information regarding capacitors. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

370.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

371.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

372.    NEC TOKIN AMERICA admits that the United States (through the Antitrust Division of the United States Department of Justice) has intervened in this case, and has made statements that speak for themselves regarding its investigations in the United States concerning the capacitors industry. NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph of the Complaint and on that basis denies them.

373.    To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

374.    NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

375.    This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  To the extent that a response is

Gibson, Dunn &
Crutcher LLP

required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

376.     This paragraph of the Complaint contains characterizations, legal argument, and conclusions to which no response is necessary.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

377.     To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

378.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

379.     To the extent that this paragraph of the Complaint is referencing documents, those documents state whatever they state.  NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

380.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

381.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

382.     NEC TOKIN AMERICA admits the allegations in this paragraph of the Complaint.

383.     NEC TOKIN AMERICA admits the allegations in this paragraph of the Complaint.

384.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

385.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

Gibson, Dunn &
Crutcher LLP

48

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

386.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

387.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

388.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

389.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

390.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

391.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

392.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

393.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

394.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

395.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1   396.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

2   about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

3   397.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

4   about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

5   398.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

6   about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

7   NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

8   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

9   them.

10   399.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

11   about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

12   NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

13   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

14   them.

15   400.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

16   about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

17   NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

18   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

19   them.

20   401.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

21   about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

22   402.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

23   about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

24   403.   NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief

25   about the truth of the allegations in this paragraph of the Complaint relating to defendants other than

26   NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this

27   paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies

28   them.

Gibson, Dunn &
Crutcher LLP

50
ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

404.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

405.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

406.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

407.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them.

408.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA admits that after floods destroyed the manufacturing plant of NEC TOKIN's Thai subsidiary in 2011, NEC TOKIN attributed production delays to the destruction of that manufacturing plant, but otherwise denies the allegations in this paragraph of the Complaint.

409.     NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

410.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them.

Gibson, Dunn &
Crutcher LLP

To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

411. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

412. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

413. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

414. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

415. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

416. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

417. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

418. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

52

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

419.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

420.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

421.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

422.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

423.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

424.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

425.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

426.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

427.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

428.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

429.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

430.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.  To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

431.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.  To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

432.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.  To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

433.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.  To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

434.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or

Gibson, Dunn & Crutcher LLP

information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint and on that basis denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

435. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

436. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

437. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn &
Crutcher LLP

55

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

438. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.

439. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

440. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to defendants other than NEC TOKIN AMERICA and on that basis denies them. To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

441. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint. To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

442.    This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph of the Complaint relating to person and entities Other than NEC TOKIN AMERICA and on that basis denies them.  To the extent the allegations in this paragraph of the Complaint relate to NEC TOKIN AMERICA, NEC TOKIN AMERICA denies them.  To the extent that this paragraph of the Complaint states allegations by Flextronics, NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

443.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

444.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

445.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

446.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

447.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

448.    This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

449.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

450.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

451.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

452.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

453.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

454.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

455.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

456.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

457.     This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

458. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

459. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

460. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

461. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

462. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

463. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

464. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

465. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

466. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

467. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

468. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

469. This paragraph of the Complaint states allegations by Flextronics; NEC TOKIN AMERICA states that Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

## XIII. DEMAND FOR JUDGMENT

A. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

B. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

C. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

D. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

E. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

F. This paragraph of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

Gibson, Dunn & Crutcher LLP

G.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

H.     This paragraph of the Complaint sets forth legal conclusions to which no response is required.  To the extent that a response is required, NEC TOKIN AMERICA denies the allegations in this paragraph of the Complaint.

I.     This paragraph of the Complaint states legal conclusions by Flextronics.  Flextronics has not brought a claim against NEC TOKIN AMERICA, and therefore no response is necessary.

## AFFIRMATIVE AND OTHER DEFENSES

As stated in its Answer above, NEC TOKIN AMERICA does not admit any liability, or that Plaintiffs or any members of the alleged class have been injured or damaged in any way, or that Plaintiffs or any members of the alleged class are entitled to any relief whatsoever.  Nevertheless, NEC TOKIN AMERICA pleads in the alternative the following affirmative defenses.  NEC TOKIN AMERICA does not assume the burden of proof for any issue as to which applicable law places the burden upon Plaintiffs and members of the alleged class.  As affirmative and other defenses to the averments contained in the Complaint, NEC TOKIN AMERICA states as follows:

1.     The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by the applicable statutes of limitations.  15 U.S.C. § 15b.  Plaintiffs filed this action on July 18, 2014.  If and to the extent there was a violation of Section 1 of the Sherman Act prior to July 18, 2010, which NEC TOKIN AMERICA denies, Plaintiffs and the members of the alleged class failed to bring this action within four years after the cause of action accrued.

3.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the Complaint fails to plead conspiracy or fraud with the particularity required under applicable law.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; CASE NO.: 3:14-CV-03264-JD

4.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the Complaint fails to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure or under other applicable law.

5.     Plaintiffs and the members of the alleged class lack standing (whether constitutional or required by statute) to bring this action.

6.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because Plaintiffs and the members of the alleged class have suffered no antitrust injury.

7.     Plaintiffs' claims and the claims of the members of the alleged class may not properly be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure.

8.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the named Plaintiffs are not proper class representatives.

9.     Plaintiffs' claims and the claims of the members of the alleged class are improperly joined within the meaning of the Federal Rule of Civil Procedure 20 or 23 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

10.     To the extent the Complaint seeks relief with respect to purchases of capacitors outside of the United States, Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.  Such purchases do not constitute import trade or commerce; nor do such purchases have a direct, substantial, and reasonably foreseeable effect on trade or commerce that is not trade or commerce with foreign nations or on import trade or commerce; nor do they give rise to a claim under the Sherman Act.

