Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  212-497-7758
Facsimile:  212-999-5899
jjacobson@wsgr.com

*Counsel for Defendant Hitachi Chemical Co. America, Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Master File No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO:** **ALL INDIRECT PURCHASER ACTIONS** | **DEFENDANT HITACHI CHEMICAL CO. AMERICA, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL HITACHI CHEMICAL CO. AMERICA, LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED COMPLAINT** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Hitachi Chemical Co. America, Ltd. ("HCA") hereby moves the court to file under seal HCA's Reply in Support of Motion to Dismiss the Indirect Purchaser Plaintiffs' Second Consolidated Complaint ("IPP-SCC").  As explained in greater detail in the Declaration of Jeffrey C. Bank ("Bank Declaration"), filed herewith, HCA's motion quotes a redacted portion of "IPP-SCC" that remains filed under seal.  *See* ECF No. 740.

A redacted version of HCA's Reply in Support of Motion to Dismiss has been electronically filed on the public docket.  An unredacted version has been electronically submitted to the Court under seal pursuant to Civil Local Rule 79-5.  HCA will serve both versions on Plaintiffs and all other Defendants.

For reasons described in the Bank Declaration, HCA takes no position on whether the redacted portion of IPP-SCC is sealable, but files this administration motion out of the abundance of caution and adherence to the Civil Local Rules.

DATED:  September 1, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      *s/ Jonathan M. Jacobson*
              Jonathan M. Jacobson

Jonathan M. Jacobson
Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
Justin A. Cohen (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7758
Facsimile:  (212) 999-5899
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

Jeff VanHooreweghe (admitted *pro hac vice*)
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Telephone:  (202) 973-8825
Facsimile:  (202) 973-8899
jvanhooreweghe@wsgr.com

*Counsel for Defendant Hitachi Chemical Co. America, Ltd.*