1  JACKLIN CHOU LEM (CSBN 255293)
   ALEXANDRA J. SHEPARD (CSBN 205143)
2  HOWARD J. PARKER (WASBN 07233)
   KAREN J. SHARP (TXSBN 02049500)
3  ANDREW J. NICHOLSON-MEADE (CSBN 284070)
4  PARADI JAVANDEL (CSBN 295841)
   U.S. Department of Justice
5  Antitrust Division
   450 Golden Gate Avenue
6  Box 36046, Room 10-0101
7  San Francisco, CA 94102
   Telephone: (415) 934-5300
8  jacklin.lem@usdoj.gov

9

10  Attorneys for the United States

11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  IN RE: CAPACITORS                    **UNITED STATES' NOTICE OF**
    ANTITRUST LITIGATION                 **RELATED CASE**
17

18

19                                       No. 3:14-CV-03264-JD
                                         Filed: July 18, 2014
20

21  _____

22  UNITED STATES OF AMERICA

23                                       No. CR 15-0426-RS
             v.                          Filed: September 2, 2015
24

25  NEC TOKIN CORP.,

26              Defendant.

27

28

U.S.'s NOTICE OF RELATED CASE (NEC TOKIN)
Case No. 3: 14-cv-03264-JD

1

1       The United States files, under Crim. L.R. 8-1, this Notice of Related Case for *In re:*

2 *Capacitors Antitrust Litigation*, No. 14-CV-03264-JD, and *United States v. NEC TOKIN Corp.,*

3 No. CR 15-0426-RS.  In the civil matter, *In re: Capacitors Antitrust Litigation*, plaintiffs allege,

4 in part, that various manufacturers of electrolytic capacitors engaged in anticompetitive conduct

5 in violation of 15 U.S.C. § 1.  In the criminal matter, *United States v. NEC TOKIN Corp.*, NEC

6 TOKIN is charged with violating 15 U.S.C. § 1, due to its participation in a conspiracy to fix

7 prices and rig bids of electrolytic capacitors.  These two cases should be related because they

8 involve the same anticompetitive electrolytic capacitors conspiracy, NEC TOKIN is a defendant

9 in both cases, and there is a substantial overlap in the alleged events and transactions.

10 Assignment of these two cases to the same judge will conserve judicial resources and promote an

11 efficient determination of the action.

12

13

14 DATED: September 2, 2015                Respectfully submitted,

15

16                               */s/ Jacklin Chou Lem*

                              Jacklin Chou Lem

17                               Trial Attorney

                              United States Department of Justice

18                               Antitrust Division

19

20

21

22

23

24

25

26

27

28

U.S.'s NOTICE OF RELATED CASE (NEC TOKIN)
Case No. 3: 14-cv-03264-JD