JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WASBN 07233)
KAREN J. SHARP (TXSBN 02049500)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CAPACITORS ANTITRUST LITIGATION | **UNITED STATES' NOTICE OF RELATED CASE** <br><br> No. 3:14-CV-03264-JD <br> Filed: July 18, 2014 |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> NEC TOKIN CORP., <br><br> Defendant. | No. CR 15-0426-RS <br> Filed: September 2, 2015 |

1   The United States files, under Crim. L.R. 8-1, this Notice of Related Case for *In re:*
2   *Capacitors Antitrust Litigation*, No. 14-CV-03264-JD, and *United States v. NEC TOKIN Corp.*,
3   No. CR 15-0426-RS.  In the civil matter, *In re: Capacitors Antitrust Litigation*, plaintiffs allege,
4   in part, that various manufacturers of electrolytic capacitors engaged in anticompetitive conduct
5   in violation of 15 U.S.C. § 1.  In the criminal matter, *United States v. NEC TOKIN Corp.*, NEC
6   TOKIN is charged with violating 15 U.S.C. § 1, due to its participation in a conspiracy to fix
7   prices and rig bids of electrolytic capacitors.  These two cases should be related because they
8   involve the same anticompetitive electrolytic capacitors conspiracy, NEC TOKIN is a defendant
9   in both cases, and there is a substantial overlap in the alleged events and transactions.
10  Assignment of these two cases to the same judge will conserve judicial resources and promote an
11  efficient determination of the action.

14  DATED: September 2, 2015                    Respectfully submitted,

                                                */s/ Jacklin Chou Lem*
                                                Jacklin Chou Lem
                                                Trial Attorney
                                                United States Department of Justice
                                                Antitrust Division