UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CAPACITORS ANTITRUST LITIGATION.

Case No. 14-cv-03264-JD

**ORDER SETTING AGENDA FOR MOTIONS HEARING AND STATUS CONFERENCE ON 9/30/15**

The Court sets the following agenda for the motions hearing and status conference to be held on September 30, 2015, at 10 a.m.:

I.  HEARING ON DEFENDANTS' MOTIONS TO DISMISS COMPLAINTS

   A.  The Court intends to hear argument only on the issue of whether the indirect purchaser plaintiffs' non-California claims should be dismissed because of a lack of Article III standing or because there are not enough alleged contacts with the thirty-one states. *See* Dkt. No. 793 at 1-7.

   B.  The other pending motions to dismiss the DPPs and Flextronics' and the IPPs' complaints (Dkt. Nos. 787, 788, 792, 790 and the remainder of 793) will be decided on the papers pursuant to Civil Local Rule 7-1(b).

II. HEARING ON FLEXTRONICS' MOTION TO COMPEL ACCESS AND MODIFY ORDER

   A.  The Court will hear argument on Flextronics' motion. Dkt. No. 869.

III. DISCUSSION RE PENDING MOTIONS TO RELATE

   A.  The Court intends to solicit views on the pending motions to relate, Dkt. Nos. 859, 871, and discuss with the parties (and the government) more generally whether the newly-filed resisters cases should be related to this action.

//

//

//

//

IV. STATUS CONFERENCE

    A. The Court will then take up and resolve the requests and (ripe) disputes identified by the parties' joint status conference statement.  Dkt. No. 891.

**IT IS SO ORDERED.**

Dated:  September 25, 2015

_____
JAMES DONATO
United States District Judge

2