JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WASBN 07233)
KAREN J. SHARP (TXSBN 02049500)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5334
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD <br><br> **UNITED STATES' ADMINISTRATIVE MOTION TO FILE *EX PARTE* AND UNDER SEAL LETTER TO COURT RE MOTIONS TO RELATE RESISTORS TO CAPACITORS** <br><br> Date: September 30, 2015 <br> Time: 10:00 a.m. <br> Judge: Honorable James Donato |

1

1    The United States moves, under Civil Local Rules 7-10 (governing *ex parte* motions in
2 civil cases) and 79-5 (governing sealed documents in civil cases), for leave to file *ex parte* and
3 under seal the United States' September 29, 2015 letter to the Court regarding the pending
4 motions to relate the resistors cases to the capacitors case. The United States' letter, which the
5 Court has invited the United States to submit (*see* Dkt. 892 setting agenda for September 30,
6 2015 status conference), contains information about ongoing grand jury investigation that is
7 secret and confidential. Federal Rule of Criminal Procedure 6(e) recognizes the government's
8 interest in grand jury secrecy and protects such information from public disclosure. *United*
9 *States v. Index Newspapers LLC*, 766 F.3d 1072, 1086-88 (9th Cir. 2014).

10    Accompanying this motion is the Declaration of Jacklin Chou Lem and a proposed order.
11 Pursuant to the Court's Standing Order for Civil Cases, the United States provides the following
12 chart:

| Document | Portion to be Sealed |
|---|---|
| United States' September 29, 2015 Letter to the Court Re: Motions to Relate Resistors to Capacitors | To be sealed in its entirety |

Dated: September 29, 2015                              Respectfully Submitted,


                                                       */s/ Jacklin Chou Lem*
                                                       JACKLIN CHOU LEM
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Antitrust Division

2

U.S.' ADMIN. MOTION TO FILE *EX PARTE* AND
UNDER SEAL LETTER TO COURT RE MOTIONS
TO RELATE RESISTORS TO CAPACITORS