**Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 14-CV-03264-JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING NON-PARTY<br>DISCOVERY** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

1  This Stipulation and Order Regarding Non-Party Discovery ("Order") shall govern the parties in the above-captioned case and all actions that are later coordinated or consolidated with this case (collectively, the "Litigation").

2  1. Any and all definitions set forth in this Order are solely relevant and applicable for purposes of this Order and the construction and interpretation thereof.

3  2. The term "Discovery Materials" shall mean any documents, data, or electronically stored information or "ESI," or tangible things received from any non-party to this Litigation in response to a discovery or information request served or submitted on a non-party to this Litigation, including, but not limited to, a subpoena or informal document or data request.

4  3. The term "Receiving Party" shall mean a party that receives Discovery Materials.

5  4. If the Receiving Party is a Plaintiff, the "Designated Party" shall be counsel for one Defendant to be identified within one week of execution of this Stipulation. If the Receiving Party is a Defendant, the "Designated Party" shall be lead counsel for the Indirect Purchaser Plaintiffs and/or lead counsel for the Direct Purchaser Plaintiffs, depending on the action to which the Discovery Materials pertain.

6  5. The Receiving Party shall promptly serve any Discovery Materials as defined above upon the Designated Party, and in no event later than seven business days after receipt of the Discovery Materials.

7  6. If the Receiving Party intends to utilize the Discovery Materials prior to the deadline for service set forth in Paragraph 5 in connection with motion practice, depositions, or appearances before, or submissions to, the Court, the Receiving Party shall serve the Discovery Materials upon the Designated Parties at least forty-eight (48) hours in advance of such use of the Discovery Materials.

8  7. Discovery Materials shall be served by a Receiving Party on the Designated Parties in the same form and format in which they were received from the non-party.

8. Any Receiving Party that has obtained any Discovery Materials as defined above prior to the execution of this Order shall serve such Discovery Materials upon the Designated Parties within five business days after this Order is so-ordered by the Court.

9. Nothing in this Stipulation shall constitute a waiver or admission by any party, except as stated in this Stipulation, and all defenses, including, but not limited to, the defense of lack of personal jurisdiction, are preserved.

10. This Order is binding on all parties to Master File No. 14-CV-03264, including all current or future parties. This Order may be modified only by stipulation and order, or by order of the Court for good cause shown.

The undersigned parties jointly and respectfully request that the Court enter this Proposed Order as an order.

**IT IS SO STIPULATED**, through Counsel of Record.

Date: September 22, 2015         JOSEPH SAVERI LAW FIRM, INC

By: */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          apurdy@saverilawfirm.com
          mweiler@saverilawfirm.com
          jdallal@saverilawfirm.com
          rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

Date: September 22, 2015         COTCHETT PITRE & McCARTHY, LLP

| | | |
|---|---|---|
| 1 | | By: _/s/ Steven N. Williams_ |
| 2 | | Steven N. Williams |
| 3 | | Joseph W. Cotchett (State Bar No. 36324) |
| | | Steven N. Williams (State Bar No. 175489) |
| 4 | | Elizabeth Tran (State Bar No. 280502) |
| | | Joyce Chang (State Bar No. 300780) |
| 5 | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, California 94010 |
| 6 | | Telephone: (650) 697-6000 |
| | | Facsimile: (650) 697-0577 |
| 7 | | Email:   jcotchett@cpmlegal.com |
| 8 | | swilliams@cpmlegal.com |
| | | etran@ cpml egal .com |
| 9 | | jchang@cpmlegal. com |
| 10 | | *Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |
| 11 | | |
| 12 | Date:  September 22, 2015 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC |
| 13 | | |
| 14 | | By: _/s/ Bruce D. Sokler_ |
| 15 | | Bruce D. Sokler |
| 16 | | Bruce D. Sokler (*admitted pro hac vice*) |
| 17 | | 701 Pennsylvania Avenue NW Suite 900 |
| | | Washington, DC 20004 |
| 18 | | 202-434-7303 |
| | | Fax: 202-434-7400 |
| 19 | | Email:  bdsokler@mintz.com |
| 20 | | *Attorneys for Defendant AVX Corporation* |
| 21 | Date:  September 22, 2015 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 22 | | |
| 23 | | |
| 24 | | By: _/s/ Heather S. Tewksbury_ |
| | | Heather S. Tewksbury |
| 25 | | |
| 26 | | Heather S. Tewksbury |
| | | 950 Page Mill Road |
| 27 | | Palo Alto, CA 94304 |
| | | (650) 858-6134 Fax:(650) 858-6100 |
| 28 | | Email:  heather.tewksbury@wilmerhale.com |

