# Joseph Saveri Law Firm, Inc.   # Williams Montgomery & John Ltd.

555 MONTGOMERY STREET, SUITE 1210  233 S. WACKER DRIVE, SUITE 6100
SAN FRANCISCO, CALIFORNIA 94111  CHICAGO, IL 60606
TELEPHONE (415) 500-6800  312-443-3286 (CHICAGO)
FACSIMILE (415) 395-9940  202-986-2124 (WASHINGTON, D.C)
WWW.SAVERILAWFIRM.COM  WWW.WILMONT.COM

October 7, 2015

**VIA ECF**

Re: *In re Capacitors Antitrust Litigation*, Master File No. 14-cv-03264-JD

Dear Judge Donato:

Interim Counsel for the Direct Purchaser Plaintiffs Class and Flextronics (collectively, "Counsel") have conferred at length and have reached an agreement in principle with regard to many cost-sharing issues. The terms of the agreement in principle are confidential pursuant to agreement of Counsel. Counsel continue to confer regarding various case-management issues, but expect to reach agreement on those matters as well. Counsel will report further to the Court regarding the continued status of these negotiations within 10 days.

Sincerely,


/s/ *Joseph R. Saveri*                           /s/ *Charles E. Tompkins*

Joseph R. Saveri                                  Charles E. Tompkins

*Interim Lead Class Counsel for Direct*          *Counsel for Flextronics International USA, Inc.*
*Purchaser Plaintiffs*


I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

DATED: October 7, 2015         By:        */s/ Joseph R. Saveri*
                                            Joseph R. Saveri