Matthew R. DalSanto (SBN 282458)
mdalsanto@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400


*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
    [incorrectly named in complaint as Sanyo Electric Group, Ltd.]
*SANYO North America Corporation*
    [incorrectly named in complaint as Sanyo Electronic Device (U.S.A.) Corp.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-cv-03264-JD<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew R. DalSanto of the law firm Winston & Strawn LLP, 101 California Street, Suite 3400, San Francisco, California 94111, hereby enters his appearance on behalf of Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd. (incorrectly named in the complaint as Sanyo Electric Group, Ltd.), and SANYO North America Corporation (incorrectly named in the complaint as Sanyo Electronic Device (U.S.A.) Corp.).

Dated: October 9, 2015                     Respectfully submitted,

By: /s/ Matthew R. DalSanto
Matthew R. DalSanto
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*