# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| **IN RE CAPACITORS ANTITRUST LITIGATION** | Case No. 3:14-cv-03264-JD |
|---|---|
| This Document Relates to:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER REGARDING EFFICIENCY PROPOSALS** |

WHEREAS, the Court set a briefing schedule regarding Defendants' Motion for Summary Judgment Regarding the FTAIA, as follows: October 1, 2015 for Defendants' motions, October 30, 2015 for the Direct Purchaser Plaintiffs ("DPPs"), Flextronics, and the Indirect Purchaser Plaintiffs' ("IPPs") (collectively "Plaintiffs") opposition, November 20, 2015 for Defendants' replies, and a hearing date of December 9, 2015;

WHEREAS, on October 1, 2015 Defendants filed a summary judgment motion against the DPPs and Flextronics (ECF No. 915), supported by twenty (20) fact declarations (ECF Nos. 915-1 through 916-10);

WHEREAS, also on October 1, 2015 Defendants filed a summary judgment motion against the IPPs (ECF No. 911), supported by fourteen (14) fact declarations;

WHEREAS, the DPPS, Flextronics and IPPs desire to take depositions of the fact declarants or otherwise depose the persons most knowledgeable (Fed. R. Civ. P. 30(b)(6)) regarding topics relevant to the declarants' declarations in advance of filing their respective oppositions;

WHEREAS, the parties have met and conferred about a schedule for deposing the witnesses and Defendants are unable to produce all witnesses prior to October 30, 2015, the date by which Plaintiffs must file their oppositions;

WHEREAS, the parties believe a modest adjustment to the briefing schedule on the FTAIA summary judgment motions is necessary to ensure that the witnesses may be deposed sufficiently in advance of the filing of Plaintiffs' opposition briefs;

WHEREAS, the parties have met and conferred and reached agreement as set forth below.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that:

1. Plaintiffs' opposition briefs shall be filed on November 23, 2015;
2. To the extent that Plaintiffs offer any declarations or affidavits in support of their respective opposition briefs, Plaintiffs agree to make those declarants or affiants available for deposition prior to December 8, 2015;

3. Defendants' reply briefs shall be filed on December 18, 2015;

4. Oral argument on Defendants' motions and the quarterly status conference shall be held on January 13th or at a date and time in January that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: October 19, 2015          */s/ Steven N. Williams*
Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Dated: October 19, 2015          */s/ Joseph R. Saveri*
Joseph R. Saveri
Andrew M. Purdy
James G. Dallal
Ryan J. McEwan
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 19, 2015 | /s/ Bruce D. Sokler |
| 2 | | Evan Nadel |
| | | Bruce D. Sokler |
| 3 | | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC** |
| 4 | | 701 Pennsylvania Avenue NW |
| | | Suite 900 |
| 5 | | Washington, DC 20004 |
| 6 | | enadel@mintz.com |
| | | bdsokler@mintz.com |
| 7 | | |
| | | *Counsel for Defendant AVX Corporation* |
| 8 | Dated: October 19, 2015 | /s/ Heather S. Tewksbury |
| | | Heather S. Tewksbury |
| 9 | | Thomas Mueller |
| | | Stacy Frazier |
| 10 | | Erik Shallman |
| 11 | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 12 | | 950 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 13 | | Heather.Tewksbury@wilmerhale.com |
| | | Thomas.Mueller@wilmerhale.com |
| 14 | | Stacy.Frazier@wilmerhale.com |
| | | Erik.Shallman@wilmerhale.com |
| 15 | | |
| 16 | | Christopher Megaw |
| | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 17 | | 1875 Pennsylvania Ave, NW |
| 18 | | Washington, DC 20006 |
| | | Tel: 202-663-6847 |
| 19 | | Chris.Megaw@wilmerhale.com |
| 20 | | |
| | | *Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.* |

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ Jonathan M. Jacobson |

Chul Pak
Jeffrey C. Bank
Jonathan M. Jacobson
Justin Cohen
**WILSON SONSINI GOODRICH AND ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
cpak@wsgr.com
jbank@wsgr.com
jjacobson@wsgr.com
jcohen@wsgr.com

