UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION. | Case No. 14-cv-03264-JD<br><br>**ORDER RE TOSHIN KOGYO CO., LTD.**<br><br>Re: Dkt. No. 895 |

In this consolidated antitrust action, defendant Toshin Kogyo Co., Ltd. has repeatedly failed to comply with the Northern District of California's Civil Local Rules and this Court's specific orders in this case, by filing virtually identical motions to dismiss no fewer than four times through a person who is not a member of the bar of this Court in violation of Civil Local Rule 3-9(b). Dkt. Nos. 430, 600, 816, 894. As a result, on September 28, 2015, the Court issued an order directing Toshin Kogyo to show cause, in writing and no later than October 13, 2015, why the Court should not impose upon Toshin Kogyo sanctions in the form of a pre-filing order restricting its ability to further file papers through Mr. Kasahara or any other person who is not a member of the bar of this Court. Dkt. No. 895.

The Court has received no response. Consequently, the Court hereby orders that the Clerk's Office must reject and return to the sender any papers that may be presented on behalf of Toshin Kogyo Co., Ltd., if they are submitted by Kenji Kasahara or any other person who is not a member of the bar of this Court.

**IT IS SO ORDERED.**

Dated: October 23, 2015

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP-TECH, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PANASONIC CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-03264-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenji Kasahara
Representative Director of Toshin Kogyo Co., LTD
Tsukas Bldg. 2-15-4, Uchikanda
Chiyoda-Ku
Tokyo, Japan,

Dated: October 26, 2015

                                   Susan Y. Soong
                                   Clerk, United States District Court

                                   By: *Lisa R. Clark*
                                   LISA R. CLARK, Deputy Clerk to the
                                   Honorable JAMES DONATO