1    Darrell Prescott (Admitted *Pro Hac Vice*)
     darrell.prescott@bakermckenzie.com
2    Catherine Y. Stillman (Admitted *Pro Hac Vice*)
     catherine.stillman@bakermckenzie.com
3    **BAKER & McKENZIE LLP**
     452 Fifth Avenue
4    New York, NY 10018
     Tel: +1 212 626 4355
5    Fax: +1 212 310 1655

6    Colin H. Murray, State Bar No. 159142
     colin.murray@bakermckenzie.com
7    **BAKER & McKENZIE LLP**
     Two Embarcadero Center, 11th Floor
8    San Francisco, CA  94111-3802
     Telephone: +1 415 576 3022
9    Facsimile: +1 415 576 3099

10   Meghan E. Hausler (Admitted *Pro Hac Vice*)
     meghan.hausler@bakermckenzie.com
11   **BAKER & McKENZIE LLP**
     2001 Ross Avenue, Suite 2300
12   Dallas, TX 75201
     Tel: +1 214 965 7219
13   Fax: +1 214 965 5937

14   Attorneys for Defendants
     OKAYA ELECTRIC INDUSTRIES CO., LTD. and
15   OKAYA ELECTRIC AMERICA, INC.

16               UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 19   IN RE CAPACITORS ANTITRUST LITIGATION | Case No.  3:14-cv-03264-JD |
| 20 | **NOTICE OF CHANGE IN COUNSEL - WITHDRAWAL OF DOUGLAS M. TWEEN** |
| 21   THIS DOCUMENT RELATES TO: ALL ACTIONS | |

22

23

24

25

26

27

28

Case No. 3:14-cv-03264-JD
NOTICE OF WITHDRAWAL OF COUNSEL

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        Please take notice that Douglas M. Tween hereby withdraws as counsel of record for

3   Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. in the above-

4   captioned case.  Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. will continue

5   to be represented by Messrs. Prescott and Murray and Ms. Stillman and Ms. Hausler of Baker &

6   McKenzie LLP.

7

8   DATED: November 6, 2015           By: _____ /s/Douglas M. Tween _____

9

10                                    Douglas M. Tween (admitted *pro hac vice*)

11                                    *Attorney for Defendants*
                                 *Okaya Electric Industries Co., Ltd. and*

12                                    *Okaya Electric America, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:14-cv-03264-JD
NOTICE OF WITHDRAWAL OF COUNSEL