**Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 14-CV-03264-JD |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY OF DOCUMENTS PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

1   WHEREAS Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs ("Plaintiffs")

2   served Plaintiffs' Second Set of Requests for Production of Documents on the undersigned

3   defendants;

4   WHEREAS, Plaintiffs request, among other things, documents provided to or seized by

5   antitrust enforcement authorities in jurisdictions outside the United States;

6   WHEREAS, the parties disagree on whether the requests are proper and whether antitrust

7   enforcement authorities in jurisdictions outside the United States might assert objections to

8   Plaintiffs' requests or take action against one or more defendants if defendants were to comply

9   with the requests;

10   WHEREAS, the parties believe that circumstances might change as antitrust enforcement

11   authorities in jurisdictions outside the United States reach later stages of their investigations; and

12   WHEREAS, the parties wish for this litigation to proceed as expeditiously as possible;

13   NOW, THEREFORE, the parties stipulate, and request that the Court enter an Order, as

14   follows:

15   1.   To the extent that Plaintiffs' request for production of documents number 33 seeks

16   the production of things other than documents and tangible things created in the ordinary course of

17   business, the request is indefinitely deferred without prejudice to Plaintiffs' right to renew the

18   request.  Unless and until Plaintiffs give written notice to defendants that they are renewing the

19   request, defendants will have no obligation to respond or further object to the request to the extent

20   that it seeks the production of things other than documents and tangible things created in the

21   ordinary course of business.  If Plaintiffs renew the request, defendants will have retained all of

22   their rights to object to the request.

23   2.   To the extent Plaintiffs' request for production of documents number 33 seeks the

24   production of documents and tangible things created in the ordinary course of business ("ordinary

25   course records"):

26   a.   Defendants will have no obligation to produce ordinary course records that

27   were seized by an antitrust enforcement authority in a jurisdiction outside the United States,

28

-1-

1  provided, however, that if ordinary course records (i) come from files that Plaintiffs and a

2  particular defendant have agreed will be searched and (ii) are responsive to at least one of

3  Plaintiffs' requests for production other than request number 33, defendants will not withhold such

4  records from production on the grounds that the records were seized by an antitrust enforcement

5  authority in a jurisdiction outside the United States.

6          b.      Unless a foreign enforcement authority in a jurisdiction outside the United

7  States objects within sixty (60) day from the Court's entry of this Order (in which case see

8  paragraph 3 below), defendants will produce ordinary course records that were submitted to an

9  antitrust enforcement authority in a jurisdiction outside the United States in a form that identifies

10 them as being responsive to Plaintiffs' request for production of documents number 33.

11         3.      If an antitrust enforcement authority in a jurisdiction outside the United States tells

12 a defendant that it objects to the defendant making the production described in paragraph 2(b)

13 above, the defendant shall promptly disclose to Plaintiffs which enforcement authority has

14 asserted an objection and will provide Plaintiffs with sufficient information about the nature of the

15 objection to allow Plaintiffs, if they choose to bring a motion to overrule any such objection or to

16 compel production of the records, to apprise the Court of the nature of the enforcement authority's

17 objection.  Any such defendant shall be relieved from any obligation to produce the records until

18 the enforcement authority withdraws its objection or, if Plaintiffs move for an order overruling any

19 such objection or compelling defendant's production of the records, until the Court enters an order

20 compelling production of the records.  In the event that an antitrust enforcement authority in a

21 jurisdiction outside the United States wishes to express its views to the Court, the Court will

22 consider such views and the form in which they might be presented based on the circumstances at

23 the time.

24         4.      Nothing in this Stipulation shall modify or supersede any scheduling or other Order

25 of the Court.

26         The undersigned parties jointly and respectfully request that the Court enter this Proposed

27 Order as an Order.

28 ///

1    **IT IS SO STIPULATED**, through Counsel of Record.

2    Date:  November 11, 2015                JOSEPH SAVERI LAW FIRM, INC

3

4                                            By: _____*/s/ Joseph R. Saveri*_____
                                                  Joseph R. Saveri

5
                                             Joseph R. Saveri (State Bar No. 130064)
6                                            Andrew M. Purdy (State Bar No. 261912)
                                             Matthew S. Weiler (State Bar No. 236052)
7                                            James G. Dallal (State Bar No. 277826)
                                             Ryan J. McEwan (State Bar No. 285595)
8                                            505 Montgomery Street, Suite 625
                                             San Francisco, California 94111
9                                            Telephone:  (415) 500-6800
                                             Facsimile:  (415) 395-9940
10                                           Email:      jsaveri@saverilawfirm.com
11                                                       apurdy@saverilawfirm.com
                                                         mweiler@saverilawfirm.com
12                                                       jdallal@saverilawfirm.com
                                                         rmcewan@saverilawfirm.com
13
14                                           *Interim Lead Class Counsel for Direct
                                             Purchaser Plaintiffs*
15
     Date:  November 11, 2015                COTCHETT PITRE & McCARTHY, LLP
16
17
                                             By: _____*/s/ Steven N. Williams*_____
18                                                 Steven N. Williams

19                                           Joseph W. Cotchett (State Bar No. 36324)
                                             Steven N. Williams (State Bar No. 175489)
20                                           Elizabeth Tran (State Bar No. 280502)
                                             Joyce Chang (State Bar No. 300780)
21                                           840 Malcolm Road, Suite 200
                                             Burlingame, California 94010
22                                           Telephone: (650) 697-6000
                                             Facsimile: (650) 697-0577
23                                           Email:      jcotchett@cpmlegal.com
24                                                       swilliams@cpmlegal.com
                                                         etran@ cpml egal .com
25                                                       jchang@cpmlegal. com

26                                           *Interim Lead Counsel for the Indirect
                                             Purchaser Plaintiffs*
27
28

1    Date:  November 11, 2015          MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                       POPEO PC
2

3
                                       By: _____ /s/ Bruce D. Sokler _____
4                                                    Bruce D. Sokler

5                                      Bruce D. Sokler
                                       701 Pennsylvania Avenue NW Suite 900
6                                      Washington, DC 20004
                                       bdsokler@mintz.com
7

8                                      *Attorneys for Defendant AVX Corporation*

9    Date:  November 11, 2015          WILMER CUTLER PICKERING HALE AND
                                       DORR LLP
10

11
                                       By: _____ /s/ Heather S. Tewksbury _____
12                                                   Heather S. Tewksbury

13                                     Heather S. Tewksbury
                                       Thomas Mueller
14                                     Stacy Frazier
                                       Erik Shallman
15                                     950 Page Mill Road
                                       Palo Alto, CA 94304
16                                     heather.tewksbury@wilmerhale.com
                                       thomas.mueller@wilmerhale.com
17                                     stacy.frazier@wilmerhale.com
                                       erik.shallman@wilmerhale.com
18

19                                     Christopher Megaw
                                       1875 Pennsylvania Ave, NW
20                                     Washington, DC 20006
                                       Tel: 202-663-6847
21                                     chris.megaw@wilmerhale.com
22

23                                     *Attorney for Defendants Elna Co. Ltd. and
                                       Elna America Inc.*
24

25

26

27

28

Master File  No. 14-CV-03264
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

1

Date:  November 11, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

2

3

By: _____/s/ Jonathan M. Jacobson_____
                Jonathan M. Jacobson

4

5

Jonathan M. Jacobson
Chul Pak
Jeffrey C. Bank
Justin Cohen
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

6

7

8

9

10

11

Jeff VanHooreweghe
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
jvanhooreweghe@wsgr.com

12

13

14

*Attorneys for Defendants Hitachi Chemical
Co., Ltd., Hitachi Chemical Co. America,
Ltd. and Hitachi AIC Inc.*

15

16

Date:  November 11, 2015

PILLSBURY WINTHROP SHAW PITTMAN
LLP

17

18

19

By: _____/s/ Roxane A. Polidora_____
                Roxane A. Polidora

20

21

Roxane A. Polidora
Jacob R. Sorensen
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

22

23

24

*Attorneys for Defendants KEMET Corporation and
KEMET Electronics Corporation*

25

26

27

28

1    Date:  November 11, 2015              DENTONS US LLP

2

3                                         By: _____/s/ Bonnie Lau_____
                                                     Bonnie Lau
4

5                                         Bonnie Lau
                                          525 Market Street, 26th Floor
6                                         San Francisco, CA 94105
                                          bonnie.lau@dentons.com
7
                                          Felix T. Woo
8                                         601 S. Figueroa Street, Suite 2500
                                          Los Angeles, CA 90017
9                                         felix.woo@dentons.com

10                                        *Attorneys for Defendant Matsuo Electric Co., Ltd.*

11   Date:  November 11, 2015              GIBSON, DUNN & CRUTCHER LLP

12

13                                        By: _____/s/ George A. Nicoud III_____
                                                     George A. Nicoud III
14

15                                        George A. Nicoud III
                                          Austin V. Schwing
16                                        Eli Lazarus
                                          aschwing@gibsondunn.com
17                                        tnicoud@gibsondunn.com
                                          elazarus@gibsondunn.com
18                                        555 Mission Street, Suite 3000
                                          San Francisco, CA 94105-0921
19                                        Telephone:  415.393.8200
                                          Facsimile:  415.393.8306
20

21                                        Matthew Parrott
                                          mparrott@gibsondunn.com
22                                        3161 Michelson Drive
                                          Irvine, CA 92612-4412
23                                        Telephone:  949.451.3800
                                          Facsimile:  949.451.4220
24

25                                        *Attorneys for Defendants NEC TOKIN Corporation
                                          and NEC TOKIN America, Inc.*
26

27

28

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

| | |
|---|---|
| 1 | Date:  November 11, 2015 |
| 2 | |
| 3 | |

Date:  November 11, 2015                K&L GATES LLP


By:  _____/s/ Michael E. Martinez_____
             Michael E. Martinez

Michael E. Martinez (admitted pro hac vice)
Scott M. Mendel (admitted pro hac vice)
Steven M. Kowal (admitted pro hac vice)
Lauren N. Norris (admitted pro hac vice)
Lauren B. Salins (admitted pro hac vice)
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000
Michael.Martinez@klgates.com
Scott.Mendel@klgates.com
Steven.Kowal@klgates.com
Lauren.Norris@klgates.com
Lauren.Salins@klgates.com

Daniel William Fox
Four Embarcadero Center
Suite 1200
San Francisco, CA 94103
Daniel.fox@klgates.com

*Counsel for Defendants Nichicon Corporation and Nichicon (America) Corporation*

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

1    Date:  November 11, 2015              WINSTON & STRAWN LLP

2

3                                         By: _____/s/ Jeffrey L. Kessler_____
                                                    Jeffrey L. Kessler
4
                                          Jeffrey L. Kessler
5                                         A. Paul Victor
                                          Molly M. Donovan
6                                         Mollie C. Richardson
                                          Martin C. Geagan
7                                         200 Park Avenue
                                          New York, New York 10166
8                                         Telephone:  (212) 294-4698
                                          Facsimile:  (212) 294-4700
9                                         jkessler@winston.com
                                          pvictor@winston.com
10                                        mmdonovan@winston.com
                                          mrichardson@winston.com
11                                        mgeagan@winston.com
12
                                          Ian L. Papendick
13                                        101 California Street
                                          San Francisco, CA 94111
14                                        ipapendick@winston.com
15
                                          *Counsel for Defendants Panasonic Corporation,*
16                                        *Panasonic Corporation of North America, SANYO*
                                          *Electric Co., Ltd., and SANYO North America*
17                                        *Corporation*
18

19

20

21

22

23

24

25

26

27

28

---
Master File  No. 14-CV-03264

-8-
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

1    Date:  November 11, 2015                  O'MELVENY & MYERS LLP

2

3                                              By: _____/s/ Michael F. Tubach_____
                                                           Michael F. Tubach
4
                                               Michael F. Tubach (State Bar No. 145955)
5                                              Christina J. Brown (State Bar No. 242130)
                                               Two Embarcadero Center, 28th Floor
6                                              San Francisco, CA 94111-3305
                                               mtubach@omm.com
7                                              cjbrown@omm.com

8                                              Kenneth R. O'Rourke (State Bar No. 120144 )
9                                              400 South Hope Street, 18th Floor
                                               Los Angeles, CA 90071
10                                             korourke@omm.com

11                                             *Attorneys for Defendants ROHM Co., Ltd. and*
                                               *ROHM Semiconductor U.S.A., LLC*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File  No. 14-CV-03264        STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
                                    PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

1   Date:  November 11, 2015        HUNTON AND WILLIAMS LLP

2

3                                  By: _____ */s/ Djordje Petkoski* _____
                                         Djordje Petkoski

4

5                                 Djordje Petkoski (*admitted pro hac vice*)
                                 dpetkoski@hunton.com

6                                 David A. Higbee (*admitted pro hac vice*)
                                 dhigbee@hunton.com

7                                 Wendell L. Taylor (*admitted pro hac vice*)
                                 wtaylor@hunton.com

8                                 Leslie W. Kostyshak (*admitted pro hac vice*)
                                 lkostyshak@hunton.com

9                                 Robert A. Caplen (*admitted pro hac vice*)
                                 rcaplen@hunton.com

10                                2200 Pennsylvania Avenue, NW
                                Washington, DC 20037

11                                Telephone: (202) 955-1500
                                Facsimile: (202) 778-2201

12

13                                M. Brett Burns (SBN 256965)
                                mbrettburns@hunton.com

14                                575 Market Street, Suite 3700
                                San Francisco, CA 94105

15                                Telephone: (415) 975-3700
                                Facsimile: (415) 975-3701

16

17                                *Attorneys for Defendants Rubycon Corporation and*
                                *Rubycon America Inc.*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

Date:  November 11, 2015

CADWALADER, WICKERSHAM & TAFT LLP


By:   _____ /s/ Charles F. Rule _____
                    Charles F. Rule

Charles F. Rule (admitted pro hac vice)
Joseph J. Bial (admitted pro hac vice)
Daniel J. Howley (admitted pro hac vice)
700 6th St, NW
Washington, DC 20001
rick.rule@cwt.com
joseph.bial@cwt.com
daniel.howley@cwt.com

*Attorneys for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.*

Date:  November 11, 2015

JONES DAY


By:   _____ /s/ Eric P. Enson _____
                    Eric P. Enson

Jeffrey A. LeVee
Eric P. Enson
Rachel H. Zernik
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Holystone International, Vishay Intertechnology, Inc., and Milestone Global Technology, Inc.*

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

1

2    Date:  November 11, 2015                    HUGHES HUBBARD & REED LLP

3

4                                               By: _____/s/ Ethan E. Litwin_____
                                                          Ethan E. Litwin

5                                               Ethan Litwin
                                                Morgan J. Feder
6                                               Sigrid Jernudd
                                                One Battery Park Plaza
7                                               New York, New York 10004-1482
                                                ethan.litwin@hugheshubbard.com
8                                               morgan.feder@hugheshubbard.com
                                                sigrid.jernudd@hugheshubbard.com
9

10                                              *Counsel for Defendants Soshin Electric Co.,*
                                                *Ltd. and Soshin Electronics of America, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Date:  November 11, 2015            BAKER & MCKENZIE LLP

2

3                                      By: _____/s/ Darrell Prescott_____

4                                              Darrell Prescott

5                                      Darrell Prescott
                                       Catherine Y. Stillman
6                                      452 Fifth Avenue
                                       New York, NY 10018
7                                      Tel: (212) 626-4355
                                       Fax: (212) 310-1655
8                                      Darrell.Prescott@bakermckenzie.com
                                       Catherine.Stillman@bakermckenzie.com
9

10                                     Meghan E. Hausler
                                       2001 Ross Avenue, Suite 2300
11                                     Dallas, TX 75206
                                       Tel: (214) 965-7219
12                                     meghan.hausler@bakermckenzie.com

13
                                       Colin H. Murray
14                                     Two Embarcadero Center, 11th Floor
                                       San Francisco, CA 94111
15                                     Tel: (415) 591-3244
                                       colin.murray@bakermckenzie.com
16

17                                     *Attorneys for Defendants Okaya Electric Industries*
                                       *Co., Ltd. and Okaya Electric America, Inc.*
18

19

20

21

22

23

24

25

26

27

28

Master File  No. 14-CV-03264            STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF DOCUMENTS
                                        PRODUCED TO NON-U.S. ANTITRUST ENFORCEMENT AUTHORITIES

Date:  November 11, 2015

DENTONS US LLP

By: _____/s/ Gaspare J. Bono_____
          Gaspare J. Bono

Gaspare J. Bono
Stephen M. Chippendale
Claire M. Maddox
Eric Y. Wu
1900 K St., NW
Washington, DC 20006
Gap.Bono@dentons.com
Steve.Chippendale@dentons.com
Claire.Maddox@dentons.com
Eric.Wu@dentons.com

Andrew S. Azarmi
Spear Tower, One Market Plaza, 24th Fl.
San Francisco, CA 94105
Andrew.Azarmi@dentons.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2015

_____/s/ George A. Nicoud III_____
          George A. Nicoud III

**IT IS SO ORDERED.**

DATED:_____

_____
Hon. James Donato, U.S.D.J.