Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
    jdavis@saverilawfirm.com
    apurdy@saverilawfirm.com
    mweiler@saverilawfirm.com
    jdallal@saverilawfirm.com
    rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER CLASS ACTIONS AND FLEXTRONICS'S ACTION | Master File No. 3:14-cv-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 TO SHORTEN TIME ON HEARING OF DIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE TAITSU CORPORATION AND TAITSU AMERICA'S SUPPLEMENTAL REPLY OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY** |

WHEREAS, Defendants submitted a joint motion for partial summary judgment on FTAIA grounds on October 1, 2015 (Dkt. 915) (the "Joint Motion");

WHEREAS, Direct Purchaser Plaintiffs ("DPPs") and Flextronics submitted an opposition to the Joint Motion on November 23, 2015 (Dkt. 967);

WHEREAS, Defendants submitted a joint reply on December 18, 2015 (Dkt. 985);

WHEREAS, Defendants Taitsu Corporation and Taitsu America (together, "Taitsu") submitted a separate Supplemental Reply on December 18, 2015 (Dkt. 989);

WHEREAS, Direct Purchaser Plaintiffs ("DPPs") filed their Motion to Strike Defendants Taitsu Corporation and Taitsu America's Supplemental Reply Or, in the Alternative, For Leave to File a Sur-Reply (Dkt. 1006) (the "Motion to Strike") on January 7, 2016;

WHEREAS, oral argument on Defendants' Joint Motion and the quarterly status conference are scheduled to be held on January 13, 2016 at 10:00 a.m. (Dkt. 934);

WHEREAS, the Motion to Strike concerns the same issues as those contained in the pleadings concerning Defendants' Joint Motion;

WHEREAS, unifying the hearing dates for Defendants' Joint Motion and DPPs' Motion to Strike is more efficient in terms of case management;

WHEREAS, DPPs and Taitsu have met and conferred and agree to shorten the time on the hearing for the Motion to Strike so that it may be held on January 13, 2016;

WHEREAS, no previous time modifications have been made with regard to this Motion to Strike, and coordination with the hearing on the Joint Motion and the quarterly status conference will promote judicial economy and efficient case management;

WHEREAS, consolidation will better coordinate the schedule for the case;

THEREFORE, DPPs and Taitsu hereby stipulate and agree through counsel that, with the permission of the Court, the Motion to Strike may be heard on shortened time with the following briefing and hearing schedule:

1. Opposition to the Motion to Strike shall be filed by January 11, 2016 at 5:00 p.m.;

2.	The Motion to Strike may be heard on January 13, 2016 at 10:00 a.m. in Courtroom 11, 19th Floor of the United States District Court, 450 Golden Gate Avenue, San Francisco, California, before the Honorable James Donato.

Dated: January 8, 2016

JOSEPH SAVERI LAW FIRM, INC.

By:      */s/ Joseph R. Saveri*
             Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

Dated: January 8, 2016

BONA LAW PC

By:      */s/ Aaron R. Gott*
             Aaron R. Gott

Jarod M. Bona (State Bar No. 234327)
Aaron R. Gott (Admitted *Pro Hoc Vice*)
BONA LAW PC
4275 Executive Square, #200
La Jolla, CA 92037
Telephone: (858) 964-4589
Facsimile:  (858) 964-2301

*Attorneys for Defendants Taitsu Corporation and Taitsu America, Inc.*

I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: January 8, 2016                                         */s/ Joseph R. Saveri*
                                                                Joseph R. Saveri

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____, 2016              By: _____
                                                HONORABLE JAMES DONATO
                                                UNITED STATES DISTRICT JUDGE