Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
jdallal@saverilawfirm.com
rmcewan@saverilawfirm.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER CLASS ACTIONS AND FLEXTRONICS'S ACTION | **DIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Date: January 13, 2016<br>Time: 10:00 a.m.<br>Courtroom: 11 19th Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Direct Purchaser Plaintiffs respectfully submit this Statement of Recent Decision in connection with Defendants' Joint Motion for Partial Summary Judgment Dismissing Plaintiffs' Sherman Act Claims for Foreign Transactions Or, in the Alternative, to Simplify the Issues Under Fed. R. Civ. P. 16:

1. *Best Buy Co., Inc. v. Hannstar Display Corporation*, Nos. 13-17408, 13-17618 (9th Cir. Jan. 7, 2016) (unpublished),[1] a true and correct copy of which is attached hereto as Exhibit A.

Dated: January 8, 2016

JOSEPH SAVERI LAW FIRM, INC.

By: */s/ Joseph R. Saveri*
    Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

---

[1] Defendants refer to this case in their joint reply brief. Dkt. 985 at 7, n. 10.

Master File No. 3:14-cv-03264-JD          1
DIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, Inc. My business address is 555 Montgomery Street, Suite 1210, San Francisco, California 94111. I am over the age of eighteen and not a party to this action.

On January 8, 2016, I electronically filed the foregoing document and attachments with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2016, at San Francisco, California.

By:     */s/ Ryan J. McEwan*
            Ryan J. McEwan