Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Capacitors Antitrust Litigation )
) Case No: 14-cv-03264-JD
                        Plaintiff(s), )
) **APPLICATION FOR**
    v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
                        Defendant(s). )

I, Devon P. Allard, an active member in good standing of the bar of the State of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Indirect Purchaser Plaintiffs in the above-entitled action. My local co-counsel in this case is Steven N. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Miller Law Firm, P.C.<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307 | Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 841-2200 | (650) 697-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dpa@millerlawpc.com | swilliams@cpmlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P71712.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/30/16                                              Devon P. Allard
                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Devon P. Allard is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/31/16

UNITED STATES DISTRICT/MAGISTRATE JUDGE