1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  IN RE CAPACITORS ANTITRUST LITIGATION

12  THIS DOCUMENT RELATES TO: THE DIRECT
    PURCHASER CLASS ACTION
13
14
15
16

Master File No.  3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD

[PROPOSED] ORDER AUTHORIZING PAYMENT OF SETTLEMENT ADMINISTRATION FEES AND EXPENSES

17
18
19
20
21
22
23
24
25
26
27
28

This matter is before the Court on the Direct Purchaser Class's Motion for Order Authorizing Payment of Settlement Administration Fees and Expenses (the "Motion"), MDL Dkt. No. 1084, in connection with the Class's settlements with defendants Hitachi Chemical Co., Ltd., Hitachi AIC, Inc., and Hitachi Chemical Co. America, Ltd.; and Soshin Electric Co., Ltd. and Soshin Electronics of America Inc. (the "Round 2 Settlements").

Having considered the Motion and the papers filed in support thereof, it is hereby ORDERED that:

1. The Class's Motion is GRANTED.

2. The Court authorizes payment from Round 2 Settlement funds to the claims administrator, Rust Consulting, Inc., in the amount of $253,729.70 for its professional fees and expenses in connection with administration of the Round 2 Settlements as well as residual efforts in support of prior settlements in accordance with the Court's orders and the terms of the settlement agreements.

Dated: February 26, 2020

_____
Judge James Donato
United States District Judge