# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | **Case No. 3:14-cv-03264-JD** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | **AMENDED [PROPOSED] ORDER REGARDING TAKING OF DEPOSITION OF MR. MASAHIRO UMEDA AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN** |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN:**

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of electrolytic and film capacitors;

WHERAS discovery is currently ongoing;

WHERAS the Plaintiffs reserved a deposition room at the United States Embassy in Tokyo, Japan for taking the deposition from May 31, 2016-June 1, 2016.

On stipulation and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

IT IS ORDERED that the deposition of the following witness, who will appear voluntarily, be taken in the United States Embassy in Tokyo, Japan:

Name: Mr. Masahiro Umeda
Current Employer: Unknown (formerly employed by Panasonic Sanyo, specifically Panasonic Electronic Devices, Co., Ltd.)
Address: Unknown

The deposition will commence on or about May 31, 2016 at 9:00am (local time) and will conclude on or about June 1, 2016 at 5:00pm (local time).

Counsel for the Indirect Purchaser Plaintiffs who will participate in the said deposition are W. Joseph Bruckner and Adam J. Zapala.

Counsel for the Direct Purchaser Plaintiffs who will participate in the said deposition are Andrew M. Purdy and C. Andrew Dirksen.

Counsel for Plaintiff Flextronics who will participate in the said deposition is Charles E. Tompkins.

Counsel for Defendant Panasonic Sanyo and for the deponent who will participate in the said deposition include one or more of the following: Mollie C. Richardson, Jeffery L. Kessler and Tatsuya Mochizuki.

The proceedings will be reported by a court reporter provided by Veritext Corporation. The primary court reporter will be Leslie Rockwood.  The back-up court reporter will be Renee

1  Zepezauer.

2  The proceedings will be recorded on video by a videographer provided by Veritext

3  Corporation. The primary videographer will be Yusuf Sukru Eroglu. The back-up videographers

4  will be Jason Butko and Frank Quirarte.

5  The deposition will be translated by an interpreter provided by Veritext Corporation. The

6  primary interpreter will be Noriko Fukui. The back-up interpreter will be Cory Blandford.

7  The transcript of the deposition will be prepared and distributed among the interested

8  parties by the court reporter without further involvement by the Consulate General.

9  **IT IS SO ORDERED.**

12  Dated: April 22, 2016  _____

13  Honorable James Donato
United States District Judge

17  [COURT SEAL]