UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CAPACITORS ANTITRUST LITIGATION | Case Nos. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | [PROPOSED] ORDER REGARDING TAKING OF DEPOSITION OF MR. SHONOBU ISHIGAMI AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN:**

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of electrolytic and film capacitors;

WHERAS discovery is currently ongoing;

WHERAS the Plaintiffs reserved a deposition room at the United States Embassy in Tokyo, Japan for taking the deposition from August 22, 2016 – August 23, 2016.

On stipulation and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

IT IS ORDERED that the deposition of the following witness, who will appear voluntarily, be taken in the United States Embassy in Tokyo, Japan:

Name: Mr. Shonobu Ishigami
Current Employer: Unknown (formerly employed by Taitsu Corporation)
Address: Unknown

The deposition will commence on or about August 22, 2016 at 9:00am (local time) and will conclude on or about August 23, 2016 at 5:00pm (local time).

Counsel for the Indirect Purchaser Plaintiffs who will participate in the said deposition include one or more of the following: Cadio Zirpoli and Adam Zapala.

Counsel for the Direct Purchaser Plaintiffs who will participate in the said deposition include one or more of the following: Joseph Saveri and James Dallal.

Counsel for Plaintiff Flextronics who will participate in the said deposition include one or more of the following: Charles Tompkins and Eric Lifvendahl.

Counsel for Defendant Taitsu Corporation and for the deponent who will participate in the said deposition include one or more of the following: Jarod Bona and Aaron Gott.

The proceedings will be reported by a court reporter provided by Veritext Corporation. The court reporter will be Renee DiMenno Zepezauer or Leslie Rockwood.

The proceedings will be recorded on video by a videographer provided by Veritext Corporation. The videographer will be Yusuf Sukru Eroglu or Jason Butko.

1     The deposition will be translated by an interpreter provided by Veritext Corporation.  The
2 interpreter will be Satomi Nishimuro.

3     The transcript of the deposition will be prepared and distributed among the interested
4 parties by the court reporter without further involvement by the Consulate General.

5     **IT IS SO ORDERED.**

8 Dated: July 27, 2016    _____
9                                 Honorable James Donato
                                United States District Judge

13 [COURT SEAL]