JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5334
Facsimile: (415) 934-5399
jacklin.lem@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Master File No. 3:14-cv-03264-JD<br><br>**STIPULATED [PROPOSED] AMENDMENT TO PROTECTIVE ORDER ON CONFIDENTIALITY** |

WHEREAS attorneys for the United States, which is an intervener in this matter, have requested that the party plaintiffs and party defendants stipulate to an amendment to the Stipulated Protective Order regarding confidentiality that the Court approved on February 17, 2015, Dkt. 563;

WHEREAS attorneys for the United States, the party plaintiffs, and the party defendants have agreed to the following language as an amendment to be appended to the current end of section 8 of the Stipulated Protective Order of February 17, 2015, Dkt. 563:

Notwithstanding the above provisions of this section 8 and of other provisions of this order, any Receiving Party in the possession of Disclosure or Discovery Material from a Producing Party that is a party to this matter, whether or not it is Protected Material or filed under seal, may produce it to a federal grand jury in this district, upon a representation by a

1  USDOJ Antitrust Division attorney that such material will be treated in accordance with a
2  standard Antitrust Division confidentiality letter.  See, *e.g.,* 28 C.F.R. Section 16.7.  See also
3  Rule 6(e), Fed. R. Crim. P.  The Receiving Party does not need to delay production to the grand
4  jury pending a determination by the Court or comply with the above provisions of section 8(a) –
5  (c).

6       While the United States is an intervener in this action, the United States and the grand
7  jury are Non-Parties under the applicable definitions in this order.  Their receipt of Disclosure or
8  Discovery Material does not make them Receiving Parties as here defined.

9       Also, notwithstanding other provisions of this order, USDOJ Antitrust Division attorneys
10 may purchase from the respective court reporter, to the same extent as Parties to the action,
11 unredacted transcripts and associated exhibits of depositions or other pretrial or trial proceedings,
12 whether or not such transcripts or exhibits contain Protected Material, are under seal, or relate to
13 *in camera* proceedings.

14      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16 Dated: September 14, 2016

UNITED STATES
By:     */s/ Howard J. Parker*
          Howard J. Parker

Jacklin Chou Lem (CSBN 255293)
Alexandra J. Shepard (CSBN 205143)
Howard J. Parker (WSBN 07233)
Andrew J. Nicholson-Meade (CSBN 284070)
Paradi Javandel (CSBN 295841)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone:     (415) 934-5334
Facsimile:     (415) 934-5399
Email:         jacklin.lem@usdoj.gov

STIPULATED [PROPOSED] AMENDMENT TO    Case No. 3:14-CV-03264-JD
PROTECTIVE ORDER ON CONFIDENTIALITY

| | |
|---|---|
| 1    Date: September 13, 2016 | JOSEPH SAVERI LAW FIRM, INC. |

Date: September 13, 2016           JOSEPH SAVERI LAW FIRM, INC.

/s/ Joseph R. Saveri
Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
E-mails:       jsaveri@saverilawfirm.com
                     apurdy@saverilawfirm.com
                     mweiler@saverilawfirm.com
                     jdallal@saverilawfirm.com
                     rmcewan@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

Date: September 13, 2016           COTCHETT, PITRE & McCARTHY, LLP

/s/ Steven N. Williams
Joseph W. Cotchett (State Bar No. 36324)
Steven N. Williams (State Bar No. 175489)
Adam J. Zapala (State Bar No. 245748)
Elizabeth Tran (State Bar No. 280502)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
E-mails:      jcotchett@cpmlegal.com
                    swilliams@cpmlegal.com
                    azapala@cpmlegal.com
                    etran@cpmlegal.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Date: September 9, 2016           MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

/s/ Bruce D. Sokler
Bruce D. Sokler (*admitted pro hac vice*)

3

|   |   |   |
|---|---|---|
| 1 |  | 701 Pennsylvania Avenue NW |
| 2 |  | Suite 900 |
|   |  | Washington, DC 20004 |
| 3 |  | 202-434-7303 |
| 4 |  | Fax: 202-434-7400 |
|   |  | Email: bdsokler@mintz.com |
| 5 |  | *Attorneys for Defendant AVX Corporation* |
| 6 |  |  |
| 7 | Date: September 9, 2016 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 8 |  |  |
| 9 |  | */s/ Heather S. Tewksbury* |
|   |  | Heather S. Tewksbury |
| 10 |  | 950 Page Mill Road |
| 11 |  | Palo Alto, CA 94304 |
|   |  | (650) 858-6134 |
| 12 |  | Fax: (650) 858-6100 |
| 13 |  | Email: heather.tewksbury@wilmerhale.com |
| 14 |  | *Attorney for Defendants Elna Co. Ltd. and Elna America Inc.* |
| 15 |  |  |
| 16 | Date: September 9, 2016 | MORGAN, LEWIS & BOCKIUS LLP |
| 17 |  | */s/ J. Clayton Everett, Jr.* |
| 18 |  | J. Clayton Everett, Jr. |
| 19 |  | Michelle Park Chiu, Bar No. 248421 |
| 20 |  | One Market, Spear Street Tower |
|   |  | San Francisco, CA 94105-1126 |
| 21 |  | Telephone: +1.415.442.1000 |
| 22 |  | Facsimile: +1.415.442.1001 |
|   |  | E-mail: mchiu@morganlewis.com |
| 23 |  |  |
|   |  | Scott A. Stempel (admitted pro hac vice) |
| 24 |  | J. Clayton Everett, Jr. (admitted pro hac vice) |
| 25 |  | 1111 Pennsylvania Ave., NW |
|   |  | Washington, DC 20004 |
| 26 |  | Telephone: +1.202.739.3000 |
| 27 |  | Fax: +1.202.739.3001 |
|   |  | Email: sstempel@morganlewis.com |
| 28 |  | jeverett@morganlewis.com |

|    |                           |                                                                  |
|----|---------------------------|------------------------------------------------------------------|
| 1  |                           | *Attorneys for Defendants EPCOS AG and EPCOS, Inc.*              |
| 2  |                           |                                                                  |
| 3  | Date: September 9, 2016   | MORRISON & FOERSTER LLP                                          |
| 4  |                           | */s/ Jeffrey A. Jaeckel*                                         |
| 5  |                           | Jeffrey A. Jaeckel                                               |
| 6  |                           | Paul T. Friedman                                                 |
| 7  |                           | Michael P. Kniffen                                               |
|    |                           | 425 Market Street                                                |
| 8  |                           | San Francisco, California 94105-2482                             |
|    |                           | Telephone: 415.268.7000                                          |
| 9  |                           | Facsimile: 415.268.7522                                          |
|    |                           | Email: PFriedman@mofo.com                                        |
| 10 |                           | Email: MKniffen@mofo.com                                         |
| 11 |                           |                                                                  |
| 12 |                           | Jeffrey A. Jaeckel (admitted pro hac vice)                       |
|    |                           | 2000 Pennsylvania Avenue, NW Suite 6000                          |
| 13 |                           | Washington, District of Columbia 20006-1888                      |
|    |                           | Telephone: 202.887.1500                                          |
| 14 |                           | Facsimile: 202.887.0763                                          |
|    |                           | Email: JJaeckel@mofo.com                                         |
| 15 |                           |                                                                  |
| 16 |                           | *Attorneys for Defendants Fujitsu Limited,*                      |
|    |                           | *Fujitsu Semiconductor America, Inc., and*                       |
| 17 |                           | *Fujitsu Components America, Inc.*                               |
| 18 |                           |                                                                  |
| 19 | Date: September 9, 2016   | WILSON SONSINI GOODRICH & ROSATI                                 |
| 20 |                           | Professional Corporation                                         |
| 21 |                           | */s/ Chul Pak*                                                   |
|    |                           | Chul Pak (*admitted pro hac vice*)                               |
| 22 |                           | Jeffrey C. Bank (*admitted pro hac vice*)                        |
| 23 |                           | Justin A. Cohen (*admitted pro hac vice*)                        |
|    |                           | 1301 Avenue of the Americas, 40th Floor                          |
| 24 |                           | New York, New York 10019                                         |
| 25 |                           | Telephone:  (212) 497-7758                                       |
|    |                           | Facsimile:  (212) 999-5899                                       |
| 26 |                           | jjacobson@wsgr.com                                               |
|    |                           | cpak@wsgr.com                                                    |
| 27 |                           | jcohen@wsgr.com                                                  |
| 28 |                           | *Attorneys for Defendants Hitachi Chemical Co., Ltd.,*           |

5

*Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

Date: September 9, 2016            PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Roxane A. Polidora*
Roxane A. Polidora
Roxane A. Polidora (CA Bar No. 135972)
Jacob R. Sorensen (CA Bar No. 209134)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Email: roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation*

Date: September 9, 2016            DENTONS US LLP

*/s/ Bonnie Lau*
Bonnie Lau
Spear Tower, One Market Plaza, 24th Fl.
San Francisco, CA 94105
Telephone : 415-882-5000
Fax: 415- 882-0300
Email: bonnie.lau@dentons.com

*Attorneys for Defendant Matsuo Electric Co., Ltd.*

Date: September 9, 2016            GIBSON, DUNN & CRUTCHER LLP

*/s/ George A. Nicoud III*
George A. Nicoud III

George A. Nicoud III
Eli M. Lazarus
555 Mission Street
San Francisco, CA 94105-0921
415-393-8308
Fax: 415-374-8473
Email: tnicoud@gibsondunn.com

1  *Attorneys for Defendants NEC TOKIN Corporation and NEC TOKIN America, Inc.*

2

3  Date: September 9, 2016       K&L GATES LLP

4  */s/ Michael E. Martinez*

5  Scott M. Mendel (*pro hac vice*)
6  Steven M. Kowal (*pro hac vice*)
7  Michael E. Martinez *(pro hac vice)*
   Lauren N. Norris *(pro hac vice)*
8  Lauren B. Salins *(pro hac vice)*
   Brian J. Smith *(pro hac vice)*
9  K&L GATES LLP
   70 West Madison Street, Suite 3100
10 Chicago, IL  60602
11 Telephone: (312) 372-1121
   Facsimile: (312) 827-8000
12
13 *Counsel for Defendants*
   *Nichicon Corporation*
14 *Nichicon (America) Corporation*

15

16 Date: September 9, 2016       BAKER & MCKENZIE LLP

17 */s/ Darrell Prescott*

18
   Darrell Prescott (admitted *pro hac vice*)
19 Catherine Koh Stillman (SBN252440}
   452 Fifth Avenue
20 New York, NY 10018
21 Telephone: 1 212 626 4476
   Facsimile: 1 212 310 1637
22 Email: Darrell.Prescott@bakermckenzie.com
   Email:Catherine.Stillman@bakermckenzie.com
23
24 Colin H. Murray (SBN 159142)
   Two Embarcadero Center, 11th Floor
25 San Francisco, CA 94111
26 (415) 591-3244
   Fax: (415) 576-3099
27 Email: Colin.Murray@bakermckenzie.com

28 Meghan E. Hausler (admitted *pro hac vice*)

7

STIPULATED [PROPOSED] AMENDMENT TO                         Case No. 3:14-CV-03264-JD
PROTECTIVE ORDER ON CONFIDENTIALITY

|   |   |   |
|---|---|---|
| 1 | | **BAKER & McKENZIE LLP** |
| 2 | | 2300 Trammell Crow Center |
|   | | 2001 Ross Avenue |
| 3 | | Dallas, TX 75201 |
|   | | Telephone: 1 214 965 7219 |
| 4 | | Facsimile: 1 214 978 3099 |
|   | | Email: Meghan.Hausler@bakermckenzie.com |

*Attorneys for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.*

Date: September 9, 2016           WINSTON & STRAWN LLP

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
Mollie C. Richardson (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick (State Bar No. 275648)
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6905
Fax: (415) 591-1400
ipapendick@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*

Date: September 9, 2016           O'MELVENY & MYERS LLP

*/s/ Michael F. Tubach*

Michael F. Tubach (SBN 145955)

1  
2  
3  
4  
                      Two Embarcadero Center, 28th Floor  
                      San Francisco, CA 94111-3305  
                      Telephone:  (415) 984-8700  
                      Facsimile:  (415) 984-8701  
                      Email: mtubach@omm.com  
                      Email: bchang@omm.com

Kenneth R. O'Rourke (SBN 120144 )  
400 South Hope Street, 18th Floor  
Los Angeles, CA 90071  
Telephone: (213) 430-6000  
Facsimile: (213) 430-6407  
Email:  korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

Date: September 9, 2016             HUNTON AND WILLIAMS LLP

*/s/ Djordje Petkoski*  
Djordje Petkoski (admitted pro hac vice)  
David Higbee (admitted pro hac vice)  
Wendell L. Taylor (admitted pro hac vice)  
Robert A. Caplen (admitted pro hac vice)  
2200 Pennsylvania Avenue, N.W.  
Washington, D.C.  20037  
Telephone: (202) 955-1500  
Facsimile: (202) 778-2201  
Email : dpetkoski@hunton.com  
Email: dhigbee@hunton.com  
Email: wtaylor@hunton.com  
Email: rcaplen@hunton.com

M. Brett Burns (SBN 256965)  
575 Market Street, Suite 3700  
San Francisco, California 94105  
Telephone: (415) 975-3700  
Facsimile: (415) 975-3701  
E-mail: mbrettburns@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*

| | | |
|---|---|---|
| 1 | Date: September 9, 2016 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | */s/ Charles F. Rule* |
| 4 | | Charles F. Rule (admitted *pro hac vice*) |
| 5 | | Joseph J. Bial (admitted *pro hac vice*) |
| | | Daniel J. Howley (admitted *pro hac vice*) |
| 6 | | 2001 K Street, NW |
| | | Washington, DC 20006-1047 |
| 7 | | Telephone:  (202) 223-7300 |
| 8 | | Facsimile:  (202) 223-7420 |
| | | rrule@paulweiss.com |
| 9 | | jbial@ paulweiss.com |
| | | dhowley@ paulweiss.com |
| 10 | | |
| 11 | | *Attorneys for Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation* |
| 12 | | |
| 13 | Date: September 9, 2016 | BONA LAW PC |
| 14 | | |
| | | */s/ Jarod M. Bona* |
| 15 | | Jarod M. Bona (SBN 234327) |
| | | Aaron R. Gott (admitted *pro hac vice*) |
| 16 | | BONA LAW PC |
| 17 | | 4275 Executive Square, #200 |
| | | La Jolla, CA 92037 |
| 18 | | Telephone: (858) 964-4589 |
| | | Facsimile: (858) 964-2301 |
| 19 | | Email: jarod.bona@bonalawpc.com |
| 20 | | Email: aaron.gott@bonalawpc.com |
| 21 | | *Attorneys for Taitsu Corporation and Taitsu America, Inc.* |
| 22 | | |
| 23 | Date: September 9, 2016 | JONES DAY |
| 24 | | |
| | | */s/ Eric P. Enson* |
| 25 | | |
| 26 | | Jeffrey A. LeVee (State Bar No. 125863) |
| | | jlevee@JonesDay.com |
| 27 | | Eric P. Enson (State Bar No. 204447) |
| | | epenson@JonesDay.com |
| 28 | | Rachel H. Zernik (State Bar No. 281222) |
| | | rzernik@jonesday.com |

|  |  |
|---|---|
|  | JONES DAY |
|  | 555 South Flower Street, Fiftieth Floor |
|  | Los Angeles, CA 90071.2300 |
|  | Telephone:   +1.213.489.3939 |
|  | Facsimile:   +1.213.243.2539 |
|  |  |
|  | *Counsel for Defendants* |
|  | *Holy Stone Enterprise Co., Ltd.* |
|  | *Holystone International, and Vishay Polytech Co., Ltd.* |
|  |  |
| Date: September 9, 2016 | HUGHES HUBBARD & REED LLP |
|  |  |
|  | /s/ David H. Stern |
|  |  |
|  | David H. Stern (CA Bar No. 196408) |
|  | Carolin Sahimi (CA Bar No. 260312) |
|  | Hughes Hubbard & Reed LLP |
|  | 350 South Grand Avenue |
|  | Los Angeles, CA 90071-3442 |
|  | Tel: (213) 613-2800 |
|  | Fax: (213) 613-2950 |
|  | Email: David.Stern@hugheshubbard.com |
|  | Email: Carolin.Sahimi@hugheshubbard.com |
|  |  |
|  | William J. Kolasky (*pro hac vice* pending) |
|  | Hughes Hubbard & Reed LLP |
|  | 1775 I Street, N.W., Suite 600 |
|  | Washington, DC 20006 |
|  | Tel: (202) 721-4600 |
|  | Fax: (202) 721-4646 |
|  | Email: William.Kolasky@hugheshubbard.com |
|  |  |
|  | Sigrid U. Jernudd (admitted *pro hac vice*) |
|  | Hughes Hubbard & Reed LLP |
|  | One Battery Park Plaza |
|  | New York, NY 10004-1482 |
|  | Tel: (212) 837-6000 |
|  | Fax: (212) 422-4726 |
|  | Email: Sigrid.Jernudd@hugheshubbard.com |
|  |  |
|  | *Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.* |

| | | |
|---|---|---|
| 1 | Date: September 9, 2016 | DENTONS US LLP |
| 2 | | /s/ Gaspare J. Bono_____ |
| 3 | | |
| 4 | | Gaspare J. Bono (*admitted pro hac vice*) |
| | | Stephen M. Chippendale (*admitted pro hac vice*) |
| 5 | | Claire M. Maddox (*admitted pro hac vice*) |
| | | Eric Y. Wu (*admitted pro hac vice*) |
| 6 | | Dentons US LLP |
| 7 | | 1900 K St., NW |
| | | Washington, DC 20006 |
| 8 | | Tele: (202) 496-7500 |
| | | Fax:  (202) 496-7756 |
| 9 | | gap.bono@dentons.com |
| 10 | | steve.chippendale@dentons.com |
| | | claire.maddox@dentons.com |
| 11 | | eric.wu@dentons.com |
| 12 | | Andrew S. Azarmi (SBN 241407) |
| 13 | | Dentons US LLP |
| | | Spear Tower, One Market Plaza, 24th Fl. |
| 14 | | San Francisco, CA 94105 |
| | | Tele: (415) 267-4000 |
| 15 | | Fax:  (415) 356-3873 |
| 16 | | andrew.azarmi@dentons.com |
| 17 | | *Attorneys for Defendants* |
| | | *Shinyei Kaisha, Shinyei Technology Co., Ltd.,* |
| 18 | | *Shinyei Capacitor Co., Ltd., and* |
| 19 | | *Shinyei Corporation of America, Inc.* |
| 20 | Date: September 9, 2016 | DAVIS WRIGHT TREMAINE LLP |
| 21 | | By: ___/s/ *Allison A. Davis*_____ |
| 22 | | Allison A. Davis (State Bar No. 139203) |
| 23 | | Sanjay M. Nangia (State Bar No. 264986) |
| | | 505 Montgomery Street, Ste. 800 |
| 24 | | San Francisco, CA 94111-6538 |
| 25 | | Telephone:( 415) 276-6500 |
| | | Facsimile: (415) 276-6599 |
| 26 | | allisondavis@dwt.com |
| 27 | | sanjaynangia@dwt.com |
| 28 | | Nick Verwolf (*Pro Hac Vice*) |
| | | 777 108th Avenue NE, Ste. 2300 |

12

STIPULATED [PROPOSED] AMENDMENT TO                                                        Case No. 3:14-CV-03264-JD
PROTECTIVE ORDER ON CONFIDENTIALITY

| | |
|---|---|
| 1 | Bellevue, WA 98004-5149 |
| 2 | Telephone: (425) 646-6100 |
|   | Facsimile: (425) 646-6199 |
| 3 | Email: nickverwolf@dwt.com |

*Attorneys for Defendants
Shizuki Electric Co., Inc. and American Shizuki
Corporation*

Date: September 9, 2016          SQUIRE PATTON BOGGS (US) LLP

/s/ Matthew Digby_____

Matthew Digby (State Bar # 113415)
Adam R. Fox (State Bar # 220584)
Helen H. Yang (State Bar # 241170)
Chassica Soo (State Bar # 287427)
555 South Flower Street, 31st Floor
Los Angeles, California  90071
Telephone:      +1 213 624 2500
Facsimile:       +1 213 623 4581
matthew.digby@squirepb.com
adam.fox@squirepb.com
helen.yang@squirepb.com
chassica.soo@squirepb.com

*Attorneys for Defendant Nissei Electric Co., Ltd.*

Date: September 13, 2016          WILLIAMS MONTGOMERY & JOHN LTD.

/s/ Charles E. Tompkins

Charles E. Tompkins
Eric R. Lifvendahl
Paul J. Ripp
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Tel.: (312) 443-3200
Fax: (312) 630-8500

*Attorneys for Plaintiff Flextronics International USA, Inc.*

1  I attest that concurrence in the filing of this document has been obtained from each of the other
2  signatories above.
3
4  Dated: September 14, 2016                By:     */s/ Howard J Parker*
5                                                    Howard J. Parker
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8  DATED: _____        _____
9                                                    The Honorable James Donato
                                                     United States District Court Judge

STIPULATED [PROPOSED] AMENDMENT TO                                Case No. 3:14-CV-03264-JD
PROTECTIVE ORDER ON CONFIDENTIALITY