Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Adam J. Zapala (245748)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | MASTER FILE NO. 14-cv-03264-JD |
| This Document Relates to: | **DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPROVE PROGRAM TO PROVIDE CLASS NOTICE AND TO SET SCHEDULE FOR FINAL APPROVAL** |
| ALL INDIRECT PURCHASER ACTIONS | |
| | **Date:** November 10, 2016<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 11, 19th Floor |

DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPPROVE PROGRAM TO PROVIDE CLASS NOTICE AND TO SET SCHEDULE FOR FINAL APPROVAL; Master File No. 14-cv-03264-JD

I, Steven N. Williams, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court and the courts of the State of California.  I am a partner with Cotchett, Pitre & McCarthy, LLP ("**CPM**"), and Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs ("**IPPs**").

2.    I make this Declaration in support of IPPs' motion to approve program to provide class notice and to set a schedule for final approval of the proposed IPP settlements with Defendants NEC TOKIN Corp./NEC TOKIN America Inc. (collectively, "**NEC TOKIN**"), Nitsuko Electronics Corporation ("**Nitsuko**"), and Okaya Electric Industries Co, Ltd. ("**Okaya**") (collectively, the "**Settlements**" or the "**Settling Defendants**"). The matters described are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.  I make this declaration pursuant to 28 U.S.C. § 1746.

3.    IPPs solicited bids from a number of nationally-recognized notice providers to prepare a program to provide notice to the classes of the Settlements with the Settling Defendants. Each of the responding notice providers provided proposals.   After review and analysis of the proposals, IPPs concluded that the program proposed by A.B. Data, Inc., as described in the motion and in the Declaration of Linda V. Young was most appropriate to provide notice to the classes in accordance with Rule 23, due process, and in an efficient and effective manner.

4.    Attached to this declaration as Exhibit 1 is a copy of the proposed short form notice.

5.    Attached to this declaration as Exhibit 2 is a copy of the proposed long form notice.

Executed on October 6, 2016 in Burlingame, California.

*/s/ Steven N. Williams*
Steven N. Williams

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPROVE NOTICE PROGRAM AND TO SET SCHEDULE FOR FINAL APPROVAL; Master File No. 14-cv-03264-JD                    1