William J. Kolasky (admitted *pro hac vice*)
**HUGHES HUBBARD & REED LLP**
1775 I Street, N.W., Suite 600
Washington, DC 20006
Tel: (202) 721-4600
Email: William.Kolasky@hugheshubbard.com

Sigrid U. Jernudd (admitted *pro hac vice*)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
Tel: (212) 837-6000
Email: Sigrid.Jernudd@hugheshubbard.com

David H. Stern (CA Bar No. 196408)
Carolin Sahimi (CA Bar No. 260312)
**HUGHES HUBBARD & REED LLP**
350 South Grand Avenue
Los Angeles, CA 90071-3442
Tel: (213) 613-2800
Email: David.Stern@hugheshubbard.com
Email: Carolin.Sahimi@hugheshubbard.com

*Counsel for Defendants Soshin Electric Co., Ltd.
and Soshin Electronics of America Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:14-cv-03264-JD<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW BY COUNSEL FOR DEFENDANTS SOSHIN ELECTRIC CO., LTD. AND SOSHIN ELECTRONICS OF AMERICA INC.** |

THE COURT, having considered the Motion to Withdraw by Counsel for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America Inc. (the "Motion"), filed October 17, 2016, and all of the papers filed and issues raised therein, HEREBY GRANTS the Motion and ORDERS

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW BY COUNSEL FOR DEFENDANTS SOSHIN ELECTRIC CO., LTD.
AND SOSHIN ELECTRONICS OF AMERICA INC.**
CASE NO. 3:14-CV-03264-JD

73195803_1

that Hughes Hubbard & Reed LLP may withdraw from representation of Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America Inc. in this litigation.

ENTERED this __27th__ day of __October__, 2016.

_____
Hon. James Donato
United States District Judge

- 2 -

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW BY COUNSEL FOR DEFENDANTS SOSHIN ELECTRIC CO., LTD. AND SOSHIN ELECTRONICS OF AMERICA INC.**
CASE NO. 3:14-CV-03264-JD

73195803_1