1  GIBSON, DUNN & CRUTCHER LLP
   GEORGE A. NICOUD III, SBN 106111
2      tnicoud@gibsondunn.com
   555 Mission Street
3  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
4  Facsimile:  415.393.8306

5  GIBSON, DUNN & CRUTCHER LLP
   MATTHEW PARROTT, SBN 302731
6      mparrott@gibsondunn.com
   3161 Michelson Drive
7  Irvine, CA 92612-4412
   Telephone: 949.451.3800
8  Facsimile:  949.451.4220

9  *Attorneys for Defendants NEC TOKIN Corporation and
   NEC TOKIN America, Inc.*

10 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CAPACITORS ANTITRUST LITIGATION | CASE NO. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS AND INDIRECT PURCHASER ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305]** |

Pursuant to Civil Local Rules 6-2 and 7-12, Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs"), and Defendants Fujitsu Limited, NEC TOKIN Corporation, NEC TOKIN America, Inc., Nitsuko Electronics Corporation, Okaya Electric Industries Co., Ltd., Okaya Electric America, Inc., ROHM Co., Ltd., and ROHM Semiconductor U.S.A., LLC (collectively, "Settling Defendants") respectfully request that the Court grant the following joint stipulation seeking a one-day extension for the IPPs, DPPs, and Settling Defendants to file supplemental papers relevant to the second hearing on the motions for preliminary approval scheduled for November 10, 2016.

WHEREAS at the October 14, 2016, hearing on DPPs' motion for preliminary approval of settlements with the Fujitsu, NEC TOKIN, Nitsuko, Okaya, and ROHM defendants [Dkt. No. 1298] and IPPs' motions for preliminary approval of settlements with the NEC TOKIN, Nitsuko, and Okaya defendants and approval of notice program [Dkt. Nos. 1305, 1306] (collectively, "the motions"), the Court scheduled a second hearing on the motions for November 10, 2016 [Dkt. No. 1348];

WHEREAS at the October 14, 2016, hearing on the motions, the Court ordered that supplemental papers relevant to the hearing be filed one week prior to the hearing, i.e., November 3, 2016 [Dkt. No. 1350 at 20:19–21:8];

WHEREAS counsel for DPPs Joseph R. Saveri is currently in trial and has had limited opportunity to coordinate with counsel for IPPs and Settling Defendants regarding the supplemental papers to be filed with the Court;

WHEREAS counsel for IPPs, DPPs, and Settling Defendants have been working cooperatively and expeditiously to prepare the supplemental papers to be filed with the Court;

WHEREAS counsel for DPPs requested that counsel for IPPs and Settling Defendants stipulate to an additional day to file the supplemental papers with the Court, and counsel for IPPs and Settling Defendants have agreed to such an extension; and

WHEREAS the requested extension will not affect the date of the second hearing on the motions scheduled for November 10, 2016, or any other date set by the Court;

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the IPPs, DPPs, and the Settling Defendants that:

1. Good cause exists for extending by one day the deadline for filing the supplemental papers relevant to the second hearing on the motions;

2. IPPs, DPPs, and Settling Defendants shall file the supplemental papers relevant to the second hearing on the motions by Friday, November 4, 2016.

**IT IS SO STIPULATED.**

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| 1 | Dated: November 3, 2016 | /s/ *Steven N. Williams* |
| 2 | | Joseph W. Cotchett |
| 3 | | Steven N. Williams |
| | | Adam Zapala |
| 4 | | Elizabeth Tran |
| | | **Cotchett Pitre & McCarthy LLP** |
| 5 | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, CA 94010 |
| 6 | | Telephone: (650) 697-6000 |
| | | Facsimile: (650) 697-0577 |
| 7 | | jcotchett@cpmlegal.com |
| | | swilliams@cpmlegal.com |
| 8 | | azapala@cpmlegal.com |
| | | etran@cpmlegal.com |
| 9 | | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 10 | Dated: November 3, 2016 | /s/ *Joseph R. Saveri* |
| 11 | | Joseph R. Saveri |
| | | Andrew M. Purdy |
| 12 | | Matthew S. Weiler |
| 13 | | **Joseph Saveri Law Firm, Inc.** |
| | | 555 Montgomery Street, Suite 1210 |
| 14 | | San Francisco, California 94111 |
| | | Telephone: (415) 500-6800 |
| 15 | | Facsimile: (415) 395-9940 |
| | | jsaveri@saverilawfirm.com |
| 16 | | apurdy@saverilawfirm.com |
| | | mweiler@saverilawfirm.com |
| 17 | | jdallal@saverilawfirm.com |
| | | *Interim Lead Counsel for Direct Purchaser Plaintiffs* |

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS
[DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

| | | |
|---|---|---|
| 1 | Dated: November 3, 2016 | /s/ *George A. Nicoud III* |
| 2 | | George A. Nicoud III |
| | | **Gibson, Dunn & Crutcher LLP** |
| 3 | | 555 Mission Street |
| | | San Francisco, CA 94105 |
| 4 | | Telephone: (415) 393-8200 |
| | | Facsimile: (415) 374-8473 |
| 5 | | Email: TNicoud@gibsondunn.com |
| 6 | | Matthew Parrott |
| | | **Gibson, Dunn & Crutcher LLP** |
| 7 | | 3161 Michelson Drive |
| | | Irvine, CA 92612-4412 |
| 8 | | Telephone: (949) 451-3800 |
| | | Facsimile: (949) 451-4220 |
| 9 | | mparrott@gibsondunn.com |
| | | *Attorneys for Defendants NEC TOKIN Corporation* |
| 10 | | *and NEC TOKIN America, Inc.* |

Dated: November 3, 2016         /s/ *Paul T. Friedman*

Paul T. Friedman
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7444
Email: pfriedman@mofo.com
*Attorney for Defendant Fujitsu Limited*

Dated: November 3, 2016         /s/ *Belinda S Lee*

Belinda S Lee
Ashley M. Bauer
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851
Email: belinda.lee@lw.com
*Attorneys for Defendant Nitsuko Electronics Corporation*

---

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE
SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS
[DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

| | | |
|---|---|---|
| 1 | Dated: November 3, 2016 | /s/ *Darrell Prescott* |
| 2 | | Darrell Prescott |
| | | Catherine Stillman |
| 3 | | **Baker & McKenzie** |
| | | 452 Fifth Avenue |
| 4 | | New York, NY 10018 |
| | | Telephone: (212) 626-4476 |
| 5 | | Facsimile: (212) 310-1637 |
| | | Email: Darrell.Prescott@bakermckenzie.com |
| 6 | | Email: Catherine.Stillman@bakermckenzie.com |
| 7 | | Meghan E. Hausler |
| | | **Baker & McKenzie** |
| 8 | | 2300 Trammell Crow Center |
| | | 2001 Ross Avenue |
| 9 | | Dallas, TX 75201 |
| | | Telephone: (214) 965-7219 |
| 10 | | Facsimile: (214) 978-3099 |
| | | Email: Meghan.Hausler@bakermckenzie.com |
| 11 | | |
| | | Colin H. Murray |
| 12 | | **Baker & McKenzie** |
| | | Two Embarcadero Center, 11th Floor |
| 13 | | San Francisco, CA 94111 |
| | | Telephone: (415) 591-3244 |
| 14 | | Facsimile: (415) 576-3099 |
| | | Email: Colin.Murray@bakermckenzie.com |
| 15 | | *Attorneys for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.* |
| 16 | | |
| 17 | Dated: November 3, 2016 | /s/ *Michael F. Tubach* |
| 18 | | Michael F. Tubach |
| | | Brian Y. Chang |
| 19 | | **O'Melveny & Myers LLP** |
| | | Two Embarcadero Center, 28th Floor |
| 20 | | San Francisco, CA 94111-3305 |
| | | Telephone: (415) 984-8700 |
| 21 | | Facsimile: (415) 984-8701 |
| | | Email: mtubach@omm.com |
| 22 | | Email: bchang@omm.com |
| 23 | | Kenneth R. O'Rourke |
| | | **O'Melveny & Myers LLP** |
| 24 | | 400 South Hope Street, 18th Floor |
| | | Los Angeles, CA 90071 |
| 25 | | Telephone: (213) 430-6000 |
| | | Facsimile: (213) 430-6407 |
| 26 | | Email: korourke@omm.com |
| 27 | | *Attorneys for Defendants ROHM Co., Ltd., and ROHM Semiconductor U.S.A., LLC* |
| 28 | | |

Gibson, Dunn & Crutcher LLP

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE
SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS
[DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

1  Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose

2  behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3  Dated: November 3, 2016    /s/ *George A. Nicoud III*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　Hon. James Donato
　　　　　　　　　　　　　　　　　　　　　United States District Judge

6

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE
SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS
[DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On November 3, 2016, I served the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305]**

on the parties stated below, by the following means of service. **(NOTE:  ALL OTHER PARTIES WERE SERVED VIA ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM)**:

## VIA U.S. MAIL

| | |
|---|---|
| Elizabeth E. Collins<br>Collins & Scanlon LLP<br>50 Public Sq.<br>Suite 3300<br>Cleveland, OH 44113<br>Ph: (216) 696-0022 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Ph: (212) 310-8000 |
| Kenji Kasahara<br>Representative Director of Toshin Kogyo Co., LTD<br>Tsukas Bldg. 2-15-4, Uchikanda<br>Chiyoda-Ku<br>Tokyo, Japan<br>Ph:  (81) +3 3256-3781 | Benjamin J. Eichel<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Ph:  (215) 981-4629 |

☒ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **BY MESSENGER SERVICE**: I placed a true copy in a sealed envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service for delivery before 5:00 p.m. on the above-mentioned date. *(A declaration by the messenger must accompany this Certificate of Service.)*

Gibson, Dunn & Crutcher LLP

7

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

☐ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☐ **BY LEXISNEXIS**: I provided the document(s) listed above electronically to LexisNexis through the LexisNexis File & Serve website pursuant to the order authorizing electronic service and the instructions on that website.

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☐ **BY ELECTRONIC SERVICE**: On the above-mentioned date at _____ [a.m./p.m] , based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Trey Nicoud, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 3, 2016.
                                                   /s/ *Robin McBain*

8

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS [DKT. NOS. 1298 AND 1305] – CASE NO. 3:14-CV-03264-JD

Gibson, Dunn & Crutcher LLP