Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Capacitors Antitrust Litigation )
                                     ) Case No: 14-cv-03264-JD
                              Plaintiff(s), )
                                     ) **APPLICATION FOR**
            v.                       ) **ADMISSION OF ATTORNEY**
                                     ) **PRO HAC VICE**
                                     ) (CIVIL LOCAL RULE 11-3)
                                     )
                               Defendant(s). )

I, Gina A. Jenero, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nichicon Corp.; Nichicon (America) Corp in the above-entitled action. My local co-counsel in this case is Daniel W. Fox, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| K&L Gates, LLP, 70 W. Madison St., Suite 3100, Chicago, Illinois 60602 | K&L Gates, LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 807-4243 | (415) 882-8017 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gina.jenero@klgates.com | daniel.fox@klgates.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6320853.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/04/16                                    Gina A. Jenero
                                                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gina A. Jenero is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/7/16

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                           *October 2012*