UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION. | Master File No.  14-cv-03264-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, and the stipulated request by the parties. Dkt. No. 1373.

| Event | Proposed Deadline |
|---|---|
| Defendants' supplemental IPP Phase I FTAIA opening briefing | 11/4/2016 |
| Plaintiffs' supplemental IPP Phase I FTAIA opposition brief | 12/2/2016 |
| DPPs serve supplemental discovery responses, if any, for Phase II FTAIA briefing | 12/12/2016 |
| Defendants' supplemental IPP Phase I FTAIA reply | 12/16/2016 |
| Defendants' Phase II FTAIA opening brief in DPP action | 1/9/2017 |
| FTAIA Phase I hearing re supplemental state law issues in IPP action | 1/19/2017 @ 10 a.m. |
| Plaintiffs' Phase II FTAIA opposition brief in DPP action | 2/6/2017 |
| Plaintiffs serve opening class expert reports | 2/24/2017 |
| Defendants' Phase II FTAIA reply brief in DPP action | 2/27/2017 |
| FTAIA Phase II hearing in DPP action | 3/23/2017 @ 10 a.m. |
| Defendants serve opposition class expert reports | 3/24/2017 |

| Event | Proposed Deadline |
|---|---|
| Plaintiffs serve expert class rebuttal reports | 4/21/2017 |
| Class expert depositions and class expert discovery completed | 5/19/2017 |
| Plaintiffs' opening class certification motion and brief | 6/15/2017 |
| Plaintiffs file class certification *Daubert* motions (if any)<br>Defendants file class certification *Daubert* motions (if any) | 6/15/2017 |
| Defendants' class certification opposition brief | 7/13/2017 |
| Plaintiffs' brief in opposition to class certification *Daubert* motions<br>Defendants' brief in opposition to class certification *Daubert* motions | 7/13/2017 |
| Plaintiffs' class certification reply brief | 8/3/2017 |
| Plaintiffs' *Daubert* class certification reply brief<br>Defendants' *Daubert* class certification reply brief | 8/3/2017 |
| Class certification hearing | 9/7/2017 @ 10 a.m. |
| Deadline for completion of fact discovery | 11/6/2017 |
| Plaintiffs' expert reports on merits | 11/27/2017 |
| Defendants' expert reports on merits | 1/2/2018 |
| Plaintiffs' merits expert rebuttal reports | 1/22/2018 |
| Deadline for end of merits expert discovery, including merits expert depositions | 2/20/2018 |
| Time by which any summary judgment motions must be filed and deadline for filing of *Daubert* merits expert motions | 3/15/2018 |
| Time by which any summary judgment oppositions must be filed and deadline for filing of *Daubert* merits expert oppositions | 4/12/2018 |
| Time by which any summary judgment replies must be filed and deadline for filing of *Daubert* merit experts replies | 5/3/2018 |
| Summary judgment hearing | 5/24/2018 @ 10 a.m. |
| Final pretrial conference | 7/19/2018 @ 1:30 p.m. |
| Trial | 8/6/2018 @ 9:30 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  November 22, 2016

_____
JAMES DONATO
United States District Judge