Daniel W. Fox (SBN 268757)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882 8200
Facsimile: (415) 882 8220
daniel.fox@klgates.com

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Donahue (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372 1121
Facsimile: (312) 827 8000
scott.mendel@klgates.com
steven.kowal@klgates.com
michael.martinez@klgates.com
lauren.donahue@klgates.com

*Attorneys for Defendants Nichicon Corporation
and Nichicon (America) Corporation*

# UNITED STATES COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Master file No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO: DIRECT PURCHASER CLASS ACTION; FLEXTRONICS INTERNATIONAL USA, INC.'S INDIVIDUAL ACTION** | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS** |

Plaintiff Flextronics International USA, Inc. ("Flextronics") and the "Flextronics Defendants"[1] jointly request that the Court set a separate Phase II FTAIA briefing schedule as to Flextronics. This issue was not addressed in the Court's Amended Scheduling Order in accordance with the parties' request for additional time to meet and confer with regard to the Flextronics individual action. The schedule requested herein will not delay or affect other deadlines in this consolidated litigation.

As the parties have noted in prior briefing, Flextronics's claims raise individual FTAIA arguments based on facts unique to Flextronics. As a result, the Court's ruling with regard to the DPP's FTAIA arguments may inform but will not resolve Flextronics's claims arising from arguably foreign commerce. Moreover, resolution of Flextronics's individual FTAIA issues requires the parties to continue and complete ongoing efforts to negotiate and resolve several complex discovery issues. This process cannot be completed on the schedule Defendants and the DPPs agreed upon. An attempt to resolve Flextronics's FTAIA arguments on the same schedule as the DPPs would needlessly increase the litigation burden of both Flextronics and the Flextronics Defendants without any benefit to the pace or efficiency of this overall litigation.

Flextronics and the Flextronics Defendants therefore request that the Court schedule Flextronics's FTAIA briefing to take place as follows:

- The Flextronics Defendants' opening brief shall be due April 21, 2017, approximately 30 days after the March 23, 2017 hearing on the DPP's FTAIA-related claims.

---

[1] The "Flextronics Defendants" consist of KEMET Corporation; KEMET Electronics Corporation; Nippon Chemi-Con Corporation; United Chemi-Con, Inc.; Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd.; Nichicon Corporation; Nichicon (America) Corporation; AVX Corporation; Rubycon Corporation; Rubycon America Inc.; ELNA Co., Ltd.; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A HolyStone International); ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Okaya Electric Industries Co., Ltd.; Okaya Electric America Inc.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nitsuko Electronics Corporation; Nissei Electric Co., Ltd.; Soshin Electric Co., Ltd.; Soshin Electronics of America, Inc.; Shizuki Electric Co., Inc.; and American Shizuki Corporation (collectively, the "Flextronics Defendants").

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

- Flextronics's response shall be due on May 19, 2017[2]; and
- The Flextronics Defendants' Reply shall be due on June 16, 2017.

This proposed briefing schedule will not require changing any of the other deadlines in the Amended Scheduling Order nor delay the orderly progress of this consolidated litigation.

**MEMORANDUM IN SUPPORT**

This stipulation arises from Flextronics's unique position in these consolidated cases. As an individual direct action litigant, Flextronics is advancing theories regarding the FTAIA that the DPPs are not, including theories based on: (1) Flextronics's purchasing processes during the alleged conspiracy period; (2) the purchasing processes of certain third-party Flextronics customers during the alleged conspiracy period; (3) commercial practices related to imports of capacitors purchased by Flextronics into the United States; (4) import regulations and commercial practices applicable to shipments of capacitors to Mexico; and (5) Flextronics's and/or its affiliates' sales of finished goods containing capacitors in the United States. In light of the Court's Phase I order, these individual theories will require supplementation of discovery, and potentially discovery from third parties, that is significantly more extensive and complex than that required from the DPPs.

Unlike the named DPPs, Flextronics's claims involve its purchase of hundreds of millions of capacitors and millions of transactions involving finished goods sold by Flextronics that incorporate capacitors. Data related to these transactions comes from dozens of Flextronics entities around the world. In addition, Flextronics's theories require further evaluation of facts relating to the negotiations of pricing agreements over the course of the alleged conspiracy. While the parties are in the process of discussing certain stipulations for purposes of Defendants' motion in order to minimize potential discovery burdens on both sides, these discussions and the supplementation of

---

[2] This date assumes that the Flextronics Defendants file a single brief. If separate briefs are filed, the parties will confer further regarding an appropriate due date for Flextronics's Opposition.

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

related discovery information involve vastly more data and cannot be completed on the schedule applicable to the DPP's FTAIA issues.[3]

Given this backdrop, both sides recognize the need for a briefing schedule for Phase II FTAIA motions directed to Flextronics that is different from that of the DPPs. *See* Dkt. #1373, footnotes 1-3. As the parties have noted, the proposed schedule for Flextronics will not impact the class certification schedule, s*ee id.*, at footnotes 1 and 2, because Flextronics's individual FTAIA arguments do not implicate the class certification standards of Fed. R. Civ. P. 23. Nor will the proposed Flextronics schedule impact other deadlines: briefing on Flextronics's FTAIA arguments will be complete long before the deadlines for summary judgment or the submission of expert reports. The proposed schedule will maximize the efficient resolution of Flextronics's claims without impacting the overall progress of this consolidated litigation.

## CONCLUSION

For the reasons set forth herein, Flextronics and the Flextronics Defendants respectfully request that the Court order the schedule proposed herein for resolution of Flextronics's individual FTAIA arguments.

Dated: December 9, 2016

/s/ Michael E. Martinez
Scott M. Mendel
Steven M. Kowal
Michael E. Martinez
Lauren N. Donahue
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602

---

[3] For example, the parties are meeting and conferring regarding a stipulation to address arguments that implicate Flextronics's finished goods sales transaction data. The intent is to develop stipulated facts that permit Defendants to evaluate and respond to Flextronics's FTAIA arguments regarding the sale of finished goods without the substantial burden that a full production and review of such transaction data, which involves products and data sets that are not involved in the DPP and IPP case, would place on both sides.

4

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

T: (312) 372-1121
F: (312) 827-8000

*Attorneys for Defendants Nichicon Corporation Nichicon (America) Corporation*


    /s/ Bruce D. Sokler
Bruce D. Sokler
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
701 Pennsylvania Avenue NW Suite 900
Washington, DC 20004
T: 202-434-7303
F: 202-434-7400
bdsokler@mintz.com

*Attorneys for Defendant AVX Corporation*


    /s/ Heather S. Tewksbury
Heather S. Tewksbury
**WILMER CUTLER PICKERING HALE AND DORR, LLP**
950 Page Mill Road
Palo Alto, CA 94304
T: 650-858-6134
F: 650-858-6100
heather.tewksbury@wilmerhale.com

*Attorney for Defendants Elna Co. Ltd. and Elna America Inc.*


    /s/ Chul Pak
Chul Pak (admitted pro hac vice)
Jeffrey C. Bank (admitted pro hac vice)
Justin A. Cohen (admitted pro hac vice)
**WILSON SONSINI GOODRICH & ROSATI
Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
T: 212-497-7726
F: 212-999-5899
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Counsel for Defendants, Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., and Hitachi AIC Inc.*

|   |   |
|---|---|
| 1 | /s/ Eric P. Enson |
| 2 | Jeffrey A. LeVee<br>Eric P. Enson<br>Rachel H. Zernik |
| 3 | **JONES DAY**<br>555 South Flower Street, Fiftieth Floor |
| 4 | Los Angeles, CA 90071.2300<br>T: 213-489-3939 |
| 5 | F: 213-243-2539<br>jlevee@JonesDay.com |
| 6 | epenson@JonesDay.com<br>rzernik@JonesDay.com |

```
                        /s/ Eric P. Enson
                Jeffrey A. LeVee
                Eric P. Enson
                Rachel H. Zernik
                JONES DAY
                555 South Flower Street, Fiftieth Floor
                Los Angeles, CA 90071.2300
                T:  213-489-3939
                F:  213-243-2539
                jlevee@JonesDay.com
                epenson@JonesDay.com
                rzernik@JonesDay.com

                *Counsel for Defendants Holy Stone Enterprise
                Co., Ltd. Holystone International, and Vishay
                Polytech Co., Ltd.*

                        /s/ Bonnie Lau
                Bonnie Lau
                DENTONS US LLP
                525 Market Street, 26th Floor
                San Francisco, CA 94105
                T:  415-882-5000
                F:  415- 882-0300
                bonnie.lau@dentons.com

                *Attorney for Defendant Matsuo Electric Co.,
                Ltd.*


                        /s/ Belinda S Lee
                Belinda S Lee
                Ashley M. Bauer
                LATHAM & WATKINS LLP
                505 Montgomery Street, 20th Floor
                San Francisco, CA 94111
                T:  415-391-0600
                F:  415-395-8095

                *Attorneys for Defendant Nitsuko Electronics
                Corporation*


                        /s/ Darrell Prescott
                Darrell Prescott
                BAKER & MCKENZIE LLP
                452 Fifth Avenue
                New York, NY 10018
                T:  212-626-4355
                F:  212-310-1655
                darrell.prescott@bakermckenzie.com

                Meghan E. Hausler
                BAKER & MCKENZIE LLP
                2300 Trammell Crow Center
```

2001 Ross Avenue
Dallas, TX 75206
T:  214-965-7219
F:  214-965-5937
meghan.hausler@bakermckenzie.com

*Attorneys for Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.*


   /s/ Michael F. Tubach
Michael F. Tubach
Megan L. Havstad
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
T:  415-984-8700
F:  415-984-8701
mtubach@omm.com
mhavstad.@omm.com

Kenneth R. O'Rourke
**O'MELVENY  & MYERS  LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T:  2130-430-6000
F:  213-430-6407
korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. And ROHM Semiconductor U.S.A., LLC*


   /s/ Djordje Petkoski
Djordje Petkoski
**HUNTON AND WILLIAMS  LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
T:  202-955-1500
dpetkoski@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*


   /s/ Joseph J. Bial
Joseph J. Bial
Eric R. Sega
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006-1047
jbial@paulweiss.com
esega@paulweiss.com

7

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

*Attorneys for Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation*

      /s/ Gaspare J. Bono
Gaspare J. Bono
Stephen M. Chippendale
Claire M. Maddox
Eric Y. Wu
**DENTONS US LLP**
1900 K St., NW
Washington, DC 20006
T: 202-496-7500
F: 202-496-7756
gap.bono@dentons.com
steve.chippendale@dentons.com
claire.maddox@dentons.com
eric.wu@dentons.com

Andrew S. Azarmi
**DENTONS US LLP**
Spear Tower, One Market Plaza, 24th Fl.
San Francisco, CA 94105
T: 415-267-4000
F: 415-356-3873
andrew.azarmi@dentons.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.*

      /s/ Allison A. Davis
Allison A. Davis
Sanjay M. Nangia
Joy G. Kim
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Ste. 800
San Francisco, CA 94111-6538
T: 415-276-6500
F: 415-276-6599
allisondavis@dwt.com
sanjanangia@dwt.com
joykim@dwt.com

Nick Verwolf
**DAVIS WRIGHT TREMAINE LLP**
777 108th Avenue NE, Ste. 2300
Bellevue, WA 98004-5149
T: 425-646-6100
F: 425-646-6199
nickverwolf@dwt.com

*Attorneys for Defendants Shizuki Electric Co., Inc. and American Shizuki Corporation*

      /s/ C. Dennis Loomis
C. Dennis Loomis
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-
cdloomis@bakerlaw.com

John R. Fornaciari
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20026
jfornaciari@bakerlaw.com

*Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*

      /s/ Jarod M. Bona
Jarod M. Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, #200
La Jolla, CA 92037
T: 858-964-4589
F: 858-964-2301
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Attorneys for Defendants Taitsu Corporation and Taitsu America, Inc.*

      /s/ Charles E. Tompkins
Charles E. Tompkins
Eric R. Lifvendahl
Paul J. Ripp
Anthony J. O'Neill
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Dr., Suite 6100
Chicago, IL 60606
T: 312-443-3200
F: 312-630-8500

*Attorneys for Flextronics International USA, Inc.*

9

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized in writing.

Dated: December 9, 2016            /s/ Michael Martinez
                                            Michael Martinez

# [PROPOSED] STIPULATED ORDER

WHEREAS, Plaintiff Flextronics International USA, Inc. ("Flextronics") and the defendants whom Flextronics has sued (the "Flextronics Defendants") have further conferred on a schedule for FTAIA Phase II summary judgment briefing following the Court's issuance of the Amended Scheduling Order (Dkt. #1405),

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Flextronics and the Flextronics Defendants that the Phase II FTAIA briefing schedule in the Flextronics action proceed as follows:

- The Flextronics Defendants' opening brief shall be due April 21, 2017;
- Flextronics' response shall be due on May 19, 2017[4]; and
- The Flextronics Defendants' Reply shall be due on June 16, 2017.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____

                                                                Honorable James Donato

                                                                United States District Court Judge

---

[4] This date assumes that the Flextronics Defendants file a single brief. If separate briefs are filed, the parties will confer further regarding an appropriate due date for Flextronics's Opposition.

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**