C. DENNIS LOOMIS, Bar No. 82359
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
Emails:       cdloomis@bakerlaw.com

JOHN R. FORNACIARI (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C.  20036
Telephone:  (202) 861-1612
Emails:       jfornaciari@bakerlaw.com

*Attorneys for Defendants*
Soshin Electric Co., Ltd. and
Soshin Electronics of America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In RE CAPACITORS ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. <u>14-cv-03264-JD</u><br><br>Hon. James Donato<br><br>**NOTICE OF MOTION AND PHASE II FTAIA SUMMARY JUDGMENT MOTION OF DEFENDANTS SOSHIN ELECTRIC CO., LTD. AND SOSHIN ELECTRONICS OF AMERICA INC.**<br><br>**DATE:** March 23, 2017<br>**TIME:** 10:00 a.m.<br>**CTRM:** 11 |

Please take notice that on March 23, 2017, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 11 of the above-entitled Court, Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America Inc. will,

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

and do hereby, move the Court for entry of an order for summary judgment in accord with this Phase II FTAIA summary judgment motion.

This motion is made pursuant to the Court's Amended Scheduling Order dated November 22, 2016 [Docket No. 1405], and the Court's direction in the Result of Hearing, July 20, 2016 [Docket No. 1253]. This motion is based upon this Notice, upon the Court's Order Re Phase I of Summary Judgment on Foreign Transactions dated September 30, 2016 [Docket No. 1302], upon the supporting Memorandum of Points and Authorities filed herewith, and upon the Declaration of Makoto Miyakawa filed herewith.

Respectfully submitted,

Dated: January 9, 2017      BAKER & HOSTETLER LLP

By: */s/ C. Dennis Loomis*
C. Dennis Loomis

C. DENNIS LOOMIS, Bar No. 82359
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: cdloomis@bakerlaw.com

John R. Fornaciari
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
Tel: (202) 861-1612
Fax: (202) 861-1783
Email: jfornaciari@bakerlaw.com

*Attorneys for Defendants
Soshin Electric Co., Ltd and Soshin
Electronics of America Inc.*