1  Joseph R. Saveri (State Bar No. 130064)
   Andrew M. Purdy (State Bar No. 261912)
2  Matthew S. Weiler (State Bar No. 236052)
   James G. Dallal (State Bar No. 277826)
3  JOSEPH SAVERI LAW FIRM, INC.
   555 Montgomery Street, Suite 1210
4  San Francisco, California 94111
   Telephone: (415) 500-6800
5  Facsimile:  (415) 395-9940
   Email:   jsaveri@saverilawfirm.com
6           apurdy@saverilawfirm.com
            mweiler@saverilawfirm.com
7           jdallal@saverilawfirm.com

8  *Interim Lead Counsel for Direct Purchaser Plaintiffs*

9  John R. Fornaciari (*admitted pro hac vice*)
   Robert M. Disch
10 BAKER HOSTETLER LLP
   1050 Connecticut Avenue, NW, Suite 1100
11 Washington, DC 20036-5304
   Telephone: (202) 861-1500
12 Facsimile: (202) 861-1783

13 C. Dennis Loomis (State Bar No. 82359)
   BAKER HOSTETLER LLP
14 11601 Wilshire Boulevard, Suite 1400
   Los Angeles, California 90025-0509
15 Telephone: (310) 820-8800
   Facsimile: (310) 820-8859

16 
   *Attorneys for Defendants Soshin Electric Co., Ltd. and*
17 *Soshin Electronics of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>This document relates to ALL CASES | Master Case No. 3:14-cv-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING ON DEFENDANTS SOSHIN ELECTRIC CO., LTD. AND SOSHIN ELECTRONICS OF AMERICA, INC.'S PHASE II FTAIA SUMMARY JUDGMENT MOTION**<br><br>**(Civil Local Rule 6-2, 7-12)** |

Pursuant to Civil Local Rule 6-2, Direct Purchaser Plaintiffs ("DPPs") and Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc. (collectively, "Soshin") file this Stipulation and [Proposed] Order Regarding Schedule for Briefing on Soshin's Phase II FTAIA Summary Judgment Motion (Dkt. 1424; the "Motion"):

WHEREAS, Soshin filed its Motion on January 9, 2017;

WHEREAS, no other Defendant filed a Phase II FTAIA motion;

WHEREAS, DPPs' briefing in opposition to the Defendants' Phase II FTAIA motions is due under the Court's Amended Scheduling Order (Dkt. 1405) on February 6, 2017;

WHEREAS, Soshin filed the January 9, 2017 Declaration of Makoto Miyakawa (Dkt. 1423-1; the "Declaration") concurrently with and in support of its Motion, and filed certain exhibits to the Declaration under seal (Dkt. 1423-3, 1423-4) or in redacted form (Dkt. 1423-5, 1423-6);

WHEREAS, Soshin did not deliver full, unredacted copies of the sealed and redacted exhibits to DPPs until January 12, 2017; and

WHEREAS, the signatories to this stipulation concur that an extension of time of three days for DPPs to file their opposition briefing is a reasonable remedy for the delay in serving the full, unredacted exhibits, and will not require postponement of the deadline for Soshin to file its Reply on February 24, 2017 or of the FTAIA Phase II hearing on March 23, 2017, and will have no effect on the schedule for the case or any of the other deadlines currently on calendar:

THEREFORE, the deadline for DPPs to file their briefing in Opposition to the Motion shall be extended by three days, until February 9, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: January 26, 2017 | Respectfully Submitted,<br>JOSEPH SAVERI LAW FIRM, INC.<br><br>By:    */s/ Joseph R. Saveri*<br>        Joseph R. Saveri<br><br>Joseph R. Saveri (State Bar No. 130064)<br>Andrew M. Purdy (State Bar No. 261912)<br>Matthew S. Weiler (State Bar No. 236052)<br>James G. Dallal (State Bar No. 277826)<br>JOSEPH SAVERI LAW FIRM, INC.<br>555 Montgomery Street, Suite 1210<br>San Francisco, California 94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Dated: January 26, 2017 | Respectfully Submitted,<br>BAKER & HOSTETLER LLP<br><br>By:    */s/ John R. Fornaciari*<br>        John R. Fornaciari<br><br>John R. Fornaciari (*admitted pro hac vice*)<br>Robert M. Disch<br>BAKER HOSTETLER LLP<br>1050 Connecticut Avenue, NW, Suite 1100<br>Washington, DC 20036-5304<br>Telephone: (202) 861-1500<br>Facsimile: (202) 861-1783<br><br>C. Dennis Loomis (State Bar No. 82359)<br>BAKER HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025-0509<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br><br>*Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.* |

## **ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 26, 2017                                                                     */s/ Joseph R. Saveri*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____  _____
Hon. James Donato
United States District Court Judge