**Settlements have been reached with some of the defendants in a class action lawsuit involving capacitors.**

*What is this lawsuit about?*

The lawsuit alleges that certain defendants engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of aluminum, tantalum or film capacitors ("Capacitors"). Plaintiffs allege that, as result of the unlawful conspiracy involving Capacitors, they and other direct purchasers paid more for Capacitors than they would have absent the alleged conspiracy. Defendants deny Plaintiffs' claims.

*Who has the right to share in the settlements?*

The settlements include all persons and entities in the United States that purchased Capacitors (including through controlled subsidiaries, agents, affiliates or joint-ventures) directly from any defendant or subsidiary, agent, affiliate, or joint venture of a defendant between January 1, 2002 and July 22, 2015 ("Settlement Class").

*Who are the settling defendants?*

Settlements have been reached with Defendants Fujitsu Limited; NEC TOKIN Corporation and NEC TOKIN America, Inc. ("NEC TOKIN")  Nitsuko Electronics Corporation ("Nitsuko"); Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. (the "Okaya Defendants"); and  ROHM Co., Ltd.; and ROHM Semiconductor U.S.A., LLC ("ROHM") (collectively, the "Settling Defendants") in partial settlement of the class action lawsuit (the "Settlement Agreements"). The Settling Defendants deny plaintiffs' allegations, including that the Settling Defendants or any of their current or previous subsidiaries, business units, or affiliates engaged in the wrongdoing alleged by plaintiffs. A complete list of remaining defendants is set out in a Long Form of Notice available at www.capacitorsdirectsettlement.com.

*What do the settlements provide?*

The settlements provide for the payment of USD $32,600,000 to the Settlement Class. As explained in greater detail in the Long Form Notice, Fujitsu Limited will pay $2,000,000; NEC TOKIN will pay $24,000,000; Nitsuko will pay $1,100,000; the Okaya Defendants will pay $ 3,650,000; and ROHM will pay $1,850,000. Plaintiffs' Counsel will ask the Court to approve a deduction of $200,000 from the total amount paid in the settlements to reimburse expenses for notifying Settlement Class Members of the settlements. The attorneys for the Settlement Class will also ask the Court to approve payment of attorneys' fees of $8,150,000 from the settlement fund and reimbursement of $3,000,000 in litigation expenses (principally for expert witnesses) incurred in prosecuting the litigation on behalf of the Class.

The Settling Defendants have agreed to provide plaintiffs with significant and valuable cooperation in the prosecution of the case against the remaining non-settling defendants. Money will be distributed to Settlement Class members at this time. The lawyers will continue to pursue the lawsuit against the remaining defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

*What are my rights?*

If you wish to claim benefits as a member of the Settlement Classes you need to fill out a claim form, as explained in the long form notice available at www.capacitorsdirectsettlement.com. If any of the defendants in this case have record of you purchasing Capacitors from them between January 1, 2002 and July 22, 2015, you will be mailed a claim form for your review that includes details about these purchases. You can either approve the purchase information on your claim form, or, if you disagree with this information, you can submit records of your purchases.

If you do not want to be legally bound by one or more of the settlements, you must exclude yourself in writing by February 13, 2017, in the manner described in part 20 of the long form notice (available at

www.capacitorsdirectsettlement.com), or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed settlements, you must do so in writing no later than February 13, 2017. The settlement agreements, along with details on how to object to them, are available at www.capacitorsdirectsettlement.com. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at 450 Golden Gate Avenue, San Francisco California 94104 on March 2, 2017, at 10:00 AM. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for information.

The Court has appointed the Joseph Saveri Law Firm, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. The Court will hold a hearing on March 2, 2017, to consider whether the settlements are fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but do not have to. We do not know how long these decisions will take. Please do not contact the Court about this case.

This is a Summary Notice. For more details, call toll free 1-866-903-1223, or visit www.capacitorsdirectsettlement.com, or write to

Capacitors Direct Settlement, P.O. Box 2563, Faribault, MN, 55021-9563.