UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | MASTER FILE NO. 14-cv-03264-JD<br><br>[PROPOSED] ORDER APPROVING MOTION TO APPROVE PROGRAM TO PROVIDE CLASS NOTICE AND TO SET SCHEDULE FOR FINAL APPROVAL |

On October 6, 2016 Indirect Purchaser Plaintiffs ("IPPs") filed a Motion to Approve Program to Provide Class Notice and to Set Schedule for Final Approval of proposed settlements with NEC TOKIN, Nitsuko, and Okaya (Dkt. No. 1306).  On October 14, 2016, the Court held a preliminary approval hearing and gave the parties comments concerning the motion to approve certain settlements.  On October 17, 2016, the Court issued a minute order reflecting that hearing (Dkt. No. 1348).  On November 4, 2016, IPPs submitted a supplemental memorandum of law (Dkt. No. 1374) and the supplemental declarations of Steven N. Williams (Dkt. No. 1374-2) and Linda V. Young (Dkt. No. 1375).  The Court, having reviewed all filings concerning this motion, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that the motion should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court approves the form of the Short-Form Notice attached hereto as Exhibit A ("Short-Form Notice").  The Court also approves the form of the Long-Form Notice attached hereto as Exhibit B ("Long-Form Notice").  The Court finds that taken together, mailing the Short-Form Notice by U.S. Mail to those addresses of class members that are available to IPP counsel, together with publication of the Short-Form Notice, and internet posting of the Long-Form Notice are: (i) the best notice practicable; (ii) reasonably calculated to, under the circumstances, apprise members of the settlement classes of the proposed settlements and of their right to object or to exclude themselves as provided in the settlement agreements; (iii) reasonable and constitute due, adequate and sufficient notice to all persons entitled to receive notice; and (iv) meet all applicable requirements of due process and any other applicable requirements under federal or state law.

2. IPPs' notice provider shall provide notice of the class settlement.  The notice provider

shall provide direct notice of the settlement to all members of the settlement class for whom they can reasonably obtain email addresses on or before April 3, 2017.

3. IPPs' notice provider shall publish the Short-Form Notice in Publication of notice in general-market publications and trade magazines. Published notice will run in *The Wall Street Journal, Electronic Design,* and *Nuts and Volts.*

4. IPPs' notice provider shall provide email notice through email "blasts". An email blast will be sent to opt-in subscribers of the following publications:
   a. Penton Publications (including the websites Electronicdesign.com, machinedesign.com, sourceesb.com, mwrf.com, powerelectronics.com, and HydraulicsPneumatics.com.).
   b. EE Times.

5. IPPs' notice provider shall cause banner ads to be placed on the following websites:
   c. Electronicdesign.com
   d. Machinedesign.com
   e. SourceESB.com
   f. Mwrf.com (Microwaves and RF)
   g. Powerelectronics.com
   h. HydraulicsPneumatics.com
   i. Nutsvolts.com
   j. Passivecomponentmagazine.com
   k. Eetimes.com
   l. Ebonline.com

   All banner ads will include an embedded link to the website www.capacitorsindirectcase.com. The banner ads will include generic images of capacitors to increase the visibility of the ads.

6. IPPs' notice provider shall cause banner ads to be run in the e-newsletter *Nuts and Volts*, which is mailed to approximately 40,000 subscribers.

7. IPPs' notice provider shall publish notice in selected trade e-newsletters.

8. IPPs' notice provider shall implement earned media, including dissemination of a news release via Business Wire which will be distributed to more than 10,000 newsrooms, including print, broadcast and digital media across the United States.

9. Publication notice shall commence on or before April 3, 2017, and be completed on or before May 11, 2017.  The notice provider shall also cause a copy of the class notices and Settlement Agreements to be posted on the internet website www.capacitorsindirectcase.com on or before April 3, 2017.

10. Each member of the settlement classes shall have the right to be excluded from the settlement classes by mailing a request for exclusion to the claims administrator to be postmarked no later than May 31, 2017.  Requests for exclusion must be in writing and set forth the name and address of the person or entity who wishes to be excluded, as well as any trade name or business name and address used by such person or entity, and must be signed by the class member seeking exclusion.  No later than June 7, 2017, IPP Class Counsel shall file with the Court a list of all persons or entities who have timely requested exclusion from the settlement classes as provided in the Settlement Agreement.

11. Any member of the settlement classes who does not properly and timely request exclusion from the settlement classes as provided above shall, upon final approval of the settlement, be bound by the terms and provisions of the settlement so approved, including but not limited to the releases, waivers, and covenants set forth in the Settlement Agreements, whether or not such person or entity objected to the Settlement Agreements and whether or not such person or entity makes a claim upon the settlement funds.

12. Each member of the settlement classes who has not timely excluded itself from the settlement shall have the right to object to (1) the settlement and/or (2) the plan of allocation by filing written objections with the Court no later than May 31, 2017. Failure to timely file written objections will preclude a class member from objecting to any or all of the settlement.

13. Each member of the settlement classes as provided above shall have the right to appear at the Fairness Hearing by filing a Notice of Intention to Appear no later than May 31, 2017.

14. The Court will conduct a Fairness Hearing on July 6, 2017 at 10:00 a.m., at the United States Courthouse, 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San Francisco, CA 94102.  The Fairness Hearing will be conducted to determine the following:

    a. Whether the proposed settlements are fair, reasonable, and adequate and should be granted final approval;

    b. Whether final judgment should be entered dismissing with prejudice the claims of the settlement classes against NEC TOKIN, Nitsuko, and Okaya; and

    c. Such other matters as the Court may deem appropriate.

15. Each member of the settlement classes shall retain all rights and causes of action with respect to claims against the remaining defendants other than NEC Tokin, Nitsuko and Okaya regardless of whether such member of the settlement classes decides to remain in the settlement classes or to exclude itself from the settlement classes.

16. All briefs, memoranda and papers in support of final approval of the settlement shall be filed no later than June 26, 2017.

17. IPPs' Class Counsel and their designees are authorized to expend funds from the escrow accounts to pay taxes, tax expenses, notice, and administration costs as set forth in the Settlement Agreements.

This order terminates Docket Number 1306.

IT IS SO ORDERED.

Dated: January 30, 2017

_____
Hon. James Donato
United States District Judge