# LEGAL NOTICE

# If You Bought an Electrolytic or Film Capacitor Directly From Certain Distributors Since 2000

## You Could Get Money From Settlements Totaling Approximately $15 Million

NEC TOKIN Corp. and NEC TOKIN America, Inc. ("NEC TOKIN"); Okaya Electric Industries Co., Ltd. ("OEI"); and Nitsuko Electronics Corporation ("Nitsuko") (collectively "Settling Defendants") have agreed to Settlements resolving claims that they allegedly fixed the price of Capacitors. This may have caused individuals and businesses to pay more for Capacitors. Capacitors are electronic components that store electric charges between one or more pairs of conductors separated by an insulator.

### Am I Included?
You may be included if, from January 1, 2002, through July 15, 2016, you purchased one or more Capacitors from a distributor (or from an entity other than a Defendant) that a Defendant or alleged co-conspirator manufactured. "Indirect," as that term is used below, means that you bought the product from someone other than the manufacturer, for example, from a distributor. A more detailed notice, including the exact Class definitions and exceptions to Class membership, is available at www.capacitorsindirectcase.com.

### What do the Settlements provide?
The Settlements provide for the combined payment of $14,950,000 in cash to the Classes. The Settling Defendants have also agreed to cooperate in the pursuit of claims against other Defendants.

### How can I get a payment?
Money will not be distributed to the Classes at this time. The lawyers for the Classes will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together to reduce expenses. The lawyers anticipate that when the settlement proceeds are disbursed to the Classes, it will be done on a *pro rata* basis based on the value of your Capacitor purchases.

If you want to receive notice about the claims process or future settlements, you should register at www.capacitorsindirectcase.com.

### What are my rights?
Even if you do nothing, you will be bound by the Court's decisions concerning these Settlements. If you want to keep your right to sue one or more of the Settling Defendants regarding Capacitor purchases, you must exclude yourself in writing from the Classes by May 31, 2017. If you stay in the Classes, you may object in writing to the Settlements by May 31, 2017. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.capacitorsindirectcase.com. The U.S. District Court for the Northern District of California will hold a hearing on July 6, 2017, at 10:00 a.m., at 450 Golden Gate Avenue, 19th Floor, Courtroom 11, San Francisco, CA 94102 to consider whether to approve the Settlements. Class Counsel may also request at the hearing, or at a later date, attorneys' fees of up to 25% of the Settlement Funds, plus reimbursement of costs and expenses, for investigating the facts, litigating the case, negotiating the Settlements, providing notice to the class, and or claims administration. The total amount of these costs shall be no more than $2,558,454.00. You or your own lawyer may appear and speak at the hearing at your own expense, but you don't have to. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the above-noted website for additional information. Please do not contact the Court about this case.

**For More Information: 1-866-217-4245/www.capacitorsindirectcase.com**

If the case against the other Defendants is not dismissed or settled, Class Counsel will have to prove their claims against the other Defendants at trial. Dates for the trial have not yet been set. The Court has appointed the law firm of Cotchett, Pitre & McCarthy, LLP to represent Indirect Purchaser Class members.

**For More Information: 1-866-217-4245/<u>www.capacitorsindirectcase.com</u>**