# Exhibit 1

# Joseph Saveri Law Firm
# Exhibit A

| Timekeeper | Professional Status | Amount |
|---|---|---:|
| Saveri, Joseph | Partner | $ 2,317,894.35 |
| Davis, Joshua | Of Counsel | $ 613,280.00 |
| Purdy, Andrew | Of Counsel | $ 2,377,881.00 |
| Dallal, James | Associate | $ 2,103,508.00 |
| Gibboney, Kyla | Associate | $ 104,962.50 |
| Herrera, Nicomedes | Associate | $ 128,627.50 |
| McEwan, Ryan | Associate | $ 253,722.40 |
| Weiler, Matthew | Associate | $ 658,130.00 |
| Chen, Tiantian | Attorney | $ 2,400.00 |
| Dorsey, Robert | Attorney | $ 244,090.00 |
| Greenwood, Tracy | Attorney | $ 618,537.50 |
| La Pietra, John | Attorney | $ 917,560.00 |
| Lehman, Ari | Attorney | $ 366,345.00 |
| Lehman, Nina | Attorney | $ 6,650.00 |
| Lowry, Brian | Attorney | $ 34,300.00 |
| Sugino, Misa | Attorney | $ 398,195.00 |
| Buxton, Maria | ParaLegal | $ 39,042.50 |
| Clevenger, Douglas | ParaLegal | $ 3,386.25 |
| Forthuber, Chelsea | ParaLegal | $ 95,608.50 |
| Fu, Jonathon | ParaLegal | $ 59,850.00 |
| Lall, Prem | ParaLegal | $ 453,710.25 |
| Lang, Benjamin | ParaLegal | $ 84,892.50 |
| | **Total** | **$ 11,882,573.25** |