# Exhibit 2

**EXHIBIT B**

**IN RE CAPACITOR'S ANTITRUST LITIGATION FUND**

**EXPENSE REPORT**

**FIRM REPORTING: JOSEPH SAVERI LAW FIRM, Inc.**

**TIME PERIOD: INCEPTION THROUGH SEPTEMBER 30, 2016**

| | |
|---|---:|
| **Assessments** | 1,000,000.00 |
| **Commercial Copies / Internal Copies** | 29,721.92 |
| **Court Fees/ Transcripts/Translation** | 3,196.95 |
| **Computer Research** | 114,422.50 |
| **Postage & Service of Process** | 17,845.47 |
| **Professional Fees** | - |
| **Witness Fees** | - |
| **Telephone 1** | - |
| **Travel (includes overtime meals)** | 100,970.45 |
| **Other (includes consultation)]** | 41,737.00 |
| **TOTAL EXPENSES** | 1,307,894.29 |