# Exhibit 3

Eric L. Cramer (PA Bar No. 69289)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  215-875-3000
Facsimile:   215-875-4604
Email: ecramer@bm.net

*Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF ERIC L. CRAMER IN SUPPORT OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES SUBMITTED ON BEHALF OF BERGER & MONTAGUE, P.C.** |

I, ERIC L. CRAMER, declare and state as follows:

1. I am a member of Berger & Montague, P.C. ("the Firm"). I submit this Declaration in support of Class Counsel's interim application for attorneys' fees for services rendered to the class in the above-captioned litigation and for reimbursement of expenses reasonably incurred in the course of such representation.  The time expended in preparing this Declaration is not included.

2. I have reviewed the Court's October 31, 2014 Order Appointing Interim Lead Class Counsel (Dkt. 319) ("Order"), including in particular the Order's provisions regarding fees, costs and expenses. The Firm has adhered to those provisions.

3. The Firm has acted as class counsel to Direct Purchaser Plaintiffs ("DPPs") in this class action.  During the course of this litigation, the Firm has been involved in the following activities on behalf of the DPPs at the request and under the direction of Lead Counsel:  briefing concerning FTAIA issues and the motions to dismiss, assisting with preparation for hearings and arguments, discussions

1  and analysis regarding litigation strategy, negotiating discovery provided by NEC TOKIN, analyzing and synthesizing the voluminous conspiracy evidence, taking depositions of Defendants' employees, and working with co-counsel and experts concerning issues relating to, *e.g.*, class certification and damages. During the period from November 1, 2014 through September 30, 2016, the Firm performed 6,860.6 hours of work in connection with this litigation. Based upon the historical hourly rates charged by the Firm, the lodestar value of the time is $3,343,491.50. Attached hereto as Exhibit A is a chart which indicates the attorneys, paralegals and staff who worked on this litigation, the number of hours worked, the categories of their work and their respective lodestar values. Exhibit A was prepared from contemporaneous, daily time records regularly prepared and maintained by the Firm and which have been provided to Lead Counsel for review.

4. All of the services performed by the Firm in connection with this litigation were reasonably necessary in the prosecution of this case. There has been no unnecessary duplication of services for which the Firm now seeks compensation. The lodestar calculations exclude time spent reading or reviewing work prepared by others or other information relating to the case unless related to preparation for or work on a matter specifically assigned to the Firm by Lead Counsel. The rates at which the Firm seeks compensation are its usual and customary hourly rates charged for this work.

5. During the period from November 1, 2014 through September 30, 2016, the Firm incurred expenses in the sum of $251,648.41. These expenses were reasonably and necessarily incurred in connection with this litigation and are summarized in the chart attached as Exhibit B. Expense documentation has been provided to Lead Counsel for review.

6. The expenses incurred are reflected on the books and records of the Firm. These books and records are prepared from checks and expense vouchers which are regularly kept and maintained by the Firm and accurately reflect the expenses incurred.

7. The Firm's compensation for the services rendered on behalf of the class is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by this Court.

I hereby affirm under penalty of perjury of the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated:  January 27, 2017 | By:    */s/ Eric L. Cramer* |
| 2 | | ERIC L. CRAMER |

Master File No. 3:14-cv-03264-JD                      3

**DECLARATION OF ERIC L. CRAMER**

**Berger Montague** **Exhibit A**

| Timekeeper | Professional Status | Amount |
|---|---|---|
| Gordon, Ruthanne | Partner | $ 752,170.00 |
| Kitagawa, Yukiyo | ParaLegal | $ 573,390.50 |
| Cramer, Eric | Partner | $ 529,312.50 |
| Enders, Candice | Partner | $ 371,560.00 |
| Caplan, Zachary | Associate | $ 352,680.50 |
| Klein, Joseph | Associate | $ 286,485.00 |
| Tompkins, Eugene | Associate | $ 128,012.50 |
| Mangiaracina, Frank | Associate | $ 145,520.00 |
| Markert, Karen | ParaLegal | $ 74,321.00 |
| Urban, Nick | Associate | $ 67,200.00 |
| Suter, Mark | Associate | $ 41,589.50 |
| Dell'Angelo, Michael | Partner | $ 726.00 |
| Cantor, Gary | Partner | $ 18,514.00 |
| Kabacinski, Jeffrey | ParaLegal | $ 2,010.00 |
| **Grand Total** | | **$ 3,343,491.50** |

| Berger Montague | Exhibit B |
|---:|:---|
| 200,000.00 | Assessments |
| 13,580.37 | Commercial Copies / Internal Copies |
| 380.00 | Court Fees/Filing Fees |
| 17,608.86 | Computer Research |
| 125.28 | Postage |
|  | Professional Fees |
|  | Witness Fees |
| 271.89 | Telephone 1 |
| 19,529.93 | Travel |
| 152.08 | Other (Hosting) |
| 251,648.41 | TOTAL EXPENSES |