# Exhibit 5

Brent W. Johnson (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bjohnson@cohenmilstein.com

*Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | Master File No. 3:14-cv-03264-JD<br><br>**DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES SUBMITTED ON BEHALF OF COHEN MILSTEIN SELLERS & TOLL PLLC** |

I, BRENT W. JOHNSON, declare and state as follows:

1. I am a partner at Cohen Milstein Sellers & Toll PLLC ("the Firm"). I submit this Declaration in support of Class Counsels' interim application for attorneys' fees for services rendered to the class in the above-captioned litigation and for reimbursement of expenses reasonably incurred in the course of such representation. The time expended in preparing this Declaration is not included.

2. I have reviewed the Court's October 31, 2014 Order Appointing Interim Lead Class Counsel (Dkt. 319) ("Order'), including in particular the Order's provisions regarding fees, costs and expenses. The Firm has adhered to those provisions.

3. The Firm has acted as class counsel to Direct Purchaser Plaintiffs ("DPPs") in this class action. During the course of this litigation, the Firm has been involved in the following activities on behalf of the DPPs at the request and under the direction of Lead Counsel: investigating claims, drafting and revising various iterations of the complaint, organizing initial discovery efforts, meeting and conferring with certain defendants regarding their discovery obligations, including their document productions, participating in conference calls regarding discovery organized by lead counsel, reviewing documents for production from named plaintiffs, reviewing both Japanese and English language documents from defendants, drafting memoranda regarding review of documents from defendants, participating in depositions, researching legal issues and assisting in briefing in opposition to Defendants' motions to dismiss and for summary judgment, particularly concerning FTAIA issues, among other tasks.

4. During the period from November 1, 2014 through September 30, 2016, the Firm performed 5,331.3 hours of work in connection with this litigation. Based upon the historical hourly rates charged by the Firm, the lodestar value of the time is $1,902,873.00. Attached hereto as Exhibit A is a chart which indicates the attorneys, paralegals and staff who worked on this litigation, the number of hours worked, the categories of their work and their respective lodestar values. Exhibit A was prepared from contemporaneous, daily time records regularly prepared and maintained by the Firm and which have been provided to Lead Counsel for review.

5. All of the services performed by the Firm in connection with this litigation were reasonably necessary in the prosecution of this case. There has been no unnecessary duplication of services for which the Firm now seeks compensation. The lodestar calculations exclude time spent reading or reviewing work prepared by others or other information relating to the case unless related to preparation for or work on a matter specifically assigned to the Firm by Lead Counsel. The rates at which the Firm seeks compensation are its usual and customary hourly rates charged for this work.

6. During the period from November 1, 2014 through September 30, 2016, the Firm incurred expenses in the sum of $206,668.43. These expenses were reasonably and necessarily incurred in connection with this litigation and are summarized in the chart attached as Exhibit B. Expense documentation has been provided to Lead Counsel for review.

7. The expenses incurred are reflected on the books and records of the Firm. These books and records are prepared from checks and expense vouchers which are regularly kept and maintained by the Firm and accurately reflect the expenses incurred.

8. The Firm's compensation for the services rendered on behalf of the class is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by this Court.

I hereby affirm under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2017         By: _____
                                     Brent W. Johnson

**CMST, PLLC**                           **Exhibit A**
**Summary of Time in Electronic Capacitors at Historical Rates**
**November 1, 2014 to September 30, 2016**

|      | Name | Status | Hours | Lodestar @ Historical Rates |
|---|---|---|---:|---:|
| 257  | Small, Daniel       | Partner           | 0.90     | 760.50       |
| 464  | Pierson, Kit, A.    | Partner           | 6.60     | 5,448.00     |
| 529  | Koffman, Richard, A.| Partner           | 1.00     | 766.00       |
| 671  | Dominguez, Manuel   | Partner           | 3.20     | 2,160.00     |
| 468  | Johnson, Brent      | Partner           | 141.80   | 87,402.00    |
| 679  | Alexander, Laura    | Partner           | 82.50    | 41,304.00    |
| 415  | Levens, Emmy        | Partner           | 159.00   | 77,982.50    |
| 720  | Ruan, Matthew, W.   | Special Counsel   | 1.90     | 1,026.00     |
| 1473 | Nelson, Jeffrey, C. | Staff Attorney    | 177.50   | 74,550.00    |
| 811  | McVary, Barrett     | Staff Attorney    | 80.20    | 26,867.00    |
| 1243 | Bracken, John, A.   | Staff Attorney    | 25.70    | 8,481.00     |
| 739  | Hafiz, Hiba         | Associate         | 73.60    | 31,721.50    |
| 787  | Braun, Robert       | Associate         | 5.90     | 2,330.50     |
| 708  | Clarke, Suzanne     | Investigator      | 0.50     | 210.00       |
| 738  | Peterson, Brenda    | Paralegal         | 19.10    | 5,348.00     |
| 776  | Szemanski, Ali      | Paralegal         | 14.20    | 3,697.00     |
| 477  | Abetti, Jonathan    | Paralegal         | 7.50     | 1,875.00     |
| 1479 | Austin, Brendan     | Contract Attorney | 199.80   | 49,950.00    |
| 1608 | Wieder, Eric J.     | Contract Attorney | 84.90    | 36,507.00    |
| 1607 | Brady, Patrick E.   | Contract Attorney | 86.70    | 35,980.50    |
| 1406 | Crawford, Nicole    | Contract Attorney | 262.90   | 101,216.50   |
| 1417 | Amanuel, Susan      | Contract Attorney | 226.20   | 87,087.00    |
| 1510 | Saunders, Latysha   | Contract Attorney | 25.70    | 9,894.50     |
| 1504 | Reinhardt, Nicola   | Contract Attorney | 1,908.20 | 667,870.00   |
| 1503 | Chuang, Jessica     | Contract Attorney | 950.50   | 308,912.50   |
| 1519 | Oka, Kazumi         | Contract Attorney | 657.70   | 197,160.00   |
| 1500 | Mason, Alisa        | Contract Attorney | 127.60   | 36,366.00    |
|      |                     |                   | **5,331.30** | **1,902,873.00** |

| | | |
|---|---|---|
| Total 001 A | 5331.3 | 1,902,873.00 |
| Report Tot: | 5331.3 | 1,902,873.00 |

Start Time: End Time: 5:50 PM

Page: 1

**CMST, PLLC**  **Exhibit B**
**Summary of Expenses**
**November 1, 2014 to September 30, 2016**

| | |
|---|---:|
| Assessments | 200,000.00 |
| Commercial Copies / Internal Copies | 4.50 |
| Court Fees/Filing Fees | 615.00 |
| Computer Research | 1,565.90 |
| Postage | 143.76 |
| Professional Fees | - |
| Witness Fees | - |
| Telephone 1 | 165.09 |
| Travel | 4,174.18 |
| Other | - |
| **TOTAL EXPENSES** | **206,668.43** |