UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 10, 2017                                      Judge: Hon. James Donato

Time: 27 Minutes

Court Reporter: Kathy Sullivan

Case No.     **C-14-03264-JD**
Case Name    **IN RE CAPACITORS ANTITRUST LITIGATION**

Attorney(s) for Plaintiff(s):   Joseph R. Saveri/Adam J. Zapala
Attorney(s) for Defendant(s):  Claire Maddox/Robert A. Caplen/Justin A. Cohen/Bonnie Lau/
                                Ian Papendick/Erik C. Shallman/Brian J. Smith

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing re Dkt. Nos. 1433, 1434, 1463, 1464 - Held

NOTES AND ORDERS

The Court discusses with the parties the issues raised by the discovery dispute letters.

As stated on the record, the Court directs the Shinyei defendants to provide to plaintiffs by March 13, 2017: (1) a person most knowledgeable for deposition on the "CK Committee," and (2) a privilege log.