1 | GIBSON, DUNN & CRUTCHER LLP
GEORGE A. NICOUD III, SBN 106111
2 |   tnicoud@gibsondunn.com
555 Mission Street
3 | San Francisco, CA 94105-0921
Telephone: 415.393.8200
4 | Facsimile:  415.393.8306

5 | GIBSON, DUNN & CRUTCHER LLP
MATTHEW PARROTT, SBN 302731
6 |   mparrott@gibsondunn.com
3161 Michelson Drive
7 | Irvine, CA 92612-4412
Telephone: 949.451.3800
8 | Facsimile:  949.451.4220

9 | *Attorneys for Defendants NEC TOKIN Corporation and*
*NEC TOKIN America, Inc.*

10 |

11 | [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | CASE NO. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO: | **MEMORANDUM OF SETTLING DEFENDANTS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS [DKT. NO. 1461]** |
| DIRECT PURCHASER ACTIONS | |

Hearing date:   March 2, 2017
Hearing time:   10:00 a.m.
Location:           Courtroom 11, 19th Floor

Gibson, Dunn &
Crutcher LLP

Defendants Fujitsu Limited, NEC Tokin Corporation, NEC Tokin America, Inc., Nitsuko Electronics Corporation, Okaya Electric Industries Co., Ltd, and Okaya Electric America, Inc., (the "Settling Defendants") support the Direct Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements (Dkt. No. 1461) ("DPP Motion").[1]

Settling Defendants write separately to inform the Court that they are addressing certain issues with DPPs and hope to resolve them prior to the March 2, 2017 Final Approval Hearing.

*First*, Settling Defendants and DPPs are negotiating the content of the proposed final approval order and proposed final judgments as to each Settling Defendant.  Settling Defendants and DPPs intend to file these proposals in advance of the Final Approval Hearing.  The revised proposals will supersede the previously-filed proposals (Dkt. Nos. 1461-7 through 1461-11 and 1469).

*Second*, the opt-out deadline was yesterday, and the Settling Defendants and DPPs are now conferring regarding the composition of the Settlement Class.  Settling Defendants and DPPs expect that once the composition is known, the Settling Defendants will evaluate whether any termination provision may be triggered.  Settling Defendants will inform the Court prior to the Final Approval Hearing whether any defendant intends to rescind its settlement with DPPs or will confirm that no Settling Defendant intends to do so.

Dated:  February 14, 2017

By:   /s/ *George A. Nicoud III*
George A. Nicoud III

George A. Nicoud III
**Gibson, Dunn & Crutcher LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8473
Email: tnicoud@gibsondunn.com

---

[1]   Settling Defendants have been unable to confirm that ROHM Company, Ltd., and ROHM Semiconductor U.S.A., LLC intend to join this filing.

1

1   Matthew Parrott
    **Gibson, Dunn & Crutcher LLP**
2   3161 Michelson Drive
    Irvine, CA 92612-4412
3   Telephone: (949) 451-3800
    Facsimile: (949) 451-4220
4   Email:  mparrott@gibsondunn.com
    *Attorneys for Defendants NEC TOKIN Corporation*
5   *and NEC TOKIN America, Inc.*

6
    By:    */s/ Belinda S Lee*
7           Belinda S Lee

8   Belinda S Lee
    Ashley M. Bauer
9   **Latham & Watkins LLP**
    505 Montgomery Street, Suite 2000
10  San Francisco, CA 94111
    Telephone: (415) 391-0600
11  Email: belinda.lee@lw.com
    *Attorneys for Defendant Nitsuko Electronics*
12  *Corporation*

13
    By:      */s/ Darrell Prescott*
14  Darrell Prescott

15  Darrell Prescott
    Catherine Stillman
16  **Baker & McKenzie**
    452 Fifth Avenue
17  New York, NY 10018
    Telephone: (212) 626-4476
18  Facsimile: (212) 310-1637
    Email: Darrell.Prescott@bakermckenzie.com
19  Email: Catherine.Stillman@bakermckenzie.com

20  Meghan E. Hausler
    **Baker & McKenzie**
21  2300 Trammell Crow Center
    2001 Ross Avenue
22  Dallas, TX 75201
    Telephone: (214) 965-7219
23  Facsimile: (214) 978-3099
    Email: Meghan.Hausler@bakermckenzie.com
24
    Colin H. Murray
25  **Baker & McKenzie**
    Two Embarcadero Center, 11th Floor
26  San Francisco, CA 94111
    Telephone: (415) 591-3244
27  Facsimile: (415) 576-3099
    Email: Colin.Murray@bakermckenzie.com
28  *Attorneys for Defendants Okaya Electric Industries Co.,*
    *Ltd. and Okaya Electric America, Inc.*

Gibson, Dunn &
Crutcher LLP

By:  _/s/ Paul T. Friedman_

Paul T. Friedman
**Morrison & Foerster LLP**
415 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7444
Email: pfriedman@mofo.com
*Attorney for Defendant Fujitsu Limited*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 14, 2017         _/s/ George A. Nicoud III_

**CERTIFICATE OF SERVICE**

I, Matthew Parrott, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA, 92618-4412, in said County and State.  On February 14, 2017, I served the following document(s):

**MEMORANDUM OF SETTLING DEFENDANTS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS [DKT. NO. 1461]**

on the parties stated below, by the following means of service (NOTE:  ALL OTHER PARTIES WERE SERVED VIA ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM):

| <u>**VIA U.S. MAIL**</u> | |
|---|---|
| Elizabeth E. Collins<br>Collins & Scanlon LLP<br>50 Public Sq.<br>Suite 3300<br>Cleveland, OH 44113<br>Ph: (216) 696-0022 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Ph: (212) 310-8000 |
| Kenji Kasahara<br>Representative Director of Toshin Kogyo Co., LTD<br>Tsukas Bldg. 2-15-4, Uchikanda<br>Chiyoda-Ku<br>Tokyo, Japan<br>Ph: (81) +3 3256-3781 | Benjamin J. Eichel<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Ph: (215) 981-4629 |

☑     **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Irvine, California.

1

MEMORANDUM OF SETTLING DEFENDANTS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS [DKT. NO. 1461] – CASE NO. 3:14-cv-03264-JD

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ I am employed in the office of George A. Nicoud III, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2017.

_____ /s/ *Matthew Parrott* _____

Gibson, Dunn & Crutcher LLP

2

MEMORANDUM OF SETTLING DEFENDANTS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS [DKT. NO. 1461] – CASE NO. 3:14-cv-03264-JD