*[Counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE INDIRECT PURCHASER PLAINTIFF ACTIONS ONLY | Master File No. 14-CV-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS** |

WHEREAS, at the January 26, 2017 status conference and subsequent Minute Entry, dated January 27, 2017 (Dkt. 1451), the Court ordered the Indirect Purchaser Plaintiffs ("IPPs") to supplement their responses to interrogatories propounded by Defendants by February 27, 2017, and directed the Defendants to file their FTAIA Phase II motions for the IPPs' claims by March 23, 2017;

WHEREAS, IPPs and Defendants met and conferred and Defendants agreed to a one week extension of IPPs' deadline to supplement their interrogatory responses contingent upon a corresponding one week continuance of Defendants' due date to file their Phase II FTAIA motion;

WHEREAS, other than a due date for Defendants' opening brief on Phase II of their FTAIA motion directed at IPPs' claims, no briefing schedule or hearing date has been set for the motion;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs and Defendants as follows to the following schedule:

| Event | Proposed Deadline |
|---|---|
| IPPs' Supplemental Interrogatory Responses Due | 3/6/2017 |
| Defendants' IPP Phase II FTAIA Opening Brief Due | 3/30/17 |
| IPPs' Phase II FTAIA Opposition Due | 4/28/2017 |
| Defendants' IPP Phase II FTAIA Reply Due | 5/19/2017 |
| Hearing on IPP Phase II FTAIA | [TBD] |

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 27, 2017 | */s/ Adam J. Zapala* |

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth T. Tran
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

2

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | |
|---|---|
| Dated: February 27, 2017 | */s/ Adam J. Zapala* |

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth T. Tran
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

2

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | | |
|---|---|---|
| 1 | Dated: February 27, 2017 | */s/ Jeffrey L. Kessler* |

Jeffrey L. Kessler
A. Paul Victor
Molly M. Donovan
Mollie C. Richardson
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
mrichardson@winston.com

Ian L. Papendick
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6905
Fax: (415) 591-1400
ipapendick@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*

3

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | |
|---|---|
| Dated: February 27, 2017 | */s/ Heather S. Tewksbury* |

Heather S. Tewksbury (CA SBN 222202)
heather.tewksbury@wilmerhale.com
Erik Shallman (CA SBN 301854)
erik.shallman@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Thomas Mueller (admitted *Pro Hac Vice*)
thomas.mueller@wilmerhale.com
Adam Prescott (admitted *Pro Hac Vice*)
adam.prescott@wilmerhale.com
Chris Megaw (admitted *Pro Hac Vice*)
chris.megaw@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorney for Defendants Elna Co. Ltd. and Elna America Inc.*

4

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | | |
|---|---|---|
| Dated: February 27, 2017 | | /s/ Chul Pak |

Chul Pak (admitted pro hac vice)
Jeffrey C. Bank (admitted pro hac vice)
Justin A. Cohen (admitted pro hac vice)
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7726
Facsimile: (212) 999-5899
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., and Hitachi AIC Inc.*

Dated: February 27, 2017          /s/ Bonnie Lau

Bonnie Lau
**DENTONS US LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105
415-882-5000
Fax: 415- 882-0300
Email: bonnie.lau@dentons.com

*Attorney for Defendant Matsuo Electric Co., Ltd.*

Dated: February 27, 2017          /s/Michael E. Martinez

Scott M. Mendel
Steven M. Kowal
Michael E. Martinez
Lauren N. Norris
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Attorneys for Defendants Nichicon Corporation Nichicon (America) Corporation*

5

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | | |
|---|---|---|
| Dated: February 27, 2017 | | _/s/ Djordje Petkoski_ |

Djordje Petkoski
**HUNTON AND WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-955-1500
Email: dpetkoski@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*

Dated: February 27, 2017          _/s/ Eric R. Sega_

Eric R. Sega
Joseph J. Bial
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006-1047
jbial@paulweiss.com
esega@paulweiss.com

*Attorneys for Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation*

Dated: February 27, 2017          _/s/ Jarod M. Bona_

Jarod M. Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, #200
La Jolla, CA 92037
Telephone: (858) 964-4589
Facsimile: (858) 964-2301
Email: jarod.bona@bonalawpc.com
Email: aaron.gott@bonalawpc.com

*Attorneys for Taitsu Corporation and Taitsu America, Inc.*

6

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

| | | |
|---|---|---|
| 1 | Dated: February 27, 2017 | _/s/ C. Dennis Loomis_ |
| 2 | | C. Dennis Loomis |
| | | **BAKER & HOSTETLER LLP** |
| 3 | | 11601 Wilshire Boulevard, Suite 1400 |
| | | Los Angeles, CA 90025-0509 |
| 4 | | Email: cdloomis@bakerlaw.com |
| 5 | | John R. Fornaciari |
| 6 | | **BAKER & HOSTETLER LLP** |
| | | 1050 Connecticut Ave., NW, Suite 1100 |
| 7 | | Washington, D.C. 20026 |
| | | Email: jfornaciari@bakerlaw.com |
| 8 | | |
| | | *Attorneys for Defendants Soshin Electric Co., Ltd.* |
| 9 | | *and Soshin Electronics of America, Inc.* |
| 10 | Dated: February 27, 2017 | _/s/ Gaspare J. Bono_ |
| 11 | | Gaspare J. Bono |
| | | Stephen M. Chippendale |
| 12 | | Claire M. Maddox |
| | | Eric Y. Wu |
| 13 | | **DENTONS US LLP** |
| | | 1900 K St., NW |
| 14 | | Washington, DC 20006 |
| | | Tele: (202) 496-7500 |
| 15 | | Fax: (202) 496-7756 |
| 16 | | gap.bono@dentons.com |
| | | steve.chippendale@dentons.com |
| 17 | | claire.maddox@dentons.com |
| | | eric.wu@dentons.com |
| 18 | | |
| 19 | | Andrew S. Azarmi |
| | | **DENTONS US LLP** |
| 20 | | Spear Tower, One Market Plaza, 24th Fl. |
| | | San Francisco, CA 94105 |
| 21 | | Tele: (415) 267-4000 |
| | | Fax: (415) 356-3873 |
| 22 | | andrew.azarmi@dentons.com |
| 23 | | |
| | | *Attorneys for Defendants Shinyei Kaisha, Shinyei* |
| 24 | | *Technology Co., Ltd., Shinyei Capacitor Co., Ltd.,* |
| | | *and Shinyei Corporation of America, Inc.* |
| 25 | | |

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – MASTER FILE NO. 14-CV-03264-JD

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2017
/s/ Adam J. Zapala
ADAM J. ZAPALA

/ / /

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                              Honorable James Donato
                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIRECT PURCHASER PLAINTIFFS TO SUPPLEMENT INTERROGATORY RESPONSES; (2) EXTENDING DEADLINE FOR FILING OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS; AND (3) SETTING BRIEFING SCHEDULE ON PHASE II OF FTAIA MSJ AGAINST INDIRECT PURCHASER PLAINTIFFS – Master File No. 14-CV-03264-JD