Daniel W. Fox (SBN 268757)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:  (415) 882 8200
Facsimile:  (415) 882 8220
daniel.fox@klgates.com

Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Michael E. Martinez (admitted *pro hac vice*)
Lauren N. Donahue (admitted *pro hac vice*)
Brian J. Smith (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL  60602
Telephone:  (312) 372 1121
Facsimile:  (312) 827 8000
scott.mendel@klgates.com
steven.kowal@klgates.com
michael.martinez@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Attorneys for Defendants Nichicon Corporation
and Nichicon (America) Corporation*

# UNITED STATES COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: DIRECT PURCHASER CLASS ACTION; FLEXTRONICS INTERNATIONAL USA, INC.'S INDIVIDUAL ACTION** | Master file No. 3:14-cv-03264-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS** |

WHEREAS Plaintiff Flextronics International USA, Inc. ("Flextronics") and the "Flextronics Defendants"[1], by and through their counsel, previously stipulated to a Phase II FTAIA summary judgment briefing schedule as to Flextronics consistent with the parties' expectations regarding ongoing discovery necessary to the efficient resolution of Flextronics's claims without impacting the overall progress of this consolidated litigation (*see* Dkt. # 1410);

WHEREAS the Court approved and adopted the briefing schedule jointly proposed by the parties and set a hearing on the motions for July 6, 2017 (*see* Dkt. # 1412);

WHEREAS Flextronics and the Flextronics Defendants have repeatedly met and conferred since that stipulation in an effort to resolve the several complex discovery issues remaining to be completed in order to allow for a full and proper briefing of the Phase II FTAIA summary judgment issues unique to Flextronics;

WHEREAS the completion of several components of necessary discovery, including the depositions of a key Flextronics witness, has been delayed due to unforeseeable circumstances;

WHEREAS Flextronics and the Flextronics Defendants agree that completion of necessary discovery cannot be completed within the current briefing schedule;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Flextronics and the Flextronics Defendants that the Phase II FTAIA briefing and hearing schedule in the Flextronics action be revised to proceed as follows:

---

[1] The "Flextronics Defendants" consist of KEMET Corporation; KEMET Electronics Corporation; Nippon Chemi-Con Corporation; United Chemi-Con, Inc.; Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd.; Nichicon Corporation; Nichicon (America) Corporation; AVX Corporation; Rubycon Corporation; Rubycon America Inc.; ELNA Co., Ltd.; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A HolyStone International); ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Okaya Electric Industries Co., Ltd.; Okaya Electric America Inc.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nitsuko Electronics Corporation; Nissei Electric Co., Ltd.; Soshin Electric Co., Ltd.; Soshin Electronics of America, Inc.; Shizuki Electric Co., Inc.; and American Shizuki Corporation (collectively, the "Flextronics Defendants").

2

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

- The Flextronics Defendants' opening brief shall be due May 22, 2017;

- Flextronics' response shall be due June 29, 2017;

- The Flextronics Defendants' Reply shall be due on July 28, 2017;

- The hearing on the Phase II FTAIA summary judgment motions as to Flextronics currently scheduled for July 6, 2017 be vacated and rescheduled consistent with this stipulation as the Court deems appropriate.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

1
2
3
4  Dated: April 11, 2017                    /s/ Michael E. Martinez
5                                           Scott M. Mendel
                                            Steven M. Kowal
6                                           Michael E. Martinez
                                            Lauren N. Donahue
7                                           Brian J. Smith
                                            **K&L GATES LLP**
8                                           70 West Madison Street, Suite 3100
                                            Chicago, IL 60602
9                                           T:  (312) 372-1121
                                            F:  (312) 827-8000
10                                          scott.mendel@klgates.com
                                            steven.kowal@klgates.com
11                                          michael.martinez@klgates.com
                                            lauren.donahue@klgates.com
12                                          brian.j.smith@klgates.com
13
                                            *Attorneys for Defendants Nichicon Corporation*
14                                          *Nichicon (America) Corporation*
15
16                                               /s/ Bruce D. Sokler
                                            Bruce D. Sokler
17                                          **MINTZ LEVIN COHN FERRIS**
                                            **GLOVSKY AND POPEO PC**
18                                          701 Pennsylvania Avenue NW Suite 900
                                            Washington, DC 20004
19                                          T:  202-434-7303
                                            F:  202-434-7400
20                                          bdsokler@mintz.com
21                                          *Attorneys for Defendant AVX Corporation*
22
23                                               /s/ Heather S. Tewksbury
                                            Heather S. Tewksbury
24                                          **WILMER CUTLER PICKERING HALE**
                                            **AND DORR, LLP**
25                                          950 Page Mill Road
                                            Palo Alto, CA 94304
26                                          T:  650-858-6134
                                            F:  650-858-6100
27                                          heather.tewksbury@wilmerhale.com
28                                          *Attorney for Defendants Elna Co. Ltd. and Elna*
                                            *America Inc.*

4

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA
SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        /s/ Chul Pak
Chul Pak (admitted pro hac vice)
Jeffrey C. Bank (admitted pro hac vice)
Justin A. Cohen (admitted pro hac vice)
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
T:  212-497-7726
F:  212-999-5899
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Counsel for Defendants, Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., and Hitachi AIC Inc.*


        /s/ Eric P. Enson
Jeffrey A. LeVee
Eric P. Enson
Rachel H. Zernik
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
T:  213-489-3939
F:  213-243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@JonesDay.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd. Holystone International, and Vishay Polytech Co., Ltd.*


        /s/ Bonnie Lau
Bonnie Lau
**DENTONS US LLP**
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
T:  415-882-5000
F:  415- 882-0300
bonnie.lau@dentons.com

*Attorney for Defendant Matsuo Electric Co., Ltd.*

1

2                                                 /s/ Belinda S Lee
Belinda S Lee

3 Ashley M. Bauer
**LATHAM & WATKINS LLP**

4 505 Montgomery Street, 20th Floor
San Francisco, CA 94111

5 T:  415-391-0600
F:  415-395-8095

6
*Attorneys for Defendant Nitsuko Electronics*

7 *Corporation*

8

9                                                 /s/ Darrell Prescott
Darrell Prescott

10 Catherine Stillman
**BAKER & MCKENZIE LLP**

11 452 Fifth Avenue
New York, NY 10018

12 T:  212-626-4476
F:  212-310-1637

13 darrell.prescott@bakermckenzie.com
catherine.stillman@bakermckenzie.com

14
Meghan E. Hausler

15 **BAKER & MCKENZIE LLP**
2300 Trammell Crow Center

16 2001 Ross Avenue
Dallas, TX 75206

17 T:  214-965-7219
F:  214-965-5937

18 meghan.hausler@bakermckenzie.com

19 *Attorneys for Defendants Okaya Electric*
*Industries Co., Ltd. and Okaya Electric*

20 *America, Inc.*

21

22                                                /s/ Michael F. Tubach
Michael F. Tubach

23 Megan L. Havstad
**O'MELVENY & MYERS LLP**

24 Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305

25 T:  415-984-8700
F:  415-984-8701

26 mtubach@omm.com
mhavstad.@omm.com

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|     |                                                                                                                                                                                                                                                                                                                     |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                                                                                                                                                                                                                     |
| 2   | Kenneth R. O'Rourke<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street, 18th Floor                                                                                                                                                                                                                               |
| 3   | Los Angeles, CA 90071<br>T: 2130-430-6000                                                                                                                                                                                                                                                                           |
| 4   | F: 213-430-6407<br>korourke@omm.com                                                                                                                                                                                                                                                                                 |
| 5   | *Attorneys for Defendants ROHM Co., Ltd. And ROHM Semiconductor U.S.A., LLC*                                                                                                                                                                                                                                        |
| 6   |                                                                                                                                                                                                                                                                                                                     |
| 7   |                                                                                                                                                                                                                                                                                                                     |
| 8   | _____/s/ Djordje Petkoski_____<br>Djordje Petkoski<br>**HUNTON AND WILLIAMS LLP**                                                                                                                                                                                                                                 |
| 9   | 2200 Pennsylvania Avenue, NW<br>Washington, DC 20037                                                                                                                                                                                                                                                                |
| 10  | T: 202-955-1500<br>dpetkoski@hunton.com                                                                                                                                                                                                                                                                             |
| 11  |                                                                                                                                                                                                                                                                                                                     |
| 12  | *Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*                                                                                                                                                                                                                                             |
| 13  |                                                                                                                                                                                                                                                                                                                     |
| 14  | _____/s/ Joseph J. Bial_____<br>Joseph J. Bial                                                                                                                                                                                                                                                                    |
| 15  | Eric R. Sega<br>**PAUL, WEISS, RIFKIND, WHARTON &**                                                                                                                                                                                                                                                                 |
| 16  | **GARRISON, LLP**<br>2001 K Street, NW                                                                                                                                                                                                                                                                              |
| 17  | Washington, DC 20006-1047<br>jbial@paulweiss.com                                                                                                                                                                                                                                                                    |
| 18  | esega@paulweiss.com                                                                                                                                                                                                                                                                                                 |
| 19  | *Attorneys for Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation*                                                                                                                                                                                                                                  |
| 20  |                                                                                                                                                                                                                                                                                                                     |
| 21  |                                                                                                                                                                                                                                                                                                                     |
| 22  | _____/s/ Gaspare J. Bono_____<br>Gaspare J. Bono<br>Stephen M. Chippendale                                                                                                                                                                                                                                        |
| 23  | Claire M. Maddox<br>Eric Y. Wu                                                                                                                                                                                                                                                                                      |
| 24  | **DENTONS US LLP**<br>1900 K St., NW                                                                                                                                                                                                                                                                                |
| 25  | Washington, DC 20006<br>T: 202-496-7500                                                                                                                                                                                                                                                                             |
| 26  | F: 202-496-7756<br>gap.bono@dentons.com                                                                                                                                                                                                                                                                             |
| 27  | steve.chippendale@dentons.com<br>claire.maddox@dentons.com                                                                                                                                                                                                                                                          |
| 28  | eric.wu@dentons.com                                                                                                                                                                                                                                                                                                 |

7

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|    |    |
|----|----|
| 1  | Andrew S. Azarmi |
| 2  | **DENTONS US LLP**<br>Spear Tower, One Market Plaza, 24th Fl.<br>San Francisco, CA 94105 |
| 3  | T:  415-267-4000<br>F:  415-356-3873 |
| 4  | andrew.azarmi@dentons.com |
| 5  | *Attorneys for Defendants Shinyei Kaisha,* |
| 6  | *Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |
| 7  |    |
| 8  | _____/s/ C. Dennis Loomis_____ |
| 9  | C. Dennis Loomis<br>**BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, Suite 1400 |
| 10 | Los Angeles, CA 90025-<br>cdloomis@bakerlaw.com |
| 11 |    |
| 12 | John R. Fornaciari<br>**BAKER & HOSTETLER LLP**<br>1050 Connecticut Ave., NW, Suite 1100 |
| 13 | Washington, D.C. 20026<br>jfornaciari@bakerlaw.com |
| 14 |    |
| 15 | *Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.* |
| 16 |    |
| 17 | _____/s/ Jarod M. Bona_____<br>Jarod M. Bona |
| 18 | Aaron R. Gott<br>**BONA LAW PC**<br>4275 Executive Square, #200 |
| 19 | La Jolla, CA 92037<br>T:  858-964-4589 |
| 20 | F:  858-964-2301<br>jarod.bona@bonalawpc.com |
| 21 | aaron.gott@bonalawpc.com |
| 22 | *Attorneys for Defendants Taitsu Corporation and Taitsu America, Inc.* |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

8

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA
SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|   |   |
|---|---|
| 1 | /s/ Charles E. Tompkins |
|   | Charles E. Tompkins |
| 2 | Eric R. Lifvendahl |
|   | Paul J. Ripp |
| 3 | Anthony J. O'Neill |
|   | **WILLIAMS MONTGOMERY & JOHN LTD.** |
| 4 | 233 S. Wacker Dr., Suite 6100 |
| 5 | Chicago, IL  60606 |
|   | T:  312-443-3200 |
| 6 | F:  312-630-8500 |
| 7 | *Attorneys for Flextronics International USA, Inc.* |

Mark D. Flanagan (Bar No. 130303)
**WILMER CUTLER PICKERING   HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6047
Facsimile:  (650) 858-6100
Mark.Flanagan@wilmerhale.com

Adam R. Prescott (admitted *pro hac vice*)
**WILMER CUTLER PICKERING   HALE AND DORR LLP**
1975 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6048
Facsimile: (202) 663-6363
Adam.Prescott@wilmerhale.com

Allyson T. Fortier (Bar No. 287291)
**WILMER CUTLER PICKERING   HALE AND DORR LLP**
350 S. Grand Ave., Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400
Allyson.Fortier@wilmerhale.com

*Counsel for Defendant Nissei Electric Co., Ltd.*

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized in writing.

Dated:  April 11, 2017                                      /s/ Michael Martinez
                                                                         Michael Martinez

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 13, 2017

_____
Honorable
United States

*IT IS SO ORDERED*
*Judge James Donato*

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**