UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Case No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL INDIRECT PURCHASER PLAINTIFF ACTIONS** | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date: July 6, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Honorable James Donato |

**[Proposed] Order Granting Indirect Purchase Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; Case No. 3:14-cv-03264-JD**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

The Court, having reviewed Plaintiffs' Notice of Motion, Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and the Memorandum of Points and the Authorities thereto ("Motion"), the pleadings and other papers on file in this Action and the argument of counsel, hereby finds that:

1. The Motion requests an award of attorneys' fees in the amount of $3,737,500.00 or 25% of the $14,950,000 Settlement Fund plus interest. Further, Plaintiffs and Class Counsel request reimbursement of out-of-pocket litigation costs and expenses in the amount of $2,558,454.00.

2. The Court finds Class Counsel's requested fee award of $3,737,500.00—25% of the Settlement Fund—is fair and reasonable under the percentage-of-the-recovery method based upon the following factors: (1) the results obtained by Class Counsel in this case; (2) the risks and complex issues involved in this case, which were significant and required a high level of skill and high-quality work to overcome; (3) that the attorneys' fees requested were entirely contingent upon success—Class Counsel risked time and effort and advanced costs with no ultimate guarantee of compensation; (4) that the range of awards made in similar cases justifies an award of 25% here; and (5) that the Class Members have been notified of the requested fees and had an opportunity inform the Court of any concerns they have with the request. As such, the Court finds that the requested fee award comports with the applicable law and is justified by the circumstances of this case.

3. The Court has confirmed the reasonableness of IPPs' fee request by conducting a lodestar cross-check. The Court finds that Class Counsel's reasonable lodestar was $13,139,375 based on historic hourly rates for the period from November 1, 2014 to September 30, 2016. Class Counsel for IPPs' requested fee award represents less than 30% of their reasonable lodestar. This further supports the reasonableness of Class Counsel for IPPs' fee request here.

4. The Court finds that Class Counsel for IPPs incurred a total of $3,444,370.13 in litigation costs and expenses in prosecuting this litigation during the time period from November 1, 2014 through September 30, 2016. The Court finds that these costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and were necessary given the complex nature and nationwide scope of the case. In accord with Counsel for IPPs' Class Notice Program, the Court hereby awards reimbursement of litigation expenses in the amount of $2,558,454.00.

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[Proposed] Order Granting Indirect Purchase Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; Case No. 3:14-cv-03264-JD

1

5. In sum, upon consideration of the Motion and accompanying Declarations, and based upon all matters of record including the pleadings and papers filed in this action, the Court hereby finds that the fee requested is reasonable and proper; and the costs and expenses incurred by Class Counsel for IPPs were necessary, reasonable, and proper.

Accordingly, it is hereby **ORDERED** and **DECREED** that:

1. Class Counsel for IPPs are awarded attorneys' fees of $3,737,500.00 (25% of the $14,950,000 Settlement Fund), together with a proportional share of interest earned on the Settlement Fund for the same time period and at the same rate as that earned on the Settlement Fund until dispersed to Class Counsel for IPPs.

2. Class Counsel for IPPs are awarded reimbursement of their litigation costs and expenses in the amount of $2,558,454.00.

3. The fees and expenses shall be allocated among Class Counsel by Lead Counsel for IPPs in a manner that, in Lead Counsel for IPPs' good-faith judgment, reflects each firm's contribution to the institution, prosecution, and resolution of the litigation.

**4.** This order shall be entered of this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED.**


Dated: _____           _____
                                       HON. JAMES DONATO
                                       UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted,

Steven N. Williams
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs*

LAW OFFICES COTCHETT, PITRE & McCARTHY, LLP

[Proposed] Order Granting Indirect Purchase Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; Case No. 3:14-cv-03264-JD      2