*In re Capacitors Antitrust Litigation*
**Case No. 14-cv-03264-JD**

# EXHIBIT 3

Summary of all Hours, Lodestar and Expenses

November 1, 2014 – September 30, 2016

| Firm | Hours | Lodestar | Expenses |
|---|---|---|---|
| Law Offices of Alexander M. Schack | 111.7 | $51,729.5 | $466.01 |
| Cotchett, Pitre & McCarthy, LLP | 15,079.8 | $5,728,126.00 | $405,635.95 |
| Duncan Firm, P.A. | 28.5 | $14,682.50 | $100,000.00 |
| Glancy Prongay & Murray, LLP | 1,333.3 | $511,692.00 | $150,239.39 |
| Goldman Scarlato & Penny, P.C. | 3.1 | $1,928.50 | $342.04 |
| Gray, Plant, Mooty, Mooty & Bennet, P.A. | 8.9 | $3,473.00 | $305.00 |
| Gustafson Gluek PLLC | 1,112.2 | $588,323.00 | $166,631.79 |
| Heaton & Moore, P.C. | 36.7 | $5,910.00 | $0.00 |
| Langdon & Emison, LLC | 34 | $7,270.00 | $216.45 |
| Lieff Cabraser Heimann & Bernstein, LLP | 4,686.3 | $1,704,816.00 | $158,686.56 |
| Lockridge Grindal Nauen, PLLP | 794.6 | 327,807.00 | $156,566.21 |
| Meredith & Associates | 1,142.9 | $568,972.00 | $61,658.31 |
| The Miller Law Firm, P.C. | 580 | $374,688.50 | $155,035.04 |
| Minami Tamaki, LLP | 2,700.9 | $979,059.50 | $127,557.30 |
| Robins Kapalan, LLP | 640.9 | $260,026.00 | $153,833.20 |
| Robinson Calcagnie, Inc. | 82.5 | $37,150.00 | $100,000.00 |
| Saveri & Saveri, Inc. | 3,160.1 | $1,523,355.00 | $164,483.94 |
| Shaffer Lombardo Shurin | 114.1 | $42,832.00 | $77.53 |
| Susman Godfrey, LLP | 1,138.4 | $407,662.50 | $105,906.69 |
| **GRAND TOTAL:** | **32,788.9** | **$13,139,375.00** | **$2,007,641.41** |