1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CAPACITORS ANTITRUST LITIGATION** | **MASTER FILE NO. 3:14-cv-03264-JD** |
| | **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH DEFENDANTS NEC TOKIN, NITSUKO AND OKAYA AND APPROVING THE PLAN OF ALLOCATION** |
| **THIS DOCUMENT RELATES TO:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |
| | **Date:  July 6, 2017** |
| | **Time:  10:00 A.M.** |
| | **Judge:  Hon. James Donato** |
| | **Courtroom:  11, 19th Floor** |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**Order Granting Final Approval of Class Action Settlements with Defendants NEC Tokin, Nitsuko and Okaya and Approving the Plan of Allocation;**
**Case No. 3:14-cv-03264-JD**

This matter has come before the Court to determine whether there is any cause why this Court should not approve the settlements with Defendants NEC TOKIN Corp./NEC TOKIN America Inc. (collectively "NEC Tokin), Nitsuko Electronics Corporation ("Nitsuko"), and Okaya Electric Industries Co., Ltd. ("Okaya") (collectively, the "Settling Defendants"), and approve IPPs' Plan of Allocation. The Court, having reviewed the motion, the Settlement Agreements, the pleadings and other papers on file in this action, and the statements of counsel and the parties, including at the July 6, 2017 Fairness Hearing, hereby finds that the Settlements and Plan of Allocation should be approved. Accordingly, the Court enters this Order of Final Approval.

Good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Court has jurisdiction over the subject matter of this litigation, and all actions within this litigation (collectively, the "Action") and over the parties to the Settlement Agreements, including all members of the Settlement Classes and the Settling Defendants.

2.      For purposes of this Order, except as otherwise set forth herein, the Court incorporates the definitions contained in the Settlement Agreements [ECF Nos. 1305-3 through 1305-5].

3.      The Court hereby finally approves and confirms the settlements set forth in the Settlement Agreements between Class Representatives and the Settling Defendants, and finds that said settlements are, in all respects, fair, reasonable, and adequate to the Settlement Classes pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4.      The following Classes are certified for settlement purposes only, pursuant to Rule 23 of the Federal Rules of Civil Procedure:

a.  **NEC TOKIN**

All persons and entities in the United States who, during, the period from April 1, 2002 to July 15, 2016, purchased directly from a distributor one or more Capacitor(s) that a Defendant manufactured. Excluded from the Class are Defendants, their parent companies, subsidiaries and affiliates, any co-conspirators, Defendants'

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**Order Granting Final Approval of Class Action Settlements with Defendants NEC Tokin, Nitsuko and Okaya and Approving the Plan of Allocation;**
**Case No. 3:14-cv-03264-JD**

1

attorneys in this case, federal government entities and instrumentalities, states and their subdivisions, all judges assigned to this case, all jurors in this case.

**b.  NITSUKO**

All persons and entities in the United States who, during, the period from January 1, 2003 to March 29, 2016, purchased directly from a distributor one or more Capacitor(s) that a Defendant manufactured. Excluded from the Class are Defendants, their parent companies, subsidiaries and affiliates, any co-conspirators, Defendants' attorneys in this case, federal government entities and instrumentalities, states and their subdivisions, all judges assigned to this case, all jurors in this case.

**c.  OKAYA**

All persons and entities in the United States who, during, the period from January 1, 2002 to April 14, 2016, purchased one or more Capacitor(s) from a distributor (or from an entity other than a Defendant) that a Defendant or alleged co-conspirator manufactured. Excluded from the Class are Defendants, their parent companies, subsidiaries and Affiliates, any co-conspirators, Defendants' attorneys in this case, federal government entities and instrumentalities, states and their subdivisions, all judges assigned to this case, all jurors in this case, and all persons and entities who directly purchased capacitors from Defendants.

5.      These settlement classes shall be referred to herein as the Settlement Classes.

6.      The Court finds the prerequisites to a class action under Federal Rule of Civil Procedure 23(a) have been satisfied for settlement purposes by each of the Settlement Classes in that:

a.  there are at least thousands of geographically dispersed settlement class members, making joinder of all members impracticable;

b.  there are questions of law and fact common to the settlement classes which predominate over individual issues

c.  the claims or defenses of the class representatives are typical of the claims or defenses of the settlement classes;

Law Offices
COTCHETT, PITRE & McCARTHY, LLP

**Order Granting Final Approval of Class Action Settlements with Defendants NEC Tokin, Nitsuko and Okaya and Approving the Plan of Allocation;
Case No. 3:14-cv-03264-JD**

2

d.  the Indirect Purchaser Plaintiffs will fairly and adequately protect the interests of the settlement classes, and have retained counsel experienced in antitrust class action litigation who have, and will continue to, adequately represent the settlement classes; and

e.  resolution through class settlements is superior to individual settlements.

7.  The Court finds that this Action may be maintained as a class action under Federal Rule of Civil Procedure 23(b)(3) for settlement because: (i) questions of fact and law common to members of the Settlement Classes predominate over any questions affecting only the claims of individual members; and (ii) a class action is superior to other available methods for the fair and efficient adjudication of this controversy.

8.  Pursuant to Federal Rule of Civil Procedure 23(g), the Court hereby confirms that Cotchett, Pitre & McCarthy LLP is appointed as Settlement Class Counsel, and that Indirect Purchaser Plaintiffs Michael Brooks, CAE Sound, Steve Wong, Toy-Knowlogy Inc., AGS Devices Co., AGS Devices Ltd., J&O Electronics, Nebraska Dynamics, Inc., Angstrom, Inc., MakersLED and In Home Tech Solutions, Inc. are appointed to serve as Class Representatives on behalf of the Settlement Classes.

9.  IPPs' notice of the Class Settlements to the Settlement Classes was the best notice practicable under the circumstances. The notice satisfied due process and provided adequate information to the Settlement Classes of all matters relating to the Class Settlements, and fully satisfied the requirements of Federal Rules of Civil Procedure 23(c)(2) and (e)(1).

10.  The persons and entities identified in Exhibit A to this [proposed] Order have timely and validly requested exclusion from the Settlement Classes and, therefore, are excluded. Such persons and entities are not included in or bound by this Order. Such persons and entities are not entitled to any recovery of the settlement proceeds obtained through these Class Settlements.

11.  No valid objections were filed regarding any of the Class Settlements.

12.  The Court finds that IPPs' proposed Plan of Allocation, proposing to pay putative Class Members on a *pro rata* basis based on qualifying purchases of capacitors, is fair,

Law Offices
COTCHETT, PITRE & McCARTHY, LLP

**Order Granting Final Approval of Class Action Settlements with Defendants NEC Tokin, Nitsuko and Okaya and Approving the Plan of Allocation;**
**Case No. 3:14-cv-03264-JD**                                                                                     3

reasonable, and adequate. *In re Citric Acid Antitrust Litig.*, 145 F. Supp. 2d 1152, 1154 (N.D. Cal. 2001). The Plan of Allocation does not unfairly favor any Class Member, or group of Class Members, to the detriment of others.

13.     Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over:

      a.   implementation of these settlements and any distribution to members of the Settlement Classes pursuant to further orders of this Court;

      b.   disposition of the Settlement Fund;

      c.   determining attorneys' fees, costs, expenses, and interest;

      d.   the Action until Final Judgment contemplated hereby has become effective and each and every act agreed to be performed by the parties all have been performed pursuant to the Settlement Agreements;

      e.   hearing and ruling on any matters relating to the plan of allocation of settlement proceeds; and

      f.   all parties to the Action and Releasing Parties, for the purpose of enforcing and administering the Settlement Agreements and the mutual releases and other documents contemplated by, or executed in connection with the Agreement.

14.     The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that Final Judgments of Dismissal with prejudice as to the Settling Defendants ("Judgments") should be entered forthwith and further finds that there is no just reason for delay in the entry of the Judgments, as Final Judgments, in accordance with the Settlement Agreements.

**IT IS SO ORDERED**.

Dated: July __, 2017

                                  _____

                                  Hon. James Donato
                                  United States District Court Judge

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**Order Granting Final Approval of Class Action Settlements with Defendants NEC Tokin, Nitsuko and Okaya and Approving the Plan of Allocation;**
**Case No. 3:14-cv-03264-JD**                                                                                                  4

# EXHIBIT A

*In re Capacitors Antitrust Litigation*
**Exclusion Report**

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 1 | Acer, Inc. | 41778552-1 | 2/10/2017 |
| 2 | Acer America Corporation | 41778552-2 | 2/10/2017 |
| 3 | Gateway, Inc. | 41778552-3 | 2/10/2017 |
| 4 | Gateway U.S. Retail, Inc (f/k/a eMachines, Inc) | 41778552-4 | 2/10/2017 |
| 5 | Packard Bell B.V. | 41778552-5 | 2/10/2017 |
| 6 | BlackBerry Limited (f/k/a Research in Motion Limited) | 41778553-1 | 2/15/2017 |
| 7 | BlackBerry Corporation (f/k/a Research in Motion Corporation) | 41778553-2 | 2/15/2017 |
| 8 | BlackBerry Singapore Pte. Limited (f/k/a Research in Motion Singapore Pte. Limited) | 41778553-3 | 2/15/2017 |
| 9 | BlackBerry UK Limited (f/k/a Research in Motion UK Limited | 41778553-4 | 2/15/2017 |
| 10 | Plexus Corp. | 41778554-1 | 2/14/2017 |
| 11 | Plexus Asia, Ltd. | 41778554-2 | 2/14/2017 |
| 12 | Plexus Corp. Limited | 41778554-3 | 2/14/2017 |
| 13 | Plexus Corporation (UK) Limited | 41778554-4 | 2/14/2017 |
| 14 | Plexus Deutschland GmbH | 41778554-5 | 2/14/2017 |
| 15 | Plexus Electronica S. de R.L. de C.V. | 41778554-6 | 2/14/2017 |
| 16 | Plexus (Hangzhou) Co., Ltd. | 41778554-7 | 2/14/2017 |
| 17 | Plexus International Services, Inc. | 41778554-8 | 2/14/2017 |
| 18 | Plexus Intl. Sales & Logistics, LLC | 41778554-9 | 2/14/2017 |
| 19 | Plexus Manufacturing Sdn. Bhd. | 41778554-10 | 2/14/2017 |
| 20 | Plexus Services RO S.R.L. | 41778554-11 | 2/14/2017 |
| 21 | Plexus (Xiamen) Co., Ltd. | 41778554-12 | 2/14/2017 |
| 22 | Plexus (Zhejiang) Co., Ltd. | 41778554-13 | 2/14/2017 |
| 23 | Plexus Corp. (Kelso) Limited | 41778554-14 | 2/14/2017 |
| 24 | Plexus Corp. (Maldon) Limited | 41778554-15 | 2/14/2017 |
| 25 | Plexus Services Corp. | 41778554-16 | 2/14/2017 |
| 26 | Plexus Technology Group, Inc. | 41778554-17 | 2/14/2017 |
| 27 | Plexus Electronic Assembly Corp. | 41778554-18 | 2/14/2017 |
| 28 | Plexus NPI Plus Corp. | 41778554-19 | 2/14/2017 |
| 29 | Plexus Nampa LLC | 41778554-20 | 2/14/2017 |
| 30 | Plexus Aerospace, Defense and Security Services, LLC USA | 41778554-21 | 2/14/2017 |
| 31 | Plexus QS, LLC | 41778554-22 | 2/14/2017 |
| 32 | Plexus Management Services Corporation USA | 41778554-23 | 2/14/2017 |
| 33 | Plexus (Thailand) Co., Ltd. | 41778554-24 | 2/14/2017 |
| 34 | PTL Information Technology Services Corp. | 41778554-25 | 2/14/2017 |
| 35 | Plexus Services Americas, S. de R.L. de C.V. | 41778554-26 | 2/14/2017 |
| 36 | Loyds Lock Co | 41778555 | 4/11/2017 |
| 37 | John T Loyd | 41778556 | 4/11/2017 |
| 38 | Santiago Fernandez-Gomez | 41778557 | 4/17/2017 |
| 39 | Dennis J. Dosch | 41778558 | 4/25/2017 |
| 40 | Microsoft Corporation | 41778559-1 | 5/23/2017 |
| 41 | Microsoft Corporation's Subsidiaries | 41778559-2 | 5/23/2017 |
| 42 | Nokia Corporation (Finland) | 41778559-3 | 5/23/2017 |
| 43 | Nokia Sales International Oy (Finland) | 41778559-4 | 5/23/2017 |
| 44 | Nokia India Pvt Ltd (India) | 41778559-5 | 5/23/2017 |
| 45 | OOO Nokia (Russia) | 41778559-6 | 5/23/2017 |
| 46 | Nokia (China) Investment Co. Ltd (China) | 41778559-7 | 5/23/2017 |
| 47 | Nokia Telecommunications Ltd. (China) | 41778559-8 | 5/23/2017 |
| 48 | Nokia Inc (United States) | 41778559-9 | 5/23/2017 |
| 49 | Nokia UK (United Kingdom) | 41778559-10 | 5/23/2017 |
| 50 | Nokia do Brasil Technologia Ltda (Brazil) | 41778559-11 | 5/23/2017 |
| 51 | Nokia TMC Limited (South Korea) | 41778559-12 | 5/23/2017 |
| 52 | Nokia (Thailand) Ltd (Thailand) | 41778559-13 | 5/23/2017 |
| 53 | Nokia Solutions and Networks B.V. (The Netherlands) | 41778559-14 | 5/23/2017 |
| 54 | Nokia Solutions and Networks Oy (Finland) | 41778559-15 | 5/23/2017 |
| 55 | Nokia Solutions and Networks US LLC (United States) | 41778559-16 | 5/23/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 56 | Nokia Solutions and Networks Japan Corp (Japan) | 41778559-17 | 5/23/2017 |
| 57 | Nokia Solutions and Networks India Private Limited (India) | 41778559-18 | 5/23/2017 |
| 58 | Nokia Solutions and Networks System Technology (Beijing) Co Ltd (China) | 41778559-19 | 5/23/2017 |
| 59 | Nokia Solutions and Networks Branch Operations Oy (Finland) | 41778559-20 | 5/23/2017 |
| 60 | Nokia Solutions and Networks Korea Ltd (South Korea) | 41778559-21 | 5/23/2017 |
| 61 | Nokia Solutions and Networks do Brasil Telecommunicacoes Ltda (Brazil) | 41778559-22 | 5/23/2017 |
| 62 | Nokia Solutions and Networks Technology Service Co Ltd (China) | 41778559-23 | 5/23/2017 |
| 63 | HERE Holding Corporation (United States) | 41778559-24 | 5/23/2017 |
| 64 | HERE Global B.V. (The Netherlands) | 41778559-25 | 5/23/2017 |
| 65 | HERE Europe B.V. (The Netherlands) | 41778559-26 | 5/23/2017 |
| 66 | HERE North America LLC (United States) | 41778559-27 | 5/23/2017 |
| 67 | HERE Deutschland GmbH (Germany) | 41778559-28 | 5/23/2017 |
| 68 | Nokia Finance Invernational B.V. (The Netherlands) | 41778559-29 | 5/23/2017 |
| 69 | Nokia GmbH (Germany) | 41778559-30 | 5/23/2017 |
| 70 | Nokia Capitel Telecommunications Ltd (China) | 41778559-31 | 5/23/2017 |
| 71 | Dongguan Nokia Mobile Phones Company Ltd (China) | 41778559-32 | 5/23/2017 |
| 72 | Nokia Komarom Kft (Hungary) | 41778559-33 | 5/23/2017 |
| 73 | Nokia Romania SRL (Romania) | 41778559-34 | 5/23/2017 |
| 74 | Nokia Communiations Equipment (Shanghai) Ltd (China) | 41778559-35 | 5/23/2017 |
| 75 | Nokia (HK) Ltd (Hong Kong) | 41778559-36 | 5/23/2017 |
| 76 | Nokia Mobile Phone Manufacturing (HK) Ltd (Hong Kong) | 41778559-37 | 5/23/2017 |
| 77 | Nokia Mobile Communications KK (Formerly Nokia Mobile Phone Japan) | 41778559-38 | 5/23/2017 |
| 78 | Yohan Lin | 41778562 | 5/31/2017 |
| 79 | 1397639 Ontario, Inc. | 41778563-1 | 5/30/2017 |
| 80 | 26eme Avenue SAS | 41778563-2 | 5/30/2017 |
| 81 | 881229 Alberta ULC | 41778563-3 | 5/30/2017 |
| 82 | Abu Dhabi Branch of PSC Healthcare Software, Inc. | 41778563-4 | 5/30/2017 |
| 83 | Active Concepts Inc. | 41778563-5 | 5/30/2017 |
| 84 | Active Concepts PTY | 41778563-6 | 5/30/2017 |
| 85 | Aelita Software Branch, Moscow | 41778563-7 | 5/30/2017 |
| 86 | Aelita Software Branch, St. Petersburg | 41778563-8 | 5/30/2017 |
| 87 | Aelita Software Corportation | 41778563-9 | 5/30/2017 |
| 88 | Aelita Software Limited (UK) | 41778563-10 | 5/30/2017 |
| 89 | Alienware Corporation | 41778563-11 | 5/30/2017 |
| 90 | Alienware Corporation (Pacific Rim), Pty Ltd. | 41778563-12 | 5/30/2017 |
| 91 | Alienware Labs Corporation | 41778563-13 | 5/30/2017 |
| 92 | Alienware Latin America, S.A (Renamed Dell Costa Rica SA) | 41778563-14 | 5/30/2017 |
| 93 | Alienware Limited | 41778563-15 | 5/30/2017 |
| 94 | AppAssure Technologies Inc. | 41778563-16 | 5/30/2017 |
| 95 | ASAP Software Express Inc. | 41778563-17 | 5/30/2017 |
| 96 | Aventail L.L.C. | 41778563-18 | 5/30/2017 |
| 97 | BakBone Software GmbH | 41778563-19 | 5/30/2017 |
| 98 | BakBone Software India Private Limited | 41778563-20 | 5/30/2017 |
| 99 | Bakbone Software Limited | 41778563-21 | 5/30/2017 |
| 100 | BakBone Software Ltd. Russia Branch | 41778563-22 | 5/30/2017 |
| 101 | BakBone Software SARL | 41778563-23 | 5/30/2017 |
| 102 | BakBone Software, Inc. | 41778563-24 | 5/30/2017 |
| 103 | BearingPoint Management Consulting (Shanghai) Ltd. | 41778563-25 | 5/30/2017 |
| 104 | BearingPoint management Consulting (Shanghai) Ltd. Beijing Branch | 41778563-26 | 5/30/2017 |
| 105 | BitKoo CA LLC | 41778563-27 | 5/30/2017 |
| 106 | Bluefolder, Inc. | 41778563-28 | 5/30/2017 |
| 107 | Bolts Acq. Corp. | 41778563-29 | 5/30/2017 |
| 108 | Boomi, Inc. | 41778563-30 | 5/30/2017 |
| 109 | Bracknell Boulevard (Block C) LLC | 41778563-31 | 5/30/2017 |
| 110 | Bracknell Boulevard (Block D) LLC | 41778563-32 | 5/30/2017 |
| 111 | Bracknell Boulevard Management Company Limited | 41778563-33 | 5/30/2017 |
| 112 | Branch of Dell (Free Zone Company L.L.C.) | 41778563-34 | 5/30/2017 |
| 113 | Branch Office of Dell Software LLC in Saint-Petersburg | 41778563-35 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 114 Canada Branch of Perot Systems Corporation | 41778563-36 | 5/30/2017 |
| 115 Change Base Ltd | 41778563-37 | 5/30/2017 |
| 116 Charonware, s.r.o. | 41778563-38 | 5/30/2017 |
| 117 Clerity Solutions, Inc. | 41778563-39 | 5/30/2017 |
| 118 Coldspark, Inc. | 41778563-40 | 5/30/2017 |
| 119 Compellent Technologies France Sarl | 41778563-41 | 5/30/2017 |
| 120 Compellent Technologies Netherlands B.V. | 41778563-42 | 5/30/2017 |
| 120 Compellent Technologies, Inc. | 41778563-43 | 5/30/2017 |
| 121 Compellent Technologies, International Ltd. | 41778563-44 | 5/30/2017 |
| 122 Compellent Technologies Italy Srl | 41778563-45 | 5/30/2017 |
| 123 Corporacion Dell de Venezuela SA | 41778563-46 | 5/30/2017 |
| 124 Credant Technologies GmbH | 41778563-47 | 5/30/2017 |
| 125 Credant Technologies International, Inc (Belgium Branch) | 41778563-48 | 5/30/2017 |
| 126 Credant Technologies International, Inc. | 41778563-49 | 5/30/2017 |
| 127 Credant Technologies International, Inc. (UK Branch) | 41778563-50 | 5/30/2017 |
| 128 Credant Technologies, Inc. | 41778563-51 | 5/30/2017 |
| 129 Credant Technologies UK | 41778563-52 | 5/30/2017 |
| 130 Credant Technologies, Inc. - Canada Branch | 41778563-53 | 5/30/2017 |
| 131 CSCAN Acquisition Corp. | 41778563-54 | 5/30/2017 |
| 132 DCC Executive Security Inc. (formerly PSC Security, Inc.) | 41778563-55 | 5/30/2017 |
| 133 Dell (Chengdu) Company Limited | 41778563-56 | 5/30/2017 |
| 134 Dell (China) Company Limited | 41778563-57 | 5/30/2017 |
| 135 Dell (China) Company Limited - Beijing Branch | 41778563-58 | 5/30/2017 |
| 136 Dell (China) Company Limited - Chengdu Branch | 41778563-59 | 5/30/2017 |
| 137 Dell (China) Company Limited - Beijing Information Technology Branch Office | 41778563-60 | 5/30/2017 |
| 138 Dell (China) Company Limited - Beijing Liaison Office | 41778563-61 | 5/30/2017 |
| 139 Dell (China) Company Limited - Chengdu Liaison Office | 41778563-62 | 5/30/2017 |
| 140 Dell (China) Company Limited - Dalian Branch | 41778563-63 | 5/30/2017 |
| 141 Dell (China) Company Limited - Guangzhou Branch | 41778563-64 | 5/30/2017 |
| 142 Dell (China) Company Limited - Guangzhou Liaison Office | 41778563-65 | 5/30/2017 |
| 143 Dell (China) Company Limited - Hang Zhou Liaison Office | 41778563-66 | 5/30/2017 |
| 144 Dell (China) Company Limited - Nanjing Liaison Office | 41778563-67 | 5/30/2017 |
| 145 Dell (China) Company Limited - Shanghai | 41778563-68 | 5/30/2017 |
| 146 Dell (China) Company Limited - Shanghai Branch | 41778563-69 | 5/30/2017 |
| 147 Dell (China) Company Limited - Shen Zhen Liaison Office | 41778563-70 | 5/30/2017 |
| 148 Dell (China) Company Limited - Shenzhen Branch | 41778563-71 | 5/30/2017 |
| 149 Dell (China) Company Limited - Xiamen Branch | 41778563-72 | 5/30/2017 |
| 150 Dell (PS) B.V. | 41778563-73 | 5/30/2017 |
| 151 Dell (PS) Investments B.V. | 41778563-74 | 5/30/2017 |
| 152 Dell (PS) Limited | 41778563-75 | 5/30/2017 |
| 153 Dell (PS) Systems B.V. | 41778563-76 | 5/30/2017 |
| 154 Dell (PS) Systems TSI (Netherlands) B.V. | 41778563-77 | 5/30/2017 |
| 155 Dell (Switzerland) GmbH | 41778563-78 | 5/30/2017 |
| 156 Dell (Xiamen) Company Limited | 41778563-79 | 5/30/2017 |
| 157 Dell (Xiamen) Company Limited - Dalian Branch | 41778563-80 | 5/30/2017 |
| 158 Dell A/S | 41778563-81 | 5/30/2017 |
| 159 Dell AB | 41778563-82 | 5/30/2017 |
| 160 Dell America Latina Corp, Argentina Branch | 41778563-83 | 5/30/2017 |
| 161 Dell America Latina Corp. | 41778563-84 | 5/30/2017 |
| 162 Dell AS | 41778563-85 | 5/30/2017 |
| 163 Dell Asia B.V. | 41778563-86 | 5/30/2017 |
| 164 Dell Asia Holdings Pte. Ltd. | 41778563-87 | 5/30/2017 |
| 165 Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | 41778563-88 | 5/30/2017 |
| 166 Dell Asia Pacific Sdn | 41778563-89 | 5/30/2017 |
| 167 Dell Asia Pacific Sdn. - Philippines Representative Office | 41778563-90 | 5/30/2017 |
| 168 Dell Asia Pacific Sdn. Bhd. | 41778563-91 | 5/30/2017 |
| 169 Dell Asia Pte Ltd. | 41778563-92 | 5/30/2017 |
| 170 Dell Asset Revolving Trust-B | 41778563-93 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 171 Dell Asset Syndication L.L.C. | 41778563-94 | 5/30/2017 |
| 172 Dell Asset Securitization GP | 41778563-95 | 5/30/2017 |
| 173 Dell Asset Securitization Holding L.P. | 41778563-96 | 5/30/2017 |
| 174 Dell Australia Pty Limited | 41778563-97 | 5/30/2017 |
| 175 Dell B.V. | 41778563-98 | 5/30/2017 |
| 176 Dell B.V., Taiwan Branch | 41778563-99 | 5/30/2017 |
| 177 Dell Bank International Designated Acitivity Company | 41778563-100 | 5/30/2017 |
| 178 Dell Bank International Designated Acitivity Company, Sucursal en Espana | 41778563-101 | 5/30/2017 |
| 179 Dell Business Process Solutions India Private Limited | 41778563-102 | 5/30/2017 |
| 180 Dell Canada Inc. | 41778563-103 | 5/30/2017 |
| 181 Dell Catalog Sales LP Representative Office | 41778563-104 | 5/30/2017 |
| 182 Dell Colombia Inc. | 41778563-105 | 5/30/2017 |
| 183 Dell Colombia Inc - COLOMBIA BRANCH | 41778563-106 | 5/30/2017 |
| 184 Dell Computadores do Brasil Ltda. | 41778563-107 | 5/30/2017 |
| 185 Dell Computer (Barbados) Corporation | 41778563-108 | 5/30/2017 |
| 186 Dell Computer (Proprietary) Ltd | 41778563-109 | 5/30/2017 |
| 187 Dell Computer (Pty) Limited | 41778563-110 | 5/30/2017 |
| 188 Dell Computer De Chile Ltda. | 41778563-111 | 5/30/2017 |
| 189 Dell Computer EEIG | 41778563-112 | 5/30/2017 |
| 190 Dell Computer Holdings L.P. | 41778563-113 | 5/30/2017 |
| 191 Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda | 41778563-114 | 5/30/2017 |
| 192 Dell Computer SA | 41778563-115 | 5/30/2017 |
| 193 Dell Computer Services de Mexico S.A. de C.V. | 41778563-116 | 5/30/2017 |
| 194 Dell Computer spol. s. r.o. | 41778563-117 | 5/30/2017 |
| 195 Dell Conduit Funding L.P. | 41778563-118 | 5/30/2017 |
| 196 Dell Conduit Funding-B L.L.C. | 41778563-119 | 5/30/2017 |
| 197 Dell Corporation (Thailand) Co., Ltd. | 41778563-120 | 5/30/2017 |
| 198 Dell Corporation Limited | 41778563-121 | 5/30/2017 |
| 199 Dell Corporation Limited - Northern Ireland Place of Business | 41778563-122 | 5/30/2017 |
| 200 Dell Costa Rica SA | 41778563-123 | 5/30/2017 |
| 201 Dell Depositor L.L.C. | 41778563-124 | 5/30/2017 |
| 202 Dell DFS Canada Inc | 41778563-125 | 5/30/2017 |
| 203 Dell DFS Corporation | 41778563-126 | 5/30/2017 |
| 204 Dell DFS Holdings Kft | 41778563-127 | 5/30/2017 |
| 205 Dell DFS Holdings LLC | 41778563-128 | 5/30/2017 |
| 206 Dell DFS Ltd | 41778563-129 | 5/30/2017 |
| 207 Dell DFS Ltd. - Spain Branch | 41778563-130 | 5/30/2017 |
| 208 Dell Direct | 41778563-131 | 5/30/2017 |
| 209 Dell Distribution Maroc (Succ) | 41778563-132 | 5/30/2017 |
| 210 Dell El Salvador, Limitada | 41778563-133 | 5/30/2017 |
| 211 Dell Emerging Markets (EMEA) Limited | 41778563-134 | 5/30/2017 |
| 212 Dell Emerging Markets (EMEA) Ltd - Russia Representative Office | 41778563-135 | 5/30/2017 |
| 213 Dell Emerging Markets (EMEA) Limited - Egypt Representative Office | 41778563-136 | 5/30/2017 |
| 214 Dell Emerging Markets (EMEA) Limited - Representative Office (Republic of Croatia) | 41778563-137 | 5/30/2017 |
| 215 Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan) | 41778563-138 | 5/30/2017 |
| 216 Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | 41778563-139 | 5/30/2017 |
| 217 Dell Emerging Markets (EMEA) Limited (Kenya Branch) | 41778563-140 | 5/30/2017 |
| 218 Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep. Office | 41778563-141 | 5/30/2017 |
| 219 Dell Emerging Markets (EMEA) Limited (Uganda Representative Office) | 41778563-142 | 5/30/2017 |
| 220 Dell Emerging Markets (EMEA) Limited External Company (Ghana) | 41778563-143 | 5/30/2017 |
| 221 Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bularia) | 41778563-144 | 5/30/2017 |
| 222 Dell Emerging Markets (EMEA) Limited za usluge, Podruznica Zagreb | 41778563-145 | 5/30/2017 |
| 223 Dell Equipment Finance Trust 2014-1 | 41778563-146 | 5/30/2017 |
| 224 Dell Equipment Finance Trust 2015-1 | 41778563-147 | 5/30/2017 |
| 225 Dell Equipment Finance Trust 2015-2 | 41778563-148 | 5/30/2017 |
| 226 Dell Equipment Funding LP | 41778563-149 | 5/30/2017 |
| 227 Dell Equipment GP LLC | 41778563-150 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 228 | Dell Export Sales Corporation | 41778563-151 | 5/30/2017 |
| 229 | Dell Federal Systems Corporation | 41778563-152 | 5/30/2017 |
| 230 | Dell Federal Systems GP L.L.C. | 41778563-153 | 5/30/2017 |
| 231 | Dell Federal Systems L.P. | 41778563-154 | 5/30/2017 |
| 232 | Dell Federal Systems LP L.L.C. | 41778563-155 | 5/30/2017 |
| 233 | Dell Financial Services Canada Limited | 41778563-156 | 5/30/2017 |
| 234 | Dell Financial Services L.L.C. | 41778563-157 | 5/30/2017 |
| 235 | Dell Funding L.L.C. | 41778563-158 | 5/30/2017 |
| 236 | Dell FZ-LLC | 41778563-159 | 5/30/2017 |
| 237 | Dell FZ-LLC - Abu Dhabi Branch | 41778563-160 | 5/30/2017 |
| 238 | Dell FZ -LLC - Bahrain Branch | 41778563-161 | 5/30/2017 |
| 239 | Dell FZ-LLC - Qatar Branch | 41778563-162 | 5/30/2017 |
| 240 | Dell Gesellschaft m.b.H | 41778563-163 | 5/30/2017 |
| 241 | Dell Global B.V. | 41778563-164 | 5/30/2017 |
| 242 | Dell Global B.V. - Bangladesh Liaison Office | 41778563-165 | 5/30/2017 |
| 243 | Dell Global B.V. - Indonesia Representative Office | 41778563-166 | 5/30/2017 |
| 244 | Dell Global B.V. - Pakistan Liaison Office | 41778563-167 | 5/30/2017 |
| 245 | Dell Global B.V. - Philippines Representative Office | 41778563-168 | 5/30/2017 |
| 246 | Dell Global B.V. - Sri Lanka Liaison/Representative Office | 41778563-169 | 5/30/2017 |
| 247 | Dell Global B.V. (Singapore Branch) | 41778563-170 | 5/30/2017 |
| 248 | Dell Global Business Center Sdn. Bhd. | 41778563-171 | 5/30/2017 |
| 249 | Dell Global Holdings II B.V. | 41778563-172 | 5/30/2017 |
| 250 | Dell Global Holdings III B.V. | 41778563-173 | 5/30/2017 |
| 251 | Dell Global Holdings IV L.L.C. | 41778563-174 | 5/30/2017 |
| 252 | Dell Global Holdings L.L.C. | 41778563-175 | 5/30/2017 |
| 253 | Dell Global Holdings VI L.L.V. | 41778563-176 | 5/30/2017 |
| 254 | Dell Global Holdings VII LLC | 41778563-177 | 5/30/2017 |
| 255 | Dell Global Holdings VIII L.L.C. | 41778563-178 | 5/30/2017 |
| 256 | Dell Global Holdings X L.L.C. | 41778563-179 | 5/30/2017 |
| 257 | Dell Global Internatioinal B.V. | 41778563-180 | 5/30/2017 |
| 258 | Dell Global Procurement Malaysia Sdn. Bhd. | 41778563-181 | 5/30/2017 |
| 259 | Dell Global Pte. Ltd. | 41778563-182 | 5/30/2017 |
| 260 | Dell GmbH | 41778563-183 | 5/30/2017 |
| 261 | Dell GmbH - Munich Branch | 41778563-184 | 5/30/2017 |
| 262 | Dell GmbH Supervisory Board | 41778563-185 | 5/30/2017 |
| 263 | Dell Guatemala, Ltda. | 41778563-186 | 5/30/2017 |
| 264 | Dell Halle GmbH | 41778563-187 | 5/30/2017 |
| 265 | Dell Halle GmbH Supervisory Board | 41778563-188 | 5/30/2017 |
| 266 | Dell Honduras, S. de R.L. de C.V. | 41778563-189 | 5/30/2017 |
| 267 | Dell Hong Kong Limited | 41778563-190 | 5/30/2017 |
| 268 | Dell Hungary Technology Solutions Trade LLC | 41778563-191 | 5/30/2017 |
| 269 | Dell III - Comercio de Computadores, Unipessoal Lda | 41778563-192 | 5/30/2017 |
| 270 | Dell Inc. | 41778563-193 | 5/30/2017 |
| 271 | Dell India (Sales & Marketing) Private Limited | 41778563-194 | 5/30/2017 |
| 272 | Dell India Private Limited | 41778563-195 | 5/30/2017 |
| 273 | Dell Information Technology (Hunan) Company Limited | 41778563-196 | 5/30/2017 |
| 274 | Dell Information Technology (Kunshan) Company Limited | 41778563-197 | 5/30/2017 |
| 275 | Dell International Holdings IX B.V. | 41778563-198 | 5/30/2017 |
| 276 | Dell International Holdings Kft | 41778563-199 | 5/30/2017 |
| 277 | Dell International Holdings SAS | 41778563-200 | 5/30/2017 |
| 278 | Dell International Holdings VIII B.V. | 41778563-201 | 5/30/2017 |
| 279 | Dell International Holdings X B.V. | 41778563-202 | 5/30/2017 |
| 280 | Dell International Holdings XII Cooperatief U.A. | 41778563-203 | 5/30/2017 |
| 281 | Dell International Inc. (Korea) | 41778563-204 | 5/30/2017 |
| 282 | Dell International L.L.C. | 41778563-205 | 5/30/2017 |
| 283 | Dell International Services India Private Limited (Active) | 41778563-206 | 5/30/2017 |
| 284 | Dell International Services Philippines, Inc. | 41778563-207 | 5/30/2017 |
| 285 | Dell International Services SRL | 41778563-208 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 286 | Dell Japan Inc. | 41778563-209 | 5/30/2017 |
| 287 | Dell Latinoamerica, S. de R.L. | 41778563-210 | 5/30/2017 |
| 288 | Dell Leasing Mexico S. de RL de C.V. | 41778563-211 | 5/30/2017 |
| 289 | Dell Leasing Mexico Services S. de R.L. de C.V. | 41778563-212 | 5/30/2017 |
| 290 | Dell LLC | 41778563-213 | 5/30/2017 |
| 291 | Dell Marketing Corporation | 41778563-214 | 5/30/2017 |
| 292 | Dell Marketing GP L.L.C. | 41778563-215 | 5/30/2017 |
| 293 | Dell Marketing L.P. | 41778563-216 | 5/30/2017 |
| 294 | Dell Marketing LP L.L.C. | 41778563-217 | 5/30/2017 |
| 295 | Dell Mexico S.A. de C.V. | 41778563-218 | 5/30/2017 |
| 296 | Dell Morocco SAS | 41778563-219 | 5/30/2017 |
| 297 | Dell New Zealand Limited | 41778563-220 | 5/30/2017 |
| 298 | Dell NV | 41778563-221 | 5/30/2017 |
| 299 | Dell Panama S de RL | 41778563-222 | 5/30/2017 |
| 300 | Dell Peru S.A.C. | 41778563-223 | 5/30/2017 |
| 301 | Dell Procurement (Xiamen) Company Limited | 41778563-224 | 5/30/2017 |
| 302 | Dell Procurement (Xiamen) Company Limited - Shanghai Branch | 41778563-225 | 5/30/2017 |
| 303 | Dell Procurement (Xiamen) Company Limited - Shenzhen Branch | 41778563-226 | 5/30/2017 |
| 304 | Dell Procurement (Xiamen) Company Limited - Shenzhen Liaison Office | 41778563-227 | 5/30/2017 |
| 305 | Dell Product and Process Innovation Services Corp. | 41778563-228 | 5/30/2017 |
| 306 | Dell Products | 41778563-229 | 5/30/2017 |
| 307 | Dell Products (Europe) B.V. | 41778563-230 | 5/30/2017 |
| 308 | Dell Products (Poland) Sp.z.o.o. | 41778563-231 | 5/30/2017 |
| 309 | Dell Products Corporation | 41778563-232 | 5/30/2017 |
| 310 | Dell Products GP LLC | 41778563-233 | 5/30/2017 |
| 311 | Dell Products L.P. | 41778563-234 | 5/30/2017 |
| 312 | Dell Products LP L.L.C. | 41778563-235 | 5/30/2017 |
| 313 | Dell Products Manufacturing Limited | 41778563-236 | 5/30/2017 |
| 314 | Dell Protective Services Inc. | 41778563-237 | 5/30/2017 |
| 315 | Dell Puerto Rico Corp. | 41778563-238 | 5/30/2017 |
| 316 | Dell Quebec Inc. | 41778563-239 | 5/30/2017 |
| 317 | Dell Receivables Corporation | 41778563-240 | 5/30/2017 |
| 318 | Dell Receivables GP LLC | 41778563-241 | 5/30/2017 |
| 319 | Dell Receivables L.P. | 41778563-242 | 5/30/2017 |
| 320 | Dell Receivalbes LP LLC | 41778563-243 | 5/30/2017 |
| 321 | Dell Research | 41778563-244 | 5/30/2017 |
| 322 | Dell Revolver Company L.P. | 41778563-245 | 5/30/2017 |
| 323 | Dell Revolver Funding L.L.C. | 41778563-246 | 5/30/2017 |
| 324 | Dell Revolver GP L.L.C. | 41778563-247 | 5/30/2017 |
| 325 | Dell Revolving Transferor L.L.C. | 41778563-248 | 5/30/2017 |
| 326 | Dell S.a r.l | 41778563-249 | 5/30/2017 |
| 327 | Dell S.p.A. | 41778563-250 | 5/30/2017 |
| 328 | Dell s.r.o. | 41778563-251 | 5/30/2017 |
| 329 | Dell SA | 41778563-252 | 5/30/2017 |
| 330 | Dell Sales Malaysia Sdn. Bhd. | 41778563-253 | 5/30/2017 |
| 331 | Dell SAS | 41778563-254 | 5/30/2017 |
| 332 | Dell Services (China) Company Limited | 41778563-255 | 5/30/2017 |
| 333 | Dell Services (China) Company limited - Beijing Consulting Branch | 41778563-256 | 5/30/2017 |
| 334 | Dell Services (China) Company Limited - Shanghai Branch | 41778563-257 | 5/30/2017 |
| 335 | Dell Services (China) Company Limited - Tianjin Branch | 41778563-258 | 5/30/2017 |
| 336 | Dell Services Federal Government, Inc. | 41778563-259 | 5/30/2017 |
| 337 | Dell Services GmbH | 41778563-260 | 5/30/2017 |
| 338 | Dell Services Pte. Ltd. | 41778563-261 | 5/30/2017 |
| 339 | Dell Singapore Pte. Ltd. (plan to close) | 41778563-262 | 5/30/2017 |
| 340 | Dell Software (Beijing) Company Limited | 41778563-263 | 5/30/2017 |
| 342 | Dell Software (Beijing) Company Limited, Guangzhou Branch Office | 41778563-264 | 5/30/2017 |
| 342 | Dell Software (Beijing) Company Limited, Shanghai Branch Office | 41778563-265 | 5/30/2017 |
| 343 | Dell Software (Thailand) Company Limited | 41778563-266 | 5/30/2017 |

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 344 | Dell Software (UK) Limited | 41778563-267 | 5/30/2017 |
| 345 | Dell Software (Zhuhai) Company Limited | 41778563-268 | 5/30/2017 |
| 346 | Dell Software AB | 41778563-269 | 5/30/2017 |
| 347 | Dell Software ApS | 41778563-270 | 5/30/2017 |
| 348 | Dell Software AS | 41778563-271 | 5/30/2017 |
| 349 | Dell Software B.V. | 41778563-272 | 5/30/2017 |
| 350 | Dell Software BVBA | 41778563-273 | 5/30/2017 |
| 351 | Dell Software Canada Inc. | 41778563-274 | 5/30/2017 |
| 352 | Dell Software Company Limited | 41778563-275 | 5/30/2017 |
| 353 | Dell Software Europe Limited | 41778563-276 | 5/30/2017 |
| 354 | Dell Software GmbH | 41778563-277 | 5/30/2017 |
| 355 | Dell Software Hong Kong Limited | 41778563-278 | 5/30/2017 |
| 356 | Dell Software Inc. | 41778563-279 | 5/30/2017 |
| 357 | Dell Software India Private Limited | 41778563-280 | 5/30/2017 |
| 358 | Dell Software International Limited | 41778563-281 | 5/30/2017 |
| 359 | Dell Software Japan, Ltd | 41778563-282 | 5/30/2017 |
| 360 | Dell Software Korea Ltd | 41778563-283 | 5/30/2017 |
| 361 | Dell Software LLC | 41778563-284 | 5/30/2017 |
| 362 | Dell Software Ltda. (Brazil) | 41778563-285 | 5/30/2017 |
| 363 | Dell Software New Zealand Limited | 41778563-286 | 5/30/2017 |
| 364 | Dell Software (Pty.) Ltd. | 41778563-287 | 5/30/2017 |
| 365 | Dell Software S.r.l. Unipersonale | 41778563-288 | 5/30/2017 |
| 366 | Dell Software s.r.o. | 41778563-289 | 5/30/2017 |
| 367 | Dell Software SARL | 41778563-290 | 5/30/2017 |
| 368 | Dell Software Sdn. Bhd. | 41778563-291 | 5/30/2017 |
| 369 | Dell Software Singapore Pte. Ltd | 41778563-292 | 5/30/2017 |
| 370 | Dell Software SL | 41778563-293 | 5/30/2017 |
| 371 | Dell Software Sp.z o.o. | 41778563-294 | 5/30/2017 |
| 372 | Dell Software Switzerland GmbH | 41778563-295 | 5/30/2017 |
| 373 | Dell Software Taiwan Ltd. | 41778563-296 | 5/30/2017 |
| 374 | Dell Solutions (UK) Limited | 41778563-297 | 5/30/2017 |
| 375 | Dell Sp.z o.o. | 41778563-298 | 5/30/2017 |
| 376 | Dell Systesm (TSI) Mauritius Private Limited | 41778563-299 | 5/30/2017 |
| 377 | Dell Systesm (UK) Limited | 41778563-300 | 5/30/2017 |
| 378 | Dell Systesm Applications Solutions, Inc. | 41778563-301 | 5/30/2017 |
| 379 | Dell Systesm Communications Services, Inc. | 41778563-302 | 5/30/2017 |
| 340 | Dell Systesm Corporation | 41778563-303 | 5/30/2017 |
| 341 | Dell Systesm Europe Limited | 41778563-304 | 5/30/2017 |
| 342 | Dell Systesm TSI (Hungary) Likviditasmenedzsment Korlatolt Felelissego Tarsasag | 41778563-305 | 5/30/2017 |
| 343 | Dell Taiwan B.V. | 41778563-306 | 5/30/2017 |
| 344 | Dell Taiwan B.V., Taiwan Branch | 41778563-307 | 5/30/2017 |
| 345 | Dell Technology & Solutions Israel Ltd | 41778563-308 | 5/30/2017 |
| 346 | Dell Technology & Solutions Limited | 41778563-309 | 5/30/2017 |
| 347 | Dell Technology & Solutions Nigeria Limited | 41778563-310 | 5/30/2017 |
| 348 | Dell Technology S.R.L. | 41778563-311 | 5/30/2017 |
| 349 | Dell Technology Products and Services SA | 41778563-312 | 5/30/2017 |
| 350 | Dell Technology Services, Inc, Sociedad De Responsabilidad Limitada | 41778563-313 | 5/30/2017 |
| 351 | Dell Teknoloji Limited Sirketi | 41778563-314 | 5/30/2017 |
| 352 | Dell Trinidad and Tobago Company Limited | 41778563-315 | 5/30/2017 |
| 353 | Dell Trading (Kunshan) Company Limited | 41778563-316 | 5/30/2017 |
| 354 | Dell Uk Employee Financial Security Plan | 41778563-317 | 5/30/2017 |
| 355 | Dell USA Corporation | 41778563-318 | 5/30/2017 |
| 356 | Dell USA GP L.L.C. | 41778563-319 | 5/30/2017 |
| 357 | Dell USA L.P. | 41778563-320 | 5/30/2017 |
| 358 | Dell USA LP LLC | 41778563-321 | 5/30/2017 |
| 359 | Dell World Trade Corporation | 41778563-322 | 5/30/2017 |
| 360 | Dell World Trade GP L.L.C. | 41778563-323 | 5/30/2017 |
| 361 | Dell World Trade L.P. | 41778563-324 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 362 Dell World Trade LP L.L.C. | 41778563-325 | 5/30/2017 |
| 363 Denali Finance Corp. | 41778563-326 | 5/30/2017 |
| 364 Denali Holding Inc. | 41778563-327 | 5/30/2017 |
| 365 Denali Intermediate Inc. | 41778563-328 | 5/30/2017 |
| 366 DFS B.V. | 41778563-329 | 5/30/2017 |
| 367 DFS Equipment Holdings, LP | 41778563-330 | 5/30/2017 |
| 368 DFS Equipment Remarketing LLC | 41778563-331 | 5/30/2017 |
| 369 DFS Funding LB.L.V.C. | 41778563-332 | 5/30/2017 |
| 370 DFS-SPV L.L.C. | 41778563-333 | 5/30/2017 |
| 371 Diamond 1 Finance Corporation | 41778563-334 | 5/30/2017 |
| 372 Diamond 2 Finance Corporation | 41778563-335 | 5/30/2017 |
| 373 DIH IX CV | 41778563-336 | 5/30/2017 |
| 374 DIH VI CV | 41778563-337 | 5/30/2017 |
| 375 DIH VII C.V. | 41778563-338 | 5/30/2017 |
| 376 DIH VIII C.V. | 41778563-339 | 5/30/2017 |
| 377 DIYH X C.V. | 41778563-340 | 5/30/2017 |
| 378 Elbert MX, S. de R.L. de C.V. | 41778563-341 | 5/30/2017 |
| 379 Elbert S.A. | 41778563-342 | 5/30/2017 |
| 380 Elbert Software Chile SpA | 41778563-343 | 5/30/2017 |
| 381 Elbert Software S.A. | 41778563-344 | 5/30/2017 |
| 382 EqualLogic Japan Company Limited | 41778563-345 | 5/30/2017 |
| 383 Enstratius (NZ) Limited | 41778563-346 | 5/30/2017 |
| 384 Enstratius, Inc. | 41778563-347 | 5/30/2017 |
| 385 Fastlane Technologies Corporation | 41778563-348 | 5/30/2017 |
| 386 Fastlane Technologies Uk | 41778563-349 | 5/30/2017 |
| 387 Force 10 International Limited | 41778563-350 | 5/30/2017 |
| 388 Force 10 Networks (Shanghai) Company Limited | 41778563-351 | 5/30/2017 |
| 389 Force 10 Networks Australia Pty. Ltd. | 41778563-352 | 5/30/2017 |
| 390 Force 10 Networks Germany (Branch) | 41778563-353 | 5/30/2017 |
| 391 Force 10 Networks Global, Inc. | 41778563-354 | 5/30/2017 |
| 392 Force 10 Networks Hong Kong (Branch) | 41778563-355 | 5/30/2017 |
| 393 Force 10 Networks India Pvt. Ltd. | 41778563-356 | 5/30/2017 |
| 394 Force 10 Networks International, Inc. | 41778563-357 | 5/30/2017 |
| 395 Force 10 Networks International, Inc Zweigniederlassung Deutschland | 41778563-358 | 5/30/2017 |
| 396 Force 10 Networks Singapore Pte. Ltd. | 41778563-359 | 5/30/2017 |
| 397 Force 10 Networks, Inc. Force 10 Networks Korea YH | 41778563-360 | 5/30/2017 |
| 398 Force 10 Networks Ltd. | 41778563-361 | 5/30/2017 |
| 399 Force 10 Networks Malaysia (Branch) | 41778563-362 | 5/30/2017 |
| 400 Force 10 Newworks Spain (Rep Office) | 41778563-363 | 5/30/2017 |
| 401 Fresh Dew Investments Ltd. | 41778563-364 | 5/30/2017 |
| 402 Fvision Acquisition Corp. | 41778563-365 | 5/30/2017 |
| 403 Gale Networks Private Limited | 41778563-366 | 5/30/2017 |
| 404 Gale Technologies, Inc. | 41778563-367 | 5/30/2017 |
| 405 Hinsona Limited | 41778563-368 | 5/30/2017 |
| 406 HPS Europe Limited Branch | 41778563-369 | 5/30/2017 |
| 407 JKK Finance Ltd. | 41778563-370 | 5/30/2017 |
| 408 Imceda Software Sustralia Pty, Ltd. | 41778563-371 | 5/30/2017 |
| 409 Imceda Software Inc. | 41778563-372 | 5/30/2017 |
| 410 Imceda Technologies Pty, JKK Finance Ltd. | 41778563-373 | 5/30/2017 |
| 411 Invirtus, Inc. | 41778563-374 | 5/30/2017 |
| 412 Lecco Technology (UK) Limited | 41778563-375 | 5/30/2017 |
| 413 Lecco Technology Inc. | 41778563-376 | 5/30/2017 |
| 414 Lecco Technology, Inc. (USA) | 41778563-377 | 5/30/2017 |
| 415 License Technologies Group, Inc. | 41778563-378 | 5/30/2017 |
| 416 LLC Dell Ukraine | 41778563-379 | 5/30/2017 |
| 417 Lumenare Networks Mauritius Ltd | 41778563-380 | 5/30/2017 |
| 418 Magnum Technologies, Inc. | 41778563-381 | 5/30/2017 |
| 419 Make Technologies Inc. | 41778563-382 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 420 | Messagewise | 41778563-383 | 5/30/2017 |
| 421 | Muretia Investments Ltd | 41778563-384 | 5/30/2017 |
| 422 | NetPro Computing Canada, Inc. | 41778563-385 | 5/30/2017 |
| 423 | NetPro Computing France, Inc. | 41778563-386 | 5/30/2017 |
| 424 | NetPro Computing Germany, Inc. | 41778563-387 | 5/30/2017 |
| 425 | NetPro Computing UK, Inc. | 41778563-388 | 5/30/2017 |
| 426 | NetPro Computing, Inc. | 41778563-389 | 5/30/2017 |
| 427 | NetPro Engineering, Inc. | 41778563-390 | 5/30/2017 |
| 428 | NetPro Europe Branch | 41778563-391 | 5/30/2017 |
| 429 | NetPro Europe, Inc. | 41778563-392 | 5/30/2017 |
| 430 | NetPro France Branch | 41778563-393 | 5/30/2017 |
| 431 | NetPor Germany Branch | 41778563-394 | 5/30/2017 |
| 432 | NetPro UK Branch | 41778563-395 | 5/30/2017 |
| 433 | Ocarina Networks India Private Limited | 41778563-396 | 5/30/2017 |
| 434 | OptiGrowth Capital S.a.r.l | 41778563-397 | 5/30/2017 |
| 435 | PacketTrap Networks, Inc. | 41778563-398 | 5/30/2017 |
| 436 | Oy Dell AB | 41778563-399 | 5/30/2017 |
| 437 | PassGo Technologies Limited | 41778563-400 | 5/30/2017 |
| 438 | PassGo Technologies Trustees Ltd | 41778563-401 | 5/30/2017 |
| 439 | Perot Systems (Malaysia) Sdn. Bhd. | 41778563-402 | 5/30/2017 |
| 440 | Perot Systems (Shanghai) Consulting Co., Ltd | 41778563-403 | 5/30/2017 |
| 441 | Perot Systems India Foundation | 41778563-404 | 5/30/2017 |
| 442 | Perot Systems TSI (Bermuda) Ltd | 41778563-405 | 5/30/2017 |
| 443 | Perot Systems (Singapore) Pte. Ltd. | 41778563-406 | 5/30/2017 |
| 444 | Perot Systems (Switzerland) GmbH | 41778563-407 | 5/30/2017 |
| 445 | Perot Systems (UK) Ltd. | 41778563-408 | 5/30/2017 |
| 446 | Perot Systems Application Solutions Inc. | 41778563-409 | 5/30/2017 |
| 447 | Perot Systems B.V. | 41778563-410 | 5/30/2017 |
| 448 | Perot Systems Communications Services, Inc. | 41778563-411 | 5/30/2017 |
| 449 | Perot Systems Corporation | 41778563-412 | 5/30/2017 |
| 450 | Perot Systems Europe Limited | 41778563-413 | 5/30/2017 |
| 451 | Perot Systems Government Healthcare Solutions, Inc. | 41778563-414 | 5/30/2017 |
| 452 | Perot Systems Government Solutions, Inc. | 41778563-415 | 5/30/2017 |
| 453 | Perot Systems Healthcare Solutions, Inc. | 41778563-416 | 5/30/2017 |
| 454 | Perot Systems Holdings Pte. Ltd. | 41778563-417 | 5/30/2017 |
| 455 | Perot Systems Investments B.V. | 41778563-418 | 5/30/2017 |
| 456 | Perot Systems Revenue Cycle Solutions, Inc. | 41778563-419 | 5/30/2017 |
| 457 | Perot Systems TSI (Hungary) Liquidity Management LLC | 41778563-420 | 5/30/2017 |
| 458 | Perot Systems  TsI ( Muritius) Pvt. Ltd. | 41778563-421 | 5/30/2017 |
| 459 | Perot Systems TSI (Middle East) FZ-LLC | 41778563-422 | 5/30/2017 |
| 460 | Perot Systems TSI (Netherlands) B.V. | 41778563-423 | 5/30/2017 |
| 461 | PrSM Corporation | 41778563-424 | 5/30/2017 |
| 462 | PSC GP Corporation | 41778563-425 | 5/30/2017 |
| 463 | PSC Healthcare Software, Inc. | 41778563-426 | 5/30/2017 |
| 464 | PSC LP Corporation | 41778563-427 | 5/30/2017 |
| 465 | PSC Management Limited Partnership | 41778563-428 | 5/30/2017 |
| 466 | PSM Holdings 1, Inc. | 41778563-429 | 5/30/2017 |
| 467 | PSM Holdings 2, Inc. | 41778563-430 | 5/30/2017 |
| 468 | PSM Holdings 1 L.L.C. | 41778563-431 | 5/30/2017 |
| 469 | PSM Holdings 2 L.L.C. | 41778563-432 | 5/30/2017 |
| 470 | PT Dell Indonesia | 41778563-433 | 5/30/2017 |
| 471 | Q.S.I. Quest Software Israel Limited | 41778563-434 | 5/30/2017 |
| 472 | QSFT India Private Ltd, Inc. | 41778563-435 | 5/30/2017 |
| 473 | QSFT Svenska AB | 41778563-436 | 5/30/2017 |
| 474 | QSS Group, Inc. | 41778563-437 | 5/30/2017 |
| 475 | Quest Acquisition Corporation | 41778563-438 | 5/30/2017 |
| 476 | Quest Holding Company, LLC | 41778563-439 | 5/30/2017 |
| 477 | Quest Holdings SARL | 41778563-440 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 478 Quest Software Limited | 41778563-441 | 5/30/2017 |
| 479 Quest Software Public Sector, Inc. | 41778563-442 | 5/30/2017 |
| 480 Quest Scandanavia AS | 41778563-443 | 5/30/2017 |
| 481 Quest Software (UK) Ltd | 41778563-444 | 5/30/2017 |
| 482 Quest Software (Zhuhai) Ltd. | 41778563-445 | 5/30/2017 |
| 483 Quest Software Beijing Company | 41778563-446 | 5/30/2017 |
| 484 Quest Software Belgium | 41778563-447 | 5/30/2017 |
| 485 Quest Software Canada | 41778563-448 | 5/30/2017 |
| 486 Quest Software Company Limited | 41778563-449 | 5/30/2017 |
| 487 Quest Software Espana, SL | 41778563-450 | 5/30/2017 |
| 488 Quest Software France Sarl | 41778563-451 | 5/30/2017 |
| 489 Quest Software Gmbh | 41778563-452 | 5/30/2017 |
| 490 Quest Software Greater China Limited | 41778563-453 | 5/30/2017 |
| 491 Quest Software Int'l Limited | 41778563-454 | 5/30/2017 |
| 492 Quest Software Italia Srl | 41778563-455 | 5/30/2017 |
| 493 Quest Software Japan Ltd | 41778563-456 | 5/30/2017 |
| 494 Quest Software Korea Ltd | 41778563-457 | 5/30/2017 |
| 495 Quest Software Mexico, S. de R.L. de C.V. | 41778563-458 | 5/30/2017 |
| 496 Quest Software Netherlands B.V. | 41778563-459 | 5/30/2017 |
| 497 Quest Software Norge S/A | 41778563-460 | 5/30/2017 |
| 498 Quest Software Pty, Ltd. | 41778563-461 | 5/30/2017 |
| 499 Quest Software Public Sector, Inc. | 41778563-462 | 5/30/2017 |
| 500 Quest Software Sales Sdn Bhd | 41778563-463 | 5/30/2017 |
| 501 Quest Software Singapore Pty Limited | 41778563-464 | 5/30/2017 |
| 502 Quest Software Switzerland Gmbh | 41778563-465 | 5/30/2017 |
| 503 Quest Software, Inc. | 41778563-466 | 5/30/2017 |
| 504 Quest Software, Ltd. | 41778563-467 | 5/30/2017 |
| 505 QuickCyckem Inc. | 41778563-468 | 5/30/2017 |
| 506 QuickCycle Inc. | 41778563-469 | 5/30/2017 |
| 507 Safari I, Inc. | 41778563-470 | 5/30/2017 |
| 508 Safari II GP LLC | 41778563-471 | 5/30/2017 |
| 509 Safari II, Inc. | 41778563-472 | 5/30/2017 |
| 510 Safari Limited II LP | 41778563-473 | 5/30/2017 |
| 511 Safari Limited Partnership | 41778563-474 | 5/30/2017 |
| 512 ScriptLogic Australia | 41778563-475 | 5/30/2017 |
| 513 SecureWorks Holding Corp. | 41778563-476 | 5/30/2017 |
| 514 SecureWorks Inc. | 41778563-477 | 5/30/2017 |
| 515 SecureWorks UK Ltd. | 41778563-478 | 5/30/2017 |
| 516 SecureWorks UK Ltd. - Finland branch | 41778563-479 | 5/30/2017 |
| 517 Smarsh CRM Service, Inc. | 41778563-480 | 5/30/2017 |
| 518 Smarsh Inc. | 41778563-481 | 5/30/2017 |
| 519 Software Ltd Russia Rep Office | 41778563-482 | 5/30/2017 |
| 520 Representative Office of Dell Global B.V. in Hanoi | 41778563-483 | 5/30/2017 |
| 521 Representative Office of Dell Global B.V. in Ho Chi Minh City | 41778563-484 | 5/30/2017 |
| 522 ScriptLogic Corporation | 41778563-485 | 5/30/2017 |
| 523 SecureWorks Australia Pty, Ltd. | 41778563-486 | 5/30/2017 |
| 524 SecureWorks Europe Limited | 41778563-487 | 5/30/2017 |
| 525 SecureWorks Europe S.R.L. | 41778563-488 | 5/30/2017 |
| 526 SecureWorks Holding Corporation | 41778563-489 | 5/30/2017 |
| 527 SecureWorks India Private Limited | 41778563-490 | 5/30/2017 |
| 528 SecureWorks Japan K.K. | 41778563-491 | 5/30/2017 |
| 529 SecureWorks SAS | 41778563-492 | 5/30/2017 |
| 530 SecureWorks, Inc. | 41778563-493 | 5/30/2017 |
| 531 Sonic Wall BV | 41778563-494 | 5/30/2017 |
| 532 Sonic Wall BV - Australia Branch | 41778563-495 | 5/30/2017 |
| 533 Sonic Wall BV - Beijing Rep. Office | 41778563-496 | 5/30/2017 |
| 531 Sonic Wall BV - Belgium Branch | 41778563-497 | 5/30/2017 |
| 535 Sonic Wall BV - Canada Branch | 41778563-498 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 535 | Sonic Wall BV - Dubai Branch | 41778563-499 | 5/30/2017 |
| 536 | Sonic Wall BV - France Branch | 41778563-500 | 5/30/2017 |
| 537 | Sonic Wall BV - Germany Branch | 41778563-501 | 5/30/2017 |
| 538 | SonicWALL BV - Hong Kong Branch | 41778563-502 | 5/30/2017 |
| 539 | SonicWALL BV - India Branch | 41778563-503 | 5/30/2017 |
| 540 | SonicWALL BV - Ireland Branch | 41778563-504 | 5/30/2017 |
| 541 | SonicWALL BV - Japan Branch | 41778563-505 | 5/30/2017 |
| 542 | SonicWALL BV - Korea Branch | 41778563-506 | 5/30/2017 |
| 543 | SonicWALL BV - Singapore Branch | 41778563-507 | 5/30/2017 |
| 544 | SonicWALL BV - Spain Branch | 41778563-508 | 5/30/2017 |
| 545 | SonicWALL BV - Sweden Branch | 41778563-509 | 5/30/2017 |
| 546 | SonicWALL BV - Taiwan Branch | 41778563-510 | 5/30/2017 |
| 547 | SonicWALL BV - UK Branch | 41778563-511 | 5/30/2017 |
| 548 | SonicWALL Infosecurity Private Limited | 41778563-512 | 5/30/2017 |
| 549 | SonicWALL L.L.C. | 41778563-513 | 5/30/2017 |
| 550 | SonicWALL Mexico, S de RL de CV | 41778563-514 | 5/30/2017 |
| 551 | SonicWALL AG | 41778563-515 | 5/30/2017 |
| 552 | SonicWALL B.V. | 41778563-516 | 5/30/2017 |
| 553 | SonicWALL B.V. (Belgium Branch) | 41778563-517 | 5/30/2017 |
| 554 | SonicWALL B.V. (Singapore Branch) | 41778563-518 | 5/30/2017 |
| 555 | SonicWALL B.V. (UK Branch) | 41778563-519 | 5/30/2017 |
| 556 | SonicWall B.V., Australia Branch | 41778563-520 | 5/30/2017 |
| 557 | SonicWall B.V., Taiwan Branch | 41778563-521 | 5/30/2017 |
| 558 | SonicWall Mexico, S. de R.L. de C.V. | 41778563-522 | 5/30/2017 |
| 559 | SonicWall Russia LLC | 41778563-523 | 5/30/2017 |
| 560 | SonicWall Services Private Limited | 41778563-524 | 5/30/2017 |
| 561 | SonicWall Shanghai Limited | 41778563-525 | 5/30/2017 |
| 562 | SonicWall, Inc. | 41778563-526 | 5/30/2017 |
| 563 | Support Center, BV (pka Sitraka) | 41778563-527 | 5/30/2017 |
| 564 | Surgient, Inc. | 41778563-528 | 5/30/2017 |
| 565 | StatSoft CR s.r.o. | 41778563-529 | 5/30/2017 |
| 566 | StatSoft France | 41778563-530 | 5/30/2017 |
| 567 | StatSoft Holdings, Inc. | 41778563-531 | 5/30/2017 |
| 568 | StatSoft Holdings, Inc. Taiwan Branch | 41778563-532 | 5/30/2017 |
| 569 | StatSoft Iberica - Representacao E Consultoria De Software LDA | 41778563-533 | 5/30/2017 |
| 570 | StatSoft Israel Limited | 41778563-534 | 5/30/2017 |
| 571 | StatSoft Italia S.r.l. | 41778563-535 | 5/30/2017 |
| 572 | StatSoft Limited | 41778563-536 | 5/30/2017 |
| 573 | StatSoft Pacific Pty. Ltd. | 41778563-537 | 5/30/2017 |
| 574 | StatSoft Polska Sp.z.o.o | 41778563-538 | 5/30/2017 |
| 575 | StatSoft, Inc. | 41778563-539 | 5/30/2017 |
| 576 | Symlabs - Desenvolvimento de Software, S.A. | 41778563-540 | 5/30/2017 |
| 577 | Symlabs Espana, Software y Sistemas, S.L. | 41778563-541 | 5/30/2017 |
| 578 | Symlabs, Inc. | 41778563-542 | 5/30/2017 |
| 579 | Symlabs S.A. Portugal | 41778563-543 | 5/30/2017 |
| 580 | Transaction Applications Group, Inc. | 41778563-544 | 5/30/2017 |
| 581 | Trellia Networks, Inc. | 41778563-545 | 5/30/2017 |
| 582 | Turin Networks India Private Limited | 41778563-546 | 5/30/2017 |
| 583 | Turin Networks International, Inc. | 41778563-547 | 5/30/2017 |
| 584 | TXZ Holding Company Limited | 41778563-548 | 5/30/2017 |
| 585 | U.S. Services L.L.C. | 41778563-549 | 5/30/2017 |
| 586 | Universal Acquisition Co. | 41778563-550 | 5/30/2017 |
| 587 | Vintela Australia Pty., Ltd | 41778563-551 | 5/30/2017 |
| 588 | Vintela Pty, Ltd. | 41778563-552 | 5/30/2017 |
| 589 | Vintela, Inc. | 41778563-553 | 5/30/2017 |
| 590 | VirtualFabrix Inc. | 41778563-554 | 5/30/2017 |
| 591 | Vizioncore | 41778563-555 | 5/30/2017 |
| 592 | Vkernel Corp. | 41778563-556 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|------|----------------|---------------|
| 593 | Wedgetail Communications Inc. | 41778563-557 | 5/30/2017 |
| 594 | Werner Colombia S.A.S. | 41778563-558 | 5/30/2017 |
| 595 | Werner Japan K.K. | 41778563-559 | 5/30/2017 |
| 596 | Wyse Australia Pty. Ltd Australia | 41778563-560 | 5/30/2017 |
| 597 | Wyse International LLC | 41778563-561 | 5/30/2017 |
| 598 | Wyse Mexico S.A. de C.V. | 41778563-562 | 5/30/2017 |
| 599 | Wyse Technology, Inc. | 41778563-563 | 5/30/2017 |
| 600 | Wyse Technology (Canada) Ltd. | 41778563-564 | 5/30/2017 |
| 601 | Wyse Technology (Beijing) Co. Ltd. | 41778563-565 | 5/30/2017 |
| 602 | Wyse Technology (Taiwan) Ltd. | 41778563-566 | 5/30/2017 |
| 603 | Wyse Technology (UK) Limited | 41778563-567 | 5/30/2017 |
| 604 | Wyse Technology Australia Pty Limited | 41778563-568 | 5/30/2017 |
| 605 | Wyse Technology Holdings (Cayman) Ltd. | 41778563-569 | 5/30/2017 |
| 606 | Wyse Technology China (HK) Limited | 41778563-570 | 5/30/2017 |
| 607 | Wyse Technology GmbH Germany | 41778563-571 | 5/30/2017 |
| 608 | Wyse Technology GmbH | 41778563-572 | 5/30/2017 |
| 609 | Wyse Technology International B.V. | 41778563-573 | 5/30/2017 |
| 610 | Wyse Technology KK Japan | 41778563-574 | 5/30/2017 |
| 611 | Wyse Technology L.L.C. | 41778563-575 | 5/30/2017 |
| 612 | Wyse Technology SAS | 41778563-576 | 5/30/2017 |
| 613 | Wyse Technology Singapore Pte. Ltd. | 41778563-577 | 5/30/2017 |
| 614 | Wyse Technology Ltd Taiwan | 41778563-578 | 5/30/2017 |
| 615 | Wyse Technology SA France | 41778563-579 | 5/30/2017 |
| 616 | Wyse Technology Sales & Marketing India Private Ltd. | 41778563-580 | 5/30/2017 |
| 617 | Wyse Technology China (HK) Ltd. | 41778563-581 | 5/30/2017 |
| 618 | Wyse Technology S.A de C.V. | 41778563-582 | 5/30/2017 |
| 619 | Wyse Technology Software Development India Private Ltd. | 41778563-583 | 5/30/2017 |
| 620 | EMC (Benelux) B.V. | 41778563-584 | 5/30/2017 |
| 621 | EMC International Company | 41778563-585 | 5/30/2017 |
| 622 | EMC Information Systems International | 41778563-586 | 5/30/2017 |
| 623 | Vmware Bermuda Limited | 41778563-587 | 5/30/2017 |
| 624 | EMC International U.S. Holdings, Inc. | 41778563-588 | 5/30/2017 |
| 625 | Vmware, Inc. | 41778563-589 | 5/30/2017 |
| 626 | RSA Security LLC | 41778563-590 | 5/30/2017 |
| 627 | RSA Security inc. | 41778563-591 | 5/30/2017 |