| | |
|---|---|
| 1 | Daniel W. Fox (SBN 268757)<br>**K&L GATES LLP**|
| 2 | 4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 3 | Telephone: (415) 882 8200<br>Facsimile: (415) 882 8220 |
| 4 | daniel.fox@klgates.com |
| 5 | Scott M. Mendel (admitted *pro hac vice*)<br>Steven M. Kowal (admitted *pro hac vice*) |
| 6 | Michael E. Martinez (admitted *pro hac vice*)<br>Lauren N. Donahue (admitted *pro hac vice*) |
| 7 | Brian J. Smith (admitted *pro hac vice*)<br>**K&L GATES LLP** |
| 8 | 70 West Madison Street, Suite 3100<br>Chicago, IL 60602 |
| 9 | Telephone: (312) 372 1121<br>Facsimile: (312) 827 8000 |
| 10 | scott.mendel@klgates.com<br>steven.kowal@klgates.com |
| 11 | michael.martinez@klgates.com<br>lauren.donahue@klgates.com |
| 12 | brian.j.smith@klgates.com |
| 13 | *Attorneys for Defendants Nichicon Corporation*<br>*and Nichicon (America) Corporation* |

# UNITED STATES COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Master file No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO: DIRECT PURCHASER CLASS ACTION; FLEXTRONICS INTERNATIONAL USA, INC.'S INDIVIDUAL ACTION** | **STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS** |

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

300917423 v1

WHEREAS Plaintiff Flextronics International USA, Inc. ("Flextronics") and the "Flextronics Defendants"[1], by and through their counsel, previously stipulated to a Phase II FTAIA summary judgment briefing schedule as to Flextronics consistent with the parties' expectations regarding ongoing discovery necessary to the efficient resolution of Flextronics's claims without impacting the overall progress of this consolidated litigation (*see* Dkt. # 1613);

WHEREAS the Court approved and adopted the briefing schedule and hearing date jointly proposed by the parties (*see* Dkt. # 1616);

WHEREAS the Flextronics Defendants filed their Phase II Joint Motion for Partial Summary Judgment Dismissing Flextronics's Sherman Act and California State Law Claims for Foreign Transactions on May 22, 2017 (*see* Dkt. # 1652), Flextronics filed its Opposition to Defendants' Motion for Partial Summary Judgment Dismissing Flextronics' Sherman Act And California State Law Claims for Foreign Transactions on June 30, 2017 (*see* Dkt. # 1722); and the Flextronics Defendants' Phase II reply brief is presently due on July 28, 2017;

WHEREAS unforeseen scheduling conflicts have prompted the Flextronics Defendants to desire additional time to properly prepare and file their Phase II reply brief;

WHEREAS Flextronics does not object to the granting of additional time for the Flextronics Defendants to file their Phase II reply brief;

---

[1] The "Flextronics Defendants" consist of KEMET Corporation; KEMET Electronics Corporation; Nippon Chemi-Con Corporation; United Chemi-Con, Inc.; Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd.; Nichicon Corporation; Nichicon (America) Corporation; AVX Corporation; Rubycon Corporation; Rubycon America Inc.; ELNA Co., Ltd.; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A HolyStone International); ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Okaya Electric Industries Co., Ltd.; Okaya Electric America Inc.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nitsuko Electronics Corporation; Nissei Electric Co., Ltd.; Soshin Electric Co., Ltd.; Soshin Electronics of America, Inc.; Shizuki Electric Co., Inc.; and American Shizuki Corporation (collectively, the "Flextronics Defendants").

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

WHEREAS Flextronics and the Flextronics Defendants agree that the granting of additional time for reply will not impact the overall progress of this consolidated litigation or affect the scheduled hearing date;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Flextronics and the Flextronics Defendants that the Phase II FTAIA briefing schedule in the Flextronics action be revised to proceed as follows:

- The Flextronics Defendants' Phase II FTAIA reply brief shall be due on August 10, 2017;
- The hearing on the Phase II FTAIA summary judgment motions as to Flextronics currently scheduled for September 14, 2017 shall remain unchanged.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

| | |
|---|---|
| Dated: July 13, 2017 | /s/ Michael E. Martinez |
| | Scott M. Mendel |
| | Steven M. Kowal |
| | Michael E. Martinez |
| | Lauren N. Donahue |
| | Brian J. Smith |
| | **K&L GATES LLP** |
| | 70 West Madison Street, Suite 3100 |
| | Chicago, IL 60602 |
| | T: (312) 372-1121 |
| | F: (312) 827-8000 |
| | scott.mendel@klgates.com |
| | steven.kowal@klgates.com |
| | michael.martinez@klgates.com |
| | lauren.donahue@klgates.com |
| | brian.j.smith@klgates.com |
| | |
| | *Attorneys for Defendants Nichicon Corporation Nichicon (America) Corporation* |

        /s/ Bruce D. Sokler

Bruce D. Sokler
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
701 Pennsylvania Avenue NW Suite 900
Washington, DC 20004
T: 202-434-7303
F: 202-434-7400
bdsokler@mintz.com

*Attorneys for Defendant AVX Corporation*


        /s/ Heather S. Tewksbury

Heather S. Tewksbury
**WILMER CUTLER PICKERING HALE AND DORR, LLP**
950 Page Mill Road

4

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

| | |
|---|---|
| 1 | Palo Alto, CA 94304 |
| 2 | T: 650-858-6134<br>F: 650-858-6100 |
| 3 | heather.tewksbury@wilmerhale.com |
| 4 | *Attorney for Defendants Elna Co. Ltd. and Elna America Inc.* |

5

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|   |   |
|---|---|
| 1 | |
| 2 |       /s/ Chul Pak |
|   | Chul Pak (admitted pro hac vice) |
| 3 | Jeffrey C. Bank (admitted pro hac vice) |
|   | Justin A. Cohen (admitted pro hac vice) |

          /s/ Chul Pak
Chul Pak (admitted pro hac vice)
Jeffrey C. Bank (admitted pro hac vice)
Justin A. Cohen (admitted pro hac vice)
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
T: 212-497-7726
F: 212-999-5899
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Counsel for Defendants, Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., and Hitachi AIC Inc.*


          /s/ Eric P. Enson
Jeffrey A. LeVee
Eric P. Enson
Rachel H. Zernik
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
T: 213-489-3939
F: 213-243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@JonesDay.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd. Holystone International, and Vishay Polytech Co., Ltd.*


          /s/ Bonnie Lau
Bonnie Lau
**DENTONS US LLP**
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
T: 415-882-5000
F: 415- 882-0300
bonnie.lau@dentons.com

*Attorney for Defendant Matsuo Electric Co., Ltd.*

6

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   |       /s/ Belinda S Lee            |
|     | Belinda S Lee                                                   |
| 3   | Ashley M. Bauer                                                 |
|     | **LATHAM & WATKINS LLP**                                        |
| 4   | 505 Montgomery Street, 20th Floor                               |
|     | San Francisco, CA 94111                                         |
| 5   | T: 415-391-0600                                                 |
|     | F: 415-395-8095                                                 |
| 6   |                                                                 |
|     | *Attorneys for Defendant Nitsuko Electronics*                   |
| 7   | *Corporation*                                                   |
| 8   |                                                                 |
| 9   |       /s/ Darrell Prescott        |
|     | Darrell Prescott                                                |
| 10  | Catherine Stillman                                              |
|     | **BAKER & MCKENZIE LLP**                                        |
| 11  | 452 Fifth Avenue                                                |
|     | New York, NY 10018                                              |
| 12  | T: 212-626-4476                                                 |
|     | F: 212-310-1637                                                 |
| 13  | darrell.prescott@bakermckenzie.com                              |
|     | catherine.stillman@bakermckenzie.com                            |
| 14  |                                                                 |
|     | Meghan E. Hausler                                               |
| 15  | **BAKER & MCKENZIE LLP**                                        |
|     | 2300 Trammell Crow Center                                       |
| 16  | 2001 Ross Avenue                                                |
|     | Dallas, TX 75206                                                |
| 17  | T: 214-965-7219                                                 |
|     | F: 214-965-5937                                                 |
| 18  | meghan.hausler@bakermckenzie.com                                |
| 19  | *Attorneys for Defendants Okaya Electric*                       |
|     | *Industries Co., Ltd. and Okaya Electric*                       |
| 20  | *America, Inc.*                                                 |
| 21  |                                                                 |
| 22  |       /s/ Michael F. Tubach       |
|     | Michael F. Tubach                                               |
| 23  | Megan L. Havstad                                                |
|     | **O'MELVENY & MYERS LLP**                                       |
| 24  | Two Embarcadero Center, 28th Floor                              |
|     | San Francisco, CA 94111-3305                                    |
| 25  | T: 415-984-8700                                                 |
|     | F: 415-984-8701                                                 |
| 26  | mtubach@omm.com                                                 |
|     | mhavstad.@omm.com                                               |
| 27  |                                                                 |
| 28  |                                                                 |

7

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

Kenneth R. O'Rourke
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T: 2130-430-6000
F: 213-430-6407
korourke@omm.com

*Attorneys for Defendants ROHM Co., Ltd. And ROHM Semiconductor U.S.A., LLC*


      /s/ Djordje Petkoski
Djordje Petkoski
**HUNTON AND WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
T: 202-955-1500
dpetkoski@hunton.com

*Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.*


      /s/ Joseph J. Bial
Joseph J. Bial
Eric R. Sega
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006-1047
jbial@paulweiss.com
esega@paulweiss.com

*Attorneys for Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation*


      /s/ Gaspare J. Bono
Gaspare J. Bono
Stephen M. Chippendale
Claire M. Maddox
Eric Y. Wu
**DENTONS US LLP**
1900 K St., NW
Washington, DC 20006
T: 202-496-7500
F: 202-496-7756
gap.bono@dentons.com
steve.chippendale@dentons.com
claire.maddox@dentons.com
eric.wu@dentons.com

8

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

Andrew S. Azarmi
**DENTONS US LLP**
Spear Tower, One Market Plaza, 24th Fl.
San Francisco, CA 94105
T: 415-267-4000
F: 415-356-3873
andrew.azarmi@dentons.com

*Attorneys for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.*


   /s/ C. Dennis Loomis
C. Dennis Loomis
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-
cdloomis@bakerlaw.com

John R. Fornaciari
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20026
jfornaciari@bakerlaw.com

*Attorneys for Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*


   /s/ Jarod M. Bona
Jarod M. Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, #200
La Jolla, CA 92037
T: 858-964-4589
F: 858-964-2301
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Attorneys for Defendants Taitsu Corporation and Taitsu America, Inc.*

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |       /s/ Charles E. Tompkins      |

```
                              /s/ Charles E. Tompkins
                         Charles E. Tompkins
                         Eric R. Lifvendahl
                         Paul J. Ripp
                         Anthony J. O'Neill
                         **WILLIAMS MONTGOMERY & JOHN LTD.**
                         233 S. Wacker Dr., Suite 6100
                         Chicago, IL  60606
                         T:  312-443-3200
                         F:  312-630-8500

                         *Attorneys for Flextronics International USA, Inc.*


                         Mark D. Flanagan (Bar No. 130303)
                         **WILMER CUTLER PICKERING
                            HALE AND DORR LLP**
                         950 Page Mill Road
                         Palo Alto, CA  94304
                         Telephone:  (650) 858-6047
                         Facsimile:  (650) 858-6100
                         Mark.Flanagan@wilmerhale.com

                         Adam R. Prescott (admitted *pro hac vice*)
                         **WILMER CUTLER PICKERING
                            HALE AND DORR LLP**
                         1975 Pennsylvania Ave., NW
                         Washington, DC 20006
                         Telephone: (202) 663-6048
                         Facsimile: (202) 663-6363
                         Adam.Prescott@wilmerhale.com

                         Allyson T. Fortier (Bar No. 287291)
                         **WILMER CUTLER PICKERING
                            HALE AND DORR LLP**
                         350 S. Grand Ave., Suite 2100
                         Los Angeles, CA  90071
                         Telephone:  (213) 443-5300
                         Facsimile:  (213) 443-5400
                         Allyson.Fortier@wilmerhale.com

                         *Counsel for Defendant Nissei Electric Co., Ltd.*
```

10

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized in writing.

Dated: July 13, 2017          /s/ Michael Martinez
                              Michael Martinez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____

                                                  Honorable James Donato

                                                  United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING OF PHASE II FTAIA SUMMARY JUDGMENT MOTIONS AS TO FLEXTRONICS**