UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  September 21, 2017      Judge:  Hon. James Donato

Time:  30 minutes      Court Reporter:  Pamela Batalo

Case:     **14-03264-JD** *In re Capacitors Antitrust Litigation*

Attorney(s) for Plaintiff(s):     Joseph Saveri/Adam Zapala
Attorney(s) for Defendant(s):     Ian Papendick/Claire Maddox/Michael Martinez/Justin Cohen/ Bonnie Lau/Quynh Vu

Deputy Clerk:  Angella Meuleman

### PROCEEDINGS

Telephonic Discovery Hearing - Held

### NOTES AND ORDERS

For the reasons stated on the record, the Court denies plaintiffs' request to compel further responses from defendants about their communications with putative class members.  Dkt. Nos. 1800, 1852, 1853, 1855.

As stated during the hearing, the Court also denies defendants' request to depose four third-party indirect purchasers.  Dkt. Nos. 1720, 1736, 1641, 1646.