Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Adam J. Zapala (245748)
Elizabeth Tran (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Lead Counsel for the Putative Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CAPACITORS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | **MASTER FILE NO. 14-cv-03264-JD**<br><br>**INDIRECT PURCHASERS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS HITACHI CHEMICAL AND SOSHIN**<br><br>**Date:  October 10, 2017**<br>**Time:  10:00 am**<br>**Judge:  Hon. James Donato**<br>**Courtroom:   11, 19th Floor** |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**IPP's Reply in Support of Motion for Preliminary Approval of Settlements with Defendants Hitachi Chemical and Soshin; Case No. 14-cv-03264-JD**

The Indirect Purchaser Plaintiffs ("IPPs") submit this Reply in Support of Motion for Preliminary Approval of Settlements with Hitachi Chemical and Soshin to inform the Court that no opposition has been filed with respect to this motion (ECF No. 1844). As noted in the motion, the releases provided in these settlement agreements are of the same scope as those previously approved by this Court and the settlement agreements are in substantially the same form as previously approved settlements.

Should the Court find everything in order with respect to this motion and the proposed settlements, the parties are amenable to resolution on the written papers without oral hearing. If the Court has any questions with respect to the settlements, the motion, the process for settlement administration, or any other matter, the parties are happy to address those at an oral hearing.

Dated: September 29, 2017            Respectfully Submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ *Adam J. Zapala*
    Steven N. Williams
    Adam J. Zapala
    Elizabeth Tran
    Mark F. Ram
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    Telephone: (650) 697-6000
    Facsimile: (650) 697-0577

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs*

Law Offices
COTCHETT, PITRE & MCCARTHY, LLP

**IPP's Reply in Support of Motion for Preliminary Approval of Settlements with Defendants Hitachi Chemical and Soshin; Case No. 14-cv-03264-JD**                    1