

Robert Turken, Esq.
Tel   305.350.2381
Fax   305.351.2262
rturken@bilzin.com

October 6, 2017

**VIA ECF**
Honorable James Donato
Chambers of the Honorable James Donato
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102-3489

    Re:    *In re Capacitors Antitrust Litigation*, **Case No. 3:14-cv—03264-JD**

Judge Donato:

    IPP class counsel has expressed a concern that the references to "class counsel" in my October 3rd letter to the Court might be misconstrued to include IPP class counsel.

    In order to avoid a misunderstanding, I wish to clarify that the references to class counsel in my letter were intended to apply exclusively to DPP class counsel.

Respectfully,

**Bilzin, Sumberg, Baena, Price & Axelrod LLP**

/s/ *Robert W. Turken*

*Counsel for AASI, Avnet and Benchmark*

Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Avenue, 23rd Floor, Miami, Florida 33131-3456
Tel 305.374.7580 | Fax 305.374.7593 | bilzin.com