**Joseph Saveri Law Firm, Inc.**
555 Montgomery St., Suite 1210
San Francisco, CA 94111

**Cotchett, Pitre & McCarthy LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010

*Via* ECF and Hand Delivery                                      October 18, 2017

Hon. Judge James Donato
United States District Court
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, California 94102

Re:   *In re Capacitors Antitrust Litigation*, No. 14-cv-3264-JD

Your Honor:

Plaintiffs received the letter filed at 4:05 p.m. today by Intervenor the United States (Letter from Mikal J. Condon, United States Status Report, October 18, 2017, ECF No. 1904). The letter indicates that the government intends to seek a stay of discovery in this case.

Such a request would likely significantly affect the proposed schedule that the civil Plaintiffs are presently negotiating with Defendants.

In light of the filing, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs respectfully submit that the parties to the civil litigation should submit a proposed schedule after the position of the government is clarified and the Court addresses the request for a stay.

Respectfully,

**Joseph Saveri Law Firm, Inc.**

　　　/s/ *Joseph R. Saveri*

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs*

**Cotchett, Pitre, & McCarthy, LLP**

　　　/s/ *Steven N. Williams*

*Interim Lead Class Counsel for Indirect Purchaser Plaintiffs*

cc: All Counsel (*via* email)