# JONES DAY

555 SOUTH FLOWER STREET • FIFTIETH FLOOR • LOS ANGELES, CALIFORNIA 90071.2300

TELEPHONE: +1.213.489.3939 • FACSIMILE: +1.213.243.2539

DIRECT NUMBER: (213) 243-2304
EPENSON@JONESDAY.COM

October 19, 2017

**VIA ECF and Hand Delivery**

Hon. James Donato
United States District Court
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, CA 94102

Re: ***In Re Capacitors Antitrust Litigation**, No.: 3:14-CV-03264-JD*

Dear Judge Donato:

Since this Court's October 10, 2017 Order that all parties meet and confer regarding a proposed, amended case schedule, certain Defendants ("Defendants")[1] have diligently worked with each of the Plaintiff groups to craft a schedule addressing the issues identified by Your Honor, and others, during the October 10 hearing. Defendants negotiated a comprehensive proposed, amended schedule with all of the Plaintiff groups, including the additional opt-out plaintiffs, AASI, Avnet and Benchmark, which was to be filed on October 18, 2017, as the Court had ordered.

Late in the evening on October 18, Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs") informed Defendants that they would not agree to file the proposed, amended case schedule based on the Department of Justice's October 18, 2017 letter indicating that the government may seek a limited stay on certain depositions proceeding. Defendants took the view that the proposed, amended schedule should be filed regardless because it covered a

---

[1] Defendants joining this letter include the following: AVX Corporation; ELNA Co., Ltd. and Elna America, Inc.; Nissei Electric Co., Ltd.; Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd. and Hitachi AIC, Inc.; Holy Stone Enterprise Co., Ltd., Holystone International, Vishay Polytech Co., Ltd., and Milestone Global Technology, Inc.; KEMET Corporation, KEMET Electronics Corporation, NEC TOKIN Corporation and NEC TOKIN America, Inc.; Matsuo Electric Co., Ltd.; Nichicon Corporation and Nichicon (America) Corporation; Nitsuko Electronics Corporation; Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; SANYO North America Corporation; ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC; Rubycon Corporation and Rubycon America Inc.; Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America; Shizuki Electric Co., Inc.; Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.; Taitsu Corporation and Taitsu America, Inc.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. James Donato
October 19, 2017
Page 2

multitude of scheduling issues and Defendants assured DPPs and IPPs that if certain depositions
could not be taken during the extended discovery period because of a stay Defendants would
work with all Plaintiff groups to schedule such depositions at a later date.  Instead, DPPs and
IPPs opted to file their October 18, 2017 letter with the Court.  (ECF No. 1905.)

      Defendants regret that the parties could not complete and file a proposed, amended
schedule as ordered by the Court.  Defendants, however, believe that the parties have reached
agreements in principle on all scheduling issues, with the exception of the concerns raised by
DPPs and IPPs on how scheduling may or may not be impacted by the potential stay on certain
depositions proceeding.  The latest draft of the proposed, amended schedule that Defendants
would have consented to file is attached for the Court's reference and for discussion purposes at
the upcoming October 26, 2017 hearing.  Defendants look forward to discussing these issues
further with the Court during the October 26 hearing.  Defendants will also make themselves
available at the Court's convenience if the Court would like to address these issues in advance of
the October 26 hearing.

Sincerely,

Eric P. Enson
On Behalf Of Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. 3:14-cv-03264-JD |
| This Document Relates to: | **JOINT STATEMENT, STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED CASE SCHEDULE** |
| All Actions | |

1      WHEREAS, on September 29, 2017, the DPPs, IPPs, Flextronics and Defendants

2  submitted a proposed revised case schedule to the Court;

3      WHEREAS, additional opt-out actions have been filed by The AASI Beneficiaries

4  Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI"), Avnet, Inc. ("Avnet"), and

5  Benchmark Electronics, Inc. and several of its subsidiaries (collectively, "Benchmark Electronics",

6  and together with AASI and Avnet, the "Recent Opt-Out Plaintiffs");

7      WHEREAS, the AASI action has been transferred to this Court pursuant to 28 U.S.C. §

8  1404;

9      WHEREAS, Defendants have filed with the Joint Panel on Multidistrict Litigation

10  ("JPML") a Motion to Transfer the Avnet and Benchmark actions to this Court for pre-trial purposes

11  pursuant to 28 U.S.C. § 1407, and Avnet and Benchmark have consented to Defendants' Motion;

12      WHEREAS, the District Courts in Arizona have approved Avnet's and Benchmark's

13  agreements with Defendants regarding the coordination of discovery, and Avnet, Benchmark, AASI

14  and Defendants agree to abide by the coordination agreements in this case;

15      WHEREAS, on October 6, 2017, the Recent Opt-Out Plaintiffs objected to the revised

16  schedule proposed by DPPs, IPPs, Flextronics and Defendants;

17      WHEREAS, on October 10, 2017 the Court held a hearing and ordered the parties to

18  meet and confer regarding the revised case schedule;

19      WHEREAS, on November 22, 2016, the Court entered an Amended Case Scheduling

20  Order, setting forth various litigation dates through trial (*see* ECF No. 1405);

21      WHEREAS, since that time, the parties have been making substantial progress on

22  discovery, expert discovery related to class certification and class certification;

23      WHEREAS, due to the existence of a parallel criminal investigation regarding

24  electrolytic capacitors and other factors, Plaintiffs have had difficulty scheduling depositions;

25      WHEREAS, due to the parallel criminal investigation and the difficulty scheduling

26  depositions, Plaintiffs have been forced to travel to Asia to conduct numerous depositions;

27

28

WHEREAS, Plaintiffs anticipate needing to take additional depositions that cannot be completed prior to the current fact discovery deadline of November 6, 2017;

WHEREAS, Defendants anticipate that they will need additional time than the current schedule contemplates in order to respond to Plaintiffs' expert reports regarding merits issues and any potential *Daubert* motions regarding Plaintiffs' expert merits reports, including expert reports that are likely to be submitted in the Recent Opt-Out Actions;

WHEREAS, Defendants are willing to agree to an extension of the close of fact discovery in exchange for an agreement on a revised schedule that provides Defendants additional time to complete expert reports regarding merits issues and any potential *Daubert* motions regarding expert merits reports, including any expert reports submitted in the Recent Opt-Out Actions;

WHEREAS, on September 7, 2017, the Court heard argument on the Direct Purchaser Plaintiffs' Motion for Class Certification;

WHEREAS, also on September 7, 2017, the Court continued the hearing date for IPPs' Motion for Class Certification until December 21, 2017;

WHEREAS, the parties agree that:

    a.      All parties will include the Recent Opt-Out Plaintiffs on all service lists;

    b.      Counsel for the DPPs, IPPs, and Flextronics will consult with the Recent Opt-Out Plaintiffs with regard to all future deposition scheduling;

    c.      Within 10 days of this Stipulation, the DPPs shall provide the Recent Opt-Out Plaintiffs all of the transactional data produced by Defendants in this case and all explanatory communications regarding the data that have been provided by the Defendants; and

    d.      Within 10 days of this Stipulation, the Defendants shall provide the Recent Opt Out Plaintiffs with all of the transactional data produced by third parties in this case;

WHEREAS, the parties have not previously sought any adjustments to this schedule;

WHEREAS, the parties believe these modest adjustments are necessary and appropriate given the status of the litigation and to accommodate the entry into the case of the Recent Opt-Out Plaintiffs; and

WHEREAS, the United States Department of Justice has submitted a letter to the Court suggesting that it intends to file a motion to partially stay discovery and the parties recognize that the resolution of that motion may necessitate a modification of the schedule set forth below.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, for the following case schedule:

| **Event** | **Deadline** |
|---|---|
| | |
| Deadline for completion of fact discovery for all parties except the Recent Opt Out Plaintiffs:<br><br>With respect to depositions, Plaintiffs, except for the Recent Opt Out Plaintiffs, will provide a final list of any depositions Plaintiffs seek prior to the fact discovery cut off by January 12, 2018.  To the extent Plaintiffs seek to depose any witness not previously identified or not on Plaintiffs list prior to January 12, 2018, the deposition may only be permitted on a showing of good cause.  The Recent Opt Out Plaintiffs will provide a final list of any depositions they seek to take prior to February 23, 2018. | March 9, 2018 |
| Deadline for completion of fact discovery for the Recent Opt-Out Plaintiffs | April 9. 2018 |
| Plaintiffs' expert reports on merits | April 9, 2018*<br>*(Flex and the Flex Defendants (collectively, the "Flex Parties") concur that resolution of the Flex Parties' dispute regarding application of the FTAIA to Flex's claims  reasonably prior to submission of the Flex parties' expert reports is essential to the efficient and cost-effective resolution of Flex's claims.   The |

| | |
|---|---|
| | Flex Parties thus reserve the right to seek an additional extension of the dates proposed herein as necessary to permit resolution of the outstanding FTAIA issues.) |
| Defendants' expert reports on merits | June 18, 2018 (+ 70 days from Plaintiffs' reports) |
| Plaintiffs' merits expert rebuttal report | August 2, 2018 (+45 days from Defendants' reports) |
| Deadline for end of merits expert discovery, Including merits expert depositions | August 31, 2018 |
| Time by which any summary judgment motions must be filed and deadline for filing of *Daubert* merits expert motions | September 24, 2018** |
| Time by which any summary judgment oppositions must be filed and deadline for filing of *Daubert* expert oppositions | October 24, 2018 (+30 days)** |
| Time by which any summary judgment replies must be filed  and deadline for filing *Daubert* merit expert replies | November 14, 2018 (+21 days)** |
| Summary Judgment Hearing | December 13, 2018 ** <br><br> **These dates will only apply to the Avnet and Benchmark cases if the JPML grants Defendants' Motion to Transfer pursuant to 28 U.S.C. §1407 |
| Final Pretrial Conference | January 21, 2019*** |
| Trial | February 19, 2019*** <br><br> ***AASI does not agree to a trial with the DPPs.  These dates will not apply to the Avnet and Benchmark cases. |

1    **IT IS SO STIPULATED.**

2

3    Dated: October 18, 2017

4                                                      _____
                                                      Joseph W. Cotchett
5                                                      Steven N. Williams
                                                      Adam J. Zapala
6                                                      Elizabeth Tran
                                                      **COTCHETT PITRE & McCARTHY, LLP**
7                                                      840 Malcolm Road, Suite 200
                                                      Burlingame, CA 94010
8                                                      Tel: (650) 697-6000
                                                      Fax: (650) 697-0577
9                                                      jcotchett@cpmlegal.com
                                                      swilliams@cpmlegal.com
10                                                     azapala@cpmlegal.com
                                                      etran@cpmlegal.com
11

12                                                     *Interim Lead Counsel for Indirect Purchaser*
                                                      *Plaintiffs*
13

     Dated: October 18, 2017
14                                                     _____
                                                      Joseph R. Saveri
15                                                     Nicomedes Sy Herrera
                                                      James G. Dallal
16                                                     Ryan J. McEwan
                                                      **JOSEPH SAVERI LAW FIRM, INC.**
17                                                     555 Montgomery Street, Suite 1210
                                                      San Francisco, California 94111
18                                                     Telephone: (415) 500-6800
                                                      Facsimile: (415) 395-9940
19                                                     jsaveri@saverilawfirm.com
                                                      nherrera@saverilawfirm.com
20                                                     jdallal@saverilawfirm.com
                                                      rmcewan@saverilawfirm.com
21

22                                                     *Interim Lead Counsel for Direct Purchaser*
                                                      *Plaintiffs*
23

24

25

26

27

28

1    Dated: October 18, 2017

2                                            _____
                                             Robert W. Turken (admitted *pro hac vice*)
3                                            Scott N. Wagner (admitted *pro hac vice*)
                                             Lori P. Lustrin (admitted *pro hac vice*)
4                                            **BILZIN SUMBERG BAENA PRICE &**
                                             **AXELROD LLP**
5                                            1450 Brickell Ave., Suite 2300
                                             Miami, Florida 33131-3456
6                                            Telephone:  305-374-7580
                                             Facsimile:  305-374-7593
7                                            rturken@bilzin.com
                                             swagner@bilzin.com
8                                            llustrin@bilzin.com

9                                            *Counsel for Plaintiffs Avnet, Inc., the Benchmark*
                                             *Electronics Plaintiffs, and The AASI Beneficiaries*
10                                           *Trust, by and through Kenneth A. Welt,*
                                             *Liquidating Trustee*

11

12   Dated: October 18, 2017

13                                           _____
                                             Evan Nadel
14                                           Bruce D. Sokler
                                             **MINTZ LEVIN COHN FERRIS GLOVSKY**
15                                           **AND POPEO PC**
                                             701 Pennsylvania Avenue NW
16                                           Suite 900
                                             Washington, DC 20004
17                                           enadel@mintz.com
                                             bdsokler@mintz.com

18                                           *Counsel for Defendant AVX Corporation*

19

20

21

22

23

24

25

26

27

28

Dated: October 18, 2017

/s/ Heather S. Tewksbury__
Heather S. Tewksbury (CA SBN 222202)
heather.tewksbury@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Thomas Mueller (pro hac vice)
thomas.mueller@wilmerhale.com
Chris Megaw (pro hac vice)
chris.megaw@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendants ELNA
Co., Ltd. and Elna America, Inc.*

Mark D. Flanagan (Bar No. 130303)
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6047
Facsimile:  (650) 858-6100
Mark.Flanagan@wilmerhale.com

Allyson T. Fortier (Bar No. 287291)
**Aaron S. Thompson (Bar No. 272391)
WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 S. Grand Ave., Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400
Allyson.Fortier@wilmerhale.com
Aaron.Thompson@wilmerhale.com

*Counsel for Defendant Nissei
Electric Co., Ltd.*

Dated: October 18, 2017

_____

Chul Pak
Jeffrey C. Bank
Justin Cohen
**WILSON SONSINI GOODRICH
AND ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Counsel for Defendants Hitachi Chemical Co.,
Ltd., Hitachi Chemical Co. America, Ltd. and
Hitachi AIC, Inc.*

Dated: October 18, 2017

_____

Jeffrey A. LeVee
Eric P. Enson
Rachel H. Zernik
**JONES DAY**
555 South Flower Street, 50th  Floor
Los Angeles, CA 90071.2300
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co.,
Ltd., Holystone International, Vishay
Intertechnology, Inc., and Milestone Global
Technology, Inc.*

Dated: October 18, 2017

_____

Roxane A. Polidora
Jacob R. Sorensen
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Counsel for Defendants KEMET Corporation,
KEMET Electronics Corporation, NEC TOKIN
Corporation and NEC TOKIN America, Inc.*

1    Dated: October 18, 2017                     _____

2                                                Bonnie Lau
                                                 **DENTONS US LLP**
3                                                525 Market Street, 26th Floor
                                                 San Francisco, California 94105-2708
4                                                bonnie.lau@dentons.com

5                                                Felix T. Woo
                                                 **DENTONS US LLP**
6                                                601 S. Figueroa Street, Suite 2500
                                                 Los Angeles, California 90017
7                                                felix.woo@dentons.com

8                                                *Counsel for Defendant Matsuo Electric Co., Ltd.*

9    Dated: October 18, 2017                     _____

10                                               Michael Martinez (admitted pro hac vice)
                                                 Scott Mendel (admitted pro hac vice)
11                                               Steven Kowal (admitted pro hac vice)
                                                 Lauren Norris Donahue (admitted pro hac vice)
12                                               Brian J. Smith (admitted pro hac vice)
                                                 **K&L GATES LLP**
13                                               70 W. Madison Street, Suite 3300
                                                 Chicago, IL 60602
14                                               Michael.Martinez@klgates.com
                                                 Scott.Mendel@klgates.com
15                                               Steven.Kowal@klgates.com
                                                 Lauren.Donahue@klgates.com
16                                               Brian J. Smith@klgates.com

17

18                                               Daniel William Fox
                                                 **K&L GATES LLP**
19                                               Four Embarcadero Center, Suite 1200
                                                 San Francisco, CA 94103
20                                               Daniel.fox@klgates.com

21                                               *Counsel for Defendants Nichicon Corporation and*
                                                 *Nichicon (America) Corporation*
22

23

24

25

26

27

28

---

**Stipulation and [Proposed] Order Regarding Second Amended Case Schedule;  Case No. 3:14-cv-03264-JD**                                    9

Dated: October 18, 2017

_____

Joseph J. Bial (admitted *pro hac vice*)
Eric R. Sega (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Tel: 202-223-7300
Fax:  202-223-7420
jbial@paulweiss.com
esega@paulweiss.com

*Counsel for Defendants Nippon Chemi-Con Corp.,*
*and United Chemi-Con, Inc.*

Dated: October 18, 2017

_____

Belinda S. Lee
Ashley M. Bauer
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com
ashley.bauer@lw.com

*Counsel for Nitsuko Electronics Corporation*

1   Dated: October 18, 2017                    _____

2                                              **WINSTON & STRAWN LLP**
                                               Jeffrey L. Kessler (pro hac vice)
3                                              A. Paul Victor (pro hac vice)
                                               Molly M. Donovan (pro hac vice)
4                                              Mollie C. Richardson (pro hac vice)
                                               200 Park Avenue
5                                              New York, New York 10166
                                               Telephone: (212) 294-4698
6                                              Facsimile: (212) 294-4700
                                               jkessler@winston.com
7                                              pvictor@winston.com
                                               mmdonovan@winston.com
8                                              mrichardson@winston.com

9
                                               Ian L. Papendick (SBN 275648)
10                                             101 California Street
                                               San Francisco, CA 94111
11                                             Tel: (415) 591-6905
                                               Fax: (415) 591-1400
12                                             ipapendick@winston.com

13
                                               *Counsel for Defendants Panasonic Corporation;*
14                                             *Panasonic Corporation of North America;*
                                               *SANYO Electric Co., Ltd.; SANYO North America*
15                                             *Corporation*

16  Dated: October 18, 2017                    _____

17                                             Michael F. Tubach
                                               Christina Brown
18                                             **O'MELVENY & MYERS LLP**
                                               Two Embarcadero Center, 28th Floor
19                                             San Francisco, CA 94111-3305
                                               mtubach@omm.com
20                                             cjbrown@omm.com

21
                                               Kenneth R. O'Rourke
22                                             **O'MELVENY & MYERS LLP**
                                               400 South Hope Street, 18th Floor
23                                             Los Angeles, CA 90071
                                               korourke@omm.com
24
                                               *Counsel for Defendants ROHM Co., Ltd. and*
25                                             *ROHM Semiconductor U.S.A., LLC*

26

27

28

---

Dated: October 18, 2017

_____

**SHEARMAN AND STERLING LLP**
 Djordje Petkoski (admitted pro hac vice)
David A. Higbee (admitted pro hac vice)
Ryan Shores (admitted pro hac vice)
Mark G. Weiss (admitted pro hac vice)
Deke Shearon (admitted pro hac vice)

401 9th St., NW
Washington, D.C.  20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
djordje.petkoski@shearman.com
david.higbee@shearman.com
ryan.shores@shearman.com
mark.weiss@shearman.com
deke.shearon@Shearman.com

John Cove (SBN 212213)
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 616-1139
Facsimile: (415) 616-1199
john.cove@shearman.com

*Counsel for Defendants Rubycon Corporation and
Rubycon America Inc.d*

1   Dated: October 18, 2017

2                                        _____
                                        Gaspare J. Bono
3                                        Claire Maddox
                                        Eric Y. Wu
4                                        **DENTONS US LLP**
                                        1900 K. Street, NW
5                                        Washington, DC 20006-1102
                                        gap.bono@dentons.com
6                                        claire.maddox@dentons.com
                                        eric.wu@dentons.com
7
                                        Andrew S. Azarmi
8                                        **DENTONS US LLP**
                                        Spear Tower, One Market Plaza, 24th Floor
9                                        San Francisco, CA 94105
                                        andrew.azarmi@dentons.com
10
11                                       *Counsel for Defendants Shinyei Kaisha,*
                                        *Shinyei Technology Co., Ltd.,*
12                                       *Shinyei Capacitor Co., Ltd., and*
                                        *Shinyei Corporation of America*
13   Dated: October 18, 2017
                                        _____
14                                       Allison A. Davis
                                        Sanjay M. Nangia
15                                       Joy Kim
                                        **DAVIS WRIGHT TREMAINE LLP**
16                                       505 Montgomery Street, Suite 800
                                        San Francisco, CA 94111-6538
17                                       Telephone:  (415) 276-65806500
                                        Facsimile:  (415) 276-48806599
18                                       allisondavis@dwt.com
                                        sanjaynangia@dwt.com
19                                       joykim@dwt.com

20                                       *Counsel for Defendant Shizuki Electric Co., Inc.*

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order Regarding Second Amended Case Schedule;  Case No. 3:14-cv-
03264-JD**                                                                                    13

Dated: October 18, 2017

_____
Ethan Litwin
Morgan J. Feder
Sigrid Jernudd
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
ethan.litwin@hugheshubbard.com
morgan.feder@hugheshubbard.com
sigrid.jernudd@hugheshubbard.com

*Counsel for Defendants Soshin Electric Co., Ltd.*
*and Soshin Electronics of America, Inc.*

Dated: October 18, 2017

_____
Jarod Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, Suite 200
LaJolla, CA 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Counsel for Defendants Taitsu Corporation and*
*Taitsu America, Inc.*

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____        _____
                                       HONORABLE JAMES DONATO
                                       UNITED STATES DISTRICT JUDGE

1    Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose

2 behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

4 Dated: October 18, 2017    _____

5                                                      STEVEN N. WILLIAMS