Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
David H. Chao - State Bar No. 273953
  dchao@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Satoshi Okubo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 17-cr-00074-JD |
|---|---|
| Plaintiff, | **EX PARTE REQUEST FOR NON-PARTY SATOSHI OKUBO'S COUNSEL TO APPEAR BY TELEPHONE AT OCTOBER 26, 2017 HEARING** |
| vs. | |
| SATOSHI OKUBO, | |
| Defendant. | Assigned to Hon. James Donato |

Pursuant to paragraph 6 of this Court's Standing Order in Civil Cases, Defendant Satoshi Okubo hereby requests leave of the Court for his counsel to appear by telephone on his behalf at the hearing scheduled for 10:00 a.m. on October 26, 2017.  Mr. Okubo and his counsel first became aware of the need to appear at the hearing at approximately 3:30 p.m. on October 25, 2017, when the Court issued a text order notifying the parties that it intended to take up the issue of Mr. Okubo's deposition at the hearing (Dkt. No. 1914). Mr. Okubo's counsel are based in Los Angeles and are unable to appear in person.  Mr. Okubo therefore respectfully requests the Court permit his counsel to appear by telephone at the hearing.

Respectfully submitted,

DATED:  October 26, 2017

Ariel A. Neuman
David H. Chao
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
David H. Chao
Attorneys for Satoshi Okubo