# EXHIBIT A

*In re Capacitors Antitrust Litigation*
**Exclusion Report**

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 1 | Acer, Inc. | 41778552-1 | 2/10/2017 |
| 2 | Acer America Corporation | 41778552-2 | 2/10/2017 |
| 3 | Gateway, Inc. | 41778552-3 | 2/10/2017 |
| 4 | Gateway U.S. Retail, Inc (f/k/a eMachines, Inc) | 41778552-4 | 2/10/2017 |
| 5 | Packard Bell B.V. | 41778552-5 | 2/10/2017 |
| 6 | BlackBerry Limited (f/k/a Research in Motion Limited) | 41778553-1 | 2/15/2017 |
| 7 | BlackBerry Corporation (f/k/a Research in Motion Corporation) | 41778553-2 | 2/15/2017 |
| 8 | BlackBerry Singapore Pte. Limited (f/k/a Research in Motion Singapore Pte. Limited) | 41778553-3 | 2/15/2017 |
| 9 | BlackBerry UK Limited (f/k/a Research in Motion UK Limited) | 41778553-4 | 2/15/2017 |
| 10 | Plexus Corp. | 41778554-1 | 2/14/2017 |
| 11 | Plexus Asia, Ltd. | 41778554-2 | 2/14/2017 |
| 12 | Plexus Corp. Limited | 41778554-3 | 2/14/2017 |
| 13 | Plexus Corporation (UK) Limited | 41778554-4 | 2/14/2017 |
| 14 | Plexus Deutschland GmbH | 41778554-5 | 2/14/2017 |
| 15 | Plexus Electronica S. de R.L. de C.V. | 41778554-6 | 2/14/2017 |
| 16 | Plexus (Hangzhou) Co., Ltd. | 41778554-7 | 2/14/2017 |
| 17 | Plexus International Services, Inc. | 41778554-8 | 2/14/2017 |
| 18 | Plexus Intl. Sales & Logistics, LLC | 41778554-9 | 2/14/2017 |
| 19 | Plexus Manufacturing Sdn. Bhd. | 41778554-10 | 2/14/2017 |
| 20 | Plexus Services RO S.R.L. | 41778554-11 | 2/14/2017 |
| 21 | Plexus (Xiamen) Co., Ltd. | 41778554-12 | 2/14/2017 |
| 22 | Plexus (Zhejiang) Co., Ltd. | 41778554-13 | 2/14/2017 |
| 23 | Plexus Corp. (Kelso) Limited | 41778554-14 | 2/14/2017 |
| 24 | Plexus Corp. (Maldon) Limited | 41778554-15 | 2/14/2017 |
| 25 | Plexus Services Corp. | 41778554-16 | 2/14/2017 |
| 26 | Plexus Technology Group, Inc. | 41778554-17 | 2/14/2017 |
| 27 | Plexus Electronic Assembly Corp. | 41778554-18 | 2/14/2017 |
| 28 | Plexus NPI Plus Corp. | 41778554-19 | 2/14/2017 |
| 29 | Plexus Nampa LLC | 41778554-20 | 2/14/2017 |
| 30 | Plexus Aerospace, Defense and Security Services, LLC USA | 41778554-21 | 2/14/2017 |
| 31 | Plexus QS, LLC | 41778554-22 | 2/14/2017 |
| 32 | Plexus Management Services Corporation USA | 41778554-23 | 2/14/2017 |
| 33 | Plexus (Thailand) Co., Ltd. | 41778554-24 | 2/14/2017 |
| 34 | PTL Information Technology Services Corp. | 41778554-25 | 2/14/2017 |
| 35 | Plexus Services Americas, S. de R.L. de C.V. | 41778554-26 | 2/14/2017 |
| 36 | Loyds Lock Co | 41778555 | 4/11/2017 |
| 37 | John T Loyd | 41778556 | 4/11/2017 |
| 38 | Santiago Fernandez-Gomez | 41778557 | 4/17/2017 |
| 39 | Dennis J. Dosch | 41778558 | 4/25/2017 |
| 40 | Microsoft Corporation | 41778559-1 | 5/23/2017 |
| 41 | Microsoft Corporation's Subsidiaries | 41778559-2 | 5/23/2017 |
| 42 | Nokia Corporation (Finland) | 41778559-3 | 5/23/2017 |
| 43 | Nokia Sales International Oy (Finland) | 41778559-4 | 5/23/2017 |
| 44 | Nokia India Pvt Ltd (India) | 41778559-5 | 5/23/2017 |
| 45 | OOO Nokia (Russia) | 41778559-6 | 5/23/2017 |
| 46 | Nokia (China) Investment Co. Ltd (China) | 41778559-7 | 5/23/2017 |
| 47 | Nokia Telecommunications Ltd. (China) | 41778559-8 | 5/23/2017 |
| 48 | Nokia Inc (United States) | 41778559-9 | 5/23/2017 |
| 49 | Nokia UK (United Kingdom) | 41778559-10 | 5/23/2017 |
| 50 | Nokia do Brasil Technologia Ltda (Brazil) | 41778559-11 | 5/23/2017 |
| 51 | Nokia TMC Limited (South Korea) | 41778559-12 | 5/23/2017 |
| 52 | Nokia (Thailand) Ltd (Thailand) | 41778559-13 | 5/23/2017 |
| 53 | Nokia Solutions and Networks B.V. (The Netherlands) | 41778559-14 | 5/23/2017 |
| 54 | Nokia Solutions and Networks Oy (Finland) | 41778559-15 | 5/23/2017 |
| 55 | Nokia Solutions and Networks US LLC (United States) | 41778559-16 | 5/23/2017 |

| Name | | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 56 | Nokia Solutions and Networks Japan Corp (Japan) | 41778559-17 | 5/23/2017 |
| 57 | Nokia Solutions and Networks India Private Limited (India) | 41778559-18 | 5/23/2017 |
| 58 | Nokia Solutions and Networks System Technology (Beijing) Co Ltd (China) | 41778559-19 | 5/23/2017 |
| 59 | Nokia Solutions and Networks Branch Operations Oy (Finland) | 41778559-20 | 5/23/2017 |
| 60 | Nokia Solutions and Networks Korea Ltd (South Korea) | 41778559-21 | 5/23/2017 |
| 61 | Nokia Solutions and Networks do Brasil Telecommunicacoes Ltda (Brazil) | 41778559-22 | 5/23/2017 |
| 62 | Nokia Solutions and Networks Technology Service Co Ltd (China) | 41778559-23 | 5/23/2017 |
| 63 | HERE Holding Corporation (United States) | 41778559-24 | 5/23/2017 |
| 64 | HERE Global B.V. (The Netherlands) | 41778559-25 | 5/23/2017 |
| 65 | HERE Europe B.V. (The Netherlands) | 41778559-26 | 5/23/2017 |
| 66 | HERE North America LLC (United States) | 41778559-27 | 5/23/2017 |
| 67 | HERE Deutschland GmbH (Germany) | 41778559-28 | 5/23/2017 |
| 68 | Nokia Finance Invernational B.V. (The Netherlands) | 41778559-29 | 5/23/2017 |
| 69 | Nokia GmbH (Germany) | 41778559-30 | 5/23/2017 |
| 70 | Nokia Capitel Telecommunications Ltd (China) | 41778559-31 | 5/23/2017 |
| 71 | Dongguan Nokia Mobile Phones Company Ltd (China) | 41778559-32 | 5/23/2017 |
| 72 | Nokia Komarom Kft (Hungary) | 41778559-33 | 5/23/2017 |
| 73 | Nokia Romania SRL (Romania) | 41778559-34 | 5/23/2017 |
| 74 | Nokia Communiations Equipment (Shanghai) Ltd (China) | 41778559-35 | 5/23/2017 |
| 75 | Nokia (HK) Ltd (Hong Kong) | 41778559-36 | 5/23/2017 |
| 76 | Nokia Mobile Phone Manufacturing (HK) Ltd (Hong Kong) | 41778559-37 | 5/23/2017 |
| 77 | Nokia Mobile Communications KK (Formerly Nokia Mobile Phone Japan) | 41778559-38 | 5/23/2017 |
| 78 | Yohan Lin | 41778562 | 5/31/2017 |
| 79 | 1397639 Ontario, Inc. | 41778563-1 | 5/30/2017 |
| 80 | 26eme Avenue SAS | 41778563-2 | 5/30/2017 |
| 81 | 881229 Alberta ULC | 41778563-3 | 5/30/2017 |
| 82 | Abu Dhabi Branch of PSC Healthcare Software, Inc. | 41778563-4 | 5/30/2017 |
| 83 | Active Concepts Inc. | 41778563-5 | 5/30/2017 |
| 84 | Active Concepts PTY | 41778563-6 | 5/30/2017 |
| 85 | Aelita Software Branch, Moscow | 41778563-7 | 5/30/2017 |
| 86 | Aelita Software Branch, St. Petersburg | 41778563-8 | 5/30/2017 |
| 87 | Aelita Software Corportation | 41778563-9 | 5/30/2017 |
| 88 | Aelita Software Limited (UK) | 41778563-10 | 5/30/2017 |
| 89 | Alienware Corportation | 41778563-11 | 5/30/2017 |
| 90 | Alienware Corportation (Pacific Rim), Pty Ltd. | 41778563-12 | 5/30/2017 |
| 91 | Alienware Labs Corporation | 41778563-13 | 5/30/2017 |
| 92 | Alienware Latin America, S.A (Renamed Dell Costa Rica SA) | 41778563-14 | 5/30/2017 |
| 93 | Alienware Limited | 41778563-15 | 5/30/2017 |
| 94 | AppAssure Technologies Inc. | 41778563-16 | 5/30/2017 |
| 95 | ASAP Software Express Inc. | 41778563-17 | 5/30/2017 |
| 96 | Aventail L.L.C. | 41778563-18 | 5/30/2017 |
| 97 | BakBone Software GmbH | 41778563-19 | 5/30/2017 |
| 98 | BakBone Software India Private Limited | 41778563-20 | 5/30/2017 |
| 99 | Bakbone Software Limited | 41778563-21 | 5/30/2017 |
| 100 | BakBone Software Ltd. Russia Branch | 41778563-22 | 5/30/2017 |
| 101 | BakBone Software SARL | 41778563-23 | 5/30/2017 |
| 102 | BakBone Software, Inc. | 41778563-24 | 5/30/2017 |
| 103 | BearingPoint Management Consulting (Shanghai) Ltd. | 41778563-25 | 5/30/2017 |
| 104 | BearingPoint management Consulting (Shanghai) Ltd. Beijing Branch | 41778563-26 | 5/30/2017 |
| 105 | BitKoo CA LLC | 41778563-27 | 5/30/2017 |
| 106 | Bluefolder, Inc. | 41778563-28 | 5/30/2017 |
| 107 | Bolts Acq. Corp. | 41778563-29 | 5/30/2017 |
| 108 | Boomi, Inc. | 41778563-30 | 5/30/2017 |
| 109 | Bracknell Boulevard (Block C) LLC | 41778563-31 | 5/30/2017 |
| 110 | Bracknell Boulevard (Block D) LLC | 41778563-32 | 5/30/2017 |
| 111 | Bracknell Boulevard Management Company Limited | 41778563-33 | 5/30/2017 |
| 112 | Branch of Dell (Free Zone Company L.L.C.) | 41778563-34 | 5/30/2017 |
| 113 | Branch Office of Dell Software LLC in Saint-Petersburg | 41778563-35 | 5/30/2017 |

| Name | | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 114 | Canada Branch of Perot Systems Corporation | 41778563-36 | 5/30/2017 |
| 115 | Change Base Ltd | 41778563-37 | 5/30/2017 |
| 116 | Charonware, s.r.o. | 41778563-38 | 5/30/2017 |
| 117 | Clerity Solutions, Inc. | 41778563-39 | 5/30/2017 |
| 118 | Coldspark, Inc. | 41778563-40 | 5/30/2017 |
| 119 | Compellent Technologies France Sarl | 41778563-41 | 5/30/2017 |
| 120 | Compellent Technologies Netherlands B.V. | 41778563-42 | 5/30/2017 |
| 120 | Compellent Technologies, Inc. | 41778563-43 | 5/30/2017 |
| 121 | Compellent Technologies, International Ltd. | 41778563-44 | 5/30/2017 |
| 122 | Compellent Technologies Italy Srl | 41778563-45 | 5/30/2017 |
| 123 | Corporacion Dell de Venezuela SA | 41778563-46 | 5/30/2017 |
| 124 | Credant Technologies GmbH | 41778563-47 | 5/30/2017 |
| 125 | Credant Technologies International, Inc (Belgium Branch) | 41778563-48 | 5/30/2017 |
| 126 | Credant Technologies International, Inc. | 41778563-49 | 5/30/2017 |
| 127 | Credant Technologies International, Inc. (UK Branch) | 41778563-50 | 5/30/2017 |
| 128 | Credant Technologies, Inc. | 41778563-51 | 5/30/2017 |
| 129 | Credant Technologies UK | 41778563-52 | 5/30/2017 |
| 130 | Credant Technologies, Inc. - Canada Branch | 41778563-53 | 5/30/2017 |
| 131 | CSCAN Acquisition Corp. | 41778563-54 | 5/30/2017 |
| 132 | DCC Executive Security Inc. (formerly PSC Security, Inc.) | 41778563-55 | 5/30/2017 |
| 133 | Dell (Chengdu) Company Limited | 41778563-56 | 5/30/2017 |
| 134 | Dell (China) Company Limited | 41778563-57 | 5/30/2017 |
| 135 | Dell (China) Company Limited - Beijing Branch | 41778563-58 | 5/30/2017 |
| 136 | Dell (China) Company Limited - Chengdu Branch | 41778563-59 | 5/30/2017 |
| 137 | Dell (China) Company Limited - Beijing Information Technology Branch Office | 41778563-60 | 5/30/2017 |
| 138 | Dell (China) Company Limited - Beijing Liaison Office | 41778563-61 | 5/30/2017 |
| 139 | Dell (China) Company Limited - Chengdu Liaison Office | 41778563-62 | 5/30/2017 |
| 140 | Dell (China) Company Limited - Dalian Branch | 41778563-63 | 5/30/2017 |
| 141 | Dell (China) Company Limited - Guangzhou Branch | 41778563-64 | 5/30/2017 |
| 142 | Dell (China) Company Limited - Guangzhou Liaison Office | 41778563-65 | 5/30/2017 |
| 143 | Dell (China) Company Limited - Hang Zhou Liaison Office | 41778563-66 | 5/30/2017 |
| 144 | Dell (China) Company Limited - Nanjing Liaison Office | 41778563-67 | 5/30/2017 |
| 145 | Dell (China) Company Limited - Shanghai | 41778563-68 | 5/30/2017 |
| 146 | Dell (China) Company Limited - Shanghai Branch | 41778563-69 | 5/30/2017 |
| 147 | Dell (China) Company Limited - Shen Zhen Liaison Office | 41778563-70 | 5/30/2017 |
| 148 | Dell (China) Company Limited - Shenzhen Branch | 41778563-71 | 5/30/2017 |
| 149 | Dell (China) Company Limited - Xiamen Branch | 41778563-72 | 5/30/2017 |
| 150 | Dell (PS) B.V. | 41778563-73 | 5/30/2017 |
| 151 | Dell (PS) Investments B.V. | 41778563-74 | 5/30/2017 |
| 152 | Dell (PS) Limited | 41778563-75 | 5/30/2017 |
| 153 | Dell (PS) Systems B.V. | 41778563-76 | 5/30/2017 |
| 154 | Dell (PS) Systems TSI (Netherlands) B.V. | 41778563-77 | 5/30/2017 |
| 155 | Dell (Switzerland) GmbH | 41778563-78 | 5/30/2017 |
| 156 | Dell (Xiamen) Company Limited | 41778563-79 | 5/30/2017 |
| 157 | Dell (Xiamen) Company Limited - Dalian Branch | 41778563-80 | 5/30/2017 |
| 158 | Dell A/S | 41778563-81 | 5/30/2017 |
| 159 | Dell AB | 41778563-82 | 5/30/2017 |
| 160 | Dell America Latina Corp, Argentina Branch | 41778563-83 | 5/30/2017 |
| 161 | Dell America Latina Corp. | 41778563-84 | 5/30/2017 |
| 162 | Dell AS | 41778563-85 | 5/30/2017 |
| 163 | Dell Asia B.V. | 41778563-86 | 5/30/2017 |
| 164 | Dell Asia Holdings Pte. Ltd. | 41778563-87 | 5/30/2017 |
| 165 | Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | 41778563-88 | 5/30/2017 |
| 166 | Dell Asia Pacific Sdn | 41778563-89 | 5/30/2017 |
| 167 | Dell Asia Pacific Sdn. - Philippines Representative Office | 41778563-90 | 5/30/2017 |
| 168 | Dell Asia Pacific Sdn. Bhd. | 41778563-91 | 5/30/2017 |
| 169 | Dell Asia Pte Ltd. | 41778563-92 | 5/30/2017 |
| 170 | Dell Asset Revolving Trust-B | 41778563-93 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 171 Dell Asset Syndication L.L.C. | 41778563-94 | 5/30/2017 |
| 172 Dell Asset Securitization GP | 41778563-95 | 5/30/2017 |
| 173 Dell Asset Securitization Holding L.P. | 41778563-96 | 5/30/2017 |
| 174 Dell Australia Pty Limited | 41778563-97 | 5/30/2017 |
| 175 Dell B.V. | 41778563-98 | 5/30/2017 |
| 176 Dell B.V., Taiwan Branch | 41778563-99 | 5/30/2017 |
| 177 Dell Bank International Designated Acitivity Company | 41778563-100 | 5/30/2017 |
| 178 Dell Bank International Designated Acitivity Company, Sucursal en Espana | 41778563-101 | 5/30/2017 |
| 179 Dell Business Process Solutions India Private Limited | 41778563-102 | 5/30/2017 |
| 180 Dell Canada Inc. | 41778563-103 | 5/30/2017 |
| 181 Dell Catalog Sales LP Representative Office | 41778563-104 | 5/30/2017 |
| 182 Dell Colombia Inc. | 41778563-105 | 5/30/2017 |
| 183 Dell Colombia Inc - COLOMBIA BRANCH | 41778563-106 | 5/30/2017 |
| 184 Dell Computadores do Brasil Ltda. | 41778563-107 | 5/30/2017 |
| 185 Dell Computer (Barbados) Corporation | 41778563-108 | 5/30/2017 |
| 186 Dell Computer (Proprietary) Ltd | 41778563-109 | 5/30/2017 |
| 187 Dell Computer (Pty) Limited | 41778563-110 | 5/30/2017 |
| 188 Dell Computer De Chile Ltda. | 41778563-111 | 5/30/2017 |
| 189 Dell Computer EEIG | 41778563-112 | 5/30/2017 |
| 190 Dell Computer Holdings L.P. | 41778563-113 | 5/30/2017 |
| 191 Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda | 41778563-114 | 5/30/2017 |
| 192 Dell Computer SA | 41778563-115 | 5/30/2017 |
| 193 Dell Computer Services de Mexico S.A. de C.V. | 41778563-116 | 5/30/2017 |
| 194 Dell Computer spol. s. r.o. | 41778563-117 | 5/30/2017 |
| 195 Dell Conduit Funding L.P. | 41778563-118 | 5/30/2017 |
| 196 Dell Conduit Funding-B L.L.C. | 41778563-119 | 5/30/2017 |
| 197 Dell Corporation (Thailand) Co., Ltd. | 41778563-120 | 5/30/2017 |
| 198 Dell Corporation Limited | 41778563-121 | 5/30/2017 |
| 199 Dell Corporation Limited - Northern Ireland Place of Business | 41778563-122 | 5/30/2017 |
| 200 Dell Costa Rica SA | 41778563-123 | 5/30/2017 |
| 201 Dell Depositor L.L.C. | 41778563-124 | 5/30/2017 |
| 202 Dell DFS Canada Inc | 41778563-125 | 5/30/2017 |
| 203 Dell DFS Corporation | 41778563-126 | 5/30/2017 |
| 204 Dell DFS Holdings Kft | 41778563-127 | 5/30/2017 |
| 205 Dell DFS Holdings LLC | 41778563-128 | 5/30/2017 |
| 206 Dell DFS Ltd | 41778563-129 | 5/30/2017 |
| 207 Dell DFS Ltd. - Spain Branch | 41778563-130 | 5/30/2017 |
| 208 Dell Direct | 41778563-131 | 5/30/2017 |
| 209 Dell Distribution Maroc (Succ) | 41778563-132 | 5/30/2017 |
| 210 Dell El Salvador, Limitada | 41778563-133 | 5/30/2017 |
| 211 Dell Emerging Markets (EMEA) Limited | 41778563-134 | 5/30/2017 |
| 212 Dell Emerging Markets (EMEA) Ltd - Russia Representative Office | 41778563-135 | 5/30/2017 |
| 213 Dell Emerging Markets (EMEA) Limited - Egypt Representative Office | 41778563-136 | 5/30/2017 |
| 214 Dell Emerging Markets (EMEA) Limited - Representative Office (Republic of Croatia) | 41778563-137 | 5/30/2017 |
| 215 Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan) | 41778563-138 | 5/30/2017 |
| 216 Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | 41778563-139 | 5/30/2017 |
| 217 Dell Emerging Markets (EMEA) Limited (Kenya Branch) | 41778563-140 | 5/30/2017 |
| 218 Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep. Office | 41778563-141 | 5/30/2017 |
| 219 Dell Emerging Markets (EMEA) Limited (Uganda Representative Office) | 41778563-142 | 5/30/2017 |
| 220 Dell Emerging Markets (EMEA) Limited External Company (Ghana) | 41778563-143 | 5/30/2017 |
| 221 Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bularia) | 41778563-144 | 5/30/2017 |
| 222 Dell Emerging Markets (EMEA) Limited za usluge, Podruznica Zagreb | 41778563-145 | 5/30/2017 |
| 223 Dell Equipment Finance Trust 2014-1 | 41778563-146 | 5/30/2017 |
| 224 Dell Equipment Finance Trust 2015-1 | 41778563-147 | 5/30/2017 |
| 225 Dell Equipment Finance Trust 2015-2 | 41778563-148 | 5/30/2017 |
| 226 Dell Equipment Funding LP | 41778563-149 | 5/30/2017 |
| 227 Dell Equipment GP LLC | 41778563-150 | 5/30/2017 |

| Name | | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 228 | Dell Export Sales Corporation | 41778563-151 | 5/30/2017 |
| 229 | Dell Federal Systems Corporation | 41778563-152 | 5/30/2017 |
| 230 | Dell Federal Systems GP L.L.C. | 41778563-153 | 5/30/2017 |
| 231 | Dell Federal Systems L.P. | 41778563-154 | 5/30/2017 |
| 232 | Dell Federal Systems LP L.L.C. | 41778563-155 | 5/30/2017 |
| 233 | Dell Financial Services Canada Limited | 41778563-156 | 5/30/2017 |
| 234 | Dell Financial Services L.L.C. | 41778563-157 | 5/30/2017 |
| 235 | Dell Funding L.L.C. | 41778563-158 | 5/30/2017 |
| 236 | Dell FZ-LLC | 41778563-159 | 5/30/2017 |
| 237 | Dell FZ-LLC - Abu Dhabi Branch | 41778563-160 | 5/30/2017 |
| 238 | Dell FZ -LLC - Bahrain Branch | 41778563-161 | 5/30/2017 |
| 239 | Dell FZ-LLC - Qatar Branch | 41778563-162 | 5/30/2017 |
| 240 | Dell Gesellschaft m.b.H | 41778563-163 | 5/30/2017 |
| 241 | Dell Global B.V. | 41778563-164 | 5/30/2017 |
| 242 | Dell Global B.V. - Bangladesh Liaison Office | 41778563-165 | 5/30/2017 |
| 243 | Dell Global B.V. - Indonesia Representative Office | 41778563-166 | 5/30/2017 |
| 244 | Dell Global B.V. - Pakistan Liaison Office | 41778563-167 | 5/30/2017 |
| 245 | Dell Global B.V. - Philippines Representative Office | 41778563-168 | 5/30/2017 |
| 246 | Dell Global B.V. - Sri Lanka Liaison/Representative Office | 41778563-169 | 5/30/2017 |
| 247 | Dell Global B.V. (Singapore Branch) | 41778563-170 | 5/30/2017 |
| 248 | Dell Global Business Center Sdn. Bhd. | 41778563-171 | 5/30/2017 |
| 249 | Dell Global Holdings II B.V. | 41778563-172 | 5/30/2017 |
| 250 | Dell Global Holdings III B.V. | 41778563-173 | 5/30/2017 |
| 251 | Dell Global Holdings IV L.L.C. | 41778563-174 | 5/30/2017 |
| 252 | Dell Global Holdings L.L.C. | 41778563-175 | 5/30/2017 |
| 253 | Dell Global Holdings VI L.L.V. | 41778563-176 | 5/30/2017 |
| 254 | Dell Global Holdings VII LLC | 41778563-177 | 5/30/2017 |
| 255 | Dell Global Holdings VIII L.L.C. | 41778563-178 | 5/30/2017 |
| 256 | Dell Global Holdings X L.L.C. | 41778563-179 | 5/30/2017 |
| 257 | Dell Global Internatioinal B.V. | 41778563-180 | 5/30/2017 |
| 258 | Dell Global Procurement Malaysia Sdn. Bhd. | 41778563-181 | 5/30/2017 |
| 259 | Dell Global Pte. Ltd. | 41778563-182 | 5/30/2017 |
| 260 | Dell GmbH | 41778563-183 | 5/30/2017 |
| 261 | Dell GmbH - Munich Branch | 41778563-184 | 5/30/2017 |
| 262 | Dell GmbH Supervisory Board | 41778563-185 | 5/30/2017 |
| 263 | Dell Guatemala, Ltda. | 41778563-186 | 5/30/2017 |
| 264 | Dell Halle GmbH | 41778563-187 | 5/30/2017 |
| 265 | Dell Halle GmbH Supervisory Board | 41778563-188 | 5/30/2017 |
| 266 | Dell Honduras, S. de R.L. de C.V. | 41778563-189 | 5/30/2017 |
| 267 | Dell Hong Kong Limited | 41778563-190 | 5/30/2017 |
| 268 | Dell Hungary Technology Solutions Trade LLC | 41778563-191 | 5/30/2017 |
| 269 | Dell III - Comercio de Computadores, Unipessoal Lda | 41778563-192 | 5/30/2017 |
| 270 | Dell Inc. | 41778563-193 | 5/30/2017 |
| 271 | Dell India (Sales & Marketing) Private Limited | 41778563-194 | 5/30/2017 |
| 272 | Dell India Private Limited | 41778563-195 | 5/30/2017 |
| 273 | Dell Information Technology (Hunan) Company Limited | 41778563-196 | 5/30/2017 |
| 274 | Dell Information Technology (Kunshan) Company Limited | 41778563-197 | 5/30/2017 |
| 275 | Dell International Holdings IX B.V. | 41778563-198 | 5/30/2017 |
| 276 | Dell International Holdings Kft | 41778563-199 | 5/30/2017 |
| 277 | Dell International Holdings SAS | 41778563-200 | 5/30/2017 |
| 278 | Dell International Holdings VIII B.V. | 41778563-201 | 5/30/2017 |
| 279 | Dell International Holdings X B.V. | 41778563-202 | 5/30/2017 |
| 280 | Dell International Holdings XII Cooperatief U.A. | 41778563-203 | 5/30/2017 |
| 281 | Dell International Inc. (Korea) | 41778563-204 | 5/30/2017 |
| 282 | Dell International L.L.C. | 41778563-205 | 5/30/2017 |
| 283 | Dell International Services India Private Limited (Active) | 41778563-206 | 5/30/2017 |
| 284 | Dell International Services Philippines, Inc. | 41778563-207 | 5/30/2017 |
| 285 | Dell International Services SRL | 41778563-208 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 286 Dell Japan Inc. | 41778563-209 | 5/30/2017 |
| 287 Dell Latinoamerica, S. de R.L. | 41778563-210 | 5/30/2017 |
| 288 Dell Leasing Mexico S. de RL de C.V. | 41778563-211 | 5/30/2017 |
| 289 Dell Leasing Mexico Services S. de. R.L. de C.V. | 41778563-212 | 5/30/2017 |
| 290 Dell LLC | 41778563-213 | 5/30/2017 |
| 291 Dell Marketing Corporation | 41778563-214 | 5/30/2017 |
| 292 Dell Marketing GP L.L.C. | 41778563-215 | 5/30/2017 |
| 293 Dell Marketing L.P. | 41778563-216 | 5/30/2017 |
| 294 Dell Marketing LP L.L.C. | 41778563-217 | 5/30/2017 |
| 295 Dell Mexico S.A. de C.V. | 41778563-218 | 5/30/2017 |
| 296 Dell Morocco SAS | 41778563-219 | 5/30/2017 |
| 297 Dell New Zealand Limited | 41778563-220 | 5/30/2017 |
| 298 Dell NV | 41778563-221 | 5/30/2017 |
| 299 Dell Panama S de RL | 41778563-222 | 5/30/2017 |
| 300 Dell Peru S.A.C. | 41778563-223 | 5/30/2017 |
| 301 Dell Procurement (Xiamen) Company Limited | 41778563-224 | 5/30/2017 |
| 302 Dell Procurement (Xiamen) Company Limited - Shanghai Branch | 41778563-225 | 5/30/2017 |
| 303 Dell Procurement (Xiamen) Company Limited - Shenzhen Branch | 41778563-226 | 5/30/2017 |
| 304 Dell Procurement (Xiamen) Company Limited - Shenzhen Liaison Office | 41778563-227 | 5/30/2017 |
| 305 Dell Product and Process Innovation Services Corp. | 41778563-228 | 5/30/2017 |
| 306 Dell Products | 41778563-229 | 5/30/2017 |
| 307 Dell Products (Europe) B.V. | 41778563-230 | 5/30/2017 |
| 308 Dell Products (Poland) Sp.z.o.o. | 41778563-231 | 5/30/2017 |
| 309 Dell Products Corporation | 41778563-232 | 5/30/2017 |
| 310 Dell Products GP LLC | 41778563-233 | 5/30/2017 |
| 311 Dell Products L.P. | 41778563-234 | 5/30/2017 |
| 312 Dell Products LP L.L.C. | 41778563-235 | 5/30/2017 |
| 313 Dell Products Manufacturing Limited | 41778563-236 | 5/30/2017 |
| 314 Dell Protective Services Inc. | 41778563-237 | 5/30/2017 |
| 315 Dell Puerto Rico Corp. | 41778563-238 | 5/30/2017 |
| 316 Dell Quebec Inc. | 41778563-239 | 5/30/2017 |
| 317 Dell Receivables Corporation | 41778563-240 | 5/30/2017 |
| 318 Dell Receivables GP LLC | 41778563-241 | 5/30/2017 |
| 319 Dell Receivables L.P. | 41778563-242 | 5/30/2017 |
| 320 Dell Receivalbes LP LLC | 41778563-243 | 5/30/2017 |
| 321 Dell Research | 41778563-244 | 5/30/2017 |
| 322 Dell Revolver Company L.P. | 41778563-245 | 5/30/2017 |
| 323 Dell Revolver Funding L.L.C. | 41778563-246 | 5/30/2017 |
| 324 Dell Revolver GP L.L.C. | 41778563-247 | 5/30/2017 |
| 325 Dell Revolving Transferor L.L.C. | 41778563-248 | 5/30/2017 |
| 326 Dell S.a r.l | 41778563-249 | 5/30/2017 |
| 327 Dell S.p.A. | 41778563-250 | 5/30/2017 |
| 328 Dell s.r.o. | 41778563-251 | 5/30/2017 |
| 329 Dell SA | 41778563-252 | 5/30/2017 |
| 330 Dell Sales Malaysia Sdn. Bhd. | 41778563-253 | 5/30/2017 |
| 331 Dell SAS | 41778563-254 | 5/30/2017 |
| 332 Dell Services (China) Company Limited | 41778563-255 | 5/30/2017 |
| 333 Dell Services (China) Company limited - Beijing Consulting Branch | 41778563-256 | 5/30/2017 |
| 334 Dell Services (China) Company Limited - Shanghai Branch | 41778563-257 | 5/30/2017 |
| 335 Dell Services (China) Company Limited - Tianjin Branch | 41778563-258 | 5/30/2017 |
| 336 Dell Services Federal Government, Inc. | 41778563-259 | 5/30/2017 |
| 337 Dell Services GmbH | 41778563-260 | 5/30/2017 |
| 338 Dell Services Pte. Ltd. | 41778563-261 | 5/30/2017 |
| 339 Dell Singapore Pte. Ltd. (plan to close) | 41778563-262 | 5/30/2017 |
| 340 Dell Software (Beijing) Company Limited | 41778563-263 | 5/30/2017 |
| 342 Dell Software (Beijing) Company Limited, Guangzhou Branch Office | 41778563-264 | 5/30/2017 |
| 342 Dell Software (Beijing) Company Limited, Shanghai Branch Office | 41778563-265 | 5/30/2017 |
| 343 Dell Software (Thailand) Company Limited | 41778563-266 | 5/30/2017 |

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 344 | Dell Software (UK) Limited | 41778563-267 | 5/30/2017 |
| 345 | Dell Software (Zhuhai) Company Limited | 41778563-268 | 5/30/2017 |
| 346 | Dell Software AB | 41778563-269 | 5/30/2017 |
| 347 | Dell Software ApS | 41778563-270 | 5/30/2017 |
| 348 | Dell Software AS | 41778563-271 | 5/30/2017 |
| 349 | Dell Software B.V. | 41778563-272 | 5/30/2017 |
| 350 | Dell Software BVBA | 41778563-273 | 5/30/2017 |
| 351 | Dell Software Canada Inc. | 41778563-274 | 5/30/2017 |
| 352 | Dell Software Company Limited | 41778563-275 | 5/30/2017 |
| 353 | Dell Software Europe Limited | 41778563-276 | 5/30/2017 |
| 354 | Dell Software GmbH | 41778563-277 | 5/30/2017 |
| 355 | Dell Software Hong Kong Limited | 41778563-278 | 5/30/2017 |
| 356 | Dell Software Inc. | 41778563-279 | 5/30/2017 |
| 357 | Dell Software India Private Limited | 41778563-280 | 5/30/2017 |
| 358 | Dell Software International Limited | 41778563-281 | 5/30/2017 |
| 359 | Dell Software Japan, Ltd | 41778563-282 | 5/30/2017 |
| 360 | Dell Software Korea Ltd | 41778563-283 | 5/30/2017 |
| 361 | Dell Software LLC | 41778563-284 | 5/30/2017 |
| 362 | Dell Software Ltda. (Brazil) | 41778563-285 | 5/30/2017 |
| 363 | Dell Software New Zealand Limited | 41778563-286 | 5/30/2017 |
| 364 | Dell Software (Pty.) Ltd. | 41778563-287 | 5/30/2017 |
| 365 | Dell Software S.r.l. Unipersonale | 41778563-288 | 5/30/2017 |
| 366 | Dell Software s.r.o. | 41778563-289 | 5/30/2017 |
| 367 | Dell Software SARL | 41778563-290 | 5/30/2017 |
| 368 | Dell Software Sdn. Bhd. | 41778563-291 | 5/30/2017 |
| 369 | Dell Software Singapore Pte. Ltd | 41778563-292 | 5/30/2017 |
| 370 | Dell Software SL | 41778563-293 | 5/30/2017 |
| 371 | Dell Software Sp.z o.o. | 41778563-294 | 5/30/2017 |
| 372 | Dell Software Switzerland GmbH | 41778563-295 | 5/30/2017 |
| 373 | Dell Software Taiwan Ltd. | 41778563-296 | 5/30/2017 |
| 374 | Dell Solutions (UK) Limited | 41778563-297 | 5/30/2017 |
| 375 | Dell Sp.z o.o. | 41778563-298 | 5/30/2017 |
| 376 | Dell Systesm (TSI) Mauritius Private Limited | 41778563-299 | 5/30/2017 |
| 377 | Dell Systesm (UK) Limited | 41778563-300 | 5/30/2017 |
| 378 | Dell Systesm Applications Solutions, Inc. | 41778563-301 | 5/30/2017 |
| 379 | Dell Systesm Communications Services, Inc. | 41778563-302 | 5/30/2017 |
| 340 | Dell Systesm Corporation | 41778563-303 | 5/30/2017 |
| 341 | Dell Systesm Europe Limited | 41778563-304 | 5/30/2017 |
| 342 | Dell Systesm TSI (Hungary) Likviditasmenedzsment Korlatolt Felelissego Tarsasag | 41778563-305 | 5/30/2017 |
| 343 | Dell Taiwan B.V. | 41778563-306 | 5/30/2017 |
| 344 | Dell Taiwan B.V., Taiwan Branch | 41778563-307 | 5/30/2017 |
| 345 | Dell Technology & Solutions Israel Ltd | 41778563-308 | 5/30/2017 |
| 346 | Dell Technology & Solutions Limited | 41778563-309 | 5/30/2017 |
| 347 | Dell Technology & Solutions Nigeria Limited | 41778563-310 | 5/30/2017 |
| 348 | Dell Technology S.R.L. | 41778563-311 | 5/30/2017 |
| 349 | Dell Technology Products and Services SA | 41778563-312 | 5/30/2017 |
| 350 | Dell Technology Services, Inc, Sociedad De Responsabilidad Limitada | 41778563-313 | 5/30/2017 |
| 351 | Dell Teknoloji Limited Sirketi | 41778563-314 | 5/30/2017 |
| 352 | Dell Trinidad and Tobago Company Limited | 41778563-315 | 5/30/2017 |
| 353 | Dell Trading (Kunshan) Company Limited | 41778563-316 | 5/30/2017 |
| 354 | Dell Uk Employee Financial Security Plan | 41778563-317 | 5/30/2017 |
| 355 | Dell USA Corporation | 41778563-318 | 5/30/2017 |
| 356 | Dell USA GP L.L.C. | 41778563-319 | 5/30/2017 |
| 357 | Dell USA L.P. | 41778563-320 | 5/30/2017 |
| 358 | Dell USA LP LLC | 41778563-321 | 5/30/2017 |
| 359 | Dell World Trade Corporation | 41778563-322 | 5/30/2017 |
| 360 | Dell World Trade GP L.L.C. | 41778563-323 | 5/30/2017 |
| 361 | Dell World Trade L.P. | 41778563-324 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 362 Dell World Trade LP L.L.C. | 41778563-325 | 5/30/2017 |
| 363 Denali Finance Corp. | 41778563-326 | 5/30/2017 |
| 364 Denali Holding Inc. | 41778563-327 | 5/30/2017 |
| 365 Denali Intermediate Inc. | 41778563-328 | 5/30/2017 |
| 366 DFS B.V. | 41778563-329 | 5/30/2017 |
| 367 DFS Equipment Holdings, LP | 41778563-330 | 5/30/2017 |
| 368 DFS Equipment Remarketing LLC | 41778563-331 | 5/30/2017 |
| 369 DFS Funding LB.L.V.C. | 41778563-332 | 5/30/2017 |
| 370 DFS-SPV L.L.C. | 41778563-333 | 5/30/2017 |
| 371 Diamond 1 Finance Corporation | 41778563-334 | 5/30/2017 |
| 372 Diamond 2 Finance Corporation | 41778563-335 | 5/30/2017 |
| 373 DIH IX CV | 41778563-336 | 5/30/2017 |
| 374 DIH VI CV | 41778563-337 | 5/30/2017 |
| 375 DIH VII C.V. | 41778563-338 | 5/30/2017 |
| 376 DIH VIII C.V. | 41778563-339 | 5/30/2017 |
| 377 DIYH X C.V. | 41778563-340 | 5/30/2017 |
| 378 Elbert MX, S. de R.L. de C.V. | 41778563-341 | 5/30/2017 |
| 379 Elbert S.A. | 41778563-342 | 5/30/2017 |
| 380 Elbert Software Chile SpA | 41778563-343 | 5/30/2017 |
| 381 Elbert Software S.A. | 41778563-344 | 5/30/2017 |
| 382 EqualLogic Japan Company Limited | 41778563-345 | 5/30/2017 |
| 383 Enstratius (NZ) Limited | 41778563-346 | 5/30/2017 |
| 384 Enstratius, Inc. | 41778563-347 | 5/30/2017 |
| 385 Fastlane Technologies Corporation | 41778563-348 | 5/30/2017 |
| 386 Fastlane Technologies Uk | 41778563-349 | 5/30/2017 |
| 387 Force 10 International Limited | 41778563-350 | 5/30/2017 |
| 388 Force 10 Networks (Shanghai) Company Limited | 41778563-351 | 5/30/2017 |
| 389 Force 10 Networks Australia Pty. Ltd. | 41778563-352 | 5/30/2017 |
| 390 Force 10 Networks Germany (Branch) | 41778563-353 | 5/30/2017 |
| 391 Force 10 Networks Global, Inc. | 41778563-354 | 5/30/2017 |
| 392 Force 10 Networks Hong Kong (Branch) | 41778563-355 | 5/30/2017 |
| 393 Force 10 Networks India Pvt. Ltd. | 41778563-356 | 5/30/2017 |
| 394 Force 10 Networks International, Inc. | 41778563-357 | 5/30/2017 |
| 395 Force 10 Networks International, Inc Zweigniederlassung Deutschland | 41778563-358 | 5/30/2017 |
| 396 Force 10 Networks Singapore Pte. Ltd. | 41778563-359 | 5/30/2017 |
| 397 Force 10 Networks, Inc. Force 10 Networks Korea YH | 41778563-360 | 5/30/2017 |
| 398 Force 10 Networks Ltd. | 41778563-361 | 5/30/2017 |
| 399 Force 10 Networks Malaysia (Branch) | 41778563-362 | 5/30/2017 |
| 400 Force 10 Newworks Spain (Rep Office) | 41778563-363 | 5/30/2017 |
| 401 Fresh Dew Investments Ltd. | 41778563-364 | 5/30/2017 |
| 402 Fvision Acquisition Corp. | 41778563-365 | 5/30/2017 |
| 403 Gale Networks Private Limited | 41778563-366 | 5/30/2017 |
| 404 Gale Technologies, Inc. | 41778563-367 | 5/30/2017 |
| 405 Hinsona Limited | 41778563-368 | 5/30/2017 |
| 406 HPS Europe Limited Branch | 41778563-369 | 5/30/2017 |
| 407 JKK Finance Ltd. | 41778563-370 | 5/30/2017 |
| 408 Imceda Software Sustralia Pty, Ltd. | 41778563-371 | 5/30/2017 |
| 409 Imceda Software Inc. | 41778563-372 | 5/30/2017 |
| 410 Imceda Technologies Pty, JKK Finance Ltd. | 41778563-373 | 5/30/2017 |
| 411 Invirtus, Inc. | 41778563-374 | 5/30/2017 |
| 412 Lecco Technology (UK) Limited | 41778563-375 | 5/30/2017 |
| 413 Lecco Technology Inc. | 41778563-376 | 5/30/2017 |
| 414 Lecco Technology, Inc. (USA) | 41778563-377 | 5/30/2017 |
| 415 License Technologies Group, Inc. | 41778563-378 | 5/30/2017 |
| 416 LLC Dell Ukraine | 41778563-379 | 5/30/2017 |
| 417 Lumenare Networks Mauritius Ltd | 41778563-380 | 5/30/2017 |
| 418 Magnum Technologies, Inc. | 41778563-381 | 5/30/2017 |
| 419 Make Technologies Inc. | 41778563-382 | 5/30/2017 |

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 420 Messagewise | 41778563-383 | 5/30/2017 |
| 421 Muretia Investments Ltd | 41778563-384 | 5/30/2017 |
| 422 NetPro Computing Canada, Inc. | 41778563-385 | 5/30/2017 |
| 423 NetPro Computing France, Inc. | 41778563-386 | 5/30/2017 |
| 424 NetPro Computing Germany, Inc. | 41778563-387 | 5/30/2017 |
| 425 NetPro Computing UK, Inc. | 41778563-388 | 5/30/2017 |
| 426 NetPro Computing, Inc. | 41778563-389 | 5/30/2017 |
| 427 NetPro Engineering, Inc. | 41778563-390 | 5/30/2017 |
| 428 NetPro Europe Branch | 41778563-391 | 5/30/2017 |
| 429 NetPro Europe, Inc. | 41778563-392 | 5/30/2017 |
| 430 NetPro France Branch | 41778563-393 | 5/30/2017 |
| 431 NetPor Germany Branch | 41778563-394 | 5/30/2017 |
| 432 NetPro UK Branch | 41778563-395 | 5/30/2017 |
| 433 Ocarina Networks India Private Limited | 41778563-396 | 5/30/2017 |
| 434 OptiGrowth Capital S.a.r.l | 41778563-397 | 5/30/2017 |
| 435 PacketTrap Networks, Inc. | 41778563-398 | 5/30/2017 |
| 436 Oy Dell AB | 41778563-399 | 5/30/2017 |
| 437 PassGo Technologies Limited | 41778563-400 | 5/30/2017 |
| 438 PassGo Technologies Trustees Ltd | 41778563-401 | 5/30/2017 |
| 439 Perot Systems (Malaysia) Sdn. Bhd. | 41778563-402 | 5/30/2017 |
| 440 Perot Systems (Shanghai) Consulting Co., Ltd | 41778563-403 | 5/30/2017 |
| 441 Perot Systems India Foundation | 41778563-404 | 5/30/2017 |
| 442 Perot Systems TSI (Bermuda) Ltd | 41778563-405 | 5/30/2017 |
| 443 Perot Systems (Singapore) Pte. Ltd. | 41778563-406 | 5/30/2017 |
| 444 Perot Systems (Switzerland) GmbH | 41778563-407 | 5/30/2017 |
| 445 Perot Systems (UK) Ltd. | 41778563-408 | 5/30/2017 |
| 446 Perot Systems Application Solutions Inc. | 41778563-409 | 5/30/2017 |
| 447 Perot Systems B.V. | 41778563-410 | 5/30/2017 |
| 448 Perot Systems Communications Services, Inc. | 41778563-411 | 5/30/2017 |
| 449 Perot Systems Corporation | 41778563-412 | 5/30/2017 |
| 450 Perot Systems Europe Limited | 41778563-413 | 5/30/2017 |
| 451 Perot Systems Government Healthcare Solutions, Inc. | 41778563-414 | 5/30/2017 |
| 452 Perot Systems Government Solutions, Inc. | 41778563-415 | 5/30/2017 |
| 453 Perot Systems Healthcare Solutions, Inc. | 41778563-416 | 5/30/2017 |
| 454 Perot Systems Holdings Pte. Ltd. | 41778563-417 | 5/30/2017 |
| 455 Perot Systems Investments B.V. | 41778563-418 | 5/30/2017 |
| 456 Perot Systems Revenue Cycle Solutions, Inc. | 41778563-419 | 5/30/2017 |
| 457 Perot Systems TSI (Hungary) Liquidity Management LLC | 41778563-420 | 5/30/2017 |
| 458 Perot Systems  TsI ( Muritius) Pvt. Ltd. | 41778563-421 | 5/30/2017 |
| 459 Perot Systems TSI (Middle East) FZ-LLC | 41778563-422 | 5/30/2017 |
| 460 Perot Systems TSI (Netherlands) B.V. | 41778563-423 | 5/30/2017 |
| 461 PrSM Corporation | 41778563-424 | 5/30/2017 |
| 462 PSC GP Corporation | 41778563-425 | 5/30/2017 |
| 463 PSC Healthcare Software, Inc. | 41778563-426 | 5/30/2017 |
| 464 PSC LP Corporation | 41778563-427 | 5/30/2017 |
| 465 PSC Management Limited Partnership | 41778563-428 | 5/30/2017 |
| 466 PSM Holdings 1, Inc. | 41778563-429 | 5/30/2017 |
| 467 PSM Holdings 2, Inc. | 41778563-430 | 5/30/2017 |
| 468 PSM Holdings 1 L.L.C. | 41778563-431 | 5/30/2017 |
| 469 PSM Holdings 2 L.L.C. | 41778563-432 | 5/30/2017 |
| 470 PT Dell Indonesia | 41778563-433 | 5/30/2017 |
| 471 Q.S.I. Quest Software Israel Limited | 41778563-434 | 5/30/2017 |
| 472 QSFT India Private Ltd, Inc. | 41778563-435 | 5/30/2017 |
| 473 QSFT Svenska AB | 41778563-436 | 5/30/2017 |
| 474 QSS Group, Inc. | 41778563-437 | 5/30/2017 |
| 475 Quest Acquisition Corporation | 41778563-438 | 5/30/2017 |
| 476 Quest Holding Company, LLC | 41778563-439 | 5/30/2017 |
| 477 Quest Holdings SARL | 41778563-440 | 5/30/2017 |

Requests for Exclusion;
Case No. 3:14-cv-03264-JD                                                                                                                                      9

| Name | Exclusion ID # | Postmark Date |
|---|---|---|
| 478 Quest Software Limited | 41778563-441 | 5/30/2017 |
| 479 Quest Software Public Sector, Inc. | 41778563-442 | 5/30/2017 |
| 480 Quest Scandanavia AS | 41778563-443 | 5/30/2017 |
| 481 Quest Software (UK) Ltd | 41778563-444 | 5/30/2017 |
| 482 Quest Software (Zhuhai) Ltd. | 41778563-445 | 5/30/2017 |
| 483 Quest Software Beijing Company | 41778563-446 | 5/30/2017 |
| 484 Quest Software Belgium | 41778563-447 | 5/30/2017 |
| 485 Quest Software Canada | 41778563-448 | 5/30/2017 |
| 486 Quest Software Company Limited | 41778563-449 | 5/30/2017 |
| 487 Quest Software Espana, SL | 41778563-450 | 5/30/2017 |
| 488 Quest Software France Sarl | 41778563-451 | 5/30/2017 |
| 489 Quest Software Gmbh | 41778563-452 | 5/30/2017 |
| 490 Quest Software Greater China Limited | 41778563-453 | 5/30/2017 |
| 491 Quest Software Int'l Limited | 41778563-454 | 5/30/2017 |
| 492 Quest Software Italia Srl | 41778563-455 | 5/30/2017 |
| 493 Quest Software Japan Ltd | 41778563-456 | 5/30/2017 |
| 494 Quest Software Korea Ltd | 41778563-457 | 5/30/2017 |
| 495 Quest Software Mexico, S. de R.L. de C.V. | 41778563-458 | 5/30/2017 |
| 496 Quest Software Netherlands B.V. | 41778563-459 | 5/30/2017 |
| 497 Quest Software Norge S/A | 41778563-460 | 5/30/2017 |
| 498 Quest Software Pty, Ltd. | 41778563-461 | 5/30/2017 |
| 499 Quest Software Public Sector, Inc. | 41778563-462 | 5/30/2017 |
| 500 Quest Software Sales Sdn Bhd | 41778563-463 | 5/30/2017 |
| 501 Quest Software Singapore Pty Limited | 41778563-464 | 5/30/2017 |
| 502 Quest Software Switzerland Gmbh | 41778563-465 | 5/30/2017 |
| 503 Quest Software, Inc. | 41778563-466 | 5/30/2017 |
| 504 Quest Software, Ltd. | 41778563-467 | 5/30/2017 |
| 505 QuickCyckem Inc. | 41778563-468 | 5/30/2017 |
| 506 QuickCycle Inc. | 41778563-469 | 5/30/2017 |
| 507 Safari I, Inc. | 41778563-470 | 5/30/2017 |
| 508 Safari II GP LLC | 41778563-471 | 5/30/2017 |
| 509 Safari II, Inc. | 41778563-472 | 5/30/2017 |
| 510 Safari Limited II LP | 41778563-473 | 5/30/2017 |
| 511 Safari Limited Partnership | 41778563-474 | 5/30/2017 |
| 512 ScriptLogic Australia | 41778563-475 | 5/30/2017 |
| 513 SecureWorks Holding Corp. | 41778563-476 | 5/30/2017 |
| 514 SecureWorks Inc. | 41778563-477 | 5/30/2017 |
| 515 SecureWorks UK Ltd. | 41778563-478 | 5/30/2017 |
| 516 SecureWorks UK Ltd. - Finland branch | 41778563-479 | 5/30/2017 |
| 517 Smarsh CRM Service, Inc. | 41778563-480 | 5/30/2017 |
| 518 Smarsh Inc. | 41778563-481 | 5/30/2017 |
| 519 Software Ltd Russia Rep Office | 41778563-482 | 5/30/2017 |
| 520 Representative Office of Dell Global B.V. in Hanoi | 41778563-483 | 5/30/2017 |
| 521 Representative Office of Dell Global B.V. in Ho Chi Minh City | 41778563-484 | 5/30/2017 |
| 522 ScriptLogic Corporation | 41778563-485 | 5/30/2017 |
| 523 SecureWorks Australia Pty, Ltd. | 41778563-486 | 5/30/2017 |
| 524 SecureWorks Europe Limited | 41778563-487 | 5/30/2017 |
| 525 SecureWorks Europe S.R.L. | 41778563-488 | 5/30/2017 |
| 526 SecureWorks Holding Corporation | 41778563-489 | 5/30/2017 |
| 527 SecureWorks India Private Limited | 41778563-490 | 5/30/2017 |
| 528 SecureWorks Japan K.K. | 41778563-491 | 5/30/2017 |
| 529 SecureWorks SAS | 41778563-492 | 5/30/2017 |
| 530 SecureWorks, Inc. | 41778563-493 | 5/30/2017 |
| 531 Sonic Wall BV | 41778563-494 | 5/30/2017 |
| 532 Sonic Wall BV - Australia Branch | 41778563-495 | 5/30/2017 |
| 533 Sonic Wall BV - Beijing Rep. Office | 41778563-496 | 5/30/2017 |
| 531 Sonic Wall BV - Belgium Branch | 41778563-497 | 5/30/2017 |
| 535 Sonic Wall BV - Canada Branch | 41778563-498 | 5/30/2017 |

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 535 | Sonic Wall BV - Dubai Branch | 41778563-499 | 5/30/2017 |
| 536 | Sonic Wall BV - France Branch | 41778563-500 | 5/30/2017 |
| 537 | Sonic Wall BV - Germany Branch | 41778563-501 | 5/30/2017 |
| 538 | SonicWALL BV - Hong Kong Branch | 41778563-502 | 5/30/2017 |
| 539 | SonicWALL BV - India Branch | 41778563-503 | 5/30/2017 |
| 540 | SonicWALL BV - Ireland Branch | 41778563-504 | 5/30/2017 |
| 541 | SonicWALL BV - Japan Branch | 41778563-505 | 5/30/2017 |
| 542 | SonicWALL BV - Korea Branch | 41778563-506 | 5/30/2017 |
| 543 | SonicWALL BV - Singapore Branch | 41778563-507 | 5/30/2017 |
| 544 | SonicWALL BV - Spain Branch | 41778563-508 | 5/30/2017 |
| 545 | SonicWALL BV - Sweden Branch | 41778563-509 | 5/30/2017 |
| 546 | SonicWALL BV - Taiwan Branch | 41778563-510 | 5/30/2017 |
| 547 | SonicWALL BV - UK Branch | 41778563-511 | 5/30/2017 |
| 548 | SonicWALL Infosecurity Private Limited | 41778563-512 | 5/30/2017 |
| 549 | SonicWALL L.L.C. | 41778563-513 | 5/30/2017 |
| 550 | SonicWALL Mexico, S de RL de CV | 41778563-514 | 5/30/2017 |
| 551 | SonicWALL AG | 41778563-515 | 5/30/2017 |
| 552 | SonicWALL B.V. | 41778563-516 | 5/30/2017 |
| 553 | SonicWALL B.V. (Belgium Branch) | 41778563-517 | 5/30/2017 |
| 554 | SonicWALL B.V. (Singapore Branch) | 41778563-518 | 5/30/2017 |
| 555 | SonicWALL B.V. (UK Branch) | 41778563-519 | 5/30/2017 |
| 556 | SonicWall B.V., Australia Branch | 41778563-520 | 5/30/2017 |
| 557 | SonicWall B.V., Taiwan Branch | 41778563-521 | 5/30/2017 |
| 558 | SonicWall Mexico, S. de R.L. de C.V. | 41778563-522 | 5/30/2017 |
| 559 | SonicWall Russia LLC | 41778563-523 | 5/30/2017 |
| 560 | SonicWall Services Private Limited | 41778563-524 | 5/30/2017 |
| 561 | SonicWall Shanghai Limited | 41778563-525 | 5/30/2017 |
| 562 | SonicWall, Inc. | 41778563-526 | 5/30/2017 |
| 563 | Support Center, BV (pka Sitraka) | 41778563-527 | 5/30/2017 |
| 564 | Surgient, Inc. | 41778563-528 | 5/30/2017 |
| 565 | StatSoft CR s.r.o. | 41778563-529 | 5/30/2017 |
| 566 | StatSoft France | 41778563-530 | 5/30/2017 |
| 567 | StatSoft Holdings, Inc. | 41778563-531 | 5/30/2017 |
| 568 | StatSoft Holdings, Inc. Taiwan Branch | 41778563-532 | 5/30/2017 |
| 569 | StatSoft Iberica - Representacao E Consultoria De Software LDA | 41778563-533 | 5/30/2017 |
| 570 | StatSoft Israel Limited | 41778563-534 | 5/30/2017 |
| 571 | StatSoft Italia S.r.l. | 41778563-535 | 5/30/2017 |
| 572 | StatSoft Limited | 41778563-536 | 5/30/2017 |
| 573 | StatSoft Pacific Pty. Ltd. | 41778563-537 | 5/30/2017 |
| 574 | StatSoft Polska Sp.z.o.o | 41778563-538 | 5/30/2017 |
| 575 | StatSoft, Inc. | 41778563-539 | 5/30/2017 |
| 576 | Symlabs - Desenvolvimento de Software, S.A. | 41778563-540 | 5/30/2017 |
| 577 | Symlabs Espana, Software y Sistemas, S.L. | 41778563-541 | 5/30/2017 |
| 578 | Symlabs, Inc. | 41778563-542 | 5/30/2017 |
| 579 | Symlabs S.A. Portugal | 41778563-543 | 5/30/2017 |
| 580 | Transaction Applications Group, Inc. | 41778563-544 | 5/30/2017 |
| 581 | Trellia Networks, Inc. | 41778563-545 | 5/30/2017 |
| 582 | Turin Networks India Private Limited | 41778563-546 | 5/30/2017 |
| 583 | Turin Networks International, Inc. | 41778563-547 | 5/30/2017 |
| 584 | TXZ Holding Company Limited | 41778563-548 | 5/30/2017 |
| 585 | U.S. Services L.L.C. | 41778563-549 | 5/30/2017 |
| 586 | Universal Acquisition Co. | 41778563-550 | 5/30/2017 |
| 587 | Vintela Australia Pty., Ltd | 41778563-551 | 5/30/2017 |
| 588 | Vintela Pty, Ltd. | 41778563-552 | 5/30/2017 |
| 589 | Vintela, Inc. | 41778563-553 | 5/30/2017 |
| 590 | VirtualFabrix Inc. | 41778563-554 | 5/30/2017 |
| 591 | Vizioncore | 41778563-555 | 5/30/2017 |
| 592 | Vkernel Corp. | 41778563-556 | 5/30/2017 |

| | Name | Exclusion ID # | Postmark Date |
|---|---|---|---|
| 593 | Wedgetail Communications Inc. | 41778563-557 | 5/30/2017 |
| 594 | Werner Colombia S.A.S. | 41778563-558 | 5/30/2017 |
| 595 | Werner Japan K.K. | 41778563-559 | 5/30/2017 |
| 596 | Wyse Australia Pty. Ltd Australia | 41778563-560 | 5/30/2017 |
| 597 | Wyse International LLC | 41778563-561 | 5/30/2017 |
| 598 | Wyse Mexico S.A. de C.V. | 41778563-562 | 5/30/2017 |
| 599 | Wyse Technology, Inc. | 41778563-563 | 5/30/2017 |
| 600 | Wyse Technology (Canada) Ltd. | 41778563-564 | 5/30/2017 |
| 601 | Wyse Technology (Beijing) Co. Ltd. | 41778563-565 | 5/30/2017 |
| 602 | Wyse Technology (Taiwan) Ltd. | 41778563-566 | 5/30/2017 |
| 603 | Wyse Technology (UK) Limited | 41778563-567 | 5/30/2017 |
| 604 | Wyse Technology Australia Pty Limited | 41778563-568 | 5/30/2017 |
| 605 | Wyse Technology Holdings (Cayman) Ltd. | 41778563-569 | 5/30/2017 |
| 606 | Wyse Technology China (HK) Limited | 41778563-570 | 5/30/2017 |
| 607 | Wyse Technology GmbH Germany | 41778563-571 | 5/30/2017 |
| 608 | Wyse Technology GmbH | 41778563-572 | 5/30/2017 |
| 609 | Wyse Technology International B.V. | 41778563-573 | 5/30/2017 |
| 610 | Wyse Technology KK Japan | 41778563-574 | 5/30/2017 |
| 611 | Wyse Technology L.L.C. | 41778563-575 | 5/30/2017 |
| 612 | Wyse Technology SAS | 41778563-576 | 5/30/2017 |
| 613 | Wyse Technology Singapore Pte. Ltd. | 41778563-577 | 5/30/2017 |
| 614 | Wyse Technology Ltd Taiwan | 41778563-578 | 5/30/2017 |
| 615 | Wyse Technology SA France | 41778563-579 | 5/30/2017 |
| 616 | Wyse Technology Sales & Marketing India Private Ltd. | 41778563-580 | 5/30/2017 |
| 617 | Wyse Technology China (HK) Ltd. | 41778563-581 | 5/30/2017 |
| 618 | Wyse Technology S.A de C.V. | 41778563-582 | 5/30/2017 |
| 619 | Wyse Technology Software Development India Private Ltd. | 41778563-583 | 5/30/2017 |
| 620 | EMC (Benelux) B.V. | 41778563-584 | 5/30/2017 |
| 621 | EMC International Company | 41778563-585 | 5/30/2017 |
| 622 | EMC Information Systems International | 41778563-586 | 5/30/2017 |
| 623 | Vmware Bermuda Limited | 41778563-587 | 5/30/2017 |
| 624 | EMC International U.S. Holdings, Inc. | 41778563-588 | 5/30/2017 |
| 625 | Vmware, Inc. | 41778563-589 | 5/30/2017 |
| 626 | RSA Security LLC | 41778563-590 | 5/30/2017 |
| 627 | RSA Security inc. | 41778563-591 | 5/30/2017 |