**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
*Attorneys for Plaintiff Avnet, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | Case No. 14-cv-3264-JD |
| *This document relates to:* | MDL No. 2801 |
| *Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.,* Case No. 17-cv-7046-JD | **STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |

Undersigned Plaintiff and undersigned Defendants hereby stipulate as follows:

WHEREAS, Avnet, Inc. ("Avnet") filed its Complaint on August 22, 2016 in the District of Arizona, and named Hitachi Chemical Co., Ltd., Hitachi AIC Inc., Hitachi Chemical Co. America, Ltd., ELNA Co., Ltd., ELNA America Inc., Matsuo Electric Co., Ltd., Holy Stone Enterprise Co., Ltd., Milestone Global Technology, Inc. (D/B/A HolyStone International), Okaya Electric Industries Co., Ltd., Okaya Electric America Inc., Taitsu Corporation, Taitsu America, Inc., Shinyei Kaisha, Shinyei Technology Co. Ltd., Shinyei Capacitor Co., Ltd., Shinyei Corporation of America, Inc., Nitsuko Electronics Corporation, Nissei Electric Co., Ltd., Shizuki Electric Co., Inc., Soshin Electric Co., Ltd., Soshin Electronics of America, Inc., (the "Stipulating Defendants") as Defendants.

WHEREAS, On November 21, 2016, Avnet and the Stipulating Defendants[1] entered into a stipulation whereby the Stipulating Defendants agreed to waive service of process of the Complaint.  The Parties further agreed that the deadline for the Stipulating Defendants to respond to Avnet's Complaint would be extended to sixty (60) days after the earlier of an order from the Judicial Panel on Multidistrict Litigation granting Avnet's Motion for Transfer pursuant to 28 U.S.C. § 1407 or the District of Arizona Court's order on Defendants' Motion to Transfer pursuant to 28 U.S.C. § 1404.

WHEREAS, The District of Arizona Court denied Defendants' Motion to Transfer pursuant to 28 U.S.C. § 1404 on July 6, 2017.

WHEREAS, On September 1, 2017, Avnet and the Stipulating Defendants entered into an Agreement of Coordination of Discovery whereby Avnet agreed to not oppose the Stipulating Defendants' Motion to Transfer this Action for Pre-Trial Purposes to the Northern District of California Pursuant to 28 U.S.C. § 1407, and further agreed to extend the Stipulating Defendants' deadline to respond to Avnet's Complaint to sixty (60) days after the Judicial Panel

---

[1] Defendants Nissei and Nitsuko were not included in this stipulation, but subsequently agreed to respond to Avnet's complaint along with the remaining Stipulating Defendants per the September 1, 2017 stipulation.

on Multidistrict Litigation ("JPML") entered an Order on the Motion to Transfer.

WHEREAS, On December 5, 2017, the JPML granted the Motion to Transfer. Accordingly, the Stipulating Defendants' deadline to respond to the Complaint was February 5, 2018.

WHEREAS, On December 21, 2017, Avnet filed an amended complaint (the "Amended Complaint") in the above-captioned case;

WHEREAS, the filing of the Amended Complaint may have reset the deadline for Stipulating Defendants to respond to the Amended Complaint to January 4, 2018;

WHEREAS, the Stipulating Defendants and Avnet seek to honor the Agreement of Coordination of Discovery filed in the District of Arizona to the extent it was altered by the filing of the Amended Complaint;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Avnet, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

The Stipulating Defendants' deadline to respond to the Amended Complaint shall be extended to February 5, 2018.

DATED: January 3, 2018

| | |
|---|---|
| */s/ Robert W. Turken* | */s/ Heather S. Tewksbury* |
| Robert W. Turken (admitted *pro hac vice*) | Heather S. Tewksbury |
| Scott N. Wagner (admitted *pro hac vice*) | **WILMER CUTLER PICKERING HALE AND DORR, LLP** |
| Lori P. Lustrin (admitted *pro hac vice*) | 950 Page Mill Road |
| Shalia M. Sakona (admitted *pro hac vice*) | Palo Alto, CA  94304 |
| | (650) 858-6134 |
| | Fax: (650) 858-6100 |

| | | |
|---|---|---|
| 1 | Jerry R. Goldsmith (admitted *pro hac vice*) | Email: heather.tewksbury@wilmerhale.com |
| 2 | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | *Counsel for Defendants, ELNA Co. Ltd. And ELNA America Inc.* |
| 3 | 1450 Brickell Ave., Suite 2300 Miami, Florida 33131-3456 | *s/ Eric P. Enson* |
| 4 | Telephone: 305-374-7580 | Jeffrey A. LeVee |
| 5 | Facsimile: 305-374-7593 rturken@bilzin.com | Eric P. Enson Rachel H. Zernik |
| 6 | swagner@bilzin.com llustrin@bilzin.com | **JONES DAY** 555 South Flower Street, Fiftieth Floor |
| 7 | ssakona@bilzin.com jgoldsmith@bilzin.com | Los Angeles, CA 90071.2300 (213) 489-3939 |
| 8 | *Counsel for Avnet, Inc.* | Fax: (213) 243-2539 jlevee@JonesDay.com |
| 9 | | epenson@JonesDay.com |
| 10 | */s/ Gaspare J. Bono* | rzernik@jonesday.com |
| 11 | Gaspare J. Bono Claire M. Maddox | *Counsel for Defendants, Holy Stone Enterprise Co., Ltd. And Holystone* |
| 12 | Eric Y. Wu **DENTONS US LLP** | *International* |
| 13 | 1900 K St., NW Washington, DC 20006 | */s/ Chul Pak* |
| 14 | (202) 496-7500 | Chul Pak |
| 15 | Fax: (202) 496-7756 gap.bono@dentons.com | Jeffrey C. Bank Justin A. Cohen |
| 16 | claire.maddox@dentons.com eric.wu@dentons.com | **WILSON SONSINI GOODRICH & ROSATI** |
| 17 | AND | **Professional Corporation** 1301 Avenue of the Americas, 40th |
| 18 | | Floor |
| 19 | Andrew S. Azarmi **DENTONS US LLP** | New York, New York 10019 (212) 497-7726 |
| 20 | Spear Tower, One Market Plaza, 24th Floor | Fax: (212) 999-5899 cpak@wsgr.com |
| 21 | San Francisco, CA 94105 (415) 267-4000 | jbank@wsgr.com jcohen@wsgr.com |
| 22 | Fax: (415) 356-3873 | *Counsel for Defendants, Hitachi* |
| 23 | andrew.azarmi@dentons.com *Counsel for Defendants, Shinyei Kaisha,* | *Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd., and Hitachi AIC Inc.* |
| 24 | *Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. and Shinyei* | *s/ Darrell Prescott* |
| 25 | *Corporation of America* | Darrell Prescott (*pro hac vice* pending) |
| 26 | | **BAKER AND MCKENZIE LLP** 452 Fifth Avenue |
| 27 | STIPULATION REGARDING EXTENSION OF TIME | |
| 28 | CASE NO. 14-cv-3264-JD | |

| | | |
|---|---|---|
| 1 | */s/Jarod M. Bona* | New York, NY 10018 |
| | Jarod M. Bona | Telephone: (212) 626-4476 |
| 2 | Aaron R. Gott | Facsimile: (212) 310-1637 |
| | **BONA LAW PC** | Email: |
| 3 | 4275 Executive Square, #200 | darrell.prescott@bakermckenzie.com |
| | La Jolla, CA  92037 | |
| 4 | (858) 964-4589 | Meghan E. Hausler (*pro hac vice* |
| | Fax: (858) 964-2301 | pending) |
| 5 | Email: jarod.bona@bonalawpc.com | **BAKER AND MCKENZIE LLP** |
| | Email: aaron.gott@bonalawpc.com | 2001 Ross Ave., Ste. 2300 |
| 6 | *Counsel for Taitsu Corporation and* | Dallas, TX 75201 |
| 7 | *Taitsu America, Inc.* | Telephone: (214) 965-7219 |
| | | Facsimile: (214) 978-3099 |
| 8 | | Email: |
| 9 | | Meghan.Hausler@bakermckenzie.com |
| 10 | | Christina M. Wong |
| | | (State Bar No. 288171) |
| 11 | */s/ Allison A. Davis* | **BAKER & MCKENZIE LLP** |
| | Allison A. Davis | Two Embarcadero Center, 11th Floor |
| 12 | Sanjay M. Nangia | San Francisco, CA 94111 |
| | Joy G. Kim | Telephone: (415) 576-3022 |
| 13 | **DAVIS WRIGHT TREMAINE LLP** | Facsimile: (415) 576-3099 |
| 14 | 505 Montgomery Street, Suite 800 | Email: |
| | San Francisco, CA 94111-6533 | Christina.Wong@bakermckenzie.com |
| 15 | Telephone: (415) 276-6500 | *Counsel for Okaya Electric Industries* |
| | Fax: (415) 276-6599 | *Co., Ltd., and Okaya Electric America* |
| 16 | Email: allisondavis@dwt.com | *Inc.* |
| 17 | sanjaynangia@dwt.com | |
| | joykim@dwt.com | |
| 18 | *Counsel for Shizuki Electric Co., Inc.* | |
| 19 | | |
| 20 | */s/ Bonnie Lau* | |
| 21 | Bonnie Lau | |
| | **DENTONS US LLP** | |
| 22 | One Market Plaza | |
| | Spear Tower, 24th Floor | |
| 23 | San Francisco, CA  94105 | |
| | (415) 882-5083 | |
| 24 | Fax: (415) 267-4198 | |
| 25 | Email: bonnie.lau@dentons.com | |
| | *Counsel for Defendant, Matsuo Electric* | |
| 26 | *Co., Ltd.* | |
| 27 | STIPULATION REGARDING EXTENSION OF TIME | |
| 28 | CASE NO. 14-cv-3264-JD | |
| | 4 | |

*/s/ C. Dennis Loomis*
C. Dennis Loomis
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Email: cdloomis@bakerlaw.com

AND

John R. Fornaciari
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20026
Email: jfornaciari@bakerlaw.com
*Counsel for Defendants, Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.*

STIPULATION REGARDING EXTENSION OF TIME
CASE NO. 14-cv-3264-JD
5

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/ Mark D. Flanagan* | */s/ Ashley M. Bauer* |
| | Mark D. Flanagan (Bar No. 130303) | Belinda S Lee (Bar No. 199635) |
| 3 | **WILMER CUTLER PICKERING** | Ashley M. Bauer (Bar No. 231626) |
| | **HALE AND DORR LLP** | **LATHAM & WATKINS LLP** |
| 4 | 950 Page Mill Road | 505 Montgomery Street, Suite 2000 |
| | Palo Alto, CA 94304 | San Francisco, CA 94111-6538 |
| 5 | Telephone: (650) 858-6047 | Tel: 415-391-0600 |
| 6 | Facsimile: (650) 858-6100 | Fax: 415-395-8095 |
| | Mark.Flanagan@wilmerhale.com | belinda.lee@lw.com |
| 7 | | ashley.bauer@lw.com |
| 8 | Allyson T. Slater (Bar No. 287291) | |
| | Aaron S. Thompson (Bar No. 272391) | *Counsel for Defendant Nitsuko* |
| 9 | **WILMER CUTLER PICKERING** | *Electronics Corporation* |
| | **HALE AND DORR LLP** | |
| 10 | 350 S. Grand Ave., Suite 2100 | |
| | Los Angeles, CA 90071 | |
| 11 | Telephone: (213) 443-5300 | |
| 12 | Facsimile: (213) 443-5400 | |
| | Allyson.slater@wilmerhale.com | |
| 13 | Aaron.Thompson@wilmerhale.com | |
| 14 | *Counsel for Defendant Nissei Electric Co. Ltd* | |