**Joseph Saveri Law Firm, Inc.**
601 California St., Suite 1000
San Francisco, CA 94108

January 4, 2018

*Via* ECF and Hand Delivery

Hon. Judge James Donato
United States District Court
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, California 94102

Re:   *In re Capacitors Antitrust Litigation*, No. 14-cv-3264-JD – Plaintiffs' Withdrawal of Letter Brief re Sanyo Rule 30(b)(6) Deposition Scheduling

Your Honor:

Plaintiffs write to inform the Court that they are hereby withdrawing the December 14, 2017 letter brief seeking to compel Rule 30(b)(6) deposition dates from Sanyo. *See* ECF No. 1979. Counsel for Sanyo provided dates for that deposition today.

Respectfully,

**Joseph Saveri Law Firm, Inc.**

*/s/ Joseph R. Saveri*
*Interim Lead Class Counsel for*
*Direct Purchaser Plaintiffs*

cc: All Counsel (*via* email)