UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 8, 2018                                              Judge: Hon. James Donato

Time: 27 Minutes

Case(s):     C-14-03264-JD  IN RE CAPACITORS ANTITRUST LITIGATION
             MD-17-02801-JD  In re Capacitors Antitrust Litigation (No. III)

Attorney(s) for Plaintiff(s):    Jiamie Chen/Elizabeth Castillo/Joseph Saveri/C. Andrew Dirksen
Attorney(s) for Defendant(s):    Bonnie Lau/Megan Havstad/Allison Davis/Francine Bendat/ Jacob Sorensen/Steven Kaufhold

Deputy Clerk: Lisa Clark

Court Reporter: Belle Ball

PROCEEDINGS

Motion for Leave to Amend Complaint - Held

NOTES AND ORDERS

The Court hears argument on the DPPs' motion for leave to amend their complaint. Dkt. No. 1997 in Case No. 14-3264. For the reasons stated on the record, the Court **DENIES** the motion from the bench. There will be no further written order.

The Court sets a final approval hearing on DPPs' proposed class settlements with Hitachi Chemical and Soshin for **April 26, 2018**, at 10 a.m. DPPs will submit revised preliminary approval orders reflecting this final approval hearing date. (*See* Dkt. No. 1989 in Case No. 14-3264.)