1  Lesley E. Weaver (SBN 191305)
2  Matthew S. Weiler (SBN 236052)
   BLEICHMAR FONTI & AULD LLP
3  555 12th Street, Suite 1600
   Oakland, CA 94607
4  Tel.: (415) 445-4003
5  Fax: (415) 445-4020
   lweaver@bfalaw.com
6  mweiler@bfalaw.com

7  *Attorneys for Plaintiff Dependable Component Supply Corp.*

8  Michael P. Lehmann (SBN 77152)
9  Bonny E. Sweeney (SBN 176174)
   Christopher L. Lebsock (SBN 184546)
10 Samantha Stein (SBN 302034)
   HAUSFELD LLP
11 600 Montgomery Street, Suite 3200
   San Francisco, CA 94111
12 Tel: (415) 633-1908
13 Fax: (415) 358-4980
   mlehmann@hausfeld.com
14 bsweeney@hausfeld.com
   clebsock@hausfeld.com
15 sstein@hausfeld.com

16 *Attorneys for Plaintiffs Powerweb, Inc. and Powerweb Energy, Inc.*

17

18

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21

22 | IN RE CAPACITORS ANTITRUST | Case No. 14-cv-3264-JD |
23 | LITIGATION | |
   | | **RESPONSE TO FIVE RIVERS'** |
24 | This Document Relates To: | **ADMINISTRATIVE MOTION TO** |
   | | **CONSIDER WHETHER CASES SHOULD** |
25 | ALL ACTIONS | **BE RELATED** |
26 | | Judge: Hon. James Donato |

27

28

| | |
|---|---|
| 1 | DEPENDABLE COMPONENT SUPPLY | Case No. 3:18-cv-198-EJD |
| 2 | CORP., Plaintiff, on behalf of itself and others similarly situated, | Judge: Hon. Edward J. Davila |
| 3 | v. | |
| 4 | | |
| 5 | MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC | |
| 6 | CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; | |
| 7 | PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC | |
| 8 | DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; | |
| 9 | SUMIDA ELECTRIC CO., LTD.; SUMIDA | |
| 10 | AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN | |
| 11 | (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; AND TDK | |
| 12 | U.S.A. CORPORATION, Defendants. | |

| | |
|---|---|
| 13 | POWERWEB, INC. AND POWERWEB | Case No. 3:18-cv-00349-EJD |
| 14 | ENERGY, INC., on behalf of themselves and others similarly situated, | [Related to Case No. 3:18-cv-198-EJD] |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | MURATA MANUFACTURING CO., LTD.; | |
| 18 | MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC | |
| 19 | CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; | |
| 20 | PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC | |
| 21 | DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA | |
| 22 | ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN | |
| 23 | CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC | |
| 24 | CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. | |
| 25 | CORPORATION, | |
| 26 | Defendants. | |

| | |
|---|---|
| 27 | LIFETIME SERVICE CENTER, INC., on | Case No. 3:18-cv-00511-EJD |
| 28 | behalf of itself and others similarly situated, | [Related to Case No. 3:18-cv-198-EJD] |

1                          Plaintiff,

2              v.

3    MURATA MANUFACTURING CO., LTD.;
     MURATA ELECTRONICS NORTH
4    AMERICA, INC.; PANASONIC
     CORPORATION; PANASONIC
5    CORPORATION OF NORTH AMERICA;
     PANASONIC ELECTRONIC DEVICES CO.
6    LTD; PANASONIC ELECTRONIC
     DEVICES CORPORATION OF AMERICA;
7    SUMIDA CORPORATION; SUMIDA
     ELECTRIC CO., LTD.; SUMIDA AMERICA
8    COMPONENTS, INC.; TAIYO YUDEN CO.,
     LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK
9    CORPORATION; TDK-EPC
     CORPORATION; TDK CORPORATION OF
10   AMERICA, and TDK U.S.A.
     CORPORATION,
11
                           Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.     INTRODUCTION

Plaintiffs in the *Dependable*, *Powerweb*, and *Lifetime* cases[1] (collectively, for purposes of this response, the "*Inductors*" cases) jointly respond to the motion to relate their cases to the *Capacitors* litigation[2] that was filed by the plaintiff in *Five Rivers Electronic Innovations LLC v. Kemet Corporation, et al.*, No. 18-cv-851 JSW (N.D. Cal.). While Plaintiffs do not oppose relating the *Five Rivers* case to their *Inductors* cases, Plaintiffs respectfully request that in considering whether the *Five Rivers* action is related to *Capacitors* the Court consider that: (1) this Court has already effectively determined that these cases are not appropriately related to *Capacitors* or *Resistors*[3] in a prior Order (*Resistors*, ECF No. 383); and (2) the *Inductors* cases are already progressing efficiently under Judge Edward Davila at this point, and thus, Five Rivers' motion at this stage undercuts, rather than promotes, the efficiencies sought by Local Rule 3-12.

## II.    LEGAL STANDARD

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

## III.   DISCUSSION

### A.     This Court Has Already Effectively Determined Relationship of the *Inductors* Cases is Not Warranted, and There are Meaningful Differences Between the Cases.

Earlier this year, the Plaintiff in the *Dependable* case filed a motion to determine whether its case should be related to the *Resistors* action pending before this Court, which in

---

[1] *Dependable Component Supply Corp. v. Murata Manufacturing Co. Ltd. et al.*, No. 18-cv-00189-EJD (N.D. Cal.) ("*Dependable*"), *Powerweb, Inc. et al. v. Murata Manufacturing Co. Ltd. et al.*, No. 18-cv-00349-EJD (N.D. Cal.) ("*Powerweb*"), and *Lifetime Service Center, Inc. v. Murata Manufacturing Co. Ltd. et al.*, No. 18-cv-00511-EJD (N.D. Cal.) ("*Lifetime*").

[2] *In re Capacitors Antitrust Litig.*, No. 14-md-3264 (N.D. Cal.) ("*Capacitors*").

[3] *In re Resistors Antitrust Litig.*, No. 15-cv-3820 (N.D. Cal.) ("*Resistors*"). The Court previously denied a motion to relate *Resistors* and *Capacitors*. *Capacitors*, ECF No. 923.

1  turn, is related to the *Capacitors* action. *Resistors*, ECF No. 376. Dependable outlined the

2  commonalities between its case to the *Resistors* action—and the *Capacitors* action, which was

3  discussed throughout the brief—noting that all three of these cases allege cartel activities in

4  the markets for passive electronic components. *Id.* at 1. In doing so, Dependable also

5  acknowledged that it alleged a conspiracy concerning "a different passive electronic

6  component, distinct markets, and alleged cartel participants other than those at issue in

7  *Capacitors* and *Resistors.*" *Id.* at 1-2. It also noted that the Court had earlier rejected a motion

8  to relate the *Resistors* and *Capacitors* actions (*Capacitors*, ECF No. 923), although the

9  Northern District executive committee later moved the *Resistors* action before this Court after

10  Judge Whyte's retirement was announced (*Resistors*, ECF No. 151).

11      The Court denied Dependable's motion to relate on January 18, 2018. *Id.*, ECF No.

12  383. Given the Court's ruling, none of the parties in subsequently-filed cases moved to relate

13  their *Inductors* cases to *Resistors* or *Capacitors*.[4]

14      **B.   Judge Davila is Already Managing the *Inductors* Cases, and Thus Five
        Rivers' Motion at this Point Undercuts, Rather than Promotes, Efficiency.**

15

16      The *Inductors* cases are efficiently progressing before Judge Davila (who received the

17  cases after Dependable's relationship motion was denied), and none of Local Rule 3-12's

18  concerns warrant hindering that progress. Judge Davila has already gained familiarity with the

19  *Inductors* cases as he has reviewed the *Dependable*, *Powerweb*, *Lifetime*, and *Cambridge*[5]

20  Complaints and found that those cases are appropriately related together.  He has also already

21  issued other case management orders, including setting a case management conference in

22  April, ruling on Plaintiffs' stipulation with Defendants on scheduling issues and alternative

23  service for the foreign parent companies, and setting a hearing on Plaintiffs' motion to

24  _____

25  [4] Although Civil Local Rule 7-11 requires the movant to seek a stipulation with the other
    parties in filing an administrative motion such as motion to relate or to explain why such a
    stipulation could not be obtained, Five Rivers did not reach out to any of the Plaintiffs in the

26  *Inductors* actions. As a result, Plaintiffs did not have the opportunity to alert Five Rivers'
    counsel about the Court's prior order or take other action to help inform this decision.

27  [5] *Cambridge Capital Corp. v. Murata Manufacturing Co., Ltd.*, No. 18-cv-00686-EJD (N.D.

28  Cal.).

1  consolidate these *Inductors* cases as well as a motion to appoint interim lead counsel for the

2  proposed classes.

3        Thus, to the extent there are typically efficiencies to be gained in relating cases under

4  Civil Local Rule 3-12, Five Rivers' Motion at this time risks delaying the litigation, not

5  making it more efficient. Nor is there any clear benefit to *Capacitors* by relating these cases.

6  **V.**    **CONCLUSION.**

7        In sum, the Court has already effectively ruled on a substantially similar motion and

8  determined relationship was not necessary—a determination supported by the fact that there

9  are different components, markets, and defendants at issue. In the meantime, the *Inductors* cases

10  are progressing under Judge Davila's leadership. Plaintiffs respectfully raise these

11  considerations in connection with Five Rivers' Motion to Relate their cases to the *Capacitors*

12  litigation.

13

14  Dated: February 20, 2018        Respectfully submitted,

15        /s/ Lesley E. Weaver

16        Lesley E. Weaver (SBN 191305)
          Matthew S. Weiler (SBN 236052)
17        BLEICHMAR FONTI & AULD LLP
18        555 12th Street, Suite 1600
          Oakland, CA 94607
19        Tel.: (415) 445-4003
          Fax: (415) 445-4020
20        lweaver@bfalaw.com
21        mweiler@bfalaw.com

22        *Attorneys for Plaintiff Dependable*
          *Component Supply Corp.*
23

24        /s/ Michael P. Lehmann
25

26        Michael P. Lehmann (SBN 77152)
          Bonny E. Sweeney (SBN 176174)
          Christopher L. Lebsock (SBN 184546)
27        Samantha Stein (SBN 302034)
28        HAUSFELD LLP

600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

Marc H. Edelson (admitted *pro hac vice*)
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
medelson@edelson-law.com

Joshua H. Grabar (admitted *pro hac vice*)
GRABAR LAW OFFICE
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel.: (267) 507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiffs Powerweb, Inc. and
Powerweb Energy, Inc.*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the

concurrence in the filing of this document from all signatories for whom a signature is

indicated by a "conformed" signature (/s/) within this e-filed document.  I have on file records

to support this concurrence for subsequent production for the court if so order or for

inspection upon request.


Dated: February 20, 2018            /s/ Lesley E. Weaver
                                    Lesley E. Weaver
                                    *Attorney for Plaintiff Dependable Component
                                    Supply Corp.*

---