# Exhibit A

# NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED PARTIAL SETTLEMENT OF CLASS ACTION, FAIRNESS HEARING, AND RIGHT TO APPEAR

**If you directly purchased aluminum, tantalum or film capacitors between January 1, 2002 through July 22, 2015, you could be affected by a Class Action Settlement. Please read this notice carefully.**

*A federal court authorized this notice. This is not junk mail, an advertisement, or a solicitation from a lawyer.*

- On _____, the Hon. James Donato of the United States District Court for the Northern District of California entered an order preliminarily certifying a settlement class of direct purchaser plaintiffs ("Plaintiffs") in a class action lawsuit involving alleged agreements among certain manufacturers to raise or stabilize the prices for aluminum, tantalum and film capacitors ("Capacitors").

- Settlements totaling $66,900,000 have been reached with Defendants Hitachi Chemical Co., Ltd., Hitachi AIC, Inc., Hitachi Chemical Co. America, Ltd. (collectively, "Hitachi Chemical"); Soshin Electric Co., Ltd., and Soshin Electronics of America Inc. (collectively, "Soshin") (all Hitachi Chemical and Soshin entities together, the "Settling Defendants") in partial settlement of the class action lawsuit (the "Settlement Agreements"). The Settling Defendants expressly deny plaintiffs' allegations, including that the Settling Defendants or any of their current or previous subsidiaries, business units, or affiliates engaged in the wrongdoing alleged by plaintiffs.

- The lawsuit is continuing against defendants that have not previously settled, including Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; SANYO North America Corporation; KEMET Corporation; KEMET Electronics Corporation; Nippon Chemi-Con Corporation; United Chemi-Con, Inc.; Nichicon Corporation; Nichicon (America) Corporation; AVX Corporation; Rubycon Corporation; Rubycon America Inc.; ELNA Co., Ltd.; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A HolyStone International); Vishay Polytech Co., Ltd.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nissei Electric Co., Ltd.; and Shizuki Electric Co., Ltd., which are referred to as the "Non-Settling Defendants." The Court has previously approved settlements of Plaintiffs' claims against Defendants Fujitsu Ltd.; NEC Tokin Corporation and NEC Tokin America, Inc.; Nitsuko Electronics Corporation; and Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc., which are collectively referred to as the "Previously Settled Defendants." The Settling Defendants, the Previously Settled Defendants, and the Non-Settling Defendants are referred to collectively as the "Defendants."

- You are a settlement class member ("Settlement Class Member") if you are a person in the United States that purchased Capacitors (including through controlled subsidiaries, agents, affiliates or joint-ventures) directly from any of the Defendants, their subsidiaries, agents, affiliates or joint ventures from January 1, 2002 through July 22, 2015. Excluded from the Settlement Class are: (i) Defendants (and their subsidiaries, agents and affiliates); (ii) shareholders holding more than 10% equity interest in a Settling Defendant as of the date that the Settlement Agreement with the Settling Defendant is fully executed; (iii) each member of the Settlement Class that timely requests exclusion by 'opting out'; (iv) governmental entities; and (v) the judges and chambers staff in this case, including their immediate families.

- If you are a Settlement Class Member, you are included in the partial settlements with the Settling Defendants. You are also included in the continuing lawsuit against the Non-Settling Defendants.

- Please read this Notice carefully. Your legal rights will be affected whether you act or do not act. You now have to make a choice to preserve your legal rights.

**QUESTIONS? CALL 1-866-903-1223**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **DO NOTHING** | **Get no payment from the Settling Defendants**. Give up your rights to ever recover from the Settling Defendants for the legal claims in this case if the partial settlements are finally approved.<br><br>You will remain a class member in the lawsuit against the Non-Settling Defendants and keep the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement.<br><br>You do not need to take additional action to remain in the Settlement Class or be a part of the ongoing lawsuit against the Non-Settling Defendants. There is no money available now from any of the Non-Settling Defendants, and there is no guarantee there will be. The outcome of the continuing class action lawsuit against the Non-Settling Defendants unknown. You will receive other notices from the Court when there are other important developments that may require you to make a decision or take action. |
| **SUBMIT A CLAIM FORM FOR YOUR SHARE(S) OF THE PARTIAL SETTLEMENTS** | **Completing and submitting a Claim Form by April 23, 2018 is the only way to receive money from the partial settlement with the Settling Defendants when the funds are distributed.** The Claim Form is attached to this Notice.<br><br>As explained below, Class Counsel (as this term is defined in Question 17) may make one or more distribution(s) of money received in the partial settlements with Settling Defendants, and in any future settlements with Non-Settling Defendants. |
| **EXCLUDE YOURSELF FROM THE PARTIAL SETTLEMENTS** | **Get no payment from one or more of the Settling Defendants with respect to one or both of the partial settlements (or portions thereof).** Opting out of the settlement class with respect to one or more of the Settling Defendants is the only way that you can file or continue your own lawsuit concerning the legal claims in this case against one or more of the Settling Defendants as to which you opt-out.<br><br>If you exclude yourself from one or both of the partial settlements (or portions thereof) with respect to one or more of the Settling Defendants, you will still remain in the proposed Class in the continuing lawsuit against the Non-Settling Defendants. If you exclude yourself from the partial settlements only as to some, but not all, of the Settling Defendants, you will remain in the Settlement Class with respect to the other Settling Defendants. At later times, you will receive additional notices from the Court about this lawsuit, including your right to exclude yourself from other settlements, or from the litigation. |
| **OBJECT TO OR COMMENT ON THE PARTIAL SETTLEMENTS** | **Following the instructions in Question 23, write to the Court about why you like or do not like the settlement with one or more of the Settling Defendants by no later than May 18, 2018.** You may also ask to speak to the Court about your written comments or objections about the fairness of the settlements and the request for litigation fees and expenses at the "Fairness Hearing" on June 7, 2018, though you do not have to do so. To comment on or object to the partial settlements and the request for litigation fees and expenses, or to speak at the Fairness Hearing, you must act before May 18, 2018. |
| **GO TO THE COURT'S FAIRNESS HEARING ABOUT THE PARTIAL SETTLEMENT.** | If you prefer, you may ask to speak in Court about the fairness of the partial settlements and the request for litigation fees and expenses if you follow the instructions in Questions 23 and 24 of this Notice.<br><br>You do not need to speak to the Court to receive the benefits of the partial settlements. |

**QUESTIONS? CALL 1-866-903-1223**

- **This Notice explains your legal rights and options—and the deadlines to exercise them.**

- **The Court in charge of this case still has to decide whether to approve the settlements with the Settling Defendants.  Payments will be made if the Court approves the settlements, and after appeals, if any, are resolved, and after the Court orders that the Settlement Fund (as described in Question 12 below) be distributed. Please be patient.**

- **The outcome of the class action lawsuit against the Non-Settling Defendants is not yet known.  You will be notified if money or benefits are obtained from any of the Non-Settling Defendants through settlement(s) or trial.**

- **This is not a lawsuit against you.**

- **This notice summarizes the proposed settlements with Hitachi Chemical and Soshin.  For the precise terms and conditions of the settlement, please see the Settlement Agreements available at www.capacitorsantitrustsettlement.com, by contacting Class Counsel at (415) 500-6800, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.**

   **PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THE SETTLEMENTS OR THE CLAIMS PROCESS**.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ................................................................................................................................... PAGE 5
    1. Why did I receive this Notice?
    2. What is this lawsuit about?
    3. Why is this a class action, and who is involved?
    4. Why are there settlements?
    5. Why are the settlements "partial"?
    6. Why is the lawsuit continuing if there are settlements?
    7. What happens if Plaintiffs later reach a settlement with the Non-Settling Defendants?

**WHO IS IN THE PARTIAL SETTLEMENT AND THE CLASS ACTION LAWSUIT?** ................................................... PAGE 6
    8. Am I a class member who is part of the partial settlements and the ongoing class action lawsuit against the Non-Settling Defendants?
    9. I am still not sure if I am included.
    10. Does it make a difference whether I purchased Capacitors from a Settling Defendant or a Non-Settling Defendant?
    11. What are my rights as a Settlement Class member?

**THE SETTLEMENT BENEFITS** ...................................................................................................................... PAGE 7
    12. What do the partial settlements provide?
    13. How much money can I get from the partial settlements?

**SUBMITTING A CLAIM FORM FOR A SHARE OF THE PARTIAL SETTLEMENTS** ..................................................... PAGE 7
    14. How can I get money from the partial settlements?
    15. When will I get my payment(s)?
    16. What am I giving up to receive payment(s) under the partial settlements?

**THE LAWYERS REPRESENTING YOU** ........................................................................................................... PAGE 8
    17. Who represents me in this case?
    18. Should I get my own lawyer?
    19. How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE PARTIAL SETTLEMENTS AND/OR THE ONGOING LAWSUIT** ..................... PAGE 9
    20. How do I opt out of the partial settlements?
    21. If I do not exclude myself, can I sue the Settling Defendants for the same thing later?
    22. If I exclude myself, can I get money from this case?

**COMMENTING ON OR OBJECTING TO THE PARTIAL SETTLEMENTS** ............................................................. PAGE 10
    23. How do I tell the Court that I like or do not like the partial settlements, and may I speak at the hearing?

**THE COURT'S FAIRNESS HEARING** .......................................................................................................... PAGE 11
    24. When and where will the Court decide whether to approve the partial settlements?
    25. Do I have to come to the Fairness Hearing?

**IF YOU DO NOTHING** ............................................................................................................................... PAGE 11
    26. What happens if I do nothing at all?

**GETTING MORE INFORMATION** ............................................................................................................... PAGE 11
    27. Are more details about the settlements and the lawsuit available?
    28. How do I get more information?

## BASIC INFORMATION

| 1. Why did I receive this Notice? |
|---|

You have received this Notice because Defendants' records show you may have directly purchased Capacitors from one or more Defendant(s) or from a subsidiary, agent, affiliate or joint venture of a Defendant from January 1, 2002 through July 22, 2015.

**The Court sent you this Notice for the following reason:**

**Class members have the right to know about the partial settlement of a class action lawsuit, and about their legal rights and options, before the Court holds a Fairness Hearing to decide whether to grant final approval to the settlement.**

This Notice explains the lawsuit, the partial settlements, and your legal rights. It also explains what benefits from the partial settlements are available at this time, who is eligible to participate, and how to share in the settlements. If the Court approves one or more of the partial settlements, and after any objections and appeals are resolved, Class Counsel will disburse the Settlement Fund (as described in Question 12 below) in one or more distributions at a time to be determined by the Court.

The Court has preliminarily approved the settlements. If you are a Settlement Class Member, you have legal rights and options that you may exercise before the Court considers whether it will grant final approval to the proposed partial settlements at the Fairness Hearing. The Court will hold the Fairness Hearing on June 7, 2018 at 10:00 a.m. to decide whether each of the proposed partial settlements with each of the Settling Defendants is fair, reasonable, and adequate. The Court will also consider Class Counsel's request for payment of attorneys' fees and reimbursement of litigation expenses.

If you wish to comment on (including object to) or exclude yourself from one or more of the partial settlements, you must do so by following the procedures described below. If you do nothing, you will not receive any money from the partial settlements, but you will nevertheless be bound by any final judgment concerning the Settling Defendants.

| 2. What is this lawsuit about? |
|---|

The lawsuit claims that Defendants entered into agreements to artificially raise, fix, or stabilize the prices of aluminum, tantalum, and film capacitors in violation of federal antitrust law. Each of the Defendants, including the Settling Defendants, expressly denies that it violated any laws or engaged in any wrongdoing, except that: (a) on January 21, 2016, NEC TOKIN Corporation pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors; (b) on June 9, 2016, Hitachi Chemical Co., Ltd. pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors; (c) on October 11, 2017, ELNA Co., Ltd and Holystone pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors; (d) on October 12, 2017, Rubycon Corporation pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors; (e) on October 25, 2017, Matsuo Electric Co., Ltd. pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors; and (f) on November 8, 2017, Nichicon Corporation pleaded guilty to participating in a conspiracy to fix prices of certain electrolytic capacitors.

The Court has previously approved settlements of Plaintiffs' claims against the Previously Settled Defendants: Fujitsu Ltd.; NEC Tokin Corporation and NEC Tokin America, Inc.; Nitsuko Electronics Corporation; and Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.

To obtain more information about the claims in this lawsuit, you can view the complaint and other court documents in this case at **www.capacitorsantitrustsettlement.com**.

| 3. Why is this a class action, and who is involved? |
|---|

In a class action lawsuit, one or more people called "Named Plaintiffs" or "Class Representatives" sue on behalf of other people who have similar claims. The people and companies with similar claims together are a "Class" and each is called a "Class Member." In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves (or "opt-out") from the Class.

**4. Why are there settlements?**

The Court has not yet found in favor of Plaintiffs or Defendants. While the lawsuit is still pending before the United States District Court, Plaintiffs and the Settling Defendants have agreed to settlements that, if approved, will bring the claims against the Settling Defendants to an end. This way, Plaintiffs and Settling Defendants avoid the uncertainty of continuing the case between them. They also avoid the cost and delay of further litigation, and Class Members will receive the benefits of the settlements.

**5. Why are the settlements "partial" settlements?**

Although the settlements with the Settling Defendants fully resolve the Class Members' claims against the Settling Defendants (*see* response to Question 16), the settlements only partially resolve the case, which will continue against the Non-Settling Defendants (*see* response to Question 6). For this reason, the settlements with the Settling Defendants are partial settlements.

**6. Why is the lawsuit continuing if there are settlements?**

The Settling Defendants have agreed to settle this case. Previously, other Defendants have settled (*see* response to Question 2). The remaining Defendants have not agreed to settle, so the lawsuit will continue as a proposed class action against them. More money may become available in the future as a result of additional settlements with (and/or a trial against) the Non-Settling Defendants, but there is no guarantee that will happen.

**7. What happens if Plaintiffs later reach a settlement with the Non-Settling Defendants?**

The lawsuit will continue as a proposed class action against the Non-Settling Defendants on behalf of all Class Members. It is unknown whether Plaintiffs will obtain settlements with, or prevail at trial against, the Non-Settling Defendants. If there are additional settlements in the future, there will be notice of those settlements as well.

### WHO HAS THE RIGHT TO PARTICIPATE IN THE PARTIAL SETTLEMENTS AND THE CLASS ACTION LAWSUIT?

**8. Am I a Class Member who is part of the partial settlements and the ongoing class action lawsuit against the Non-Settling Defendants?**

In general, direct purchasers of Capacitors are Settlement Class Members, *i.e.*, persons or entities (a) who are eligible for a payment from the proposed settlements when the funds are distributed, and (b) on whose behalf the lawsuit will continue against the Non-Settling Defendants, if they meet the following definition:

> All persons in the United States that purchased Capacitors directly from any of the Defendants (including through their controlled subsidiaries, agents, affiliates or joint-ventures) from January 1, 2002 through July 22, 2015 (the "Class Period").

**9. I am still not sure if I am included.**

If you received this Notice, it is because you were listed as a potential Settlement Class Member. If you are still not sure whether you are included, you can get help by calling Class Counsel at (415) 500-6800.

**10. Does it make a difference whether I purchased Capacitors from the Settling Defendants or a Non-Settling Defendant?**

No. As long as you fall within the definition of the Settlement Class in Question 8 above, you can participate in the partial settlements, and the ongoing lawsuit against the Non-Settling Defendants, regardless of the specific Defendant form which you purchased Capacitors.

**11. What are my rights as a Settlement Class Member?**

You may submit a Claim Form for a payment from the Settlement Fund (*see* Question 14). Or, you may exclude yourself from one or more of the settlements (*see* Question 20). You may also comment on or object to the proposed

partial settlements and the request for fees and litigation expenses (*see* Question 23). You may also attend the Court's Fairness Hearing to speak in support of, or against, the Court's final approval of the proposed partial settlements and the request for fees and litigation expenses. You may also choose to do nothing—which would result in no payment to you for the partial settlements. (*see* Question 26).

## THE SETTLEMENT BENEFITS

### 12. What do the partial settlements provide?

The Settling Defendants have agreed to pay funds into an Escrow Account for the benefit of Plaintiffs and the Settlement Class. Counsel will use the Escrow Account for reimbursement of such fees and expenses related to the provision of notice to the Class Members.

The Settling Defendants have agreed to pay into the Escrow Account for the benefit of Plaintiffs and the Settlement Class the following (the "Settlement Fund"):

- Hitachi Chemical has agreed to pay $63,000,000. Hitachi Chemical has already paid this amount into an Escrow Account.
- Soshin has agreed to pay $3,900,000 within fourteen (14) calendar days after the Court grants preliminary approval of its settlement.

As a Settlement Class Member, you will give up, or "release," your claims against the Settling Defendants. This release includes any claims made or that could have been made arising from the facts alleged in this class action lawsuit. The releases are described in more detail in the Settlement Agreements and in Question 16 below. You can view or download copies of the Settlement Agreements at the website www.capacitorsdirectsettlement.com.

### 13. How much money can I get from the partial settlement?

Settlement Class Members who submit a Claim Form will be eligible to receive a share of the Settlement Fund based on an allocation formula (the "Allocation Formula") utilizing each Settlement Class Member's proportionate share of Capacitors purchased during the Class Period. Under the Allocation Formula, each Settlement Class Member submitting a valid Claim Form would be entitled to receive an amount calculated by multiplying (a) the net amount in the Settlement Fund (after deducting all Court-approved expenses, fees, and administrative costs) by (b) a quotient calculated by dividing (i) the total amount of Capacitors purchased directly from Defendants during the Class Period by the specific Settlement Class Member submitting a valid Claim Form, with (ii) the total amount of Capacitors purchased directly from Defendants during the Class Period by all Settlement Class Members submitting valid Claim Forms.

## SUBMITTING A CLAIM FORM FOR A SHARE OF THE PARTIAL SETTLEMENT

### 14. How can I get money from the partial settlements?

To receive money from the partial settlements, you must complete and submit a Claim Form, either online at **www.capacitorsantitrustsettlement.com,** or by mail. A copy of the Claim Form is included with this Notice. Please read this Notice and the accompanying Claim Form carefully. If any of the Defendants in this case have a record of you purchasing Capacitors from them during the Class Period (*i.e.,* between January 1, 2002 through July 22, 2015, inclusive), you will be mailed a Claim Form for your review that includes details about these purchases. You can either approve the purchase information on your Claim Form, or, if you disagree with this information, you can submit records of your purchases.

**You must complete and submit the form online no later than April 23, 2018, <u>or</u> complete the included form manually, sign it, and mail it postmarked no later than April 23, 2018, to the Notice and Claims Administrator at the address listed in Question 28 of this Notice**. If necessary, you may download and print out a Claim Form from the website **www.capacitorsantitrustsettlement.com.** If you have any problems with the Claim Form or questions about how to submit your claim, please call the Notice and Claims Administrator at the telephone number printed at the bottom of this page.

If you fall within the settlement Class Member definition, you may receive money from the partial settlements.

| 15. When will I get my payment(s)? |
|---|

As noted above, the Court is scheduled to hold a final Fairness Hearing on June 7, 2018, at 10:00 a.m. to decide whether to approve the proposed partial settlements and the request for the payment of attorneys' fees and the reimbursement of litigation expenses. The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice. Please check the website, **www.capacitorsantitrustsettlement.com,** for news of any such changes.

Settlement payments to Settlement Class Member will be distributed after one or more of the settlements is approved, and after appeals, if any, are resolved in the Settlement Class' favor. Class Counsel will remit the funds, through the Notice and Claims Administrator, in one or more distributions that may include future settlements with Non-Settling Defendants.

Updates regarding the partial settlements and when payments may be made will be posted on the settlement website, **www.capacitorsantitrustsettlement.com**.

| 16. What am I giving up to receive payment(s) under one or more of the partial settlements? |
|---|

If you are a Settlement Class Member, unless you exclude yourself from one or more of the settlements with the Settling Defendants, you will remain in the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Settling Defendants about the legal claims in this case. It also means that all of the Court's orders will apply to you and legally bind you, and that you agree to the "Releases of Claims" specifically set forth in the Settlement Agreements with Hitachi Chemical and Soshin available on the settlement website, www.capacitorsantitrustsettlement.com.

In general (and subject to the precise terms as set forth in each of the Settlement Agreements, upon one or more of the Settlement Agreements becoming effective, the Named Plaintiffs and Settlement Class Members who do not otherwise properly exclude themselves ("Releasors") agree that the Settling Defendants and their officers, directors, affiliates, and employees ("Releasees") shall be completely released, acquitted, and forever discharged from any and all manner of claims, demands, rights, actions, suits, and causes of action, whether class, individual, or otherwise in nature (whether or not any Settlement Class Member has objected to the Settlement Agreements or makes a claim upon or participates in the Settlement Fund, whether directly, representatively, derivatively, or in any other capacity), damages whenever incurred, liabilities of any nature whatsoever, including costs, expenses, penalties, injuries, and attorneys' fees that Releasors, or any one of them, whether directly, representatively, derivatively, or in any other capacity, ever had, now have, or hereafter can, shall, or may have against the Releasees, whether known or unknown, relating in any way to any transaction, event, conduct, circumstance, action, failure to act, or occurrence of any sort or type arising out of or related to the Class Action and any joint and several liability arising from the conduct of any of the Defendants in the Class Action prior to the Effective Date arising under or relating to any federal or state antitrust laws, unfair competition, unfair practices or trade practice laws, civil conspiracy, or common law or statutory fraud claims concerning the purchase, pricing, selling, discounting, marketing, manufacturing and/or distributing of Capacitors ("the Released Claims").

To view the legally binding terms about the scope of the Released Claims, please refer to the proposed Settlement Agreements, which are available at **www.capacitorsantitrustsettlement.com.**

By participating in the partial settlements, you are not giving up your rights against the Non-Settling Defendants.

THE LAWYERS REPRESENTING YOU

| 17. Who represents me in this case? |
|---|

The Court appointed the following law firm as Interim Lead Class Counsel (also referred to as "Plaintiffs' Counsel" or "Class Counsel") to represent the Class:

>Joseph R. Saveri
>JOSEPH SAVERI LAW FIRM, INC.
>555 Montgomery Street, Suite 1210
>San Francisco, CA 94111
>(415) 500-6800
>jsaveri@saverilawfirm.com

QUESTIONS?  CALL **1-866-903-1223**

| **18. Should I get my own lawyer?** |
|---|

You do not need to hire your own lawyer because Plaintiffs' Counsel are working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your lawyer to appear in Court for you if you want someone other than Plaintiffs' Counsel to speak for you. You may also appear for yourself without a lawyer.

| **19. How will the lawyers be paid?** |
|---|

At the Fairness Hearing, Plaintiffs' Counsel will seek payment of $16,725,000 (25% of the Settlement Fund) for legal fees for the work they have done in this case and $6,690,000 (10% of the Settlement Fund), for reimbursement of their reasonable litigation expenses, principally expert witness expenses. If the Court awards these payments, they will be paid from the Settlement Fund along with administrative fees and expenses related to the provision of notice to the Settlement Class Members, processing of Claim Forms, and distributing Settlement Funds to the Settlement Class Members submitting valid Claim Forms.

You personally do not have to pay any of Class Counsel's fees, costs, or expenses.

### EXCLUDING YOURSELF FROM THE SETTLEMENTS AND/OR THE ONGOING LAWSUIT

| **20. How do I opt out of the settlements and/or the ongoing class action lawsuit against the Non-Settling Defendants?** |
|---|

**Excluding yourself from one or more of the partial settlements:** If you fall within the Settlement Class Member definition (*see* Question 8) but wish to keep the right to sue or continue to sue one or more of the Settling Defendants (at your own expense) about the legal issues in this case, then you must take steps to remove yourself from the Settlement Class. This is called excluding yourself from, or opting out of, the settlements. Opting out of the Settlement Class for purposes of the partial settlements described in this notice will not affect your right to remain in the proposed Settlement Class for purposes of the continuing litigation against the Non-Settling Defendants. You may also opt-out of the Settlement Class with respect to one or more Settling Defendants, but choose to remain in the Settlement Class with respect to the other Settling Defendants.

To exclude yourself from (or opt out of) the partial settlement with one or more Settling Defendants, you must send an Opt-Out Request letter to the Notice and Claims Administrator at the address below indicating that you want to be excluded from the Settlement Class in *In re Capacitors Antitrust Litigation*; stating your full legal name, address, and telephone number; providing a statement that you purchased Capacitors directly from one or more Defendants; and identifying the settlements from which you wish to opt out.

You must include the following statement with your Opt-Out Request Letter: "I want to be excluded from the Capacitors Antitrust Litigation class action settlement with [*SPECIFY THE NAME OF EACH SETTLING DEFENDANT FROM WHOSE SETTLEMENT YOU WISH TO EXCLUDE YOURSELF*]. I understand that by so doing, I will not be able to get any money or benefits from the settlement with that/those Settling Defendant(s) in this case." This Opt-Out Request Letter must be signed and dated and include your telephone number.

If you request to be excluded from one or more of the partial settlements with Settling Defendants, you will not be legally bound by the settlement with that/those Settling Defendant(s). You will be able to sue (or continue to sue) that/those Settling Defendant(s) in the future about the legal claims in this case.

If you ask to be excluded from one or more of the settlements with Settling Defendant(s), you will not get any payment from the settlement with respect to the Settling Defendant(s), and you cannot object to that settlement.

If you choose to remain in some or all of these settlements, you will have the right to remain in or exclude yourself from any future settlement classes or any class certified by the Court.

**Exclusion/Opt-Out Request Mailing Information**

To exclude yourself from one or more of the settlements with Settling Defendant(s), you must submit your Opt-Out Request Letter postmarked *via* First Class United States Mail (or United States Mail for overnight delivery) no later than April 23, 2018 (or received by the Notice and Claims Administrator by that date if sent by fax or e-mail) at the following address:

Notice and Claims Administrator

Capacitors Antitrust Direct Purchaser Litigation Settlement

P.O. Box 2563

Faribault, MN 55021-9563

You cannot exclude yourself (opt out) by telephone.

### 21.  If I do not exclude myself, can I sue the Settling Defendants for the same thing later?

No.  If you are a Settlement Class Member, unless you exclude yourself from one or more of the settlements with one or more of the Settling Defendants, you give up the right to sue all of the Settling Defendants for the claims that the partial settlement resolves as more fully described in Question 16 above.

If you have a pending lawsuit against any of the Defendants, speak to your lawyer in that lawsuit immediately, because you may need to exclude yourself from the Settlement Class to continue your own lawsuit.  The process for excluding yourself from one or more of the settlements is described in the preceding section.

### 22.  If I exclude myself, can I get money from this case?

Yes and no.  If you exclude yourself from one or more of the settlements with Settling Defendants, you will not receive money under that settlement even if you submit a Claim Form. You will, however, remain eligible for payment relating to any settlements from which you did not opt out. You will also remain eligible to a share of the money recovered, if any, from Non-Settling Defendants in the future.

**COMMENTING ON OR OBJECTING TO THE SETTLEMENT**

### 23.  How do I tell the Court that I like or do not like the proposed settlement, and may I speak at the hearing?

If you are Settlement Class Member, you can comment on, or object to, the proposed partial settlements if you object to any part of it, including the requests for attorneys' fees and reimbursement of expenses. You can give reasons why you think the Court should or should not approve it.  The Court will consider your views.

To comment or object, you must send a letter to the Notice and Claims Administrator with your comment(s) or objection(s) to the proposed settlements in the *In re Capacitors Antitrust Litigation*.  Be sure to include:

- Your name, address, telephone number, email address and signature.
- A statement signed under penalty of perjury that you are a member of the Settlement Class.
- A detailed statement of your comment(s) or objection(s), including the grounds for your objection(s), if any, together with any documents you think support it.

You do not need to attend or speak at the Fairness Hearing (described in Question 24 below) for your comments or objections to be considered.  If you would like to speak at the Fairness Hearing about your comments or objections to the settlement, you must add to your letter a statement that you intend to appear and speak at the hearing (for example, by stating "This is my Notice of Intention to Appear in *In re Capacitors Antitrust Litigation*.").

If you wish for the Court to consider your comment(s) or objection(s), you must mail the comment(s) or objection(s), along with a request to speak at the Fairness Hearing (if any), by First Class U.S. Mail, postmarked no later than May 18, 2018, to:

Notice and Claims Administrator

In re Capacitors Antitrust Litigation Lawsuit

P.O. Box 2563

Faribault, MN 55021-9563

**QUESTIONS?  CALL 1-866-903-1223**

You will have no right to speak at the Fairness Hearing about these settlements if you choose to exclude yourself from the settlements, because a settlement no longer affects you if you opt out of it.

## THE COURT'S FAIRNESS HEARING

### 24. When and where will the Court decide whether to approve the settlements?

The Court will hold a Fairness Hearing on [DATE & TIME] in Courtroom 11, on the 19th Floor of the United States District Court located at 450 Golden Gate Avenue in San Francisco, California.

At the Fairness Hearing, the Court will consider each of the proposed settlements and determine whether each is fair, reasonable, and adequate. The Court will also consider the request for attorneys' fees and litigation expenses, and for payment of other administrative expenses. If there are written comments or objections, the Court will consider them. The Court will decide whether to allow people who have raised objections or comments to speak at the hearing. After the Fairness Hearing, the Court will separately decide whether to approve the partial settlements.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice. Please check the website, **www.capacitorsantitrustsettlement.com,** for news of any such changes.

### 25. Do I have to come to the Fairness Hearing?

No. Class Counsel will be present at the Fairness Hearing to answer any questions the Court may have. You are welcome to come at your own expense. If you send comments or objections to the settlements, you do not have to come to Court to talk about them. If you mailed your written comments or objections on time, the Court will consider them. You may also pay your own lawyer to attend, but such attendance is not necessary.

## IF YOU DO NOTHING

### 26. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will receive no money from the partial settlements with the Settling Defendants. Any claims you might have against the Settling Defendants for the allegations in this case will be released unless you separately write to exclude yourself (following the instructions in Question 20). This means that if you do nothing, you will not be able to collect any damages from the Settling Defendants for the alleged agreements to raise, maintain, or stabilize the prices of Capacitors as alleged in this lawsuit, or in any other lawsuit. You will not receive money from the partial settlements unless you submit a Claim Form (by following the instructions in Question 14). To qualify to receive any money from the settlements with the Settling Defendants, you must submit a Claim Form and follow the instructions in Question 14. Your claim must be filed online or postmarked by mail by April 23, 2018, or received by the Notice and Claims Administrator by that time (*e.g.*, *via* e-mail or facsimile).

## GETTING MORE INFORMATION

### 27. Are more details about the settlements and the lawsuit available?

Yes. This Notice summarizes the proposed settlements with the Settling Defendants and the ongoing lawsuit against the Non-Settling Defendants. More details about the settlements are set forth in the proposed Settlement Agreements themselves. You can see or print copies of the Settlement Agreements at **www.capacitorsantitrustsettlement.com.** More information about the ongoing class action lawsuit, including the Plaintiffs' class action complaint, can also be viewed or printed at **www.capacitorsantitrustsettlement.com**, or at the Website of Class Counsel, the Joseph Saveri Law Firm, Inc., at www.saverilawfirm.com.

### 28. How do I get more information?

The Website **www.capacitorsantitrustsettlement.com** allows you to complete and submit a Claim Form online. The Website also provides answers to common questions about the lawsuit, the partial settlements, Claim Forms, and other information to help you determine whether you are a Settlement Class Member, whether you are

**QUESTIONS?  CALL 1-866-903-1223**

eligible for a payment, and when Settlement Funds will be distributed.  You may also submit a written Claim Form at the address listed below, or you may call or write to the Notice and Claims Administrator with your questions at:

Notice and Claims Administrator

In re Capacitors Antitrust Lawsuit

P.O. Box 2563

Faribault, MN 55021-9563

Telephone:  1-866-903-1223

**PLEASE DO NOT CONTACT THE COURT. YOU SHOULD DIRECT ANY QUESTIONS YOU MAY HAVE ABOUT THIS NOTICE OR THE SETTLEMENT TO THE NOTICE AND CLAIMS ADMINISTRATOR AND/OR TO PLAINTIFFS' COUNSEL.**

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.