Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua Paul Davis (State Bar No. 193254)
Nicomedes Sy Herrera (State Bar No. 275332)
Demetrius X. Lambrinos (State Bar No. 246027)
James G. Dallal (State Bar No. 277826)
V Chai Oliver Prentice (State Bar No. 309807)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          jdavis@saverilawfirm.com
          nherrera@saverilawfirm.com
          dlambrinos@saverilawfirm.com
          jdallal@saverilawfirm.com
          vprentice@saverilawfirm.com

*Interim Class Counsel for Direct Purchaser Plaintiffs*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
|---|---|
| | Case No. 3:14-cv-03264-JD |
| This document relates to ALL CASES | **JOINT STATUS REPORT CONCERNING PENDENCY OF CLAIMS AGAINST DEFENDANTS** |

Direct Purchaser Plaintiffs; Indirect Purchaser Plaintiffs; Flextronics International USA, Inc.; Avnet, Inc.; the AASI Beneficiaries Trust, by and through Kenneth A. Welt, Liquidating Trustee; Benchmark Electronics Inc., and its affiliated entities; and Arrow Electronics, Inc. (collectively, "Plaintiffs"), submit this Status Report Concerning Pendency of Claims Against Defendants.

The pendency of claims against all defendants named in the various actions centralized before the Court are summarized in the attached **Exhibit A**.

At the Court's request, Plaintiffs will file an updated status report every quarter.

Dated:  May 8, 2018                              */s/ Joseph R. Saveri*
                                                 Joseph R. Saveri (State Bar No. 130064)

                                                 JOSEPH SAVERI LAW FIRM, INC.
                                                 Steven N. Williams (State Bar No. 175489)
                                                 Joshua Paul Davis (State Bar No. 193254)
                                                 Nicomedes Sy Herrera (State Bar No. 275332)
                                                 Demetrius X. Lambrinos (State Bar No. 246027)
                                                 James G. Dallal (State Bar No. 277826)
                                                 V Chai Oliver Prentice (State Bar No. 309807)
                                                 601 California Street, Suite 1000
                                                 San Francisco, California 94108
                                                 Telephone: (415) 500-6800
                                                 Facsimile: (415) 395-9940

                                                 *Interim Class Counsel for Direct Purchaser Plaintiffs*

Dated:  May 8, 2018                              */s/ Joseph W. Cotchett*
                                                 Joseph W. Cotchett

                                                 COTCHETT PITRE & McCARTHY LLP
                                                 Adam J. Zapala
                                                 840 Malcolm Road, Suite 200
                                                 Burlingame, CA 94010
                                                 Telephone: (650) 697-6000
                                                 Facsimile: (650) 697-0577

                                                 *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

1

JOINT STATUS REPORT - Case No. 3:17-md-2801 and 3:14-cv-03264

Dated: May 8, 2018                    */s/ Charles E. Tompkins*
                                      Charles E. Tompkins

                                      WILLIAMS, MONTGOMERY & JOHN, LTD.
                                      1607 22nd Street NW, Suite 300
                                      Washington, DC 20008
                                      Telephone: 202-986-2124
                                      Facsimile: 312-443-3286

                                      *Attorneys for Flextronics International USA, Inc.*

Dated: May 8, 2018                    */s/ Robert W. Turken*
                                      Robert W. Turken

                                      BILZIN SUMBERG BAENA
                                      PRICE AND AXELROD LLP
                                      Scott N. Wagner
                                      Lori P. Lustrin
                                      1450 Brickell Avenue, Suite 2300
                                      Miami, FL 33131-5340
                                      Telephone: 305-350-2381
                                      Facsimile: 305-351-2262

                                      *Attorneys for Avnet, Inc.; the AASI Beneficiaries Trust, by and through Kenneth A. Welt, Liquidating Trustee; Benchmark Electronics Inc., and its affiliated entities;*

Dated: May 8, 2018

*/s/ Anne M. Nardacci*
Anne M. Nardacci

BOIES, SCHILLER & FLEXNER, LLP
Kyle Smith
Meredith Lys Schultz
30 South Pearl Street
Albany, NY 12207
Telephone: 518-434-0600
Facsimile: 518-434-0665

BOIES SCHILLER FLEXNER LLP
Stuart H. Singer, Esq.
William A. Isaacson
Philip J. Iovieno
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Arrow Electronics, Inc.*

**ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 8, 2018

*/s/ Nicomedes Sy Herrera*
Nicomedes Sy Herrera (State Bar No. 275332)

JOSEPH SAVERI LAW FIRM, INC.