Mark D. Flanagan (Bar No. 130303)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6047
Facsimile: (650) 858-6100
Mark.Flanagan@wilmerhale.com

Margaret E. O'Grady (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6018
Margaret.O'Grady@wilmerhale.com

[Additional Counsel Listed on Signature Page]
*Counsel for Defendant Nissei Electric Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:14-cv-03264-JD<br><br>MDL No. 2801<br><br>**UNOPPOSED MOTION FOR ORDER PERMITTING WITHDRAWAL BY COUNSEL FOR NISSEI ELECTRIC CO., LTD.**<br><br>Hon. James Donato<br><br>**Hearing: June 14, 2018, 10 a.m.** |

In accordance with Civ. Local R. 11-5 and Cal. R. Prof. Conduct 3-700(c)(1)((d), Counsel for Defendant Nissei Electric Co., Ltd., the undersigned partners, counsel, and associate of Wilmer Cutler Pickering Hale & Dorr, LLP, hereby respectfully request that this Court permit them to withdraw their representation for all purposes and proceedings.

## BACKGROUND AND CLIENT'S REQUEST FOR WITHDRAWAL

WilmerHale was hired by Nissei Electric Co., Ltd. ("Nissei", located at 201, Motodate, Hanamaki, Iwate, 025-0061, Japan) on March 17, 2017. Since that time, Counsel have discharged their obligations in connection with *In re Capacitors Antitrust Litigation,* No. 3:14-cv-03264 ("the Litigation"). However, on May 6, 2018, Nissei wrote to Counsel via an e-mail attachment that Nissei had to "immediately stop" Counsel's "contract" (representation) of Nissei because of pending bankruptcy. *See* Exhibit A to the Declaration of Margaret O'Grady in Support of WilmerHale's Unopposed Motion to Withdraw ("O'Grady Decl."). The e-mail attachment from May 6, 2018, as well as previous communications (and lack thereof) confirmed that (1) Nissei requests and does not object to the withdrawal of Counsel, (2) Counsel is no longer able to effectively represent Nissei, and (3) Counsel has good cause for withdrawal under Cal. R. Prof. Conduct 3-700(C).

## DOCUMENTS, PAYMENT, AND COOPERATION

Pursuant to Cal. R. Prof. Conduct 3-700(D)(1)-(2), Counsel notes that Nissei has not provided Counsel with any original, non-electronic documents that require return; nor has Nissei paid any compensation to Counsel which it has not earned during employment. Indeed, Nissei has not compensated Counsel for any work performed since October 2017. Counsel will continue to cooperate with Nissei and any other subsequently employed counsel to minimize any possibility of harm. Counsel has no information beyond the information provided in O'Grady

Decl. Ex. A about Nissei's plans or intentions beyond this withdrawal, or if Nissei will hire other counsel.

Dated: May 8, 2018     Wilmer Cutler Pickering Hale and Dorr LLP

By: /s/ Mark D. Flanagan
Mark D. Flanagan (Bar No. 130303)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6047
Facsimile: (650) 858-6100
Mark.Flanagan@wilmerhale.com

Margaret E. O'Grady (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6018
Margaret.O'Grady@wilmerhale.com

Lauren M. Ige (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6488
Lauren.Ige@wilmerhale.com
*Counsel for Defendant Nissei
Electric Co., Ltd.*