# Exhibit A

**Summary of Entities Requesting Exclusion as of May 3, 2018**

| Requesting Entity | Entity/Affiliate with Record of Transactions | Location |
|---|---|---|
| All American Semiconductor, Inc. | All American Semiconductor | San Jose, CA |
| | AASI Beneficiaries' Trust | Hollywood, CA |
| Acer Inc | Acer Inc | San Jose, CA |
| Avnet, Inc. | Avnet, Inc. | Chandler, AZ |
| | Avnet | Phoenix, AZ |
| | Avnet, Inc. | Richardson, TX |
| | Interactive Technologies, Inc. | Cumming, GA |
| | Newark Electronics Corporation | Palatine, IL |
| | Premier Farnell Corp. | Chicago, IL |
| Benchmark Electronics, Inc. | Benchmark Electronics | Winona, MN |
| | Benchmark Electronics - Huntsville | Huntsville, AL |
| | Benchmark Electronics - N | Huntsville, AL |
| | Benchmark Electronics de Mexico | Huntsville, AL |
| | Benchmark Electronics, Inc. | Dunseith, ND |
| | Benchmark Electronics, Inc. | Angleton, TX |
| | EFTC Corporation | Phoenix, AZ |
| | Suntron Corporation | Phoenix, AZ |
| Flextronics International USA, Inc. | Dovatron | Clearwater, FL |
| | Flex Int'l / Fine Pitch Technology | Milpitas, CA |
| | Flextronics | Austin, TX |
| | Flextronics America NC | Charlotte, NC |
| | Flextronics International USA, Inc. | San Jose, CA |
| | Flextronics International Europe B.V. | Oostrum, Netherlands |
| | Solectron | Milpitas, CA |
| | Solectron Invotronics, Inc. | Laredo, TX |
| | Solectron Manufactura de Mexico - N | Tlajomulco de Zuñiga, Mexico |
| | Solectron / Lucent | Milpitas, CA |
| | Stellar Microelectronics, Inc. | Valencia, CA |
| Jaco Electronics, Inc. | Jaco Electronics, Inc. | Hauppauge, NY |
| Tech 2000 | Tech 2000 | Vista, CA |

**Entities Requesting Partial Exclusion (Soshin only)**

| Requesting Entity | Entity/Affiliate | Location |
|---|---|---|
| Arrow Electronics, Inc. | Arrow | Englewood, CO |
| | Arrow A/T-ArrowKitting | Reno, NV |
| | Arrow Electronics | Concord, ON Canada |
| | Arrow Electronics NV | Reno, NV |
| | Arrow/Rapac Ltd. | Petah-Tikva, Israel |
| | NIC Components Corporation | Englewood, CO |
| | Panamerica - Arrow - MX prod only | Englewood, CO |
| | Richardson Electronics Ltd. | La Fox, IL |
| | Tec/Arrow | Sao Paulo, Brazil |