# Exhibit A

| Event | Plaintiffs' Scheduling Proposal |
|---|---|
| Deadline for completion of fact discovery for DPPs, IPPs, and Flex. | May 8, 2018 |
| Deadline for completion of fact discovery for Avnet, AASI, and Benchmark (the "Avnet Plaintiffs") | June 8, 2018 |
| Lifting of Stay on Certain Depositions | The earlier of the commencement of the trial in the related action *United States v. Nippon Chemi-Con* or the Court's acceptance of a plea agreement in or dismissal of that action (per prior Order of the Court) |
| Plaintiffs' expert reports on merits | October 9, 2018[1] |
| Defendants' expert reports on merits | December 6, 2018 |
| Plaintiffs' merits expert rebuttal report | January 25, 2019[2] |
| Deadline for end of merits expert discovery, including merits expert depositions | February 15, 2019 |
| Time by which any summary judgment motions must be filed and deadline for filing of Daubert merits expert motions | March 1, 2019[3] |
| Time by which any summary judgment oppositions must be filed and deadline for filing of Daubert expert oppositions | April 15, 2019 |

---

[1] Flex and the Flex Defendants (collectively, the "Flex Parties") concur that resolution of the Flex Parties' dispute regarding application of the FTAIA to Flex's claims reasonably prior to submission of the Flex parties' expert reports is essential to the efficient and cost-effective resolution of Flex's claims. The Flex Parties thus reserve the right to seek an additional extension of the dates proposed herein as necessary to permit resolution of the outstanding FTAIA issues.)

[2] Expert rebuttal reports may include information from depositions completed after opening expert reports on merits, and the inclusion of such information in expert rebuttal reports shall not form a basis for any party to prepare or submit a sur-rebuttal report.

[3] Any *Daubert* motion that is specific to a case that pursuant to a subsequent order of the Court is remanded to its home court for trial or does not impact a case that will remain in the N.D. Cal. for trial shall be filed in the home court(s) after remand.

| Event | Plaintiffs' Scheduling Proposal |
|---|---|
| Time by which any summary judgment replies must be filed and deadline for filing Daubert merit expert replies | May 15, 2019 |
| Summary Judgment Hearing | June 6, 2019 |
| Suggestion of Remand of Cases to be Returned to Home Courts for Trial | After the Court issues rulings on summary judgment motions and common *Daubert* motions, if any. |
| Final Pretrial Conference | June 27, 2019 |
| Trial | July 15, 2019[4] |

---

[4] AASI and Flextronics do not agree to a trial with the DPPs.