# Exhibit B

| Event | Defendants' Scheduling Proposal |
|---|---|
| Deadline for completion of fact discovery for DPPs, IPPs, and Flex. | May 8, 2018 |
| Deadline for completion of fact discovery for Avnet, AASI, and Benchmark (the "Avnet Plaintiffs") | June 8, 2018 |
| Lifting of Stay on Certain Depositions | The earlier of the commencement of the trial in the related action *United States v. Nippon Chemi-Con* or the Court's acceptance of a plea agreement in or dismissal of that action (per prior Order of the Court) |
| Plaintiffs' expert reports on merits | November 30, 2018[1] |
| Defendants' expert reports on merits | February 22, 2019 |
| Plaintiffs' merits expert rebuttal report | April 19, 2019 |
| Deadline for end of merits expert discovery, including merits expert depositions | May 17, 2019 |
| Time by which any summary judgment motions must be filed and deadline for filing of *Daubert* merits expert motions | June 7, 2019 |
| Time by which any summary judgment oppositions must be filed and deadline for filing of *Daubert* expert oppositions | July 12, 2019 |
| Time by which any summary judgment replies must be filed and deadline for filing *Daubert* merit expert replies | August 1, 2019 |
| Summary Judgment and *Daubert* Motions Hearing | August 29, 2019 |
| Suggestion of Remand of Cases to be Returned | After the Court issues rulings on summary judgment motions and common *Daubert* |

---

[1] Flex and the Flex Defendants (collectively, the "Flex Parties") concur that resolution of the Flex Parties' dispute regarding application of the FTAIA to Flex's claims reasonably prior to submission of the Flex parties' expert reports is essential to the efficient and cost-effective resolution of Flex's claims. The Flex Parties thus reserve the right to seek an additional extension of the dates proposed herein as necessary to permit resolution of the outstanding FTAIA issues.)

| Event | Defendants' Scheduling Proposal |
|---|---|
| to Home Courts for Trial | motions, if any. |
| Final Pretrial Conference | January 9, 2020 |
| Trial | February 3, 2020 |