*In re Capacitors Antitrust Litigation*
Case No. 14-cv-03264-JD

**EXHIBIT 3**

**Summary of all Hours and Lodestar Incurred during the Pendency of Litigation**

| Firm | Previous Hours Reported Nov. 1, 2014 - Sept. 30, 2016 | Previous Lodestar Reported Nov. 1, 2014 - Sept. 30, 2016 | Hours October 1, 2016 - March 31, 2018 | Lodestar October 1, 2016 - March 31, 2018 | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|
| Law Offices of Alexander M. Schack | 111.7 | $51,729.50 | 0.0 | $0.00 | 111.70 | $51,729.50 |
| Cotchett, Pitre & McCarthy, LLP | 15,079.8 | $5,728,126.00 | 11,316.1 | $4,676,817.50 | 26,395.90 | $10,404,943.50 |
| Duncan Firm, P.A. | 28.5 | $14,682.50 | 0.0 | $0.00 | 28.50 | $14,682.50 |
| Glancy Prongay & Murray, LLP | 1,333.3 | $511,692.00 | 3,463.2 | $1,305,114.00 | 4,796.50 | $1,816,806.00 |
| Goldman Scarlato & Penny, P.C. | 3.1 | $1,928.50 | 0.0 | $0.00 | 3.10 | $1,928.50 |
| Gray, Plant, Mooty, Mooty & Bennet, P.A. | 8.9 | $3,473.00 | 0.0 | $0.00 | 8.90 | $3,473.00 |
| Gustafson Gluek PLLC | 1,112.2 | $588,323.00 | 3,020.2 | $1,224,793.00 | 4,132.40 | $1,813,116.00 |
| Heaton & Moore, P.C. | 36.7 | $5,910.00 | 0.0 | $0.00 | 36.70 | $5,910.00 |
| Langdon & Emison, LLC | 34.0 | $7,270.00 | 0.0 | $0.00 | 34.00 | $7,270.00 |
| Lieff Cabraser Heimann & Bernstein, LLP | 4,686.3 | $1,704,816.00 | 3,659.7 | $1,382,191.00 | 8,346.00 | $3,087,007.00 |
| Lockridge Grindal Nauen, PLLP | 794.6 | $327,807.00 | 328.1 | $144,334.00 | 1,122.70 | $472,141.00 |
| Meredith & Associates | 1,142.9 | $568,972.00 | 58.9 | $46,236.50 | 1,201.80 | $615,208.50 |
| The Miller Law Firm, P.C. | 580.0 | $374,688.50 | 694.5 | $344,025.50 | 1,274.50 | $718,714.00 |
| Minami Tamaki, LLP | 2,700.9 | $979,059.50 | 2,262.8 | $803,038.00 | 4,963.70 | $1,782,097.50 |
| Robins Kapalan, LLP | 640.9 | $260,026.00 | 2,922.2 | $1,087,556.00 | 3,563.10 | $1,347,582.00 |
| Robinson Calcagnie, Inc. | 82.5 | $37,150.00 | 0.0 | $0.00 | 82.50 | $37,150.00 |
| Saveri & Saveri, Inc. | 3,160.1 | $1,523,355.00 | 2,995.0 | $1,545,032.50 | 6,155.10 | $3,068,387.50 |
| Shaffer Lombardo Shurin | 114.1 | $42,832.00 | 0.0 | $0.00 | 114.10 | $42,832.00 |
| Susman Godfrey, LLP | 1,138.4 | $407,662.50 | 497.9 | $230,319.50 | 1,636.30 | $637,982.00 |
| **GRAND TOTAL** | **32,788.9** | **$13,139,503.00** | **31,218.6** | **$12,789,457.50** | **64,007.50** | **$25,928,960.50** |