Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua Paul Davis (State Bar No. 193254)
Nicomedes Sy Herrera (State Bar No. 275332)
Demetrius X. Lambrinos (State Bar No. 246027)
James G. Dallal (State Bar No. 277826)
V Chai Oliver Prentice (State Bar No. 309807)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:     jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              jdavis@saverilawfirm.com
              nherrera@saverilawfirm.com
              dlambrinos@saverilawfirm.com
              jdallal@saverilawfirm.com
              vprentice@saverilawfirm.com

*Interim Class Counsel for Direct Purchaser Plaintiffs*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
| This document relates to ALL CASES | **JOINT STATUS REPORT CONCERNING PENDENCY OF CLAIMS AGAINST DEFENDANTS** |

Direct Purchaser Plaintiffs; Indirect Purchaser Plaintiffs; Flextronics International USA, Inc.; Avnet, Inc.; the AASI Beneficiaries Trust, by and through Kenneth A. Welt, Liquidating Trustee; Benchmark Electronics Inc., and its affiliated entities; Arrow Electronics, Inc.; and Plexus Corp. (collectively, "Plaintiffs"), submit this Status Report Concerning Pendency of Claims Against Defendants.

The pendency of claims against all defendants named in the various actions centralized before the Court are summarized in the attached **Exhibit A**.

At the Court's request, Plaintiffs will file an updated status report every quarter.

Dated: August 14, 2018

_____/s/ Joseph R. Saveri_____
Joseph R. Saveri

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua Paul Davis (State Bar No. 193254)
Nicomedes Sy Herrera (State Bar No. 275332)
Demetrius X. Lambrinos (State Bar No. 246027)
James G. Dallal (State Bar No. 277826)
V Chai Oliver Prentice (State Bar No. 309807)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  415-500-6800
Facsimile:    415-395-9940

*Interim Class Counsel for Direct Purchaser Plaintiffs*

Dated: August 14, 2018

_____/s/ Adam J. Zapala_____
Adam J. Zapala

COTCHETT PITRE & McCARTHY LLP
Adam J. Zapala
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650-697-6000
Facsimile:    650-697-0577

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

1    Dated:  August 14, 2018                                 _____/s/ Charles E. Tompkins_____
2                                                            Charles E. Tompkins

3                                                            WILLIAMS, MONTGOMERY & JOHN, LTD.
                                                             Charles E. Tompkins
4                                                            1607 22nd Street NW, Suite 300
                                                             Washington, DC 20008
5                                                            Telephone:  202-986-2124
                                                             Facsimile:   312-443-3286
6
7                                                            *Attorneys for Flextronics International USA, Inc.*

8    Dated:  August 14, 2018                                 _____/s/ Robert W. Turken_____
9                                                            Robert W. Turken

10                                                           BILZIN SUMBERG BAENA
                                                             PRICE AND AXELROD LLP
11                                                           Robert W. Turken
                                                             Scott N. Wagner
12                                                           Lori P. Lustrin
                                                             1450 Brickell Avenue, Suite 2300
13                                                           Miami, FL 33131-5340
                                                             Telephone:  305-350-2381
14                                                           Facsimile:   305-351-2262

15
                                                             *Attorneys for Avnet, Inc.; the AASI Beneficiaries Trust, by*
16                                                           *and through Kenneth A. Welt, Liquidating Trustee;*
                                                             *Benchmark Electronics Inc., and its affiliated entities;*
17

18

19

20

21

22

23

24

25

26

27

28

Dated:  August 14, 2018                           _____/s/ Anne M. Nardacci_____
                                                  Anne M. Nardacci

                                                  BOIES SCHILLER FLEXNER LLP
                                                  Stuart H. Singer
                                                  Meredith Schultz
                                                  Pascual Oliu
                                                  401 East Las Olas Blvd., Suite 1200
                                                  Fort Lauderdale, FL 33301
                                                  Telephone:  954-356-0011
                                                  Facsimile:    954-356-0022

                                                  BOIES SCHILLER FLEXNER LLP
                                                  Philip J. Iovieno
                                                  Anne M. Nardacci
                                                  30 South Pearl Street, 11th Floor
                                                  Albany, NY 12207
                                                  Telephone:  518-434-0600
                                                  Facsimile:  518-434-0665

                                                  BOIES SCHILLER FLEXNER LLP
                                                  William A. Isaacson
                                                  Kyle Smith
                                                  1401 New York Ave., NW
                                                  Washington, DC 20005
                                                  Telephone:  202-237-2727
                                                  Facsimile:   202-237-6131

                                                  *Attorneys for Arrow Electronics, Inc.*

Dated:  August 14, 2018                           _____/s/ Amanda R. Jesteadt_____
                                                  Amanda R. Jesteadt

                                                  CARLTON FIELDS JORDAN BURT PA
                                                  Amanda R. Jesteadt
                                                  David B. Esau
                                                  Kristin Alexandra Gore
                                                  Aaron Stenzler Weiss
                                                  525 Okeechobee Blvd
                                                  Suite 1200
                                                  West Palm Beach, FL 33401
                                                  Telephone:    561-659-7070
                                                  Facsimile:     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

                                                  *Attorneys for Plexus Corp.*

3

**ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 14, 2018

_/s/ Nicomedes Sy Herrera_
Nicomedes Sy Herrera (State Bar No. 275332)

JOSEPH SAVERI LAW FIRM, INC.