# Exhibit A

## Defendant Status as of August 14, 2018

| Defendant | Sued by DPPs | Status with DPPs | Sued by IPPs | Status with IPPs | Sued by Flex | Status with Flex | Sued by AASI/ Benchmark | Status with AASI/Benchmark | Sued by Avnet | Status with Avnet | Sued by Arrow | Status with Arrow | Sued by Plexus | Status with Plexus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVX | Yes | Pending | No | Unnamed co-conspirator | Yes | Pending | Yes | Pending | No | N/A | No | N/A | No | N/A |
| ELNA | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A |
| EPCOS/TDK | Yes | Dismissed | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |
| Fujitsu | Yes | Settled/Dismissed | No | N/A | Yes | Dismissed | Yes | Pending | No | N/A | No | N/A | No | N/A |
| Hitachi | Yes | Settled | Yes | Settlement Pending | Yes | Dismissed | Yes | Pending | Yes | Pending | No | N/A | Yes | Dismissed |
| Holy Stone | Yes | Pending | Yes | Settlement Pending | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A | No | N/A |
| KEMET | Yes | Pending | No | Unnamed co-conspirator | Yes | Dismissed | Yes | Pending | No | N/A | No | N/A | No | N/A |
| Matsuo | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| NEC TOKIN | Yes | Settled/Dismissed | Yes | Settled/Dismissed | Yes | Dismissed | Yes | Pending | No | N/A | No | N/A | No | N/A |
| Nichicon/FPCAP | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A | No | N/A |
| NCC / UCC | Yes | Pending | Yes | Settlement Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| Nissei | Yes | Pending | Yes | Motion for Default shortly | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| Nitsuko | Yes | Settled/Dismissed | Yes | Settled/Dismissed | Yes | Dismissed | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| Okaya | Yes | Settled/Dismissed | Yes | Settled/Dismissed | Yes | Dismissed | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A |
| Panasonic/SANYO | Yes | Pending | Yes | Settlement Pending | No | N/A | Yes | Pending | No | N/A | No | N/A | No | N/A |
| ROHM | Yes | Settled/Dismissed | No | N/A | Yes | Pending | Yes | Pending | No | N/A | No | N/A | No | N/A |
| Rubycon | Yes | Pending | Yes | Settlement Pending | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A | Yes | Pending |
| Shinyei | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| American Shizuki Corporation | Yes | Dismissed | No | N/A | Yes | Dismissed | No | N/A | No | N/A | No | N/A | No | N/A |
| Shizuki Electric | Yes | Pending | No | N/A | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A |
| Soshin | Yes | Settlement Pending | Yes | Settlement Pending | Yes | Dismissed | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Dismissed |
| Taitsu | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending | Yes | Pending |
| Toshin Kogyo | Yes | Default Entered | Yes | Motion for Default shortly | Yes | Default Entered | Yes | Pending | Yes | Pending | Yes | Pending | No | N/A |
| Vishay Polytech | Yes | Dismissed | No | Unnamed co-conspirator | No | N/A | Yes | Pending | No | N/A | No | N/A | No | N/A |