Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 325
Washington, DC 20036
Telephone: (202) 791-9950
Facsimile: (312) 630-8586
Email: cet@willmont.com

Eric R. Lifvendahl (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email: erl@willmont.com

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BY FLEXTRONICS INTERNATIONAL USA, INC. AND HOLY STONE ENTERPRISE CO., LTD. AND MILESTONE GLOBAL TECHNOLOGY, INC. (D/B/A HOLYSTONE INTERNATIONAL)** |

Plaintiff Flextronics International USA, Inc. ("Flextronics") and Defendants Holy Stone Enterprise Co., Ltd. and Milestone Global Technology, Inc. (d/b/a HolyStone International) ("Holy Stone") by and through undersigned counsel, stipulate and agree that Flextronics hereby dismisses with prejudice all claims being asserted against Holy Stone in the above-captioned actions pursuant to Rules 41(a)(1)(A)(ii) and Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

1. Flextronics and Holy Stone seek the dismissal of this action with prejudice.
2. This stipulation does not affect the rights or claims Flextronics may have against any other Defendant or alleged Co-Conspirator in this litigation.
3. Each party shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court issue the [Proposed] Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: January 2, 2019              Respectfully submitted,

**WILLIAMS MONTGOMERY & JOHN LTD.**

By: */s/Charles E. Tompkins*

Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 325
Washington, DC 20036
Telephone: (202) 791-9950
Facsimile: (312) 630-8586
Email: cet@willmont.com

Eric R. Lifvendahl (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email: erl@willmont.com
*Attorneys for Flextronics International USA, Inc.*

1                By: */s/Eric P. Enson*

2                Eric P. Enson
                 **JONES DAY**
3                555 South Flower Street
                 Fiftieth Floor
4                Los Angeles, CA 90071
                 Email: epenson@jonesday.com
5

6                *Counsel for Holy Stone Enterprise Co., Ltd. and Milestone Global Technology, Inc. (d/b/a HolyStone*
7                *International)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION | [~~PROPOSED~~] ORDER |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Holy Stone Enterprise Co., Ltd. and Milestone Global Technology, Inc. (d/b/a HolyStone International) are DISMISSED WITH PREJUDICE.  Each party shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

In accordance with Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 2, 2019         /s/Charles E. Tompkins
                               Charles E. Tompkins

                               *Attorney for Flextronics International USA, Inc.*

**CERTIFICATE OF SERVICE**

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby certify under penalty of perjury under the laws of the United States of America that on January 2, 2019, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

                               */s/Charles E. Tompkins*
                               Charles E. Tompkins

                               *Attorney for Flextronics International USA, Inc.*

Doc. 1280417