# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION | [PROPOSED] ORDER |

### [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Defendants Elna Co., Ltd. and Elna America, Inc. are DISMISSED WITH PREJUDICE. Each party shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
**HONORABLE JAMES DONATO**
**UNITED STATES DISTRICT JUDGE**