*STIPULATING PARTIES SHOWN ON SIGNATURE PAGES*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION (NO. III)<br><br>THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions,<br>Case No. 3:14-cv-03264-JD<br><br>All Indirect Purchaser Actions,<br>Case No. 3:14-cv-03264-JD<br><br>*The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 3:17-cv-03472-JD<br><br>*Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.,* Case No. 3:17-cv-07046-JD<br><br>*Benchmark Electronics, Inc. et al. v. AVX Corp. et al.,* Case No. 3:17-cv-07047-JD<br><br>*Arrow Electronics, Inc. v. ELNA Co., Ltd. et al.*, Case No. 3:18-cv-02657-JD<br><br>*Flextronics International USA, Inc.'s Individual Action*, Case No. 3:14-cv-03264-JD | **Master File No. 3:17-md-02801-JD**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MDL SCHEDULING ORDER** |

1       WHEREAS, on October 5, 2018, the Court entered an MDL Scheduling Order, setting forth
2  various dates through trial (*see* ECF No. 345);

3       WHEREAS, since that time the parties have submitted their experts' reports on merits,
4  pursuant to the deadlines set in the MDL Scheduling Order;

5       WHEREAS, the parties have worked in good faith to schedule the experts' depositions and
6  have reached an agreement on deposition dates for all of the experts;

7       WHEREAS, due to the number of expert depositions—sixteen—and the availability of the
8  experts, some of the depositions have been scheduled for after the merits expert discovery cut-off
9  date of May 17, 2019, and therefore the parties have agreed to a short extension of the close of
10  merits expert discovery;

11      WHEREAS, due to the fact that the deposition of plaintiffs' expert, Dr. McClave, is
12  scheduled for June 7, 2019 and defendants' expert, Dr. Warren-Boulton, is scheduled for June 4,
13  2019, which both fall in the same week as the last day to file dispositive motions and *Daubert*
14  motions (for merits experts' reports), the parties have agreed to a one-week extension of the last day
15  to file dispositive motions and Daubert motions (for merits experts' reports) and the responses to
16  dispositive and *Daubert* motions;

17      WHEREAS, the parties' agreed one-week extension does *not* affect the deadline for replies
18  to dispositive and *Daubert* motions, the date of the summary judgment and *Daubert* motions
19  hearing, or any later dates in the MDL Scheduling Order;

20      WHEREAS, the parties believe these adjustments are necessary and appropriate, and agree
21  that good cause exists to modify the schedule as set forth below;

22      WHEREAS, the parties have not previously sought any adjustments to this schedule;

23      **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the
24  parties, for the following case schedule:

25
26
27
28

| Event | Deadline | Change to MDL Scheduling Order [ECF No. 345] |
|---|---|---|
| Merits expert discovery cut-off | June 7, 2019 | Three week extension |
| Last day to file dispositive motions and *Daubert* motions (for merits experts' reports) | June 14, 2019 | One week extension |
| Reponses to dispositive and *Daubert* motions | July 19, 2019 | One week extension |
| Replies for dispositive and *Daubert* motions | August 1, 2019 | *Unchanged* |
| Summary judgment and *Daubert* motions hearing | August 29, 2019 at 10:00 a.m. | *Unchanged* |
| Pretrial Conference | January 9, 2020 at 1:30 p.m. | *Unchanged* |
| Jury Trial | February 3, 2020 at 9:00 a.m. | *Unchanged* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2019

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Bruce D. Sokler* |
| 2 | | Bruce D. Sokler |
| 3 | | Robert G. Kidwell<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 4 | | 701 Pennsylvania Avenue NW, Suite 900<br>Washington, DC 20004 |
| 5 | | bdsokler@mintz.com<br>RGKidwell@mintz.com |
| 6 | | |
| 7 | | Evan S. Nadel<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 8 | | 44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 |
| 9 | | enadel@mintz.com |
| 10 | | *Counsel for Defendant AVX Corporation* |
| 11 | | |
| 12 | Dated: April 24, 2019 | */s/ Heather S. Nyong'o* |
| 13 | | Heather S. Nyong'o |
| 14 | | Chris Johnstone<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 15 | | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 16 | | Heather.Nyongo@wilmerhale.com<br>Chris.Johnstone@wilmerhale.com |
| 17 | | |
| 18 | | Thomas Mueller (*pro hac vice*)<br>Christopher Megaw (*pro hac vice*) |
| 19 | | Lauren Ige (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 20 | | 1875 Pennsylvania Ave NW<br>Washington, DC 20006 |
| 21 | | Thomas.Mueller@wilmerhale.com<br>Chris.Megaw@wilmerhale.com |
| 22 | | Lauren.Ige@wilmerhale.com |
| 23 | | Margaret O'Grady (*pro hac vice*) |
| 24 | | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street |
| 25 | | Boston, MA 02109<br>Margaret.OGrady@wilmerhale.com |
| 26 | | |
| 27 | | *Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Paul T. Freidman* |
| 2 | | Paul T. Freidman |
| | | Christine Y. Wong |
| 3 | | Ian K. Bausback |
| | | **MORRISON & FOERSTER LLP** |
| 4 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 5 | | pfriedman@mofo.com |
| | | Christinewong@mofo.com |
| 6 | | ibausback@mofo.com |
| 7 | | Jeffrey A. Jaeckel |
| | | **MORRISON & FOERSTER LLP** |
| 8 | | 2000 Pennsylvania Avenue NW, Suite 6000 |
| | | Washington, DC 20006 |
| 9 | | jjaeckel@mofo.com |
| 10 | | *Counsel for Defendant Fujitsu Limited* |
| 11 | | |
| | Dated: April 24, 2019 | */s/ Chul Pak* |
| 12 | | |
| | | Chul Pak |
| 13 | | Jeffrey C. Bank |
| | | Justin Cohen |
| 14 | | **WILSON SONSINI GOODRAICH & ROSATI** |
| | | 1301 Avenue of the Americas, 40th Floor |
| 15 | | New York, NY 10019 |
| | | cpak@wsgr.com |
| 16 | | jbank@wsgr.com |
| | | jcohen@wsgr.com |
| 17 | | |
| | | Jeffrey James VanHooreweghe |
| 18 | | **WILSON SONSINI GOODRAICH & ROSATI** |
| | | One Market Plaza |
| 19 | | Spear Tower, Suite 3300 |
| | | San Francisco, CA 94105 |
| 20 | | jvanhooreweghe@wsgr.com |
| 21 | | *Counsel for Defendants Hitchi Chemical Co., Ltd.* |
| | | *Hitchi Chemical Co. America, Ltd. and Hitachi AIC,* |
| 22 | | *Inc.* |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Jeffrey A. LeVee* |
| 2 | | Jeffrey A. LeVee |
| | | Eric P. Enson |
| 3 | | Kelly M. Ozurovich |
| | | JONES DAY |
| 4 | | 555 South Flower Street, 50th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | jlevee@jonesday.com |
| | | epenson@jonesday.com |
| 6 | | kozurovich@jonesday.com |
| 7 | | *Counsel for Defendants Holy Stone Enterprise Co, Ltd., Holystone International, Milestone Global Technology, Inc., and Vishay Polytech Co., Ltd.* |
| 8 | | |
| 9 | | |
| | Dated: April 24, 2019 | */s/ Bonnie Lau* |
| 10 | | |
| | | Bonnie Lau |
| 11 | | **DENTONS US LLP** |
| | | 525 Market Street, 26th Floor |
| 12 | | San Francisco, CA 94105 |
| | | bonnie.lau@dentons.com |
| 13 | | Felix T. Woo |
| | | **DENTONS US LLP** |
| 14 | | 601 S. Figueroa #1500 |
| | | Los Angeles, CA 90017 |
| 15 | | felix.woo@dentons.com |
| 16 | | *Counsel for Defendant Matsuo Electric Co., Ltd.* |
| 17 | | |
| | Dated: April 24, 2019 | */s/ Jacob R. Sorensen* |
| 18 | | |
| | | Jacob R. Sorensen |
| 19 | | Roxane A. Polidora |
| | | Lee Brand |
| 20 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | Four Embarcadero Center, 22nd Floor |
| 21 | | San Francisco, CA 94111 |
| | | jake.sorenson@pillsburylaw.com |
| 22 | | roxane.polidora@pillsburylaw.com |
| | | lee.brand@pillsburylaw.com |
| 23 | | |
| 24 | | *Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Lauren N. Donahue* |
| 2 | | Lauren N. Donahue |
| 3 | | Michael E. Martinez |
| | | Steven M. Kowal |
| 4 | | Brian J. Smith |
| | | **K&L GATES LLP** |
| 5 | | 70 W. Madison Street, Suite 3100 |
| 6 | | Chicago, IL 60602 |
| | | lauren.donahue@klgates.com |
| 7 | | michael.martinez@klgates.com |
| | | steven.kowal@klgates.com |
| 8 | | brian.j.smith@klgates.com |
| 9 | | *Counsel for Defendants Nichicon* |
| 10 | | *Corporation and Nichicon (America)* |
| | | *Corporation* |
| 11 | | |
| 12 | Dated April 24, 2019 | */s/ Charles F. Rule* |
| 13 | | Charles F. Rule |
| | | Joseph J. Bial |
| 14 | | Daniel J. Howley |
| | | **PAUL, WEISS, RIFKIND, WHARTON &** |
| 15 | | **GARRISON LLP** |
| 16 | | 2001 K Street, NW |
| | | Washington, DC 20006-1047 |
| 17 | | rrule@paulweiss.com |
| | | jbial@paulweiss.com |
| 18 | | dhowley@paulweiss.com |
| 19 | | Steven Shea Kaufhold |
| 20 | | **KAUFHOLD GASKIN LLP** |
| | | 388 Market St, Suite 1300 |
| 21 | | San Francisco, CA 94111 |
| | | skaufhold@kaufholdgaskin.com |
| 22 | | |
| 23 | | *Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

8
STIPULATION AND [PROPOSED] ORDER REGARDING MDL SCHEDULING ORDER; MASTER FILE NO. 3:17-MD-02801-JD

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Jeffery L. Kessler* |
| 2 | | Jeffrey L. Kessler *(pro hac vice)* |
| | | jkessler@winston.com |
| 3 | | A. Paul Victor *(pro hac vice)* |
| | | pvictor@winston.com |
| 4 | | Molly Donovan *(pro hac vice)* |
| | | mmdonovan@winston.com |
| 5 | | Martin C. Geagan *(pro hac vice)* |
| | | mgeagan@winston.com |
| 6 | | **WINSTON & STRAWN LLP** |
| | | 200 Park Avenue |
| 7 | | New York, NY 10166-4193 |
| | | Telephone:   (212) 294-6700 |
| 8 | | Facsimile:   (212) 294-4700 |

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*

Dated April 24, 2019                              */s/ Darrell Prescott*

Darrell Prescott
**BAKER & MCKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Email: darrell.prescott@bakermckenzie.com

Christina M. Wong
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Email: christina.wong@bakermckenzie.com

Meghan Elizabeth Hausler
**BAKER & MCKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Email: meghan.hausler@bakermckenzie.com

*Counsel for Defendants Okaya Electric Industries Co. Ltd. and Okaya Electric America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Michael F. Tubach* |
| 2 | | Michael F. Tubach |
| 3 | | Mallory A. Jensen |
| | | Megan L. Havstad |
| 4 | | **O'MELVENY & MYERS LLP** |
| | | Two Embarcadero Center, 28th Floor |
| 5 | | San Francisco, CA 94111 |
| | | Email: mtubach@omm.com |
| 6 | | mjensen@omm.com |
| | | mhavstad@omm.com |
| 7 | | |
| 8 | | Kenneth R. O'Rourke |
| | | **O'MELVENY & MYERS LLP** |
| 9 | | 400 South Hope Street, 18th Floor |
| | | Los Angeles, CA 90071 |
| 10 | | Email: korourke@omm.com |
| 11 | | |
| | | *Counsel for Defendants ROHM Co., Ltd.* |
| 12 | | *and ROHM Semiconductor U.S.A., LLC* |
| 13 | Dated: April 24, 2019 | */s/ Djordje Petkoski* |
| 14 | | |
| | | Djordje Petkoski |
| 15 | | David A. Higbee |
| | | Ryan Shores |
| 16 | | **SHEARMAN & STERLING LLP** |
| | | 401 9th St., NW |
| 17 | | Washington, D.C.  20004 |
| | | djordje.petkoski@shearman.com |
| 18 | | david.higbee@shearman.com |
| | | ryan.shores@shearman.com |
| 19 | | |
| 20 | | John Cove |
| | | **SHEARMAN & STERLING LLP** |
| 21 | | 535 Mission Street, 25th Floor |
| | | San Francisco, California 94105 |
| | | john.cove@shearman.com |
| 22 | | |
| 23 | | *Counsel for Defendants Rubycon* |
| | | *Corporation and Rubycon America Inc.* |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Gaspare J. Bono* |
| 2 | | Gaspare J. Bono |
| | | Claire Maddox |
| 3 | | Leslie Barry |
| 4 | | **DENTONS US LLP** |
| | | 1900 K Street, NW |
| 5 | | Washington, DC 20006 |
| | | Email: gap.bono@dentons.com |
| 6 | | claire.maddox@dentons.com |
| 7 | | leslie.barry@dentons.com |
| 8 | | Andrew S. Azarmi |
| | | **DENTONS US LLP** |
| 9 | | One Market Plaza, Spear Tower, 24th Floor |
| | | San Francisco, California 94105 |
| 10 | | Email: andrew.azarmi@dentons.com |
| 11 | | *Counsel for Defendants Shinyei Kaisha,* |
| 12 | | *Shinyei Technology Co., Ltd.,* |
| | | *Shinyei Capacitor Co., Ltd. and* |
| 13 | | *Shinyei Corporation of America, Inc.* |
| 14 | Dated: April 24, 2019 | */s/ Allison A. Davis* |
| 15 | | Allison A. Davis |
| 16 | | Sanjay M. Nangia |
| | | **DAVIS WRIGHT TREMAINE LLP** |
| 17 | | 505 Montgomery Street, Suite 800 |
| | | San Francisco, California 94111 |
| 18 | | Email: allisondavis@dwt.com; |
| 19 | | sanjaynangia@dwt.com |
| 20 | | *Counsel for Defendants Shizuki Electric* |
| | | *Co., Inc.* |
| 21 | | |
| 22 | Dated: April 24, 2019 | */s/ C. Dennis Loomis* |
| 23 | | C. Dennis Loomis, Esq. |
| | | **BAKER & HOSTETLER LLP** |
| 24 | | 11601 Wilshire Boulevard, Suite 1400 |
| | | Los Angeles, CA 90025-0509 |
| 25 | | Email: cdloomis@bakerlaw.com |
| 26 | | *Counsel for Defendants Soshin Electric Co.,* |
| 27 | | *Ltd and Soshin Electronics of America, Inc.* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Jarod M. Bona* |
| 2 | | Jarod M. Bona |
| | | Aaron R. Gott |
| 3 | | **BONA LAW PC** |
| | | 4275 Executive Square, Suite 200 |
| 4 | | La Jolla, CA 92037 |
| 5 | | Email: jarod.bona@bonalawpc.com |
| | | aaron.gott@bonalawpc.com |
| 6 | | |
| 7 | | *Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.* |
| 8 | | |
| 9 | Dated: April 24, 2019 | */s/ Joseph R. Saveri* |
| 10 | | Joseph R. Saveri |
| | | Steven N. Williams |
| 11 | | Joshua P. Davis |
| | | Nicomedes S. Herrera |
| 12 | | Jiamie Chen |
| | | James G. Dallal |
| 13 | | Ryan J. McEwan |
| | | V Chai Oliver Prentice |
| 14 | | Kyle P. Quackenbush |
| 15 | | **JOSEPH SAVERI LAW FIRM, INC.** |
| | | 601 California Street, Suite 1000 |
| 16 | | San Francisco, CA 94108 |
| | | Email: jsaveri@saverilawfirm.com |
| 17 | | swilliams@saverilawfirm.com; |
| 18 | | jdavis@saverilawfirm.com; |
| | | nherrera@saverilawfirm.com; |
| 19 | | jchen@saverilawfirm.com; |
| | | jdallal@saverilawfirm.com |
| 20 | | rmcewan@saverilawfirm.com |
| 21 | | vprentice@saverilawfirm.com |
| | | kquackenbush@saverilawfirm.com |
| 22 | | |
| | | Dena C. Sharp |
| 23 | | Daniel C. Girard |
| 24 | | **GIRARD SHARP LLP** |
| | | 601 California Street, 14th Floor |
| 25 | | San Francisco, CA 94108 |
| | | Email: dgirard@girardsharp.com |
| 26 | | dsharp@girardsharp.com |
| 27 | | *Lead Counsel for Direct Purchaser Plaintiffs* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Joseph W. Cotchett* |
| 2 | | Joseph W. Cotchett |
| 3 | | Adam J. Zapala |
| | | Elizabeth T. Castillo |
| 4 | | Mark F. Ram |
| | | **COTCHETT, PITRE & McCARTHY, LLP** |
| 5 | | 840 Malcolm Road Suite 200 |
| | | Burlingame, CA 94010 |
| 6 | | jcotchett@cpmlegal.com |
| 7 | | azapala@cpmlegal.com |
| | | ecastillo@cpmlegal.com |
| 8 | | mram@cpmlegal.com |
| 9 | | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 10 | | |
| 11 | Dated: April 24, 2019 | */s/ Robert W. Turken* |
| 12 | | Robert W. Turken |
| | | Scott N. Wagner |
| 13 | | Lori P. Lustrin |
| | | Shalia M. Sakona |
| 14 | | Jerry R. Goldsmith |
| | | Ilana A. Drescher |
| 15 | | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** |
| 16 | | 1450 Brickell Ave., Suite 2300 |
| 17 | | Miami, FL 33131 |
| | | rturken@bilzin.com |
| 18 | | swagner@bilzin.com |
| | | llustrin@bilzin.com |
| 19 | | ssakona@bilzin.com |
| 20 | | jgoldsmith@bilzin.com |
| | | idrescher@bilzin.com |
| 21 | | |
| 22 | | *Counsel for The AASI Beneficiaries Trust, by and through Kenneth A. Welt, Liquidating Trustee* |

| | | |
|---|---|---|
| 1 | Dated: April 24, 2019 | */s/ Stuart H. Singer* |
| 2 | | Stuart H. Singer |
| | | Meredith Schultz |
| 3 | | Pascual Oliu |
| 4 | | **BOIES SCHILLER FLEXNER LLP** |
| | | 401 East Las Olas Blvd. |
| 5 | | Suite 1200 |
| | | Fort Lauderdale, Florida 33301 |
| 6 | | ssinger@bsfllp.com |
| | | mschultz@bsfllp.com |
| 7 | | poliu@bsfllp.com |
| 8 | | |
| | | Philip J. Iovieno |
| 9 | | Anne M. Nardacci |
| | | **BOIES SCHILLER FLEXNER LLP** |
| 10 | | 30 South Pearl Street, 11th Floor |
| | | Albany, New York 12207 |
| 11 | | piovieno@bsfllp.com |
| 12 | | anardacci@bsfllp.com |
| 13 | | William A. Isaacson |
| | | Kyle Smith |
| 14 | | **BOIES SCHILLER FLEXNER LLP** |
| | | 1404 New York Ave., NW |
| 15 | | Washington, DC 20005 |
| 16 | | wisaacson@bsfllp.com |
| | | ksmith@bsfllp.com |
| 17 | | |
| 18 | | *Counsel for Arrow Electronics, Inc.* |

Dated: April 24, 2019	*/s/ Robert W. Turken*

Robert W. Turken
Scott N. Wagner
Lori P. Lustrin
Shalia M. Sakona
Jerry R. Goldsmith
Ilana A. Drescher
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, FL 33131
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com
idrescher@bilzin.com

*Counsel for Avnet, Inc.*

*Counsel for Benchmark Electronics De Mexico S. de R.L. de C.V.; Benchmark Electronics Huntsville Inc.; Benchmark Electronics, Inc.; Benchmark Electronics Manufacturing Solutions (Moorpark) Inc.; Benchmark Electronics Manufacturing Solutions Inc.; Benchmark Electronics Phoenix Inc.; Benchmark Electronics Tijuana S. de R.L. de C.V.*

Dated: April 24, 2019	*/s/ Charles E. Tompkins*

Charles E. Tompkins
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 235
Washington, DC 20036
cet@wilmont.com

Eric R. Lifvendahl
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker, Suite 6100
Chicago, Illinois 60606
erl@wilmont.com

*Counsel for Flextronics International USA, Inc.*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 24, 2019   */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER