1   Daniel A. Sasse (State Bar No. 236234)
       DSasse@crowell.com
2   Deborah E. Arbabi (State Bar No. 167275)
       DArbabi@crowell.com
3   CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
4   Irvine, CA  92614-8505
    Telephone: 949.263.8400
5   Facsimile:  949.263.8414

6   *Attorneys for Settlement Class Members
    Cisco Systems, Inc. and Aptiv Services US,*
7   *LLC fka Delphi Automotive LLP*

8   Joseph R. Saveri
       jsaveri@saverilawfirm.com
9   Steven N. Williams
       swilliams@saverilawfirm.com
10  Joshua P. Davis
       jdavis@saverilawfirm.com
11  James G. Dallal
       jdallal@saverilawfirm.com
12  V Prentice
       vprentice@saverilawfirm.com
13  Kyle P. Quackenbush
       kquackbush@saverilawfirm.com
14  Anupama K. Reddy
       asatyasai@saverilawfirm.com
15  JOSEPH SAVERI LAW FIRM, INC.
    601 California Street, Suite 1000
16  San Francisco, California 94108
    Telephone:  (415) 500-6800
17  Facsimile:   (415) 395-9940

18  *Lead Counsel for Direct Purchaser Class*

19                **UNITED STATES DISTRICT COURT**

20                **NORTHERN DISTRICT OF CALIFORNIA**

21                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
| 23 | |
| 24  THIS DOCUMENT RELATES TO:  ALL DIRECT PURCHASER ACTIONS | Case No. 3:14-cv-03264-JD |
| 25 | **JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION** |
| 26 | |
| 27 | Hon. James Donato |
| 28 | Courtroom 11, 19th Floor |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND [PROPOSED] ORDER
WITHDRAWING OBJECTION;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD

Settlement Class Members, Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP ("Cisco and Aptiv"), and Direct Purchaser Plaintiffs ("DPPs"), by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, Cisco and Aptiv and DPPs have a dispute as to the distribution of the various settlement funds related to settlements between DPPs and Hitachi and DPPs and Soshin ("Round 2") in the above-captioned case, which has been described in the order referring the dispute to Special Master Jeffrey Bleich (MDL Dkt. No. 521);

WHEREAS, Cisco and Aptiv have filed an objection to the proposed settlements between DPPs and Nichicon and DPPs and Rubycon (the "Round 3 Settlements") and to DPPs' Motion for Attorneys' Fees (MDL Dkt. No. Doc. 522);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for Cisco and Aptiv and DPPs as follows:

1.  Cisco and Aptiv withdraw their objection to the Round 3 Settlement Agreements, including their objections to DPPs' Motion for Attorneys' Fees.

2.  Cisco and Aptiv may participate and submit claims for Round 3 Settlements.

    (a) Round 3 payments and allocations will not be distributed until Round 2 is fully resolved.

3.  DPPs withdraw their Notice of Subpoenas for Depositions of Cisco and Aptiv, served on April 18, 2019.

4.  The parties jointly request that any dispute that may arise between the DPPs and Cisco and Aptiv relating to Round 3 settlement distributions shall be referred to Special Master Bleich pursuant to Judge Donato's Order Appointing Special Master.

5.  If the Court does not approve this [proposed] order, Cisco and Aptiv reserve their rights to file a motion or objection with respect to any Motion for Distribution to be filed in support of the Round 3 Settlement.

6.  No consideration has been exchanged between Cisco and Aptiv and DPPs regarding any of the issues discussed in this Stipulation.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD

**IT IS SO STIPULATED.**

Dated: April 26, 2019                                **CROWELL & MORING LLP**

By:     **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Settlement Class Members Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP*

Dated: April 26, 2019                                **JOSEPH SAVERI LAW FIRM, INC.**

By:     **/s/ Steven N. Williams**

Joseph R. Saveri
jsaveri@saverilawfirm.com
Steven N. Williams
swilliams@saverilawfirm.com
Joshua P. Davis
jdavis@saverilawfirm.com
James G. Dallal
jdallal@saverilawfirm.com
V Prentice
vprentice@saverilawfirm.com
Kyle P. Quackenbush
kquackbush@saverilawfirm.com
Anupama K. Reddy
asatyasai@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940

*Lead Counsel for Direct Purchaser Class*

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

JOINT STIPULATION AND [PROPOSED] ORDER
WITHDRAWING OBJECTION;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD

**ECF ATTESTATION**

I, Daniel A. Sasse, am the ECF User whose ID and Password are being used to file **JOINT STIPULATION OF WITHDRAWAL AND [PROPOSED] ORDER**.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for Direct Purchaser Plaintiffs have concurred in this filing.

Dated:  April 26, 2019            CROWELL & MORING LLP

                        By:    **/s/ Daniel A. Sasse**
                               Daniel A. Sasse

                               *Attorneys for Settlement Class Members Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP*

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD

# [~~PROPOSED~~] ORDER

Pursuant to Settlement Class Members, Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP ("Cisco and Aptiv"), and Direct Purchaser Plaintiffs' ("DPPs") Joint Stipulation of Withdrawal, and for good cause shown:

1. Cisco and Aptiv withdraw their objections to the Round 3 Settlement Agreements, including their objections to DPPs' Motion for Attorneys' Fees.

2. Cisco and Aptiv may participate and submit claims for Round 3 Settlements.

   (a) Round 3 payments and allocations will not be distributed until Round 2 is fully resolved.

3. DPPs withdraw their Notice of Subpoenas for Depositions of Cisco and Aptiv, served on April 18, 2019.

4. Any dispute that may arise between Cisco and Aptiv and DPPs relating to Round 3 Settlement distributions shall be referred to Special Master Bleich pursuant to the Court's Order Appointing Special Master (MDL Dkt. No. 521).

**IT IS SO ORDERED.**

Dated: May 1, 2019

By: _____
HON. JAMES DONATO
United States District Judge

CROWELL & MORING LLP
ATTORNEYS AT LAW

-5-

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING OBJECTION;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD