1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12

13
14

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | **Case No. 3:14-cv-03264-JD**<br>**MDL No. 2801** |
| This Document Relates to:<br><br>        All Actions | **STIPULATION AND** [PROPOSED] **ORDER REGARDING FLEX'S MOTION FOR LIMITED MODIFICATION OF PROTECTIVE ORDER** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on April 23, 2019, Flextronics International USA, Inc. ("Flex") filed a Motion for Limited Modification of the February 17, 2015 Protective Order, ECF No. 2302 (hereinafter, the "Motion");

WHEREAS, on May 7, 2019, Defendants, including Hitachi Chemical, Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd. (collectively, "Hitachi Chemical") filed an opposition to Flex's Motion, ECF No. 2314 (hereinafter, the "Opposition");

WHEREAS, the parties agree that:

a.      Flex withdraws its request for relief outlined in the Motion as to discovery produced by Hitachi Chemical in this litigation;

b.      Hitachi Chemical withdraws as a signatory to the Opposition;

c.      All provisions of the February 17, 2015 Protective Order, ECF No. 563, including paragraph 7.1, shall remain in effect as to discovery produced by Hitachi Chemical in this litigation regardless of any modification as a result of Flex's Motion; and

d.      This Stipulation shall not otherwise impact the rights of the parties to seek future modifications to the Protective Order.

**IT IS SO STIPULATED.**

Dated:  May 13, 2019                    Respectfully submitted,

**WILLIAMS MONTGOMERY & JOHN LTD.**

By: */s/ Charles E. Tompkins* _____

Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1607 22nd Street NW, Suite 300
Washington, D.C. 20009
Telephone: (202) 791-9951
Facsimile: (312) 630-8586
Email: cet@willmont.com

Eric R. Lifvendahl (admitted *pro hac vice*)
Paul J. Ripp (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email:  erl@willmont.com
            pjr@willmont.com

*Attorneys for Flextronics International USA, Inc.*


**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By: */s/ Chul Pak* _____

Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
Justin A. Cohen (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7726
Facsimile: (212) 999-5899
Email: cpak@wsgr.com
            jbank@wsgr.com
            jcohen@wsgr.com

*Attorney for Defendants Hitachi Chemical Co., Ltd.,
Hitachi Chemical Co. America, Ltd. and Hitachi AIC,
Inc.*

1   **IT IS SO ORDERED.**

2

3

4   Dated:  _ 5/24/19          ____          _____
                                                  HONORABLE JAMES DONATO
5                                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11          Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose

12   behalf the filing is submitted, concur in the filing's content and have authorized the filing.

13

    Dated:  May 13, 2019                    _____
14                                                        */s/ Chul Pak*
                                                           Chul Pak
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                           **Case No. 3:14-cv-03264-JD**