Date: May 29, 2019                                                                 Judge: Hon. James Donato

Time: 28 Minutes

Case No. & Name      **C-14-3264-JD In re Capacitors Antitrust Litigation**
                                     **MD-17-2801-JD In re Capacitors Antitrust Litigation (No. III)**

Attorney(s) for Plaintiff(s):    Anupama Reddy/Joseph Saveri/Charles Tompkins
                                                Eric R. Lifvendahl
Attorney(s) for Defendant(s):    Laura Hurtado/Chris Johnstone/Ian Papendick

Deputy Clerk: Lisa R. Clark                                              Court Reporter: JoAnn Bryce

## PROCEEDINGS

Motion Hearing - Held

## NOTES AND ORDERS

The Court hears argument on Flextronics' motion for limited modification of the February 17, 2015 Protective Order. MDL Dkt. No. 537. For the reasons stated on the record, the Court grants the motion with the following conditions:

- For any document from the *Capacitors* litigation that Flextronics uses in the *Inductors* litigation, there will be no change in confidentiality designation or protection. Documents will retain the same designations and protections as in the *Capacitors* case.

- Before using any document in the *Inductors* case, Flextronics will specifically identify to the *Capacitors* producing party which documents it intends to use, by Bates range. The producing party will then have 30 days to raise an objection in the *Inductors* litigation.

- This order applies to documents only, and does not apply to deposition transcripts or discovery responses.

There will be no further written order.

On the DPPs' reservation of their right to seek compensation, the Court encourages the parties to meet and confer. Any money that the DPP class is entitled to should be returned to the class.

For the DPPs' pending fee request and their supplemental submission (MDL Dkt. Nos. 498, 594), the Court requests more follow-up on the payments to plaintiffs' law firms (to whom and what for), as well as a summary on meal expenses and business class travel that would aid the Court in its review of DPPs' supplemental submission.

DPPs' counsel represents they are withdrawing their previous request for the $922,858.80 reserve.  *See* MDL Dkt. No. 597.

The parties anticipate submitting a request for a status conference in July 2019.