William B. Higinbotham
8055 112th St N, Apt 402
Seminole, FL  33772  USA
(631) 260-9401   higinbotham@hotmail.com

Date:

To: Capacitors Indirect Settlement
    EXCLUSIONS – No. 3:14-cv-03264-JD
    PO Box 173001,  c/o A.B Data Ltd.
    Milwaukee, WI  53217-8042

CC: Honorable District Judge James Donato
    San Francisco Courthouse, Courtroom 11, 19th Floor
    450 Golden Gate Avenue
    San Francisco, CA 94102

Subject: Exclusion from:
    *In re Capacitors Antitrust Litigation – All Indirect Purchaser Actions*, Master File No. 3:14-cv-03264-JD (the "Action")

Dear Honorable District Judge James Donato and Honorable Representatives,

I William (B) Higinbotham, of 8055 112th St N, Apt 402, Seminole, FL, 33772, Phone# 631-260-9401; hereby ask that I be Excluded from *In re Capacitors Antitrust Litigation – All Indirect Purchaser Actions*, Master File No. 3:14-cv-03264-JD (the "Action").

As a former Computer and Switching System Specialist in the US Air Force and in-house technician at Brookhaven National Laboratory, I find these lawsuits a waste of money. I have yet to see anyone get enough money from these lawsuits to actually buy a new computer or backup unit, etc. The manufacturers on the other had have a legitimate complaints. I would think that industries such as medical institutions or power companies would have more reason if these components caused failure of (example): life support equipment or the blackout of the North-East of the US. This is old news and the issue's that has allowed this to happen is always repeating itself. A good portion of the decisions are done by corporate heads and all the supporting staff such as contracts and procurement office. I feel for the manufacturing quality control (QA/QC) folks that finds these issues too late in the game. The issues are multifaceted and always occurs when one goes to a under developed country where the companies have to learn to overcome their lack of understanding around quality, integrity, and attitudes towards their new investors and country. Past examples are Taiwan and Korea where the companies had huge problems with RAM (random access memory) chips during the early years.

William B Higinbotham, US Air Force Veteran



William B Higinbotham
8055 112th St. N., Apt. 402
Seminole, FL 33772

To: Honorable District Judge James Donato
EXCLUSIONS – No. 3:14-cv-03264-JD
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**PRIORITY MAIL ★**

**FLAT RATE ENVELOPE**

ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
PM 2-DAY
SEMINOLE, FL
SEP 30, 19
AMOUNT
**$7.35**
R2304E104944-06

94102

1006

OCT 0 2 2019

EXPECTED DELIVERY DAY: 10/02/19

USPS TRACKING NUMBER

9505 5154 0985 9273 4586 79

EP14H July 2013 Outer Dimension: 10 x 5



© 2013 All rights reserved.

PRESS FIRMLY TO SEAL

PRIORITY
★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

PRIORITY
★ MAIL ★®

* Domestic only.

PICKUP AVAILABLE

INSURANCE INCLUDED *

USPS TRACKING™ INCLUDED *

DATE OF DELIVERY SPECIFIED *

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

TRACKED
★★★
INSURED *

* Domestic only.

UNITED STATES
POSTAL SERVICE®

EP14H July 2013
OD: 10 x 5

PS00001000064

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.