Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 325
Washington, DC 20036
Telephone: (202) 791-9950
Facsimile: (312) 630-8586
Email: cet@willmont.com

Paul J. Ripp (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email: pjr@willmont.com

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD |
| | MDL No. 17-md-02801 |
| THIS DOCUMENT RELATES TO:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BY FLEXTRONICS INTERNATIONAL USA, INC. AND TAITSU CORPORATION AND TAITSU AMERICA, INC.** |

Plaintiff Flextronics International USA, Inc. ("Flextronics") and Defendants Taitsu Corporation and Taitsu America, Inc. (collectively, "Taitsu"), by and through undersigned counsel, stipulate and agree that Flextronics hereby dismisses with prejudice all claims being asserted against Taitsu in the above-captioned actions pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2). In support of this stipulation of dismissal, the parties state as follows:

1. Flextronics and Taitsu seek the dismissal of this action with prejudice.
2. This stipulation does not affect the rights or claims Flextronics may have against any other Defendant or alleged Co-Conspirator in this litigation.
3. Each party shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court issue the [Proposed] Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: November 6, 2019          Respectfully submitted,

**WILLIAMS MONTGOMERY & JOHN LTD.**

By: */s/ Charles E. Tompkins*

Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 325
Washington, DC 20036
Telephone: (202) 791-9950
Facsimile: (312) 630-8586
Email: cet@willmont.com

Paul J. Ripp (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email: pjr@willmont.com

*Counsel for Flextronics International USA, Inc.*

1 | **BONA LAW PC**

2 | By: */s/ Aaron R. Gott*

3 | Aaron R. Gott (314264)
4 | Jarod M. Bona (234327)
    | **BONA LAW PC**
5 | 4275 Executive Square, Suite 200
    | La Jolla, CA 92037
6 | Telephone: (858) 964-4589, (612) 284-5001
7 | Facsimile: (858) 964-2301
    | Email: aaron.gott@bonalawpc.com
8 |             jarod.bona@bonalawpc.com

9 | *Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD<br>MDL No. 17-md-02801 |
| THIS DOCUMENT RELATES TO:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION | **[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Defendants Taitsu Corporation and Taitsu America, Inc. are DISMISSED WITH PREJUDICE. Each party shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

_____
**HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE**

## ATTESTATION

In accordance with Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 6, 2019             */s/ Charles E. Tompkins*
                                    Charles E. Tompkins

                                    *Counsel for Flextronics International USA, Inc.*

## CERTIFICATE OF SERVICE

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby certify under penalty of perjury under the laws of the United States of America that on November 6, 2019, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

                                    */s/ Charles E. Tompkins*
                                    Charles E. Tompkins

                                    *Counsel for Flextronics International USA, Inc.*

Doc. 1291351