Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           jdallal@saverilawfirm.com
           asatyasai@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD<br><br>Case No. 3:17-cv-03264-JD<br><br>**DIRECT PURCHASER CLASS'S MOTION TO ADOPT THE REPORT AND RECOMMENDATIONS OF SPECIAL MASTER ON THE DIRECT PURCHASER PLAINTIFF CLASS COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

.

# INTRODUCTION

The direct purchaser plaintiff Class (the "Class") accepts the Report and Recommendations of Special Master on the Direct Purchaser Plaintiff Class Counsel's Request for Attorneys' Fees and Reimbursement of Expenses, ECF No. 1019 (the "DPP R&R"), and does not object to the Court adopting it as an order. By this motion, the Class seeks adoption of the DPP R&R in full. *See* Fed R. Civ Pro. 53(f)(2). The Court should therefore grant the Class's pending application for attorneys' fees of $27,000,000 and authorize payment of costs in the recommended amount of $1,999,615.88. *See* Direct Purchaser Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses, ECF No. 498 (the "Motion").

# BACKGROUND

Pursuant to Federal Rule of Civil Procedure 53(a)(1)(b)(ii), the Court appointed Special Master Monica Ip "[t]o assist the Court with accounting tasks in this matter." ECF No. 903. In the appointment Order, the Court directed that "[t]he Special Master will review and audit the requests and related submissions to make sure the requests are (1) properly documented under general accounting standards, and (2) consistent with the reimbursement guidelines the Court ordered in Case No. 14-3264, Dkt. No. 319." In particular, Special Master Ip reviewed and audited the lodestar and costs submitted in support of DPPs pending request for attorneys' fees and costs in ECF Nos. 498 and 594 filed in connection with final approval of the $108 million dollar settlements with Defendants Rubycon and Nichicon. ECF Nos. 498; 594. Plaintiffs have requested $27,000,000 in attorneys' fees and $2,000,001.52 in costs.[1]

---

[1] As set forth in the class notice, Plaintiffs stated that they intended to seek $3,000,000 in reimbursement for litigation expenses. ECF No. 414-1 at 82. There were no objections to the settlement or the requests for attorneys' fees and costs.

As explained in their Motion, Plaintiffs sought payment of $3,000,000 comprised as follows: (1) $2,000,001.52 additional litigation expenses (2) $77,139.68 in previously reported unreimbursed expenses, and (3) $922,858.80 for the Litigation Fund to defray future litigation expenses. *See* ECF No. 498 at 1 n.1. As discussed at the hearing and in subsequent filings Plaintiffs provided receipts and other documentation supporting the $2,000,001.52, deferring request for the balance of the $3,000,000 reimbursement request set forth in the class notice. *See* ECF No. 594.

In conducting her review, the Special Master evaluated additional submitted attorney lodestar[2] and costs. The lodestar totaled $11,877,369. The costs included: (1) the amounts paid by direct purchaser counsel firms to fund the Litigation Fund in the amount of $1,625,000; and (2) $375,001.52 in expenses incurred by Class Counsel in 2018. The DPP R&R describes the steps the Special Master took in conducting a careful audit of these amounts.

With respect to attorney lodestar, the Special Master conducted a review of time entries and confirmed that the entries are consistent with the total amounts reported. The Special Master notes that the lodestar reported to the Court is lower than the lodestar reported to Class Counsel because Class Counsel reviewed and edited monthly lodestar reports to eliminate amounts deemed unnecessary, duplicative, or inconsistent with certain limits previously set by the Court. DPP R&R at 2. The DPP R&R concludes that the documentation submitted supports Class Counsel's fees recorded for the year 2018 in the full amount of $11,877,369. *Id.* at 4. Since the Special Master confirmed Class Counsel's reported totals for the period reviewed, no adjustment is necessary to the totals previously reported in the Motion. *See* Motion at 12.

---

[2] As set forth in Direct Purchaser Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses, ECF No. 498, Counsel had previously submitted their time from November 1, 2014 through September 30, 2016 in connection with their motion for attorneys' fees for the First Round Settlements. *See* Civ. Dkt. Nos. 1458-1 through 1458-18. Counsel also previously submitted their time from October 1, 2016 through December 31, 2017 in connection with their motion for attorneys' fees for the Second Round Settlements. *See* ECF No. 498, at 3 n.2. Including the $11,877,369, the total cumulative lodestar reported as of December 31, 2018 is $82,639,299.70 providing substantial basis for the requested fee as a lodestar cross check for the 25% fee request. *See* ECF No. 498 at 12; ECF No. 498-1, Saveri Decl. at ¶ 36, and Exs. 1-16.

With respect to the amounts paid by direct purchaser counsel to fund the Litigation Fund, Special Master Ip was provided access to the entire accounting register of the Litigation Fund maintained by Class Counsel from inception in 2014 through 2018 which sets forth all expenses incurred through the Litigation Fund for that period. The Special Master reviewed the expenses billed and paid, and performed testing of those expenses, including review of the underlying receipts, invoices, and payments. After review and testing, the Special Master confirms that the Class has incurred $12,977,639.91 in expenses paid from the Litigation Fund.[3] Also, after conducting a thorough review, the Special Master confirms that Class Counsel paid a $1,625,000 into the Litigation Fund and recommends no reduction to that amount. The Class therefore requests reimbursement of $1,625,000 for Litigation Fund contributions paid by Class Counsel.

With respect to costs incurred by Class Counsel directly, the Special Master reviewed the expenses that were billed by Lead Class Counsel and amounts expensed by other individual firms assisting with the prosecution of this action. The Special Master reviewed the documentation of these expenses, including receipts submitted to the Court, and asked for additional documentation from Class Counsel, which Class Counsel provided. DPP R&R at 3. After conducting a thorough review, Special Master Ip states, "[b]ased on our analysis, the $375,001.52 of individual firm expenses claimed by class counsel, for the period of January 1, 2018 through December 31, 2018, should be reduced by $2,191.78 to $372,809.74." DPP R&R at 3-4.

---

[3] After reviewing all expenses incurred by the Litigation Fund, the Special Master recommends a reduction in reimbursable expenses of $1,265.35 (0.02%) from $12,978,905.26 to $12,977,639.91. DPP R&R at 4. In total, as confirmed by the Special Master, Class Counsel has incurred a total of $14,296,046.56 in reimbursable expenses through December 31, 2018. *Id.*

The Class therefore requests reimbursement of $372,809.74 for expenses incurred and paid directly by Class Counsel. The total reimbursable cost amounts to $1,997,809.74.[4]

## CONCLUSION

The Class seeks approval of Special Master Ip's recommendations in the DPP R&R in full. The Class therefore requests the Court to grant the application for attorneys' fees of $27,000,000 and order reimbursement of costs in the amount of $1,997,809.74.[5]

Dated: November 25, 2019

Respectfully Submitted,

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940

*Lead Counsel for the Direct Purchaser Class*

---

[4] $1,625,000.00 (Litigation Fund) + $372,809.74 (direct Class Counsel expenses) = $1,997,809.74. *See* DPP R&R, Ex. 2.

[5] The Court should enter the following orders: (1) the accompanying [Proposed] Order Adopting the Report and Recommendations of Special Master Ip on the Direct Purchaser Class Counsel's Request for Attorneys' Fees and Reimbursement of Expenses and Granting Direct Purchaser Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses; (2) [Proposed] Order Granting Class Action Settlements with Nichicon and Rubycon Defendants, ECF No. 568-2; (3) [Proposed] Final Judgment of Dismissal with Prejudice As To Defendants Rubycon Corporation And Rubycon America Inc., ECF No. 568-3; and (4) [Proposed] Final Judgment Of Dismissal With Prejudice As To Defendants Nichicon Corporation And Nichicon (America) Corporation, ECF No. 568-4. With the entries of these orders, the proposed settlements with Rubycon and Nichicon would become final.