PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA (CA Bar No. 135972)
roxane.polidora@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
LAURA C. HURTADO (CA Bar No. 267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
KEMET CORPORATION and
KEMET ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD<br>MDL No. 2801 |
| This Document Relates To:<br><br>DIRECT PURCHASER CLASS ACTION | **NOTICE OF WITHDRAWAL OF DEFENDANTS KEMET CORPORATION AND KEMET ELECTRONICS CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

-2-

1    As stated by Direct Purchaser Plaintiffs ("DPPs") in the letter filed on November 13, 2019 (MDL Dkt. No. 1008), DPPs and KEMET Corporation and KEMET Electronics Corporation (together "KEMET") have reached an agreement to resolve all class claims with KEMET. Thus, KEMET hereby gives notice of its withdrawal of its Motion for Summary Judgment, filed June 14, 2019 (*see* MDL Dkt. No. 679; Master File Dkt. No. 2359), and of the Reply in Support of KEMET's Motion for Summary Judgment filed on August 15, 2019 (*see* MDL Dkt. No. 865; Master File Dkt. No. 2428).

Dated: December 5, 2019.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
JACOB R. SORENSEN
LAURA C. HURTADO
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

By: _____*/s/ Roxane A. Polidora*_____

Attorneys for Defendants
KEMET CORPORATION and
KEMET ELECTRONICS CORPORATION