UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD<br><br>Case No. 3:14-cv-03264-JD<br><br>**[PROPOSED] ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF SPECIAL MASTER IP ON THE DIRECT PURCHASER CLASS COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

MDL Case No. 3:17-md-02801-JD
Master File No. 3:14-cv-03264-JD
[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION OF SPECIAL MASTER IP

The Court has reviewed the Report and Recommendations of Special Master Ip on the Direct Purchaser Plaintiff Class Counsel's Request for Attorneys' Fees and Reimbursement of Expenses ("DPP R&R"), ECF No. 1019, which was prepared pursuant to the August 23, 2019 Order Appointing Special Master Monica Ip, ECF No. 903.  Class Counsel for the direct purchaser Class does not object and asks the Court to adopt the DPP R&R.  ECF No. 1021.

Good cause appearing, and no objections to the DPP R&R having been filed, the Court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Special Master's thorough and well-reasoned DPP R&R.  Consequently, the Court also **GRANTS** Direct Purchaser Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses, ECF No. 498, and approves an award of $27,000,000 in attorneys' fees and $1,997,809.74 for the reimbursement of reasonably incurred litigation expenses.

**IT IS SO ORDERED**.

Dated:    December 16, 2019          By: _____
Honorable James Donato
United States District Judge