UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | MDL No. 3:17-md-02801-JD |
| | Case No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO:** **ALL INDIRECT PURCHASER PLAINTIFF ACTIONS** | [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $4,541,734.08 |

The Court has reviewed the Indirect Purchaser Plaintiffs' ("IPPs") Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Motion") in relation to the Round 2 Settlements (ECF No. 307), IPPs' supplemental briefing regarding the same (ECF No. 363), the Special Master's Report and Recommendations on the Indirect Purchaser Plaintiff Class Counsel's Request for Reimbursement of Expenses (ECF No. 1020), and IPPs' response to that R&R accepting it in full (ECF No. 1022).

The Court ORDERS that:

1. The Special Master's Report and Recommendations on the Indirect Purchaser Plaintiff Class Counsel's Request for Reimbursement of Expenses (ECF No. 1020) is well-reasoned and thorough, and it is adopted in full.

2. Class Counsel for IPPs are awarded reimbursement of their litigation expenses in the amount of $4,541,734.08. The Court approves that amount as reasonably and properly incurred, and sufficiently supported.

3. The expenses will be allocated among Class Counsel by Lead Counsel for IPPs in a manner that, in Lead Counsel for IPPs' good-faith judgment, reflects each firm's contribution to the institution, prosecution, and resolution of the litigation.

4. This order is entered of this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED.**

Dated: December 17, 2019

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE