# Exhibit 1

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| **DPPs' Witnesses** | | | | |
| Akagi, Harumasa | Panasonic | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 30 minutes<br><br>C: 90 minutes |
| Arima, Hitoshi | NCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 15 minutes<br><br>C: none (assuming permitted) |
| Collis, Peter | AVX | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 20 minutes<br><br>C: 40 minutes |
| Fontecchio, Adam | Expert | Will Call | What Capacitors are; how they work; substitutability; who buys capacitors; expert opinion as disclosed in expert reports | D: 1 hour<br><br>C: 1 hour |
| Fukaumi, Takashi | TOKIN | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 20 minutes<br><br>C: 60 minutes |
| Hinojosa, Conrado | KEMET | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 20 minutes<br><br>C: 60 minutes |
| Hoey, Gordon | AVX | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 20 minutes<br><br>C: 40 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Ide, Shoe | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Ikazaki, Akihiko | Okaya | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Imai, Hiroyuki | ELNA | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Inoue, Tomohiro | ELNA | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Ishigami, Shinobu | Taitsu | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Kakizaki, Noriaki | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | Unknown pending deposition |
| Kasuga, Mitsuhiro | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Kasuga, Norio | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Koyama, Atsushi | Matsuo | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Krzywinski, Gene | eIQ | May Call | Effects on U.S. purchasers | D: 20 minutes<br><br>C: 30 minutes |
| Kutsuzawa, Shiro | Nichicon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Lubman, Barry | Chip-Tech | May Call | Effects on U.S. purchasers | D: 15 minutes<br><br>C: 30 minutes |
| Matsuzaka, Takeshi | NCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| McClave, Jim | Expert | Will Call | Damages caused by the conspiracy; expert opinion as disclosed in expert reports | D: 3 hours<br><br>C: 3 hours |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Millman, William | AVX | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Mitsuhori, Kazuhiko | Rubycon | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Miyakoshi, Yoshiharu | Nichicon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Miyanishi, Akitsugu | Matsuo | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Mori, Sadaaki Mori | Hitachi | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Nakatani, Jack | Panasonic | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Nakayama, Akira | Rubycon | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Nishizaka, Tadaaki | Panasonic | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Ohkubo, Satoshi | Matsuo | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | Unknown pending deposition |
| Ohta, Tsuneo | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Olita, Tony | UCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Ong, Kelvin | AVX | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Persico, Daniel | KEMET | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Russoniello, Joe | Expert | May Call | Significance of criminal convictions; functioning of prosecutorial discretion in DOJ decision making; expert opinion as disclosed in expert report | D: half hour<br><br>C: 30 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Ryan, Shawn | Dependable | May Call | Effects on U.S. Purchasers. | D: 15 minutes<br><br>C: 30 minutes |
| Sasaki, Masafumi | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Sato, Hideaki | TOKIN | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Sato, Ken | Holy Stone | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 50 minutes |
| Shimizu, Takumi | Matsuo | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Shiozaki, Masanobu | Nichicon | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Singer, Hal | Expert | Will Call | Impact on and harm to competition caused by the conspiracy; structure of the Capacitors market; consistency of the documentary record with collusive activity; effect of information exchanges and other coordinated conduct by Defendants; expert opinion as disclosed in expert reports | D: 4 hours

C: 3 hours |
| Suginaga, Eiji | Hitachi | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes

C: 75 minutes |
| Takada, Shuji | Holy Stone | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes

C: 50 minutes |
| Takahashi, Kaname | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes

C: none (assuming permitted) |
| Tatai, Tokuo | ELNA | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes

C: 50 minutes |
| Torii, Shinichi | SANYO | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes

C: 75 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Uchiyama, Ikuo | NCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: none (assuming permitted) |
| Umeda, Masahiro | Panasonic | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 25 minutes<br><br>C: 75 minutes |
| Walker, John | Walker | May Call | Effects on U.S. purchasers | D: 15 minutes<br><br>C: 30 minutes |
| Yoshida, Tadashi | SANYO | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications | D: 20 minutes<br><br>C: 60 minutes |
| Custodian(s) of records | Multiple | May Call | Authentication of Defendants' business record documents (if necessary) | |
| FRE 1006 witness(es) | Plaintiffs | May Call | Provenance of FRE 1006 summary exhibits (if necessary) | |
| **Defendants' Witnesses** | | | | |
| Spencer Simons | Expert | | Capacitors industry and variables present in its pricing; Defendants' pricing practices; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 2 hours<br><br>C: Twenty minutes |
| Laila Haider | Expert | | Plaintiffs' experts do not have a reliable methodology for establishing injury and estimating damages; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 4<br><br>C: .30 |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| John Johnson | Expert | | Plaintiffs' experts do not have a reliable methodology for establishing injury and estimating damages; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 2 hours<br><br>C: Twenty minutes |
| Dr. Darrell Williams | Expert | | The flaws in DPPs' economic experts methodology for establishing injury and estimating damages; an alternative damages analysis; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 1 hour<br><br>C: Twenty minutes |
| Lauren Stiroh | Expert | | The flaws in DPPs' economic experts' methodology for establishing injury and estimating damages; an alternative damages analysis; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 1 hour<br><br>C: 20 minutes |
| Dr. Frederick Warren-Boulton | Expert (Film Only) | | The flaws in DPPs' economic experts' methodology for establishing injury and estimating damages; issues, opinions, subjects, and topics discussed in expert report and deposition. | D: 3 hours<br><br>C: 30 minutes |
| Timothy Snail | Expert (AVX) | | Flaws in DPP damages model; None of the bilateral meetings cited by DPPs resulted in any economic difference in AVX pricing. | D: One and a half hours<br><br>C: 20 minutes |
| Dr. Lawrence Wu | Expert (Holy Stone) | | Expert economist - Will testify as to Holy Stone Taiwan's sales in the United States; The flaws in the damages model of the DPPs' economic witnesses; and The lack of applicability of those damages models to the Holy Stone Defendants. | D: One and a half hours<br><br>C: 20 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
| --- | --- | --- | --- | --- |
| Dr. Janusz Ordover | Expert (NCC/UCC) | | The flaws in DPPs' economic experts' methodology for establishing injury; the likely impact on prices UCC charged for capacitors in the United States given the alleged conduct; that highly aggregated forecasts are unlikely to facilitate broad and sustained price coordination; and that exchanges of certain market information can potentially enhance efficiency and competition. | D: 3 Hours<br><br>C: 20 minutes |
| Dr. Jerry Hausman | Expert (NCC/UCC) | | The flaws in Dr. McClave's residual analysis as identified in Defendants' motion to decertify, if the issue becomes relevant at trial. | 0.5 Hours<br><br>C: 15 minutes |
| Kent Sterrett | ELNA | | 30(b)(6) topics; ELNA's business; the types of capacitors ELNA sells in the U.S. and elsewhere; how prices are set for U.S. customers; U.S. sales | D: 2 hours<br><br>C: 20 minutes |
| Hiroyuki Imai | ELNA | | 30(b)(6) topics; ELNA's business; communications at industry meetings; bilateral industry communications; oversight of subordinates; the factual basis for ELNA's guilty plea. | D: 3 hours<br><br>C: 45 minutes |
| Tokuo Tatai | ELNA | | ELNA's business; communications at industry meetings; bilateral industry communications; oversight of subordinates; the factual basis for his guilty plea; the factual basis for ELNA's guilty plea. | D: 2 hours<br><br>C: 45 minutes |
| Hiroyuki Moriyama | ELNA | | ELNA's business; communications at industry meetings; bilateral industry communications; the factual basis for ELNA's guilty plea. | D: 2 hours<br><br>C: 30 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Tomohiro Inoue | ELNA | | ELNA's business; communications at industry meetings; bilateral industry communications; the factual basis for ELNA's guilty plea. | D: 2 hours<br><br>C: 30 minutes |
| Shin Kinoshita | ELNA | | ELNA's business; communications at industry meetings; bilateral industry communications; the factual basis for ELNA's guilty plea. | D: 2 hours<br><br>C: 30 minutes |
| Johnny Sarvis | AVX | | AVX President & CEO (CEO since March 2015). Background on AVX as a company, the capacitors that it makes, and the customers that it serves, as well as specific allegations made by Plaintiffs. | D: 30 Minutes<br><br>C: 5-10 minutes |
| Willing King | AVX | | Testimony on AVX pricing policies and the specific allegations made by Plaintiffs. | D: 90 Minutes<br><br>C: 20 minutes |
| Gordon Hoey | AVX | | If testimony is allowed concerning European conduct and/or subsequent remedial measures, Mr. Hoey will testify concerning his reprimand and the circumstances surrounding it. | D: 30 Minutes<br><br>C: 20 minutes |
| Neil Smyth | AVX | | Testimony on specific allegations made by Plaintiffs | D: 15 Minutes<br><br>C: 15 minutes |
| William Millman | AVX | | Testimony on AVX's acquisition of raw tantalum and conflict minerals and specific allegations made by Plaintiffs. | D: 45 Minutes<br><br>C: 15 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Yoshiaki Danno | Shinyei | | Shinyei's 30(b)(6) witness; General Manager of Manufacturing at Shinyei Capacitor Company; can testify about Shinyei's business; types of capacitors; pricing and sales of film capacitors; industry meetings | D: 4 hours<br><br>C: 30 – 45 minutes |
| Takehisa Okumura | Shinyei | | President of Shinyei Capacitor Company; Executive Officer at Shinyei Corporation of America; Chairman Shinyei Electronics Corporation, Marisha; can testify about industry meetings; sales and pricing of film capacitors; Shinyei's business; types of capacitors | D: 3 hours<br><br>C: 30 – 45 minutes |
| Tomohiko Miyata | Matsuo | | Matsuo's 30(b)(6) witness; can testify about Matsuo's business, types of capacitors, sales and pricing of capacitors, dissolution of US subsidiary MEA, factual basis for Matsuo's plea | D: 2 hours<br><br>C: 30 – 45 minutes |
| Satoshi Okubo | Matsuo | | Can testify about communications at group meetings, limited bilateral communications, sales and pricing of capacitors, factual basis for Okubo's plea | D: 4 hours<br><br>C: 30 – 45 minutes |
| Ken Kobayashi | Taitsu | | Taitsu business, products, sales and pricing, JFC meetings, alleged communications with competitors, and, if admitted, government investigations | D: 90 Minutes<br><br>C: 30 minutes |
| Kazushige Taniguchi | Taitsu | | Taitsu business, products, sales and pricing, alleged communications with competitors, and, if admitted, government investigations and subsequent remedial measures | D: 90 Minutes<br><br>C: 30 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| George Jouflas | Holy Stone | | Will testify regarding the business of Holy Stone US; Holy Stone US's relationship with other Holy Stone entities; and Holy Stone US' lack of participation in, and knowledge of, the alleged conspiracy. | D: 1 hour<br><br>C: 15 minutes |
| Lee-Yi Chen | Holy Stone | | Will testify regarding the business of Holy Stone Taiwan; Holy Stone Taiwan's US sales and pricing; Holy Stone Taiwan's relationship with other Holy Stone entities; The creation of Holy Stone Japan; and Holy Stone Taiwan's lack of participation in, or knowledge of, the alleged conspiracy. | D: 3 hours<br><br>C: 30 – 45 minutes |
| Shuji Takada | Holy Stone | | Will testify regarding the creation and business of Holy Stone Japan; Holy Stone Japan's relationship with other Holy Stone entities; Holy Stone Japan's communications with competitors in Japan; The lack of participation of other Holy Stone entities in those communications; and the factual basis for the Holy Stone Holdings' plea agreement. | D: 5 hours<br><br>C: 1 hour |
| Takashi Nakamura | NCC | | The scope of NCC's plea agreement, if the issue becomes relevant at trial. | D: 1.5 Hours<br><br>C: 20 minutes |
| Noriaki Kakizaki | NCC | | Communications at group meetings, limited bilateral communications, and the sales and pricing of capacitors. | D: 3 Hours (Combined for NCC and UCC)<br><br>C: 30 - 45 minutes |

| Name | Affiliation | Status | Subject Matter | Time Estimate |
|---|---|---|---|---|
| Noriaki Kakizaki | UCC | | UCC's business, UCC's interactions with NCC concerning capacitor sales, and limited bilateral communications. | See above |
| Derrick Fitzpatrick | UCC | | UCC's business, the types of capacitors UCC sells in the U.S., how prices are set for U.S. customers, and UCC's interactions with NCC concerning capacitor sales. | D: 0.5 Hours<br><br>C: 10 minutes |
| Steve Watlock | UCC | | UCC's business, the types of capacitors UCC sells in the U.S., how prices are set for U.S. customers, and UCC's interactions with NCC concerning capacitor sales. | D: 1.5 Hours<br><br>C: 20 minutes |
| Biren Patel | UCC | | UCC's business, the types of capacitors UCC sells in the U.S., how prices are set for U.S. customers, and UCC's interactions with NCC concerning capacitor sales. | D: 30 minutes<br><br>C: 15 minutes |
| Mitch Weaver | UCC | | UCC's Lansing facility, the types of capacitors UCC sells in the U.S. from its Lansing facility, and how Lansing capacitor prices are set for U.S. customers. | D: 30 minutes<br><br>C: 15 minutes |
| Larry Magoncia | UCC | | UCC's corporate structure and operations, as well as UCC's corporate relationship with Nippon Chemi-Con Corporation. | D: 30 Minutes<br><br>C: 15 minutes |
| Custodian(s) of records | All Defendants | | Authentication of business record documents (if necessary) | TBD |
| FRE 1006 witness(es) | All Defendants | | Provenance of FRE 1006 summary exhibits (if necessary) | TBD |