UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:14-cv-03264-JD<br><br>MDL Case No. 3:17-md-02801-JD<br><br>**JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Date:        March 2, 2020<br>Time:       9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Hon. James Donato |

Pursuant to the Court's Standing Order and the Court's trial setting Order, ECF No. 1037, the parties respectfully submit the following Joint Proposed Jury Instructions and Verdict Forms, attached hereto as Exhibits 1 and 2.

Dated: January 21, 2020                 /s/Joseph R. Saveri

                                        Joseph R. Saveri
                                        Steven N. Williams
                                        James G. Dallal
                                        Anupama K. Reddy
                                        Christopher K.L. Young
                                        **JOSEPH SAVERI LAW FIRM, INC**.
                                        601 California Street, Suite 1000
                                        San Francisco, California 94108

                                        *Lead Counsel for the Direct Purchaser Class*

Dated: January 21, 2020                 /s/ Jeffrey A. LeVee

                                        Jeffrey A. LeVee
                                        Eric P. Enson
                                        Kelly M. Ozurovich
                                        **JONES DAY**
                                        555 South Flower Street, 50th Floor
                                        Los Angeles, CA 90071

                                        *Counsel for Defendants Holy Stone Enterprise Co, Ltd., Holystone International, Milestone Global Technology, Inc., and Vishay Polytech Co., Ltd.*

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | /s/ Bruce D. Sokler |
| 2 | | |
| 3 | | Bruce D. Sokler |
| | | Robert G. Kidwell |
| 4 | | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 5 | | 701 Pennsylvania Avenue NW, Suite 900 |
| | | Washington, DC 20004 |
| 6 | | |
| 7 | | Evan S. Nadel |
| | | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 8 | | 44 Montgomery Street, 36th Floor |
| 9 | | San Francisco, CA 94104 |
| 10 | | *Counsel for Defendant AVX Corporation* |
| 11 | Dated: January 21, 2020 | /s/ Heather S. Nyong'o |
| 12 | | |
| 13 | | Heather S. Nyong'o (CA SBN 222202) |
| | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 14 | | 1 Front Street, Suite 3500 |
| 15 | | San Francisco, California 94111 |
| | | heather.nyongo@wilmerhale.com |
| 16 | | |
| 17 | | Thomas Mueller (*pro hac vice*) |
| | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 18 | | 1875 Pennsylvania Avenue, NW |
| 19 | | Washington, DC 20006 |
| | | thomas.mueller@wilmerhale.com |
| 20 | | |
| 21 | | Chris Johnstone (CA SBN 242152) |
| | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 22 | | 950 Page Mill Road |
| 23 | | Palo Alto, CA 94304 |
| | | chris.johnstone@wilmerhale.com |
| 24 | | Telephone: (650) 858-6000 |
| | | Facsimile: (650) 858-6100 |
| 25 | | |
| 26 | | *Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.* |
| 27 | | |
| 28 | | |

Master File No. 3:14-cv-03264-JD
MDL Case No. 3:17-md-02801-JD

2

JOINT PRETRIAL STATEMENT

| | |
|---|---|
| Dated: January 21, 2020 | */s/ Charles F. Rule* |
| | Charles F. Rule |
| | Joseph J. Bial |
| | Daniel J. Howley |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| | |
| | Steven Shea Kaufhold |
| | **KAUFHOLD GASKIN LLP** |
| | 388 Market St, Suite 1300 |
| | San Francisco, CA 94111 |
| | |
| | *Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* |
| Dated: January 21, 2020 | */s/ Bonnie Lau* |
| | |
| | Bonnie Lau (State Bar No. 246188) |
| | blau@mofo.com |
| | Stephen Kam (State Bar No. 327576) |
| | stephenkam@mofo.com |
| | **MORRISON & FOERSTER LLP** |
| | 425 Market Street |
| | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| | Facsimile:  (415) 268-7522 |
| | |
| | *Counsel for Defendant Matsuo Electric Co., Ltd.* |

| | |
|---|---|
| Dated: January 21, 2020 | */s/ Gaspare J. Bono* |
| | Gaspare J. Bono |
| | Claire Maddox |
| | Leslie Barry |
| | **DENTONS US LLP** |
| | 1900 K Street, NW |
| | Washington, DC 20006 |
| | |
| | Andrew S. Azarmi |
| | **DENTONS US LLP** |
| | One Market Plaza, Spear Tower, 24th Floor |
| | San Francisco, California 94105 |
| | |
| | *Counsel for Defendants Shinyei Kaisha,* |
| | *Shinyei Technology Co., Ltd.,* |
| | *Shinyei Capacitor Co., Ltd. and* |
| | *Shinyei Corporation of America* |
| Dated: January 21, 2020 | */s/ Jarod M. Bona* |
| | Jarod M. Bona |
| | Aaron R. Gott |
| | **BONA LAW PC** |
| | 4275 Executive Square, Suite 200 |
| | La Jolla, CA 92037 |
| | |
| | *Counsel for Defendants Taitsu Corporation* |
| | *and Taitsu America, Inc.* |

     Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated:  January 21, 2020 | */s/ Joseph R. Saveri* |
| | Joseph R. Saveri |