Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           jdavis@saverilawfirm.com
           jdallal@saverilawfirm.com
           areddy@saverilawfirm.com
           cyoung@saverilawfirm.com

*Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER CLASS ACTIONS | Master File No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER CLASS'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE OF ASSOCIATED AMENDED JUDGMENTS OF NICHICON CORPORATION AND HITACHI CORPORATION**<br><br>Date:       February 13, 2020<br>Time:       1:30 PM<br>Judge:      Honorable James Donato<br>Courtroom:  11, 19th Floor |
|---|---|

## SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Direct Purchaser Plaintiffs (the "Class") respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence ("Rule") 201(b), of the following supplemental documents attached as exhibits U and V (collectively the "associated amended judgments") to the Supplemental Declaration of Steven N. Williams in Support of Direct Purchaser Plaintiffs' Request for Judicial Notice ("Williams Supplemental Decl.").[1] The sole purpose of this supplement request is to add two amended judgments that were entered in the criminal matters described below to those matters for which judicial notice is sought, each of which changed the end date for conspiratorial conduct in violation of Section 1 of the Sherman Act

| Exhibit and Declaration Reference | Description |
|---|---|
| ¶ 22, Exh. U | Amended Judgment in a Criminal Case in *U.S. v. Nichicon Corporation*, No. 4:17-cr-00368-JD (CAND), Dkt. No. 48, filed on November 08, 2019. |
| ¶ 23, Exh. V | Amended Judgment in a Criminal Case in *U.S. v. Hitachi Corporation.*, No. 4:16-cr-00180-JD (CAND), Dkt. No. 32, filed on July 13, 2016. |
| | |

## ARGUMENT

The guilty pleas and judgments entered in the related criminal cases are admissible and subject to judicial notice for all of the reasons set forth in the Direct Purchaser Class's Request for Judicial Notice of Plea Agreements and Associated Judgments ("RJN"), ECF No. 2547.

## CONCLUSION

For the reasons set forth in the RJN and in this Supplemental Request for Judicial Notice, the Class respectfully requests that the Court take judicial notice of each of the Exhibits U and V, and the facts stated therein.

---

[1] All references herein preceded by "Exh." or "Exhs." are to exhibits to Williams Supplemental Decl.

| | |
|---|---|
| Dated: February 12, 2020 | Respectfully Submitted,<br><br>JOSEPH SAVERI LAW FIRM, INC.<br><br>By:  */s/ Joseph R. Saveri*<br>        Joseph R. Saveri<br><br>Joseph R. Saveri (State Bar No. 130064)<br>Steven N. Williams (State Bar No. 175489)<br>Joshua P. Davis (State Bar No. 193254)<br>James G. Dallal (State Bar No. 277826)<br>Anupama K. Reddy (State Bar No. 324873)<br>Christopher K.L. Young (State Bar No. 318371)<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:  (415) 500-6800<br>Facsimile:    (415) 395-9940<br><br>*Class Counsel for Direct Purchaser Plaintiffs* |