Bruce D. Sokler *(admitted pro hac vice)*
Robert G. Kidwell *(admitted pro hac vice)*
bdsokler@mintz.com
rgkidwell@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400

Evan S. Nadel (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone: 415-432-6000
Facsimile: 415-432-6001

Attorneys for Defendant
AVX CORPORATION

[ADDITIONAL COUNSEL LISTED ON SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Direct Purchaser Plaintiffs Action,<br><br>MDL Case no. 17-md-02801<br><br>Case No. 14-cv-03264-JD | MDL Case No. 3:17-md-02801-JD<br><br>Case No. 14-cv-03264-JD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER**<br><br>Date:       February 27, 2020<br>Time:      11:00 a.m.<br>Judge:    Judge: Hon. James Donato<br>Location: Courtroom 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on February 27, 2020, at 11:00 .m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James Donato, United States District Judge for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendants will and hereby does move for a motion to strike DPP Proffer.

This motion is based upon this Notice; the Memorandum of Points and Authorities in Support; and any further papers filed in support of this motion as well as arguments of counsel and all records on file in this matter.

Respectfully submitted,

Dated:  February 25, 2020

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Bruce D. Sokler
Robert G. Kidwell
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
bdsokler@mintz.com
RGKidwell@mintz.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
enadel@mintz.com

By:  */s/ Evan S. Nadel*

Attorneys for Defendant
AVX CORPORATION

-1-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER
CASE NO. 3:17-md-02801-JD

| | |
|---|---|
| Dated: February 25, 2020 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Charles F. Rule<br>Joseph J. Bial<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>rrule@paulweiss.com<br>jbial@paulweiss.com<br><br>KAUFHOLD GASKIN LLP<br>Steven Shea Kaufhold<br>388 Market St, Suite 1300<br>San Francisco, CA 94111<br>skaufhold@kaufholdgaskin.com<br><br>By:  _____*/s/ Joseph J. Bial*_____<br><br>Attorneys for Defendants<br>NIPPON CHEMI-CON CORPORATION<br>and UNITED CHEMI-CON, INC. |

Dated:  February 25, 2020

                        WILMER CUTLER PICKERING HALE AND DORR LLP
Heather S. Nyong'o
1 Front Street, Suite 3500
San Francisco, California 94111
Heather.Nyongo@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Thomas Mueller (*pro hac vice*)
1875 Pennsylvania Ave NW
Washington, DC 20006
Thomas.Mueller@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Chris Johnstone
950 Page Mill Road
Palo Alto, CA 94304
Chris.Johnstone@wilmerhale.com

By: _____ */s/ Heather S. Nyong'o* _____

Attorneys for Defendants
ELNA CO., LTD. and ELNA AMERICA, INC.

Dated:  February 25, 2020

MORRISON & FOERSTER LLP
Bonnie Lau
425 Market Street
San Francisco, CA 94105
blau@mofo.com

By: _____ */s/ Bonnie Lau* _____

Attorneys for Defendants
MATSUO ELECTRIC CO., LTD.

-3-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER
CASE NO. 3:17-md-02801-JD

Dated:  February 25, 2020

                    DENTONS US LLP
                    Gaspare J. Bono
                    Claire Maddox
                    Leslie Barry
                    1900 K Street, NW
                    Washington, DC 20006
                    Email: gap.bono@dentons.com
                    claire.maddox@dentons.com
                    leslie.barry@dentons.com

DENTONS US LLP
Andrew S. Azarmi
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Email: andrew.azarmi@dentons.com

By: _____*/s/ Gaspare J. Bono*_____

Attorneys for Defendants
SHINYEI KAISHA, SHINYEI TECHNOLOGY CO.,
LTD., SHINYEI CAPACITOR CO., LTD. and
SHINYEI CORPORATION OF AMERICA, INC.

Dated:  February 25, 2020

BONA LAW PC
Jarod M. Bona
Aaron R. Gott
4275 Executive Square, Suite 200
La Jolla, CA 92037
Email: jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

By: _____*/s/ Jarod M. Bona*_____

Attorneys for Defendants
TAITSU CORPORATION and TAITSU AMERICA, INC.

-4-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER
CASE NO. 3:17-md-02801-JD

**MEMORANDUM OF POINTS AND AUTHORITIES**

Earlier today, DPPs filed what they refer to as a "Proffer" that includes a 46-page brief with 803 pages of attachments. DPPs' "Proffer" should be stricken because it disregards their legal burden and the process this Court has already ordered for ruling on these issues. (Pretrial Order No. 2 for Direct Purchaser Plaintiffs' Trial, MDL Dkt. No. 1140, at 2 (providing a process for deciding "Coconspirator Statements and Fifth Amendment Invocations.").) DPPs' Proffer rehashes at length the same arguments, and cites the same cases, as their prior oppositions to Defendants' Motions *in Limine* ("MILs"); the only difference is that DPPs' Proffer exceeds the Court's three-page limit for MIL briefs more than tenfold.

The Court has already ruled on the MILs that DPPs rehash in their Proffer. In so ruling, the Court clearly specified the procedure for addressing DPPs' arguments regarding any particular statement in any particular document in their 803-page appendices:

> For co-conspirator statements, DPPs must file a proffer by 4:00 p.m. two trial days before they intend to present them. For example, statements for Wednesday must be filed by 4:00 p.m. on Monday. Statements for Monday must be filed by 4:00 p.m. on Thursday. The proffer must specify: (1) who made the statement; (2) the substance of the statement; (3) the facts showing that the declarant was a co-conspirator; and (4) the facts showing that the statement was made during and in furtherance of the conspiracy. F.R.E. 801(d)(2)(E); *Bourjaily v. United States*, 483 U.S. 171 (1987). The Court will either file an order, or rule from the bench, before the start of testimony.

(Pretrial Order No. 2 at 2, ¶ 1.) Nothing in the Court's Order authorizes an 849-page filing six days before the jury is seated.

Moreover, DPPs' Proffer does not only ask for rulings on the co-conspirator exception to hearsay; it asks the Court for a blanket ruling that all of the statements in all of the documents in their 803-page appendices are admissible under some combination of (1) the Rule 801(d)(2)(E) co-conspirator exception;[1] (2) as a Rule 801(d)(2)(a) statement of a party opponent;[2] (3) as a Rule

---

[1] Proffer at 24-33.

[2] Proffer at 33.

-1-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER
CASE NO. 3:17-md-02801-JD

801(d)(2)(D) statement of an authorized agent;[3] (4) as a Rule 803(6) business record;[4] or (6) as self-authenticating under Rule 902.[5]  DPPs do not even say which of these five bases for admissibility they believe should apply to any particular statement found in any particular document.

DPPs' 849-page Proffer is not helpful to the Court or to the process of resolving the admissibility of any statement in any document.  It does not tee up any particular issue for the Court to decide that the Court has not already decided or established a process for deciding.  It does not provide the specific factual or legal bases for each offered statement that the Court ordered DPPs to provide, and which is legally required for any finding that a specific alleged conspirator (and in particular, AVX and/or KEMET) knowingly participated in DPPs' alleged conspiracy as of the date of a particular statement such that the co-conspirator exception could apply.[6]

It is not feasible or appropriate, in the few days left before trial, for Defendants to sift through 803 pages of documents—*none of which DPPs assert that they will actually use at trial,* much less when or with what witness—and show why *each* of the *five* bases for admissibility that DPPs cite in their Proffer do not apply to each of the potentially thousands of statements in the huge volume of documents submitted.  Nor is it feasible (or even necessary given many of the documents may never be used at trial) for the Court to tease out which specific statements DPPs might wish to rely upon in each of those documents and then rule on all five asserted bases for admissibility for each statement.  DPPs' Proffer is nothing more than a request for blanket relief from the burdens of the Federal Rules of Evidence.  This Court has already ordered that they must follow the Rules as written with regard to each statement that they wish to proffer. (Pretrial Order No. 2 at 2, ¶ 1.).

---

[3] Proffer at 34.

[4] Proffer at 35.

[5] Proffer at 36.

[6] *See* Defendants' Omnibus Motion in Limine, Dkt. No. 1085, at MILs No. 7 and 8.

The Court should strike DPPs' Proffer and sustain its requirement that they meet their evidentiary burden by complying with the process this Court already ordered.

Respectfully submitted,

Dated:  February 25, 2020

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Bruce D. Sokler
Robert G. Kidwell
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
bdsokler@mintz.com
RGKidwell@mintz.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
enadel@mintz.com

By:     */s/ Evan S. Nadel*

Attorneys for Defendant
AVX CORPORATION

Dated:  February 25, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Charles F. Rule
Joseph J. Bial
2001 K Street, NW
Washington, DC 20006-1047
rrule@paulweiss.com
jbial@paulweiss.com

KAUFHOLD GASKIN LLP
Steven Shea Kaufhold
388 Market St, Suite 1300
San Francisco, CA 94111
skaufhold@kaufholdgaskin.com

By: _____*/s/ Joseph J. Bial*_____

Attorneys for Defendants
NIPPON CHEMI-CON CORPORATION
and UNITED CHEMI-CON, INC.

Dated:  February 25, 2020

                WILMER CUTLER PICKERING HALE AND DORR LLP
                Heather S. Nyong'o
                1 Front Street, Suite 3500
                San Francisco, California 94111
                Heather.Nyongo@wilmerhale.com

                WILMER CUTLER PICKERING HALE AND DORR LLP
                Thomas Mueller (*pro hac vice*)
                1875 Pennsylvania Ave NW
                Washington, DC 20006
                Thomas.Mueller@wilmerhale.com

                WILMER CUTLER PICKERING HALE AND DORR LLP
                Chris Johnstone
                950 Page Mill Road
                Palo Alto, CA 94304
                Chris.Johnstone@wilmerhale.com

                By:  */s/ Heather S. Nyong'o*

                Attorneys for Defendants
                ELNA CO., LTD. and ELNA AMERICA, INC.

Dated:  February 25, 2020

                MORRISON & FOERSTER LLP
                Bonnie Lau
                425 Market Street
                San Francisco, CA 94105
                blau@mofo.com


                By:  */s/ Bonnie Lau*

                Attorneys for Defendants
                MATSUO ELECTRIC CO., LTD.

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DPP PROFFER
CASE NO. 3:17-md-02801-JD

Dated:  February 25, 2020

            DENTONS US LLP
            Gaspare J. Bono
            Claire Maddox
            Leslie Barry
            1900 K Street, NW
            Washington, DC 20006
            Email: gap.bono@dentons.com
            claire.maddox@dentons.com
            leslie.barry@dentons.com

            DENTONS US LLP
            Andrew S. Azarmi
            One Market Plaza, Spear Tower, 24th Floor
            San Francisco, California 94105
            Email: andrew.azarmi@dentons.com

            By:  _____*/s/ Gaspare J. Bono*_____

            Attorneys for Defendants
            SHINYEI KAISHA, SHINYEI TECHNOLOGY CO.,
            LTD., SHINYEI CAPACITOR CO., LTD. and
            SHINYEI CORPORATION OF AMERICA, INC.

Dated:  February 25, 2020

            BONA LAW PC
            Jarod M. Bona
            Aaron R. Gott
            4275 Executive Square, Suite 200
            La Jolla, CA 92037
            Email: jarod.bona@bonalawpc.com
            aaron.gott@bonalawpc.com

            By:  _____*/s/ Jarod M. Bona*_____

            Attorneys for Defendants
            TAITSU CORPORATION and TAITSU AMERICA,
            INC.