**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.  14-cv-03264-JD & 17-MD-2801-JD

Case Name:  IN RE CAPACITORS ANTITRUST LITIGATION

Date:  March 16, 2020                                  Time:  10 Minutes

**The Honorable James Donato**

**Clerk**:  LISA R. CLARK                         **FTR**:  8:48-8:58

| **COUNSEL FOR PLTF**: | Joseph Saveri, Christopher K.L. Young, Anupama K. Reddy, Steven Williams |
|---|---|
| **COUNSEL FOR DEFT**: | Joseph J. Bial, Farrah R. Berse, Roberto Finzi, David D. Cross, Bonnie Lau |

Trial Began:  March 2, 2020                      Further Trial:  April 6, 2020

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1. 

2. 

3. 

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**




**DISPOSITION OF EXHIBITS:**