Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          areddy@saverilawfirm.com
          cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER CLASS'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS AVX, ELNA, HOLY STONE, KEMET, PANASONIC, SHINYEI, SHIZUKI AND TAITSU** |

Pursuant to Civil Local Rule 7-11, the Direct Purchaser Class (the "Class") hereby requests the Court to grant the Class leave to file an oversized brief moving for preliminary approval of the Class's settlements with Defendants AVX, ELNA, Holy Stone, KEMET, Panasonic, Shinyei, Shizuki and Taitsu (collectively, the "Settling Defendants"). Pursuant to Local Rules 7-11(a) and 7-12, the Class and the Settling Defendants have stipulated to the Class's filing of this administrative motion.

Paragraph 18 of the Court's Standing Order for Civil Cases Before Judge James Donato generally limits opening briefs to 15 pages. The Class is moving for preliminary approval of settlements

with eight defendant corporate families. Because of the number of settling defendants and the complexity of the issues, the preliminary approval brief is 23 pages long.

The Class therefore respectfully requests that the Court grant the Class's Administrative Motion for Leave to File an Oversized Motion for Preliminary Approval of Class Action Settlement with Defendants AVX, ELNA, Holy Stone, KEMET, Panasonic, Shinyei, Shizuki and Taitsu.

Dated: May 14, 2020

Respectfully submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:   /s/ Joseph R. Saveri
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            areddy@saverilawfirm.com
            cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*