# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 4, 2020      Judge: Hon. James Donato

Time: 14 Minutes

Cases: **C-14-03264-JD In re Capacitors Antitrust Litigation**
**MD-17-02801-JD In re Capacitors Antitrust Litigation (No. III)**

Attorney(s) for Plaintiff(s): Joseph R. Saveri/Steven N. Williams/Christopher K. L. Young/Anupama K. Reddy
Attorney(s) for Defendant(s): David Cross/Roberto Finzi/Joe Bial/Farrah Berse/Bonnie Lau

Deputy Clerk: Lisa R. Clark      Court Reporter: Debbie Pas

## PROCEEDINGS

Status Conference re DPPs' Trial - Held

## NOTES AND ORDERS

The Court advises the parties that while six jurors were willing to continue their service on June 15, 2020, one of those jurors is in a high-risk group, and the Court has declined to call that juror for further service. The jurors have not, however, formally been discharged. The Court will advise the parties once that has happened.

The DPPs' trial is terminated, and the parties are directed to meet and confer on a date in October or November for a retrial. The Court notes its unavailability in the last week of October and the week of Thanksgiving.

The parties are advised that any changes in District practices that might permit a trial in July or August, 2020, will be grounds for advancing the trial date.

All pending trial motions and proffers are terminated, and the briefing on Dr. McClave that the Court directed need not be filed.

A supplemental pre-trial conference will likely be set for September. The parties are invited to suggest innovations and improvements for the presentation of evidence in the next trial.