Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         areddy@saverilawfirm.com
         cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:17-md-02801-JD<br><br>Case No. 3:14-cv-03264-JD<br><br>**DECLARATION OF KENDALL S. ZYLSTRA IN FURTHER SUPPORT OF DIRECT PURCHASER CLASS'S MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENTS WITH DEFENDANTS AVX, ELNA, HOLY STONE, KEMET, PANASONIC, SHINYEI, SHIZUKI AND TAITSU**<br><br>Date:        September 17, 2020<br>Time:       10:00 a.m.<br>Courtroom: 11, 19th Floor |

I, Kendall S. Zylstra, hereby swear, under penalty of perjury, as follows:

1. I am a Senior Vice President at Rust Consulting, Inc. ("Rust"). I submit this Declaration in Further Support of Direct Purchaser Class's Motion for Final Approval of Proposed Settlements with Defendants AVX, ELNA, Holy Stone, KEMET, Panasonic, Shinyei, Shizuki and Taitsu (the

"Motion"). MDL ECF No.[1] 1360. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Pursuant to prior order of the Court, notice of the Round Four Settlements has been given. The notice program is now complete.

3. Rust has received no objection to the Motion. MDL ECF No. 1360.

4. Rust has received no objection to the Direct Purchaser Class's Motion for Attorney's Fees and Reimbursement of Expenses. MDL ECF No. 1362.

5. Rust has received and processed requests for exclusion from the Round 4 Settlements. Attached hereto as **Exhibit A** is a true and correct summary of the entities requesting exclusion.

6. As of September 8, 2020, Rust has received and processed a total of 516 Claim Forms in connection with the Round Four Settlements. Excluding duplicate claim submissions, these claims represent 80.1% of the total Class commerce for the relevant time period.

7. Consistent with the notice program completed with respect to the prior settlements, all potential Settlement Class members for which notices and claim forms that had undeliverable Claim Forms for the First, Second or Third Round Settlements were mailed Notices and Claim Forms for the Fourth Round Settlements. If further research, including skip-tracing, identified alternative addresses. Rust mailed Notices and Claim Forms to such addresses. If further research did not identify alternative addresses, Rust mailed notice to potential Settlement Class members' best-known addresses, including to class members for which notices were returned as undeliverable. As of August 31, 2020, the date Rust last traced undeliverable notices, 405 notices and Claim Forms had been returned to Rust as undeliverable with no forwarding address received. Rust attempted to locate a better address for each one.

8. Of the 405 returned undeliverable claim forms traced by Rust, Rust determined better addresses for seven Settlement Class members. Rust then mailed Claim Forms to those addresses. One

---

[1] "MDL ECF No. ___" citations are to 3:17-md-02801.

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD        2
DECLARATION OF KENDALL S. ZYLSTRA IN FURTHER SUPPORT OF DPCS' MOTION FOR FINAL APPROVAL

of the seven mailed Claim Forms was subsequently submitted by a Settlement Class member. Of the seven, no Claim Forms were returned as undeliverable.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2020.

By:     /s/ *Kendall S. Zylstra*
          Kendall S. Zylstra

# EXHIBIT A

## Summary of Entities Requesting Exclusion

### Entities Requesting Exclusion from the Round 4 Settlements

| Requesting Entity | Entity/Affiliate with Record of Transactions | Location |
| --- | --- | --- |
| Dell Technologies, Inc. | Dell Computer Corporation | Round Rock, TX |
| | EMC Corporation | Hopkinton, MA |
| | Wyse Technology | Round Rock, TX |
| Microsoft Mobile/Nokia | Microsoft Mobile | Redmond, WA |
| | Nokia | Naperville, IL |
| | Nokia | San Diego, CA |

### Entities Requesting Partial Exclusion (ELNA)

| | | |
| --- | --- | --- |
| Blackberry Ltd. | Blackberry Corporation | Pleasanton, CA |
| Plexus Corp. / Electronic Assembly Corp. | Electronic Assembly Corporation | Neenah, WI |
| | Plexus Corporation | Neenah, WI |
| | Plexus | Nampa, ID |
| | Plexus Corp | Appleton, WI |
| | Plexus Corp | Neenah, WI |
| | Plexus Services Corp - N | Neenah, WI |
| | Plexus Int Sales & Logistics | Neenah, WI |

### Entities Requesting Partial Exclusion (Holy Stone)

| | | |
| --- | --- | --- |
| Blackberry Ltd. | Blackberry Corporation | Pleasanton, CA |

### Entities Requesting Partial Exclusion (Panasonic)

| | | |
| --- | --- | --- |
| Blackberry Ltd. | Blackberry Corporation | Pleasanton, CA |
| Hon Hai/Foxconn/CTI | Hon Hai | Houston, TX |
| | NSG Technology / Foxconn | San Jose, CA |
| | Competition Team Ireland | San Jose, CA |
| Plexus Corp. / Electronic Assembly Corp. | Electronic Assembly Corporation | Neenah, WI |
| | Plexus Corporation | Neenah, WI |
| | Plexus | Nampa, ID |
| | Plexus Corp | Appleton, WI |
| | Plexus Corp | Neenah, WI |
| | Plexus Services Corp - N | Neenah, WI |
| | Plexus Int Sales & Logistics | Neenah, WI |