1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | MDL Case No. 3:17-md-02801-JD<br>Case File No. 3:14-cv-03264-JD<br><br>**JOINT TRIAL WITNESS LIST**<br><br>Date:  November 29, 2021<br>Time:  9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:  Hon. James Donato |
|---|---|

Pursuant to the Court's Order Regarding Pre-Trial Schedule, MDL ECF No. 1553, the Parties respectfully submit the following Joint Witness List, attached hereto as Exhibits A & B.

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully Submitted,<br><br>By:   */s/ Joseph R. Saveri*<br>        Joseph R. Saveri<br><br>Joseph R. Saveri (State Bar No. 130064)<br>Steven N. Williams (State Bar No. 175489)<br>Anupama K. Reddy (State Bar No. 324873)<br>Christopher K.L. Young (State Bar No. 318371)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:     (415) 500-6800<br>Facsimile:      (415) 395-9940<br><br>*Lead Counsel for the Direct Purchaser Class* |
| Dated: November 12, 2021 | By:   */s/ Bonnie Lau*<br>        Bonnie Lau<br><br>Bonnie Lau (State Bar No. 246188)<br>Margaret A. Webb (State Bar No. 319269)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:     (415) 268-7000<br>Facsimile:      (415) 268-7522<br><br>David Cross (Admitted *pro hac vice*)<br>Mary G. Kaiser (State Bar No. 288741)<br>**MORRISON & FOERSTER LLP**<br>2100 L. Street, NW, Suite 900<br>Washington, D.C. 20037<br>Telephone:     (202) 887-1500<br><br>*Counsel for Defendant Matsuo Electric Co., Ltd.* |

Dated: November 12, 2021

By:    /s/ Joseph J. Bial
      Joseph J. Bial

Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Leah Hibbler (*pro hac vice* pending)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Roberto Finzi (admitted pro hac vice)
Farrah R. Berse (admitted pro hac vice)
Johan E. Tatoy (admitted pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3830
Facsimile: (212) 757-3990

Steven Kaufhold (SBN 157195)
**KAUFHOLD GASKIN GALLAGHER LLP**
485 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 881-3189
Facsimile: (415) 480-6076

*Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 12, 2021              */s/ Joseph R. Saveri*
      Joseph R. Saveri