# Exhibit A

| Name | Affiliation | Status | Subject Matter |
|---|---|---|---|
| Arima, Hitoshi | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Collis, Peter | AVX | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Fontecchio, Adam | Expert | Will Call | What Capacitors are; how they work; substitutability; who buys capacitors; expert opinion as disclosed in expert reports |
| Hoey, Gordon | AVX | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Imai, Hiroyuki | ELNA | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Ishigami, Shinobu | Taitsu | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Kakizaki, Noriaki | NCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Kasuga, Norio | Rubycon | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Koyama, Atsushi | Matsuo | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Krzywinski, Gene | eIQ | Will Call | Effects on U.S. purchasers |
| Lubman, Barry | Chip-Tech | Will Call | Effects on U.S. purchasers |
| Matsuzaka, Takeshi | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |

| Name | Affiliation | Status | Subject Matter |
|---|---|---|---|
| McClave, Jim | Expert | Will Call | Damages caused by the conspiracy; expert opinion as disclosed in expert reports |
| Mitsuhori, Kazuhiko | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Miyanishi, Akitsugu | Matsuo | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Mori, Sadaaki | Hitachi | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Nakayama, Akira | Rubycon | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Nishizaka, Tadaaki | Panasonic | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Ohkubo, Satoshi | Matsuo | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Ohta, Tsuneo | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Olita, Anthony | UCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Sato, Hideaki | TOKIN | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Shimizu, Takumi | Matsuo | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |

| Name | Affiliation | Status | Subject Matter |
|---|---|---|---|
| Singer, Hal | Expert | Will Call | Impact on and harm to competition caused by the conspiracy; structure of the Capacitors market; consistency of the documentary record with collusive activity; effect of information exchanges and other coordinated conduct by Defendants; expert opinion as disclosed in expert reports |
| Suzuki, Kazutoshi | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Takahashi, Kaname | NCC | May Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Torii, Shinichi | SANYO | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Uchiyama, Ikuo | NCC | Will Call | Fact of unlawful agreements; nature, scope, and effect of unlawful agreements; attendance at inter-competitor meetings; participation in and knowledge of inter-competitor communications |
| Custodian(s) of records | Multiple | May Call | Authentication of Defendants' business record documents (if necessary) |
| FRE 1006 witness(es) | Plaintiffs | May Call | Provenance of FRE 1006 summary exhibits (if necessary) |