# Exhibit B

*In re Capacitors Antitrust Litigation*
**Defense Potential Witness List[1]**
**November 12, 2021**

| Name | Affiliation | Contemporaneous Testimony[2]/ Deposition Testimony |
|---|---|---|
| Harumasa Akagi | Panasonic | Deposition Testimony |
| Laila Haider | Expert | Contemporaneous Testimony |
| Jerry Hausman | Expert | Contemporaneous Testimony |
| Tomohiro Inoue | NCC | Contemporaneous Testimony |
| Tomohiro Inoue | ELNA | Deposition Testimony |
| Mark Israel | Expert | Contemporaneous Testimony |
| Yoshio Koyama | Shizuki | Deposition Testimony |
| Noriaki Kakizaki | NCC | Deposition Testimony |
| Norio Kasuga | Rubycon | Deposition Testimony |
| S. Willing King | AVX | Deposition Testimony |
| Gene Krzywinski | eIQ Energy | Deposition Testimony |
| Barry Lubman | Chip-Tech | Deposition Testimony |
| Larry Magoncia | UCC | Contemporaneous Testimony |
| William Millman | AVX | Deposition Testimony |
| Kazuhiko Mitsuhori | Rubycon | Deposition Testimony |
| Tomohiko Miyata | Matsuo | Contemporaneous Testimony |
| Akira Nakayama | Rubycon | Deposition Testimony |
| Tadaaki Nishizaka | Panasonic | Deposition Testimony |

---

[1] This list contains Defendants' current, good faith list of the witnesses Defendants are likely to call during their case-in-chief. Defendants listed other witnesses on their prior witness lists and designated deposition testimony of others, who Defendants currently do not anticipate calling. That said, Defendants reserve their right to call any witness who was previously disclosed for potential trial testimony, if necessary after DPPs' witnesses testify.

[2] Defendants reserve their rights to present contemporaneous testimony either in person or remotely, depending on the circumstances existing at the time of the trial, including for example, COVID-19 conditions, issues obtaining visas, travel restrictions, or quarantine requirements.

2

| | | |
|---|---|---|
| Takaaki Ohashi | Sanyo | Deposition Testimony |
| Satoshi Okubo | Matsuo | Contemporaneous Testimony |
| Biren Patel | UCC | Contemporaneous Testimony |
| Hideaki Sato | NEC Tokin | Deposition Testimony |
| Lauren Stiroh | Expert | Contemporaneous Testimony |
| Shinichi Torii | Panasonic | Deposition Testimony |
| Steve Watlock | UCC | Contemporaneous Testimony |
| Jerald Wilcox | Dependable | Deposition Testimony |