UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | MDL Case No. 3:17-md-02801-JD<br>Case File No. 3:14-cv-03264-JD<br><br>**JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Trial Date: November 29, 2021<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1  Pursuant to the Court's Pretrial Order No. 1 for Direct Purchaser Class Trial, MDL ECF No.
2  1565, the parties respectfully submit the following Joint Proposed Jury Instructions and Verdict Forms,
3  attached hereto as Exhibit 1, Exhibit 2, and Exhibit 3.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: November 12, 2021 | */s/Joseph R. Saveri*_____ |
| 2 | | Joseph R. Saveri (State Bar No. 130064) |
| 3 | | Steven N. Williams (State Bar No. 175489) |
| | | Anupama K. Reddy (State Bar No. 324873) |
| 4 | | Christopher K.L. Young (State Bar No.318371) |
| | | **JOSEPH SAVERI LAW FIRM, LLP** |
| 5 | | 601 California Street, Suite 1000 |
| | | San Francisco, California 94108 |
| 6 | | *Lead Counsel for the Direct Purchaser Class* |

| | | |
|---|---|---|
| 9 | Dated: November 12, 2021 | |
| 10 | | By:    */s/ Bonnie Lau*_____ |
| 11 | |              Bonnie Lau |
| 12 | | Bonnie Lau (State Bar No. 246188) |
| | | Margaret A. Webb (State Bar No. 319269) |
| 13 | | **MORRISON & FOERSTER LLP** |
| | | 425 Market Street |
| 14 | | San Francisco, California 94105-2482 |
| | | Telephone:      (415) 268-7000 |
| 15 | | Facsimile:       (415) 268-7522 |
| 16 | | David Cross (Admitted *pro hac vice*) |
| | | Mary G. Kaiser (State Bar No. 288741) |
| 17 | | **MORRISON & FOERSTER LLP** |
| | | 2100 L. Street, NW, Suite 900 |
| 18 | | Washington, D.C. 20037 |
| | | Telephone:      (202) 887-1500 |
| 19 | | *Counsel for Defendant Matsuo Electric Co., Ltd.* |

MDL Case No. 3:17-md-02801-JD
Case File No. 3:14-cv-03264-JD                                2
JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS

Dated: November 12, 2021

By:     /s/ Joseph J. Bial
        Joseph J. BIal

Charles F. Rule (admitted pro hac vice)
Joseph J. Bial (admitted pro hac vice)
Leah Hibbler (pro hac vice pending)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Roberto Finzi (admitted pro hac vice)
Farrah R. Berse (admitted pro hac vice)
Johan E. Tatoy (admitted pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3830
Facsimile: (212) 757-3990

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN GALLAGHER LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 881-3189
Facsimile: (415) 480-6076

Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 12, 2021

/s/ *Joseph R. Saveri*
Joseph R. Saveri