**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3008

WRITER'S DIRECT FACSIMILE
(212) 492-0008

WRITER'S DIRECT E-MAIL ADDRESS
fberse@paulweiss.com

November 26, 2021

**By ECF**

Hon. Judge James Donato
United States District Court
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, CA 94102-3489

   *In re Capacitors Antitrust Litigation, Nos. 17-MD-2801, 14-CV-3264 (N.D. Cal.)*

Dear Judge Donato:

   We have recently come to learn that one of the witnesses that the defense intends to call to testify is not vaccinated. We, and the witness, understand that pursuant to the Court's rules, this witness will need to wear a mask at all times in the courtroom, including while he testifies. We do not expect this witness to testify until the second week of trial, at the earliest. If the Court has any additional questions, we will, of course, make ourselves available to discuss the issue further.

Doc#: US1:15478149v1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Judge James Donato 2

Respectfully submitted

/s/_____
Farrah R. Berse

cc:   All Counsel (by ECF)

Doc#: US1:15478149v1