# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | MDL Case No. 3:17-md-02801-JD<br>Case File No. 3:14-cv-03264-JD<br><br>**JOINT SET OF UPDATED PROPOSED FINAL JURY INSTRUCTIONS AND OBJECTIONS**<br><br>Date:      November 29, 2021<br>Time:      9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:     Hon. James Donato |

Pursuant to the Court's Final Pretrial Order for Direct Purchaser Class Trial, MDL ECF No. 1594, ¶ 9, the Parties respectfully submit the following Joint Set of Updated Proposed Final Jury Instructions and Objections.

Dated: November 28, 2021

Respectfully Submitted,

By:    */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940

*Lead Counsel for the Direct Purchaser Class*

Dated: November 28, 2021

By:    */s/ Bonnie Lau*
        Bonnie Lau

Bonnie Lau (State Bar No. 246188)
Margaret A. Webb (State Bar No. 319269)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

David Cross (Admitted *pro hac vice*)
Mary G. Kaiser (State Bar No. 288741)
**MORRISON & FOERSTER LLP**
2100 L. Street, NW, Suite 900
Washington, D.C. 20037
Telephone:    (202) 887-1500

*Counsel for Defendant Matsuo Electric Co., Ltd.*

Dated: November 28, 2021

By:    */s/ Joseph J. Bial*
      Joseph J. Bial

Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Leah Hibbler (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Roberto Finzi (admitted pro hac vice)
Farrah R. Berse (admitted pro hac vice)
Johan E. Tatoy (admitted pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3830
Facsimile: (212) 757-3990

Steven Kaufhold (State Bar No. 157195)
**KAUFHOLD GASKIN GALLAGHER LLP**
485 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 881-3189
Facsimile: (415) 480-6076

*Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 28, 2021            */s/ Joseph R. Saveri*___
                                                                           Joseph R. Saveri