Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            areddy@saverilawfirm.com
            cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD<br>Case File No. 3:14-cv-03264-JD |
|---|---|
| THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | **MOTION FOR LEAVE TO FILE MOTION TO STRIKE TESTIMONY OF DR. LAILA HAIDER** |

Pursuant to Pretrial Order No. 1, ECF 1565, ¶ 8, Plaintiffs move the Court for leave to file the attached motion to strike the testimony of Dr. Laila Haider and to issue a curative instruction due to the presentation of an opinion on damages that had never before been disclosed. The proposed motion and supporting papers thereto are attached hereto as Exhibit A.

Dated: December 10, 2021

Respectfully Submitted,

By:   */s/ Joseph R. Saveri*
　　　　Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:　(415) 500-6800
Facsimile:　(415) 395-9940

*Lead Counsel for the Direct Purchaser Class*