Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:      jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
                 areddy@saverilawfirm.com
                 cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTIONS | Master File No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD<br><br>**[PROPOSED] ORDER REGARDING MOTION FOR LEAVE TO FILE MOTION TO STRIKE TESTIMONY OF DR. LAILA HAIDER** |

This matter is before the Court on the Direct Purchaser Class's Motion for Leave to File Motion to Strike Testimony of Dr. Laila Haider. Having considered the Motion, the Court HEREBY ORDERS:

1. That leave is GRANTED to the Direct Purchaser Class to file a Motion to Strike Testimony of Dr. Laila Haider.

Dated: _____, 2021

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE