Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Leah Hibbler (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
rrule@paulweiss.com
jbial@paulweiss.com
lhibbler@paulweiss.com

Roberto Finzi (admitted *pro hac vice*)
Farrah R. Berse (admitted *pro hac vice*)
Johan E. Tatoy (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3830
Facsimile:  (212) 757-3990
rfinzi@paulweiss.com
fberse@paulweiss.com
jtatoy@paulweiss.com

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN GALAGHER LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 881-3189
Facsimile: (415) 874-1071
skaufhold@kaufholdgaskin.com

*Counsel for Defendants Nippon Chemi-Con Corp. and United Chemi-Con, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>All Direct Purchaser Actions,<br>Case No. 3:14-cv-03264-JD | **DECLARATION OF ROBERTO FINZI IN SUPPORT OF DEFENDANTS' RESPONSE TO DPPS' MOTION TO STRIKE TESTIMONY OF DR. LAILA HAIDER**<br><br>Master Docket No.: 3:17-md-2801-JD<br><br>Hon. James Donato<br><br>Case No.: 3:14-cv-3264-JD |

I, Roberto Finzi, declare and state as follows:

1. I am an attorney licensed in New York and admitted *pro hac vice* in the Northern District of California. I am a Partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and am appearing on behalf of Nippon Chemi-Con Corporation ("NCC") in this matter. I can competently testify that to the best of my knowledge and belief the matters set forth herein are true.

2. This declaration is made in support of Defendants' Response to DPPs' Motion to Strike Testimony of Dr. Laila Haider.

3. Attached as Exhibit 1 is a copy of excerpts of the Expert Report of Dr. Laila Haider, dated February 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 11, 2021

　　　　　　　　　　　　　　　　　　　　*/s/  Roberto Finzi*
　　　　　　　　　　　　　　　　　　　　Roberto Finzi (admitted *pro hac vice*)