11.     Plaintiffs attempt to allege a conspiracy spanning eleven or more years that they claim resulted in their paying higher prices for the products in issue.  Plaintiffs allege no facts that explain or justify their delay in bringing this lawsuit.  To the extent Plaintiffs and the members of the alleged class could have brought essentially the same suit years earlier, Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by estoppel and laches.

Gibson, Dunn &
Crutcher LLP

12.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, to the extent Plaintiffs or members of the alleged class would be unjustly enriched if they were allowed to recover any part of the alleged damages.

13.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, because the alleged damages, if any, are too remote or speculative to allow recovery, and because of the impossibility of ascertaining and allocating those alleged damages with reasonable certainty.

14.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent any recovery by Plaintiffs or members of the alleged class would be duplicative of recovery by other plaintiffs and other lawsuits, subjecting NEC TOKIN AMERICA to the possibility of multiple recovery; such recovery is barred by the Fifth and Eighth Amendments to the United States Constitution.

15.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent their alleged damages were caused solely or proximately by market conditions or the acts and omissions of others and were not the result of any act or omission attributable to the defendants.

16.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent Plaintiffs or members of the alleged class failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.  Alternatively, any damages sustained by Plaintiffs and members of the alleged class, which NEC TOKIN AMERICA denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs and the members of the alleged class exercised reasonable diligence in mitigating their damages.

17.     Plaintiffs' claims and the claims of the members of the alleged class are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

18.     Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent the actions or practices of NEC TOKIN AMERICA that are subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of NEC TOKIN AMERICA's

Gibson, Dunn & Crutcher LLP

independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between NEC TOKIN AMERICA and any other person or entity.

19. Plaintiffs' claims and the claims of the members of the alleged class against NEC TOKIN AMERICA are barred to the extent Plaintiffs and the members of the alleged class have agreed to arbitration, agreed to a different forum for the resolution of their claims, or waived a jury trial. This Court lacks jurisdiction to adjudicate any claim covered by any such agreement.

20. Without admitting the existence of the conspiracy as alleged in the Complaint, NEC TOKIN AMERICA is entitled to set off against any award of damages any amounts paid to Plaintiffs or the members of the alleged class by any person or entity other than NEC TOKIN AMERICA who has settled, or does settle, Plaintiffs' claims or the claims of the members of the alleged class.

21. Plaintiffs' claims and the claims of the members of the alleged class for injunctive relief are barred to the extent Plaintiffs or the members of the alleged class have available an adequate remedy at law and there is no threat of present, future, or continuing harm, and to the extent injunctive relief otherwise is inequitable.

22. Plaintiffs' claims and the claims of the members of the alleged class are barred to the extent that Plaintiffs and the members of the alleged class did not purchase capacitors directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

23. NEC TOKIN AMERICA adopts by reference any defense pleaded by any other defendant not otherwise expressly set forth herein.

24. NEC TOKIN AMERICA hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pre-trial proceedings in this case, and hereby reserves its rights to amend this Answer and assert such defenses.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), NEC TOKIN AMERICA demands a trial by jury of all the claims asserted in the Complaint and in NEC TOKIN AMERICA's affirmative defenses that are triable by jury.

# DEMAND FOR JUDGMENT

WHEREFORE, NEC TOKIN AMERICA respectfully requests that the Court enter judgment for it by adjudicating and decreeing:

(a)     That Plaintiffs' Complaint as to NEC TOKIN AMERICA be dismissed with prejudice;

(b)     That judgment be entered in favor of NEC TOKIN AMERICA;

(c)     That this action may not proceed as a class action under Federal Rule of Civil Procedure 23;

(d)     That Plaintiffs and the members of the alleged class are not entitled to equitable relief;

(e)     That NEC TOKIN AMERICA be awarded the costs, expenses, and disbursements incurred by it in defending this action;

(f)     That NEC TOKIN AMERICA be awarded prejudgment interest, as appropriate; and

(g)     For such other relief that the Court deems just and proper.


Date: August 6, 2015                                  GIBSON, DUNN & CRUTCHER LLP

                                                      */s/ George A. Nicoud III*
                                                      GEORGE A. NICOUD III, SBN 106111

                                                      AUSTIN V. SCHWING, SBN 211696
                                                      ELI M. LAZARUS, SBN 284082
                                                      tnicoud@gibsondunn.com
                                                      aschwing@gibsondunn.com
                                                      elazarus@gibsondunn.com
                                                      GIBSON, DUNN & CRUTCHER LLP
                                                      555 Mission Street, Suite 3000
                                                      San Francisco, CA 94105-0921
                                                      Telephone:     415.393.8200
                                                      Facsimile:     415.393.8306

                                                      MATTHEW PARROTT, SBN 302731
                                                      mparrott@gibsondunn.com
                                                      GIBSON, DUNN & CRUTCHER LLP
                                                      3161 Michelson Drive
                                                      Irvine, CA 92612-4412
                                                      Telephone:     949.451.3800
                                                      Facsimile:     949.451.4220

                                                      *Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

101973530.3

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I caused to be electronically filed the following ANSWER AND AFFIRMATIVE DEFENSES OF NEC TOKIN AMERICA, INC. TO SECOND AMENDED CONSOLIDATED COMPLAINT with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

By:   /s/ Matthew Parrott
                    Matthew Parrott

Gibson, Dunn &
Crutcher LLP