-3-

|   |   |   |
|---|---|---|
| 1 | | *Attorney for Defendants Elna Co. Ltd. and Elna America Inc.* |
| 2 | | |
| 3 | Date:  September 22, 2015 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 4 | | |
| 5 | | By:        */s/ Jonathan M. Jacobson*       <br>           Jonathan M. Jacobson |
| 6 | | |
| 7 | | Jonathan M. Jacobson<br>Chul Pak (*admitted pro hac vice*) |
| 8 | | Jeffrey C. Bank (*admitted pro hac vice*)<br>Justin A. Cohen (*admitted pro hac vice*) |
| 9 | | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 10 | | Telephone:  (212) 497-7758<br>Facsimile:  (212) 999-5899 |
| 11 | | jjacobson@wsgr.com |
| 12 | | cpak@wsgr.com<br>jbank@wsgr.com |
| 13 | | jcohen@wsgr.com |
| 14 | | Jeff VanHooreweghe (admitted pro hac vice) |
| 15 | | 1700 K Street, N.W., Fifth Floor<br>Washington, DC 20006 |
| 16 | | Telephone:  (202) 973-8825<br>Facsimile:  (202) 973-8899 |
| 17 | | jvanhooreweghe@wsgr. com |
| 18 | | *Attorneys for Defendants Hitachi Chemical* |
| 19 | | *Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC* |
| 20 | | *Incorporated* |
| 21 | Date:  September 22, 2015 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 22 | | |
| 23 | | By:        */s/ Roxane A. Polidora*       |
| 24 | | Roxane A. Polidora |
| 25 | | Roxane A. Polidora (CA Bar No. 135972) |
| 26 | | Jacob R. Sorensen (Ca Bar No. 209134)<br>Four Embarcadero Center, 22nd Floor |
| 27 | | San Francisco, CA 94111<br>Telephone: (415) 983-1000 |
| 28 | | Email:  roxane.polidora@pillsburylaw.com |

-4-

|   |   |   |
|---|---|---|
| 1 | | jake.sorensen@pillsburylaw.com |
| 2 | | *Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* |
| 4 | Date:  September 22, 2015 | DENTONS US LLP |
| 6 | | By: _____ */s/ Bonnie Lau* _____<br>Bonnie Lau |
| 7-10 | | Bonnie Lau<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>415-882-5000<br>Fax:  415- 882-0300<br>Email: bonnie.lau@dentons.com |
| 11 | | *Attorneys for Defendant Matsuo Electric Co., Ltd.* |
| 12 | Date:  September 22, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 14 | | By: _____ */s/ George A. Nicoud III* _____<br>George A. Nicoud III |
| 16-21 | | GEORGE A. NICOUD III, SBN 106111<br>AUSTIN V. SCHWING, SBN 211696<br>ELI M. LAZARUS, SBN 284082<br>aschwing@gibsondunn.com<br>tnicoud@gibsondunn.com<br>elazarus@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306 |
| 22-25 | | MATTHEW PARROTT, SBN 302731<br>mparrott@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone:  949.451.3800<br>Facsimile:  949.451.4220 |
| 26-27 | | *Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.* |
| 28 | Date:  September 22, 2015 | K&L GATES LLP |

-5-

| | |
|---|---|
| 1 | |
| 2 | By: _____*/s/ Michael E. Martinez*_____ |
| 3 | Michael E. Martinez |
| 4 | Scott M. Mendel (*pro hac vice*) |
|   | Steven M. Kowal (*pro hac vice*) |
| 5 | Michael E. Martinez (*pro hac vice*) |
|   | Lauren N. Norris (*pro hac vice*) |
| 6 | Lauren B. Salins (*pro hac vice*) |
| 7 | 70 West Madison Street, Suite 3100 |
|   | Chicago, IL 60602 |
| 8 | Telephone:  (312) 372-1121 |
|   | Facsimile:  (312) 827-8000 |
| 9 | |
| 10 | *Counsel for Defendants Nichicon Corporation, Nichicon (America) Corporation, and FPCAP* |
| 11 | *Electronics (Jeffrey L. Kessler Suzhou) Co., Ltd.* |
| 12 | Date:  September 22, 2015       WINSTON & STRAWN LLP |
| 13 | |
| 14 | By: _____*/s/ Jeffrey L. Kessler*_____ |
|    | Jeffrey L. Kessler |
| 15 | |
| 16 | Jeffrey L. Kessler (pro hac vice) |
|    | A. Paul Victor (pro hac vice) |
| 17 | Molly M. Donovan (pro hac vice) |
|    | Mollie C. Richardson (pro hac vice) |
| 18 | 200 Park Avenue |
|    | New York, New York 10166 |
| 19 | Telephone:  (212) 294-4698 |
|    | Facsimile:  (212) 294-4700 |
| 20 | jkessler@winston.com |
|    | pvictor@winston.com |
| 21 | mmdonovan@winston.com |
|    | mrichardson@winston.com |
| 22 | |
| 23 | Ian L. Papendick (State Bar No. 275648) |
|    | 101 California Street |
| 24 | San Francisco, CA 94111 |
|    | Tel:  (415) 591-6905 |
| 25 | Fax: (415)591-1400 |
|    | ipapendick@winston.com |
| 26 | |
| 27 | *Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO* |
| 28 | *Electric Co., Ltd., and SANYO North America* |

|     | | |
| --- | --- | --- |
| 1   | | *Corporation* |
| 2   | Date:  September 22, 2015 | O'MELVENY & MYERS LLP |
| 3   | | |
| 4   | | By:   */s/ Michael F. Tubach* |
| 5   | | Michael F. Tubach |
| 6   | | Michael F. Tubach (SBN 145955)<br>Christina J. Brown (SBN 242130) |
| 7   | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3305 |
| 8   | | Telephone: (415) 984-8700<br>Facsimile:  (415) 984-8701 |
| 9   | | Email:  mtubach@omm.com<br>Email:  cjbrown@omm.com |
| 10  | | |
| 11  | | Kenneth R. O'Rourke (SBN 120144 )<br>400 South Hope Street, 18th Floor |
| 12  | | Los Angeles, CA 90071<br>Telephone:  (213) 430-6000 |
| 13  | | Facsimile:  (213) 430-6407<br>Email:  korourke@omm.com |
| 14  | | |
| 15  | | *Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC* |
| 16  | Date:  September 22, 2015 | HUNTON AND WILLIAMS LLP |
| 17  | | |
| 18  | | By:   */s/ Djordje Petkoski* |
| 19  | | Djordje Petkoski |
| 20  | | Djordje Petkoski<br>2200 Pennsylvania Avenue, NW |
| 21  | | Washington, DC 20037<br>202-955-1500 |
| 22  | | Email:  dpetkoski@hunton.com |
| 23  | | *Attorneys for Defendants Rubycon Corporation and* |
| 24  | | *Rubycon America Inc.* |
| 25  | Date:  September 22, 2015 | CADWALADER, WICKERSHAM & TAFT LLP |
| 26  | | |
| 27  | | By:   */s/ Charles F. Rule* |
| | | Charles F. Rule |
| 28  | | |

-7-

|   |   |
|---|---|
| 1 | Charles F. Rule (admitted pro hac vice) |
| 2 | Joseph J. Bial (admitted pro hac vice) |
|   | Daniel J. Howley (admitted pro hac vice) |

Charles F. Rule (admittedpro hac vice)
Joseph J. Bial (admittedpro hac vice)
Daniel J. Howley (admitted pro hac vice)
700 6th St, NW
Washington, DC 20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
daniel.howley@cwt.com

*Attorneys for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.*

Date:  September 22, 2015        BONA LAW PC


By:_____ */s/ Jarod M. Bona*_____
          Jarod M. Bona

Jarod M. Bona
Aaron R. Gott
One Metro Center
4275 Executive Square, #200
La Jolla, California 92037
Telephone:  858.964.4589
Facsimile: 858.964.2301
Email:  jarod.bona@bonalawpc.com
Email:  aaron.gott@bonalawpc.com

*Attorneys for Taitsu Corporation and Taitsu America, Inc.*

Date:  September 22, 2015        MORRISON & FOERSTER LLP


By:_____ */s/ Paul T. Friedman*_____
          Paul T. Friedman

Paul T. Friedman
Michael P. Kniffen
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile: 415.268.7522
Email:  PFriedman@mofo.com
Email:  MKniffen@mofo.com

-8-

Master File  No. 14-CV-03264        STIPULATION AND [PROPOSED] ORDER RE: NON-PARTY DISCOVERY

| | |
|---|---|
| | Jeffrey A. Jaeckel |
| | 2000 Pennsylvania Avenue, NW Suite 6000 |
| | Washington, District of Columbia 20006-1888 |
| | Telephone:  202.887.1500 |
| | Facsimile:  202.887.0763 |
| | Email:  JJaeckel@mofo.com |
| | |
| | *Attorneys for Defendants Fujitsu Limited,* |
| | *Fujitsu Semiconductor America, Inc., and* |
| | *Fujitsu Components America, Inc.* |
| Date:  September 22, 2015 | JONES DAY |
| | |
| | By:         */s/ Eric P. Enson* |
| | Eric P. Enson |
| | |
| | Jeffrey A. LeVee (State Bar No. 125863) |
| | jlevee@JonesDay.com |
| | Eric P. Enson (State Bar No. 204447) |
| | epenson@JonesDay.com |
| | Rachel H. Zernik (State Bar No. 281222) |
| | rzernik@jonesday.com |
| | 555 South Flower Street, Fiftieth Floor |
| | Los Angeles, CA 90071.2300 |
| | Telephone:  +1.213.489.3939 |
| | Facsimile:  +1.213.243.2539 |
| | |
| | *Counsel for Defendants Holy Stone* |
| | *Enterprise Co., Ltd. and Milestone Global* |
| | *Technology, Inc.* |
| Date:  September 22, 2015 | BAKER & MCKENZIE LLP |
| | |
| | By:         */s/ Darrell Prescott* |
| | Darrell Prescott |
| | |
| | Douglas Tween (admitted *pro hac vice*) |
| | Darrell Prescott (admitted *pro hac vice*) |
| | Catherine Y. Stillman (SBN 252440) |
| | 452 Fifth Avenue |
| | New York, NY 10018 |
| | (212) 626-4355 |
| | Fax:(212)310-1655 |
| | Email:  Douglas.Tween@bakermckenzie.com |
| | Email:  Darrell.Prescott@bakermckenzie.com |

-9-

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Colin H. Murray (SBN 159142)<br>Two Embarcadero Center, 11th Floor |
| 3 | | San Francisco, CA 94111<br>(415) 591-3244 |
| 4 | | Fax:  (415) 576-3099<br>Email: Colin.Murray@bakermckenzie.com |
| 5 | | |
| 6 | | Meghan E. Hausler (*admitted pro hac vice*)<br>2300 Trammell Crow Center |
| 7 | | 2001 Ross Avenue<br>Dallas, TX 75206 |
| 8 | | Telephone:  (214) 965-7219<br>Facsimile:  (214) 965-5937 |
| 9 | | Email:  Meghan.Hausler@bakerm ckenzie.com |
| 10 | | *Attorneys for Defendants Okaya Electric Industries* |
| 11 | | *Co., Ltd. and Okaya Electric America, Inc.* |
| 12 | Date:  September 22, 2015 | HUGHES HUBBARD & REED LLP |
| 13 | | |
| 14 | | By: _____/s/ Ethan E. Litwin_____<br>        Ethan E. Litwin |
| 15 | | |
| 16 | | Ethan E. Litwin (admitted pro hac vice)<br>Sigrid U. Jernudd |
| 17 | | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza |
| 18 | | New York, NY 10004-1482<br>Tel:  (212) 837-6000 |
| 19 | | Fax:  (212) 422-4726<br>Email:  Ethan.Litwin@hugheshubbard.com |
| 20 | | Email:  Sigrid.Jernudd@hugheshubbard.com |
| 21 | | David H. Stern (CA Bar No. 196408) |
| 22 | | Carolin Sahimi (CA Bar No. 260312)<br>Hughes Hubbard & Reed LLP |
| 23 | | 350 South Grand Avenue<br>Los Angeles, CA 90071-3442 |
| 24 | | Tel:  (213) 613-2800<br>Fax:  (213) 613-2950 |
| 25 | | Email:  David.Stern@hugheshubbard.com<br>Email: Carolin.Sahimi@hugheshubbard.com |
| 26 | | |
| 27 | | *Attorneys for Defendants Soshin Electric Co., Ltd.*<br>*and Soshin Electronics of America, Inc.* |
| 28 | | |

-10-

Master File  No. 14-CV-03264    STIPULATION AND [PROPOSED] ORDER RE: NON-PARTY DISCOVERY

| | | |
|---|---|---|
| 1 | Date: September 22, 2015 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: _/s/ Belinda S. Lee_ |
| | | Belinda S. Lee |
| 4 | | |
| 5 | | Belinda S Lee |
| | | Ashley M. Bauer |
| 6 | | 505 Montgomery Street, 20th Floor |
| | | San Francisco, CA 94111 |
| 7 | | Telephone: 415-391-0600 |
| | | Facsimile: 415-395-8095 |
| 8 | | belinda.lee@lw.com |
| | | ashley.bauer@lw.com |
| 9 | | |
| 10 | | *Attorneys for Defendant Nitsuko Electronics Corporation* |
| 11 | Date: September 22, 2015 | DENTONS US LLP |
| 12 | | |
| 13 | | By: _/s/ Gaspare J. Bono_ |
| | | Gaspare J. Bono |
| 14 | | |
| 15 | | Gaspare J. Bono (*admitted pro hac vice*) |
| | | Stephen M. Chippendale (*admitted pro hac vice*) |
| 16 | | Claire M. Maddox (*admitted pro hac vice*) |
| | | 1900 K St., NW |
| 17 | | Washington, DC 20006 |
| | | Tele. : (202) 496-7500 |
| 18 | | Fax: (202) 496-7756 |
| 19 | | Gap.Bono@dentons.com |
| | | Stephen.Chippendale@dentons.com |
| 20 | | Claire.Maddox@dentons.com |
| 21 | | Andrew S. Azarmi (SBN 241407) |
| | | Spear Tower, One Market Plaza, 24th Fl. |
| 22 | | San Francisco, CA 94105 |
| 23 | | Tele.: (415) 267-4000 |
| | | Fax: (415)356-3873 |
| 24 | | Andrew.Azarmi@dentons.com |
| 25 | | |
| | | *Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |
| 26 | | |
| 27 | Date: September 22, 2015 | DAVIS WRIGHT TREMAINE LLP |
| 28 | | |

-11-

|  |  |
|---|---|
| | By: __/s/ Allison A. Davis_____<br>         Allison A. Davis |

Allison A. Davis
Sanjay M. Nangia
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tele.: 415-276-6500
Fax: 415-276-4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Nick S. Verwolf
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
Tele.: 425-646-6125
Fax: 425-646-6199
nickverwolf@dwt.com

*Attorneys for Defendants Shizuki Electric Co., Ltd. and American Shizuki Corporation*

**IT IS SO ORDERED.**

DATED: October 5, 2015                    _____
                                          Hon. James Donato

[Stamp: IT IS SO ORDERED / Judge James Donato / United States District Court Northern District of California]

-12-