Jeffrey James VanHooreweghe
**WILSON SONSINI GOODRICH AND ROSATI**
1700 K Street, NW, 5th Floor
Washington, DC 20006
jvanhooreweghe@wsgr.com

*Counsel for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd. and Hitachi AIC, Inc.*

Dated: October 19, 2015                    /s/ Eric P. Enson

Jeffrey A. LeVee
Eric P. Enson
Rachel H. Zernik
**JONES DAY**
555 South Flower Street, 50th Floor
Los Angeles, CA 90071.2300
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Holystone International, Vishay Intertechnology, Inc., and Milestone Global Technology, Inc.*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ Roxanne A. Polidora |

Roxane A. Polidora
Jacob R. Sorensen
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Counsel for Defendants KEMET Corporation and KEMET Electronics Corporation*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ Bonnie Lau |

Bonnie Lau
**DENTONS US LLP**
525 Market Street, 26th Floor
San Francisco, California 94105-2708
bonnie.lau@dentons.com

Felix T. Woo
**DENTONS US LLP**
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
felix.woo@dentons.com

*Counsel for Defendant Matsuo Electric Co., Ltd.*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ George A. Nicoud, III |

George A. Nicoud, III
Austin Schwing
Eli Lazarus
**GIBSON, DUNN & CRUTCHER, LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
tnicoud@bibsondunn.com
aschwing@gibsondunn.com
elazarus@gibsondunn.com

Matthew Parrott
**GIBSON, DUNN & CRUTCHER, LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220
mparrott@gibsondunn.com

*Counsel for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ Michael E. Martinez |

Michael Martinez (admitted pro hac vice)
Scott Mendel (admitted pro hac vice)
Steven Kowal (admitted pro hac vice)
Lauren Norris (admitted pro hac vice)
Lauren Salins (admitted pro hac vice)
**K&L GATES LLP**
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Michael.Martinez@klgates.com
Scott.Mendel@klgates.com
Steven.Kowal@klgates.com
Lauren.Norris@klgates.com
Lauren.Salins@klgates.com

Daniel William Fox
**K&L GATES LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94103
Daniel.fox@klgates.com

*Counsel for Defendants Nichicon Corporation and Nichicon (America) Corporation*

Dated: October 19, 2015          /s/ Charles F. Rule
Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Daniel J. Howley (admitted *pro hac vice*)
**CADWALADER, WICKERSHAM
& TAFT LLP**
700 6th St, NW
Washington, DC 20001
rick.rule@cwt.com
joseph.bial@cwt.com
daniel.howley@cwt.com

*Counsel for Defendants Nippon Chemi-Con Corp., and United Chemi-Con, Inc.*

Dated: October 19, 2015          /s/ Belinda S. Lee
Belinda S. Lee
Ashley M. Bauer
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com
ashley.bauer@lw.com

*Counsel for Nitsuko Electronics Corporation*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | _/s/ Darrell Prescott_ |

Douglas Tween
Darrell Prescott
Catherine Y. Stillman
**BAKER & McKENZIE, LLP**
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4521
Fax: 212-310-1681
Douglas.Tween@bakermckenzie.com
Darrell.Prescott@bakermckenzie.com
Catherine.Stillman@bakermckenzie.com

Meghan E. Hausler
**BAKER & McKENZIE, LLP**
2001 Ross Avenue,
Suite 2300; Dallas
TX 75201-2968
Tel: 214-965-7219
meghan.hausler@bakermckenzie.com

Colin Murray
**BAKER & McKENZIE, LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Tel: 415-591-3244
colin.murray@bakermckenzie.com

*Counsel for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.*

| | | |
|---|---|---|
| Dated: October 19, 2015 | | /s/ Jeffrey L. Kessler |

Jeffrey L. Kessler
A. Paul Victor
David L. Greenspan
Mollie C. Richardson
Molly Donovan
Martin C. Geagan
**WINSTON & STRAWN, LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: 212-294-6700
Fax: 212-294-4700
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com
MRichardson@winston.com
mmdonovan@winston.com
mgeagan@winston.com

Ian L. Papendick
**WINSTON & STRAWN, LLP**
101 California Street
San Francisco, CA 94111
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric, Co., Ltd., and SANYO North America Corporation*

Dated: October 19, 2015                    /s/ Michael F. Tubach

Michael F. Tubach
Christina Brown
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
mtubach@omm.com
cjbrown@omm.com

Kenneth R. O'Rourke
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
korourke@omm.com

*Counsel for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

| | |
|---|---|
| Dated: October 19, 2015 | /s/ Djordje Petkoski |
| | Djordje Petkoski (admitted pro hac vice) |
| | dpetkoski@hunton.com |
| | David A. Higbee (admitted pro hac vice) |
| | dhigbee@hunton.com |
| | Wendell L. Taylor (admitted pro hac vice) |
| | wtaylor@hunton.com |
| | Leslie W. Kostyshak (admitted pro hac vice) |
| | lkostyshak@hunton.com |
| | 2200 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20037 |
| | Telephone: (202) 955-1500 |
| | Facsimile: (202) 778-2201 |
| | |
| | M. Brett Burns (SBN 256965) |
| | mbrettburns@hunton.com |
| | 575 Market Street, Suite 3700 |
| | San Francisco, California 94105 |
| | Telephone: (415) 975-3700 |
| | Facsimile: (415) 975-3701 |
| | |
| | *Counsel for Defendants Rubycon Corporation and Rubycon America, Inc.* |
| | |
| Dated: October 19, 2015 | /s/ Gaspare J. Bono |
| | Gaspare J. Bono |
| | Stephen M. Chippendale |
| | Claire Maddox |
| | Eric Y. Wu |
| | **DENTONS US LLP** |
| | 1900 K. Street, NW |
| | Washington, DC 20006-1102 |
| | gap.bono@dentons.com |
| | steve.chippendale@dentons.com |
| | claire.maddox@dentons.com |
| | eric.wu@dentons.com |
| | |
| | Andrew S. Azarmi |
| | **DENTONS US LLP** |
| | Spear Tower, One Market Plaza, 24th Floor |
| | San Francisco, CA 94105 |
| | andrew.azarmi@dentons.com |
| | |
| | *Counsel for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |

**Stipulation and [Proposed] Order; Case No. 3:14-cv-03264-JD**

| | | |
|---|---|---|
| 1 | Dated: October 19, 2015 | /s/ Allison A. Davis |
| 2 | | Allison A. Davis |
| | | Sanjay M. Nangia |
| | | **DAVIS WRIGHT TREMAINE LLP** |
| | | 505 Montgomery Street, Suite 800 |
| | | San Francisco, CA 94111-6538 |
| | | Telephone: (415) 276-6580 |
| | | Facsimile: (415) 276-4880 |
| | | allisondavis@dwt.com |
| | | sanjaynangia@dwt.com |

Nick S. Verwolf
**DAVIS WRIGHT TREMAINE LLP**
777 108th Ave. N.E., Suite 2300
Bellevue, WA 98004-5149
Telephone: (425) 646-6100
Facsimile: (425) 646-6199
nickverwolf@dwt.com

*Counsel for Defendants Shizuki Electric Co., Inc. and American Shizuki Corporation*

Dated: October 19, 2015                    /s/ Ethan E. Litwin

Ethan Litwin
Morgan J. Feder
Sigrid Jernudd
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
ethan.litwin@hugheshubbard.com
morgan.feder@hugheshubbard.com
sigrid.jernudd@hugheshubbard.com

*Counsel for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*

Dated: October 19, 2015                    /s/ Jarod Bona

Jarod Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, Suite 200
LaJolla, CA 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 19, 2015

*/s/ Steven N. Williams*
STEVEN N. WILLIAMS

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order; Case No. 3:14-cv-03264-JD**

12

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP